UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAQUAN RAHSHE GULLET-EL, et al.,

    Petitioners,

v.                                                          Case No.: _____

TIMOTHY J. CORRIGAN, et al.

    Respondents.
_____/

## NOTICE OF REMOVAL

TO: **THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

PLEASE TAKE NOTICE that respondents United States Marshals Service, United States Probation and Pretrial Services, United States Attorney's Office, and United States Department of Justice (collectively, "United States") hereby remove the case captioned <u>Taquan Rahshe Gullet-El, et al. v. Timothy J. Corrigan, et al.</u>, No. 16-2017-CA-4274 (Fla. 4th Cir. Ct. 2017) to the United States District Court, Middle District of Florida. In support thereof, the United States shows as follows:

    1.    On July 4, 2017, petitioners Taquan Rahshe Gullet-El and Syteria Hephizibah-El filed a "Universal and International Humanitarian Declaration for Common Law Prejudgment Writ of Personal Replevin," which was docketed as a complaint. A host of individuals, governmental entities, and private parties were named as respondents, including the United States Marshals Service, United States Probation and Pretrial Services, United States Attorney's Office, and United States

Department of Justice.

2. The United States has not been served.

3. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1346(b)(1) and 1361.

4. Removal is authorized pursuant to 28 U.S.C. §§ 1441(a) and 1442(a)(1).

5. Pursuant to Rule 4.02 (b), Local Rules, Middle District of Florida, a copy of the contents of the Circuit Court docket is attached hereto as **Exhibit A**.

6. Removal is timely pursuant to 28 U.S.C. § 1446(b).

7. A copy of this Notice will be filed with the Clerk of the Fourth Judicial Circuit Court, Duval County, Florida, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, defendant United States hereby removes the case captioned Taquan Rahshe Gullet-El, et al, v. Timothy J. Corrigan, et al., No. 16-2017-CA-4274 (Fla. 4th Cir. Ct. 2017) to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §§ 1441(a) and 1442(a)(1).

        Respectfully submitted,

        W. STEPHEN MULDROW
        Acting United States Attorney

By: _____
        LACY R. HARWELL, JR.
        Chief, Civil Division
        Assistant United States Attorney
        Florida Bar No. 714623
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6200
        Randy.Harwell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Removal has been mailed this 1st day of August, 2017, to:

Taquan Rahshe Gullet-El
6722 Arlington Expressway, Suite 67213
Jacksonville, FL   32211

Syteria Hephzibah-El
6722 Arlington Expressway, Suite 67213
Jacksonville, FL 32211

_____
LACY R. HARWELL, JR.
Assistant United States Attorney