# Docket Entry 4

## Fourth Judicial Circuit Court (Duval County)

Filing # 58573512 E-Filed 07/04/2017 07:18:47 PM

   

# TAQUAN RASHIE GULLETT©™® Estate

(any and/or all alphabetical and/or numerical variations and/or derivations)

# SYTERIA LAWRENCE©™® Estate

(any and/or all alphabetical and/or numerical variations and/or derivations)

---

Notice to Agent is Notice to Principal -- Notice to Principal is Notice to Agent
Applicable to all Successors and Assigns

Taquan Rahshe Gullett-El, General Executor
In the Interest of TAQUAN RASHIE GULLETT©™® Estate
℅ 6722 Arlington Expressway, Suite 67213
Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)
RB 917 549 140 US

Syteria Hephzibah-El, General Executrix
In the Interest of SYTERIA LAWRENCE©™® Estate
℅ 6722 Arlington Expressway, Suite 67213
Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)
RB 917 549 153 US

Respondent(s):

Vice Admiral James W. Crawford III, Judge Advocate General Navy
Rear Admiral John G. Hannik, Deputy Judge Advocate General Navy
Command Master Chief (Code 004), JAG / NLSC Inspector General (Code 002)
Special Assistant for Strategic Planning (Code SASP), Criminal Law (Code 20)
1322 Paterson Avenue, Suite 3000, Washington Navy Yard, District of Columbia 20374-5066

Anne M. Brennan, Acting General Counsel of the Navy
Garrett L. Ressing, Deputy General Counsel of the Navy
2000 Navy Pentagon, Washington, District of Columbia 20350

Major General Michael A. Calhoun, Adjutant General Florida Army & Air National Guard
St. Francis Barracks, 82 Marine Street, St. Augustine, Florida 32084

Rear Admiral Steven J. Anderson, Judge Advocate General & Chief Counsel U.S. Coast Guard
(TJAG) CG-094   HQ* room 2E 19-00
Mr. Calvin Lederer, Deputy Judge Advocate General U.S. Coast Guard
CG-094D   HQ* room 2E 19-00
* COMMANDANT (CG-094#), ATTN: US COAST GUARD STOP 7213
2703 MARTIN LUTHER KING JR AVENUE SE   WASHINGTON, DISTRICT OF COLUMBIA 20593-7213

# Affidavit of Information, Report, and Preferral of Charges:

## Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors --

### A Delict Penal Action

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
1 of 216

ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 07/07/2017 02:35:44 PM

  

# TAQUAN RASHIE GULLETT©™® Estate

(any and/or all alphabetical and/or numerical variations and/or derivations)

# SYTERIA LAWRENCE©™® Estate

(any and/or all alphabetical and/or numerical variations and/or derivations)

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent
Applicable to all Successors and Assigns

## Affidavit of Information, Report, and Preferral of Charges:

### Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors – A Delict Penal Action

# Table of Contents

Table of Contents...........................................................................................................Pages i – ix

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors –
A Delict Penal Action.....................................................................................................Page 2

Necessary Qualifications For Statehood.....................................................................Page 6

Affidavit of Alien Religious Consul Association........................................................Page 7

Verification......................................................................................................................Page 9

United Nations General Assembly
Declaration on the Granting of Independence
to Colonial Countries (Countees) and Peoples
1514 (XV) 947th Plenary Meeting
(14 December 1960)......................................................................................................Page 9

A Few Points of International Law
Governing Modern Warfare ........................................................................................Page 11

War for National Liberation.........................................................................................Page 11

Nature, Sources, and Evidence of
International (Transnational) Law:
The Traditional and Contemporary Views ..................................................................Page 17

Law of Peace and Law of War (Use of Force)............................................................Page 17

Sources of International (Transnational) Law .............................................................Page 18

The Relationship Between International and State ......................................................Page 20

Effect of Violation of International (Transnational) Law.............................................Page 20

The Basic Nature of States and Governments ...........................................................Page 21

Necessary Qualifications for Statehood [Law of Peace, supra, page 3-1].................Page 22

International Juridical Personality................................................................................Page 24

Violation of Alien's Human Rights .............................................................................Page 24

Individuals are Held Responsible for Violations of International Law ........................Page 25

State Responsibility....................................................................................................Page 25

State Responsibility for Injuries to Aliens..................................................................Page 26

Substantial Bases for International Claims
Attributed to the Conduct of the State........................................................................Page 27

Failure to Protect Aliens and to Apprehend and Prosecute
Those Who Wrongfully Inflict Injury on Aliens ...........................................................Page 28

Restatement, Second, Foreign Relations Law of the United States (1965) –
Compensation.............................................................................................................Page 30

State Breach of Contract as a Violation of International Law ................................................ Page 32

Reparation........................................................................................................................... Page 32


International Agreements (Treaties)....................................................................................... Page 33

Conclusion of International Agreements................................................................................. Page 35

Consent to Be Bound by an International Agreement ............................................................. Page 35

Entry into Force of International Agreements......................................................................... Page 36

The Validity and Effect of International Agreements.............................................................. Page 36


Agreement Making Power in the United States ...................................................................... Page 37

Restatement, Second, Foreign Relations Law of the United States (1965)............................... Page 37

Fundamental Processes Of Commerce And Commercial Law .................................................. Page 38

The Evolution of Maturity..................................................................................................... Page 40


Money ................................................................................................................................. Page 40

The Words, Truths, Statements of Law, and Strategies of Contracts....................................... Page 41


ALL LAWS MUST BE PLAINLY WORDED................................................................................. Page41

Consideration....................................................................................................................... Page 41


Fundamental Jurisdiction...................................................................................................... Page 41

Commercial Law Processes.................................................................................................... Page 42


The Grace Period Timer-Clock .............................................................................................. Page 43

A Distress Must Be Bonded................................................................................................... Page 43


The Form and Substance of Negotiable Instruments –
The Seven Points of a Full Disclosure Instrument ................................................................. Page 44

The Constitution Is not Dead................................................................................................ Page 45

RB917549 140 US
RB917549 153 US

The Proposed Lien Assignment ............................................................................................... Page 45

The Responsibility or the Lien Debtor, the Seller, and the Buyer ......................................... Page 45


The Recording of Commercial Instruments ............................................................................ Page 46

A Commercial Lien is a Commercial Weapon ........................................................................ Page 46


The Notice of Interest and the Two Adjudicative Processes of Commercial Law .............. Page 47

Author and Authority ............................................................................................................. Page 47

Bonding Requirement ............................................................................................................. Page 48

Exhausting All Remedies in Commerce ................................................................................. Page 49


The Ultimate Purpose Of The Courts of Justice of a Government ....................................... Page 49

Public People / Righteous Humanitarian / Civilian Responsibility -
as set forth in the *Geneva Conventions* and The Enlisted Military Oath of Induction and
Agreement, the Uniformed Services Oath of Induction and Agreement,
the Commissioned Officer Military Oath of Induction and Agreement, and
the Selective Service Military Oath of Induction and Agreement,
including without limitation all Veterans of said services ...................................................... Page 50


The Lawfully Operated Court ................................................................................................. Page 55

Courts of Record ..................................................................................................................... Page 55


Summary ................................................................................................................................. Page 56

Florida Statutes Title 1 - 2.01
Common law and certain statutes declared in force .............................................................. Page 56

Florida Statutes 92.05 - Witnesses, Records and Documents –
Final judgments and decrees of courts of record ................................................................... Page 57

Judgments and Orders ............................................................................................................ Page 57


Judgments and Orders are Negotiable Instruments ............................................................... Page 58

War for National Liberation ................................................................................................... Page 60

RB 917 545 140 US
RU 917 547 153 US

Charges, Specifications, Elements, Invoice, and True Bill ..........................................Page 61

Natural Rights and Human Rights Infringements of
International Law of Peace and Law of War
Constituting Grave Breaches of the
Fundamental Guarantees of the *Hague Conventions* and
the *Geneva Conventions* and all annexes thereto,
codified at [United States Code & Code of Federal Regulations]
Charges, Specifications, Invoice, and True Bill.......................................................Page 67

United States Code of Laws of a General and Permanent Character.............................Page 67

Natural Rights and Human Rights Infringements of
International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of
the *Hague Conventions* and *Geneva Conventions* and all annexes thereto,
codified at [CRIMINAL COMPLAINT FOR FELONIES, HIGH CRIMES, AND
MISDEMEANORS - A DELICT PENAL ACTION BY LAW OF NATIONS:
*Elements and Specifications* filed in United States Court of Federal Claims
Number 1:16-cv-00541-NBF, annexed hereto in full]
Charges, Invoice, and True Bill.....................................................................Page 75

Natural Rights and Human Rights Infringements of
International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of
the *Hague Conventions* and *Geneva Conventions* and all annexes thereto,
codified at [CRIMINAL COMPLAINT FOR FELONIES, HIGH CRIMES, AND
MISDEMEANORS - A DELICT PENAL ACTION BY LAW OF NATIONS:
*Elements and Specifications* filed in United States Court of Federal Claims
Number 1:16-cv-00402-VJW, annexed hereto in full]
Charges, Invoice, and True Bill.....................................................................Page 79

Natural Rights and Human Rights Infringements of
International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of
the *Hague Conventions* and *Geneva Conventions* and all annexes thereto,
codified at [Uniform Code of Military Justice] - Court Martial................................Page 83

Rule 202 — Persons Subject to the Jurisdiction of Courts-Martial .............................Page 83

Rule 202(b) – Offenses Under the Law of War...................................................Page 83

Rule 203 – Jurisdiction Over the Offense..........................................................Page 83

Rule 203 – Report of Offense........................................................................................Page 83

Rule 307 – Preferral of Charges...................................................................................Page 84

## Charges and Specifications -
Uniform Code of Military Justice (U.C.M.J.)..................................................................Page 85

## Charge Sheet (DD FORM 458)
[Front]..........................................................................................................Pages 102 – 206

1. Timothy J. Corrigan , 300 North Hogan Street, Chambers 11-100, Courtroom 10D, Jacksonville, Florida 32203...............Page 102
2. Sean Patrick Flynn , 400 North Tampa Street, Suite 3200, Tampa, Florida 33602..............................................Page 103
3. W. Stephen Muldrow, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602................................................Page 104
4. Jon S. Wheeler, 2000 Drayton Drive, Tallahassee, Florida 32399-0950..........................................................Page 105
5. Ronnie Fussell, 501 West Adams Street, Jacksonville, Florida 32202............................................................Page 106
6. Christina A. Snyder, 350 West First Street, Courtroom 8D, 8th Floor, Los Angeles, California 90012.........................Page 107
7. Marcia Morales Howard, Chambers 11-350, Courtroom 10B, 300 North Hogan Street, Jacksonville, Florida 32202......Page 108
8. Angela Cote Dempsey, 301 South Monroe Street, Courtroom 3B, Tallahassee, Florida 32301 ...........................Page 109
9. Sara Hassler, 301 South Monroe Street, Tallahassee, Florida 32301............................................................Page 110
10. Gwen Marshall, 301 South Monroe Street, # 100, Tallahassee, Florida 32301...................................................Page 111
11. Adrian G. Soud, 501 West Adams Street, Division CV-E, Room 740, Jacksonville, Florida 32202..............................Page 112
12. Karen K. Cole, 501 West Adams Street, Division CV-B, Room 705, Jacksonville, Florida 32202................................Page 113
13. Peter L. Dearing, 501 West Adams Street, Division PR-A, Room 741, Jacksonville, Florida 32202............................Page 114
14. Harvey Lamar Jay III, 2000 Drayton Drive, Tallahassee, Florida 32399-0950...................................................Page 115
15. Donald Richard Moran, Jr., 2300 River Road, Jacksonville, Florida 32202......................................................Page 116
16. Henry Lee Adams, Junior, 300 North Hogan Street, Chambers 11-200, Courtroom 10A, Jacksonville, Florida 32203.....Page 116
17. James R. Klindt, 300 North Hogan Street, Chambers 5-111, Courtroom 5D, Jacksonville, Florida 32203................Page 117
18. Joel Barry Toomey, 300 North Hogan Street, Chambers 5-211, Courtroom 5A, Jacksonville, Florida 32202.........Page 118
19. Stephen Reinhardt, 95 Seventh Street, Chambers: L.A., San Francisco California 94103.......................................Page 119
20. Consuelo M. Callahan, 95 Seventh Street, Chambers: Sacramento, San Francisco California 94103...........................Page 120
21. Jacqueline H. Guyen, 95 Seventh Street, Chambers: Sacramento, San Francisco California 94103...........................Page 121
22. Peter L. Shaw, 95 Seventh Street, San Francisco California 94103.............................................................Page 122
23. Pamela Jo Bondi, The Capitol, Suite PL-01, Tallahassee, Florida 32399-1050..................................................Page 123
24. Rick Swearingen, 2331 Phillips Road, Tallahassee, Florida 32308..............................................................Page 124
25. Chris Connell, 2331 Phillips Road, Tallahassee, Florida 32308................................................................Page 125
26. D. Shinn, 535 Alameda Street, Los Angeles, California 90012...................................................................Page 126
27. Lt. Ligaspy, 535 Alameda Street, Los Angeles, California 90012................................................................Page 127
28. Mike Wood, 2825 Municipal Way, Tallahassee, Florida 32304...................................................................Page 128
29. Mike Williams, 501 East Bay Street, Jacksonville, Florida 32202..............................................................Page 129
30. Joey B. Dobson, 1 Sheriff's Office Drive, MacClenny, Florida 32063..........................................................Page 130
31. Irish Anderson, 300 North Hogan Street, Suite 6350, Jacksonville, Florida 32202............................................Page 131
32. Cedric Donar, 300 North Hogan Street, Suite 6350, Jacksonville, Florida 32202..............................................Page 132
33. Kim Lee Watson, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202...........................................Page 133
34. Jim Haskett, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202..............................................Page 134
35. Patrick Sheridan, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202.........................................Page 135
36. Jorge L. Pastrana, 846 NE 54th Terrace, Coleman, Florida 33521..............................................................Page 136
37. Larry Brown, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202..............................................Page 137
38. Arnold Corsmeier, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202...........................................Page 138
39. Monte C. Richardson, Chambers 5-411, Courtroom 5C, 300 North Hogan Street, Jacksonville, Florida 32202...............Page 139
40. Patricia D. Barksdale, 300 North Hogan Street, Chambers 5-311, Courtroom 5B, Jacksonville, Florida 32202...........Page 140
41. Paul Shorstein, 6550 St. Augustine Road #303, Jacksonville, Florida 32217..................................................Page 141
42. Jodi L. Wiles, Courtroom 10B, 300 North Hogan Street, Jacksonville, Florida 32202..........................................Page 142
43. Sam Hernandez, 312 North Spring Street, Room 754, Los Angeles California 90012.............................................Page 143
44. Sheryl Loesch, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602....................................................Page 144
45. Andrew S. Cowan, 315 west 9th Street, Suite 501, Los Angeles, California 90015.............................................Page 145
46. Penelope Knox, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202............................................Page 146
47. Kim Cassula, 600 U.S. Courthouse, 312 North Spring Street, Los Angeles, CA 90012-4708.....................................Page 147
48. A. Lee Bentley, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202.............................................Page 148
49. Mae D. Heavener, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602..................................................Page 149
50. Jacqueline Chooljian, 312 North Spring Street, Courtroom 20, 3rd Floor, Los Angeles, California 90012....................Page 150
51. Maurice C. Grant, II, 200 West Forsyth Street, Suite 1240, Jacksonville Florida 32202......................................Page 151

III 8175-71-121 1S
201017 S0 13 1 S

52. Suzanne Segal, 255 East Temple Street, Courtroom 590, 5th Floor, Los Ángeles, California 90012..........................Page 152
53. Ramon De Leon, 1645 Biscayne Boulevard, Suite 310, Miami, Florida 33132.................................................Page 153
54. Julian Lucien Andre, 312 North Spring Street, Suite 1200, Los Angeles, California 90012.............................Page 154
55. Donald B. Mairs, 1035 LaSalle Street, Jacksonville, Florida 32207..............................................................Page 155
56. Eddie A. Jauregui, 312 North Spring Street, Suite 1200, Los Angeles, California 90012...........................Page 156
57. Donna Lee Elm, 200 West Forsyth Street, Suite 1240, Jacksonville Florida 32202.....................................Page 157
58. Cathy J. Ostiller, 312 North Spring Street, Suite 1200, Los Angeles, California 90012................................Page 158
59. Germaine Selder, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602.......................................Page 159
60. Terri Nafisi, 312 North Spring Street, Room G-8, Los Angeles, California 90012........................................Page 160
61. David P. Rhodes, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602..........................................Page 161
62. Moriah S. Radin, 321 East 2nd Street, Los Angeles, California 90012...........................................................Page 162
63. Brad Cooper, 6265 Gunbarrel Avenue, Suite B, Boulder, Colorado 80301..............................................Page 163
64. Lilliana Coronado, 321 East 2nd Street, Los Angeles, California 90012.......................................................Page 164
65. Thomas Kane, 320 First Street, Washington, D.C., 20534.............................................................................Page 165
66. Bradley R. Johnson, 2900 Apalachee Parkway, Tallahassee, Florida 32399..............................................Page 166
67. Jesse Haskins, The Capitol PL-01, Tallahassee, Florida 32399-6507...........................................................Page 167
68. Peter Stoumbelis, 10565 Creston Glen Circle East, Jacksonville, Florida 32256.....................................Page 168
69. Thomas J. Moffett, Jr., 153 S. Semoran Blvd. Ste A, Orlando, FL 32807.....................................................Page 169
70. Richie Blanco, 4255 US Highway 17 South, Green Cove Springs, Florida 32043.....................................Page 170
71. Kenneth L. Green, 4255 US Highway 17 South, Green Cove Springs, Florida 32043..............................Page 171
72. Gerald Scott Bettman, 5515 Phillips Highway, Jacksonville, Florida 32207.............................................Page 172
73. C.J. Roberts, 2000 Drayton Drive, Tallahassee, Florida 32399-0950............................................................Page 173
74. B.L. Thomas, 2000 Drayton Drive, Tallahassee, Florida 32399-0950..........................................................Page 174
75. J.J. Osterhaus, 2000 Drayton Drive, Tallahassee, Florida 32399-0950........................................................Page 175
76. John Tomasino, 500 South Duval Street, Tallahassee, Florida 32399............................................................Page 176
77. Melissa Nelson, 311 West Monroe Street, Jacksonville, Florida 32202.......................................................Page 177
78. Angela Corey, 311 West Monroe Street, Jacksonville, Florida 32202............................................................Page 178
79. Richard Mantel, 311 West Monroe Street, Jacksonville, Florida 32202.........................................................Page 179
80. Jack Campbell, 301 South Monroe Street, Suite 475, Tallahassee, Florida 32399-2550..........................Page 180
81. Rick Scott, The Capitol 400 South Monroe Street, Tallahassee, Florida 32399-0001.............................Page 181
82. Derrick Spencer, 4650 Norwood Avenue, Jacksonville, Florida 32206........................................................Page 182
83. Danielle Knag, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595..............Page 183
84. Heather Pridgen, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595............Page 184
85. Scott Willis, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595.....................Page 185
86. Willard Cannon, 2550-C West Pensacola, Florida 32304...............................................................................Page 186
87. L. Allen Beard, 301 South Monroe Street #101, Tallahassee, Florida 32301..............................................Page 187
88. Dawn K. Hudson, 501 West Adams Street, Division Q, Room 409/725, Jacksonville, Florida 32202..........Page 188
89. Russell Healy, 501 West Adams Street, Division CR-1, Room 305/711, Jacksonville, Florida 32202.........Page 189
90. Charles Cofer. 407 North Laura Street, Jacksonville, Florida 32202............................................................Page 190
91. John Rutherford, 501 East Bay Street, Jacksonville, Florida 32202.............................................................Page 191
92. Matt Shirk, 407 North Laura Street, Jacksonville, Florida 32202.................................................................Page 192
93. Stephen B. Whittington, 501 West Adams Street, Division CR-E, Room 308/733, Jacksonville, Florida 32202......Page 193
94. Joseph Rudolph Licandro, 311 West Monroe Street, Jacksonville, Florida 32202...................................Page 194
95. Catherine Mitchell Licandro, 311 West Monroe Street, Jacksonville, Florida 32202..............................Page 195
96. Noel G. Lawrence, 101 East Union Street #200, Jacksonville, Florida 32202.............................................Page 196
97. Angela M. Cox, 501 West Adams Street, Division CR-C, Room 505/717, Jacksonville, Florida 32202.........Page 197
98. Michael Monroe Kirkland, 311 West Monroe Street, Jacksonville, Florida 32202..................................Page 198
99. Pamela J. Hazel, 4255 US Highway 17 South, Green Cove Springs, Florida 32043...................................Page 199
100. Joshua McLeod, 4255 US Highway 17 South, Green Cove Springs, Florida 32043.................................Page 200
101. Adann Johnson, 4255 US Highway 17 South, Green Cove Springs, Florida 32043.................................Page 201
102. Sergeant Eric Etcher, 4255 US Highway 17 South, Green Cove Springs, Florida 32043........................Page 202
103. Michael J. Coolican, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202..........................Page 203
104. Cary Flower, 501 West Adams Street, Division N, Room 403/721, Jacksonville, Florida 32202.............Page 204
105. Eleni Derke, 501 West Adams Street, Division J, Room 512/728, Jacksonville, Florida 32202................Page 205
106. Sharon Tanner, 501 West Adams Street, Division K, Room 404/720, Jacksonville, Florida 32202..........Page 206

# Affidavit

Affidavit .................................................................................................................................Page 208

## Notary Jurat
In the nature of APOSTILLE
Convention de La Haye du 5 octobre 1961..............................................................................Page 208

## Charge Sheet (DD FORM 458)
[Back]......................................................................................................................................Page 209

Cc .......................................................................................................................................... Page 210

Additional Cc Mailing List ...................................................................................................... Page 214

Verification ............................................................................................................................. Page 216

Appendix ................................................................................................................................ Page 217

# Appendix

(Judicial Notice of all treaties annexed hereto in full)

**Caveat: Declaration of Final Default Judgment**
**16-2017-CP-1025 [RB 917 549 140 US] Registrar (Probate Court) /**
**Recorder Doc # 2017104658, OR BK 17971,**
Pages 674-680 and all annexes thereto............................................................................... 7 Pages

**Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance**
[RB 917 549 140 US] 4th Judicial Circuit Duval County 16-2017-CA-2142,
1st DCA Appeal 1D17-1699, 1st DCA Appeal 1D17-1851, and all annexes thereto.............. 11 Pages
Recorder Doc # 2017133137, OR BK 18009, Pages 987-997
**Caveat: Declaration of Final Default Judgment**
**16-2017-CP-1020 [RB 917 549 153 US] Registrar (Probate Court) /**
**Recorder Doc # 2017104679, OR BK 17971,**
Pages 808-814 and all annexes thereto................................................................................ 7 Pages

**Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance**
[RB 917 549 153 US] 4th Judicial Circuit Duval County 16-2017-CA-2144,
1st DCA Appeal 1D17-1538, 1st DCA Appeal 1D17-1852, and all annexes thereto............. 11 Pages
Recorder Doc # 2017133130, OR BK 18009, Pages 931-941
**Inter-American Commission on Human Rights Petition for Protective Measures**
[Taquan Rahshe Gullett-El] ...................................................................................................... 8 Pages

**Inter-American Commission on Human Rights Petition for Protective Measures**
[Syteria Hephzibah-El] .............................................................................................................. 8 Pages

Affidavit of Alien Religious Consul Association .........................................3 Pages

The Zodiac Constitution
(Registration No. AA222141
Truth Ai-Class A)and all annexes thereto ...........................................5 Pages

United States Code of Laws of a General and Permanent Character –
TITLE 22: FOREIGN RELATIONS AND INTERCOURSE PAGE 954 -
Chapter 2: Consular courts Section 141 – 143:
Judicial authority generally;
General Jurisdiction in Criminal cases;
General Jurisdiction in Civil cases...........................................................................1 Page

The American Declaration of Independence (1776) ......................3 Pages

The Treaty of Peace and Friendship (1787) ..................................................9 Pages

The Madrid Convention on Protection in Morocco (July 3, 1880) ......................9 Pages

Articles of united states for America Organic Constitution (1787) ...................10 Pages

Bill of Rights of united states for America Organic Constitution (1787) ............2 Pages

The Universal Declaration on Human Rights (1948) ..................................11 Pages

The American Declaration of the Rights and
Duties of Man (1948) and all annexes thereto.......................................................9 Pages

The United Nations Declaration
of the Rights of the Child (1959) ..................................................2 Pages

The Universal Declaration on the Rights of Indigenous Peoples (2006) ........16 Pages

United Nations General Assembly
Declaration on the Granting of Independence to
Colonial Countries (Countees) and Peoples
1514 (XV) 947th Plenary Meeting
(14 December 1960)......................................................................................................2 Pages

RB3]754$ 143 ES
RU 917 549 153 US

  

# Affidavit of Information, Report, and Preferral of Charges:

## Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors – A Delict Penal Action

Re: Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto.

1. TO ALL PARTIES AND TO THEIR CONSUL(S) OF RECORD TAKE NOTICE that On the Record and for the Record, present is Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], a people of Our state and of sound firm mind; Competent by Conduct and Virtue for Moral Integrity and Upright Character, Honor, Fidelity, Respect, Courage, Temperance, Faith, Hope, Wisdom, Will, Love, Truth, Peace, Freedom, Justice, Prudence, Humility, and Service, guided only by Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, Property, Family, Natural Environment, and Cultural Heritage.

2. One, the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], hereinafter, "declarant," rises and gives honor and recognition to The Holy Koran Circle 7, The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A) and all annexes thereto, The Holy Qur'an, The Great Law of Peace, The Iroquois Constitution, The American Declaration of Independence (1776), The Treaty of Peace and Friendship (1787), The Madrid Convention on Protection in Morocco (July 3, 1880), Articles of united states for America Organic Constitution (1787), Bill of Rights of united states for America Organic Constitution (1787), The Universal Declaration on Human Rights (1948), The American Declaration of the Rights and Duties of Man (1948) inclusive without limitation all annexes thereto, The United Nations Declaration of

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
2 of 216

the Rights of the Child (1959), The Universal Declaration on the Rights of Indigenous Peoples (2006), The International Proclamation for the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®](2016), The International Resolution For Competence By Conduct and Virtue – Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016), United Nations General Assembly Declaration on the Granting of Independence to Colonial Countries (Countees) and Peoples 1514 (XV) 947ᵗʰ Plenary Meeting (14 December 1960), the *Hague Conventions* and the *Geneva Conventions* inclusive without limitation of all annexes thereto.

3. The declarant is General Executor / Caveator-Creditor by testamentary style trust conveyancing of Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 674-680), TAQUAN RASHIE GULLETT©™® Estate Authenticated Birth Certificate, Registered Copyright, Registered Trademark (united states for America Post Office No. RE246590423US), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000018576), Registered Surety Bond with Collateral (EL 156253975 US), Fiduciary Appointment Contract (EL 156253975 US), Taquan Rashie Gullett©™® Estate Allodial Cost Schedule 16-2017-CA-2142 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc #2017082163, OR BK 17940, Page 1662); Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-7228787860, California UCC 10-7253610631, California UCC 13-7375042214, California UCC 13-73750423, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01), over all alphabetical and/or numerical derivations and/or variations of TAQUAN RASHIE GULLETT©™® Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
3 of 216

RB 917 547 140 US
RB 917 547 153 US

4. The declarant is General Executrix / Caveator-Creditor by testamentary style trust conveyancing of Caveat: Declaration of Final Default Judgment 16-2017-CP-1020 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814), SYTERIA LAWRENCE©™® Estate Authenticated Birth Certificate, Registered Copyright, Registered Trademark (Copyright Deposit No. 0031755), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000000753), Registered Surety Bond with Collateral (3:15-00016), Fiduciary Appointment Contract (3:15-00016), Syteria Hephzibah©™® Estate Allodial Cost Schedule 16-2017-CA-2144 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc #2017082126, OR BK 17940, Page 1509), Paramount Security Interest Holder (Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01, Duval County Recorder UCC Filing # 2015153501, Duval County Recorder UCC Filing # 2015185625), over all alphabetical and/or numerical derivations and/or variations of SYTERIA LAWRENCE©™® Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto.

5. On or about the Nineteenth Day of the Fourth Month 1437 [G.C.Y. 2017 – April, 19], in their 7-1 precedent ruling on *Nelson v. Colorado* (No. 15-1256), the Supreme Court of the United States defended and reaffirmed a people's constitutionally protected Natural right and Human right to due process of law in filing a civil claim for a redress of grievances stemming from wrongful acts committed by the prosecution, judge, and the court in an (alleged) civil or (alleged) criminal matter.

6. The declarant does proffer and prefer unrebutted evidence of fraud committed in the attempted procurement of jurisdiction; fraud upon the court; violation of rules, procedures, and laws; *ultra vires* acts; *de son tort* acts in escheatment and reversion of estates and hereditaments constituting multiple infringements of declarant's constitutionally protected Natural right and Human right to due process of law(see Caveat: Declaration of Final Default Judgment 16-2017-CP-

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
4 of 216

RB 917 549 149 US'
RB 917 549 153 US

1025 [RB 917 549 140 US] Registrar (Probate Court) / Recorder Doc # 2017104658, OR BK 17971, Pages 674-680 and all annexes thereto) (see Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance [RB 917 549 140 US] 4th Judicial Circuit Duval County 16-2017-CA-2142, 1st DCA Appeal 1D17-1699, 1st DCA Appeal 1D17-1851, and all annexes thereto); (see Caveat: Declaration of Final Default Judgment 16-2017-CP-1020 [RB 917 549 153 US] (Registrar (Probate Court) / Recorder Doc # 2017104679, OR BK 17971, Pages 808-814 and all annexes thereto) (see Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance [RB 917 549 153 US] 4th Judicial Circuit Duval County 16-2017-CA-2144, 1st DCA Appeal 1D17-1538, 1st DCA Appeal 1D17-1852, and all annexes thereto). On the Record and for the Record. All Sheriffs, Chiefs, Consuls, and Constitutionally Delegated Authorities of record are fully bonded, insured, underwritten, and indemnified to immediately, speedily, and expeditiously provide assistance of maximum maintenance, maximum cure, and maximum remedy.

7. As such, declarant does hereby reserve all Natural rights, all Human rights, and in accord with the International (Transnational) Law of Peace and the International (Transnational) Law of War, herein is an Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action. Herein-listed are charges, specifications, elements, invoice, and true bill for the Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and *Geneva Conventions* and all annexes thereto:

- *Law of Peace*, Volume 1," Headquarters, Department of the Army, September 1979 page 1-1) [hereinafter cited as "*Law of Peace*"]

- *Law of War Manual* – Department of Defense Directive 2310.0E, *DoD Law of War Program* ¶5.1.4 (2006) [hereinafter cited as "*Law of War*"]

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
5 of 216

RH 917 549 140 US
RB 917 549 153 US

## 8. Necessary Qualifications for Statehood [*Law of Peace*]

### a) A Permanent Population - The American [Al Moroccan] People of AAMARU©™®

### b) A Defined Territory - Molly's Garden Countee, Timucuan Al Andalusia, Northwest Amexem (Morocco) [Jacksonville Florida state]

[Latitude: 30.360727, Longitude: -81.646558]

[National Grid: 17R MP, Northings: 58, Eastings: 37]

[RE # 133115-0000, AH-256-01-2S-26E.057 Long Branch,]
[PT Lot 4 Rec'd O/R 15397-798]

[RE # 133112-0000, 55-2S-26E Long Branch,]
[PT Lot 4 Rec'd O/R BK 4995-392]

[RE # 133058-0000, 06-2S-27E North Springfield Terrace,]
[Lots 15, 22, W 30ft Lot 23, Blk 4]

[RE # 133059-0000, 3-88-46-2S-27E North Springfield Terrace, Lot 16, Blk 4]

### c) A Government - Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®] Religious Consul Association

### d) Capacity To Enter Into Relations With Other States

Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US] Registrar (Probate Court) / Recorder Doc # 2017104658, OR BK 17971, Pages 674-680 and all annexes thereto;

Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance [RB 917 549 140 US] 4th Judicial Circuit Duval County 16-2017-CA-2142, 1st DCA Appeal 1D17-1699, 1st DCA Appeal 1D17-1851, and all annexes thereto;

Caveat: Declaration of Final Default Judgment 16-2017-CP-1020 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814 and all annexes thereto;

Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance [RB 917 549 153 US] 4th Judicial Circuit Duval County 16-2017-CA-2144, 1st DCA Appeal 1D17-1538, 1st DCA Appeal 1D17-1852, and all annexes thereto;

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors~
A Delict Penal Action
6 of 216

RB 917 549 140 US
RB 917 549 153 US

  

# TAQUAN RASHIE GULLETT©™® Estate

(any and/or all alphabetical and/or numerical variations and/or derivations)

# SYTERIA LAWRENCE©™® Estate

(any and/or all alphabetical and/or numerical variations and/or derivations)

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent
Applicable to all Successors and Assigns

## 9. Affidavit of Alien Religious Consul Association

a. First. TO ALL PARTIES AND TO THEIR CONSUL(S) OF RECORD TAKE NOTICE that On the Record and for the Record, present is Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, a people of Our state and of sound firm mind.

b. Second. Our state, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [hereinafter AAMARU©™®] is conferred with all rights, power and authority from Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, Property, Family, Natural Environment, and Cultural Heritage. Universal Allah (All-Law) does confer upon AAMARU©™® the natural ability to propagate Faith, Hope, and Love, and extend the enlightenment of Truth of Universal Allah (All-Law) throughout all of America (Al Morocco), to appoint and consecrate consuls, ministers, and missionaries of Our Most High Creator Divine Source for the Force Universal Allah (All-Law) to establish the faith of Universal Allah (All-Law) throughout all of America (Al Morocco).

Affidavit of Information, Report, and Preferral of Charges;
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
7 of 216

## Acceptance

**c. Third.** It is hereby DECREED and DECLARED that said religious consul association **Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style** does accept all rights, power and authority conferred and the delegation of **AAMARU©™®** as its name, and as its ministerial purpose, **AAMARU©™®** humbly performs the righteous work-duty-service of ennoblement of all humanity.

**d. Fourth.** In accord with The Holy Koran Circle 7, The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A)and all annexes thereto, The Holy Qur'an, The Great Law of Peace, The Iroquois Constitution, The American Declaration of Independence (1776), The Treaty of Peace and Friendship (1787), The Madrid Convention on Protection in Morocco (July 3, 1880), Articles of united states for America Organic Constitution (1787), Bill of Rights of united states for America Organic Constitution (1787), The Universal Declaration on Human Rights (1948), The American Declaration of the Rights and Duties of Man (1948) inclusive without limitation all annexes thereto, The United Nations Declaration of the Rights of the Child (1959), The Universal Declaration on the Rights of Indigenous Peoples (2006), The International Proclamation for the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®](2016), The International Resolution For Competence By Conduct and Virtue – Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016), United Nations General Assembly Declaration on the Granting of Independence to Colonial Countries (Countees) and Peoples 1514 (XV) 947th Plenary Meeting (14 December 1960), the *Hague Conventions* and the *Geneva Conventions* inclusive without limitation of all annexes thereto.

## Respectfully and In Honor.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
8 of 216

RB917549139CS
RB917549139IS

# Verification

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and I, Syteria Hephzibah-El also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[*State v. Shearer*, 617 So.2d (Fla. App. 5 Dist. 1993)]

This Affidavit is dated the Twenty-Seventh Day of the Fifth Month
in the Year of Our Universal Allah (All-Law)
Four Hundred Thirty-Seven [Gregorian Calendar Year 2017 – May, 27]

In Honor.

I am: _____

I am: _____

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood
Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood
Jus Sanguinis, Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent
Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style
℅ 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)

Witness: _____

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
9 of 216

RB 917 349 140 US.
RB 917 349 153 US

## 10. United Nations General Assembly Declaration on the Granting of Independence to Colonial Countries (Countees) and Peoples 1514 (XV) 947th Plenary Meeting (14 December 1960)

a. "... Declares that: The subjection of peoples to alien subjugation, domination and exploitation constitutes a denial of fundamental human rights, is contrary to the Charter of the United Nations and is an impediment to the promotion of world peace and co-operation."

b. "All peoples have the right to self-determination: by virtue of that right they freely determine their political status and freely pursue their economic, social, and cultural development."

c. "Inadequacy of political, economic, social, or educational preparedness should never serve as a pretext for delaying independence."

d. "All armed action or repressive measures of all kinds directed against dependent peoples shall cease in order to enable them to exercise peacefully and freely their right to complete independence, and the integrity of their national territory shall be respected."

e. "Immediate steps shall be taken, in Trust and Non-Self-Governing Territories or all other territories which have not yet attained independence, to transfer all powers to the peoples of those territories, without any conditions or reservations, in accordance with their freely expressed will and desire, without any distinction as to race, creed, or colour, in order to enable them to enjoy complete independence and freedom."

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
10 of 216

RB 917 549 140 US
RB 917 549 153 US

f. "Any attempt aimed at the partial or total disruption of the national unity and the territorial integrity of a country is incompatible with the purposes and principles of the Charter of the United Nations."

g. "All States shall observe faithfully and strictly the provisions of the Charter of the United Nations, the Universal Declaration of Human Rights and the present Declaration on the basis of equality, non-interference in the internal affairs of all States, and respect for the sovereign rights of all peoples and their territorial integrity."

---

## 11. A Few Points of International Law Governing Modern Warfare

### War for National Liberation

The first Protocol of 1977 provides that peoples fighting against colonial domination and alien occupation and against racist regimes in the exercise of their right of self-determination are to be treated as if they were engaged in an international armed conflict and not a civil war. There is considerable difficulty over the meaning of this phrase, and it may be difficult to apply in practice. *Encyclopedia Britannica*

a. Formal declaration of war is not necessary.

b. The Law of Armed Conflict (LOAC) 4 Basic Principles:
(1) Distinction;(2) Proportionality; (3) Military Necessity; (4) Unnecessary Suffering

c. Ambulances and military hospitals containing sick or wounded are neutral property, and shall be protected by either belligerent. The neutrality ceases when armed forces occupy either.

d. Surgeons, nurses and attaches of hospitals or ambulances shall enjoy the benefits of neutrality when caring for sick or wounded.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
11 of 216

UJ 917 549 140 US
RJ 917 549 153 US

e. A wounded soldier in a dwelling is a protection thereto and wounded and sick shall be cared for by friend or foe.

f. The wounded and sick must be collected and cared for by the party to the conflict which has them in its power. Protection also covers medical personnel, establishments, transports and equipment. The emblem of the red cross, red crescent, or red (crystal) star is the sign of such protection and must be respected and must be ensured protection.

g. Whenever circumstances permit, and particularly after an engagement, each party to the conflict must, without delay, take all possible measures to search for, collect and evacuate the wounded, sick and shipwrecked without adverse distinction.

h. The wounded, sick and shipwrecked must receive, to the fullest extent practicable and with the least possible delay, the maintenance, cure, remedy, and attention required by their condition. No distinction may be made among them founded on any grounds other than medical ones.

i. Each party to the conflict must take all possible measures to protect the wounded, sick and shipwrecked against ill-treatment and against pillage of their personal property.

j. Belligerents who surrender or who are hors de combat are entitled to respect for their lives and their moral and physical integrity. It is forbidden to kill or injure them.

k. Captured belligerents are entitled to respect for their lives, dignity, personal rights and convictions. They must be protected against all acts of violence and reprisals. They must have the right to correspond with their families and to receive relief.

l. Civilians under the authority of a party to the conflict or an occupying power of which they are not nationals are entitled to respect for their lives, dignity, personal rights and convictions.

m. Guaranteed, Humanitarian consuls and Ministerial consuls, family life, the natural environment, and cultural heritage property must assuredly be respected and protected at all times and in all circumstances.

n. Guaranteed, objects used by and for Humanitarian consuls and Ministerial consuls, family life, the natural environment, and cultural property must assuredly be respected and protected at all times and in all circumstances.

o. Property of a friendly nation in an enemy's ship should be returned if seized.

p. Neutrals may sell to either belligerent any articles they desire to buy

q. Furnishing money to belligerents is not a breach of neutrality.

r. Arms and ammunitions may be shipped to a belligerent from a neutral port by a neutral subject.

s. Sending armed ships to belligerent ports for sale is permissible.

t. Parties to a conflict and members of their armed forces do not have an unlimited choice of methods and means of warfare. It is prohibited to employ weapons or methods of warfare of a nature to cause unnecessary losses or excessive suffering.

u. No one may be convicted or sentenced, except pursuant to a fair trial affording all essential judicial guarantees.

v. No one may be accused or convicted of a criminal offence on account of any act or omission which did not constitute a criminal offence under national or international law at the time it was committed; nor may a heavier penalty be imposed than that which was applicable at the time the criminal offence was committed.

w. Everyone must be entitled to benefit from fundamental judicial guarantees. No one must be sentenced without previous judgment pronounced by a regularly constituted court. No one must be held responsible for an act he has not committed. No one must be subjected to physical or mental torture, corporal punishment or cruel or degrading treatment.

x. A State responsible for violations of international (transnational) law are required to remit fair and reasonable compensation and reparations for the loss, damage, or injury caused and/or sustained.

y. Individuals are criminally liable / responsible for war crimes they commit.

z. Commanders and other superiors are criminally liable / responsible for war crimes committed pursuant to their orders.

aa. Commanders and other superiors are criminally responsible for war crimes committed by their subordinates if they knew, or had reason to know, that the subordinates were about to commit or were committing such crimes and did not take all necessary and reasonable measures in their power to prevent their commission, or if such crimes had been committed, to punish the persons responsible.

bb. Every combatant has a duty to disobey a manifestly unlawful order.

cc. Obeying a superior order does not relieve a subordinate of criminal responsibility if the subordinate knew that the act ordered was unlawful or should have known because of the manifestly unlawful nature of the act ordered.

dd. Serious violations of international humanitarian law constitute war crimes.

ee. States have the right to vest universal jurisdiction in their national courts over war crimes.

ff. States must investigate war crimes allegedly committed by their nationals or armed forces, or on their territory, and, if appropriate, prosecute the suspects. They must also investigate other war crimes over which they have jurisdiction and, if appropriate, prosecute the suspects.

gg. Statutes of limitation may not apply to war crimes.

hh. States must make every effort to cooperate, to the extent possible, with each other in order to facilitate the investigation of war crimes and the prosecution of the suspects.

Sources:

J.-M. Henckaerts – *Study on Customary International Humanitarian Law* (2011)

*War and International Humanitarian Law* – International Committee of the Red Cross (2010)

*Rule of Law Tools For Post-Conflict States: Amnesties*, United Nations New York and Geneva (2009)

Elham Aminzadeh, *The United National and International Peace and Security: A Legal and Practical Analysis* (1997)

Cecilia M. Bailliet – *Untraditional Approaches to Law: Teaching the International Law of Peace*, by, Santa Clara Journal of International Law, Volume 12, Issue 2, Article 1 (2014)

Dr. Gian Luca Beruto, *International Humanitarian Law-Human Rights and Peace Operations*, International Institute of Humanitarian Law in collaboration with the International Committee of the Red Cross (2008)

*The Rule of Law and Transnational Justice in Conflict and Post Conflict Societies*, Report of the Secretary-General United Nations Security Council (2004)

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
14 of 216

The burial of Bin Laden « Human rights investigations - May 2, 2011
[...] Declaration of Human Rights The Laws of War About HRI RSS Subscribe: RSS feed
Human rights investigations [...]

UK military chief and war crimes « Human rights investigations - May 17, 2011
[...] Declaration of Human Rights The Laws of War About HRI RSS Subscribe: RSS feed
Human rights investigations [...]

Justice for the victims of the NATO bombing of Libya « Human rights investigations - May 31,
2011 [...] Declaration of Human Rights The Laws of War About HRI RSS Subscribe: RSS feed
Human rights investigations [...]

NATO bombs the Great Man-Made River « Human rights investigations - July 27, 2011 [...]
Declaration of Human Rights The Laws of War Human Rights Documents Human Rights Law –
Reference Materials Convention against [...]

Sarkozy, Cameron, Obama, Al-Thani and the suffering of the children of Sirte « Human rights
investigations - October 11, 2011 [...] Declaration of Human Rights The Laws of War Human
Rights Documents Human Rights Law – Reference Materials Convention against [...]

The Suffering of the Children of Sirte | beautifulshayna - October 15, 2011 [...] bombs inside a
densely populated urban area is a war crime, although NATO commanders (such as Lieutenant-
General Charles Bouchard and Admiral Stavridis) and [...]

Colonel Gaddafi captured and killed « Human rights investigations - October 20, 2011 [...]
Declaration of Human Rights The Laws of War Human Rights Documents Human Rights Law –
Reference Materials Convention against [...]

Colonel Gaddafi captured and killed « Act of Defiance - October 22, 2011 [...] killing of captives
and abuse of corpses are war crimes; ones which have been practiced on a large scale by the
Libyan rebels, since the beginning of the [...]

NATO Bombs the Great Man-Made River Project in Libya: Humanitarian Disaster Looming «
LIBYA AGAINST SUPER POWER MEDIA - November 4, 2011 [...] Laws of War were designed
to prevent attacks on targets indispensible to the civilian population, so attacking [...]

LIBYA War Crime: NATO Bombed The Great Man Made River That Provides Drinking Water |
russian defense league - December 27, 2011 [...] The Laws of War were designed to prevent
attacks on targets indispensible to the civilian population, so attacking a civilian infrastructure
target such as this plant is a war crime. [...]

War on Terror Proponents . . . Promote Terrorist Attack? « Democrazy - January 14, 2012 [...]
Assassination of Iran's scientists breaks the following laws of war: Rule 1. the parties to the
conflict must at all times distinguish between civilians and [...]

The "Liberation of Sirte " [sic] – Obama's and NATO's Handiwork « Piazza della Carina - March
8, 2012 [...] bombs inside a densely populated urban area is a war crime, although NATO
commanders (such as Lieutenant-General Charles Bouchard and Admiral Stavridis) and [...]

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
15 of 216

The 'Halfaya bakery massacre' « Human rights investigations – January 23, 2013
[...] The Laws of War [...]

Anonymous – June 26, 2013 [...] in harmony with one another. There are a number of points to make about this: 1) This is clearly a war crime and those complicit in arming, providing bases for and supporting the militias responsible for this [...]

Lugansk war crime « Human rights investigations – June 5, 2014 [...] The Laws of War [...]

Gaza today – 20 medics died in this blast « Human rights investigations – July 26, 2014
[...] The Laws of War [...]

Gaza today – 20 died in this blast say medics « Human rights investigations – July 26, 2014
[...] The Laws of War [...]

NATO bombs the Great Man-Made River | Maine Republic Email Alert – January 11, 2017
[...] Laws of War were designed to prevent attacks on targets indispensible to the civilian population, [...]

Protocol Additional to the Geneva Conventions of 12 August 1949, and relating to the Protection of Victims of International Armed Conflicts (Protocol I), 8 June 1977, Article 48. See Also Commentary.

U.S. Army Field Manual FM27-10: Law of Land Warfare (July 1956), Page 5, Paragraph 41.

The Law of Armed Conflict, International Humanitarian Law in War, by Gary D. Solis, Cambridge University Press; 1st Edition (February 15, 2010), Page 258.

Protocol Additional to the Geneva Conventions of 12 August 1949, and relating to the Protection of Victims of International Armed Conflicts (Protocol I), 8 June 1977, Article 35.2. See also Commentary.

Department of Defense Law of War Manual, June 2015 (Updated May 2016), Office of General Counsel Department of Defense, Page 50.

Introduction to the Law of Armed Conflict, Basic Knowledge, Lesson 1, Published by ICRC (found at ICRC.org).

The Law of Armed Conflict, The Conduct of Operations – Part A, Lesson 3, Common Features of the Law Applicable to All Operations, Published by the ICRC (found at ICRC.org).

Law of Armed Conflict's Four Core Principles, by Solis (found at http://www3.nd.edu/~cpence/eewt/Solis7.pdf)

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
, A Delict Penal Action
16 of 216

# Nature, Sources, and Evidence of International (Transnational) Law: The Traditional and Contemporary Views

**12.** "International law consists of those rules and regulations which bind nation states in their relations with each other." (see *Bishop, International Law* 3 (3d ed. 1971); H. *Kelsen, Principles of International Law* 201 (1952)).

**13.** International law exists because it is to the benefit of all states that some sort of order govern their international dealings. States are, therefore, the ultimate drafters of international law. (see *"Law of Peace, Volume 1,"* Headquarters, Department of the Army, September 1979 page 1-1) [hereinafter cited as *Law of Peace*]).

# Law of Peace and Law of War (Use of Force)

**14.** Law of War jurisprudence is divided into distinct portions: Conflict Management and the Rules of Hostilities. The Conflict Management aspects of the Law of War consist of those legal concepts and principles developed for the purpose of eliminating or substantially reducing conflict within the international community. Of primary concern here are specific provisions of the U.N. Charter and the concepts of self-defense and intervention. (see McHugh, *Forcible Self-Help in International Law, Naval War College Review*, Nov-Dec, 1972, at 61).

**15.** If these norms, for one reason or another, fail to prevent the occurrence of conflict, the other aspect of the Law of War then comes into play the Rules of Hostilities. Of major importance here are the 1907 Hague Convention and the 1949 Geneva Convention, those treaty rules and regulations applicable to the actual conduct of combat and the concurrent humanitarian safeguards. (see Annex to Hague Convention No. IV Respecting the Laws and Customs of War on Land, Oct. 18, 1907. 36 Stat, 2277, T.S. No. 539, 2 *Malloy, Treaties* 2269; Geneva Convention for the Amelioration of the Condition of the Wounded and Sick in Armed Forces in the Field, Aug. 12, 1949, [19551 3 U.S.T. 3114,T.I.A.S. No. 3362, 75 U.N.T.S. 31; Geneva Convention for the Amelioration of the Condition of Wounded, Sick, and Shipwrecked Members of the Armed Forces at Sea, Aug. 12, 1949; (19551 3 U.S.T. 3217; T.I.A.S. No. 3363, 75 U.N.T.S. 85; Geneva Convention Relative to the Treatment of Prisoners of War, Aug. 12, 1949, [19551 3 U.S.T. 3316,T.I.A.S. No. 3364,75U.N.T.S. 135and Geneva Convention Relative to the Protection of Civilian Persons in Time of War, Aug. 12,1949, [19551 3 U.S.T. 3516,T.I.A.S. No. 3365, 75 U.N.T.S. 287).

Affidavit of information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action.
17 of 216

16.  The customary Law of War may sometimes be looked to in areas where no codified concepts have been formulated. Publications dealing with the Law of War available to the military associate include DA Pam 27-161-2; International Law, Volume II (1962); DA Pam 27-1, Treaties Governing Land Warfare (1956) ;and Army Field Manuel 27-10, The Law of Land Warfare (1956) (see *Law of Peace*, supra, page 1-2).

17.  Law of Peace of international jurisprudence provides the basic framework upon which both the Law of War and international jurisdictional arrangements are based.   International jurisdictional arrangements are an aspect of public international law of particular importance to the military-associate. These arrangements speak to the jurisdiction to be exercised over military forces and generally occur in the form of Status of Forces Agreements (SOFA's), Military Assistance Advisory Group (MAAG) Agreements, and Military Mission Agreements (see *Law of Peace*, supra, page 1-2).

## Sources of International (Transnational) Law

18.  In general, international law is based on the common consent of states in the international community. Determination as to whether such consent exists in a particular case or situation is a question of fact. Thus, the three primary sources of international law are those channels through which a state might give its **expressed or implied consent.** These sources are international agreements (treaties), customary norms, and general principles of law common to all "civilized" states. **Consent with regard to this latter source is more implied than expressed and is said to exist because states, having incorporated these principles into their domestic law, are deemed to have consented to their use as principles of international law.** This consent is particularly evident in Article 38 of the Statute of the International Court of Justice. This authorizes the Court to resort to "general principles" in deciding disputes placed before it.

19.  There is no doubt that international agreements (treaties) now stand as the primary source of international law (see *W. Friedmann, O. Lissitzyn R. Pugh, International Law* 64-68 (1969), [hereinafter cited as *Friedmann*]).

20.  Treaties contain provisions that purport to merely codify existing rules of customary international law. These rules are followed by the contracting parties, not only because the rules are part of the treaty, but also because they would be considered as binding international (transnational) law even in the absence of any treaty. Naturally, the greater the number of states party to the treaty, the more often the agreement will be recognized as binding and the more likely it will be universally accepted as declaratory of a rule of customary international law. (see *Letter from Secretary of State Rusk to Attorney General Kennedy* , Jan. 15, 1963).

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors
A Deficit Penal Action
18 of 216

**21.** Second, nonparty states may have a strong incentive to follow the treaty practice of the states party to the agreement. There has been a substantial increase in the frequency and importance of agreements made not by two or three states as a matter of private business, but by a considerable proportion of states at large for the regulation of matters of general and permanent interest. Such acts are often the result of congresses or conferences held for that purpose, and they are framed to permit the subsequent concurrence of states not originally parties to the proceedings (see *Law of Peace*, supra, page 1-5). When all or most of the major powers have deliberately agreed to these rules, they will have a very great influence among even those states which have never expressly adopted them.

**22.** It is through custom that treaties are interpreted. Of greater importance, is the fact that many of the lawful concepts contained in such treaties are considered as binding even on nonparties, *if* these agreements are deemed to be merely a codification of already existing customary international law. Given this fact, the lawmaking process of custom remains a particularly significant source of international norms. Custom arises when a clear and continuous habit of doing certain actions has grown up under the conviction that these actions are, according to international law, obligatory. It is state practice accepted as law between states. (see *Law of Peace*, supra, page 1-5).

**23.** It is clearly evident that if a custom becomes established as a general rule of international law, it will bind all states which have not opposed it whether or not these states played an active role in its formation. This means that in order to invoke a custom against a state, it is not necessary to specifically show the acceptance of the custom as law by the state. Acceptance of the custom will be presumed, thereby binding the state, unless it can show evidence of its actual opposition to the practice in question (see *Law of Peace*, supra, page 1-6)

**24.** Municipal Courts. The decisions of municipal courts on questions of international law are of great importance as precedents of the particular state of the court concerned. This is true even in those states where the principle of *stare decisis* technically has no lawful application. Normally, the decision of a national court on a question of international law is binding in common law jurisdictions on the other courts subject to judicial review by the court rendering the decision. Moreover, a fairly unanimous body of cases from various national courts will usually furnish compelling criteria for the ascertainment of a "customary" rule of international law. The importance of the judicial opinions of national courts are entitled to much weight in determining the applicable law. The cumulative effort of uniform decisions of municipal courts is the establishment of evidence of customary norms of international (transnational) law.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action.
19 of 216

## The Relationship Between International and State Law

25.  On the national level, the unites states for America Organic Constitution (1787) sets forth three sources of the supreme law of the land: (a) the Constitution itself; (b) legislation enacted by Congress in accordance with the Constitution; and (c) all treaties constitutionally entered into by the United States (see unites states for America Organic Constitution (1787), Article 4, Clause d). As a result, it would appear to be self-evident that all treaties, the primary source of international law, of which the Unites States is a party, are an integral part of the American system of jurisprudence (see *Law of Peace*, supra, page 2-1).

26.  In the United States, the equality in rank of treaties (international agreements) and acts of Congress is provided by Article VI, Clause 2, of the Constitution. Since neither is superior to the other, the one later in time is held to prevail. Hence a self-executing treaty, i.e., one whose provisions are directly applicable as rules of domestic law without the need of implementation by an act of Congress, supersedes the provisions of prior and inconsistent Federal legislation (see the *Law of Peace*, supra, page 2-2).

## Effect of Violation of International (Transnational) Law

27.  If a domestic law of the United States may be interpreted either in a manner consistent with international law or in a manner that is in conflict with international law, a court in the United States will interpret it in a manner that is consistent with international (transnational) law. Inter-national law is applied by courts in the United States without the necessity (a) of pleading and proving it; or (b) of showing an affirmative acceptance by legislative or other national authority of the rule of international law applied. If there is domestic legislation contrary to international law that is also pertinent, courts in the United States will normally apply the legislation. But courts in the United States interpret general or ambiguous words in statutes in a manner consistent with international law as understood by them (see *Law of Peace*, supra, page 2-5).

28.  Article 13 of the Declaration of Rights and Duties of States adopted by the International Law Commission in 1949 provides: "Every State has the duty to carry out in good faith its obligations arising from treaties and other sources of international law, and it may not invoke provisions in its constitution or its laws as an excuse for failure to perform this duty." There is an abundance of decisions of international courts and tribunals recognizing this principle. (see Case *Concerning Certain German Interests in Polish Upper Silesia*, [I926] P.C.I.J. 19, 22, 42; Chorzow Factory Case, [I928] P.C.I.J. 33-34; Free Zones Case, [I932] P.C.I.J. 167; Treatment of

Affidavit of Information, Report, and Preferral of Charges:
: Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
20 of 216

Polish Nationals in Danzig, (19321 P.C.I.J. 24; and Case Concerning Rights of Nationals of the United States of America in Morocco, (1952) I.C.J. 176). Therefore, International Law and National Law must not in their very nature either contradict each other or have primacy one over the other (see *Academy of Sciences of The U.S.S.R., Institute of State and Law, International Law* 15 (Ogden trans]. 1961)). In many cases, international tribunals have awarded damages because a state's courts have disregarded or misapplied international law (see *Law of Peace*, supra, page 2-6).

29. The place of international law within a particular municipal legal system, though both giving rise to intricate domestic legal problems and adding to or subtracting from the effectiveness of international law, does not affect the international rights and obligations of the state. These rights and responsibilities are founded in international law. Domestic constitutions and other state laws are, alone, incapable of adding to or subtracting from the existing norms of international jurisprudence. This is both logical and just. International law is not *foreign* law. Far more being a legal system imposed upon states against their will, it consists of rules and regulations designed both to protect and to promote the interests of all members of the world community (see *Law of Peace*, supra, page 2-6).

## The Basic Nature of States and Governments

30. There are many definitions of a state, one widely accepted definition stipulates that a state is an entity possessing the following qualifications: (a) a permanent population; (b) a defined territory; (c) a government; and (d) capacity to enter into relations with other states. [Art. 1, Convention on Rights and Duties of States, 49 Stat. 3097, T.S. No. 881, 165 L.N.T.S. 19. For other definitions, see *Restatement (Second) Foreign Relations Law of The United States* § 54 (1965) [hereinafter cited *as RESTATEMENT; J. Brierly, The Law of Nations* 137 (6th ed. 1963) [hereinafter cited *as Brierly]; I. Hyde, International Law* 22-23 (2d. rev. ed. 1945); *i. Oppenheim, International Law* 118 (8th ed. Lauterpacht 1955) [hereinafter cited *as Oppenheim]*.

Affidavit of Information, Report, and Preferral of Charges:
:Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-:
. A Delict Penal Action
.21 of 216.

## 31. Necessary Qualifications for Statehood [*Law of Peace*, supra, page 3-1]

### a) A Permanent Population – The American [Al Moroccan] People of AAMARU©™®

### b) A Defined Territory – Molly's Garden Countee, Timucuan Al Andalusia, Northwest Amexem (Morocco) [Jacksonville Florida state]

[Latitude: 30.360727, Longitude: -81.646558]

[National Grid: 17R MP, Northings: 58; Eastings: 37]

[RE # 133115-0000, AH-256-01-2S-26E.057 Long Branch, ]
[PT Lot 4 Rec'd O/R 15397-798]

[RE # 133112-0000, 55-2S-26E Long Branch, ]
[PT Lot 4 Rec'd O/R BK 4995-392]

[RE # 133058-0000, 06-2S-27E North Springfield Terrace, ]
[Lots 15, 22, W 30ft Lot 23, Blk 4]

[RE # 133059-0000, 3-88-46-2S-27E North Springfield Terrace, Lot 16, Blk 4]

### c) A Government – Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®] Religious Consul Association

### d) Capacity To Enter Into Relations With Other States

Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US], Registrar (Probate Court) / Recorder Doc # 2017104658, OR BK 17971, Pages 674-680 and all annexes thereto;

Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance [RB 917 549 140 US] 4th Judicial Circuit Duval County 16-2017-CA-2142, 1st DCA Appeal 1D17-1699, 1st DCA Appeal 1D17-1851, and all annexes thereto ;

Caveat: Declaration of Final Default Judgment 16-2017-CP-1020 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814 and all annexes thereto;

Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance [RB 917 549 153 US] 4th Judicial Circuit Duval County 16-2017-CA-2144, 1st DCA Appeal 1D17-1538, 1st DCA Appeal 1D17-1852, and all annexes thereto;

Affidavit of Information, Report, and Preferral of Charges:
. Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
. A Delict Penal Action .
22 of 216

Case 3:17-cv-00881-TJC-JBT   Document 1-2   Filed 08/01/17   Page 33 of 227 PageID 141

**32.** The Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®] does not rely for its juridical existence on anything foreign to itself (see Korowicz, *Introduction to International Law* 274 (1959)). Subject to its international agreements (treaties) and other international law obligations, AAMARU©™® is independent of other states both within its territory and in its international affairs. (see Chief Justice Marshall's statements in *The Antelope*, 23 U.S. (10 Wheat.) 66 (1825). The essential ingredient of a government in international law is that it must be in control (self-function). The manner in which the AAMARU©™® government gains control is not of primary importance (see *Law of Peace*, supra, page 3-3, 3-4).

**33.** All states are lawfully equal, i.e., all states have equality before the law; equal protection before the law (see *Law of Peace*, supra, page 3-2). This principle is expressly recognized in Article 2(1) of the Charter of the United Nations: "The Organization is based on the principle of the lawful equality of all its members."   Thus, it has been contended that the principle of equality simply means application of the law in conformity with the law, i.e., that in applying the law only those differences shall be regarded which are recognized in the law itself. (see Kelsen, *The Draft Declaration on Rights and Duties of States*, 44 Am. J. Int'l L. 259, 269 (1950)).

**34.** Every state, whatever its other duties may be, has the duty to respect the rights enjoyed by every other state in accordance with international law. (see *Charter of the Organization of American States*, Art. 10, 2 U.S.T. 2394, 119 U.N.T.S. 3, *as amended 21* U.S.T. 607 (1967)). The right of each state to exercise its lawful power does not authorize it to commit unlawful acts against another state. (see *Law of Peace*, supra, page 3-2). Statehood entails the power to exclude states from exercising their functions within the territory of another state. This is a universally accepted core principle of international law.

**35.** Every state is entitled to represent its nationals in claims proceedings against another state for injury caused by the latter's violation of international law. (see *Law of Peace*, supra, page 3-3) Although the actual injury is to the person or property of nationals of the state asserting the claim, international law treats the damage or injury as having been suffered by that state. Therefore, only the state of which the aggrieved persons are nationals has standing to bring claims against another state for violations of international law (see *Mavrommatis Palestine Concessions (Jurisdiction)*, [1924] P.C.I.J., ser. *A*, No. 2).

**36.** A state or government does not depend upon recognition from anyone for its international juridical personality. With the will of the nation substantially declared, its juridical existence is complete when the objective criteria of statehood or government are satisfied. (Convention on Rights and Duties of States, Art. 6. Article 3 of this *Convention*, which appears expressly to adopt the declaratory theory of recognition, states in part: "The political existence of the state is independent of recognition by other states."); (see *Law of Peace*, supra, page 3-6).

Affidavit of Information, Report, and Preferral of Charges:
: Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors
A Delict Penal Action
23 of 216

37. Generally, friendly foreign states are permitted, as a matter of comity, to bring proceedings in the courts of another state (*The Sapphire*, 78 U.S. (11 Wall.) 164 (1871)). Even a creature corporation of the non-recognized regime could maintain suit in a United States court to enforce such rights and obligations (see *Gov't of France v. Lobrandtsen-Moller Co.*, 48 F. Supp. 631 (S.D.N.Y. 1943)):

38. "There are many things which may occur within the purview of an unrecognized government which are not evil and which will be given customary legal significance in the courts of nations which do not recognize the prevailing *de facto* government. In a time in which governments with established control over territories may be denied recognition for many reasons, it does not mean that the denizens of such territories or the corporate creatures of such powers do not have the juridical capacity to trade, transfer title, or collect the price for the merchandise they sell to outsiders, even in the courts of non-recognizing nations" (see *Law of Peace*, supra, page 3-9).

## International Juridical Personality

39. One of the more significant developments of contemporary international law is the extension of international juridical personality to entities other than states (see *Friedmann*, *supra* note 20, at 201). This is, of course, merely another way of saying that certain entities other than states have come to be regarded as having rights and duties under international law and as being endowed with capacity to act. As a result of this gradual (and ongoing) development, international organizations, corporations, and even individuals may now be said to possess international juridical personality in varying degrees (see *Law of Peace*, supra, page 3-11).

## Violation of Alien's Human Rights

40. A violation of the human rights of an alien can be redressed at the international level through processes initiated by the injured alien's national state, and the United Nations suggests that internationally recognized human rights may be asserted by a people even against their own state (see *Law of Peace*, supra, page 3-13).

41. The principal documents involved in the emerging law of international human rights are certain articles of the U.N. Charter, the Universal Declaration of Human Rights, and the so-called Human Rights Covenants (see G.A. Res. 217, U.N. Doc. A1810 at 71.); (see International Covenant on Economic, Social, and Cultural Rights, G.A. Res. 2200, 21 *U.N. Gaor* Supp 16, at 49, U.N. Doc. A/6316 (1966); International Covenant on Civil and Political Rights, *id.* at 52). Although the Charter provisions and the Declaration are not directly binding on U.N. member-states, municipal courts may nevertheless treat them as indicative of public policy or even as part of the law of the land, and thus give them effect in adjudicated cases. (see *Re: Drummond Wren* [I9451 O.R. 778, [I9451 4 D.L.R. 674 (Ontario High Ct.); (see *Oyama v. California*, 332 U.S. 633, 649-50, 673 (1948)).

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
24 of 216

RD 777 547 103 US
RD 917 543 153 US

42. Moreover, international tribunals may treat these provisions, or at least some of them, as being part of customary international law and hence binding on all states. (see the separate opinion of Vice President Ammoun in the *Advisory Opinion on the Continued Presence of South Africa in Namibia* (South West Africa), [1971] I.C.J. 16, 76). As for the various Human Rights Covenants, they are, of course, intended to operate as treaties. Once in force, such conventions would legally obligate states that become parties to them to accord specific rights to all individuals (see *Friedmann, supra* note 20, at 222).

## Individuals are Held Responsible for Violations of International Law

43. The development of rights enforceable by individuals at the international level is in an embryonic stage. It has long been held, however, that individuals are capable of violating international law. For example, piracy has been deemed an offense "against the law of nations" and the offender has been subject to punishment by any state that captures him (see *U.S. v. Smith,* 18 U.S.(5 Wheat.) 153, 161-62 (1820). *Cf: Respublica v. DeLongchamps,* 1 U.S. (1 Dall.) 11 1 (assault on a foreign diplomat held an infraction of the law of nations)). More recently, there has been widespread acceptance of the principle that individual members of belligerent armed forces are criminally responsible for violations of the laws of war, and may be punished by enemy or international authorities (see *Ex Parte Quirin,* 317 U.S. 1 (1942)); (see *Attorney General of Israel v. Eichmann,* 36 Int'l L. Rep. 277 (1968) (Israel Sup. Ct. 1962)).

## State Responsibility

44. It is the state that is accorded international rights and privileges, and, concomitantly, it is the state that must bear international responsibility for those violations of international law attributable to it. This is the law of state responsibility.

45. A state may be held internationally responsible for any act or omission attributable to the state which results in a violation of substantive international law and which injures another state. Conjunctively, if an act or omission attributable to a state violates any of the substantive international norms and the consequence of such act is injury to another state, the delinquent state is responsible for making reparation or giving satisfaction to the injured state. Moreover, a delinquency may also give rise to punitive individual or collective sanctions being taken by the affected state or states (see *Law of Peace,* supra, page 7-1).

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
25 of 216

# State Responsibility for Injuries to Aliens

46. All aliens have a Natural right and Human right to the protection of the local law. They owe a duty to observe that law and while the state has the right to expect all aliens to observe its laws, it also has an obligation to give them the degree of protection for their people and/or person(s) and property which they and their state have the right to expect under local law, under international law, and under treaties and conventions between their state and the state of sojourn (see 5 G. Hackworth, *Digest of International Law*, 471-72 (1943) [hereinafter cited as 5 Hackworth]).

47. The arguments set forth by those who insist upon the existence of an international standard of justice applicable to aliens are best represented in a statement by former Secretary of State, Elihu Root: ". . . Each country is bound to give to the nationals of another country in its territory the benefit of the same laws, the same administration, the same protection, and the same redress for injury which it gives to its own people, and neither more nor less: provided the protection which the country gives to its own people conforms to the established standard of civilization."

48. "There is a standard of justice, very fundamental, and of such general acceptance by all civilized countries as to form a part of the international law of the world. The condition upon which any country is entitled to measure the justice due from it to an alien by the justice which it accords to its own people is that its system of law and administration shall conform to this general standard. If any country's system of law and administration does not conform to that standard, although the people of the country may be content or compelled to live under it, no other country can be compelled to accept it as furnishing a satisfactory measure of treatment to its people. ..."

49. ". . . The foreigner is entitled to have the protection and redress which the people are entitled to have, and the fact that the people may not have insisted upon their rights, and may be content with lax administration which fails to secure those rights to them, furnishes no reason why the alien should not insist upon those rights and no excuse for denying those rights to them" (see *Proceedings of the American Society of International Law* 20-22 (1910)).

50. Mr. Root's statement, though issued in 1910, still reflects the U.S. and Western European view toward the internationally imposed standard of treatment for aliens. These proponents of an international standard argue that some form of uniform protection must exist if private people and corporate persons are to be safe in their travel and business activities (i.e., all aliens are entitled to equality before the law; equal protection before the law (see *Law of Peace*, supra, page 7-2).

**51.** Restatement, Second, § 17 1, defines an alien as follows:

A person is an alien for purposes of the responsibility of a state for injury to an alien, if (a) he is not a national of the respondent state, (b) he is a national of the respondent state and of another state, and the respondent state, for purposes of the conduct causing injury, treats him as a national of the other state, or (c) he is a national of the respondent state and of another state, provided (i) his dominant nationality, by reason of residence or other association subject to his control (or the control of a member of his family whose nationality determines his nationality) is that of the other state and (i) he (or such member of his family) has manifested an intention to be a national of the other state and has taken all reasonably practicable steps to avoid or terminate his status as a national of the respondent state (see *Law of Peace*, supra, page 7-4).

## Substantial Bases for International Claims Attributed to the Conduct of the State

**52.** Attention must now be focused on those acts which have generally been viewed as substantive bases for international claims. Stated concisely, what acts attributable to a state are wrongful under international law when they result in injuries to aliens?

**53.** Restatement, Second, Foreign Relations Law of the United States (1965)

§ 165. When Conduct Causing Injury to Men is Wrongful under International Law

(1) Conduct attributable to a state and causing injury to an alien is wrongful under international law if it
(a) departs from the international standard of justice, or
(b) constitutes a violation of an international agreement.

(2) The international standard of justice specified in Subsection (1) is the standard required for the treatment of aliens by
(a) the applicable principles of international law as established by international custom, judicial and arbitral decisions, and other recognized sources or, in the absence of such applicable principles,
(b) analogous principles of justice generally recognized by states that have reasonably developed legal systems. ...

**54.** Treaties often refer to the obligation of either party to accord such treatment to the other's nationals as is required by international law (see e.g., Treaty of Peace and Friendship (1787) between Morocco and United States; see, e.g., Treaty of Friendship, Commerce and Navigation between the United States and Italy, Feb. 2, 1948, Art. V. 63 Stat. 2225; Treaty of Friendship, Commerce and Navigation with the Federal Republic of Germany, Oct. 29, 1954, Art. 111, T.I.A.S. No. 3593, 273 U.N.T.S.; see e.g., Treaty of Friendship, Commerce and Navigation with Pakistan, Nov. 12, 1959, Art. III, 12 U.S.T. 110, 404 U.N.T.S. 259).

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors
A Delict Penal Action
27 of 216

55. Hague Convention No. IV Respecting the Laws and Customs of Land (36 Stat. 2277,T.S. No. 539) provides in Article 3 as follows: A belligerent party which violates the provisions of the said Regulations shall, if the case demands, be liable to pay compensation. It shall be responsible for all acts committed by people forming part of its armed forces. In general, the United States has long followed the policy of making prompt settlement of meritorious claims for damages caused by United States officials, officers, and/or agents (see *Law of Peace*, supra, page 7-8, 7-9).

56. Some treaties and agreements provide that the United States will pay just and reasonable compensation in settlement of civil claims arising out of acts or omissions of members of the United States forces, with claims to be processed and settled in accordance with applicable provisions of United States law (see Agreement with Federation of the West Indies, Feb. 10, 1961, 12 U.S.T. 408 (1961), T.I.A.S. No. 4734).

## Failure to Protect Aliens and to Apprehend and Prosecute Those Who Wrongfully Inflict Injury on Aliens

57. On Failure to Protect. In the *William E. Chapman Claim*, a claim was made by the United States on behalf of William Chapman (see *William E. Chapman Claim* (United States v. Mexico), United States and Mexico General Claims Commission, [1930-311 Opinions of Commissioners 121, 4 U.N.R.I.A.A. 632). In awarding compensation to Mr. Chapman, the Commission issued these comments:

58. "This Commission and other international tribunals have often given application to the general principles invoked in the instant case that a government is required to take appropriate steps to prevent injuries to aliens and to employ prompt and effective measures to apprehend and punish offenders who have committed such injuries. The Commission has also considered the subject of the special protection due to a consular officer. . . . Citation is made by the American Agency to statements found in numerous works on international law and in diplomatic correspondence to the effect that consular officials are entitled to special protection."

59. ". . . Of course a request for protection in a *case* of threatened danger may be appropriate in any case involving the safety of an alien having no official status; and compliance with such a request will be prompted by the desire of authorities of a government to take notice with a view to avoiding any just grounds for complaint by the government to which the alien belongs. . . ."

60. "Writers on international law have repeatedly [however] stated that consular officers are entitled, to use the language of Phillimore, to a 'more special protection of international law than uncommissioned individuals'" (see *Law of Peace*, supra, page 7-11).

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
28 of 216

**61.** On Failure to Apprehend and Prosecute. In the *Laura B. Janes Claim* (see *Laura B. Janes Claim* (United States v. Mexico), United States and Mexico General Claims Commission, 1926, [1927] Opinions of Commissioners 108, 4 U.N.R.I.A.A. 82), the Commission asserted:

**62.** ". . . At times international awards have held that, if a State shows serious lack of diligence in apprehending and punishing culprits, its liability is a derivative liability, assuming the character of some kind of complicity with the perpetrator himself and rendering the State responsible for the very consequences of the individual's misdemeanor. . . . The reason is that the non-punishment must be deemed to disclose some kind of approval of what has occurred, especially so if the Government has permitted the guilty parties to escape or has remitted the punishment by granting either pardon or amnesty."

**63.** "A reasoning based on presumed complicity may have some sound foundation in cases of non-prevention where a Government knows of an *intended* injurious crime, might have averted it, but for some reason constituting its liability did not do so. The present case is different; it is one of non-repression. Nobody contends either that the Mexican Government might have prevented the murder of Janes, or that it acted in any other form of connivance with the murderer. The international delinquency in this case is one of its own specific type, separate from the private delinquency of the culprit. The culprit is liable for having killed or murdered an American national; the Government is liable for not having measured up to its duty of diligently prosecuting and properly punishing the offender."

**64.** In speaking to this specific substantive basis for an international claim, Restatement, Second, § 183 provides:

A state is responsible under international law for injury to the person or property of an alien caused by conduct that is not itself attributable to the state, if (a) the conduct is either (i) criminal under the law of the state, (i) generally recognized as criminal under the laws of states that have reasonably developed legal systems, or (i) an offense against public order, and (b) either (i) the *injury* results from the failure of the state to take reasonable measures to prevent the conduct causing the *injury*, or (ii) the state fails to take reasonable steps to detect, prosecute, and impose an appropriate penalty on the person or persons responsible for the conduct if it falls within clause (a) (i).

**65.** On Denial of Procedural Justice. It is frequently said that a state is responsible under international law for a "denial of justice" to an alien. The term "denial of justice" includes without limitation: (1) any treatment of an alien that violates international law, (2) treatment of an alien that departs from generally accepted standards of substantive law, (3) treatment of an alien that departs from generally accepted standards for the conduct of legal proceedings, (4) failure to afford an alien an adequate remedy or protection in the administration of justice, (5) failure to prosecute the perpetrator of a crime causing injury to an alien, or (6) failure to provide an adequate domestic remedy for an injury to an alien for which the state has international responsibility (see Law of Peace, supra, page 7-11, 7-12).

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action .
29 of 216

RD 577 547 149 US
RR917549 153 US

**66.** The rules in *Restatement, Second* on this subject deal with the some of the following different types of injury to an alien:

(A) *Arrest and Detention*: Restatement, Second, § 179 deals with arrest and detention in the following manner:

(1) The arrest of an alien is a denial of procedural justice if (a) he is not informed of the cause of the arrest, or

(b) the arrest is for a cause not recognized as justifying arrest under the international standard of justice.

(2) The detention of an alien constitutes a denial of procedural justice if he is not, without unreasonable delay,

(a) informed of the charges against him,

(b) afforded access to a tribunal or other authority having jurisdiction to determine the lawfulness of his detention and to order his release if such detention is unlawful,

(c) permitted during detention to communicate with a representative of his government,

(d) afforded access to counsel (consul), or

(e) granted a trial.

(3) **Mistreatment of an alien in the course *arrest* or during detention is a denial of procedural justice.**

67. Arrests and detention are also covered in the U.N. Covenant of Civil and Political Rights (see 21 U.N. GAOR Supp. 16, at 52-58, U.N. Doc. A/6316 (1966)). Additionally, certain rights of an accused are specifically guaranteed in U.S. Treaties of Friendship, Commerce and Negotiation. (see e.g., Treaty of Peace and Friendship (1787) between Morocco and United States; see e.g., Treaty with Greece, August 3, 1951, art. IV(2). [1952] 5 U.S.T. 1829, T.I.A.S. No. 3057.

68. International agreements commonly guarantee reasonable access to courts or other tribunals for aliens on the same basis as nationals (see e.g., Treaty of Peace and Friendship (1787) between Morocco and United States; see, e.g., Friendship, Commerce and Navigation Treaty with the Netherlands, March 27, 1956, Art. V(1), 8 U.S.T. 2043, T.I.A.S. No. 3942; American Declaration of the Rights and Duties of Man; Art. XVIII (1948); 43 Am. J. Int'l L. Supp. 133, 136 (1949)). The denial of justice in question must be egregious, indeed, the decision must be "so obviously wrong that it cannot have been made in good faith and with reasonable care," or "a serious miscarriage of justice" *Restatement, supra,* note 11 at 4 182, comment *a.;* see Herrera v. Canevaro and Co. [1927-281 Ann. Dig. 219 (Sup. Ct. Peru).

# Restatement, Second,
# Foreign Relations Law of the United States (1965) - Compensation

69. § 187. Just Compensation Defined Just compensation as required by § 186 must be (a) adequate in amount, as indicated in § 188,

(b) paid with reasonable promptness, as indicated in § 189, and

(c) paid in a form that is effectively realizable by the alien, to the fullest extent that the circumstances permit, as indicated in § 190.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
30 of 216

## 70. §188. Adequacy of Compensation

(1) Compensation, to be adequate in amount within the meaning of § 187, must be in an amount that is reasonable under the circumstances, as measured by the international standard of justice indicated in § 165. Under ordinary conditions, including the following, the amount must be equivalent to the full value of the property taken, together with interest to the date of payment

(a) if the property was acquired or brought into the jurisdiction of the state by the alien for use in a business enterprise that the alien was specifically authorized to establish or acquire by a concession, contract, license, or other authorization of the state, or that the alien established or acquired in reasonable reliance on conduct of the state designed to encourage investment by aliens in the economy of the state,

(b) if the property is an operating enterprise that is taken for operation by the state as a going concern,

(c) if the taking is pursuant to a program under which property held under similar circumstances by nationals of the state is not taken, or

(d) if the taking is wrongful under international law as stated in § 185.

(2) In the absence of the conditions specified in Subsection (1), compensation must nevertheless be equivalent to full value unless special circumstances make such requirement unreasonable.

b. *Meaning of full value.* The full value specified in this Section means fair market value if ascertainable. If fair market value is not ascertainable, it means the fair value as reasonably determined in the light of the international standard of justice specified in § 165. So far as practicable, full value must be determined as of the time of taking, unaffected by the taking, by other related takings, or by conduct attributable to the taking state and having the effect of depressing the value of the property in anticipation of the taking. This does not require, however, disregard of the effect on market values of the state's general power to regulate the use of property or the conduct of business operations.

71. § 189. Promptness of Compensation Payment with reasonable promptness, within the meaning of § 187, means payment as soon as is reasonable under the circumstances in the light of the international standard of justice specified in § 165.

## 72. § 190. Effectiveness of Compensation

(1) Compensation, to be in effectively realizable form, within the meaning of § 187, must be in the form of cash or property readily convertible into cash. If not in the currency of the state of which the alien was a national at the time of the taking, the cash paid must be convertible into such currency and withdrawable, either before or after conversion, to the territory of the state of the alien's nationality, except as indicated in Subsection (2).

(2) Such conversion and withdrawal may be delayed to the minimum extent necessary to assure the availability of foreign exchange for goods and services essential to the health and welfare of the people of the taking state.

Affidavit of Information, Report, and Preferral of Charges
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors
A Delict Penal Action
31 of 216

## State Breach of Contract as a Violation of International Law

73. Restatement, Second, § 193 holds that:

(1) The breach by a state of a contract with an alien, except as indicated in Subsection (2) and (3), is wrongful under international law if either

(a) the breach is effected in an arbitrary manner without bona fide claim of excuse,

(b) the law and practice of the state in effect at the time of the breach do not make reasonable provision for reparation for the breach,

(c) the state entered into the contract with the alien (or an alien assignor of the contract) in his capacity as an alien, or

(d) the circumstances indicate that, when the alien became a party to the contract, the parties contemplated that performance of the contract would involve to a substantial degree foreign commerce, use of foreign resources, or activity outside the territory of the state.

(2) Subsection (1) (a) and (1) (b) are not applicable to a contract for the repayment of money borrowed on the domestic market of the state.

(3) Breach by a political subdivision of a state, whether or not it is a federal state, of a contract to which the central government or an agency of that government is not a party, does not, as such, give rise to responsibility on the part of the state under international law (see *Restatement, supra,* note 11 at 8 193).

### Reparation

74. In general, the violation of international law creates an obligation on the part of the delinquent to give satisfaction or reparation for the wrong to the state injured by the violation. Since an international delict involving a material injury, whether to state, property or the property or people or person of a private individual, is an injury to the state itself, a moral injury will always accompany a material injury.


75. Reparation or satisfaction for a moral injury may consist of a formal apology or a monetary payment, or both (see The "I'm Alone" Case (Canada v. United States) Department of state Arbitration, Ser. No. 2, at 4, 3 U.N.R.I.A.A. 1609, 1618 (1935) [hereinafter cited as the "I'm Alone" Case]). Moreover, the mere fact that a state is adjudged to have violated international law may be sufficient, reparation to the injured state (see The Corfu Channel Case [1949] I.C.J. 4, 35). If the reparation for a moral injury consists of a monetary payment, the amount will depend on the nature and magnitude of the injury to the dignity or sovereignty of the wronged state. When the moral injury is accompanied by or results from a material injury, the reparation often takes the form of a monetary payment measured by the damages of the individual claimant, even though, in theory, the injury has been suffered by the claimant state (see *Law of Peace,* supra, page 7-18). In appropriate circumstances, reparation might also include additional monetary damages for the moral injury to the claimant state. (see the opinions in the *Laura M.B. Janes Claim,* supra).

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
32 of 216

RB 017 548 140 US
IIII 917 547 653 US

**80.** The term protocol refers to supplementary agreements (see *I. Oppenheim, International Law 878* (8th ed., Lauterpacht 1955).

a) A concordat is an agreement by a State with the Holy See; however, agreements between the Vatican and other states need not be called concordats (see *I. Hyde, International Law 25-26* (1 945).

b) A process verbal is an official record of a meeting or conference (see *I. Oppenheim, supra, note 8 at 878*).

c) A memoire or aide memoire is a diplomatic note summarizing the diplomat's understanding of a convention. A *note verbal* is hardly distinguishable from a *memoire* except that it is unsigned and summarizes diplomatic discussions (see Law of Peace, supra, page 8-1, 8-2).

d) Sometimes especially formal agreements are described as Acts, General Acts, Statutes, or **Declarations** (see e.g., Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 674-680); see e.g., Caveat: Declaration of Final Default Judgment 16-2017-CP-1020 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814); see e.g., The General Act of Berlin of 1885; the Statute of the Permanent Court of International Justice; the Declaration of Paris of 1856, and the Declaration of St. Petersburg of 1868).
e) On the other hand, the term Congress or Conference may be substituted for these terms. This practice is, however, a loose use of the terms in question. Thus the phrase, "Congress of Vienna" is loosely used to refer to the Final Act or the actual agreement recorded by the principal powers in 1815 after the downfall of Napoleon (see *N.R.Martens, Recueil de Traitks 2, 379*).

f) A modus vivendi is usually a temporary or provisional arrangement (see *5. G. Hackworth, Digest of International Low 392, 414* (1943)).

g) A compromise may signify an agreement generally of a conciliatory nature. It is also used to describe the agreed terms under which an arbitrator is empowered to decide a dispute between two states (see *W. Bishop, International Law 61* (2d ed., 1962)).

**81.** Article 2(1) (a) of the Vienna Convention defines a treaty as an international agreement concluded between two states in written form and governed by international law, whether embodied in a single instrument or in two or more related instruments, and whatever its particular designation.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
34 of 215

## Conclusion of International Agreements

**82.** Formal Requirements. The traditional procedure for the conclusion of an international agreement is for the parties to record their common intention, arrived at after negotiation through diplomatic or other channels or at a conference of interested states, in a single formal instrument. This is still the normal procedure for international agreements (see *Law of Peace*, supra, page 8-4).

**83.** One of the conspicuous modern developments in treaty-making procedure, however, has been the rapid increase in the number and frequency of agreements recorded in simplified form. Probably a majority of the agreements currently concluded are effected by the simple exchange of diplomatic notes recording the terms of the proposed agreement and the consent of each state concerned to be bound thereby (see *Law of Peace*, supra, page 8-4).

**84.** A treaty relationship may also be created by indirect manifestations of consent, as when states consent to the compulsory jurisdiction of the International Court of Justice by means of unilateral declarations deposited with common reference to Article 36(2) of the Court's statute. The exchange or deposit of *notes verbales* may also give rise to a treaty relationship (see *Law of Peace*, supra, page 8-4).

**85.** Oral Agreements. The validity of oral agreements is widely admitted, whether they are later reduced to writing or not. Although Article 2 of the Convention requires that treaties be "in written form," Article 3 provides that the fact that a treaty is not in written form shall not affect the legal force of the agreement. Thus, under existing international law, there is nothing to prevent an international agreement from being made orally (see *Law of Peace*, supra, page 8-4).

**86.** Written Agreements. The generally favored view is that the written instrument alone should be regarded as "the treaty." Thus, akin to the "parole evidence" rule in municipal law, working papers and other evidence of the drafters' intent may not be used to modify the clear words of the written document (see Harvard Research, *supra*, note 19; Jurisdiction of the Commission of the Oder 119291 P.C.I.J., ser. A, No. 23, at 42. *But see* H. Lauterpacht, *The Development of International Law by the International Court* 136-37 (1958)).

## Consent to Be Bound by an International Agreement

**87.** In general, the text of a treaty is considered to be adopted upon the consent of all states participating in its drafting or, at an international conference, by the vote of two-thirds of the states present and voting, unless, by the same majority, they shall decide to apply a different rule. (see *Vienna Convention*, supra, at Article 9). Consent may be expressed by signature, exchange of instruments constituting a treaty, ratification, acceptance, approval or accession, or any other means if the treaty so provides or it is agreed upon by the states involved (see *Vienna Convention*, supra, at Articles 11-15).

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
35 of 216

88. Once a state has signed or exchanged instruments subject to ratification, acceptance, or approval, or has expressed its consent to be bound pending entry into force of the treaty, it must refrain from acts which would defeat the object and purpose of the agreement (see *Vienna Convention*, supra, at Article 12).

89. Increasing numbers of treaties provide for "acceptance" or "approval" as a substitute for one or more of the other procedures – signature, ratification, accession, – by which a state consents to be bound by a multilateral treaty. The significance of a provision requiring "acceptance" or "approval" is that the latter terms imply less formality than "ratification" (see *Law of Peace*, supra, page 8-5).

90. The Vienna Convention provides that, unless otherwise stated in a treaty, instruments of ratification, acceptance, approval, or accession establish the consent of a state to be bound upon their exchange between the contracting states, their deposit with the depositary, or their notification to the contracting states or depositary (see *Vienna Convention*, supra, at Article 12).

## Entry into Force of International Agreements

91. The Vienna Convention provides that a treaty becomes effective as soon as consent to be bound has been established for all of the negotiating states (see *Vienna Convention*, supra, at Article 24(1) and (2)). If a state's consent to be bound is established on a date after the treaty has come into force, it becomes effective for that state on that date (see *Vienna Convention*, supra, at Article 24(3)).

## The Validity and Effect of International Agreements

92. The Binding Force of International Agreements is basically a contract binding force between states, and elements of obligation akin to those found in municipal contract law are present. It is the assent to be bound that obligates the parties. As one writer has observed, ". . . it is merely a question of fact whether, in a concrete instance, a subject of international law has made a declaration of intention, which in the circumstances, can be considered by other international persons or by international organs as meant to produce legal consequences in international law" (see G. *Schwanenberger, A Manual of International Law* 224 (1960)). The Vienna Convention provides that ". . . a treaty enters into force as soon as consent to be bound by the treaty has been established for all the negotiating states" (see Law of Peace, supra, page 8-9).

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
36 of 216

# Agreement Making Power in the United States

## 93. united states for America Organic Constitution (1787)

### Article I. Section 10

a) No State shall enter into any Treaty, Alliance or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts....

### Article VI

b) This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, anything in the Constitution or Laws of any State to the Contrary not- withstanding.

c) No treaty has ever been held to be unconstitutional by the Supreme Court of the United States (see Byrd, *Treaties and Executive Agreements in The United States* (1960)).

## Restatement, Second, Foreign Relations Law of the United States (1965)

94. § 117. Scope of International Agreements
The United States has the power under the Constitution to make an international agreement if
(a) the matter is of international concern, and
(b) the agreement does not contravene any of the limitations of the Constitution applicable to all powers of the United States. "

95. § 119. Scope of Executive Agreement Pursuant to Treaty
An international agreement made as an executive agreement pursuant to a treaty to which the United States is a party may deal with any matter that satisfies the requirements indicated in § 117 and will *carry* out the purposes of the treaty.

96. § 120. Scope of Executive Agreement Authorized by Act of Congress
An international agreement made by the United States as an executive agreement authorized by an act of Congress may, subject to the limitations indicated in § 117 deal with any matter that falls within any of the powers of the Congress and the President under the Constitution, even if the matter also falls within the treaty power.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors~
A Dellct Penal Action
37 of 216

RB 917 549 148 US
EB 917 549 153 US

## Fundamental Processes Of Commerce And Commercial Law

97. The Universal Constants Of Life – The Laws Of Nature, Generally Understood Nothing happens in Nature without the action of force. The Laws of Nature are generally the same everywhere and everywhen in the Universe. Nature presents to us the way in which things work in Nature. We are a part of Nature. Being subordinate to Nature, we must extract the lessons of Truth from the experience, which Nature provides for us. Therefore, Nature is the teacher, and Man is only an imitator of Nature.

98. The four most fundamental processes of commerce and commercial law are barter, contracts, liens, and distresses.

99. The four most fundamental processes are all well known from ancient times, and can be easily understood by studying any of the Holy texts.

100. Barter and contracts establish trade and promises to perform.

101. Every people have the right to use any of these commercial processes to conduct their business, or to protect their interests, or for their self-defense. '
(see *Hague Conventions* and *Geneva Conventions* and all annexes thereto)

102. The people must also accept the liability for using these commercial ' processes. Private people, considered collectively, are referred to as the public people, as in "Public Jury".

103. The fundamental processes of commerce and commercial law, barter, contracts, liens, and distresses, are common natural processes, and at the commercial foundation of government. Therefore, these fundamental natural processes of commerce are natural law and commercial law and are non-governmental and non-judicial, meaning that governments cannot lawfully interfere in their use without a trial of the matter by a fully informed and impartial People's Jury of peers, which has the power to nullify the legislated laws, as a public system of checks and balances against bad legislation.

104. Liens are used to collect debts and have a contest grace period of three (3) months. Distresses (bonded) are used to impound property to enforce principles, promises and contracts.

105. Think about the Natural principles governing government. Judicial Courts were originally established, purportedly to make the use of dueling and mortal combat unnecessary for the solution of commercial and domestic problems. The Judges of the Courts have unlawfully usurped the power to issue a Judgment and Order, which, when done lawfully by Affidavit, is either a Commercial Lien or a Commercial Distress (Bonded).

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
38 of 216

RB 917 549 141 US
RB 917 549 153 US

**106.** The deliberate abuse, misuse and mal-use of commercial law, and especially the opportunity of Judges to issue fraudulent Judgments and Orders, which are fraudulent Commercial Liens or fraudulent Commercial Distresses, is the primary means used by government officers, and especially Judges, to commit crimes against the private people. (see *Law of Peace*, supra, pages 7-11 – 8-9).

**107.** The Constitutionally Protected 2nd Amendment Right to Keep and Bear Arms (Liens) – Commercial Liens and Commercial Distresses are writings used to establish a reasonable right to act with Lawful Force, and to march and seize property to satisfy commercial obligations, Commercial Liens and Commercial Distresses can [pursuant to 18 U.S.C. § 4 –Misprison of felony – Mandatory Complaint, and 42 USC 1986 – Action for neglect to prevent – Reasonable Diligence] be lawfully used, by a private people, or by a Public Minister, or by a Public Proxy, as weapons of self-defense and as weapons of mixed war for National Liberation against corrupt officers of the government. Therefore, Commercial Liens and Commercial Distresses are akin to arms, and are guaranteed to the people as lawful remedies under the 2nd Amendment of the united states for America Organic Constitution (1787) right to keep and bear arms.

**108.** Every corrupted government stays in power and increases in power by its Agents/Operators limiting truth and righteousness, by its Agents / Operators declaring truth and righteousness to be a crime, and by its Agents / Operators punishing and injuring people for demanding a just reward for truth and just compensation for righteous humanitarian service.

**109.** If the forces of truth, righteousness, and righteous humanitarian service are to prevail over the forces of false witness, corruption, and crime, then the reward provided for truth, righteousness, and righteous humanitarian service will have to be greater than the reward provided for the bearing of false witness, the commission of corruption and crime, and the suppression of righteousness and righteous humanitarian service. If righteousness and righteous humanitarian service is not made profitable, then corruption will prevail.

**110.** Commercial Law is common sense; The Golden Rule; Do unto others as you would be done unto by others: Love your Neighbor as you love yourself. What goes around comes around. A social group operating under commercial law and commercial order is called a civilization. Every civilization in the Universe operates on agricultural energy.

**111.** The right to live, the right to labor, the right to enjoy the fruits of one's labor, and the right to self-defense, are all manifestations of the Natural Commercial Law of human civilization. The foundation of all power and law in a civilized society is Natural Law acting through Commercial Law.

**112.** Fundamental Commercial Law is a direct statement of the Natural conditions and laws, which govern the social forces of commerce, including truth, accuracy, full disclosure, forthrightness, honesty, and lack of deceit (*no dolus*), manifested by the voluntary use of and respect for Affidavits, Contracts and/or Oaths and manifested by Obedience to Contract and by Accountability. The mathematical theory underlying Commerce and Commercial Law is called Economics.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Defict Ferial Action
39 of 216

## The Evolution of Maturity

**113.** The self-limiting condition of our society today is that one thinks that they are the most important source of everything, and that one must monopolize every aspect of nature for themselves in order to survive. This view of life, leads to a sense of future limitation, greed, theft, and war.

**114.** During the evolution of each specific civilization:
(a) The masses will eventually have to awaken to the Natural Science of Commerce.
(b) They will have to gain a mature understanding of the abundance of Nature.
(c) They will have to overthrow their human self-serving self-limiting sense of Nature.
(d) And they will have to admit to the small mindedness of human nature/character, in order to wisely obtain and wisely use natural resources, tap into Nature's gifts of perpetual energy and perpetual supply, and thereby survive. The key to human survival is the evolution of sensitivity, understanding, wisdom, and humility. Survival is a matter of eternal vigilance, mutual assistance, and universal thinking.

## Money

**115.** Live food (primarily grain) always has been, still is, and always will be, the fundamental substantial medium of exchange called "money" used for the barter or trade of commerce. The fundamental measure of weight is the grain. The common pound is 7000 barley grains. Four grains of wheat = three grains of barley. The wheat grain is the basic unit of money weight. Precious metals, as gold and silver coin, are a symbolic substitute for food as a medium of exchange.

**116.** Therefore, the second objective of Commercial Law is the protection of the definition and production of symbolic or current money or currency. All Civilizations in the Universe have the same necessities and issues of survival and procreation. Necessity is the mother of invention, so invention generally follows the same paths.

**117.** During the evolution of each specific civilization, some people will allow the animal element of their being to dominate their fellow man. They will commit theft, use deceit and trickery, and pervert the processes of Commercial Law, in order to keep the knowledge of Commercial Law to themselves, and to monopolize the powerful benefits of Commercial Law. (See Silent Weapons for Quiet Wars on the Internet.)

**118.** An unreasonable and unlawful exercise of social force within a civilization, if not stopped, will eventually destroy the advancement of invention and lay the civilization open to destruction. Thus, the Code of Hammurabi - "The strong shall not oppress the weak." Those who live by physical force will not be allowed to oppress those who think.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
40 of 216

# The Words, Truths, Statements of Law, and Strategies of Contracts

119. Barter and Contracts establish trade and promises to perform. So that all truth and full disclosure can be properly presented and properly understood, the fundamental law that governs legislation is that:

### "ALL LAWS MUST BE PLAINLY WORDED."

120. Every people have the right to use any of these commercial processes to conduct their business, or to protect their interests, or for self-defense. Each and every natural person has the natural survival-right to enter into agreements with each and every other natural person or group of people. It is understood that such agreements contain true and full disclosure and no deceit (*no dolus*). Such an agreement is called a contract if it involves the exchange of capital, goods, and/or services, or some other thing of value. Such an agreement would be called a covenant contract if the exchange is for liberty or for life. The oath or vows of marriage is an example of a covenant contract. The Declaration of Independence is a covenant [" ... we pledge our lives" ... ].

121. The social law governing the making of contracts is called contract law. Contract law is a part of commercial law. The people must accept the liability for using commercial processes. Natural people, also known as "flesh and blood people", have unlimited liability for both their acts and their omissions [The plural of " 'natural people" is "people"].

122. The fundamental processes of commerce and commercial law – Barter, Contracts, Liens, and Distresses – are common international (transnational) customary processes and at the commercial foundation of civilization. Therefore, these fundamental processes of commerce and commercial law are non-governmental and non-judicial, meaning that governments cannot lawfully interfere in their use without a trial of the matter by a fully informed and impartial People's Jury of peers, which has the power to nullify the legislated laws, as a public system of checks and balances against bad legislation.

## Consideration

123. If "A" can exist without "B", but "B" cannot exist without "A", then "A" is said to be "the Fundamental Entity," the Cause, and (to have the power/jurisdiction over) "B", the Effect.

## Fundamental Jurisdiction

124. Commerce has always been able to exist to some degree without the existence of Courts, but institutional courts have never been able to exist without commerce. Therefore, Commercial Law is more fundamental than institutional courts, and therefore Commercial Law has jurisdiction over the Judicial Law System and its Courts.

Affidavit of Information, Report, and Preferral of Charges -
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors -
A Delict Penal Action
41 of 216

125. Commercial Law is a Natural process, not a Court process. The Judicial Courts do not have primary jurisdiction over Natural commercial processes. Natural Commercial Law Processes are non-judicial, by which is meant that they only rely on internationally (transnationally) commercially binding oral or written (express or implied) contract instruments and remedial instruments called Affidavits, Demands, and Notices.

No State shall pass any Law impairing the Obligation of Contracts." -- united states for America Organic Constitution (1787) - Article 1, Section 10, Clause 1.

## Commercial Law Processes

126. Liens are used to collect debts and have a contest grace period of three (3) months. Distresses (Bonded) are used to impound property to enforce principles, promises, and contracts. The primary methods of civilized lawful self-defense in civilized society involve Commercial Law, and specifically the use of Commercial Affidavits, Commercial Contracts, Commercial Complaints, Commercial Notices, Commercial Demands, Commercial Liens, Commercial Distresses, and Commercial Notices of Interest.

127. Commercial Liens (paper debt collectors) and Commercial Distresses (paper sheriffs) must always be presented as sworn Affidavits of the commercially liable makers of the Commercial Liens and the Commercial Distresses. A Notice of Interest is a three (3) week Distress.

128. A Lien Process consists of three (3) documentary steps (thought, word, and deed/doing);
(1) a legislative statement, an Affidavit of the Lien Right (Judgment of the Lien),
(2) an adjudicative statement, an Affidavit of the Lien (Order of the Lien),and
(3) an executive statement, an Affidavit of the Lien Execution (Notice of Grace, then Notice of Default);

129. A Distress Process consists of three (3) documentary steps (thought, word, and deed/doing):
(1) a legislative statement, an Affidavit of the Distress Right (Judgment of the Distress),
(2) an adjudicative statement, an Affidavit of the Distress (Order of the Distress), and
(3) an executive statement, an Affidavit of the Distress Execution (Notice of Bond, then Notice of Arrest or Notice of Impoundment);

130. All of these Commercial Instruments except the Notice of Interest are seven (7)-point-full disclosure Affidavit instruments — stating the (a) parties, (b) allegations / claim, (c) ledgered value/damages/relief, (d) surety, (e) exhibits, (f) certification, and (g) witness(s).

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
42 of 216

RB 917 543 1441 S
RB 917 543 1441 S

131. All strict Commercial processes are hand-signed Affidavits sworn to be true, correct, and complete, or true, correct, complete (or materially complete), and not misleading, and/or the truth the whole truth and nothing but the truth, by the person accepting the commercial liability for that which the Affidavit presents as the truth.

## The Grace Period Timer-Clock

132. All Commercial Processes must operate with Grace or a Surety (Bond), or they are considered to be unreasonably strict. A Lien cannot be used to collect a debt unless it successfully withstands, and prevails over, all of the arguments presented against its claim during its three (3) month contest Grace Period. The Burden of Proof of the Claim of Lien (the Lien Claim) rests upon the Lien Claimant (the maker of the Lien).

133. Therefore, the Grace Period Timer-Clock stops for each contest of the Lien delivered by a Counter-Affidavit from the Lien Debtor / Lien Respondent. The Grace Period Timer-Clock cannot be restarted to complete the Grace Period and come to the end of the Grace Period, and bring a default in behalf / favor of the Lien Claimant, unless and until the Lien Claimant answers, by a Counter-Affidavit, the Lien Debtor's challenges(s) of the Lien. This motivates the Lien Claimant to answer in a timely manner, so that the Grace Period Timer-Clock can resume its motion. Only a Trial by a fully informed impartial People's Jury of peers can expedite this Process.

## A Distress Must Be Bonded

134. A Criminal Complaint is a Distress with a challengeable statutory cash value based upon the maximum possible declared potential bail and penalty values of the statute. The potential cash value of a criminal complaint can be used as a Distress Bond for any Distress applied in connection with the enforcement of the prosecution of the Criminal Complaint.

135. The Notice of Interest is a temporary Commercial Distress instrument, which provides the Maker of the Notice of Interest with three (3) weeks of time for the construction of a Commercial Lien or a Commercial Distress, which are permanent (durable) Commercial Instruments.

136. A Notice of Interest is a non-bonded temporary Distress, which is instantly effective for three (3) weeks and cannot be renewed except to allow for an act-of God or an emergency situation. For example, one purpose of the Notice of Interest is to prevent the sale of a property until all of the necessary paperwork can be assembled for a full disclosure evaluation of the ownership.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
43 of 216

RD 917 543 149 IS
RD 917 549 153 US

# The Form and Substance of Negotiable Instruments –
## The Seven Points of a Full Disclosure Instrument

137. It is internationally (transnationally) understood that an Instrument, represented to the public to be Negotiable (i.e. redeemable in substance) shall contain a full disclosure, by Affidavit, of the Seven (7) Essential Elements or Points of a Negotiable Instrument, which are:

a)-Parties to the action or contract,
b)- Allegation of Claim,
c)-Explicit ledgering of a Relief,
d)-Attachment of a Forfeitable Surety (the Debtor's Surety),
e)-Presentment of Exhibits setting forth Findings of Fact and Conclusions of Law,
f)-The Certification of Liability of the Maker of the Claim, sworn to be at least true, correct, and complete (and not misleading) (the Maker's / Creditor's Covenant Surety)
g)-Confirmation of Identity of the Maker of the Instrument by a Commercial Witness, also known as a Notary Public, or by three witnesses (when three witness are available), making it Publicly binding on all parties to the action or contract, to protect the fruits of labor and the equal application of the law.

(Due Process"; Article 1 Section 10 Clause 1 of the united states for America Organic Constitution (1787), "No State shall pass any Law impairing the Obligation of Contracts.").

138. The commercial lien (contract) and commercial distress (bond – contract) are seven-point, full-disclosure, whole-truth, three–party, negotiable, commercial affidavit instrument, created by a flesh-and-blood Maker, on the Maker's own testimony or deposition, and on the Maker's own unlimited commercial liability.

139. The purpose of the Natural Form of the Law of Commerce is to protect substance / property, and to prevent the unreasonable use of force in commerce. An Obligation of Contract, stated on paper, is an Affidavit Invoice called a Lien. Therefore, "No State shall pass any Law impairing a Lien." Without Commercial Affidavit Invoices / Liens, nations could not collect debts from each other without war.

140. Therefore, International (Transnational) Commercial Treaty Law mandates the continuity of the commercial collection process, which has, at its very foundation, the Commercial Lien. Part of that international (transnational) standard continuity is the lawful and honorable application and support of the Lien process, both inside and outside of every nation (see *Law of Peace*, supra, pages 3-13 – 8-9).

Affidavit of Information, Report, and Preferral of Charges:
·Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors··
A Delict Penal Action
44 of 216

# The Constitution Is not Dead

**141.** The united states for America Organic Constitution (1787), was established as a commercial contract with the world at large, known as a Commercial Treaty. It told, to all the world, that the people of the united states for America would operate as a viable nation with full commercial respect for all of the other nations, in the conduct of international business, and pay its international (transnational) trade debts to the other nations of world. Therefore, the Constitution is not dead, but a nation of people who violate the Constitution and allow foreign agents posing as their leaders to violate the Constitution will lose the economic benefits that the Constitution was designed to provide and protect, and that nation will lose the respect of the entire world, and be overrun by the other nations.

**142.** If the Purported Debtor does not challenge the Affidavit Claim / Lien by an Affidavit of Rebuttal of Claim within three months, then the Affidavit Claim / Lien evolves by the default of the Purported Debtor into an Accounts Receivable, and the Purported Debtor becomes a Default Debtor.

**143.** Technically speaking, the three month rebuttal period, the grace period, of the Lien process does not begin until the purported debtor is able to get a copy of the Lien. A Notice of Lien is only/merely a Notice, not a Lien. Generally speaking, any legal instrument having less than seven-point full-disclosure structure and content is only a Notice, is nonnegotiable, and cannot lawfully be used to seize, hold, or sell property or rights to property. The purpose of a Notice is to warn a purported debtor that the Lien exists. It is supposed to tell the purported debtor where the Lien can be found, copied, read, and studied, so that the purported debtor will have a reasonable opportunity to defend themselves against the claim of obligation. The best service of Notice of Lien is to provide the purported debtor with a complete copy of the Lien process itself.

# The Proposed Lien Assignment

**144.** The mere existence of the Affidavit Claim / Lien justifies the immediate issue of a Proposed Lien Assignment, which states the imminent intent of the Claimant / Creditor to monetize the Affidavit Claim / Lien in three months, by transferring it to someone who may collect it. This alerts the Purported Debtor to the imminent need to exercise due diligence by rebutting the Affidavit Claim / Lien while it is still possible for the Purported Debtor to do so.

# The Responsibility or the Lien Debtor, the Seller, and the Buyer

**145.** On the other side of this process is the responsibility of the purported Debtor. Any encumbrance on a property or rights to property caused by any commercial obligation is a Commercial Lien. The sale or purchase of any property or rights to property, which has a commercial encumbrance or Lien on it, is theft. In a sale or purchase of property or rights to property, the responsibility of a seller and of a buyer is mutual.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors—
A Delict Penal Action
45 of 216

146. The seller has the responsibility to disclose the facts, and the buyer has the responsibility to be informed about, and to ask for, the facts. Deliberate ignorance of the facts or of the law regarding an encumbrance is no excuse. It does not matter that only one party to the transaction kn.ows of the encumbrance, be it the seller or the buyer. He who knows of the encumbrance is the thief. And if both parties know of the encumbrance, then the theft is a conspiracy, and the penalty is ten-fold for each offending party.

147. If the purported debtor party, the seller, the buyer, or any of their agents, deliberately fail or refuse to read, materials offered to him or her by the lien claimant, or by a holder of interest in the matter, about the commercial transaction, then the commercial transaction involving them is commercially faulty (default).

## The Recording of Commercial Instruments

148. Although the first three articles of the united states for America Organic Constitution (1787) reserve the right of governments to establish courts, the fourth article, on interstate commerce, coupled with the First Amendment to the Constitution, recognizes and protects the Natural right and Human right of the people to establish commercial recording offices. Recording Offices provide a public registry and depository of publication for protections such as a caveat "buyer take care," to assist one asserting personal investigation due diligence(see *Law of Peace*, supra, pages 8-1, 8-4 – 8-9).

**Recording Offices and Title Insurance Companies provide "buyer beware" protection for buyers, but this is not, and never will be, a substitute for personal investigation.**

149. Also, in accord with the Geneva Conventions and all annexes thereto, Recording Offices suffice for parties to international agreements for the purpose of recording their consent, acceptance, and approval of common intention arrived at after negotiation into the public registry and depository of publication (see Law of Peace, supra, pages 8-4 – 8-9).

## A Commercial Lien is a Commercial Weapon

150. A commercial lien is the equivalent of the arms of war. It is a commercial weapon. The very atmosphere of arms of war anywhere and everywhere restrains evil interference and arms of war deserves a place of honor with all that is good." (George Washington) (Jorge Washitaw)

151. George Washington (Jorge Washitaw) was an expert in the construction and production of commercial instruments. He had the same respect for the power of law as he did for arms of war.

**152.** There is absolutely no excuse for an officer of a Government to treat a Commercial Lien with contempt, or to cast off a Lien, whimsically or frivolously. Such an act proves the officer to be an totally and wholly incompetent. A Judge's statement that a Lien is null and void and of no lawful or legal effect, or that it is frivolous or invalid, or any other such ridicule of a lien instrument, has no credibility in Commerce. These claims have to be proven. And, if the ridiculing Judge, after being warned three times of his transgression against the Lien has not proven that the Lien is invalid, then the Judge has to be removed from the bench immediately.

**153.** International Law infringements such as these at minimum constitute grounds to make a claim against the Judge's Performance Bond. All of the Judge's court rulings from the very first transgression forward must be nullified, and the Judge, and his or her employing government, must pay the full amount of all compensation and damages which that Judge has caused, to be determined by a common law Trial by Jury. Commercial Liens can be dealt with by a trial, by a fully informed impartial common law jury. It is equally important for the people who apply the commercial lien process to have the same deep respect for the process as if they are arms of war, and not to abuse people with the process.

## The Notice of Interest and the Two Adjudicative Processes of Commercial Law

**154.** A Notice of Interest is a brake used to instantly stop a questionable or unlawful process. A Notice of Interest is an instrument containing less than the seven points of full disclosure, is non-negotiable, expires in three weeks, is not renewable except upon a new legal issue, and must be replaced within three weeks by one or both of the two durable processes. Which are: (1) the affidavit statement, known as a Lien, a Paper Debt Collector, which can be acted upon for collection only after a contest grace period of three months, and (2) the affidavit statement, known as a Distress, a Paper Sheriff, which distrains, impounds, and arrests instantly, but must be Bonded.

**155.** A Criminal Complaint is a Distress, valued and bandaging in the amount defined by the penalty, which is stated in the criminal statute being applied to the criminal offense. A U.S. Constitutional First Amendment Petition for Redress of Grievances, presented to any government within the Nation as a people's Criminal Complaint in accord with [18 U.S.C. § 4] and [42 U.S.C. § 1986], can be used as a Bond on a Distress. A lien to secure a remedy is known a Lis Pendens Lien.

## Author and Authority

**156.** A people must always be able to determine who has Authored a Judgment or Order or Ruling by merely reading the signature at the end of the Judgment or Order or Ruling. Judgments and Orders are generally Commercial Liens and Commercial Distresses, and the majority, if not all, of judge's (commissioned warrant officer's) judgments and orders are not commercially certified true, correct, complete, and not misleading; and, therefore, cloaked in the deceptive titles" Judgment" and / or "Order". The Judges (Commissioned Warrant Officers) are required by commercial law to disclose / reveal to the accused that:

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
47 of 216

a) the accused has three months to challenge the Judge's (Commissioned Warrant Officer's) Commercial Lien [passed off on the public as the "the Court's" Commercial Lien]; and

b) the Judge (Commissioned Warrant Officer) must prove that the Judge (Commissioned Warrant Officer) or the Court has purchased a Distress Bond to cover the liability of Distressing (impounding or arresting) the Defendant's property or person or personal freedom; and

c) A Commercial Lien or Commercial Distress must always be established by an affirmed (sworn) Affidavit signed by the flesh-and-blood maker thereof as a First Surety;

This is reason that Judges (Commissioned Warrant Officers) and Courts must be Bonded in order to operate publicly.

# Bonding Requirement

**157.** Florida Constitution Article II section 5.

## Public Officers:

(a)  No person holding any office of emolument under any foreign government, or civil office of emolument under the United States or any other state, shall hold any office of honor or of emolument under the government of this state. No person shall hold at the same time more than one office under the government of the state and the counties and municipalities therein; except that a notary public or military officer may hold another office, and any officer may be a member of a constitution revision commission, taxation and budget reform commission, constitutional convention, or statutory body having only advisory powers.

(b)  Each state and county officer, before entering upon the duties of the office, **shall give bond as required by law,** and shall swear or affirm:

**158.** However, Judges (Commissioned Warrant Officers) know that they have a commitment to their Government Hierarchy to not disclose / reveal this information to the accused or on the Public Record because it would disclose/ reveal to the accused and to the Public that people have the Natural and Human reciprocal and equal right to defend themselves against Judges (Commissioned Warrant Officers) and the Court with the same Commercial Lien and Commercial Distress processes (i.e. equal protection of the law; equal access to courts of record).

**159.** Instead of disclosing this Commercial Truth to the accused and to the People, the corrupted part of the Government's Hierarchy conceals that truth, and violates the international (transnational) Principle of Equal Protection of the Law by passing laws and conducting customary proceedings that prohibit the people from filing Commercial Liens and Commercial Distresses against criminal Judges (Commissioned Warrant Officers) and other criminal Government Officers and Agents (see *Law of Peace*, supra, pages 3-13, 7-1, 7-2, 7-11, 7-12).

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
48 of 216

160. This, in turn, violates the international (transnational) General Principle of Acting with Reasonable Diligence, as set forth in the *Hague Conventions* and *Geneva Conventions* and all annexes thereto, codified at [Title 42 U.S.C. § 1986]; which implies a mandated obligation of the people to do whatever is reasonably possible and reasonably necessary to preserve the purpose of, and to give a binding effect to the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto, codified at [Title 18 U.S.C. § 4], to guarantee the public healing effect of the reporting any crime committed against the public health, safety, and welfare (see *Law of Peace, supra,* pages 3-13, 7-1, 7-2, 7-11, 7-12).

"No state shall pass any law impairing the obligation of contracts. "
united states for America Organic Constitution (1787), Article I, Section 10, Clause I)

Trial By Jury must be done by a fully informed impartial People's Jury of peers, empowered to nullify law.

## Exhausting All Remedies in Commerce

161. The satisfaction of the condition "Exhausting all of their remedies in Commerce" includes the condition that all of the contesting parties have, before the Court Trial begins, created, served and answered, by Affidavit, categorically point-by- point, all pre-court Affidavit Claims and Affidavit Challenges. When people become aware of the fact that they can be severely commercially punished pursuant to Commercial Law outside of court, for bearing false witness, they have a tendency to reconsider the value of what they are committing themselves to doing. Unless the contesting parties have exhausted their private remedies, they have no lawful right to use a public funded government facility or institution to solve their personal problems.

## The Ultimate Purpose Of The Courts of Justice of a Government

162. To guarantee the rights to life, liberty, and the pursuit of happiness, and the peace and dignity of the nation, mankind creates organizations called Governments by mutual agreements and hired labor. The ultimate purpose of the Courts of Justice is to eliminate the need for the use of dueling or other methods of mortal combat as a method of resolving disputes and controversies between combatants.

163. When the Judges (Commissioned Warrant Officers), officers, and agents of the Justice System do not provide justice, but instead infringe upon the fundamental laws and principles which govern their nation and their profession, and use the courts to serve their own ends, then the people must return to their own means of self-defense. Then the law of the food chain becomes a man standing guard at the door of his domain (exclusive property) with a weapon in his hand, and standing porter at the door of thought and information (non-exclusive property) exercising righteousness (upright thinking, upright conduct, honor, act of honor, honorable, noble). This is natural government. This is universal government. This is real government.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
49 of 216

164. The Constitution defines the duty for which a Judge (Commissioned Warrant Officer) is to be compensated, hence their Obligation of Contract. This is merely an example of the general international and national commercial law or rule of acts of attachment, and no one shall pass any law or rule impairing the obligation of contracts.

### Public People / Righteous Humanitarian / Civilian Responsibility - as set forth in the *Geneva Conventions* and all annexes thereto, codified at [18 U.S.C. 4 - Misprision of felony (war crimes)] and [42 U.S.C. 1986 - Action for neglect to prevent (war crimes)]

### and

### The Enlisted Military Oath of Induction and Agreement, the Uniformed Services Oath of Induction and Agreement, the Commissioned Officer Military Oath of Induction and Agreement, and the Selective Service Military Oath of Induction and Agreement, including without limitation all Veterans of said services

165. The Enlisted Military Oath (Verification) of Induction and Agreement (Covenant Bond) solemnly affirmed or sworn to by every enlisted people inducted into the service of the military to be its Enlisted, to stand faithful and steadfast in duty to the death to the good order and discipline of the armed forces. An Enlisted's duty is a sacred currency backed by an Oath (Verification) to serve the people, by loyalty and fidelity, and covenant bonded by their agreement for life as the oath is for an indeterminate period; no duration is specifically defined. An Enlisted voluntarily affirms or swears an Oath that they will defend the Constitution against all enemies foreign and domestic, and by accepting a commission and compensation for this service, they consent and agree and commercially bind themselves to the terms of their Oath and Covenant Bond, and are militarily and civilly obligated and liable to the people for the performance and consummation of said Oath and Covenant Bond under National and International Law. As an act of attachment, and to show that one is and to continues to be a people attached to the principles of the Constitution and well disposed to the good order and happiness of the people, the Enlisted Military Oath (Verification) of Induction is as follows:

166. "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. (So help me God)."

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
50 of 216

167. A Judge's (Commissioned Warrant Officer's) duty is a sacred currency only if it is backed by an Oath (Verification) to serve the people, by loyalty and fidelity, and covenant bonded to stand faithful and steadfast in duty to the death to the good order and discipline of the armed forces by their agreement for life as the oath is for an indeterminate period; no duration is specifically defined. "Honorable" Judges (Commissioned Warrant Officers) voluntarily affirm or swear an Oath that they will defend the Constitution against all enemies foreign and domestic, and by accepting a commission and compensation for this service, they consent and agree and commercially bind themselves to the terms of their Oath and Covenant Bond, and are militarily and civilly obligated and liable to the people for the performance and consummation of said Oath and Covenant Bond under National and International Law. This service is called Good Behavior. As an act of attachment, and to show that one is and to continues to be a people attached to the principles of the Constitution and well disposed to the good order and happiness of the people, the Uniformed Services Military Oath (Verification) of Induction is as follows:

168. "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. (So help me God)."

169. The Commissioned Officer Military Oath (Verification) of Induction and Agreement (Covenant Bond) solemnly affirmed or sworn to by every officer inducted into the service of the military to be its Commissioned Officer, to stand faithful and steadfast in duty to the death to the good order and discipline of the armed forces. A Commissioned Officer's duty is a sacred currency backed by an Oath (Verification) to serve the people, by loyalty and fidelity, and covenant bonded by their agreement for life as the oath is for an indeterminate period; no duration is specifically defined. A Commissioned Officer voluntarily affirms or swears an Oath that they will defend the Constitution against all enemies foreign and domestic, and by accepting a commission and compensation for this service, they consent and agree and commercially bind themselves to the terms of their Oath and Covenant Bond, and are militarily and civilly obligated and liable to the people for the performance and consummation of said Oath and Covenant Bond under National and International Law. As an act of attachment, and to show that one is and to continues to be a people attached to the principles of the Constitution and well disposed to the good order and happiness of the people, the Commissioned Officer Military Oath (Verification) of Induction is as follows:

170. "I, AB, having been appointed an officer in the [Military] of the United States, as indicated above in the grade of _____ do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic, that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservations or purpose of evasion; and that I will well and faithfully discharge the duties of the office upon which I am about to enter. (So help me God)."

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
51 of 216

RRJ17543143 LS
Rh917543153 LS

171. The Selective Service Oath (Verification) of Induction and Agreement (Covenant Bond) solemnly affirmed or sworn to by every male people age eighteen (18) or older registered for the Selective Service for induction into the service of the military to be its Enlisted, to stand faithful, and steadfast in duty to the death to the good order and discipline of the armed forces. A Selective Service Registrant's duty is a sacred currency backed by an Oath (Verification) to serve the people, by loyalty and fidelity, and covenant bonded by their agreement for life as the oath is for an indeterminate period; no duration is specifically defined. A Selective Service Registrant voluntarily affirms or swears an Oath as an act of attachment that they will defend the Constitution against all enemies foreign and domestic, and by pledging their future labor-work-duty in exchange for accepting a future commission and compensation for this service, they consent and agree and commercially bind themselves to the terms of their Oath and Covenant Bond, and are militarily and civilly obligated and liable to the people for the performance and consummation of said Oath and Covenant Bond under National and International Law. As an act of attachment, and to show that one is and to continues to be a people attached to the principles of the Constitution and well disposed to the good order and happiness of the people, the Selective Service Registrant's attached Enlisted Military Oath (Verification) of Induction is as follows:

172. "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies. foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. (So help me God)."

173. "Attachment" is a stronger term than "well disposed" and implies a depth of conviction, which would lead to active support of the Constitution and to the good order and discipline of the armed forces (see In re Shanin, 278 F. 739 (D.C. Mass. 1922)). One's true faith and allegiance to the Constitution includes supporting and defending its principles by demonstrating an acceptance of the Constitution, and the willingness to obey the laws which result from that process. Attachment includes both an understanding and a mental attitude including willingness to be attached to the principles of the Constitution (see Law of Peace, supra, pages 1-5, 8-1, 8-4, 8-5, and 8-9)

174. Black's Law Dictionary 2nd Edition defines "Desertion" as – The act by which a person abandons or forsakes, without justification, or unauthorized, a station or condition of public or social life, renouncing its responsibilities and evading its duties.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
52 of 216

Case 3:17-cv-00881-TJC-JBT Document 1-2 Filed 08/01/17 Page 63 of 227 PageID 171

**175.** In Military Law. An offense which consists in the abandonment of his post and duties by a person commissioned or enlisted in the army or navy, without leave and with the intention not to return. *Hollingsworth v. Shaw*, 19 Ohio St. 432, 2 Am. Rep. 411; *In re Sutherland* (D.C.) 53 Fed. 551. There is a difference between desertion and simple "absence without leave;" in order to constitute the former, there must be an intention not to return to the service. *Hanson v. South Scitiate*, 115 Mass. 336

**176.** In other words, all Enlisted, Judges (Commissioned Warrant Officers), Uniformed Services, Commissioned Officers, and Selective Service Registrants, including without limitation all Veterans of said services, all have an obligation and duty to support and defend the Constitution of the United States against all enemies, foreign and domestic; and bear true faith and allegiance to the same, and not abandon, forsake, renounce, or evade this obligation and duty.

**177.** A "Dishonorable" Judge (Commissioned Warrant Officer), Enlisted, Commissioned Officer, Uniformed Services, Selective Service Registrant, and Veterans of said services, in military parlance is a Deserter. The people have the mandatory responsibility to report the Desertion as set forth in the *Hague Conventions* and *Geneva Conventions* and all annexes thereto, codified at [18 U.S.C. § 4] and [42 U.S.C. § 1986].

**178.** Also, one should establish, with reasonable due diligence, a People's Banking Trust Fidelity Bond (formal Guarantee - Indemnity Bond) in favor of the Public Health, Public Safety, and Public Wellness, and well disposed to the good order and happiness of the people consisting of :

(a) a Public Commercial (Lien Contract) Claim, establishing, at best, a Public Compensation and Reparation Remittance for Damage Caused to the People, or

(b) a Public Commercial (Distress Contract) Debenture Bond, to issue and circulate, symbiotic with the National Red Seal currency, as an interest-bearing Bond, future Re-Lien, (at 1 % (common), 2% (preferred), 4% (preferred-preferred), against the Government employing the "Dishonorable" Judge (Commissioned Warrant Officer), Enlisted, Commissioned Officer, Uniformed Services, Selective Service Registrant, and Veterans of said services.

**179.** The same process applies to any other Official, Officer, or Agent of the employing Government. They have all pledged (or are supposed to have pledged) the same Oath and Covenant Bond that an Enlisted, a Judge (Commissioned Warrant Officer), a Uniformed Services, a Commissioned Officer, Selective Service Registrant, and Veterans of said services, have all pledged. A dishonor of their obligation and duty to support and defend the Constitution of the United States against all enemies, foreign and domestic; and bear true faith and allegiance to the same is a serious act of treason against the people and it is the obligation and duty of all who Honor their Oath and Covenant Bond to bring the dishonorable ones to justice under National and International Law.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
53 of 216

180. The united states for America Organic Constitution (1787) provides the description of the services / duties which Judges (Commissioned Warrant Officers) are to perform, and how they are to perform them. These services are called Good Behavior. If a Judge, Officer, or Agent violates the Constitution in the conduct of their duties, and, if, after they have been put on notice of their violation of the Constitution and they refuse to correct their performance and the damage which that performance has caused, then they must face an impeachment in the nature of a Court-Martial.

181. The use of Codified or Paraphrased versions of the Treaty Law or Legislated Session Law, called Code Law, can potentially constitute perjury by omission or by commission. It is fraud to rely upon the direct use of a "case citation" instead of relying its underlying Lawful Principle for the weight or merit of any judicial determination.

182. Honorable Judges (Commissioned Warrant Officers) can only make Judgments based upon the well recognized laws of Nature or upon laws directly legislated by Legislatures called Session Laws. Only a Principle of Natural Law or a lawfully legislated and publicly available Session Law can be raised in a serious legal action to be used as an argument in support of any commercial issue, commercial claim, commercial complaint, or criminal complaint. Any other laws, codes, or policies, including parliamentary laws or procedures, can only be used with the written consent of all parties (International Agreements). A government automatically grants the consent for the use of its own statutes, especially when those statutes are being raised against their own Officials, Officers, and Agents, because they cannot claim ignorance of, or immunity against Their Own Created Laws. (see *Law of Peace*, supra, page 1-5, 8-1 – 8-5).

# The Lawfully Operated Court

183. In a lawfully operated Court process, Substance takes precedence over Form, and a people's efforts to be understood must be tolerated and construed liberally in favor of the people, which means that form and formalities and the people's struggle at legal communication must not be used to suppress the truth which must be revealed before the Court and on the Court Record.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Oalict Penal Action
54 of 216

# Courts of Record

**184.** Black's Law Dictionary 2nd Edition defines "**Record**" as – In practice. A written memorial of all the cats and proceedings in an action or suit, in a **court of record**. The record is the official and authentic history of the cause, consisting in entries of each successive step in the proceedings, chronicling the various acts of the parties and of the court, couched in the formal language established by the usage, terminating with the judgment rendered in the cause, and intended to remain as a perpetual and unimpeachable memorial of the proceedings and judgment.

**185.** A "**court of record**" is that where the acts and judicial proceedings are enrolled in parchment for a perpetual memorial and testimony, which rolls are called the "**records of the court**," and are of such high and supereminent authority that their truth is not to be called into question (*Hahn v. Kelly*, 34 Cal. 422, 94 Am. Dec. 742. And see *O'Connell v. Hotchkiss*, 44 Conn. 53; *Murrah v. State*, 51 Miss. 656; *Bellas v. McCarty*, 10 Watts (Pa.) 24; *U.S. v. Taylor*, 147 U.S. 695; 13 Sup. Ct. 479, 37 L. Ed. 335; *State v. Godwin*, 27 N.C. 403, 44 Am. Dec. 42; *Vail v. Iglehart*, 69 Ill. 334; *State v. Anders*, 64 Kan. 742, 68 Pac. 668; *Wilkinson v. Railway Co.* (C. C.) 23 Fed. 562; *In re Christern*, 43 N.Y. Super. Ct. 531).

**186.** **Common Law Actions** are such as will lie, on the particular facts, at common law, without the aid of a statute. - *Black's Law Dictionary* 2nd **Edition**

**187.** A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. *Jones v. Jones*, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, *Ledwith v. Rosalsky*, 244 N.Y. 406, 155 N.E. 688, 689.

**188.** *Classifications.* Courts may be classified and divided according to several methods, the following being the more usual: **Courts of Record and Courts NOT of Record.** The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal.

**189.** Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; *Ex parte Thistleton*, 52 Cal 225; *Erwin v. U.S.*, D.C.Ga., 37 F. 488, 2 L.R.A. 229; *Heininger v. Davis*, 96 Ohio St. 205, 117 N.E. 229, 231.

**190.** "Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are **not according to the course of the common law**." *Ex Parte Kearny*, 55 Cal. 212; *Smith v. Andrews*, 6 Cal. 652

Affidavit of Information, Report, and Preferral of Charges;
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors;
A Delict Penal Action
55 of 216

191. "The only inherent difference ordinarily recognized between superior and inferior courts is that there is a presumption in favor of the validity of the judgments of the former, none in favor of those of the latter, and that <u>a superior court may be shown not to have had power to render a particular judgment by reference to its record.</u> *Ex parte Kearny*, 55 Cal. 212.

192. Note, however, that in California 'superior court' is the name of a particular court. But when a court acts by virtue of a special statute conferring jurisdiction in a certain class of cases, it is a court of inferior or limited jurisdiction <u>for the time being, no matter what its ordinary status may be.</u> *Heydenfeldt v. Superior Court*, 117 Cal. 348, 49 Pac. 210; *Cohen v. Barrett*, 5 Cal. 195" 7 Cal. Jur. 579

193. "The judgment of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it." *Ex parte Watkins*, 3 Pet., at 202-203. [cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973)]

## Summary

194. Courts of Record must proceed according to the course of the common law, without the aid of a statute.

195. Courts which proceed according to statutory jurisdiction are inferior courts, and may be sued directly, without appealing.

196. Courts designated as courts of record may act as statutory courts unless the parties to a case object.

197. The "judge" has no discretion in a court of record, and can only do ministerial functions, such as signing one's orders.

198. No judgment of a court of record can be appealed. There is no higher court.

199. The type of relief demanded by the plaintiff determines if the court will operate as a court of record or not, on a case by case basis.

200. There is no such thing as a "common law court." All courts of record can hear actions at (common) law.

201. Florida Statutes Title 1 - 2.01 Common law and certain statutes declared in force.—The common and statute laws of England which are of a general and not a local nature, with the exception hereinafter mentioned, down to the 4th day of July, 1776, are declared to be of force in this state; provided, the said statutes and common law be not inconsistent with the Constitution and laws of the United States and the acts of the Legislature of this state.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors—
A Defict Penal Action
56 of 216

**202. Florida Statutes 92.05 - Witnesses, Records and Documents –Final judgments and decrees of courts of record.**—All final judgments and decrees heretofore or hereafter rendered and entered in courts of record of this state, and certified copies thereof, shall be admissible as prima facie evidence in the several courts of this state of the entry and validity of such judgments and decrees. For the purposes of this section, a court of record shall be taken and construed to mean any court other than a municipal court or the Metropolitan Court of Dade County.

## Judgments and Orders

**203.** Lawful Judges can only make Judgments based upon the well recognized laws of Nature or upon valid laws legislated by Legislatures. A legislated law which violates a law of Nature is invalid. Only a principle of Natural Law or Valid Social Law can be raised in a legal action to be used as an argument in support of any issue, claim, or complaint. A "case citation", taken alone, is fraud.

**204.** Either of the contesting parties in a law case can demand a change-over to the use of a full Trial by a People's Jury of peers at any time, and no Judge, not even an Equity Court Judge currently handling the case, can lawfully interfere with that option to change-over to a Trial by a People's Jury of peers.

**205.** When the Trial by a People's Jury of peers is provided, the new problem becomes preventing the Judge from Selecting a People's Jury of peers by any trick, device, deception, or other fraud or rule of the Judge, or "Court Rule"/(rule of the court)." (stacking the Jury). A Controversy, Claim Of Complaint is followed by a Court Trial or a Court Hearing. A Court Trial or a Court Hearing is followed by a Judgment and its consequent Order.

**206.** A Judge's Court Judgment is a stand-alone instrument meaning that its purpose is to establish the final justification for a Judge to issue an Order, a Negotiable Commercial Instrument, a Judge's Commercial Currency, otherwise known as a Letter of Marque and Reprisal, meaning a Judge's Permission Letter to March and to Seize which permits the Plaintiff party to march into the accused's domain and to seize the accused's goods and money for the satisfaction of the Judgment, and for the satisfaction of the Judge's honorable or dishonorable, open or hidden, legitimate or ulterior, commercial or political interests.

**207.** A Judgment is a presentation of a legal issue, which is used to justify an Order. A Judgment defines a valuable consideration or a valuable performance, which the corresponding inevitably consequent Order will control or compel by a Commercial Demand. Therefore, Judgments and their consequent Orders are third-party Judge-created strict commercial instruments, which must be securely backed by lawful substance or a commercial bond of either or both the Judge and the Judge's employer.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
57 of 216

208. The Judgment and its consequent Order, seen as the two sides of the same coin, will always be a Commercial Demand by one of the two remedy processes of Commerce and Commercial Law, either a Commercial Lien or a Commercial Distress or both. Judgments and Orders are Judge-created Commercial Liens and Judge-created Commercial Distresses cloaked in the deceptive titles of "Court Judgment" and / or "Court Order". The Lien and the Distress processes each consist of three (3) statements of truth.

209. The first two (2) statements in each process are combined into one (1) Affidavit filing for each process. The "first statement" in a Lien is a Legislative Process, a legal argument which establishes the right and justification to create the Lien called the Affidavit of Lien Right, or, the "first statement" in a Distress, is a Legislative Process, a legal argument which establishes the right and justification to create the Distress, called the Affidavit of Distress Right. These "first statement" parts constitute the claim of what SHOULD BE DONE, known as the JUDGMENT.

210. The "second statement" in either a Lien or Distress, is an Adjudicative Process, a legal argument which establishes the intent to possess (Lien), or to arrest or impound (Distress), respectively, and property or rights to property to act as a security to guarantee the satisfaction of the debt (Lien) or the performance of some contract provision (Distress); respectively, called the Affidavit of Lien and the Affidavit of Distress, respectively. This "second part" constitutes the practical claim of what SHALL BE DONE, known as the ORDER.

211. Essentially, viewed vertically by the individual processes, instead of horizontally by the court terms, a Lien Process consists of three documentary steps:
(a) a legislative statement, an Affidavit of the Lien Right (Judgment of the Lien),
(b) an adjudicative statement, an Affidavit of the Lien, (Order of the Lien),and
(c) an executive statement, an Affidavit of the Lien Execution. (Notice of Grace, then Notice of Default)

212. A Distress Process consists of three documentary steps:
(a) a legislative statement, an Affidavit of the Distress Right, (Judgment of the Distress),
(b) an adjudicative statement, an Affidavit of the Distress, (Order of the Distress), and
(c) an executive statement, an Affidavit of the Distress Execution, (Notice of Bond, then Notice of Arrest or Notice of Impoundment).

## Judgments and Orders are Negotiable Instruments

213. A lawfully established Judgment and its consequent Order are Negotiable Instruments with implied, if not actually printed, dollar values in the four corners of the Judgment and Order Instruments, making these instruments lawfully backed and collectable commercial currency, capable of operating symbiotically with any other National or International (Transnational) Bank Note for the barter of food and resources.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
58 of 216

**214.** Therefore, Judgments and their corresponding consequent Orders are internationally (transnationally) and nationally classified as Securities and they are subject to investigation and challenge. If the Author of a Judgment and Order is not identifiable with certainty by the reading of the Judgment instrument itself, then the Author's Judgment does not have either the Author's Servile Bond (Bond of Servitude, i.e., Bondage) or the Author's wealth as a Backing Bond.

**215.** Furthermore, no Bonding or Insurance company will be a Backing Surety for a nameless party. If the Author of a Judgment is not identifiable with certainty by the reading of the Judgment instrument itself, then the Judgment cannot be used to create an Order for any purpose.

**216.** If the Author of a Judgment is not identifiable with certainty by the reading of the Judgment instrument itself, then the use of the Judgment to create an Order, a Negotiable Commercial Instrument to be executed, to seize property or to collect money, is a commission of fraud.

**217.** The 2nd Amendment protects the guarantee to the people of the equal right to use Commercial Liens and Commercial Distresses in defending themselves against the legal power of wayward and outright criminal Government Officials, Officers, and their Agents. Instead of disclosing this Commercial Truth to the accused and to the People, the corrupted part of the Government's Hierarchy conceals that truth and violates **The Principle of Equal Protection of the Law** by passing laws that prohibit the people from filing Commercial Liens and Commercial Distresses against criminal Judges and other criminal Government Officers and Agents, —even though the general Principle of Acting with Reasonable Diligence, as set forth in The United States Code Title 42 Section 1986, implies a mandated obligation of the public people to do whatever is reasonably possible and reasonably necessary to preserve the purpose of, and to give a binding effect to, Title 18 U.S.C. § 4, to guarantee the public healing effect of the reporting of any crime committed against the public health, safety, and welfare.

## 1st Amendment
## united states for America Organic Constitution (1787)

"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." The purpose of the First Amendment to the Constitution for the United States of America is to protect TRUTH.

## 2nd Amendment
## united states for America Organic Constitution (1787)

" A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms. Shall not be infringed."

Affidavit of Information, Report, and Preferral of Charges:
- Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Deficit Penal Action
59 of 216

188 917 547 118 US
HB 917 549 153 US

**218.** The 2ⁿᵈ Amendment was provided to protect the guarantee that the common people of the nation, not a separate government, would be the armed protectors of the "free State(s)" of the nation. The first purpose of the 2ⁿᵈ Amendment is to protect Freedom by protecting the Truth.

**219.** So, the 2ⁿᵈ Amendment was provided to guarantee that the common people of the nation, not a separate government, would be the armed protectors of the Truth of the nation, and be allowed to protect the Truth with lethal force if necessary. The main purpose of the 2ⁿᵈ Amendment is to protect the force of the 1ˢᵗ Amendment. The Natural Fundamental Law of every nation on the planet Earth is Commercial Law. The united states for America Organic Constitution (1787) is a trade treaty with the rest of the world, and declares by its content that this nation shall deal Truthfully with the rest of the world.

**220.** The right to keep and bear arms includes the equal right and responsibility of both the public people and of the public's government officials, officers, and agents to lawfully exercise all of the processes of the Social Natural Laws / Commercial Laws as the weapons of civilized warfare, including, but not limited to, Commercial Liens and Commercial Distresses.

**221.** The fundamental Natural Right and Human Right to Repel Force With Force is a Right that is guaranteed under the 2ⁿᵈ Amendment to the united states for America Organic Constitution and is preferably applicable to doing Lawful Battle in Commerce, as opposed to doing Lethal Battle in War for National Liberation.

# War for National Liberation

The first (*Geneva Convention*) Protocol of 1977 provides that peoples fighting against colonial domination and alien occupation and against racist regimes in the exercise of their right of self-determination are to be treated as if they were engaged in an international armed conflict and not a civil war. There is considerable difficulty over the meaning of this phrase, and it may be difficult to apply in practice. *Encyclopedia Britannica*

. Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
60 of 216

# Charges, Specifications, Elements, Invoice, and True Bill

*Law of Peace*, Volume 1," Headquarters, Department of the Army, September 1979 page 1-1) [hereinafter cited as "Law of Peace"]

*Law of War Manual* – Department of Defense Directive 2310.oE, *DoD Law of War Program* ¶5.1.4 (2006) [hereinafter cited as "Law of War"].

The accused did engage in the following acts constitution grave breaches of the Hague Conventions and the Geneva Conventions and all annexes thereto:

**1. Piracy and Privateering violations under law of nations codified at [18 U.S. C. §§ 1651 - 1661] [Law of War]**

**2. Genocide violations under the law of nations codified at [18 U.S.C. § 1091] [Law of War]**

**3. Peonage, Slavery, and Trafficking in Persons violations under the law of nations codified at [18 U.S.C. §§ 1581–1590 and §§ 1592-1596] [Law of War]**

**4. Natural Rights and Human Rights infringements under law of nations codified at [18 U.S.C. § 4]' Misprison of Felony; [18 U.S.C. § 2381] Capital Felony Treason; [18 U.S.C. § 2382] Misprison of Treason;[18 U.S.C. § 1001] - Fraud by Misrepresentation, and other Felonies, High Crimes, and Misdemeanors (see annexed *Elements and Specifications* True Bill filed in United States Court of Federal Claims Numbers 1:16-cv-00404-VJW and 1:16-cv-00541- NBF infra). [Law of War]**

**5. Natural Right and Human Right to Self Defense and Intervention [Disrespecting and Ignoring the Universal Commercial processes] [Law of Peace]**

**6. Accused acted without consent or jurisdiction and have caused damage and injury to Ministerial / Consular / Aliens. [Law of Peace]**

**7. Natural Right and Human Right to Ministers' / Consulars' / Aliens' Equal Protection under the Law for People, Person, Family, Property, Natural Environment, and Cultural Heritage. [Law of Peace]**

**8. Natural Right and Human Right to Ministers' / Consulars' / Aliens' Equal Access to the Courts. [Law of Peace]**

**9. Accused have failed to Protect Ministers / Consulars / Aliens and to Apprehend and Prosecute Those Who Wrongfully Inflict Damage and Injury on Aliens. [Law of Peace]**

**10. Accused are Complicit and Condone the Actions of Those Who Wrongfully Inflict Damage and Injury on Ministers / Consulars / Aliens. [Law of Peace]**

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
61 of 216

**11.** Accused have subjected Ministers / Consulars / Aliens to terrorism **[Law of Peace]**

**12.** Accused have intentionally denied Ministers / Consulars / Aliens maximum maintenance, maximum cure, and maximum remedy. **[Law of Peace]**

**13.** Accused have failed to comply with International Humanitarian Law regarding Ministers / Consulars / Aliens. **[Law of Peace]**

**14.** Accused have failed to comply with International Humanitarian Law regarding state responsibility to compensate and give reparations to damage and injury caused to Ministers / Consulars / Aliens. **[Law of Peace]**

**15.** Natural Right and Human Right to Procedural Justice [mistreatment during arrest and unlawful detention] **[Law of Peace]**

**16.** Natural Right and Human Right to Due Process of Law **[Law of Peace]**

**17.** Natural Right and Human Right to a fair trial by an impartial jury of Ministers' / Consulars' / Aliens' peers **[Law of Peace]**

**18.** Natural Right and Human Right to have no state impair the Obligation of Contract **[Law of Peace]**

**19.** Acts or omissions resulting in injury to Ministers / Consulars / Aliens **[Law of Peace]**

Violations of :

**20.** The Holy Koran Circle 7 **[Law of Peace]**

**21.** The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A) and all annexes thereto **[Law of Peace]**

**22.** The Holy Qur'an **[Law of Peace]**

**23.** The Great Law of Peace **[Law of Peace]**

**24.** The Iroquois Constitution **[Law of Peace]**

**25.** The American Declaration of Independence (1776) **[Law of Peace]**

**26.** The Treaty of Peace and Friendship (1787) **[Law of Peace]**

**27.** The Madrid Convention on Protection in Morocco (July 3, 1880) – designates the status of Moroccan subjects, Moors and Our families, as Internationally Protected Persons:

> o Codified at [Title 18 U.S.C§11]- Foreign government defined; [Title 18 U.S.C§112] - Protection of foreign officials, official

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
62 of 216

RR917541141LS
RR917541153LS

guests, and internationally protected persons; [Title 18 U.S.C§878] – Threats and extortion against foreign officials, official guests, or internationally protected persons; [Title 18 U.S.C§1116] = Murder or manslaughter of foreign officials, official guests, or internationally protected persons; [Title 18 U.S.C§1201] – Kidnapping; [Title 18 U.S.C§877] – Mailing threatening communications from foreign country. [Law of Peace]

28. The Universal Declaration on Human Rights (1948) [Law of Peace]

29. The American Declaration of the Rights and Duties of Man (1948) [Law of Peace]

30. The United Nations Declaration of the Rights of the Child (1959) [Law of Peace]

31. The Universal Declaration on the Rights of Indigenous Peoples (2006) [Law of Peace]

32. The International Proclamation for the Original Autochthonous American Moor Alien Republican Universal Government Form and Testamentary Style (2016) [AAMARU©™®] [Law of Peace]

33. The International Resolution For Competence By Conduct and Virtue – Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016) [Law of Peace]

34. Florida Stand Your Ground Law codified at [Florida Statutes Chapter 776 §§ 776.012 – 776.09][Law of Peace]

35. [Executive Order 13773] – Enforcing Law With Respect to Transnational Criminal Organizations, Federal Register Volume 82, Number 29, Thursday, February 9, 2017 (published Tuesday, February 14, 2017), pages 10691 – 10693 [Law of Peace]

36. Apostolic Letter Issued Motu Proprio (2013) on the jurisdiction of judicial authorities of Vatican City State in criminal matters. [Law of Peace]

37. United Nations General Assembly Declaration on the Granting of Independence to Colonial Countries (Countees) and Peoples 1514 (XV) 947th Plenary Meeting (14 December 1960) [Law of Peace]

38. Hague Conventions and Geneva Conventions and all annexes thereto [Law of Peace]

39. Accused have failed to comply with the Law of War in Good Faith. [Law of War]

Affidavit of Information, Report, and Preferral of Charges:
. Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
63 of 216

**40.** Accused are complicit and have complied with clearly illegal orders to commit Law of War violations **[Law of War]**

**41.** Accused have failed to do their duty and investigate reports of alleged Law of War violations **[Law of War]**

**42.** Accused have subjected Ministers / Consulars / Aliens to torture and/or inhumane treatment, including biological experiments **[Law of War]**

**43.** Accused have willfully caused great suffering and/or serious injury to body and/or health **[Law of War]**

**44.** Accused have willfully deprived Ministers / Consulars / Aliens of the Natural right and Human right of a fair and regular trial as fundamentally guaranteed in the *Geneva Conventions* and all annexes thereto **[Law of War]**.

**45.** Accused have unlawfully kidnapped, human trafficked, transferred, and/or unlawfully confined Ministers / Consulars / Aliens **[Law of War]**

**46.** Accused have willfully deprived Ministers / Consulars / Aliens of the Natural right and Human right for redress of grievances **[Law of War]**

**47.** Accused have failed to remit compensation and reparations for damages and injury to Ministers / Consulars / Aliens **[Law of War]**

**48.** Accused have defaulted and are derelict in their obligation and duty to support and defend the Constitution and have engaged in conduct prejudicial to the good order and discipline in the armed forces codified at [10 U.S.C. § 934] **[Law of War]**

**49.** Accused have committed torture, genocide, piracy, and acts of terrorism to Ministers / Consulars / Aliens **[Law of War]**

**50.** Accused have ordered other people or persons to commit offenses against Ministers / Consulars / Aliens **[Law of War]**

**51.** Accused have instigated and/or directly and/or indirectly incited offenses against Ministers / Consulars / Aliens **[Law of War]**

**52.** Accused have not taken necessary and reasonable measures to ensure that their subordinates do not commit violations of the law of war **[Law of War]**

**53.** Accused have aided and abetted other people or persons to commit offenses against Ministers / Consulars / Aliens by knowing of the unlawful activity, desiring to help the unlawful activity succeed, and assisting the unlawful activity in some way **[Law of War]**

**54.** Accused in combination of minds have engaged in conspiracy of an unlawful purpose to commit offenses against Ministers / Consulars / Aliens **[Law of War]**

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
64 of 216

55. Accused in combination of minds have engaged in conspiracy to commit genocide against Ministers / Consulars / Aliens [Law of War]

56. Accused in combination of minds have engaged in conspiracy to commit Transnational Organized Crime against Ministers / Consulars / Aliens [Law of War]

57. Accused in combination of minds have engaged in conspiracy to violate The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A)and all annexes thereto [Law of Peace]; codified at Code of the Laws of the United States of America of a General and Permanent Character in Force January 3, 1935

a) The Constitution and Treaties in force are the basis for Federal laws. These tools are the standards for National and International relations and interchange. Charles Mosley Bey, Ph.D., L.L.D., a 3rd, 33rd, 360 degree Master Mason, Free Moorish Master Astrologer and Moorish Constitution Law Giver (Isonimi) has copyright certificates registered in the United States Department of Justice under Truth A1 – Library of Congress Copyright Office – which reveal, at law, the conditions of Intercourse between Moors and the colonial occupational European Nations with whom the Moors have treaties. This affirms the pre-existing bona fide Heir Apparent lawful status of the Moors in all matters of Interchange, Commerce, and Law.

b) The specific Copyright certificate of note: The Zodiac Constitution, has Registration No. AA222141 Truth A1 - Class A. This number refers to "The Code of the Laws of the United States of America of a General and Permanent Character, in force January 3, 1935. And codified at [Title 22 Chapter 2 §§ 141 – 143].

c) All issues between Moors and the colonial occupational European Nations are of a Treaty Nature, and any jurisdiction claimed without mutual agreement within the prescribed proper Consular Court forum is void of law. Federal and State officials must set up Consular Courts to have lawful jurisdiction in Moors affairs. Where provisions are not made to address Foreign Relations and Intercourse in a Consular Court as prescribed by law, there exists no jurisdiction. A Court of General Session, Congressionally sanctioned, in accord with the National Constitutions and Treaties; with Consulars and officials representing both nations and nationals present and In Propria Persona would be a proper jurisdiction. All parties would operate by de jure Constitutional and Treaty law.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
65 of 216

d) If there is no proper jurisdiction or venue, then no lawful trial can be held, therefore, all Natural Rights and Human Rights are reserved and revert back to the People. When government officials supersede their jurisdiction, or deny lawful due process, redress, recourse, and remedy, "At Law," then they are criminals and traitors to the Constitution and Treaty to which they are bound by Oath and by Law and from whence they derive any authority at all: The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A)and all annexes thereto, The Madrid Convention on Protection in Morocco and all annexes thereto, and The Treaty of Peace and Friendship (1787) and all annexes thereto are the Supreme Law of the Land just as the Constitution is binding on all the judges of every State. They are as one document as far as law and authority are concerned.

e)   Moors are descendants of Moroccans and born in America (Al Morocco). Moors are not now, nor were We ever, United States citizens, but are We the People of Original Native American Moor National Republican Government Style and Form, Jus Sanguinis, Heir Apparent,   on the continental land mass of the Crest of Asia / Temple of the Moon and Sun / Northwest Amexem / Northwest Africa / North America / The North Gate / Maghrib El Aqsa'(Alaska) / Al Moroccan (American) / Morocco — the most extreme west — and are part and parcel of the government to which the Union of States (United States) are obligated. The Constitutions of the two Nations, in conjunction with Treaties, are the working tools for adjudication in jurisdictional arguments, procedures, and venue.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
66 of 216

# Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto, codified at [United States Code & Code of Federal Regulations]

## Charges, Specifications, Invoice, and True Bill

58. United States Code of Laws of a General and Permanent Character

### a. TITLE 22. FOREIGN RELATIONS AND INTERCOURSE PAGE 954
Chapter 2: Consular courts
Section 141. Judicial authority generally.

### Elements

To carry into full effect the provisions of the treaties of the United States with certain foreign countries. The ministers and consuls of the United States in China. Siam, Turkey. Morocco. Muscat. Abyssinia. Persia, and the territories formerly a part of the former Ottoman Empire including Egypt. Duly appointed to reside therein. Shall, in addition to other powers and duties imposed upon them, respectively, by the provisions of such treaties, respectively, be invested with judicial authority described in this chapter, which shall appertain to the office of minister and consul, and be a part of the duties belonging thereto, wherein, and so far as, the same is allowed by treaty, and in accordance with the usages of the countries in their intercourse with the Franks or other foreign Christian nations. (R. S. §§ 4083, 4125, 4126, 4127; June 14, 1878, c. 193; 20 Stat. 131.)

### b. Title 22. Chapter 2 Section 142
General Jurisdiction in Criminal cases.

### Elements

The officers mentioned in Section 141 of this title are fully empowered to arraign and try, in the manner provided for this chapter, all citizens of the United States charged with offenses against the law, committed in such countries, respectively, and to sentence such offenders in the manner. in this chapter authorized; and each of them is authorized to issue such processes as are suitable and necessary to carry this authority into execution. (R. S. § 4084.)

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
67 of 216

RB 917 515 147 ES
RB 917 547 151 ES

## c. Title 22 Chapter 2 Section 143
## General Jurisdiction in Civil cases.

### Elements

Such officers are also invested with all the judicial authority necessary to execute the provisions of such treaties, respectively, in regard to civil rights, whether of property or person; and they shall entertain jurisdiction in matters of contract, at the port where, or nearest to which, it was to be executed, and in all other matters, at the port where, or nearest to which the damage complained of was sustained, provided such port be one of the ports at which the United States are represented by consuls. Such jurisdiction shall embrace all controversies between citizens of the United States, or others, provided for by such treaties, respectively. (R. S. § 4085)

## 59) 42 U.S. Code § 1986 - Action for neglect to prevent

### Elements

Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued. (R.S. § 1981.)

## 60) 42 U.S. Code § 1983 - Civil action for deprivation of rights

### Elements

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. (R.S. § 1979; Pub. L. 96–170, § 1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104–317, title III, § 309(c), Oct. 19, 1996, 110 Stat. 3853.)

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
68 of 216

## 61)  42 U.S. Code § 1985 - Conspiracy to interfere with civil rights

### Elements

#### (1) Preventing officer from performing duties

If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;

#### (2) Obstructing justice; intimidating party, witness, or juror

If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;

#### (3) Depriving persons of rights or privileges

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators. (R.S. § 1980.)

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
69 of 216

## 62)  42 U.S. Code § 1994 - Peonage abolished

### Elements

The holding of any person to service or labor under the system known as peonage is abolished and forever prohibited in any Territory or State of the United States; and all acts, laws, resolutions, orders, regulations, or usages of any Territory or State, which have heretofore established, maintained, or enforced, or by virtue of which any attempt shall hereafter be made to establish, maintain, or enforce, directly or indirectly, the voluntary or involuntary service or labor of any persons as peons, in liquidation of any debt or obligation, or otherwise, are declared null and void.

## 63)  18 U.S. Code § 1651 - Piracy under law of nations

### Elements

Whoever, on the high seas, commits the crime of piracy as defined by the law of nations, and is afterwards brought into or found in the United States, shall be imprisoned for life. (June 25, 1948, ch. 645, 62 Stat. 774.)

## 64)  18 U.S. Code Chapter 81 – Piracy and Privateering

### Elements

§ 1651 - Piracy under law of nations, § 1652 – Citizens as pirates, § 1653 – Aliens as pirates, § 1654 – Arming or serving on privateers, § 1655 – Assault on commander as piracy, § 1656 – Conversion or surrender of vessel, § 1657 – Corruption of seamen and confederating with pirates, § 1658 – Plunder of distressed vessel, § 1659 – Attack to plunder vessel, § 1660 – Receipt of pirate property, § 1661 – Robbery ashore

## 65)  18 U.S. Code § 4 - Misprision of felony

### Elements

Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.. (June 25, 1948, ch. 645, 62 Stat. 684; Pub. L. 103–322, title XXXIII, § 330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)

Affidavit of Information, Report, and Preferral of Charges.
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors.
A Delict Penal Action
70 of 216

## 66) 18 U.S. Code § 3 - Accessory after the fact

### Elements

Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact.

Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years. (June 25, 1948, ch. 645, 62 Stat. 684; Pub. L. 99–646, § 43, Nov. 10, 1986, 100 Stat. 3601; Pub. L. 101–647, title XXXV, § 3502, Nov. 29, 1990, 104 Stat. 4921; Pub. L. 103–322, title XXXIII, §§ 330011(h), 330016(2)(A), Sept. 13, 1994, 108 Stat. 2145, 2148.)

## 67)  18 U.S. Code § 2381 – Treason

### Elements

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States. (June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

## 68)  18 U.S. Code § 1621 - Perjury generally

### Elements

Whoever— (1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or

(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true; is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States. (June 25, 1948, ch. 645, 62 Stat. 773; Pub. L. 88–619, § 1, Oct. 3, 1964, 78 Stat. 995; Pub. L. 94–550, § 2, Oct. 18, 1976, 90 Stat. 2534; Pub. L. 103–322, title XXXIII, § 330016(1)(I), Sept. 13, 1994, 108 Stat. 2147.)

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Deiict Penal Action
71 of 216

## 69) 18 U.S. Code § 1622 - Subornation of perjury

### Elements

Whoever procures another to commit any perjury is guilty of subornation of perjury, and shall be fined under this title or imprisoned not more than five years, or both. (June 25, 1948, ch. 645, 62 Stat. 774; Pub. L. 103–322, title XXXIII, §330016(1)(I), Sept. 13, 1994, 108 Stat. 2147.)

## 70) 18 U.S. Code § 241 - Conspiracy against rights

### Elements

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both; or may be sentenced to death. (June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(a), title XXXII, §§ 320103(a), 320201(a), title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

## 71) 18 U.S. Code § 242 - Deprivation of rights under color of law

### Elements

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap,

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
72 of 216

aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. (June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

## 72) 18 U.S. Code § 1581 - Peonage; obstructing enforcement

### Elements

(a) Whoever holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.

(b) Whoever obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be liable to the penalties prescribed in subsection (a). (June 25, 1948, ch. 645, 62 Stat. 772; Pub. L. 103–322, title XXXIII, § 330016(1)(K), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 104–208, div. C, title II, § 218(a), Sept. 30, 1996, 110 Stat. 3009–573; Pub. L. 106–386, div. A, § 112(a)(1), Oct. 28, 2000, 114 Stat. 1486.)

## 73) 18 U.S. Code Chapter 77 – Peonage, Slavery, and Trafficking In Persons

### Elements

§ 1581 - Peonage; obstructing enforcement, § 1582 - Vessels for slave trade, § 1583 - Enticement into slavery, § 1584 - Sale into involuntary servitude, § 1585 - Seizure, detention, transportation or sale of slaves, § 1586 - Service on vessels in slave trade, § 1587 - Possession of slaves aboard vessel, § 1588 - Transportation of slaves from United States, § 1589 - Forced labor, § 1590 - Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor, § 1591 - Sex trafficking of children or by force, fraud, or coercion, § 1592 - Unlawful conduct with respect to documents in furtherance of trafficking, peonage, slavery, involuntary servitude, or forced labor, § 1593 - Mandatory restitution, § 1593A - Benefitting financially from peonage, slavery, and trafficking in persons, § 1594 - General provisions, § 1595 - Civil remedy, § 1596 - Additional jurisdiction in certain trafficking offenses, § 1597 - Unlawful conduct with respect to immigration documents

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
73 of 216

## 74) 10 U.S. Code § 897 - Art. 97. Unlawful detention

### Elements

Any person subject to this chapter who, except as provided by law, apprehends, arrests, or confines any person shall be punished as a court-martial may direct. (Aug. 10, 1956, ch. 1041, 70A Stat. 69.)

## 75) UCMJ 897. ARTICLE 97. Unlawful Detention

### Elements

Any person subject to this chapter who, except as provided by law, arrests, or confines any person shall be punished as a court-martial may direct.

## 76) 25 CFR 11.404 - False imprisonment

### Elements

A person commits a misdemeanor if he or she knowingly restrains another unlawfully so as to interfere substantially with his or her liberty.

## 77) 10 U.S. C. § 934 - Art. 134. General article

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court. (Aug. 10, 1956, ch. 1041, 70A Stat. 76; Pub. L. 114-328, div. E, title LX, § 5451, Dec. 23, 2016, 130 Stat. 2958.)

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action.
74 of 216

# 78) Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and *Geneva Conventions* and all annexes thereto, codified at [CRIMINAL COMPLAINT FOR FELONIES, HIGH CRIMES, AND MISDEMEANORS - A DELICT PENAL ACTION BY LAW OF NATIONS: *Elements and Specifications* filed in United States Court of Federal Claims Number 1:16-cv-00541-NBF, annexed hereto in full]

## Charges, Invoice, and True Bill

Natural Rights infringements, Human Rights infringements, Constitutionally Protected Rights infringements, Civil Liberties infringements with imprisonment penalty and money damages not listed otherwise are in accord with[Title 18 U.S.C.§ 3571]. Felonies are set at $250,000 and misdemeanors at $100,000 for each offense by each Respondent/Libelee/Defendant, jointly and severally.

| Nature of Felony, High Crime, Or Misdemeanor | Money Damages | Authority | Imprisonment Penalty |
|---|---|---|---|
| Misprison of Felony | $500 | 18 U.S.C. § 4 | 3 years |
| Capital Felony Treason | $10,000 | 18 U.S.C. § 2381 | 5 years |
| Misprison of Treason | $10,000 | 18 U.S.C. § 2382 | 7 years |
| Genocide | $1,000,000 | 18 U.S.C. § 1091 | 20 years |
| Fraud (Misrepresentation) | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Fraud (False Statements) | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Fraud (Fictitious Statements) | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Fraud (Fraudulent Statements | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Extortion | $1,000 | 18 U.S.C. § 872 | 1 year |
| Conspiracy | $10,000 | 18 U.S.C. § 241 | 10 years |
| Deprivation of Rights | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Human) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Constitutional) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Civil Liberties) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Due Process) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Racketeering | $250,000 | 18 U.S.C. § 1964 | 20 years |
| Grand Larceny Theft Felony | $250,000 | 18 U.S.C. § 3571 | 5 years |
| Terrorism (Domestic) | $250,000 | 18 U.S.C. § 2331 | 20 years |
| Providing material support to terrorists | $250,000 | 18 U.S.C. § 2339 | 15 years |
| Torture | $250,000 | 18 U.S.C. § 234A | 20 years |
| Conspiracy to commit Torture | $250,000 | 18 U.S.C. § 234A | 20 years |
| Oppression | $10,000 | 18 U.S.C. § 241 | 10 years |
| Seditious Conspiracy | $10,000 | 18 U.S.C. § 2384 | 20 years |
| Seditious Libel | $10,000 | 18 U.S.C. § 2384 | 20 years |
| Seditious Defamation | $10,000 | 18 U.S.C. § 2384 | 20 years |
| Rebellion or Insurrection | $10,000 | 18 U.S.C. § 2383 | 10 years |
| Advocating overthrow of Government | $10,000 | 18 U.S.C. § 2385 | 20 years |
| Peonage | $250,000 | 18 U.S.C. §§1581–1596 | 20 years |
| Slavery | $250,000 | 18 U.S.C. §§1581–1596 | 20 years |
| Trafficking in Persons | $250,000 | 18 U.S.C. §§1581-1596 | 20 years |

Affidavit of Information, Report, and Preferral of Charges;
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
75 of 216

| Offense | Amount | Citation | Term |
|---|---|---|---|
| Kidnapping | $250,000 | 18 U.S.C. §§1581-1596 | 20 years |
| Attempted Kidnapping | $250,000 | 18 U.S.C. §§1581-1596 | 20 years |
| Conspiracy to kidnap, injure, or damage property | $250,000 | 18 U.S.C. § 956 | 35 years |
| Intent to defraud (U.S. Obligations or securities) | $250,000 | 18 U.S.C. § 471 | 20 years |
| Falsely makes (U.S. Obligations or securities) | $250,000 | 18 U.S.C. § 471 | 20 years |
| Forges (U.S. Obligations or securities) | $250,000 | 18 U.S.C. § 471 | 20 years |
| Counterfeits (U.S. Obligations or securities) | $250,000 | 18 U.S.C. § 471 | 20 years |
| Criminal Copyright Infringement | $1,000 | 18 U.S.C. § 2319 | 1 year |
| Misconduct | $250,000 | 18 U.S.C. § 3333 | 5 years |
| Malfeasance | $250,000 | 18 U.S.C. § 3333 | 5 years |
| Malfeasance in office | $250,000 | 18 U.S.C. § 3333 | 5 years |
| Offenses by U.S. officers / U.S. employees | $10,000 | 26 U.S.C. § 7214 | 5 years |
| Civil Damages for failure to release lien | $250,000 | 18 U.S.C. § 7432 | 0 years |
| Civil Damages for unauthorized actions (Reckless) | $1,000,000 | 18 U.S.C. § 7433 | 0 years |
| Civil Damages for unauthorized actions (Intentional) | $1,000,000 | 18 U.S.C. § 7433 | 0 years |
| Civil Damages for unauthorized actions (Negligent) | $1,000,000 | 18 U.S.C. § 7433 | 0 years |
| Mailing threatening communications | $250,000 | 18 U.S.C. § 876 | 10 years |
| Blackmail | $250,000 | 18 U.S.C. § 873 | 1 year |
| Receiving the proceeds of extortion | $250,000 | 18 U.S.C. § 880 | 3 years |
| Extortion by U.S. officers / U.S. employees | $250,000 | 18 U.S.C. § 880 | 3 years |
| Continuing financial crimes enterprise (Organization) | $20,000,000 | 18 U.S.C. § 225 | 10 years |
| Continuing financial crimes enterprise (Individual) | $10,000,000 | 18 U.S.C. § 225 | 10 years |
| Frauds and Swindles | $1,000,000 | 18 U.S.C. § 1341 | 20 years |
| Continuing financial crimes enterprise (Individual) | $10,000,000 | 18 U.S.C. § 225 | 10 years |
| Monetary transactions derived from unlawful acts | $250,000 | 18 U.S.C. § 1957 | 10 years |
| Debt Collection Practices (Civil Liability) | $500,000 | 15 U.S.C. § 1692 | 0 years |
| Embezzlement against estate | $250,000 | 18 U.S.C. § 153 | 5 years |
| Entry of goods by means of false statements | $250,000 | 18 U.S.C. § 542 | 2 years |
| Concealing person from arrest | $250,000 | 18 U.S.C. § 1071 | 5 years |
| Piracy under law of nations | $250,000 | 18 U.S.C. § 1651 | Life |
| Receipt of pirate property | | 18 U.S.C. § 1651 | 10 years |
| Robbery ashore | | 18 U.S.C. § 1661 | Life |
| False entries and reports of moneys or securities | $250,000 | 18 U.S.C. § 2073 | 10 years |
| Clerk of United States District Court | $250,000 | 18 U.S.C. § 2073 | 5 years |
| Authority exceeded in executing warrant | $250,000 | 18 U.S.C. § 2234 | 1 year |
| Trusts, etc., in restraint of trade illegal (corporation) | $100,000,000 | 15 U.S.C § 1 | 10 years |
| Trusts, etc., in restraint of trade illegal (person) | $1,000,000 | 15 U.S.C § 1 | 10 years |
| Monopolizing trade a felony (corporation) | $100,000,000 | 15 U.S.C § 2 | 10 years |
| Monopolizing trade a felony (person) | $1,000,000 | 15 U.S.C § 2 | 10 years |
| Wrongful Conversion / Embezzlement | $250,000 | 18 U.S.C. § 641 | 10 years |
| Wrongful Conversion / Embezzlement | $250,000 | 18 U.S.C. § 645 | 10 years |
| Wrongful Conversion / Embezzlement | $250,000 | 18 U.S.C. § 646 | 10 years |
| Wrongful Conversion / Embezzlement | $250,000 | 18 U.S.C. § 654 | 10 years |
| False Certificates | $250,000 | 18 U.S.C. § 1018 | 5 years |
| False Writings | $250,000 | 18 U.S.C. § 1018 | 5 years |
| Assault | $250,000 | 18 U.S.C. § 113 | 10 years |
| Disloyalty / Asserting right to strike | $250,000 | 18 U.S.C. § 1918 | 1 year |
| False Statement (Federal employees compensation) | $250,000 | 18 U.S.C. § 1920 | 5 years |
| Fraud (Federal employees compensation) | $250,000 | 18 U.S.C. § 1920 | 5 years |
| Perjury | $250,000 | 18 U.S.C. § 1621 | 5 years |
| Aiding and Abetting | $250,000 | 18 U.S.C. § 2 | 5 years |
| Interference with Commerce by Threats | $250,000 | 18 U.S.C. § 1951(a) | 5 years |
| Interference with Commerce by Violence | $250,000 | 18 U.S.C. § 1951(a) | 5 years |
| Fraud (Customs Duties) | $250,000 | 19 U.S.C. § 1592 | 5 years |

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors
A Delict Penal Action
76 of 216

Gross Negligence (Customs Duties)..........................$250,000..............19 U.S.C. § 1592..............5 years
Willful Negligence (Customs Duties)......................$250,000..............19 U.S.C. § 1592..............5 years
Penalties and Injunctions......................................$250,000..............18 U.S.C. § 216................5 years
Tampering with a witness, victim, or informant:..........$250,000.......,......18 U.S.C. § 1512..............20 years
Retaliating against a witness, victim, or informant:......$250,000..............18 U.S.C. § 1513:............20 years

## TAQUAN RASHE GULLETT<sup>©®</sup>
ALLODIAL COST SCHEDULE...............Constitution Art. 1 Sect. 10...........................$485,000,000.00

### Merchantile Civil Contract
#RE246590613US...........................Constitution Art. 1 Sect. 10...........................$47,149,352.60

### Merchantile Civil Contract
#320336USD-OID-TG..........................Constitution Art. 1 Sect. 10...........................$40,304,739.20

Ultra Vires acts.......................................Doctrine of Ultra Vires.....................:(1-6) Equitable Relief

| Libel and proceedings | 10 U.S.C. § 7656..........(1) file libel against prize property |
| By | 10 U.S.C. § 7658..........(2) obtain warrant & prize property |
| United States Attorney.......................10 U.S.C. § 7659..........(3) obtain property condemnation |

Civil action to restrain harassment | (4) Temporary Restraining Order
of a victim or witness:.......................18 U.S.C. § 1514:.......................and (5) Injunction

| Civil action to protect | 18 U.S.C. § 1961(1) | (6) Witness Security Program |
| against retaliation | 18 U.S.C. § 3521 | Authorization, Approval, |
| in fraud cases.......................18 U.S.C. § 1514A.................. Entry & Protection |

The current running total; and Sum Certain for all money damages, imprisonment penalties, and equitable relief in this LETTER ROGATORY: INFORMATION AFFIDAVIT UNDER SEAL IN SUPPORT OF CRIMINAL COMPLAINT FOR FELONIES, HIGH CRIMES, AND MISDEMEANORS.- A DELICT PENAL ACTION BY LAW OF NATIONS is Eight Hundred Thirty-Three Million, One Hundred Eleven Thousand, Five hundred Ninety-One Dollars and Eighty Cents ($833,111,591.80); Imprisonment Penalties of 825 years to Life (2x);   (1-6) Equitable Relief for Affiant; (1) File a Libel against the Prize Property; (2) Obtain a Warrant directing Marshal to Take Custody of the Prize Property; and (3) Proceed to Obtain a Condemnation of the Property; (4) Temporary Restraining Order; (5) Preliminary Injunction, and (5) Permanent Injunction for Affiant against Respondents/Libelees/Defendants; (6) Witness Security Program Authorization, Approval, Entry, and Protection for Affiant and all Affiant's Loved Ones.

Affidavit of Information, Report, and Preferral of Charges;
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
77 of 216

# A True Bill

All Claims are stated in U.S. Dollars which means that a U.S. Dollar is defined, for the purposes of this Claim as, a One Ounce Silver coin of .9999 fine silver, or the equivalent par value of Red Seal Silver Certificates in accord with Executive Order 11110, or the equivalent par value as established by law or the exchange rate as set by the American Mint Treasury bullion fund and the Coinage Act of 1792, whichever is the higher amount, for a certified One Ounce Silver Coin (Silver Dollar). This claim is to be remitted in Red Seal Silver Certificates, Post Office Treasury Money Orders, or other bullion certified funds, and is only acceptable at Par Value as indicated above.

Failure to pay Claim in full within Thirty (30) Calendar Days of issuance of INVOICE – VERIFIED STATEMENT OF ACCOUNT, True Bill, or Default as contained herein is interest of 2.0 % per month. Thirty (30) Days from the date of Default beginning on the Thirty-first (31st) Day after Default, the penalties in interest for Failure to pay will increase to 3.0% per month until Claim is paid in full, plus interest as indicated herein.

Punitive Damages will be assessed as the total amount of the damages as outlined herein times three (3). This will be added to the original amount of damages for a total of all damages.

The terms and conditions of this instrument/information/indictment, agreement, and quasi-contract, contain but are not limited to a waiver on Libelees' part of any and all immunities Libelees might claim should Libelees in any way violate the Registered Owner / Authorized Agent and General Executor for the Estate and/or permit others to do so, and those acts are deemed Ultra Vires, Willful and Gross Negligence.

The sum certain per agreement of all violations is with the Libelees' consent to the TAQUAN RASHIE GULLETT© ESTATE ALLODIAL COST SCHEDULE contained herein and the Libelees' full acceptance of all liability joint and several for the Claim contained herein. If any, provision of this TAQUAN RASHIE GULLETT ESTATE© ALLODIAL COST SCHEDULE is subject to Estoppel, the remaining provisions shall nevertheless remain in effect.

Of this presentment FIRST AND FINAL NOTICE is hereby given. Take due heed, and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties. Receipt of this instrument/information/indictment, agreement, and quasi-contract does constitute all parties acknowledgement, understanding, consent, acceptance, and agreement to honor all terms, conditions, and stipulations of this agreement.

Affidavit of information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:.
A Delict Penal Action
78 of 216

# 79) Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and *Geneva Conventions* and all annexes thereto, codified at [CRIMINAL COMPLAINT FOR FELONIES, HIGH CRIMES, AND MISDEMEANORS - A DELICT PENAL ACTION BY LAW OF NATIONS: *Elements and Specifications* filed in United States Court of Federal Claims Number 1:16-cv-00402-VJW, annexed hereto in full]

## Charges, Invoice, and True Bill

Natural Rights infringements, Human Rights infringements, Constitutionally Protected Rights infringements, Civil Liberties infringements with imprisonment penalty and money damages not listed otherwise are in accord with[Title 18 U.S.C.§ 3571]. Felonies are set at $250,000 and misdemeanors at $100,000 for each offense by each Respondent/Libelee/Defendant, jointly and severally.

| Nature of Felony, High Crime, Or Misdemeanor | Money Damages | Authority | Imprisonment Penalty |
|---|---|---|---|
| Misprison of Felony | $500 | 18 U.S.C. § 4 | 3 years |
| Capital Felony Treason | $10,000 | 18 U.S.C. § 2381 | 5 years |
| Misprison of Treason | $10,000 | 18 U.S.C. § 2382 | 7 years |
| Genocide | $1,000,000 | 18 U.S.C. § 1091 | 20 years |
| Fraud (Misrepresentation) | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Fraud (False Statements) | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Fraud (Fictitious Statements) | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Fraud (Fraudulent Statements | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Extortion | $1,000 | 18 U.S.C. § 872 | 1 year |
| Conspiracy | $10,000 | 18 U.S.C. § 241 | 1 year |
| Deprivation of Rights | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Human) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Constitutional) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Civil Liberties) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Due Process) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Racketeering | $250,000 | 18 U.S.C. § 1964 | 20 years |
| Grand Larceny Theft Felony | $250,000 | 18 U.S.C.§ 3571 | 5 years |
| Terrorism (Domestic) | $250,000 | 18 U.S.C. § 2331 | 20 years |
| Providing material support to terrorists | $250,000 | 18 U.S.C. § 2339 | 15 years |
| Torture | $250,000 | 18 U.S.C. § 234A | 20 years |
| Conspiracy to commit Torture | $250,000 | 18 U.S.C. § 234A | 20 years |
| Oppression | $10,000 | 18 U.S.C. § 241 | 10 years |
| Seditious Conspiracy | $10,000 | 18 U.S.C. § 2384 | 20 years |
| Seditious Libel | $10,000 | 18 U.S.C. § 2384 | 20 years |
| Seditious Defamation | $10,000 | 18 U.S.C. § 2384 | 20 years |
| Rebellion or Insurrection | $10,000 | 18 U.S.C. § 2383 | 10 years |
| Advocating overthrow of Government | $10,000 | 18 U.S.C. § 2385 | 20 years |
| Peonage | $250,000 | 18 U.S.C. §§1581–1596 | 20 years |
| Slavery | $250,000 | 18 U.S.C. §§1581–1596 | 20 years |
| Trafficking in Persons | $250,000 | 18 U.S.C. §§1581-1596 | 20 years |

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
79 of 216

| Offense | Fine | Statute | Term |
|---|---|---|---|
| Kidnapping | $250,000 | 18 U.S.C. §§1581-1596 | 20 years |
| Attempted Kidnapping | $250,000 | 18 U.S.C. §§1581-1596 | 20 years |
| Conspiracy to kidnap, injure, or damage property | $250,000 | 18 U.S.C. § 956 | 35 years |
| Intent to defraud (U.S. Obligations or securities) | $250,000 | 18 U.S.C. § 471 | 20 years |
| Falsely makes (U.S. Obligations or securities) | $250,000 | 18 U.S.C. § 471 | 20 years |
| Forges (U.S. Obligations or securities) | $250,000 | 18 U.S.C. § 471 | 20 years |
| Counterfeits (U.S. Obligations or securities) | $250,000 | 18 U.S.C. § 471 | 20 years |
| Criminal Copyright Infringement | $1,000 | 18 U.S.C. § 2319 | 1 year |
| Misconduct | $250,000 | 18 U.S.C. § 3333 | 5 years |
| Malfeasance | $250,000 | 18 U.S.C. § 3333 | 5 years |
| Malfeasance in office | $250,000 | 18 U.S.C. § 3333 | 5 years |
| Offenses by U.S. officers / U.S. employees | $10,000 | 26 U.S.C. § 7214 | 5 years |
| Laundering of money instruments | $500,000 | 18 U.S.C. § 1956 | 20 years |
| Civil Penalties for Insider Trading | $1,000,000 | 15 U.S.C. § 78u-1 | 0 years |
| Manipulative and deceptive devices | $1,000,000 | 15 U.S.C. § 78j | 0 years |
| Criminal Penalties for Insider Trading (Ind.) | $1,000,000 | Sarbanes-Oxley Act | 10 years |
| Criminal Penalties for Insider Trading (Corp) | $2,500,000 | Sarbanes-Oxley Act | 10 years |
| Securities and commodities fraud | $1,000,000 | 18 U.S.C. § 1348 | 10 years |
| Attempt and Conspiracy | $1,000,000 | 18 U.S.C. § 1349 | 10 years |
| Securities and commodities fraud | $1,000,000 | 18 U.S.C. § 1348 | 10 years |
| Attempt to evade or defeat tax (ind.) | $100,000 | 26 U.S.C. § 7201 | 5 years |
| Attempt to evade or defeat tax (Corp.) | $500,000 | 26 U.S.C. § 7201 | 5 years |
| Penalties | $10,000 | 15 U.S.C. § 77x | 10 years |
| Mailing threatening communications | $250,000 | 18 U.S.C. § 876 | 10 years |
| Blackmail | $250,000 | 18 U.S.C. § 873 | 1 year |
| Receiving the proceeds of extortion | $250,000 | 18 U.S.C. § 880 | 3 years |
| Extortion by U.S. officers / U.S. employees | $250,000 | 18 U.S.C. § 880 | 3 years |
| Continuing financial crimes enterprise (Organization) | $20,000,000 | 18 U.S.C. § 225 | 10 years |
| Continuing financial crimes enterprise (Individual) | $10,000,000 | 18 U.S.C. § 225 | 10 years |
| Frauds and Swindles | $1,000,000 | 18 U.S.C. § 1341 | 20 years |
| Continuing financial crimes enterprise (Individual) | $10,000,000 | 18 U.S.C. § 225 | 10 years |
| Monetary transactions derived from unlawful acts | $250,000 | 18 U.S.C. § 1957 | 10 years |
| Debt Collection Practices (Civil Liability) | $500,000 | 15 U.S.C. § 1692 | 0 years |
| Embezzlement against estate | $250,000 | 18 U.S.C. § 153 | 5 years |
| Entry of goods by means of false statements | $250,000 | 18 U.S.C. § 542 | 2 years |
| Concealing person from arrest | $250,000 | 18 U.S.C. § 1071 | 5 years |
| Piracy under law of nations | $250,000 | 18 U.S.C. § 1651 | Life |
| Receipt of pirate property | | 18 U.S.C. § 1651 | 10 years |
| Robbery ashore | | 18 U.S.C. § 1661 | Life |
| False entries and reports of moneys or securities | $250,000 | 18 U.S.C. § 2073 | 10 years |
| Clerk of United States District Court | $250,000 | 18 U.S.C. § 2073 | 5 years |
| Authority exceeded in executing warrant | $250,000 | 18 U.S.C. § 2234 | 1 year |
| Trusts, etc., in restraint of trade illegal (corporation) | $100,000,000 | 15 U.S.C § 1 | 10 years |
| Trusts, etc., in restraint of trade illegal (person) | $1,000,000 | 15 U.S.C § 1 | 10 years |
| Monopolizing trade a felony (corporation) | $100,000,000 | 15 U.S.C § 2 | 10 years |
| Monopolizing trade a felony (person) | $1,000,000 | 15 U.S.C § 2 | 10 years |
| Wrongful Conversion / Embezzlement | $250,000 | 18 U.S.C. § 641 | 10 years |
| Wrongful Conversion / Embezzlement | $250,000 | 18 U.S.C. § 645 | 10 years |
| Wrongful Conversion / Embezzlement | $250,000 | 18 U.S.C. § 646 | 10 years |
| Wrongful Conversion / Embezzlement | $250,000 | 18 U.S.C. § 654 | 10 years |
| False Certificates | $250,000 | 18 U.S.C. § 1018 | 5 years |
| False Writings | $250,000 | 18 U.S.C. § 1018 | 5 years |
| Assault | $250,000 | 18 U.S.C. § 113 | 10 years |
| Disloyalty / Asserting right to strike | $250,000 | 18 U.S.C. § 1918 | 1 year |

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Deficit Penal Action
80 of 216

| | | |
|---|---|---|
| False Statement (Federal employees compensation)....... | $250,000............ | 18 U.S.C. § 1920...............5 years |
| Fraud (Federal employees compensation)................... | $250,000............ | 18 U.S.C. § 1920...............5 years |
| Perjury.................................................... | $250,000............ | 18 U.S.C. § 1621...............5 years |
| Aiding and Abetting........................................ | $250,000............ | 18 U.S.C. § 2...................5 years |
| Interference with Commerce by Threats................... | $250,000............ | 18 U.S.C. § 1951(a)...........5 years |
| Interference with Commerce by Violence................. | $250,000............ | 18 U.S.C. § 1951(a)...........5 years |
| Fraud (Customs Duties).................................... | $250,000............ | 19 U.S.C. § 1592...............5 years |
| Gross Negligence (Customs Duties)....................... | $250,000............ | 19 U.S.C. § 1592...............5 years |
| Willful Negligence (Customs Duties)...................... | $250,000............ | 19 U.S.C. § 1592...............5 years |
| Penalties and Injunctions.................................. | $250,000............ | 18 U.S.C. § 216................5 years |
| Tampering with a witness, victim, or informant.......... | $250,000............ | 18 U.S.C. § 1512.............20 years |
| Retaliating against a witness, victim, or informant....... | $250,000............ | 18 U.S.C. § 1513.............20 years |

## SYTERIA HEPHZIBAH[63]
ALLODIAL COST SCHEDULE..............Constitution Art. 1 Sect. 10.............................$492,000,000.00

Ultra Vires acts..................................Doctrine of Ultra Vires....................(1-6) Equitable Relief

| | | |
|---|---|---|
| Libel and proceedings | | 10 U.S.C. § 7656.........(1) file libel against prize property |
| By | | 10 U.S.C. § 7658.........(2) obtain warrant & prize property |
| United States Attorney............................ | | 10 U.S.C. § 7659.........(3) obtain property condemnation |
| Civil action to restrain harassment | | (4) Temporary Restraining Order |
| of a victim or witness........................ | 18 U.S.C. § 1514................. | ........and (5) Injunction |
| Civil action to protect | 18 U.S.C. § 1961(1) | (6) Witness Security Program |
| against retaliation | 18 U.S.C. § 3521 | Authorization, Approval, |
| in fraud cases:................................ | 18 U.S.C. § 1514A...................... | Entry & Protection |

The current running total and Sum Certain for all money damages, imprisonment penalties, and equitable relief in this LETTER ROGATORY: INFORMATION AFFIDAVIT UNDER SEAL IN SUPPORT OF CRIMINAL COMPLAINT FOR FELONIES, HIGH CRIMES, AND MISDEMEANORS – A DELICT PENAL ACTION BY LAW OF NATIONS is Seven Hundred Fifty-Nine Million, Two Hundred Fifty-Seven Thousand, Five Hundred Dollars and Zero Cents ($759,257,500.00); Imprisonment Penalties of 915 years to Life (2x); (1-6) Equitable Relief for Affiant; (1) File a Libel against the Prize Property, (2) Obtain a Warrant directing Marshal to Take Custody of the Prize Property, and (3) Proceed to Obtain a Condemnation of the Property; (4) Temporary Restraining Order; (5) Preliminary Injunction, and (5) Permanent Injunction for Affiant against Respondents/Libelees/Defendants; (6) Witness Security Program Authorization, Approval, Entry, and Protection for Affiant and all Affiant's Loved Ones.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
81 of 216

## A True Bill.

All Claims are stated in U.S. Dollars which means that a U.S. Dollar is defined, for the purposes of this Claim as, a One Ounce Silver coin of .9999 fine silver, or the equivalent par value of Red Seal Silver Certificates in accord with Executive Order 11110, or the equivalent par value as established by law or the exchange rate as set by the American Mint Treasury bullion fund and the Coinage Act of 1792, whichever is the higher amount, for a certified One Ounce Silver Coin (Silver Dollar). This claim is to be remitted in Red Seal Silver Certificates, Post Office Treasury Money Orders, or other bullion certified funds, and is only acceptable at Par Value as indicated above.

Failure to pay Claim in full within Thirty (30) Calendar Days of issuance of INVOICE — VERIFIED STATEMENT OF ACCOUNT, True Bill, or Default as contained herein is interest of 2.0 % per month. Thirty (30) Days from the date of Default beginning on the Thirty-first (31st) Day after Default, the penalties in interest for Failure to pay will increase to 3.0% per month until Claim is paid in full, plus interest as indicated herein.

Punitive Damages will be assessed as the total amount of the damages as outlined herein times three (3). This will be added to the original amount of damages for a total of all damages.

The terms and conditions of this instrument/information/indictment, agreement, and quasi-contract, contain but are not limited to a waiver on Libelees' part of any and all immunities Libelees might claim should Libelees in any way violate the Registered Owner / Authorized Agent and General Executor for the Estate and/or permit others to do so, and those acts are deemed Ultra Vires, Willful and Gross Negligence.

The sum certain per agreement of all violations is with the Libelees' consent to the SYTERIA HEPHZIBAH$^{cb}$ ESTATE ALLODIAL COST SCHEDULE contained herein and the Libelees' full acceptance of all liability joint and several for the Claim contained herein. If any provision of this SYTERIA HEPHZIBAH $^{cb}$ ESTATE ALLODIAL COST SCHEDULE is subject to Estoppel, the remaining provisions shall nevertheless remain in effect.

Of this presentment FIRST AND FINAL NOTICE is hereby given. Take due heed, and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties. Receipt of this instrument/information/indictment, agreement, and quasi-contract does constitute all parties acknowledgement, understanding, consent, acceptance, and agreement to honor all terms, conditions, and stipulations of this agreement.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Dellct Penal Action
82 of

RD 917 549 140 US
RB 917 549 153 US

## 80)  Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and *Geneva Conventions* and all annexes thereto, codified at [Uniform Code of Military Justice]

### Court Martial – Uniform Code of Military Justice (U.C.M.J)

Because of their Oath and Covenant Bond to support and defend the good order and discipline in the armed forces pledged by attachment to the Constitution, all Enlisted, Judges (Commissioned Warrant Officers), Uniformed Services, Commissioned Officers, Selective Service Registrants, Court Officers, and Agents, including without limitation all Veterans of said services, are subject to the Uniform Code of Military Justice.

### 81)  Rule 202 – Persons Subject to the Jurisdiction of Courts-Martial

*In general.* Courts-martial may try any person when authorized to do so under the code.

### 82)  Rule 202(b) – Offenses Under the Law of War

Nothing in this rule limits the power of general courts-martial to try persons under the law of war.

### 83)  Rule 203 – Jurisdiction Over the Offense

To the extent permitted by the Constitution, courts-martial may try any offense under the code and in the case of general courts-martial, the law of war.

### 84)  Rule 203 – Report of Offense

(a) *Who may report.* Any person may report an offense subject to trial by court-martial. (b) *To whom reports conveyed for disposition.* Ordinarily, any military authority who receives a report of an offense shall forward as soon as practicable the report and any accompanying information to the immediate commander of the suspect. Competent authority superior to that commander may direct otherwise.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors;
A Delict Penal Action
83 of

## 85) Rule 307 – Preferral of Charges

(a) *Who may prefer charges.* Any person subject to the code may prefer charges.

(b) *How charges are preferred; oath;* A person who prefers charges must:

(1) Sign the Charges and specifications under oath before a commissioned officer of the armed forces authorized to administer oaths; and

(2) State that the signer has personal knowledge of or has investigated the matters set forth in the charges and specifications and that they are true in fact to the best of that person's knowledge and belief.

The following form may be used to administer the oath:

"You (swear) (affirm) that you are a person subject to the Uniform Code of Military Justice, that you have personal knowledge of or have investigated the matters set forth in the foregoing charge(s) and specification(s), and that the same are true in fact to the best of your knowledge and belief. (So help you God.)" [*See* Article 136 for authority to administer oaths]

The accuser's belief may be based upon reports of others in whole or in part.

(c) *How to allege offenses.*

(1) *In general.* The format of charge and specification is used to allege violations of the code.

(2) *Charge.* A charge states the article of the code, law of war, or local penal law of an occupied territory which the accused is alleged to have violated.

(3) *Specification.* A specification is a plain, concise, and definite statement of the essential facts constituting the offense charged. A specification is sufficient if it alleges every element of the charged offense expressly or by necessary implication. Except for aggravating factors under R.C.M. 1003(d) and R.C.M. 1004, facts that increase the maximum authorized punishment must be alleged in order to permit the possible increased punishment. No particular format is required.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
84 of

RB 917 247 143 US
RB 917 547 143 US

# 86) Charges and Specifications

## Uniform Code of Military Justice (U.C.M.J.)

### 1. Article 77—Principals

Any person punishable under this chapter who—

(1) commits an offense punishable by this chapter, or aids, abets, counsels, commands, or procures its commission; or

(2) causes an act to be done which if directly performed by him would be punishable by this chapter; is a principal.

### 2. Article 78—Accessory after the fact

Any person subject to this chapter who, knowing that an offense punishable by this chapter has been committed, receives, comforts, or assists the offender in order to hinder or prevent his apprehension, trial, or punishment shall be punished as a court-martial may direct.

### Elements

(1) That an offense punishable by the code was committed by a certain person;

(2) That the accused knew that this person had committed such offense;

(3) That there after the accused received, comforted, or assisted the offender; and

(4) That the accused did so for the purpose of hindering or preventing the apprehension, trial, or punishment of the offender.

### 3. Article 79—Conviction of lesser included offenses

An accused may be found guilty of an offense necessarily included in the offense charged or of an attempt to commit either the offense charged or an offense necessarily included therein.

### 4. Article 80—Attempts

(a) An act, done with specific intent to commit an offense under this chapter, amounting to more than mere preparation and tending, even though failing, to effect its commission, is an attempt to commit that offense.

(b) Any person subject to this chapter who attempts to commit any offense punishable by this chapter shall be punished as a court-martial may direct, unless otherwise specifically prescribed.

(c) Any person subject to this chapter may be convicted of an attempt to commit an offense although it appears on the trial that the offense was consummated.

### Elements

(1) That the accused did a certain overt act;

(2) That the act was done with the specific intent to commit a certain offense under the code;

(3) That the act amounted to more than mere preparation; and

(4) That the act apparently tended to effect the commission of the intended offense.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors—
A Delict Penal Action
85 of

## 5. Article 81—Conspiracy

Any person subject to this chapter who conspires with any other person to commit an offense under this chapter shall, if one or more of the conspirators does an act to effect the object of the conspiracy, be punished as a court-martial may direct.

### Elements

(1) That the accused entered into an agreement with one or more persons to commit an offense under the code; and

(2) That, while the agreement continued to exist, and while the accused remained a party to the agreement, the accused or at least one of the co-conspirators performed an overt act for the purpose of bringing about the object of the conspiracy.

## 6. Article 82—Solicitation

(a) Any person subject to this chapter who solicits or advises another or other to desert in violation of section 885 of this title (Article 85) or mutiny in violation of section 894 of this title (Article 94) shall, if the offense solicited or advised is attempted or committed, be punished with the punishment provided for the commission of the offense, but, if the offense solicited or advised is not committed or attempted, he shall be punished as a court-martial may direct.
(b) Any person subject to this chapter who solicits or advises another or others to commit an act of misbehavior before the enemy in violation of section 899 of this title (Article 99) or sedition in violation of section 894 of this title (Article 94) shall, if the offense solicited or advised is committed, be punished with the punishment provided for the commission of the offense, but, if the offense solicited or advised is not committed, he shall be punished as a court-martial may direct.

### Elements

(1) That the accused solicited or advised a certain person or persons to commit any of the four offenses named in Article 82; and

(2) That the accused did so with the intent that the offense actually be committed. [Note: If the offense solicited or advised was attempted or committed, add the following element]
(3) T h at the offense solicited or advised was (committed) (attempted) as the proximate result of the solicitation.

## 9. Article 85—Desertion

a. Text of statute.

(a) Any member of the armed forces who—

(1) without authority goes or remains absent from his unit, organization, or place of duty with intent to remain away therefrom permanently;

(2) quits his unit, organization, or place of duty with intent to avoid hazardous duty or to shirk important service; or

(3) without being regularly separated from one of the armed forces enlists or accepts an appointment in the same or another one of the armed forces without fully disclosing the fact that he has not been regularly separated, or enters.

any foreign armed service except when authorized by the United States; is guilty of desertion.
(b) Any commissioned officer of the armed forces who, after tender of his resignation and before notice of its acceptance, quits his post or proper duties without leave and with intent to remain away therefrom permanently is guilty of desertion.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
86 of

(c) Any person found guilty of desertion or attempt to desert shall be punished, if the offense is committed in time of war, by death or such other punishment as a court-martial may direct, but if the desertion or attempt to desert occurs at any other time, by such punishment, other than death, as a court-martial may direct.

**Elements**

(1) *Desertion with intent to remain away permanently.*

(a) That the accused absented himself or herself from his or her unit, organization, or place of duty;

(b) That such absence was without authority;

(c) That the accused, at the time the absence began or at some time during the absence, intended to remain away from his or her unit, organization, or place of duty permanently; and

(d) That the accused remained absent until the date alleged. [Note: If the absence was terminated by apprehension, add the following element]

(e) That the accused's absence was terminated by apprehension.

(2) *Desertion with intent to avoid hazardous duty or to shirk important service.*

(a) That the accused quit his or her unit, organization, or other place of duty;

(b) That the accused did so with the intent to avoid a certain duty or shirk a certain service;

(c) That the duty to be performed was hazardous or the service important;

(d) That the accused knew that he or she would be required for such duty or service; and

(e) That the accused remained absent until the date alleged.

(3) *Desertion before notice of acceptance of resignation.*

(a) That the accused was a commissioned officer of an armed force of the United States, and had tendered his or her resignation;

(b) That before he or she received notice of the acceptance of the resignation, the accused quit his or her post or proper duties;

(c) That the accused did so with the intent to remain away permanently from his or her post or proper duties; and

(d) That the accused remained absent until the date alleged. [Note: If the absence was terminated by apprehension, add the following element]

(e) That the accused's absence was terminated by apprehension.

(4) *Attempted desertion.*

(a) That the accused did a certain overt act;

(b) That the act was done with the specific intent to desert;

(c) That the act amounted to more than mere preparation; and

(d) That the act apparently tended to effect the commission of the offense of desertion.

## 16. Article 92—Failure to obey order or regulation

Any person subject to this chapter who—

(1) violates or fails to obey any lawful general order or regulation;

(2) having knowledge of any other lawful order issued by a member of the armed forces, which it is his duty to obey, fails to obey the order; or

(3) is derelict in the performance of his duties; shall be punished as a court-martial may direct.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
87 of

## Elements
(1) *Violation of or failure to obey a lawful general order or regulation.*
(a) That there was in effect a certain lawful general order or regulation;
(b) That the accused had a duty to obey it; and
(c) That the accused violated or failed to obey the order or regulation.

(2) *Failure to obey other lawful order.*
(a) That a member of the armed forces issued a certain lawful order;
(b) That the accused had knowledge of the order;
(c) That the accused had a duty to obey the order; and
(d) That the accused failed to obey the order.

(3) *Dereliction in the performance of duties.*
(a) That the accused had certain duties;
(b) That the accused knew or reasonably should have known of the duties; and
(c) That the accused was (willfully) (through neglect or culpable inefficiency) derelict in the performance of those duties.

## 17. Article 93—Cruelty and maltreatment
Any person subject to this chapter who is guilty of cruelty toward, or oppression or maltreatment of, any person subject to his orders shall be punished as a court-martial may direct.

### Elements
(1) That a certain person was subject to the orders of the accused; and
(2) That the accused was cruel toward, or oppressed, or maltreated that person.

## 18. Article 94—Mutiny and sedition
Any person subject to this chapter who—
(1) with intent to usurp or override lawful military authority, refuse, in concert with any other person, to obey orders or otherwise do his duty or creates any violence or disturbance is guilty of mutiny;

(2) with intent to cause the overthrow or destruction of lawful civil authority, creates, in concert with any other person, revolt, violence, or other disturbance against that authority is guilty of sedition;

(3) fails to do his utmost to prevent and suppress a mutiny or sedition being committed in his presence, or fails to take all reasonable means to inform his superior commissioned officer or commanding officer of a mutiny or sedition which he knows or has reason to believe is taking place, is guilty of a failure to suppress or report a mutiny or sedition.
(b) A person who is found guilty of attempted mutiny, mutiny, sedition, or failure to suppress or report a mutiny or sedition shall be punished by death or such other punishment as a court-martial may direct.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors·
A Delict Penal Action
88 of

## Elements.
(1) *Mutiny by creating violence or disturbance.*
(a) That the accused created violence or a disturbance; and
(b) That the accused created this violence or disturbance with intent to usurp or override lawful military authority.

(2) *Mutiny by refusing to obey orders or perform duty.*
(a) That the accused refused to obey orders or otherwise do the accused's duty;
(b) That the accused in refusing to obey orders or perform duty acted in concert with another person or persons; and
(c) That the accused did so with intent to usurp or override lawful military authority.

(3) *Sedition.*
(a) That the accused created revolt, violence, or disturbance against lawful civil authority;
(b) That the accused acted in concert with another person or persons; and
(c) That the accused did so with the intent to cause the overthrow or destruction of that authority.

(4) *Failure to prevent and suppress a mutiny or sedition.*
(a) That an offense of mutiny or sedition was committed in the presence of the accused; and
(b) That the accused failed to do the accused's utmost to prevent and suppress the mutiny or sedition.

(5) *Failure to report a mutiny or sedition.*
(a) That an offense of mutiny or sedition occurred;
(b) That the accused knew or had reason to believe that the offense was taking place; and
(c) That the accused failed to take all reasonable means to inform the accused's superior commissioned officer or commander of the offense.

(6) *Attempted mutiny.*
(a) That the accused committed a certain overt act;
(b) That the act was done with specific intent to commit the offense of mutiny;
(c) That the act amounted to more than mere preparation; and
(d) That the act apparently tended to effect the commission of the offense of mutiny

## 21. Article 97—Unlawful detention
Any person subject to this chapter who, except as provided by law, apprehends, arrests, or confines any person shall be punished as a court-martial may direct.

## Elements
(1) That the accused apprehended, arrested, or confined a certain person; and
(2) That the accused unlawfully exercised the accused's authority to do so.

Affidavit of Information, Report, and Preferral of Charges.
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-.
A Deficit Penal Action
89 of

## 22. Article 98—Noncompliance with procedural rules

Any person subject to this chapter who—

(1) is responsible for unnecessary delay in the disposition of any case of a person accused of an offense under this chapter; or

(2.) Knowingly and intentionally fails to enforce or comply with any provision of this chapter regulating the proceedings before, during, or after trial of an accused; shall be punished as a court-martial may direct.

### Elements

(1) *Unnecessary delay in disposing of case.*

(a) That the accused was charged with a certain duty in connection with the disposition of a case of a person accused of an offense under the code;

(b) That the accused knew that the accused was charged with this duty;

(c) That delay occurred in the disposition of the case;

(d) That the accused was responsible for the delay; and

(e.) That, under the circumstances, the delay was unnecessary.

(2) *Knowingly and intentionally failing to enforce or comply with provisions of the code.*

(a) That the accused failed to enforce or comply with a certain provision of the code regulating a proceeding before, during, or after a trial;

(b) That the accused had the duty of enforcing or complying with that provision of the code;

(c) That the accused knew that the accused was charged with this duty; and

(d.) That the accused's failure to enforce or comply with that provision was intentional.

## 31. Article 107—False official statements

Any person subject to this chapter who, with intent to deceive, signs any false record, return, regulation, order, or other official document, knowing it to be false, or makes any other false official statement knowing it to be false, shall be punished as a court-martial may direct.

### Elements

(1) That the accused signed a certain official document or made a certain official statement

(2) That the document or statement was false in certain particulars;

(3) That the accused knew it to be false at the time of signing it or making it; and

(4.) That the false document or statement was made with the intent to deceive.

## 46. Article 121—Larceny and wrongful appropriation

(a) Any person subject to this chapter who wrongfully takes, obtains, or withholds, by any means, from the possession of the owner or of any other person any money, personal property, or article of value of any kind—

(1) with intent permanently to deprive or defraud another person of the use and benefit of property or to appropriate it to his own use or the use of any person other than the owner, steals that property and is guilty of larceny; or

(2) with intent temporarily to deprive or defraud another person of the use and benefit of property or to appropriate it to his own use or the use of any person other than the owner, is guilty of wrongful appropriation.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors
A Delict Penal Action
90 of

(b.) Any person found guilty of larceny or wrongful appropriation shall be punished as a court-martial may direct.

### Elements

(1) *Larceny.*

(a) That the accused wrongfully took, obtained, or withheld certain property from the possession of the owner or of any other person;

(b.) That the property belonged to a certain person;

(c) That the property was of a certain value, or of some value; and

(d) That the taking, obtaining, or withholding by the accused was with the intent permanently to deprive or defraud another person of the use and benefit of the property or permanently to appropriate the property for the use of the accused or for any person other than the owner. [Note: If the property is alleged to be military property, as defined in paragraph 46c(1)(h), add the following element]

(e) That the property was military property.

(2) *Wrongful appropriation.*

(a) That the accused wrongfully took, obtained, or withheld certain property from the possession of the owner or of any other person;

(b.) That the property belonged to a certain person;

(c) That the property was of a certain value, or of some value; and

(d) That the taking, obtaining, or withholding by the accused was with the intent temporarily to deprive or defraud another person of the use and benefit of the property or temporarily to appropriate the property for the use of the accused or for any person other than the owner.

### 47. Article 122—Robbery

Any person subject to this chapter who with intent to steal takes anything of value from the person or in the presence of another, against his will, by means of force or violence or fear of immediate or future injury to his person or property or to the person or property of a relative or member of his family or of anyone in his company at the time of the robbery, is guilty of robbery and shall be punished as a court-martial may direct.

### Elements

(1) That the accused wrongfully took certain property from the person or from the possession and in the presence of a person named or described;

(2) That the taking was against the will of that person;

(3) That the taking was by means of force, violence, or force and violence, or putting the person in fear of immediate or future injury to that person, a relative, a member of the person's family, anyone accompanying the person at the time of the robbery, the person's property, or the property of a relative, family member, or anyone accompanying the person at the time of the robbery;

(4) That the property belonged to a person named or described;

(5) That the property was of a certain or of some value; and

(6) That the taking of the property by the accused was with the intent permanently to deprive the person robbed of the use and benefit of the property. [Note: If the robbery was committed with a firearm, add the following element]

(7) That the means of force or violence or of putting the person in fear was a firearm.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Relief Penal Action
91 of

## 48. Article 123—Forgery

Any person subject to this chapter who, with intent to defraud—

(1) falsely makes or alters any signature to, or any part of, any writing which would, if genuine, apparently impose a legal liability on another or change his legal right or liability to his prejudice; or

(2) utters, offers, issues, or transfers such a writing, known by him to be so made or altered; is guilty of forgery and shall be punished as a court-martial may direct.

### Elements

(1) Forgery—making or altering.

(a) That the accused falsely made or altered a certain signature or writing;

(b) That the signature or writing was of a nature which would, if genuine, apparently impose a legal liability on another or change another's legal rights or liabilities to that person's prejudice; and

(c) That the false making or altering was with the intent to defraud.

(2) Forgery—uttering.

(a) That a certain signature or writing was falsely made or altered;

(b) That the signature or writing was of a nature which would, if genuine, apparently impose a legal liability on another or change another's legal rights or liabilities to that person's prejudice;

(c) That the accused uttered, offered, issued, or transferred the signature or writing;

(d) That at such time the accused knew that the signature or writing had been falsely made or altered; and

(e) That the uttering, offering, issuing or transferring was with the intent to defraud.

## 53. Article 127—Extortion

Any person subject to this chapter who communicates threats to another person with the intention thereby to obtain anything of value or any acquittance, advantage, or immunity is guilty of extortion and shall be punished as a court-martial may direct.

### Elements

(1) That the accused communicated a certain threat to another; and

(2) That the accused intended to unlawfully obtain something of value, or any acquittance, advantage, or immunity.

## 54. Article 128—Assault

(a) Any person subject to this chapter who attempts or offers with unlawful force or violence to do bodily harm to another person, whether or not the attempt or offer is consummated, is guilty of assault and shall be punished as a court-martial may direct.

(b) Any person subject to this chapter who—

(1) commits an assault with a dangerous weapon or other means or force likely to produce death or grievous bodily harm; or

(2) commits an assault and intentionally inflicts grievous bodily harm with or with out a weapon; is guilty of aggravated assault and shall be punished as a court-martial may direct.

## Elements

(1) *Simple assault.*

(a) That the accused attempted or offered to do bodily harm to a certain person; and

(b) That the attempt or offer was done with unlawful force or violence.

(2) *Assault consummated by a battery.*

(a) That the accused did bodily harm to a certain person; and

(b) That the bodily harm was done with unlawful force or violence.

(3) *Assaults permitting increased punishment based on status of victim.*

(a) Assault upon a commissioned, warrant, noncommissioned, or petty officer.

(i) That the accused attempted to do, offered to do, or did bodily harm to a certain person;

(ii) That the attempt, offer, or bodily harm was done with unlawful force or violence;

(iii) That the person was a commissioned, warrant, noncommissioned, or petty officer; and

(iv) That the accused then knew that the person was a commissioned, warrant, noncommissioned, or petty officer.

(b) *Assault upon a sentinel or lookout in the execution of duty, or upon a person in the execution of law enforcement duties.*

(i) That the accused attempted to do, offered to do, or did bodily harm to a certain person;

(ii) That the attempt, offer, or bodily harm was done with unlawful force or violence;

(iii) That the person was a sentinel or lookout in the execution of duty or was a person who then had and was in the execution of security police, military police, shore patrol, master at arms, or other military or civilian law enforcement duties; and

(iv) That the accused then knew that the person was a sentinel or lookout in the execution of duty or was a person who then had and was in the execution of security police, military police, shore patrol, master at arms, or other military or civilian law enforcement duties.

(c) *Assault consummated by a battery upon a child under 16 years.*

(i) That the accused did bodily harm to a certain person;

(ii) That the bodily harm was done with unlawful force or violence; and

(iii) That the person was then a child under the age of 16 years.

(4) *Aggravated assault.*

(a) Assault with a dangerous weapon or other means or force likely to produce death or grievous bodily harm.

(i) That the accused attempted to do, offered to do, or did bodily harm to a certain person;

(ii) That the accused did so with a certain weapon, means, or force;

(iii) That the attempt, offer, or bodily harm was done with unlawful force or violence; and

(iv) That the weapon, means, or force was used in a manner likely to produce death or grievous bodily harm. (Note: Add any of the following as applicable)

(v) That the weapon was a loaded firearm.

(vi) That the person was a child under the age of 16 years.

(b) *Assault in which grievous bodily harm is intentionally inflicted.*

(i) That the accused assaulted a certain person;

(ii) That grievous bodily harm was thereby inflicted upon such person;

(iii) That the grievous bodily harm was done with unlawful force or violence; and

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
93 of

(iv) That the accused, at the time, had the
specific intent to inflict grievous bodily harm. (Note: Add any of the following as applicable)
(v) That the injury was inflicted with a loaded firearm.
(vi) That the person was a child under the age of 16 years.

## 57. Article 131—Perjury

Any person subject to this chapter who in a judicial proceeding or in a course of justice willfully
and corruptly—

(1) upon a lawful oath or in any form allowed by law to be substituted for an oath, gives any false
testimony material to the issue or matter of inquiry; or

(2) in any declaration, certificate, verification, or statement under penalty of perjury as
permitted under section 1746 of title 28, United States Code, subscribes any false statement
material to the issue or matter of inquiry; is guilty of perjury
and shall be punished as a court-martial may direct.

### Elements.

(1) *Giving false testimony.*

(a) That the accused took an oath or affirmation in a certain judicial proceeding or course of
justice;

(b) That the oath or affirmation was administered to the accused in a matter in which an oath or
affirmation was required or authorized by law;

(c) That the oath or affirmation was administered by a person having authority to do so;

(d) That upon the oath or affirmation that accused willfully gave certain testimony;

(e) That the testimony was material;

(f) That the testimony was false; and

(g) That the accused did not then believe the testimony to be true.

### (2) *Subscribing false statement.*

(a) That the accused subscribed a certain statement in a judicial proceeding or course of justice;

(b) That in the declaration, certification, verification, or statement under penalty of perjury, the
accused declared, certified, verified, or stated the truth of that certain statement;

(c) That the accused willfully subscribed the statement;

(d) That the statement was material;

(e) That the statement was false; and

(f) That the accused did not then believe the statement to be true.

## 59. Article 133—Conduct unbecoming an officer and gentleman.

Any commissioned officer, cadet, or midshipman who is convicted of conduct unbecoming an
officer and a gentleman shall be punished as a court-martial may direct.

### Elements

(1) That the accused did or omitted to do certain acts; and

(2) That, under the circumstances, these acts or omissions constituted conduct unbecoming an
officer and gentleman.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes. and Misdemeanors-
A Delikt Penal Action
94 of

## 60. Article 134—General article

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

### Elements

The proof required for conviction of an offense under Article 134 depends upon the nature of the misconduct charged. If the conduct is punished as a crime or offense not capital, the proof must establish every element of the crime or offense as required by the applicable law. If the conduct is punished as a disorder or neglect to the prejudice of good order and discipline in the armed forces, or of a nature to bring discredit upon the armed forces; then the following proof is required:

(1) That the accused did or failed to do certain acts; and
(2) That, under the circumstances, the accused's conduct was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

## 71. Article 134—(Debt, dishonorably failing to pay)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

### Element

(1) That the accused was indebted to a certain person or entity in a certain sum;
(2) That this debt became due and payable on or about a certain date;
(3) That while the debt was still due and payable the accused dishonorably failed to pay this debt; and
(4) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

## 72. Article 134—(Disloyal statements)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
95 of

**Elements**

(1) That the accused made a certain statement;

(2) That the statement was communicated to another person;

(3) That the statement was disloyal to the United States;

(4) That the statement was made with the intent to promoted is loyalty or disaffection toward the United States by any member of the armed forces or to interfere with or impair the loyalty to the United States or good order and discipline of any member of the armed forces; and

(5) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

## 78. Article 134—(False pretenses, obtaining services under).

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

**Elements**

(1) That the accused wrongfully obtained certain services;

(2) That the obtaining was done by using false pretenses;

(3) That the accused then knew of the falsity of the pretenses;

(4) That the obtaining was with intent to defraud;

(5) That the services were of a certain value; and

(6) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

## 79. Article 134—(False swearing)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

## Elements

(1) That the accused took an oath or equivalent;

(2) That the oath or equivalent was administered to the accused in a matter in which such oath or equivalent was required or authorized by law;

(3) That the oath or equivalent was administered by a person having authority to do so;

(4) That upon this oath or equivalent the accused made or subscribed a certain statement;

(5) That the statement was false;

(6) That the accused did not then believe the statement to be true; and

(7) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action-
96 of

## 86. Article 134—(Impersonating a commissioned, warrant, noncommissioned, or petty officer, or an agent or official)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

### Elements

(1) That the accused impersonated a commissioned, warrant, noncommissioned, or petty officer, or an agent of superior authority of one of the armed forces of the United States, or an official of a certain government, in a certain manner;

(2) That the impersonation was wrongful and willful; and

(3) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces. [Note 1: If intent to defraud is in issue, add the following additional element after (2), above: That the accused did so with the intent to defraud a certain person or organization in a certain manner;]. [Note 2: If the accused is charged with impersonating an official of a certain government without an intent to defraud, use the following additional element after (2) above: That the accused committed one or more acts which exercised or asserted the authority of the office the accused claimed to have;].

## 92. Article 134—(Kidnapping)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

### Elements

(1) That the accused seized, confined, inveigled, decoyed, or carried away a certain person;

(2) That the accused then held such person against that person's will;

(3) That the accused did so willfully and wrongfully; and

(4) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

## 93. Article 134—(Mail: taking, opening, secreting, destroying, or stealing)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Qellct Penal Action
97 of

## Elements

(1) *Taking.*

(a) That the accused took certain mail matter;

(b) That such taking was wrongful;

(c) That the mail matter was taken by the accused before it was delivered to or received by the addressee;

(d) That such taking was with the intent to obstruct the correspondence or pry into the business or secrets of any person or organization; and

(e) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

(2) *Opening, secreting, destroying, or stealing.*

(a.) That the accused opened, secreted, destroyed, or stole certain mail matter;

(b) That such opening, secreting, destroying, or stealing was wrongful;

(c) That the mail matter was opened, secreted, destroyed, or stolen by the accused before it was delivered to or received by the addressee; and

(d) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

## 95. Article 134—(Misprision of serious offense)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

## Elements

(1) That a certain serious offense was committed by a certain person;

(2) That the accused knew that the said person had committed the serious offense;

(3) That, thereafter, the accused concealed the serious offense and failed to make it known to civilian or military authorities as soon as possible;

(4) That the concealing was wrongful; and

(5) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

## 96. Article 134—(Obstructing justice)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
98 of

KR 917 343 130 15
303 917 343 131 15

### Elements

(1) That the accused wrongfully did a certain act;

(2) That the accused did so in the case of a certain person against whom the accused had reason to believe there were or would be criminal proceedings pending;

(3) That the act was done with the intent to influence, impede, or otherwise obstruct the due administration of justice; and

(4) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

### 96a. Art 134—(Wrongful interference with an adverse administrative proceeding)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

### Elements

(1) That the accused wrongfully did a certain act;

(2) That the accused did so in the case of a certain person against whom the accused had reason to believe there was or would be an adverse administrative proceeding pending;

(3) That the act was done with the intent to influence, impede, or obstruct the conduct of such administrative proceeding, or otherwise obstruct the due administration of justice;

(4) That under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

### 98. Article 134—(Perjury: subornation of)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

### Elements

(1) That the accused induced and procured a certain person to take an oath or its equivalent and to falsely testify, depose, or state upon such oath or its equivalent concerning a certain matter;

(2) That the oath or its equivalent was administered to said person in a matter in which an oath or its equivalent was required or authorized by law;

(3) That the oath or its equivalent was administered by a person having authority to do so;

(4) That upon the oath or its equivalent said person willfully made or subscribed a certain statement;

(5) That the statement was material;

(6) That the statement was false;

(7) That the accused and the said person did not then believe that the statement was true; and

(8) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors—
A Delict Penal Action
99 of

## 99. Article 134—(Public record: altering, concealing, removing, mutilating, obliterating, or destroying)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

### Elements

(1) That the accused altered, concealed, removed, mutilated, obliterated, destroyed, or took with the intent to alter, conceal, remove, mutilate, obliterate, or destroy, a certain public record;
(2) That the act of the accused was willful and unlawful; and
(3) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

## 105. Article 134—(Soliciting another to commit an offense)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

### Elements

(1) That the accused solicited or advised a certain person or persons to commit a certain offense under the code other than one of the four offenses named in Article 82;
(2) That the accused did so with the intent that the offense actually be committed; and
(3) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was a nature to bring discredit upon the armed forces.

## 106. Article 134—(Stolen property: knowingly receiving, buying, concealing)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

### Elements

(1) That the accused wrongfully received, bought, or concealed certain property of some value;
(2) That the property belonged to another person;
(3) That the property had been stolen;
(4) That the accused then knew that the property had been stolen; and
(5) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
100 of

## 110. Article 134—(Threat, communicating)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

### Elements.

(1) That the accused communicated certain language expressing a present determination or intent to wrongfully injure the person, property, or reputation of another person, presently or in the future;

(2) That the communication was made known to that person or to a third person;

(3) That the communication was wrongful; and

(4) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

## 111. Article 134—(Unlawful entry)

Though not specifically mentioned in this chapter, all disorders and neglects to the prejudice of good order and discipline in the armed forces, all conduct of a nature to bring discredit upon the armed forces, and crimes and offenses not capital, of which persons subject to this chapter may be guilty, shall be taken cognizance of by a general, special, or summary court-martial, according to the nature and degree of the offense, and shall be punished at the discretion of that court.

### Elements

(1) That the accused entered the real property of another or certain personal property of another which amounts to a structure usually used for habitation or storage;

(2) That such entry was unlawful; and

(3) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors
A Delict Penal Action
101 of

RB 917 5R2 140 US
RB 917 5R3 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | Commissioned |
|---|---|
| **1** | **Warrant** |

Corrigan, Timothy J.                          Unknown                          Officer

1. Name of Accused (Last, First, Middle Initial)      2. SSN                          3. Grade or Rank

United States Uniformed Services District Court Judge

Unknown            300 North Hogan Street, Chmbrs 11-100; Ct Rm 10D, Jacksonville, Florida 32202

4. Pay Grade          5. Unit or Organization

Unknown                                        Unknown

6. Current Service — a. Initial Date / b. Term          7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement          Unknown

8. Nature of Restraint of Accused          9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
   and          Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full.
   Specification(s)

   Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
   Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
   *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
      and                                        Selective Service System
Hephzibah-El, Syteria          Inductee          Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)      b. Grade          c. Organization of Accusers\*\*\*

d. Autograph of Accusers

### [G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
102 of

RB 917 549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

2

**Flynn, Sean Patrick**

1. Name of Accused (Last, First, Middle Initial)

**Unknown**

2. SSN

Commissioned
Warrant
Officer

3. Grade or Rank

Uniformed Services Assistant United States Attorney

**Unknown**

4. Pay Grade

400 North Tampa Street, Suite 3200, Tampa, Florida 33602

5. Unit or Organization

**Unknown**

6. Current Service — a. Initial Date / b. Term

**Unknown**

7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement

8. Nature of Restraint of Accused

**Unknown**

9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. **Charge(s):** see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

**Gullett-El, Taquan Rahshe**
and
**Hephzibah-El, Syteria**

11a. Name of Accusers (Last, First, Middle Initial)

**Inductee**

b. Grade

Selective Service System
Registration Number 77-0853182-2

c. Organization of Accusers\*\*\*

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

c. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
103 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

3.

**Muldrow, W. Stephen**

1. Name of Accused (Last, First; Middle Initial)

Unknown

2. SSN

Commissioned
Warrant
Officer

3. Grade or Rank

Uniformed Services United States Attorney
400 North Tampa Street, Suite 3200, Tampa, Florida 33602

Unknown

4. Pay Grade

5. Unit or Organization

Unknown

6. Current Service — a. Initial Date / b. Term

Unknown

7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement

8. Nature of Restraint of Accused

Unknown

9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

11a. Name of Accusers (Last, First, Middle Initial)

Inductee

b. Grade

Selective Service System
Registration Number 77-0853182-2

c. Organization of Accusers\*\*\*

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
104 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned Warrant Officer |
|---|---|---|
| 4 |  |  |
| **Wheeler, John S.** | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| | Uniformed Services Florida District Court of Appeals Clerk |
|---|---|
| **Unknown** | 2000 Drayton Drive, Tallahassee, Florida 32399-0950 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

**************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

    Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

**************************************************************

### III. Preferral

| Gullett-EI, Taquan Rahshe and Hephzibah-EI, Syteria | | Selective Service System |
|---|---|---|
| | **Inductee** | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

*Taquan Rahshe Gullett-EI*                 *d. Autograph of Accusers*

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
105 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  | Commissioned Warrant Officer |
|---|---|
| 5 | Unknown |

**Fussell, Ronnie**

1. Name of Accused (Last, First, Middle Initial)   **2. SSN**   3. Grade or Rank

Uniformed Services Duval County Florida Court Clerk.

**Unknown**          501 West Adams Street, Jacksonville, Florida 32202

4. Pay Grade          5. Unit or Organization

**Unknown**                              **Unknown**

6. Current Service — a. Initial Date / b. Term     7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
**Pretrial Restraint & Pretrial Confinement**                    **Unknown**

8. Nature of Restraint of Accused          9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

**Gullett-El, Taquan Rahshe**
and
**Hephzibah-El, Syteria**                    Inductee          **Selective Service System**
                                                                Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)   b. Grade      c. Organization of Accusers\*\*\*

d. Autograph of Accusers

### [G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
106 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| 6 | Unknown | 3. Grade or Rank |
| Snyder, Christina A. | 2. SSN | |
| 1. Name of Accused (Last, First, Middle Initial) | | |

Uniformed Services United States District Court Judge
350 West First Street, Ct Rm 8D, 8th Floor, Los Angeles, California 90012

Unknown
4. Pay Grade          5. Unit or Organization

Unknown                                        Unknown
6. Current Service — a. Initial Date / b. Term          7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement                     Unknown
8. Nature of Restraint of Accused                    9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s):

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and                                              Selective Service System
Hephzibah-El, Syteria                  Inductee    Registration Number 77-0853182-2
11a. Name of Accusers (Last, First, Middle Initial)   b. Grade    c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors.
A Delict Penal Action
107 of

RB3175433013
RB031102533(5)

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  | 7 | Unknown | Commissioned Warrant Officer |
|---|---|---|---|
| Howard, Marcia Morales | | | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | | 3. Grade or Rank |

Uniformed Services United States District Court Judge

| Unknown | 300 North Hogan Street, Chmbs 11-350, Ct Rm 10B, Jacksonville, Florida 32202 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | Inductee | c. Organization of Accusers\*\*\* |
| | b. Grade | |

Taquan Rahshe Gullett-El

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

RD 917 541 143 US
RD 917 547 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| 8 | Unknown | |
| Dempsey, Angela Cote | | 3. Grade or Rank |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | |

Uniformed Services Leon County Florida 2nd Circuit Judge
301 South Monroe Street, Ct Rm 3B, Tallahassee, Florida 32301

| Unknown | |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| | Inductee | |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
109 of

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

Commissioned
Warrant
Officer

Hassler, Sara ⁹      Unknown      3. Grade or Rank

1. Name of Accused (Last, First, Middle Initial)    2. SSN

Uniformed Services Leon County Florida 2nd Cir. Asst. State Attorney
301 South Monroe Street, Ct Rm 3B, Tallahassee, Florida 32301

Unknown

4. Pay Grade     5. Unit or Organization

Unknown         Unknown

6. Current Service — a. Initial Date / b. Term    7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement      Unknown

8. Nature of Restraint of Accused      9. Date(s) Imposed

***************************************************************************************

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

***************************************************************************************

## III. Preferral

Gullett-El, Taquan Rahshe
and                 Selective Service System
Hephzibah-El, Syteria     Inductee    Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade    c. Organization of Accusers***

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
110 of

RB 917 243 143 US
RB 917 547 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

10.
Marshall, Gwen

1. Name of Accused (Last, First, Middle Initial)

2. SSN    Unknown.

Commissioned
Warrant
Officer

3. Grade or Rank

Unknown

4. Pay Grade

5. Unit or Organization

Uniformed Services Leon County Florida 2nd Circuit Court Clerk.
301 South Monroe Street, #100, Tallahassee, Florida 32301

Unknown

6. Current Service — a. Initial Date / b. Term

Unknown.

7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement:

8. Nature of Restraint of Accused

Unknown

9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full.
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

11a. Name of Accusers (Last, First, Middle Initial)

Inductee

b. Grade

Selective Service System
Registration Number 77-0853182-2
c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
111 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

11.
Soud, Adrian G.

Unknown

3. Grade or Rank

1. Name of Accused (Last, First, Middle Initial)

2. SSN

Uniformed Services Duval County Florida 4th Circuit Judge
501 West Adams Street, Division CV-E, Room 740, Jacksonville, Florida 32202

Unknown

4. Pay Grade

5. Unit or Organization

Unknown

Unknown

6. Current Service — a. Initial Date / b. Term

7. Pay Per Month = n. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement

Unknown

8. Nature of Restraint of Accused

9. Date(s) Imposed

**************************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s):

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

**************************************************************************************

### III. Preferral

Gullett-El, Taquian Rahshe
and

Selective Service System

Hephzibah-El, Syteria

Inductee

Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)

b. Grade

c. Organization of Accusers***

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
112 of

RD917 549 140 US
RR917 449 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

12.

Cole, Karen K.                                    Unknown                    3. Grade or Rank

1. Name of Accused (Last, First, Middle Initial)    2: SSN

Uniformed Services Duval County Florida 4th Circuit Judge

Unknown          501 West Adams Street, Division CV-B, Room 705, Jacksonville; Florida 32202

4. Pay Grade          5. Unit or Organization

Unknown                                            Unknown

6. Current Service — a. Initial Date / b. Term    7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement                    Unknown

8. Nature of Restraint of Accused                  9. Date(s) Imposed

**********************************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

        Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
        Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
        *Geneva Conventions* and all annexes thereto

**********************************************************************************************

### III. Preferral

Gullett-El, Taquan Rahshe
        and                                              Selective Service System
Hephzibah-El, Syteria                    Inductee     Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)   b. Grade     c: Organization of Accusers***

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
113 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned<br>Warrant |
| --- | --- | --- |
| 13<br>Dearing, Peter L. | Unknown | Officer |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| Unknown | Uniformed Services Duval County Florida 4th Circuit Judge<br>501 West Adams Street, Division PR-A, Room 741, Jacksonville, Florida 32202 |
| --- | --- |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
| --- | --- |
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension,<br>Pretrial Restraint & Pretrial Confinement | Unknown |
| --- | --- |
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and      Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
    Specification(s).

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe<br>and | | Selective Service System |
| --- | --- | --- |
| Hephzibah-El, Syteria | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors.
A Delict Penal Action
114 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| Jay III, Harvey Lamar [14] | Unknown | 3. Grade or Rank |
| 1. Name of Accused (Last, First, Middle Initial). | 2. SSN | |

Uniformed Services Duval County Florida 4th Circuit Anchor Judge

Unknown      2000 Drayton Drive, Tallahassee, Florida 32399-0950

4. Pay Grade      5. Unit or Organization

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension, Pretrial Restraint & Pretrial Confinement      Unknown

8. Nature of Restraint of Accused      9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s).

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War. Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria

iia. Name of Accusers (Last, First, Middle Initial)

Inductee

b. Grade

Selective Service System Registration Number 77-0853182-2

c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
115 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned Warrant Officer

Moran, Jr., Donald Richard
35.

Unknown

3. Grade or Rank

1. Name of Accused (Last, First, Middle Initial)

2. SSN

Unknown

4. Pay Grade

Uniformed Services Duval County Florida 4th Circuit Judge
2300 River Road, Jacksonville, Florida 32202

5. Unit or Organization

Unknown

6. Current Service — a. Initial Date / b. Term

Unknown

7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement

8. Nature of Restraint of Accused

Unknown

9. Date(s) Imposed

*********************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full

Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*********************************************************************************

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

11a. Name of Accusers (Last, First, Middle Initial)

Inductee

b. Grade

Selective Service System
Registration Number 77-0853182-2

c. Organization of Accusers***

*[signatures]*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors.
A Delict Penal Action
116 of

RB 917 540 140 US
RB 917 543 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned Warrant Officer |
| --- | --- | --- |
| Adams, Junior, Henry Lee    16 | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| Unknown | Uniformed Services United States District Court Senior Judge 300 North Hogan Street, Chmbs 11-200, Ct Rm 10A, Jacksonville, Florida 32202 |
| --- | --- |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
| --- | --- |
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
| --- | --- |
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War. Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria |  | Selective Service System Registration Number 77-0853182-2 |
| --- | --- | --- |
| 11a. Name of Accusers (Last, First, Middle Initial) | Inductee  b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors· A Delict Penal Action
117 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned Warrant Officer |
|---|---|---|
| 17 | Unknown |  |
| Klindt, James R. | 2. SSN | 3. Grade or Rank |
| 1. Name of Accused (Last, First, Middle Initial) | | |

Unknown

4. Pay Grade

5. Unit or Organization

Uniformed Services United States District Court Magistrate Judge
300 North Hogan Street, Chmbs 5-111; Ct Rm 5D, Jacksonville, Florida 32202

Unknown

6. Current Service – a. Initial Date / b. Term

Unknown

7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement

8. Nature of Restraint of Accused

Unknown

9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full

Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

11a. Name of Accusers (Last, First, Middle Initial)

Inductee

b. Grade

Selective Service System
Registration Number 77-0853182-2

c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors.
A Delict Penal Action
118 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

18
**Toomey, Joel Barry**
1. Name of Accused (Last, First, Middle Initial)

2. SSN **Unknown**

Commissioned
Warrant
Officer
3. Grade or Rank

**Unknown**
4. Pay Grade

Uniformed Services United States District Court Magistrate Judge
300 North Hogan Street, Chmbs 5-211, Ct Rm 5A, Jacksonville, Florida 32202
5. Unit or Organization

**Unknown**
6. Current Service — a. Initial Date / b. Term

**Unknown**
7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement
8. Nature of Restraint of Accused

**Unknown**
9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s).

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War. Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria
11a. Name of Accusers (Last, First, Middle Initial).

b. Grade **Inductee**

Selective Service System
Registration Number 77-0853182-2
c. Organization of Accusers\*\*\*

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
119 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

19

**Reinhardt, Stephen**

1. Name of Accused (Last, First, Middle Initial)

**Unknown.**

2. SSN

Commissioned
Warrant
Officer

3. Grade or Rank

**Unknown**

4. Pay Grade

Uniformed Services United States 9th Circuit Appeals Court Judge
95 Seventh Street, Chambers: Los Angeles, San Francisco, California 94103

5. Unit or Organization

**Unknown**

6. Current Service — a. Initial Date / b. Term

**Unknown**

7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / e. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement.

8. Nature of Restraint of Accused

**Unknown**

9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

11a. Name of Accusers (Last, First, Middle Initial)

**Inductee.**

b. Grade

Selective Service System
Registration Number 77-0853182-2

c. Organization of Accusers\*\*\*

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
120 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned Warrant Officer

Callahan, Consuelo M. 20

Unknown

3. Grade or Rank

1. Name of Accused (Last, First, Middle Initial)

2. SSN

Unknown

4. Pay Grade

Uniformed Services United States 9th Circuit Appeals Court Judge
95 Seventh Street, Chambers: Sacramento, San Francisco, California 94103

5. Unit or Organization

Unknown

6. Current Service — a. Initial Date / b. Term

Unknown

7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement

8. Nature of Restraint of Accused

Unknown

9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

11a. Name of Accusers (Last, First, Middle Initial)

Inductee

b. Grade

Selective Service System
Registration Number 77-0853182-2

c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
121 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

21                                                                                          Commissioned
                                                                                             Warrant
Nguyen, Jacqueline H.                                      Unknown                          Officer
1. Name of Accused (Last, First, Middle Initial)        2. SSN                              3. Grade or Rank:

                                    Uniformed Services United States 9th Circuit Appeals Court Judge
Unknown                             95 Seventh Street, Chambers: Sacramento, San Francisco, California 94103
4. Pay Grade:              5. Unit or Organization

Unknown                                                     Unknown
6. Current Service — a. Initial Date / b. Term              7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

            Apprehension,
Pretrial Restraint & Pretrial Confinement                             Unknown
8. Nature of Restraint of Accused                           9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

            Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
            Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
            *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
        and                                                                   Selective Service System
Hephzibah-El, Syteria                              Inductee         Registration Number 77-0853182-2
11a. Name of Accusers (Last, First, Middle Initial)    b. Grade         c. Organization of Accusers\*\*\*

                                                    d. Autograph of Accusers

                            [G.C.Y. 2017 – May, 27]
                                    e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
122 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Shaw, Peter L.                                    Unknown                    Commissioned
                                    22                                       Warrant
_____                _____         Officer
1. Name of Accused (Last, First, Middle Initial)   2. SSN                    3. Grade or Rank

                        Uniformed Services United States 9th Circuit Appeals Court Commissioner
Unknown                 95 Seventh Street, San Francisco, California 94103
_____
4. Pay Grade           5. Unit or Organization

      Unknown                                          Unknown
_____        _____
6. Current Service — a. Initial Date / b. Term    7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

              Apprehension,
      Pretrial Restraint & Pretrial Confinement.              Unknown
_____        _____
8. Nature of Restraint of Accused                     9. Date(s) Imposed

********************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full.
  Specification(s).

              Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
              Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
              *Geneva Conventions* and all annexes thereto

********************************************************************************

### III. Preferral.

Gullett-El, Taquan Rahshe
      and                                              Selective Service System
Hephzibah-El, Syteria                    Inductee      Registration Number 77-0853182-2
_____       _____
11a. Name of Accusers (Last, First, Middle Initial)  b. Grade    c. Organization of Accusers***

_____       _____
                                    d. Autograph of Accusers

              [G.C.Y. 2017 – May, 27]
_____
                 e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
123 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

Bondi, Pamela Jo          23

Unknown

1. Name of Accused (Last, First, Middle Initial)          2. SSN          3. Grade or Rank:

Uniformed Services Florida Attorney General.

Unknown          The Capitol, Suite PL-01, Tallahassee, Florida 32399-1050

4. Pay Grade          5. Unit or Organization

Unknown          Unknown

6. Current Service — a. Initial Date / b. Term          7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement          Unknown

8. Nature of Restraint of Accused          9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
and          Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War.
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and          Selective Service System
Hephzibah-El, Syteria          Inductee          Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)          b. Grade          c. Organization of Accusers\*\*\*

Taquan Rahshe Dullit-El          [signature]

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors~
A Delict Penal Action
124 of

RU 717 545 121 1S
RU 717 545 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

**Swearingen, Rick** 24

**Unknown**
2. SSN

Commissioned Warrant Officer
3. Grade or Rank

1. Name of Accused (Last, First, Middle Initial)

**Unknown**
4. Pay Grade.

Uniformed Services Commissioner Florida Dept. of Law Enforcement
2331 Phillips Road, Tallahassee, Florida 32308

5. Unit or Organization

**Unknown**
6. Current Service — a. Initial Date / b. Term.

**Unknown**
7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement
8. Nature of Restraint of Accused

**Unknown**
9. Date(s) Imposed

*********************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War. Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*********************************************************************************

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

**Inductee**
b. Grade

Selective Service System Registration Number 77-0853182-2
c. Organization of Accusers***

11a. Name of Accusers (Last, First, Middle Initial)

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–.
A Delict Penal Action
125 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| Connell, Chris    25 | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| | Uniformed Services Florida Director Capitol Police FDLE | |
|---|---|---|
| Unknown | 2331 Phillips Road, Tallahassee, Florida 32308 - | |
| 4. Pay Grade | 5. Unit or Organization | |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full.

Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | Inductee b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-.
A Delict Penal Action
126 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

26

Shinn, D.                                                Unknown

1. Name of Accused (Last, First, Middle Initial)        2. SSN        3. Grade or Rank

Uniformed Services California Warden Metropolitan Detention Center

Unknown          535 Alameda Street, Los Angeles, California 90012

4. Pay Grade          5. Unit or Organization

Unknown                                    Unknown

6. Current Service — a. Initial Date / b. Term        7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement                Unknown

8. Nature of Restraint of Accused        9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and                                                Selective Service System

Hephzibah-El; Syteria                    Inductee        Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade        c. Organization of Accusers\*\*\*

Tarquan Ralahe Yullit-El        Sttudynbahah-El

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
127 of

RU 91350 14115
RU 97350 13315

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned Warrant Officer |
|---|---|---|
| Ligaspy, Lt. 27 | Unknown | 3. Grade or Rank |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | |

Uniformed Services California Assistant Warden Metro Detention Center

| Unknown | 535 Alameda Street, Los Angeles, California 90012 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | Inductee | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges: -
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-.
A Delict Penal Action
128 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  | | Commissioned Warrant Officer |
|---|---|---|
| 28 Wood, Mike | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services Leon County Florida Sheriff
2825 Municipal Way, Tallahassee, Florida 32304

Unknown

4. Pay Grade          5. Unit or Organization

Unknown                                          Unknown

6. Current Service — a. Initial Date / b. Term          7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement                    Unknown

8. Nature of Restraint of Accused          9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s):

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and                                                        Selective Service System
Hephzibah-El; Syteria          Inductee          Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade    c. Organization of Accusers\*\*\*

*[signatures]*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
129 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| **Williams, Mike** [29] | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

**Uniformed Services Duval County Florida Sheriff**
501 East Bay Street, Jacksonville, Florida 32202

| Unknown | |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| **Apprehension, Pretrial Restraint & Pretrial Confinement.** | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

*******************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

 Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*******************************************************************************

### III. Preferral

| **Gullett-El, Taquan Rahshe** and **Hephzibah-El, Syteria** | | **Selective Service System** Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | Inductee b. Grade | c. Organization of Accusers*** |

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors—
A Delict Penal Action
130 of

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

|  |  | Commissioned Warrant Officer |
|---|---|---|
| 30 | Unknown | |
| Dobson, Joey B. | | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services Baker County Florida Sheriff

Unknown · 1 Sheriff's Office Drive, MacClenny, Florida 32063

4. Pay Grade · 5. Unit or Organization

Unknown · Unknown

6. Current Service – a. Initial Date / b. Term · 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension, Pretrial Restraint & Pretrial Confinement · Unknown

8. Nature of Restraint of Accused · 9. Date(s) Imposed

*************************************************************

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*************************************************************

## III. Preferral

Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria · Inductee · Selective Service System Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial) · b. Grade · c. Organization of Accusers***

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-. A Delict Penal Action
131 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

Anderson, Irish ³ᵗ

Unknown

1. Name of Accused (Last, First, Middle Initial)

2. SSN

3. Grade or Rank

Uniformed Services United States Probation Officer

Unknown

300 North Hogan Street, Suite 6350, Jacksonville, Florida 32202

4. Pay Grade

5. Unit or Organization

Unknown

Unknown

6. Current Service — a. Initial Date / b. Term

7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement

Unknown

8. Nature of Restraint of Accused

9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full

Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

Inductee

Selective Service System
Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)

b. Grade

c. Organization of Accusers\*\*\*

Taquan Rahshe Gullett-El          Syteria Hephzibah-El

d. Autograph of Accusers

[G.C.Y. 2017 — May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors,
A Delict Penal Action
132 of

RBSE735441ES
RBY1T441141Y

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

Donar, Cedric    ,32                     Unknown            3. Grade or Rank

1. Name of Accused (Last, First, Middle Initial)    2. SSN

Uniformed Services United States Probation Officer

Unknown          300 North Hogan Street, Suite 6350, Jacksonville, Florida 32202

4. Pay Grade          5. Unit or Organization

Unknown                              Unknown

6. Current Service — a. Initial Date / b. Term        7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement                 Unknown

8. Nature of Restraint of Accused              9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full

Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and                                        Selective Service System
Hephzibah-El, Syteria          Inductee       Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)   b. Grade      c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
133 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned Warrant Officer

33
**Watson, Kim Lee**                    **Unknown**           3. Grade or Rank

1. Name of Accused (Last, First, Middle Initial)    2. SSN

**Uniformed Services United States Pretrial Services Officer**

**Unknown**        300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202

4. Pay Grade        5. Unit or Organization

**Unknown**                              **Unknown**

6. Current Service — a. Initial Date / b. Term    7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
**Pretrial Restraint & Pretrial Confinement**           **Unknown**

8. Nature of Restraint of Accused        9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

**Gullett-El, Taquan Rahshe**
and                                    Selective Service System
**Hephzibah-El, Syteria**          Inductee    Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade    c. Organization of Accusers\*\*\*

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action

134 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

3. Grade or Rank

Haskett, Jim 34

1. Name of Accused (Last, First, Middle Initial)

Unknown

2. SSN

Unknown

4. Pay Grade

Uniformed Services United States Pretrial Services Officer
300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202

5. Unit or Organization

Unknown

6. Current Service — a. Initial Date / b. Term

Unknown

7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement

8. Nature of Restraint of Accused

Unknown

9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and      Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

11a. Name of Accusers (Last, First, Middle Initial)

Inductee

b. Grade

Selective Service System
Registration Number 77-0853182-2

c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 — May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
135 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned Warrant Officer |
|---|---|---|
| 35 Sheridan, Patrick | Unknown | 3. Grade or Rank |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | |

Unknown

Uniformed Services United States Pretrial Services Officer

300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202

4. Pay Grade          5. Unit or Organization

Unknown

Unknown

6. Current Service — a. Initial Date / b. Term     7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement            Unknown

8. Nature of Restraint of Accused          9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and      Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and.
Hephzibah-El, Syteria

Selective Service System
Registration Number 77-0853182-2

| 11a. Name of Accusers (Last, First, Middle Initial) | Inductee b. Grade | c. Organization of Accusers\*\*\* |
|---|---|---|

Taquan Rahsha Gullit-El     Syteria Gephzibah-El

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
136 of

RB9175471411S
RB9175411315

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

**Commissioned Warrant Officer**
3. Grade or Rank

**Pastrana, Jorge L.** 36
1. Name of Accused (Last, First, Middle Initial)

**Unknown**
2. SSN

**Unknown**
4. Pay Grade

Uniformed Services Warden FCI Colman Medium
846 NE 54th Terrace, Coleman, Florida 33521
5. Unit or Organization

**Unknown**
6. Current Service — a. Initial Date / b. Term

**Unknown**
7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

**Apprehension, Pretrial Restraint & Pretrial Confinement**
8. Nature of Restraint of Accused

**Unknown**
9. Date(s) Imposed

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

## III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria
11a. Name of Accusers (Last, First, Middle Initial)

**Inductee**
b. Grade

**Selective Service System Registration Number 77-0853182-2**
c. Organization of Accusers***

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**
e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors.
A Delict Penal Action
137 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned Warrant Officer |
|---|---|---|
| 37 | Unknown | |
| Brown, Larry | | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services Deputy United States Marshal

| Unknown | 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension,
Pretrial Restraint & Pretrial Confinement

| 8. Nature of Restraint of Accused | Unknown |
|---|---|
| | 9. Date(s) Imposed |

**************************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes; and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full

Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

**************************************************************************************

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |
|---|---|---|
| | Inductee | Selective Service System Registration Number 77-0853182-2 |

_Taquan Rahshe Gullett-El_        _Syteria Hephzibah-El_

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
138 of

JB 917 549 140 US
KL 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  | | Commissioned Warrant Officer |
|---|---|---|
| Corsmeier, Arnold B.[38] | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| | Uniformed Services Assistant United States Attorney. |
|---|---|
| Unknown | 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202. |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

        Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| | Inductee | |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

*Taquan Rahshe Dullt-El  Syteria Hephzibah-El*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
139 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

Richardson, Monte C. [39]          Unknown          3. Grade or Rank

1. Name of Accused (Last, First, Middle Initial)     2. SSN

Uniformed Services United States District Court Magistrate Judge

Unknown          300 North Hogan Street, Chmbs 5-411, Ct Rm 5c, Jacksonville, Florida 32202

4. Pay Grade          5. Unit or Organization

Unknown          Unknown

6. Current Service — a. Initial Date / b. Term          7. Pay Per Month = a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement          Unknown

8. Nature of Restraint of Accused          9. Date(s) Imposed

*******************************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and          Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

*******************************************************************************************

### III. Preferral

Gullett-El, Taquan Rahshe
and          Selective Service System
Hephzibah-El, Syteria          Inductee          Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)     b. Grade          c. Organization of Accusers***

_[signature]_          _[signature]_

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
140 of

RG 917 549 141 US
US 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

Barksdale, Patricia D.⁴⁰             Unknown

1. Name of Accused (Last, First, Middle Initial)   2. SSN        3. Grade or Rank

Uniformed Services United States District Court Magistrate Judge

Unknown            300 North Hogan Street, Chmbs 5-311, Ct Rm 5B, Jacksonville, Florida 32202

4. Pay Grade       5. Unit or Organization

_____Unknown_____                _____Unknown_____

6. Current Service – a. Initial Date / b. Term      7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement          Unknown

8. Nature of Restraint of Accused       9. Date(s) Imposed

*************************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
and        Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

*************************************************************************************

### III. Preferral

Gullett-El, Taquan Rahshe
and                                     Selective Service System
Hephzibah-El, Syteria          Inductee      Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)   b. Grade    c. Organization of Accusers***

d. Autograph of Accusers

_____[G.C.Y. 2017 – May, 27]_____

e. Date

Affidavit of Information, Report, and Preferral of Charges.
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors.
A Delict Penal Action
141 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned Warrant Officer |
|---|---|---|
| Shorstein, Paul ⁴¹ | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| | Uniformed Services United States Criminal Justice Act Attorney |
|---|---|
| Unknown | 6550 St. Augustine Road #303, Jacksonville, Florida 32217 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | Inductee | c. Organization of Accusers\*\*\* |
| | b. Grade | |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
142 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| Wiles, Jodi L. 42 | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services United States District Court Deputy Clerk
300 North Hogan Street, Ct Rm 10B, Jacksonville, Florida 32202

| Unknown | |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension,
Pretrial Restraint & Pretrial Confinement.

Unknown

| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |
|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. **Charge(s):** see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

| | | Selective Service System |
|---|---|---|
| | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

*[signatures]* Taquan Rahshe Gullett-El     Syteria Hephzibah-El

d. Autograph of Accusers

[G.C.Y: 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors- A Delict Penal Action
143 of

RU 917 549 110 US
RU 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| Hernandez, Samuel `43` | Unknown | 3. Grade or Rank |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | |

Uniformed Services United States Pretrial Services Officer

Unknown  312 North Spring Street, Room 754, Los Angeles, California 90012

4. Pay Grade     5. Unit or Organization

Unknown                                       Unknown

6. Current Service — a. Initial Date / b. Term     7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement          Unknown

8. Nature of Restraint of Accused          9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and. Felonies, High Crimes, and Misdemeanors -- A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and                                              Selective Service System
Hephzibah-El, Syteria          Inductee      Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)   b. Grade   c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
144 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| **Loesch, Cheryl** 44 | Unknown | 3. Grade or Rank |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | |

| | Uniformed Services United States District Court Clerk |
|---|---|
| **Unknown** | 400 North Tampa Street, Suite 3200, Tampa, Florida 33602 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| **Apprehension, Pretrial Restraint & Pretrial Confinement** | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes; and  Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| **Gullett-El, Taquan Rahshe** and | | Selective Service System |
|---|---|---|
| **Hephzibah-El, Syteria** | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
145 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | |
|---|---|---|
| | | Commissioned Warrant Officer |
| Cowan, Andrew S. 45 | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| | | |
|---|---|---|
| Unknown | Uniformed Services United States Criminal Justice Act Attorney | |
| | 315 West 9th Street, Suite 501, Los Angeles, California 90015 | |
| 4. Pay Grade | 5. Unit or Organization | |

| | |
|---|---|
| Unknown | Unknown |
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| | |
|---|---|
| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

*******************************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors -- A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*******************************************************************************************

### III. Preferral

| | | |
|---|---|---|
| Gullett-El, Taquan Rahshe and | | Selective Service System |
| Hephzibah-El, Syteria | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

*Taquan Rahshe [signature]*   *[signature] Syteria Hephzibah-El*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
146 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

Knox, Penelope        .46        Unknown        3. Grade or Rank

1. Name of Accused (Last, First, Middle Initial)        2. SSN

Uniformed Services United States Marshal

Unknown        300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202

4. Pay Grade        5. Unit or Organization

Unknown        Unknown

6. Current Service — a. Initial Date / b. Term        7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement        Unknown

8. Nature of Restraint of Accused        9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and        Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and        Selective Service System
Hephzibah-El, Syteria        Inductee        Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)        b. Grade        c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
147 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  |  |  |
|---|---|---|---|
| Cassulo, Kim | 47 | Unknown | Commissioned Warrant Officer |
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

| | |
|---|---|
| | Uniformed Services United States Probation Officer |
| Unknown | 600 U.S. Courthouse, 312 North Spring Street, Los Angeles, California 90012 |
| 4. Pay Grade | 5. Unit or Organization |

| | |
|---|---|
| Unknown | Unknown |
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| | |
|---|---|
| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

*******************************************************************************************************

### II. Charges and Specifications

10. **Charge(s):** see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto.

*******************************************************************************************************

### III. Preferral

| | | |
|---|---|---|
| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | Inductee b. Grade | c. Organization of Accusers*** |

*Toguan Rahshe Gullett-El      Sytir Hephzibah-El*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
148 of

1U 917 529 144 LS
RU 917 547 153 LS

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  | | Commissioned Warrant Officer |
|---|---|---|
| Bentley, A. Lee | 48 | Unknown |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services United States Attorney

Unknown — 4. Pay Grade

300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
5. Unit or Organization

Unknown
6. Current Service — a. Initial Date / b. Term

Unknown
7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement
8. Nature of Restraint of Accused

Unknown
9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria
11a. Name of Accusers (Last, First, Middle Initial)

Inductee
b. Grade

Selective Service System
Registration Number 77-0853182-2
c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 — May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
149 of

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

| Heavener, Mac D. | 49 | Unknown | Commissioned Warrant Officer |
|---|---|---|---|
| 1. Name of Accused (Last, First, Middle Initial). | | 2. SSN | 3. Grade or Rank |

| Unknown | Uniformed Services Assistant United States Attorney |
|---|---|
| | 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

*****************************************************************************************

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

        Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*****************************************************************************************

## III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | Inductee b. Grade | c. Organization of Accusers*** |

Tagua Rahshe Bullt-El     Syteria Hephzibah-El

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors- A Delict Penal Action
150 of

RR 917 549 140 US
RR 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

Chooljian, Jaqueline [50]

Unknown

1. Name of Accused (Last, First, Middle Initial)    2. SSN

3. Grade or Rank

Unknown

4. Pay Grade

Uniformed Services United States District Court Magistrate Judge
312 North Spring Street, Courtroom 20, 3rd Floor, Los Angele, California 90012

5. Unit or Organization

Unknown

6. Current Service — a. Initial Date / b. Term

Unknown

7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement

8. Nature of Restraint of Accused

Unknown

9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and           Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

11a. Name of Accusers (Last, First, Middle Initial)

Inductee

b. Grade

Selective Service System
Registration Number 77-0853182-2

c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
151 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned Warrant Officer |
|---|---|---|
| Grant II, Maurice C. [51] | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

|  | Uniformed Services Deputy Federal Public Defender |
|---|---|
| Unknown | 200 West Forsyth Street, Suite 1240, Jacksonville, Florida 32202 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full.
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| | Inductee | |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

Taquan Rabha Bullt-El     Syteria Hephzibah-El

d. Autograph of Accusers

[G.C.Y. 2017 — May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
152 of

IUS 917 549 140 US
IUS 917 547 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| Segal, Suzanne .52. | Unknown | 3. Grade or Rank |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | |

Uniformed Services United States District Court Magistrate Judge

Unknown          255 East Temple Street, Courtroom 590, 5th Floor, Los Angeles, California 90012

4. Pay Grade          5. Unit or Organization

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension,
Pretrial Restraint & Pretrial Confinement          Unknown.

8. Nature of Restraint of Accused          9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. **Charge(s):** see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full.
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gulleti-El, Taquan Ralishe
and                                                      Selective Service System
Hephzibah-El, Syteria.          Inductee          Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)          b. Grade          c. Organization of Accusers\*\*\*

Taquan Ralishe Gulleti-El          Sytia Hephzibah-El

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
153 of

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

Commissioned Warrant Officer
3. Grade or Rank

De Leon, Ramon    53    Unknown

1. Name of Accused (Last, First, Middle Initial)    2. SSN

Unknown
4. Pay Grade

Uniformed Services United States Special Agent
1645 Biscayne Boulevard, Suite 310, Miami, Florida 33132
5. Unit or Organization

Unknown

6. Current Service — a. Initial Date / b. Term

Unknown

7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total.

Apprehension, Pretrial Restraint & Pretrial Confinement
8. Nature of Restraint of Accused

Unknown
9. Date(s) Imposed

*******************************************************************************************

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*******************************************************************************************

## III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

iia. Name of Accusers (Last, First, Middle Initial)

Inductee
b. Grade

Selective Service System
Registration Number 77-0853182-2
c. Organization of Accusers***

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
154 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned Warrant Officer |
|---|---|---|
| Andre, Julian Lucien [54] | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

|  | Uniformed Services Assistant United States Attorney |
|---|---|
| Unknown | 312 North Spring Street, Suite 1200, Los Angeles, California 90012 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and          Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and |  | Selective Service System |
|---|---|---|
| Hephzibah-El, Syteria | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

Taquan Rahshe Gullett                    Syteria Hephzibah-El

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges;
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors;
A Delict Penal Action,
155 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| Mairs, Donald B.    55 | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services United States Criminal Justice Act Attorney
1035 LaSalle Street, Jacksonville, Florida 32207

| Unknown | |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

*****************************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full.
Specification(s).

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*****************************************************************************************

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| | Inductee | |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

*Taquan Rahshe D Gullet-El*          *Syteria Hephzibah E*

d. Autograph of Accusers

___[G.C.Y. 2017 – May, 27]___

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action.
156 of

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

| | | | Commissioned Warrant Officer |
|---|---|---|---|
| Jauregui, Eddie | 56 | Unknown | 3. Grade or Rank |
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | |

| | | |
|---|---|---|
| Unknown | Uniformed Services Assistant United States Attorney | |
| 4. Pay Grade | 312 North Spring Street, Suite 1200, Los Angeles, California 90012 | |
| | 5. Unit or Organization | |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

**************************************************************************************

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

**************************************************************************************

## III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System |
|---|---|---|
| | Inductee | Registration Number 77-0853182-2 |
| iia. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
157 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  |  |  | Commissioned Warrant Officer |
|---|---|---|---|---|

Elm, Donna Lee    57                          Unknown                    Officer

1. Name of Accused (Last, First, Middle Initial)    2. SSN                    3. Grade or Rank

Uniformed Services Federal Public Defender

Unknown              200 West Forsyth Street, Suite 1240, Jacksonville, Florida 32202

4. Pay Grade        5. Unit or Organization

Unknown                                        Unknown

6. Current Service – a. Initial Date / b. Term          7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement                    Unknown

8. Nature of Restraint of Accused              9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and                                                    Selective Service System
Hephzibah-El, Syteria                      Inductee      Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade      c. Organization of Accusers\*\*\*

Taquan Rahsho Gullett-El          Syteria Hephzibah-El

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
158 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned |
|  |  | Warrant |
|  |  | Officer |

Ostiller, Cathy J.                    58                    Unknown

1. Name of Accused (Last, First, Middle Initial)   2. SSN                    3. Grade or Rank

Uniformed Services Assistant United States Attorney

Unknown      312 North Spring Street, Suite 1200, Los Angeles, California, 90012

4. Pay Grade        5. Unit or Organization

Unknown                              Unknown

6. Current Service — a. Initial Date / b. Term       7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement                    Unknown

8. Nature of Restraint of Accused                    9. Date(s) Imposed

*********************************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and        Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*********************************************************************************************

### III. Preferral

Gullett-El, Taquan Rahshe
and                                        Selective Service System
Hephzibah-El, Syteria        Inductee        Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)   b. Grade     c. Organization of Accusers***

_Taquan Rahshe Gullett-El_   _Syteria Hephzibah-El_

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
159 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | | Commissioned<br>Warrant<br>Officer |
|---|---|---|---|
| Seider, Germaine | 59 | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

| | Uniformed Services Assistant United States Attorney |
|---|---|
| Unknown | 400 North Tampa Street, Suite 3200, Tampa, Florida 33602 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension,<br>Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and        Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe<br>and | | Selective Service System |
|---|---|---|
| Hephzibah-El, Syteria | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

*Taquan Rahshe Gullett-El        Syteria Hephzibah-El*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
160 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | | Commissioned Warrant Officer |
|---|---|---|---|
| **Nafisi, Terri** | 60 | **Unknown** | **3. Grade or Rank** |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | | |

**Uniformed Services United States District Court Clerk**

**Unknown**     312 North Spring Street, Room G-*, Los Angeles, California 90012

4. Pay Grade     5. Unit or Organization

**Unknown**                    **Unknown**

6. Current Service — a. Initial Date / b. Term     7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total.

**Apprehension,**
**Pretrial Restraint & Pretrial Confinement**             **Unknown**

8. Nature of Restraint of Accused         9. Date(s) Imposed

*********************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes; and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*********************************************************************************

### III. Preferral

**Gullett-El, Taquan Rahshe**
and                            **Selective Service System**
**Hephzibah-El, Syteria**       **Inductee**     **Registration Number 77-0853182-2**

11a. Name of Accusers (Last, First, Middle Initial)     b. Grade     c. Organization of Accusers***

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes; Felonies; High Crimes, and Misdemeanors-
A Delict Penal Action
161 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  |  | Commissioned Warrant Officer |
|---|---|---|---|
| Rhodes, David P. [61] | | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | | 3. Grade or Rank |

Uniformed Services Assistant United States Attorney

Unknown    400 North Tampa Street, Suite 3200, Tampa, Florida 33602.

4. Pay Grade    5. Unit or Organization

Unknown    Unknown

6. Current Service — a. Initial Date / b. Term    7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension, Pretrial Restraint & Pretrial Confinement.    Unknown

8. Nature of Restraint of Accused    9. Date(s) Imposed

*************************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and    Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
    Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

*************************************************************************************

### III. Preferral

Gullett-El, Taquan Rahshe
    and
    Hephzibah-El, Syteria

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade

Selective Service System Registration Number 77-0853182-2

Inductee    c. Organization of Accusers***

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
162 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  |  |
|---|---|---|
|  |  | Commissioned Warrant Officer |
| Radin, Moriah S.  6a | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services Deputy Federal Public Defender
321 East Second Street, Los Angeles, Los Angeles, California 90012

Unknown
4. Pay Grade          5. Unit or Organization

Unknown                                    Unknown

6. Current Service -- a. Initial Date / b. Term          7. Pay Per Month -- a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension, Pretrial Restraint & Pretrial Confinement                    Unknown

8. Nature of Restraint of Accused          9. Date(s) Imposed

*********************************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

*********************************************************************************************

### III. Preferral

Gullett-El, Taquan Rahshe
and                                                        Selective Service System
Hephzibah-El, Syteria                    Inductee          Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)          b. Grade          c. Organization of Accusers***

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
163 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  |  | Commissioned Warrant Officer |
|---|---|---|---|
| Cooper, Brad | 63 | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | | 3. Grade or Rank |

| | Uniformed Services United States Agent | |
|---|---|---|
| Unknown | 6265 Gunbarrel Avenue, Suite B, Boulder, Colorado 80301 | |
| 4. Pay Grade | 5. Unit or Organization | |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

*******************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and  Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

>      Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
>      Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
>      *Geneva Conventions* and all annexes thereto.

*******************************************************************************

### III. Preferral

| Gullett-El, Taquan Rahshe. and Hephzibah-El, Syteria | | Selective Service System |
|---|---|---|
| | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

Taquan Rahshe Gullett-EC                 Syteria Hephzibah-El

d. Autograph of Accusers

_____[G.C.Y. 2017 – May, 27]_____

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action.
164 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | |
|---|---|---|
| Coronado, Lilliana [64] | Unknown | Commissioned Warrant Officer |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| | |
|---|---|
| Unknown | Uniformed Services Deputy Public Defender<br>321 East Second Street, Los Angeles, California 90012 |
| 4. Pay Grade | 5. Unit or Organization |

| | |
|---|---|
| Unknown | Unknown |
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| | |
|---|---|
| Apprehension,<br>Pretrial Restraint & Pretrial Confinement | Unknown |
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

*************************************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*************************************************************************************************

### III. Preferral

| | | |
|---|---|---|
| Gullett-El, Taquan Rahshe<br>and<br>Hephzibah-El, Syteria | | Selective Service System<br>Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | Inductee<br>b. Grade | c. Organization of Accusers*** |

Taquan Rahshe Bullit-El      Sytteria Hephzibah-El

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
165 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

Kane, Thomas                 65.                    Unknown

1. Name of Accused (Last, First, Middle Initial)     2. SSN          3. Grade or Rank

Uniformed Services Federal Bureau of Prisons Director

Unknown          320 First Street, Washington, District of Columbia 20534

4. Pay Grade          5. Unit or Organization

Unknown                                Unknown

6. Current Service — a. Initial Date / b. Term     7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement:                Unknown

8. Nature of Restraint of Accused            9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
and          Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and                                        Selective Service System
Hephzibah-El, Syteria          Inductee     Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)   b. Grade     c. Organization of Accusers\*\*\*

Taquan Rahshe Dullt-El      Syteria Hephzibah-El

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
166 of

RD917549141l3
RB917549143l4

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

| Johnson, Bradley R. [66] | Unknown | 3. Grade or Rank |
|---|---|---|
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | |

Uniformed Services Deputy Florida Highway Patrol Officer
2900 Apalachee Parkway, Tallahassee, Florida 32399

Unknown
4. Pay Grade      5. Unit or Organization

Unknown
6. Current Service — a. Initial Date / b. Term

Unknown
7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement
8. Nature of Restraint of Accused

Unknown
9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and     Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

Inductee

Selective Service System
Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade    c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
167 of

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

Haskins, Jesse     67           Unknown         Commissioned Warrant Officer

1. Name of Accused (Last, First, Middle Initial)    2. SSN              3. Grade or Rank

Unknown          Uniformed Services Florida Assistant Attorney General
The Capitol PL-01, Tallahassee, Florida 32399-6507

4. Pay Grade      5. Unit or Organization

Unknown                        Unknown

6. Current Service — a. Initial Date / b. Term     7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension, Pretrial Restraint & Pretrial Confinement            Unknown

8. Nature of Restraint of Accused         9. Date(s) Imposed

*********************************************************************************

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*********************************************************************************

## III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria         Inductee

Selective Service System
Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade    c. Organization of Accusers***

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27].

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
168 of

RB 917 549 143 US
RB 917 547 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

| Stoumbelis, Peter | 68 | Unknown | |
|---|---|---|---|
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

Uniformed Services Florida Dept. of Hwy Safety and Mtr Vehicles Agent

| Unknown | 10565 Creston Glen Circle East, Jacksonville Florida 32256 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension,
Pretrial Restraint & Pretrial Confinement         Unknown

| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |
|---|---|

*********************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes; and     Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

*********************************************************************************

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria                    Selective Service System
                                         Registration Number 77-0853182-2

| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |
|---|---|---|
| | Inductee | |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
169 of

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

|  |  | Commissioned |
|---|---|---|
|  |  | Warrant |
| Moffett, Jr. Thomas J.[69] | Unknown | Officer |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services Florida Dept. of Hwy Safety and Mtr Vehicles Agent

| Unknown | 133 South Semoran Boulevard, Suite A, Orlando, Florida 32807 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension,
Pretrial Restraint & Pretrial Confinement          Unknown

| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |
|---|---|

********************************************************************************

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s).

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto·

********************************************************************************

## III. Preferral

Gullett-El, Taquan Rahshe
and                         Selective Service System

| Hephzibah-El, Syteria | Inductee | Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
170 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned Warrant Officer |
|---|---|---|
| **Blanco, Richie** [70] | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services Deputy Florida Highway Patrol Officer

Unknown

4255 US Highway 17 South, Green Cove Springs, Florida 32043

4. Pay Grade          5. Unit or Organization

Unknown                                    Unknown

6. Current Service — a. Initial Date / b. Term       7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement                    Unknown

8. Nature of Restraint of Accused                  9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

**Gullett-El, Taquan Rahshe**
and                                          Selective Service System
Hephzibah-El, Syteria          Inductee      Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)   b. Grade   c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
171 of

RB 917 547 147 US
RB 917 543 153 US

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

Green, Kenneth L.   7¹                                    Unknown

Commissioned
Warrant
Officer

1. Name of Accused (Last, First, Middle Initial)    2. SSN                     3. Grade or Rank

Uniformed Services Deputy Florida Highway Patrol Officer
Unknown        4255 US Highway 17 South, Green Cove Springs, Florida 32043

4. Pay Grade        5. Unit or Organization

Unknown                                           Unknown

6. Current Service – a. Initial Date / b. Term    7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement                   Unknown

8. Nature of Restraint of Accused                 9. Date(s) Imposed

****************************************************************************************

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
and        Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

****************************************************************************************

## III. Preferral

Gullett-El, Taquan Rahshe
and                                               Selective Service System
Hephzibah-El, Syteria            Inductee        Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade    c. Organization of Accusers***

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

c. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
172 of

RD 917 549 140 US
RD 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned Warrant Officer |
|---|---|---|
| Bettman, Gerald Scott[72] | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

|  | Uniformed Services United States Criminal Justice Act Attorney |
|---|---|
| Unknown | 5515 Phillips Highway, Jacksonville, Florida 32207 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| | Inductee | |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

*Taquan Rahshe Gullett-El / Syteria Hephzibah-El*

d. Autograph of Accusers

---

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action

173 of

DD917 5 0 140 US.
118 517 540 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | | Commissioned Warrant Officer |
|---|---|---|---|
| Roberts, C. J. | 73 | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | | 3. Grade or Rank |

| | Uniformed Services Florida District Court of Appeals Judge |
|---|---|
| Unknown | 2000 Drayton Drive, Tallahassee, Florida 32399-0950 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System |
|---|---|---|
| | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

Taquan Rahshe Gullett-El      Syteria Hephzibah El

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges;
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
174 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  |  | Commissioned Warrant Officer |
|---|---|---|---|
| Thomas, B. L. | 74 | Unknown |  |
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

Uniformed Services Florida District Court of Appeals Judge

| Unknown | 2000 Drayton Drive, Tallahassee, Florida 32399-0950 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension,
Pretrial Restraint & Pretrial Confinement                     Unknown

| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |
|---|---|

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
   and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
   Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### III. Preferral

| Guillett-El, Taquan Rahshe and Hephzibah-El, Syteria |  | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
|  | Inductee |  |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

*[signatures]*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
175 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

| Osterhaus, J.J. | 75 | Unknown | |
|---|---|---|---|
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

Uniformed Services Florida District Court of Appeals Judge

| Unknown | 2000 Drayton Drive, Tallahassee, Florida 32399-0950 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension,
Pretrial Restraint & Pretrial Confinement

| | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and         Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
          and
Hephzibah-El, Syteria

Selective Service System
Registration Number 77-0853182-2

| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |
|---|---|---|
| | Inductee | |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action

176 of

(DD 917 549 110 CS
RD 917 549 151 CS

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| Tomasino, John [76] | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| | | |
|---|---|---|
| | Uniformed Services Florida Supreme Court of Appeals Judge | |
| Unknown | 500 South Duval Street, Tallahassee, Florida 32399 | |
| 4. Pay Grade | 5. Unit or Organization | |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors -- A Delict Penal Action annexed hereto in full

Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | Inductee b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-.
A Delict Penal Action
177 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | | | Commissioned Warrant Officer |
|---|---|---|---|---|
| Nelson, Melissa | 77 | | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | | 3. Grade or Rank |

| Unknown | Uniformed Services Florida State Attorney |
|---|---|
| | 311 West Monroe Street, Jacksonville, Florida 32202 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

***************************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

***************************************************************************************

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System |
|---|---|---|
| | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
178 of

RU 917 547 140 US
RU 917 547 133 US

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| Corey, Angela B. [78] | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| | Uniformed Services Florida State Attorney | |
|---|---|---|
| Unknown | 311 West Monroe Street, Jacksonville, Florida 32202 | |
| 4. Pay Grade | 5. Unit or Organization | |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

>        Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. Preferral

| Gulleti-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System |
|---|---|---|
| | Inductee | Registration Number 77-085318-2-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

Taquan Rahshe Dulitt-El        *Syteria Hephzibah-El*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
179 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  |  |
|---|---|---|
| | | Commissioned Warrant Officer |
| Mantei, Richard | 79 | Unknown |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services Florida Assistant State Attorney

| Unknown | 311 West Monroe Street, Jacksonville, Florida 32202 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension; Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System |
|---|---|---|
| | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

| | | | Commissioned Warrant Officer |
|---|---|---|---|

**Campbell, Jack**   80   Unknown   Warrant Officer

1. Name of Accused (Last, First, Middle Initial)    2. SSN    3. Grade or Rank

**Uniformed Services Leon County Florida Public Defender**

**Unknown**   301 South Monroe Street, Suite 475, Tallahassee, Florida 32399-2550

4. Pay Grade    5. Unit or Organization

**Unknown**                    **Unknown**

6. Current Service – a. Initial Date / b. Term    7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total.

**Apprehension,**
**Pretrial Restraint & Pretrial Confinement**    **Unknown**

8. Nature of Restraint of Accused    9. Date(s) Imposed

*************************************************************************************

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes; and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full.
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*************************************************************************************

## III. Preferral

**Gullett-El, Taquan Rahshe**
and
**Hephzibah-El, Syteria**                    **Selective Service System**
                                      Inductee    Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade    c. Organization of Accusers***

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes; Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
181 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

| Scott, Rick | 81 | Unknown | 3. Grade or Rank |

1. Name of Accused (Last, First, Middle Initial)   2. SSN

Uniformed Services Florida Governor

Unknown          The capitol, 400 South Monroe Street, Tallahassee, Florida 32399-0001

4. Pay Grade          5. Unit or Organization

Unknown                                            Unknown

6. Current Service – a. Initial Date / b. Term       7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement          Unknown

8. Nature of Restraint of Accused          9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full.
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and                                            Selective Service System
Hephzibah-El, Syteria          Inductee     Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade     c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action

182 of

RB 917 545 141 US
RB 917 545 155 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  |  | Commissioned Warrant Officer |
|---|---|---|---|
| **Spencer, Derrick**  82. | | **Unknown** | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | | 3. Grade or Rank |

| **Unknown** | Uniformed Services 2nd Judicial Circuit Leon County Florida Court Agent |
|---|---|
| | 4650 Norwood Avenue, Jacksonville, Florida 32206 |
| 4. Pay Grade | 5. Unit or Organization |

| **Unknown** | **Unknown** |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| **Apprehension, Pretrial Restraint & Pretrial Confinement** | **Unknown** |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

**************************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
   and              Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

**************************************************************************************

### III. Preferral

| **Gullett-El, Taquan Rahshe** | | |
|---|---|---|
| and | | **Selective Service System** |
| **Hephzibah-El, Syteria** | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
183 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

Krüng, Danielle     83            Unknown         3. Grade or Rank

1. Name of Accused (Last, First, Middle Initial)    2. SSN

Uniformed Services 2nd Judicial Circuit Leon County Florida Court Agent

Unknown      109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595.

4. Pay Grade      5. Unit or Organization

Unknown              Unknown

6. Current Service — a. Initial Date / b. Term     7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total:

Apprehension,
Pretrial Restraint & Pretrial Confinement       Unknown

8. Nature of Restraint of Accused      9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and   Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full.

Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and                             Selective Service System

Hephzibah-El, Syteria       Inductee    Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade    c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
184 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant |
|---|---|---|
| Pridgen, Heather    84 | Unknown | Officer |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services 2nd Judicial Circuit Leon County Florida Court Agent

| Unknown | 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension,'

| Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and

| Hephzibah-El, Syteria | | Selective Service System |
|---|---|---|
| | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

_Taquan Rahshe Gullett-El_     _Syteria Hephzibah-El_

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
185 of.

RB9175 01 EJ ES
RB9J7 SES 153 ES.

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | | Commissioned Warrant Officer |
|---|---|---|---|

**Willis, Scott**     85.     **Unknown**     3. Grade or Rank

1. Name of Accused (Last, First, Middle Initial)    2. SSN

Uniformed Services 2nd Judicial Circuit Leon County Florida Court Agent

**Unknown**     109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595

4. Pay Grade     5. Unit or Organization

Unknown.          Unknown

6. Current Service — a. Initial Date / b. Term     7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement.     Unknown

8. Nature of Restraint of Accused     9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full

Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

**Gullett-El, Taquan Rahshe**
and                           Selective Service System
**Hephzibah-El, Syteria**     **Inductee**     Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade    c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors.
A Delict Penal Action
186 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

Cannon, Willard        86         Unknown        3. Grade or Rank

1. Name of Accused (Last, First, Middle Initial)        2. SSN

Uniformed Services 2nd Judicial Circuit Leon County Florida Court Agent

Unknown        109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595

4. Pay Grade        5. Unit or Organization

Unknown        Unknown

6. Current Service – a. Initial Date / b. Term        7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement        Unknown

8. Nature of Restraint of Accused        9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s).

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and        Selective Service System
Hephzibah-El, Syteria        Inductee        Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)        b. Grade        c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
187 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  |  | Commissioned Warrant Officer |
|---|---|---|---|
| Beard, L. Allen | 87 | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial). | 2. SSN | | 3. Grade or Rank |

Uniformed Services 2nd Jud. Cir. Leon Cnty. Florida Deputy Public Defender

| Unknown | 301 South Monroe Street #401, Tallahassee, Florida 32301 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial). | Inductee | |
| | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors.
A Delict Penal Action
188 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned |
| | | Warrant |
| Hudson, Dawn K. | 88 | Unknown | Officer |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Unknown

4. Pay Grade

Uniformed Services 4th Judicial Circuit Duval County Florida Judge
501 West Adams Street, Division Q, Room 400/725, Jacksonville.; Florida 32202

5. Unit or Organization

**Unknown**

6. Current Service — a. Initial Date / b. Term

**Unknown**

7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement

8. Nature of Restraint of Accused

**Unknown**

9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full

Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

11a. Name of Accusers (Last, First, Middle Initial).

Inductee

b. Grade

Selective Service System
Registration Number 77-0853182-2

c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action .
189 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer
3. Grade or Rank

Healy, Russell          89          Unknown

1. Name of Accused (Last, First, Middle Initial)     2. SSN

Uniformed Services 4th Judicial Circuit Duval County Florida Judge

Unknown          501 West Adams Street, Division CR-1, Room 305/711, Jacksonville, Florida 32202

4. Pay Grade          5. Unit or Organization

Unknown          Unknown

6. Current Service – a. Initial Date / b. Term     7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement          Unknown

8. Nature of Restraint of Accused          9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    , and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full.
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquian Rahshe
and                                                    Selective Service System
Hephzibah-El, Syteria          Inductee          Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)     b. Grade          c. Organization of Accusers\*\*\*

Taquian Rahshe Gullett-El          Syteria Hephzibah El

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
190 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | | Commissioned Warrant Officer |
|---|---|---|---|
| Cofer, Charles | 90 | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

Uniformed Services 4th Jud. Cir. Duval County Florida Public Defender

Unknown — 407 North Laura Street, Jacksonville, Florida 32202.

4. Pay Grade      5. Unit or Organization

Unknown — 6. Current Service — a. Initial Date / b. Term

Unknown — 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension, Pretrial Restraint & Pretrial Confinement

8. Nature of Restraint of Accused

Unknown

9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
      and
Hephzibah-El, Syteria

11a. Name of Accusers (Last, First, Middle Initial)

Inductee

b. Grade

Selective Service System Registration Number 77-0853182-2

c. Organization of Accusers\*\*\*

*[signatures]*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
191 of,

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  |  |
|---|---|---|
| Rutherford, John     91. | Unknown | Commissioned. Warrant Officer |
| 1. Name of Accused (Last, First, Middle Initial). | 2. SSN | 3. Grade or Rank |

|  |  |
|---|---|
| Unknown | Uniformed Services Duval County Florida Sheriff.<br>501 East Bat Street, Jacksonville, Florida 32202 |
| 4. Pay Grade | 5. Unit or Organization |

|  |  |
|---|---|
| Unknown | Unknown |
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

|  |  |
|---|---|
| Apprehension,<br>Pretrial Restraint & Pretrial Confinement. | Unknown |
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full. Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

|  |  |  |
|---|---|---|
| Gullett-El, Taquan Rahshe<br>and<br>Hephzibah-El, Syteria | Inductee | Selective Service System<br>Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges:.
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
192 of

410 917 549 149 US
411 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | | Commissioned Warrant Officer |
|---|---|---|---|
| Shirk, Matt. | 92 | Unknown | 3. Grade or Rank |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | | |

Uniformed Services 4th Jud. Cir. Duval County Florida Public Defender.

Unknown

407 North Laura Street, Jacksonville, Florida 32202

4. Pay Grade          5. Unit or Organization

_____Unknown_____                    _____Unknown_____

6. Current Service — a. Initial Date / b. Term          7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement                    Unknown

8. Nature of Restraint of Accused          9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full.
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and                                        Selective Service System
Hephzibah-El, Syteria          Inductee          Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)          b. Grade          c. Organization of Accusers\*\*\*

d. Autograph of Accusers

_____[G.C.Y. 2017 – May, 27]_____
e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
193 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

93

**Whittington, Stephen B.**

1. Name of Accused (Last, First, Middle Initial)

**Unknown**

2. SSN

Commissioned Warrant Officer

3. Grade or Rank

**Unknown**

4. Pay Grade

**Uniformed Services 4th Judicial Circuit Duval County Florida Judge**
501 West Adams Street, Division CR-E, Room 308/733 Jacksonville., Florida 32202

5. Unit or Organization

**Unknown**

6. Current Service — a. Initial Date / b. Term

**Unknown**

7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

**Apprehension,
Pretrial Restraint & Pretrial Confinement**

8. Nature of Restraint of Accused

**Unknown**

9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and        Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full

Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

**Gullett-El, Taquan Rahshe**
and
**Hephzibah-El, Syteria**

11a. Name of Accusers (Last, First, Middle Initial)

**Inductee**

b. Grade

**Selective Service System
Registration Number 77-0853182-2**

c. Organization of Accusers\*\*\*

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
194 of

[DD 917 54} 146 US
RR 917 54} 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| 94 | | |
| Licandro, Joseph Rudolph | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services Duval County Florida Assistant State Attorney

| Unknown | 311 West Monroe Street, Jacksonville, Florida 32202 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes; and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| | Inductee | |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 — May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
195 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned<br>Warrant<br>Officer |
|---|---|---|
| 95.<br>Licandro, Catherine Mitchell | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services Duval County Florida Assistant State Attorney

| Unknown | 311 West Monroe Street, Jacksonville, Florida 32202 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension,<br>Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes;
and        Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe<br>and | | Selective Service System |
|---|---|---|
| Hephzibah-El, Syteria | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
196 of

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

| | 96. | Unknown | Commissioned Warrant Officer |
|---|---|---|---|
| Lawrence, Noel G. | | | |
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

| | Uniformed Services United States Criminal Justice Act Attorney |
|---|---|
| Unknown | 101 East Union Street #200, Jacksonville, Florida 32202 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| | Inductee | |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

Taquan Rahshe Gullett-El

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

97

Commissioned Warrant Officer

Cox, Angela M.

Unknown

1. Name of Accused (Last, First, Middle Initial)    2. SSN

3. Grade or Rank

Unknown

Uniformed Services 4th Judicial Circuit Duval County Florida Judge
501 West Adams Street, Division CR-C, Room 505/717 Jacksonville,; Florida 32202

4. Pay Grade        5. Unit or Organization

Unknown

Unknown

6. Current Service — a. Initial Date / b. Term

7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement

Unknown

8. Nature of Restraint of Accused

9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

Inductee

Selective Service System
Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade    c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action .
198 of

RB 917 549 149 US
RB 717 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned Warrant Officer |
|---|---|---|
| **Kirkland, Michael Monroe** 98 | **Unknown** | 3. Grade or Rank |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN |  |

**Uniformed Services Duval County Florida Assistant State Attorney**

**Unknown**            311 West Monroe Street, Jacksonville, Florida 32202

4. Pay Grade            5. Unit or Organization

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

**Apprehension, Pretrial Restraint & Pretrial Confinement.**            Unknown

8. Nature of Restraint of Accused            9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes; and            Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

**Gullett-El, Taquian Rahshe** and
**Hephzibah-El, Syteria**            Inductee

|  |  |
|---|---|
|  | **Selective Service System** Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade            c. Organization of Accusers\*\*\* |

*[signatures]*

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors– A Delict Penal Action .
199 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  |  | Commissioned Warrant Officer |
|---|---|---|---|
| Hazel, Pamela J. | 99 | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

Uniformed Services Florida Highway Patrol Division Chief

Unknown                      4255 US Highway 17 South, Green Cove Springs, Florida 32043

4. Pay Grade          5. Unit or Organization

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension,
Pretrial Restraint & Pretrial Confinement                  Unknown

8. Nature of Restraint of Accused          9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
     and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and |  | Selective Service System |
|---|---|---|
| Hephzibah-El, Syteria | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
200 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| McLeod, Joshua | 100 | Unknown |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services Deputy Florida Highway Patrol Officer

Unknown    4255 US Highway 17 South, Green Cove Springs, Florida 32043

4. Pay Grade    5. Unit or Organization

Unknown    Unknown

6. Current Service – a. Initial Date / b. Term    7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement    Unknown

8. Nature of Restraint of Accused    9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and    Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and    Selective Service System
Hephzibah-El, Syteria    Inductee    Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade    c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A Delict Penal Action
201 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned Warrant Officer

Johnson, Adam                101                     Unknown

1. Name of Accused (Last, First, Middle Initial)   2. SSN        3. Grade or Rank

Uniformed Services Deputy Florida Highway Patrol Officer

Unknown        4255 US Highway 17 South, Green Cove Springs, Florida 32043

4. Pay Grade     5. Unit or Organization

Unknown                                    Unknown

6. Current Service — a. Initial Date / b. Term    7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement              Unknown

8. Nature of Restraint of Accused              9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria                    Inductee

Selective Service System
Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)   b. Grade   c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
202 of

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

| | | | Commissioned<br>Warrant |
|---|---|---|---|
| Etcher, Eric | 102 | Unknown | Officer |
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

Uniformed Services Deputy Florida Highway Patrol Sergeant

| Unknown | 4255 US Highway 17 South, Green Cove Springs, Florida 32043 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension,
Pretrial Restraint & Pretrial Confinement

| | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full

Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. Preferral

| Gullett-El, Taquan Rahshe<br>and | | Selective Service System |
|---|---|---|
| Hephzibah-El, Syteria | Inductee | Registration Number 77:0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
203 of

RR 917 549 140 US
RR 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | | |
|---|---|---|---|
| Coolican, Michael J. | 103 | Unknown | Commissioned Warrant Officer |
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

Uniformed Services Assistant United States Attorney

Unknown

300 North Hogan Street, Suite 700, Jacksonville, Florida 32202

4. Pay Grade          5. Unit or Organization

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension,
Pretrial Restraint & Pretrial Confinement          Unknown

8. Nature of Restraint of Accused          9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
and          Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
> Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
> *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria          Inductee          Selective Service System
                                                   Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)   b. Grade   c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
204 of

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

|  |  | Commissioned |
| --- | --- | --- |
|  |  | Warrant |
| 104 |  | Officer |
| Flower, Gary | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services 4th Judicial Circuit Duval County Florida Judge

Unknown
501 West Adams Street, Division N, Room 403/721 Jacksonville, Florida 32202

4. Pay Grade       5. Unit or Organization

| Unknown | Unknown |
| --- | --- |
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension,
**Pretrial Restraint & Pretrial Confinement**            Unknown

8. Nature of Restraint of Accused            9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and          Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. Preferral

Gullett-El, Taquan Rahshe
and                                          Selective Service System
Hephzibah-El, Syteria            Inductee      Registration Number 77-0853182-2

11a. Name of Accusers (Last, First, Middle Initial)    b. Grade    c. Organization of Accusers\*\*\*

d. Autograph of Accusers

**[G.C.Y. 2017 – May, 27]**

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
205 of

RB 917 547 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  | | Commissioned |
| --- | --- | --- |
| 105 | | Warrant |
| Derke, Eleni | Unknown | Officer |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

Uniformed Services 4ᵗʰ Judicial Circuit Duval County Florida Judge

**Unknown**      501 West Adams Street, Division J, Room 512/728 Jacksonville, Florida 32202

4. Pay Grade      5. Unit or Organization

| Unknown | Unknown |
| --- | --- |
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
| --- | --- |
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s).

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquian Rahshe and Hephzibah-El, Syteria | | Selective Service System Registration Number 77-0853182-2 |
| --- | --- | --- |
| | Inductee | |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

*[signature]*

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:;
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
206 of

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | 106 | Unknown | Commissioned<br>Warrant<br>Officer |
|---|---|---|---|
| Tanner, Sharon | | | |
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

| | Uniformed Services 4th Judicial Circuit Duval County Florida Judge |
|---|---|
| Unknown | 501 West Adams Street, Division K, Room 404/720, Jacksonville, Florida 32202 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension,<br>Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe<br>and | | Selective Service System |
|---|---|---|
| Hephzibah-El, Syteria | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

Taquan Rahshe Gullet-El    Syteria Hephzibah-El

d. Autograph of Accusers

[G.C.Y. 2017 – May, 27]

e. Date

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
207 of
RU 91° SG 140 13
RR 917 513 153 US

**Affidavit:** Before me, the undersigned, authorized by law to administer oath in cases of this character, personally appeared the above named accusers this ☉7ᵗʰ day of ___May___ , 2017, and signed the foregoing charges and specifications under oath that he/she is a person subject to the Uniform Code of Military Justice and that he/she either has personal knowledge of or has investigated the matters set forth therein and that the same are true to the best of his/her knowledge and belief.

I am: _Taquan Rahshe Gullett-El_

Taquan Rahshe Gullett-El, Eldest Male Competent Heir of Harold Clayton Gullett**, deceased United States Navy Veteran

I am: _Syteria Hephzibah-El_

Syteria Hephzibah-El, Widow Competent Heir of Harold Clayton Gullett**, deceased United States Navy Veteran

## Notary Jurat
### In the nature of APOSTILLE
### Convention de La Haye du 5 octobre 1961

Duval county, de jure

Florida state, de jure

} ss. Asservation

united states for America, Timucuan Al Andalusia Northwest Amexem (Morocco) }

Before me, a duly appointed Notarial Officer, this 27ᵗʰ day of _May_ 2017, does present one Taquan Rahshe Gullett-El, and Syteria Hephzibah-El, being known to me to be of lawful age, competent to testify, and who does in my presence, set his and her hand hereto and he and she does establish this Preferral of Charges and Specifications (DD FORM 458) freely and without coercion, attested by Notary Jurat in the nature of Apostille, in Witness whereof I set my sign and seal.

Affirmed to (or sworn) and subscribed before me this 27ᵗʰ day of _May_ 2017, by Personally Known ✓ or Produced Identification_____

Type of Identification Produced:_____

This public document has been signed by Beatrice Renee' Scantling acting in the capacity of Deputy Secretary of State Notary Public and bears the seal and stamp of

NOTARY PUBLIC STATE OF FLORIDA BEATRICE RENEE' SCANTLING

[SEAL]
BEATRICE RENEE' SCANTLING
MY COMMISSION # GG005810
EXPIRES June 27, 2020
FloridaNotaryService.com

Certified at Duval county Florida state, de jure united states for America by Beatrice Renee' Scantling

Signature of Commissioned Notary Officer Administering Oath

Print, Type, or Stamp Name of Notary Officer

Notary Officer's Commission Expires

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
208 of

*Typed Name of Officer*

*Grade*

*Organization of Officer*

*Official Capacity to Administer Oath*
(see R.C.M. 307(b)_ must be commissioned officer)

_____
Signature

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Charge Sheet (DD FORM 458) [Back]

**12.** On _____, _____, the accused was informed of the charges against him/her and of the name(s) of the accuser(s) known to me (see R.C.M. 308(a)).
(see R.C.M. 308 if notification cannot be made)

*Typed Name of Immediate Commander*

*Organization of Immediate Commander*

*Grade*

*Signature*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IV. Receipt By Summary Court-Martial Convening Authority

**13.** Sworn charges were received at _____ hours, _____, _____, at _____

*Designation of Command or Officer Exercising Summary Court-Martial Jurisdiction.* (See R.C.M 403)

For the _____

*Typed Name of Officer*

*Official Capacity of Officer Signing*

*Grade*

*Signature*

Affidavit of Information, Report, and Preferral of Charges;
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors
A Delict Penal Action
209 of 216

# V. Referral; Service of Charges

14a. Designation of Command of Convening Authority     b. Place     c. Date

Referred for trial to the _____ court-martial convened by _____ - _____

_____ ; _____ - subject to the following instructions:

_____

By _____ of _____

*Command or Order*

*Typed Name of Officer*                               *Official Capacity of Officer Signing*

*Grade*                                               *Signature*

** Harold Clayton Gullett, deceased United States Navy Veteran and Civil Servant

Date of Birth: 07/09/1952          City: Philadelphia, Pennsylvania

Date of Death: 10/27/2002          City: Port Hueneme, California

Occupation: Engineer               Dates of Service:    Enlisted: 1972 – (approx.) 1983
                                                        Civil Service: (approx.) 1983 - 2002

## "The Heir is the same as the Ancestor"

Taquan Rahshe Gullett-El, Eldest Male Competent Heir of Harold Clayton Gullett**, deceased United States Navy Veteran

Syteria Hephzibah-El, Widow Competent Heir of Harold Clayton Gullett**, deceased United States Navy Veteran

*** Organization of Accusers - Selective Service System Registration Number 77-0853182-2
                              (see Selective Service Military Oath of Induction and Agreement –
                              "Attachment," supra, pages 50 – 54; paragraphs 165 – 182)

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
210 of 216

RB 9(F 5J) LGI US
RB 9I7 5I5 L5I US

Cc:

Admiral James Alexander Winnefeld, Jr.
Vice Chairman
Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

General Frank J. Grass
Chief, National Guard Bureau
1636 Defense Pentagon Suite 1E 169
Washington, DC 20301-0001

General Raymond Thomas Odierno
Army Chief of Staff
200 Army Pentagon
Washington, DC 20310-0200

Provost Marshal General Mark S. Inch
Office of the Provost Marshal General
Attention: CID Office
2800 Army Pentagon
Washington, District of Columbia
20310-2800

Jeff Sessions, U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, District of Columbia
20530-0001

Melissa Nelson, State Attorney
Fourth Judicial Circuit
311 West Monroe Street
Jacksonville, Florida 32202-4242

Florida Department of Law Enforcement
Jacksonville Regional Operations Center
Northeast Florida Investigations &
Domestic Security Task Force
921 North Davis Street, Building E
Jacksonville, Florida 32209-6804

Mike Williams, Duval County Sheriff
501 East Bay Street
Jacksonville, Florida 32202-2975

General Joseph Francis Dunford, Jr.
Commandant of the Marine Corps
Headquarters, US Marine Corps
3000 Marine Corps
Pentagon Washington, DC 20350

Admiral Jonathan William Greenert
Chief of Naval Operations
2000 Navy Pentagon
Washington, DC 20350-2000

General Mark Anthony Welsh III
Air Force Chief of Staff
1670 Air Force Pentagon
Washington, DC 20330-1670

General Joseph Francis Dunford, Jr.
Chairman Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, District of Columbia
20318-9999

Inter-American Commission on Human Rights
Organization of American States
1889 F. Street, NW
Washington, District of Columbia 20318-9999

Rick Swearingen, FDLE Commissioner
Florida Department of Law Enforcement
2331 Phillips Road
Tallahassee, Florida 32308

Florida Department of Law Enforcement
Statewide Office of Investigations &
Domestic Security Task Force
2331 Phillips Road
Tallahassee, Florida 32308

W. Stephen Muldrow, U.S. Attorney
400 North Tampa Street, Suite 3200
Tampa Florida 33602

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors.
A Delict Penal Action
211 of

United States Department of State
U.S. Central Authority for Hague and
Inter-American Service Conventions
Office of International Judicial Assistance
1100 L. Street, N.W., Room 11006
Washington, District of Columbia
20522-1710

Office of the Staff Judge Advocate
RLSO MIDLANT HQ
United States Navy
9620 Maryland Avenue, Suite 201
Norfolk, Virginia 23511-2939

Office of the Staff Judge Advocate
RLSO MIDWEST HQ
United States Navy
Building 2
2540 Paul Jones Street, Suite 300
Great Lakes, Illinois 60088-2936

G. E. Lattin
Director, General Litigation Division
Department of the Navy
Office of the Judge Advocate General
1332 Patterson Ave. SE, Suite 3000
Washington Navy Yard, D.C. 20374

Office of the Staff Judge Advocate
Marine Corps Installations East
Marine Corps Base Camp Lejeune
812 Holcomb Boulevard
Jacksonville, North Carolina 28542

Office of the Staff Judge Advocate
HQ, XVIII Airborne Corps
ATTN: AFZA-JA
2175 Reilly Road, Stop A
Fort Bragg, North Carolina 28310-5000

Office of the Staff Judge Advocate
United States Army
Building 29718
419 B Street
Fort Gordon, Georgia 30905

R. Adm. Sandra L. Stosz, Superintendent
United States Coast Guard Academy
31 Mohegan Avenue
New London, Connecticut 06420

Office of the Staff Judge Advocate
RLSO SOUTHWEST HQ
United States Navy
3939 Sturtevant Street, Suite 9
San Diego, California 92136

Office of the Staff Judge Advocate
RLSO NORTHWEST HQ
United States Navy
Building 433 Code 1308
365 South Barclay Street
Bremerton, Washington 98314

Lt. Cdr. Breier Scheetz
Judge Advocate General
NLSO Central Branch Office
400 Russell Avenue, Bldg. 492, Rm. 102
NAS JRB Belle Chasse
New Orleans, Louisiana 70143-6100

Office of the Staff Judge Advocate
Marine Corps Base Camp Pendleton
Building #56
3395 Sturtevant Street, Suite 2
San Diego, California 92136-5138

Office of the Staff Judge Advocate
United States Army
Training Center and Fort Jackson
2600 Lee Road
Fort Jackson, South Carolina 29207

Office of the Staff Judge Advocate
United States Army
Combined Arms Center
615 McClellan Avenue
Fort Leavenworth, Kansas 66027

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Deficit Penal Action.
212 of

Col. S. Shubert
Judge Advocate General
United States Army
8090 Alabama Avenue, Bldg. 1454
Fort Polk, Louisiana 71459

Office of the Staff Judge Advocate
United States Army South
HQ 101st Airborne Division (Air Assault)
ATTN: AFZB-JA-ADM
Fort Campbell, Kentucky 42223-5208

Office of the Staff Judge Advocate
Joint Base Lewis-McChord
Building 2027 A-Wing
North 8th and Lissett Avenue
JBLM, Washington 98433

Office of the Staff Judge Advocate
96th Test Wing
Building 2, Suite 1
401 West Van Matre Avenue
Eglin AFB, Florida 32542-438

Lt. Gen. Robert L. Caslen
Superintendent
United States Military Academy
West Point, New York 10996

Office of the Staff Judge Advocate
United States Army South
4130 Stanley Road, Suite 604
Fort Sam Houston, Texas 78234

Office of the Staff Judge Advocate
United States Army
Building 359
7021 Ingersoll Avenue
Fort Benning, Georgia 31905

Office of the Staff Judge Advocate
87th Air Base Wing Legal Office
Joint Base McGuire-Dix-Lakehurst
2901 Falcon Lane
JB MDL, New Jersey 08641

V. Adm. Walter E. Carter, Jr.
Superintendent
United States Naval Academy
121 Blake Road
Annapolis, Maryland 21402

Lt. Gen. Michelle D. Johnson
Superintendent
United States Air Force Academy
2304 Cadet Drive, Suite 3300
USAFA, Colorado 80840

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-.
A Delict Penal Action
213 of

## Additional Cc Mailing List

### Rachid Zein, Counselor in charge of the Consular Section
Embassy of the Kingdom of Morocco
1211 Connecticut Avenue, N.W., Suite 312,
Washington, District of Columbia 20036

### Consulate General Mr. Mohammed Benabdeljalil
Consulate General of The Kingdom of Morocco in the United States
10 East 40th Street, New York, New York 10016

### Jose Ramon Cabanas Rodriguez, Ambassador
Cuban Embassy in Washington, District of Columbia
2630 16th Street, N.W., Washington, District of Columbia 20009

### Bernardo Alvarez Herrera, Ambassador
Embassy of Bolivarian Republic of Venezuela
1099 30th Street, N.W., Washington, District of Columbia 20007

### Consulate General Liu Jian
Consulate General of the People's Republic of China
443 Shatto Place, Los Angeles, California 90020

### Cui Tiankai, Ambassador
Embassy of the People's Republic of China
3505 International Place, N.W., Washington, District of Columbia 20008

### Mninwa Mahlangu, Ambassador
Embassy of South Africa
3050 Massachusetts Avenue, N.W., Washington, District of Columbia 20008

### Zeid Ra'ad Al Hussein, High Commissioner for Human Rights
Office of the United Nations High Commissioner for Human Rights (OHCHR) OHCHR
405 East 42nd Street, New York, New York 10017

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors
A Delict Penal Action
214 of

RD 917 549 140 US
RD 917 549 153 US

**Secretary-General Antonio Guterres**
**Deputy Secretary-General Amina J. Mohammed**
**United Nations Security Council**
**International Court of Justice**
United Nations Headquarters
405 East 42nd Street, New York, New York 10017

**H. E. Mr. Peter Thompson, President**
**United Nations General Assembly**
United Nations Headquarters
405 East 42nd Street, New York, New York 10017

**The International Law Commission**
**United Nations Headquarters**
Attn: Secretary of the International Law Commission
2 United Nations Plaza
323 East 44th Street, Room: DC2-0566
New York, New York 10017

Affidavit of Information, Report, and Preferral of Charges:
: Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors--
A Delict Penal Action
215 of

RB 917 549 140 US.
RB 917 549 153 US

# Verification

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and I, Syteria Hephzibah-El also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[*State v. Shearer*, 617 So.2d (Fla. App. 5 Dist. 1993)]

**This Affidavit is dated the Twenty-Seventh Day of the Fifth Month in the Year of Our Universal Allah (All-Law) Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – May, 27]**

In Honor.



I am: Maalik Taquan Rahshe Gullett-El Notachthonous Amen can Moor Alien Friend

I am: *Syteria Hephzibah-El Autochthonous American Moor Alien Friend*

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Jus Sanguinis, Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style c/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state Timucuan Al Andalusia Northwest Amexem (Morocco)

Witness: _____

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action

Case 3:17-cv-00881-TJC-JBT   Document 1-2   Filed 08/01/17   Page 227 of 227 PageID 335

**Affidavit:** Before me, the undersigned, authorized by law to administer oath in cases of this character, personally appeared the above named accusers this ‿21ˢᵗ day of ꓟay 2017, and signed the foregoing charges and specifications under oath that he/she is a person subject to the Uniform Code of Military Justice and that he/she either has personal knowledge of or has investigated the matters set forth therein and that the same are true to the best of his/her knowledge and belief.

I am: _____

Taquan Rahshe Gullett-El, Eldest Male Competent Heir of Harold Clayton Gullett**, deceased United States Navy Veteran

I am: _____

Syteria Hephzibah-El, Widow Competent Heir of Harold Clayton Gullett**, deceased United States Navy Veteran

## Notary Jurat
### In the nature of APOSTILLE
### Convention de La Haye du 5 octobre 1961

Duval county, de jure

Florida state, de jure

}
}
} ss. Asservation
}

united states for America, Timucuan Al Andalusia Northwest Amexem (Morocco) }

Before me, a duly appointed Notarial Officer, this 27ᵗʰ day of ꓟay _____ 2017, does present one Taquan Rahshe Gullett-El, and Syteria Hephzibah-El, being known to me to be of lawful age, competent to testify, and who does in my presence, set his and her hand hereto and he and she does establish this Preferral of Charges and Specifications (DD FORM 458) freely and without coercion, attested by Notary Jurat in the nature of Apostille, in Witness whereof I set my sign and seal.

Affirmed to (or sworn) and subscribed before me this 27ᵗʰ day of ꓟay _____ 2017, by Personally Known ✓ or Produced Identification _____

Type of Identification Produced: _____

This public document has been signed by Beatrice Renee' Scantling, acting in the capacity of Deputy Secretary of State Notary Public and bears the seal and stamp of

NOTARY PUBLIC STATE OF FLORIDA BEATRICE RENEE' SCANTLING

(SEAL)

Certified at Duval county Florida state, de jure united states for America by Beatrice Renee' Scantling

Signature of Commissioned Notary Officer Administering Oath

Print, Type, or Stamp Name of Notary Officer

Notary Officer's Commission Expires

BEATRICE RENEE' SCANTLING
MY COMMISSION # GG005510
EXPIRES June 27, 2020
FloridaNotaryService.com

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
208 of