# Docket Entry 5

## Fourth Judicial Circuit Court (Duval County)

Filing # 58573512 E-Filed 07/04/2017 07:18:47 PM

   

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

Taquan Rahshe Gullett-El,
General Executor-Caveator,
TAQUAN RASHIE GULLETT©™® ESTATE,

Syteria Hephzibah-El,
General Executrix-Caveatrix,
SYTERIA LAWRENCE©™® ESTATE,

AAMARU©™® Alien Religious Consul Association,

declarant (affiant) (libelant).

**Affidavit of Obligation**



v.

**Registered Mail # RB 917 549 140 US**
**Registered Mail # RB 917 549 153 US**

1. Timothy J. Corrigan, a private person;
2. Sean Patrick Flynn, a private person;
3. W. Stephen Muldrow, a private person;
4. Jon S. Wheeler, a private person;
5. Ronnie Fussell, a private person;
6. Christina A. Snyder, a private person;
7. Marcia Morales Howard, a private person;
8. Angela Cote Dempsey, a private person;
9. Sara Hassler, a private person;
10. Gwen Marshall, a private person;
11. Adrian G. Soud, a private person; 12. Karen K. Cole, a private person; 13. Peter L. Dearing, a private person; 14. Harvey Lamar Jay III, a private person; 15. Donald Richard Moran, Jr., a private person; 16. Henry Lee Adams, Junior, a private person; 17. James R. Klindt, a private person; 18. Joel Barry Toomey, 19. Stephen Reinhardt, a private person; 20. Consuelo M. Callahan, a private person;

**File Number:**

respondent(s) / libelee(s) / propounder(s)[con't];

/

## Affidavit in Support of Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin



ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 07/07/2017 02:40:46 PM

   

# IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

---

(continued[con't])

21. **Jacqueline H. Guyen**, a private person; 22. **Peter L. Shaw**, a private person; 23. **Pamela Jo Bondi**, a private person; 24. **Rick Swearingen**, a private person; 25. **Chris Connell**, a private person; 26. **D. Shinn**, a private person; 27. **Lt. Ligaspy**, a private person; 28. **Mike Wood**, a private person; 29. **Mike Williams**, a private person; 30. **Joey B. Dobson**, a private person; 31. **Irish Anderson**, a private person; 32. **Cedric Donar**, a private person; 33. **Kim Lee Watson**, a private person; 34. **Jim Haskett**, a private person; 35. **Patrick Sheridan**, a private person; 36. **Jorge L. Pastrana**, a private person; 37. **Larry Brown**, a private person; 38. **Arnold Corsmeier**, a private person; 39. **Monte C. Richardson**, a private person; 40. **Patricia D. Barksdale**, a private person; 41. **Paul Shorstein**, a private person; 42. **Jodi L. Wiles**, a private person; 43. **Sam Hernandez**, a private person; 44. **Sheryl Loesch**, a private person; 45. **Andrew S. Cowan**, a private person; 46. **Penelope Knox**, a private person; 47. **Kim Cassulo**, a private person; 48. **A. Lee Bentley**, a private person; 49. **Mac D. Heavener**, a private person; 50. **Jacqueline Chooljian**, a private person; 51. **Maurice C. Grant, II**, a private person; 52. **Suzanne Segal**, a private person; 53. **Ramon De Leon**, a private person; 54. **Julian Lucien Andre**, a private person; 55. **Donald B. Mairs**, a private person; 56. **Eddie A. Jauregui**, a private person; 57. **Donna Lee Elm**, a private person; 58. **Cathy J. Ostiller**, a private person; 59. **Germaine Seider**, a private person; 60. **Terri Nafisi**, a private person; 61. **David P. Rhodes**, a private person; 62. **Moriah S. Radin**, a private person; 63. **Brad Cooper**, a private person; 64. **Lilliana Coronado**, a private person; 65. **Thomas Kane**, a private person; 66. **Bradley R. Johnson**, a private person; 67. **Jesse Haskins**, a private person; 68. **Peter Stoumbelis**, a private person; 69. **Thomas J. Moffett, Jr.**, a private person; 70. **Richie Blanco**, a private person; 71. **Kenneth L. Green**, a private person; 72. **Gerald Scott Bettman**, a private person; 73. **C.J. Roberts**, a private person; 74. **B.L. Thomas**, a private person; 75. **J.J. Osterhaus**, a private person; 76. **John Tomasino**, a private person; 77. **Melissa Nelson**, a private person; 78. **Angela Corey**, a private person; 79. **Richard Mantei**, a private person; 80. **Jack Campbell**, a private person; 81. **Rick Scott**, a private person; 82. **Derrick Spencer**, a private person; 83. **Danielle Knag**, a private person; 84. **Heather Pridgen**, a private person; 85. **Scott Willis**, a private person;     **respondent(s) / libelee(s) / propounder(s) [con't]**;

---

**Affidavit in Support of Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin**



Case 3:17-cv-00881-TJC-JBT  Document 1-4  Filed 08/01/17  Page 4 of 159 PageID 530

   

# IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

---

(continued[con't])

86. <u>Willard Cannon</u>, a private person; 87. <u>L. Allen Beard</u>, a private person; 88. <u>Dawn K. Hudson</u>, a private person; 89. <u>Russell Healy</u>, a private person; 90. <u>Charles Cofer</u>, a private person; 91. <u>John Rutherford</u>, a private person; 92. <u>Matt Shirk</u>, a private person; 93. <u>Stephen B. Whittington</u>, a private person; 94. <u>Joseph Rudolph Licandro</u>, a private person; 95. <u>Catherine Mitchell Licandro</u>, a private person; 96. <u>Noel G. Lawrence</u>, a private person; 97. <u>Angela M. Cox</u>, a private person; 98. <u>Michael Monroe Kirkland</u>, a private person; 99. <u>Pamela J. Hazel</u>, a private person; 100. <u>Joshua McLeod</u>, a private person; 101. <u>Adam Johnson</u>, a private person; 102. <u>Sergeant Eric Etcher</u>, a private person; 103. <u>Michael J. Coolican</u>, a private person; 104. <u>Gary Flower</u>, a private person; 105. <u>Eleni Derke</u>, a private person; 106. <u>Sharon Tanner</u>, a private person;

107. <u>Michael Corrigan</u>, a private person; 108. <u>David J. Smith</u>, a private person; 109. <u>Molly C. Dwyer</u>, a private person; 110. <u>Kiry K. Gray</u>, a private person; 111 <u>Lisa Reyes</u>, a private person; 112. <u>Peter R. Marksteiner</u>, a private person; 113. <u>Nancy B. Firestone</u>, a private person; 114. <u>Victor J. Wolski</u>, a private person; 115. <u>David J. Bradley</u>, a private person; 116. <u>Edmund G. Brown, Jr.</u>, a private person; 117. <u>Jean Shiamoto</u>, a private person; 118. <u>Jim McDonnell</u>, a private person; 119. <u>Jeffrey Cagnacci</u>, a private person; 120. <u>Patricia Mazon</u>, a private person; 121. <u>Brandon Knarr</u>, a private person; 122. <u>Maureen Green</u>, a private person; 123. <u>Barbara Gourley</u>, a private person; 124. <u>Michael W. Cox</u>, a private person; 125. <u>Kamala Harris</u>, a private person; 126. <u>Michael J. Martineau</u>, a private person; 127. <u>Joseph Edward Ashman</u>, a private person; 128. <u>Geoffrey J. Klimas</u>, a private person; 129. <u>Blain G. Saito</u>, a private person;

cxxx. <u>Court Registry Investment System (CRIS)</u>, a private person, and all subsidiaries and agents thereof; cxxxi. <u>Public Access to Court Electronic Records (PACER)</u>, a private person, and all subsidiaries and agents thereof; cxxii. <u>United States District Court for the Southern District of Texas</u>, a private person, and all subsidiaries and agents thereof; cxxxii. <u>United States Court of Appeals for the Eleventh Circuit</u>, a private person, and all subsidiaries and agents thereof;     **respondent(s) / libelee(s) / propounder(s) [con't];**

---

# Affidavit in Support of Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin








## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

### (continued[con't])

cxxxiii. **United States Court of Appeals for the Ninth Circuit**, a private person, and all subsidiaries and agents thereof; cxxxiv. **Florida Supreme Court**, a private person, and all subsidiaries and agents thereof; cxxxv. **First District Court of Appeal Florida**, a private person, and all subsidiaries and agents thereof; cxxxvi. **United States District Court for the Central District of California**, a private person, and all subsidiaries and agents thereof; cxxxvii. **United States District Court for the Middle District of Florida**, a private person, and all subsidiaries and agents thereof; cxxxviii. **United States District Court for the District of Columbia**, a private person, and all subsidiaries and agents thereof; cxxxix. **United States Court of Federal Claims**, a private person, and all subsidiaries and agents thereof; cxxxx. **United States Court of Appeals for the Federal Circuit**, a private person, and all subsidiaries and agents thereof; cxxxxi. **Internal Revenue Service (IRS)**, a private person, and all subsidiaries and agents thereof; cxxxxii. **California Franchise Tax Board**, a private person, and all subsidiaries and agents thereof; cxxxxiii. **Duval County, Florida**, a private person, and all subsidiaries and agents thereof; cxxxxiv. **Leon County, Florida**, a private person, and all subsidiaries and agents thereof; cxxxxv. **Baker County, Florida**, a private person, and all subsidiaries and agents thereof; cxxxxvi. **Los Angeles County, California**, a private person, and all subsidiaries and agents thereof; cxxxxvii. **City of Jacksonville, Florida**, a private person, and all subsidiaries and agents thereof; cxxxxviii. **City of Tallahassee, Florida**, a private person, and all subsidiaries and agents thereof; cxxxix. **City of Los Angeles, California**, a private person, and all subsidiaries and agents thereof; c$_L$. **State of California**, a private person, and all subsidiaries and agents thereof; c$_L$i. **State of Florida**, a private person, and all subsidiaries and agents thereof; c$_L$ii. **United States Post Office**, a private person, and all subsidiaries and agents thereof; c$_L$iii. **Social Security Administration**, a private person, and all subsidiaries and agents thereof; c$_L$iv. **California Department of Motor Vehicles**, a private person, and all subsidiaries and agents thereof; c$_L$v. **Los Angeles County Jail**, a private person, and all subsidiaries and agents thereof; c$_L$vi. **Metropolitan Detention Center Los Angeles California**, a private person, and all subsidiaries and agents thereof;

respondent(s) / libelee(s) / propounder(s) [con't]

---

## Affidavit in Support of Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin





   

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

(continued[con't])

cᴸvii. John E. Good Detention Center (Duval County Jail), a private person, and all subsidiaries and agents thereof; cᴸviii. Baker County Detention Center, a private person, and all subsidiaries and agents thereof; cᴸix. Los Angeles Police Department, a private person, and all subsidiaries and agents thereof; cᴸx. Los Angeles County Sheriff's Department, a private person, and all subsidiaries and agents thereof; cᴸxi. California Highway Patrol, a private person, and all subsidiaries and agents thereof; cᴸxii. Florida Department of Law Enforcement, a private person, and all subsidiaries and agents thereof; cᴸxiii. Jacksonville Sheriff's Office, a private person, and all subsidiaries and agents thereof; cᴸxiv. Leon County Sheriff's Office, a private person, and all subsidiaries and agents thereof; cᴸxv. Baker County Sheriff's Office, a private person, and all subsidiaries and agents thereof; cᴸxvi. U.S. Department of Transportation, a private person, and all subsidiaries and agents thereof; cᴸxvii. District of Columbia Municipal Corporation, a private person, and all subsidiaries and agents thereof; cᴸxviii. United States Corporation Company, a private person, and all subsidiaries and agents thereof; cᴸxix. Florida Department of Highway Safety and Motor Vehicles, a private person, and all subsidiaries and agents thereof; cᴸxx. Florida Highway Patrol, a private person, and all subsidiaries and agents thereof; cᴸxxi. Leon County Jail, a private person, and all subsidiaries and agents thereof; cᴸxxii. FCI Coleman Medium, a private person, and all subsidiaries and agents thereof; cᴸxxiii. BI Incorporated, a private person, and all subsidiaries and agents thereof; cᴸxxiv. U.S. Marshals Service, a private person, and all subsidiaries and agents thereof; cᴸxxv. U.S. Probation and Pretrial Services, a private person, and all subsidiaries and agents thereof; cᴸxxvi. U.S. Attorney's Office, a private person, and all subsidiaries and agents thereof; cᴸxxvii. U.S. Department of Justice, a private person, and all subsidiaries and agents thereof; cᴸxxviii. Federal Bureau of Prisons, a private person, and all subsidiaries and agents thereof; cᴸxxix. Palmetto Surety Corporation, a private person, and all subsidiaries and agents thereof; cᴸxxx. Danzy Bail Bonds, a private person, and all subsidiaries and agents thereof; cᴸxxxi. Off the Chain Bail Bonds, Inc., a private person, and all subsidiaries and agents thereof;

respondent(s) / libelee(s) / propounder(s).

## Affidavit in Support of Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin



Affidavit in Support of Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin  RB 917 549 140 US

5 of 19                                                                                    RB 917 549 153 US



   

# Affidavit in Support of Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin

1. TO ALL PARTIES AND TO THEIR CONSUL(S) OF RECORD TAKE NOTICE that On the Record and for the Record, present is Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], AAMARU©™® Alien Religious Consul Association, a people of Our state and of sound firm mind; Competent by Conduct and Virtue for Moral Integrity and Upright Character, Honor, Fidelity, Respect, Courage, Temperance, Faith, Hope, Wisdom, Will, Love, Truth, Peace, Freedom, Justice, Prudence, Humility, and Service, guided only by Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, Property, Family, Natural Environment, and Cultural Heritage.

2. One, the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], AAMARU©™® Alien Religious Consul Association, hereinafter, "declarant," rises and gives honor and recognition to The Holy Koran Circle 7, The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A)and all annexes thereto, The Holy Qur'an, The Great Law of Peace, The Iroquois Constitution, The American Declaration of Independence (1776), The Treaty of Peace and Friendship (1787), The Madrid Convention on Protection in Morocco (July 3, 1880), Articles of united states for America Organic Constitution (1787), Bill of Rights of united states for America Organic



Constitution (1787), The Universal Declaration on Human Rights (1948), The American Declaration of the Rights and Duties of Man (1948) inclusive without limitation all annexes thereto, The United Nations Declaration of the Rights of the Child (1959), The Universal Declaration on the Rights of Indigenous Peoples (2006), The International Proclamation for the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®](2016), The International Resolution For Competence By Conduct and Virtue – Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016), United Nations General Assembly Declaration on the Granting of Independence to Colonial Countries (Countees) and Peoples 1514 (XV) 947th Plenary Meeting (14 December 1960), the *Hague Conventions,* the *Geneva Conventions,* the *Inter-American Conventions,* the *Rome Statute,* inclusive without limitation of all annexes thereto.

3.   The declarant is General Executor / Caveator-Creditor by testamentary style trust conveyancing of **Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 674-680), TAQUAN RASHIE GULLETT©™®** Estate Authenticated Birth Certificate, Registered Copyright, Registered Trademark (united states for America Post Office No. RE246590423US), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000018576), Registered Surety Bond with Collateral (EL 156253975 US), Fiduciary Appointment Contract (EL 156253975 US), Taquan Rashie Gullett©™® Estate Allodial Cost Schedule 16-2017-CA-2142 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc #2017082163, OR BK 17940, Page 1662), Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-7228787860, California UCC 10-7253610631, California UCC 13-7375042214, California UCC 13-73750423, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01), over all alphabetical and/or numerical derivations and/or variations of TAQUAN RASHIE GULLETT©™® Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto.

4. The declarant is General Executrix / Caveatrix-Creditor by testamentary style trust conveyancing of **Caveat: Declaration of Final Default Judgment 16-2017-CP-1020** [RB 917 549 153 US] **(Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814),** SYTERIA LAWRENCE©™® Estate Authenticated Birth Certificate, Registered Copyright, Registered Trademark (Copyright Deposit No. 0031755), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000000753), Registered Surety Bond with Collateral (3:15-00016), Fiduciary Appointment Contract (3:15-00016), **Syteria Lawrence©™®** Estate Allodial Cost Schedule 16-2017-CA-2144 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc #2017082126, OR BK 17940, Page 1509), Paramount Security Interest Holder (Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01, Duval County Recorder UCC Filing # 2015153501, Duval County Recorder UCC Filing # 2015185625), over all alphabetical and/or numerical derivations and/or variations of SYTERIA LAWRENCE©™® Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto.

5. The declarant is AAMARU©™® Alien Religious Consul Association by testamentary style trust conveyancing of **Affidavit of Alien Religious Consul Association (see Notice of Trust: Declaration of Taquan Rashie Gullett©™®** Estate **16-2017-CP-1286** [RB 917 549 140 US] / **Declaration of Syteria Lawrence Estate©™®** 16-2017-CP-1287 [RB 917 549 153 US] **(Registrar (Probate Court) Recorder Doc # 2017133137, OR BK 18009, Pages 978-986) / (Registrar (Probate Court) Recorder Doc # 2017133130, OR BK 18009, Pages 922-930).**

6. On or about the Nineteenth Day of the Fourth Month 1437 [G.C.Y. 2017 – April, 19], in their 7-1 precedent ruling on *Nelson v. Colorado* (No. 15-1256), the Supreme Court of the United States defended and reaffirmed a people's constitutionally protected Natural right and Human right to due process of law in filing a civil claim for a redress of grievances stemming from wrongful acts committed by the prosecution, judge, and the court in an (alleged) civil or (alleged) criminal matter.



7. The declarant does proffer and prefer unrebutted evidence of fraud committed in the attempted procurement of jurisdiction; fraud upon the court; violation of rules, procedures, laws, and the customary standard of international law; trespass; *ultra vires* acts; *de son tort* acts in escheatment and reversion of estates and hereditaments; piracy, privateering, genocide, kidnapping, involuntary servitude, peonage, slavery, trafficking in persons , and acts of terrorism, constituting multiple infringements of declarant's constitutionally protected Natural rights and Human rights and Grave Breaches of the Fundamental Guarantees of the *Hague Conventions,* the *Geneva Conventions,* the *Inter-American Conventions,* the *Rome Statute,* and all annexes thereto. (see **Caveat: Declaration of Final Default Judgment 16-2017-CP-1025** [RB 917 549 140 US] **Registrar (Probate Court) / Recorder Doc # 2017104658, OR BK 17971, Pages 674-680** and all annexes thereto) (see **Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance** [RB 917 549 140 US] **Registrar (Probate Court) Recorder Doc # 2017133137, OR BK 18009, Pages 987-997,** 4th Judicial Circuit Duval County **16-2017-CA-2142,** 1st DCA Appeal **1D17-1699,** 1st DCA Appeal **1D17-1851,** and all annexes thereto); (see **Caveat: Declaration of Final Default Judgment 16-2017-CP-102** [RB 917 549 153 US] **(Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814** and all annexes thereto) (see **Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance** [RB 917 549 153 US] **(Registrar (Probate Court) Recorder Doc # 2017133130, OR BK 18009, Pages 931-941),** 4th Judicial Circuit Duval County **16-2017-CA-2144,** 1st DCA Appeal **1D17-1538,** 1st DCA Appeal **1D17-1852,** and all annexes thereto)(see **Declaration To Produce Original Documents and Interrogatories** (alleged transfer bond forfeiture or contract **2015CF3444A**) [RB 917 549 153 US]; see **Notice of Default and Estoppel** (alleged transfer bond forfeiture or contract **2015CF3444A**) [RB 917 549 153 US]). <u>On the Record and for the Record, All Sheriffs, Chiefs, Consuls, and Constitutionally Delegated Authorities of record are fully bonded, insured, underwritten, and indemnified to immediately, speedily, and expeditiously provide assistance of maximum maintenance, maximum cure, and maximum remedy.</u>

8. As such, declarant does hereby reserve all Natural rights, all Human rights, and in accord with the International (Transnational) Law of Peace and the International (Transnational) Law of War, the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute* and all annexes thereto, as well as Florida Statutes 2.01(Common Law and certain statutes declared in force), Florida Statutes 78.068, *Mitchell v. W.T. Grant Co.*, 416 U.S. 600 (1974), *Gazil, Inc. v. Super Food Services, Inc.* 356 So. 2d 312 (Fla. 1978), *McMurrian v. Fason*, 573 So. 2d 915 (Fla. 1st DCA 1991), *Landmark First National Bank of Fort Lauderdale v. Beach Bait and Tackle Shop, Inc.*, 449 So. 2d. 1287 (Fla. 4th DCA 1984), *Waite Aircrafts Corp. v. Ford Motor Credit Company*, 430 So. 2d. 1003 (Fla. 4th DCA 1983), and *Transtar Corporation v. Intex Recreation Corp.*, 570 So. 2d. 366 (Fla. 4th DCA 1990), herein is an **Affidavit of Obligation: Affidavit in Support of Universal and International Humanitarian Declaration for Common Law Prejudgment Writ of Personal Replevin** in support of an **Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action**. Annexed and appended hereto in full are **Taquan Rashie Gullett©™® Estate, Syteria Lawrence Estate©™®, AAMARU©™® Alien Religious Consul Association**, and **AAMARU©™®** *Estados Union Ea Al Maurikanos* Rights, Titles, and Interests Perfected: Affidavit in Support of Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin 16-2017-CA-2142 / 16-2017-CA-2144 Accepted and Approved on or about [G.C.Y. 2017 – April, 3] for the Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, and all annexes thereto:

- *Law of Peace*, Volume 1," Headquarters, Department of the Army, September 1979 page 1-1) [hereinafter cited as "*Law of Peace*"]

- *Law of War Manual* – Department of Defense Directive 2310.0E, *DoD Law of War Program* ¶5.1.4 (2006) [hereinafter cited as "*Law of War*"]

9. Declarant does affirm, On the Record and For the Record, that declarant believes that the respondent(s) / libelee(s) / propounder(s) are engaging in or about to engage in conduct that will:

a. Place the corporeal and incorporeal personal body, personal property, personal collateral, personal goods, and/or personal chattels of **Taquan Rashie Gullett©™® Estate, Syteria Lawrence Estate©™®, AAMARU©™® Alien Religious Consul Association,** and **AAMARU©™® Estados Union Ea Al Maurikanos,** being the subject matter of this suit, in danger of decay, destruction, concealment, or removal from the jurisdiction of the Court;

b. Transfer the corporeal and incorporeal property of **Taquan Rashie Gullett©™® Estate, Syteria Lawrence Estate©™®, AAMARU©™® Alien Religious Consul Association,** and **AAMARU©™® Estados Union Ea Al Maurikanos,** being the subject matter of this suit, to an innocent purchaser, by virtue of the following facts:

10. **Taquan Rashie Gullett©™® Estate's** body is Male, five (5) feet, eleven (11) inches tall, and weighs approximately two hundred twenty-two (222) pounds. **Taquan Rashie Gullett©™® Estate's** body has copper-brownish skin tone, a fit athletic muscular build, brown eyes, and black hair styled in interlocs. **Taquan Rashie Gullett©™® Estate's** body has a born date of October 8, 1977. **Taquan Rashie Gullett©™® Estate's** body is an Original Autochthonous American Moor Alien Friend. (see annexed **Taquan Rashie Gullett©™® Estate** Authenticated Certificate of Live Birth 5600-5018; Estate Title, Rights, and Interests Documents). (see **16-2017-CA-2142**).

11. **Syteria Lawrence©™® Estate's** body is Female, five (5) feet, three (3) inches tall, and weighs approximately one hundred twenty (120) pounds. **Syteria Lawrence©™® Estate's** body has copper-brownish skin tone, a fit athletic feminine build, brown eyes, and black hair styled in short curly 9-ether interlocs. **Syteria Lawrence©™® Estate's** body has a born date of March 28, 1954. **Syteria Lawrence©™® Estate's** body is an Original Autochthonous American Moor Alien Friend (see annexed **Syteria Lawrence©™® Estate** Authenticated Certification of Live Birth 109-1954-014113 (short form) and her Certificate of Live Birth 109-1954-014113 (long form) ; Estate Title, Rights, and Interests Documents). (see **16-2017-CA-2144**).

12. The declarant is the General Executor/Executrix – Caveator/Caveatrix – Creditor of **Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, AAMARU©™® Alien Religious Consul Association's,** and **AAMARU©™® Estados Union Ea Al Maurikanos'** body and all estate collateral corporeal and incorporeal and declarant is entitled



to absolute possession of Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, AAMARU©™® Alien Religious Consul Association's, and AAMARU©™® *Estados Union Ea Al Maurikanos'* body and all estate collateral corporeal and incorporeal free and clear of any distresses, constraints, restrains, or detainments. The source and authority of such titles, rights, and interests comes from Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, Property, Family, Natural Environment, and Cultural Heritage, and also from declarant's Mothers, declarant's Fathers, and declarant's Ancestors.

13. AAMARU©™® *Estados Union Ea Al Maurikanos* is entitled to All of the Fundamental Guarantees of the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, and all annexes thereto. AAMARU©™® *Estados Union Ea Al Maurikanos'* titles, rights, and paramount security interests are noticed and perfected by **Court of Record** in the commercial registry by AAMARU©™® *Estados Union Ea Al Maurikanos'* Title, Rights, and Interests Perfected. (see annexed AAMARU©™® *Estados Union Ea Al Maurikanos* Title, Rights, and Interests Perfected - **Notice of Trust: Declaration of TAQUAN RASHIE GULLETT©™® Estate 16-2017-CP-1286 [RB 917 549 140 US]** (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 978-982); **Notice of Trust: Declaration of SYTERIA LAWRENCE©™® Estate 16-2017-CP-1287 [RB 917 549 153 US]** (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 922-926); **Affidavit of Alien Religious Consul Association (see Notice of Trust: Declaration of Taquan Rashie Gullett©™® Estate 16-2017-CP-1286 [RB 917 549 140 US] / Declaration of Syteria Lawrence©™® Estate 16-2017-CP-1287 [RB 917 549 153 US]** (Registrar (Probate Court) Recorder Doc # 2017133137, OR BK 18009, Pages 978-986) / (Registrar (Probate Court) Recorder Doc # 2017133130, OR BK 18009, Pages 922-930); **Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US]** (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 674-680); **Caveat: Declaration of Final Default Judgment 16-2017-CP-1020 [RB 917 549 153 US]** (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814); **Taquan Rashie Gullett©™® Estate 16-2017-CA-2142 [RB 917 549 140 US] & Syteria Lawrence©™® Estate 16-2017-CP-1287 [RB 917 549 153 US] – Amended Notice of Existence of Final Will and Testament for Taquan Rashie Gullett / Syteria Lawrence, Notice of Appointment of General Executor / Executrix, Notice of Claim of Right, Notice of Claim of Title, Notice of Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate Allodial Cost Schedule, Notice and Evidence of Documentary Stamp Duty, Notice of Absolute and Final Confirmation of General Executor / Executrix of Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate, Notice of Sequestration of Life-Rent and Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate, Notice of Executive Order 13773 – Enforcing Law With Respect To Transnational Criminal Organizations, Notice of Apostolic Letter Issued Motu Proprio (2013), Notice of Florida Stand Your Ground Law, Notice of Filing of Inter-American Commission on Human Rights Petitions for Protective**

**Measures** (Registrar (Probate Court) Recorder Doc # 2017082163, OR BK 17940, Pages 1656-1663; Doc # 2017082126, OR BK 17940, Pages 15036-1510; Doc # 2017083437, OR BK 17942, Pages 914-921; Doc # 2017083334, OR BK 17942, Pages 488-492; Doc # 2017086513, OR BK 17946, Pages 584-597; Doc # 2017086521, OR BK 17946, Pages 639-652; Doc # 2017087614, OR BK 17947, Pages 1792-1805;Doc # 2017087595, OR BK 17947, Pages 1759-1773).

14. **Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, AAMARU©™® Alien Religious Consul Association's,** and AAMARU©™® *Estados Union Ea Al Maurikanos'* corporeal and incorporeal bodies, property, and collateral were abducted, assaulted, battered, human trafficked, unlawfully detained, and the respondent(s) / libelee(s) / propounder(s) came into possession thereof by means of violence, force, threat, duress, and coercion, and respondents continue the unlawful detainment by means of violence, force, threat, duress, and coercion as of the filing of this Universal and International Humanitarian Declaration for Common Law Prejudgment Writ of Personal Replevin. (see 16-2017-CA-2142 / 16-2017-CA-2144).

15. **Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, AAMARU©™® Alien Religious Consul Association's,** and AAMARU©™® *Estados Union Ea Al Maurikanos'* corporeal and incorporeal bodies, property, and collateral have not been taken for a tax, assessment, or fine pursuant to law, or under an execution or attachment against **Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, AAMARU©™® Alien Religious Consul Association's,** and AAMARU©™® *Estados Union Ea Al Maurikanos'* property. (see 16-2017-CA-2142 / 16-2017-CA-2144).

16. The respondent(s) / libelee(s) / propounder(s) have defaulted on the terms, conditions, and stipulations of the **Universal and International Humanitarian Common Law Agreements (Treaties) [RB 917 549 140 US - RB 917 549 153 US] Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's,** and **AAMARU©™® Alien Religious Consul Association's** and AAMARU©™® *Estados Union Ea Al Maurikanos* Estate Titles, Rights, and Interests Perfected, by failing to remit compensation and reparations to declarant. Also, the respondent(s) / libelee(s) / propounder(s) are in breach of contract. The respondent(s) / libelee(s) / propounder(s) have failed to cure their default or remedy their breach of contract. As a result of respondent(s)' / libelee(s)' / propounder(s)' failure to remit compensation and reparations and remedy their breach of contract, **Taquan Rashie Gullett©™® Estate, Syteria Lawrence©™® Estate, AAMARU©™® Alien Religious Consul Association,** and AAMARU©™® *Estados Union Ea Al Maurikanos* have suffered irreparable injury, damages, Natural Rights Infringements, and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions,* the *Geneva Conventions,* the *Inter-*

*American Conventions,* the *Rome Statute,* and all annexes thereto. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed **Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors — A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US]**).

**17.** Due to the default and breach of contract by respondent(s) / libelee(s) / propounder(s) of the **Universal and International Humanitarian Common Law Agreements (Treaties) [RB 917 549 140 US - RB 917 549 153 US]** Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® **Alien Religious Consul Association's,** and AAMARU©™® *Estados Union Ea Al Maurikanos* Estate Titles, Rights, and Interests Perfected, declarant is entitled to immediate recovery and absolute possession of their bodies corporeal and incorporeal free and clear of any unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay; declarant is entitled to immediate recovery and absolute possession of their land, **Molly's Garden Countee, Timucuan Al Andalusia, Northwest Amexem (Morocco) [Jacksonville Florida state]**[Latitude: 30.360727, Longitude: -81.646558][National Grid: 17R MP, Northings: 58, Eastings: 37][422 East 27th Street][RE # 133115-0000, AH-256-01-2S-26E.057 Long Branch, PT Lot 4 Rec'd O/R 15397-798][RE # 133112-0000, 55-2S-26E Long Branch, PT Lot 4 Rec'd O/R BK 4995-392][619 East 27th Street][RE # 133058-0000, 06-2S-27E North Springfield Terrace, Lots 15, 22, W 30ft Lot 23, Blk 4 ][RE # 133059-0000, 3-88-46-2S-27E North Springfield Terrace, Lot 16, Blk 4] **[Mailing Location:** c/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state, Timucuan Al Andalusia Northwest Amexem (Morocco)], corporeal and incorporeal, free and clear of any unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay; and declarant is entitled to immediate recovery and absolute possession of all Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® **Alien Religious Consul Association's** and AAMARU©™® *Estados Union Ea Al Maurikanos* corporeal and incorporeal collateral free and clear of any unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed **Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors — A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US]**).

**18.** A portion of said **Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's,** and AAMARU©™® **Alien Religious Consul Association's** and AAMARU©™® *Estados Union Ea Al Maurikanos* corporeal and incorporeal collateral includes without limitation:

- the return of value of declarant's private conveyance **2006 Mitsubishi Lancer VIN: JA3AJ26E86U068661** plus compensation and reparations for any and all loss of trade directly or indirectly attributed to the unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay of declarant's private conveyance **2006 Mitsubishi Lancer VIN: JA3AJ26E86U068661**;

- the return of value of declarant's private conveyance **2003 Nissan 350z VIN: JN1AZ34D73T117363068661** plus compensation and reparations for any and all loss of trade directly or indirectly attributed to the unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay of declarant's private conveyance **2003 Nissan 350z VIN: JN1AZ34D73T117363068661**;

- the return of value of declarant's private conveyance **2006 Ford Focus VIN: 1FAFP34N16W233359** plus compensation and reparations for any and all loss of trade directly or indirectly attributed to the unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay of declarant's private conveyance **2006 Ford Focus VIN: 1FAFP34N16W233359**;

- the return of value of declarant's **Two Thousand ($2,000) Dollars in United States Post Office Money Orders # 24267333611, # 24503330968, # 24503330957** extorted as ransom from Syteria Lawrence©™® Estate by **Derrick Spencer, Off the Chain Bail Bonds, Inc.**, plus compensation and reparations for any and all loss of trade directly or indirectly attributed to the unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay of declarant's **Two Thousand ($2,000) Dollars in United States Post Office Money Orders # 24267333611, # 24503330968, # 24503330957** extorted as ransom by **Derrick Spencer, Off the Chain Bail Bonds, Inc.** (see annexed United States Post Office Money Orders # 24267333611, # 24503330968, # 24503330957 indorsed "Extortion" and "Ransom" payable to Derrick Spencer, Off the Chain Bail Bonds, Inc.; see Off the Chain Bail Bonds, Inc. receipts). (see "Extortion" and "Ransom" email). (see **Declaration To Produce Original Documents and Interrogatories** (alleged transfer bond forfeiture or contract **2015CF3444A**) [RB 917 549 153 US]; **Notice of Default and Estoppel** (alleged transfer bond forfeiture or contract **2015CF3444A**) [RB 917 549 153 US]);

**19.** Declarant is the General Executor / Executrix – Caveator / Caveatrix – Creditor of the **Universal and International Humanitarian Common Law Agreements (Treaties)** [RB 917 549 140 US - RB 917 549 153 US] Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® Alien Religious Consul Association's, and AAMARU©™® *Estados Union Ea Al Maurikanos* Estate Titles, Rights, and Interests Perfected corporeal and incorporeal collateral listed therein  Also, declarant is entitled to recover compensation, damages, reparations, and reasonable fees and costs in bringing this suit. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US]).



20. To declarant's best knowledge, information, and belief, the collateral is located in and around **Molly's Garden Countee, Timucuan Al Andalusia, Northwest Amexem (Morocco)** [Jacksonville Florida state][Latitude: 30.360727, Longitude: - 81.646558][National Grid: 17R MP, Northings: 58, Eastings: 37][422 East 27th Street][RE # 133115-0000, AH-256-01-2S-26E.057 Long Branch, PT Lot 4 Rec'd O/R 15397-798][RE # 133112-0000, 55-2S-26E Long Branch, PT Lot 4 Rec'd O/R BK 4995-392][619 East 27th Street][RE # 133058-0000, 06-2S-27E North Springfield Terrace, Lots 15, 22, W 30ft Lot 23, Blk 4 ][RE # 133059-0000, 3-88-46-2S-27E North Springfield Terrace, Lot 16, Blk 4] [Mailing Location: ℅ 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state, Timucuan Al Andalusia Northwest Amexem (Morocco)]. The present value of the collateral is unknown at this time. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US]).

21. The respondent(s) / libelee(s) / propounder(s) have wrongful possession of and unlawfully detain the corporeal and incorporeal bodies, property, and collateral from the declarant. The reason for said unlawful detention is, upon declarant's information and belief, obstinacy and hope of further financial gain. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors -- A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US]).

22. The respondent(s) / libelee(s) / propounder(s) came into possession of the corporeal and incorporeal collateral by the operation of their business of war crimes; piracy; privateering; oppression; genocide; kidnapping; human trafficking; involuntary servitude; false imprisonment; unlawful detainment; slavery; peonage; fraud; racketeering; abduction; fraud committed in the attempted procurement of jurisdiction; fraud upon the court; violation of rules, procedures, laws, and the customary standard of international law; trespass; *ultra vires* acts; *de son tort* acts in escheatment and reversion of estates and hereditaments by means of violence, force, threat, duress, and coercion constituting multiple infringements of declarant's constitutionally protected Natural rights, Human rights, and Grave Breaches of the Fundamental Guarantees of the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, and all annexes thereto. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US]).

## Further Declarant Says Naught.

## Respectfully and In Honor.








FILED

APR 0 3 2017

*Pill W. Amsell*
CLERK CIRCUIT COURT



# IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
## IN AND FOR DUVAL COUNTY, FLORIDA

Taquan Rahshe Gullett-El,
                    Petitioner,

v.

Kim Lee Watson, a private person,
Jim Haskett, a private person,
Patrick Sheridan, a private person,
Jorge L. Pastrana, a private person,
Larry Brown, a private person,
Arnold B. Corsmeier, a private person,
Patricia D. Barksdale, a private person,
Paul Shorstein, a private person,
Sam Hernandez, a private person,
Andrew Cowan, a private person,
Kim Cassulo, a private person,
Christina A. Snyder, a private person,
Jaqueline Chooljian, a private person,
Suzanne H. Segal, a private person,
Julian L. Andre, a private person,
Eddie Jauregui, a private person,
Cathy Ostiller, a private person,
Terri Nafisi, a private person,
Moriah Radin, a private person,
Lilliana Coronado, a private person,
Brad Cooper, a private person,
Thomas R. Kane, a private person,

### AFFIDAVIT OF FACT

Registered Mail # RB 917 549 140 US

CASE NO.: 2017 - CA - 2142

Div.:   CV · B

FCI Coleman Medium, a privately held company, and all subsidiaries and agents thereof,
BI Incorporated, a privately held company, and all subsidiaries and agents thereof,
U.S. Marshals Service, a privately held company, and all subsidiaries and agents thereof,
U.S. Probation and Pretrial Services, a privately held company, and all subsidiaries and agents thereof,
U.S. Attorney's Office, a privately held company, and all subsidiaries and agents thereof,
U.S. Department of Justice, a privately held company, and all subsidiaries and agents thereof,
Federal Bureau of Prisons, a privately held company, and all subsidiaries and agents thereof,
                                                                    respondent(s).

# Affidavit in Support of Declaration and Petition For
# Common Law Prejudgment Writ of Personal Replevin

# Affidavit in Support of Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin

**STATE OF FLORIDA** )
                     )   ss.
**COUNTY OF DUVAL** )

Before me this day personally presented _Taquan Rashie Gullett_ who After being duly affirmed and says as follows:

That he verily believes that the respondent(s) are engaging in or about to engage in conduct that will;

1. Place the personal body, personal property, personal collateral, persona goods, and/or personal chattels being the subject matter of this suit in danger of destruction, concealment, or removal from the jurisdiction of the Court.

2. Transfer the property being the subject matter of this suit to an innocent purchaser, by virtue of the following facts:

A. The declarant's body is Male, five (5) feet, eleven (11) inches tall, and weighs approximately two hundred twenty-two (222) pounds. The declarant's body has copper-brownish skin tone, a fit athletic muscular build, brown eyes, and black hair styled in interlocs. The declarant's body has a born date of October 8, 1977. The declarant's body is an Autochthonous American Moor National (see annexed TAQUAN RASHIE GULLETT Authenticated Certificate of Live Birth 5600-5018; Estate Title, Rights, and Interests Documents)

B. The declarant is the owner of declarant's body and is entitled to absolute possession of his body free and clear of any distresses, constraints, restrains, or detainments. The source of such title or right comes from Our Most High Almighty Creator and declarant's Mother, declarant's Father, and declarant's Ancestors. The declarant's title, rights, and paramount security interests are noticed and entered in the commercial registry by declarant's Estate Title, Rights, and Interests Documents. (see annexed Estate Title, Rights, and Interests Documents)

C. The respondent(s) came into possession of the collateral by the operation of their business of oppression, genocide, human trafficking, involuntary servitude, false imprisonment, unlawful detainment, slavery, peonage, fraud, racketeering, abduction, etc., by means of violence, force, threat, duress, and coercion. The declarant's body was abducted, assaulted, battered, human trafficked, unlawfully detained, and the respondent(s) came into possession thereof by means of violence, force, threat, duress, and coercion, and respondents continue the unlawful detainment by means of violence, force, threat, duress, and coercion as of the filing of this Declaration and Petition for Common Law Writ of Personal Replevin.

D. The declarant's body and collateral has not been taken for a tax, assessment, or fine pursuant to law, or under an execution or attachment against declarant's property.

E. The respondent(s) have defaulted on the terms, conditions, and stipulations of the Estate Title, Rights, and Interests Documents by failing to remit compensation to declarant. Also, the respondent(s) are in breach of contract. The respondent(s) have failed to cure their default or their breach of contract. As a result of respondent(s) failure to remit compensation and breach of contract, the declarant has suffered damages.

F. Pursuant to the Estate Title, Rights, and Interests Documents, declarant is entitled to immediate recovery and absolute possession of his body free and clear of any distresses, constraints, restrains, or detainments due to the default and breach of contract by respondent(s). The collateral listed on the Estate Title, Rights, and Interests Documents is owned by the declarant. Also, declarant is entitled to recover compensation, damages, and reasonable fees and costs in bringing this suit.

G. To declarant's best knowledge, information, and belief, the collateral is located in and around 300 North Hogan Street, Jacksonville, Florida 32202, and in and around 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state, Timucuan Al Andalusia Northwest Amexem. The present value of the collateral is unknown at this time.

H. The respondent(s) have possession of and wrongfully detains the collateral from the declarant. The reason for said detention is, upon declarant's information and belief, obstinacy and hope of further financial gain.

**FURTHER AFFIANT SAYS NAUGHT.**

Autochthonous
American Moor
National

 Taqua Rahshe Gullett El

**Taquan Rahshe Gullett-El**

**Autochthonous American Moor National**

Affirmed (sworn) and subscribed before me by _Taquan Rahshe Gullett_ who is

personally known to me____ or produced _Te Dr Lic. G430-216-77-368-0_ Identification

this___3rd____ day of _April_ _____ , 20 17 ___.

CAROL J. FORBES
Notary Public - State of Florida
Commission # GG 045840
My Comm. Expires Mar 4, 2021
Bonded through National Notary Assn.

Carol J Forbes
**Deputy Clerk or Notary Public State of Florida**





# IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
## IN AND FOR DUVAL COUNTY, FLORIDA

Syteria Hephzibab-El,

              Petitioner,

**AFFIDAVIT OF FACT**

v.

**Registered Mail # RB 917 549 153 US**

Irish Anderson, a private person,
Cedric L. Donar, a private person
Kim Lee Watson, a private person,
Jim Haskett, a private person,
Patrick Sheridan, a private person,
Marcia Morales Howard, a private person
Arnold B. Corsmeier, a private person,
Monte C. Richardson, a private person
Patricia D. Barksdale, a private person,
Jodi L. Wiles, a private person,
Sheryl Loesch, a private person,
Penelope Knox, a private person,
A. Lee Bentley, a private person
Mae D. Heavener, a private person,
Maurice Grant, a private person,
Ramon De Leon, a private person,
Donald Mairs, a private person,
Donna Lee Elm, a private person,
Germaine Seider, a private person,
David P. Rhodes, a private person,
Brad Cooper, a private person,

**CASE NO.:** 16 - 2017 - CA - 2144

**Div.:** CV - E

FILED

APR 0 3 2017

~~signature~~
CLERK CIRCUIT COURT

BI Incorporated, a privately held company, and all subsidiaries and agents thereof,
U.S. Marshals Service, a privately held company, and all subsidiaries and agents thereof,
U.S. Probation and Pretrial Services, a privately held company, and all subsidiaries and agents thereof,
U.S. Attorney's Office, a privately held company, and all subsidiaries and agents thereof,
U.S. Department of Justice, a privately held company, and all subsidiaries and agents thereof,

              respondent(s).

---

# Affidavit in Support of Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin

# Affidavit in Support of Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin

STATE OF FLORIDA )
                 )  ss.
COUNTY OF DUVAL  )

Before me this day personally presented ＿＿＿＿＿＿＿＿＿＿ who After being duly affirmed and says as follows:

That she verily believes that the respondent(s) are engaging in or about to engage in conduct that will;

1. Place the personal body, personal property, personal collateral, persona goods, and/or personal chattels being the subject matter of this suit in danger of destruction, concealment, or removal from the jurisdiction of the Court.

2. Transfer the property being the subject matter of this suit to an innocent purchaser, by virtue of the following facts:

A. The declarant's body is Female, five (5) feet, three (3) inches tall, and weighs approximately one hundred twenty (120) pounds. The declarant's body has copper-brownish skin tone, a fit athletic feminine build, brown eyes, and black hair styled in short curly 9-ether interlocs. The declarant's body has a born date of March 28, 1954. The declarant's body is an Autochthonous American Moor National (see annexed SYTERIA LAWRENCE Authenticated Certification of Live Birth＿＿＿＿＿ (short form) and her Certificate of Live Birth＿＿＿＿＿＿ ng form) ; Estate Title, Rights, and Interests Documents)

B. The declarant is the owner of declarant's body and is entitled to absolute possession of her body free and clear of any distresses, constraints, restrains, or detainments. The source of such title or right comes from Our Most High Almighty Creator and declarant's Mother, declarant's Father, and declarant's Ancestors. The declarant's title, rights, and paramount security interests are noticed and entered in the commercial registry by declarant's Estate Title, Rights, and Interests Documents. (see annexed Estate Title, Rights, and Interests Documents)

C. The respondent(s) came into possession of the collateral by the operation of their business of oppression, genocide, human trafficking, involuntary servitude, false imprisonment, unlawful detainment, slavery, peonage, fraud, racketeering, abduction, etc., by means of violence, force, threat, duress, and coercion. The declarant's body was abducted, assaulted, battered, human trafficked, unlawfully detained, and the respondent(s) came into possession thereof by means of violence, force, threat, duress, and coercion, and respondents continue the unlawful detainment by means of violence, force, threat, duress, and coercion as of the filing of this Declaration and Petition for Common Law Writ of Personal Replevin.

D. The declarant's body and collateral have not been taken for a tax, assessment, or fine pursuant to law, or under an execution or attachment against declarant's property.

E. The respondent(s) have defaulted on the terms, conditions, and stipulations of the Estate Title, Rights, and Interests Documents by failing to remit compensation to declarant. Also, the respondent(s) are in breach of contract. The respondent(s) have failed to cure their default or their breach of contract. As a result of respondent(s) failure to remit compensation and breach of contract, the declarant has suffered damages.

F. Pursuant to the Estate Title, Rights, and Interests Documents, declarant is entitled to immediate recovery and absolute possession of her body free and clear of any distresses, constraints, restrains, or detainments due to the default and breach of contract by respondent(s). The collateral listed on the Estate Title, Rights, and Interests Documents is owned by the declarant. Also, declarant is entitled to recover compensation, damages, and reasonable fees and costs in bringing this suit.

G. To declarant's best knowledge, information, and belief, the collateral is located in and around 300 North Hogan Street, Jacksonville, Florida 32202, and in and around 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state, Timucuan Al Andalusia Northwest Amexem. The present value of the collateral is unknown at this time.

H. The respondent(s) have possession of and wrongfully detains the collateral from the declarant. The reason for said detention is, upon declarant's information and belief, obstinacy and hope of further financial gain.

FURTHER AFFIANT SAYS NAUGHT.

*Autochthonous*

*Lytila XephzibhEl American Moor dahonal*

Syteria Hephzibah-El

Autochthonous American Moor National

Affirmed (sworn) and subscribed before me by *Syteria iw Hephzibah* who is

personally known to me ____ or produced _ *U .ID : H1>1-780-54-b08-1* as identification

this _____ 3 rd _____ day of _____ *Aqnil* _____, 20 1 7 _____.

CAROL J. FORBES
Notary Public - State of Florida
Commission # GG 045840
My Comm. Expires Mar 4, 2021
Bonded through National Notary Assn.

*CAROL J. FORBES*

Deputy Clerk or Notary Public State of Florida



# CERTIFICATE OF SERVICE (PROOF OF SERVICE)



I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and I, Syteria Hepizhah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARUE™²]; hereby certify under penalty of bearing false witness that on or about this First Day of the Seventh Month in the Year of Our Universal Allah (All-Law) Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – July, 1], I caused to be hand-delivered and/or emailed and/or placed in the U.S. Registered or Certified Mail (First Class postage, pre-paid) and/or placed in Fed Ex and/or UPS delivery (First Class postage, pre-paid) one (1) original and/or one (1) copy of the following:

1. Affidavit in Support of Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin (25 pages); and

2. Reference copy of this Certificate of Service (PROOF OF SERVICE) (signed original on file) (2 pages).

All parties required to be served have been served at the following mailing location:

1. Timothy J. Corrigan, 300 North Hogan Street, Chambers 11-100, Courtroom 10D, Jacksonville, Florida 32203; 2. Sean Patrick Flynn, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 3. W. Stephen Muldrow, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 4. Jon S. Wheeler, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 5. Ronnie Fussell, 501 West Adams Street, Jacksonville, Florida 32202; 6. Christina A. Snyder, 350 West First Street, Courtroom 8D, 8th Floor, Los Angeles, California 90012; 7. Marcia Morales Howard, Chambers 11-250, Courtroom 10B, 300 North Hogan Street, Jacksonville, Florida 32202; 8. Angela Cote Dempsey, 301 South Monroe Street, Courtroom 3D, Tallahassee, Florida 32301; 9. Sara Pressley, 301 South Monroe Street, Tallahassee, Florida 32301; 10. Gwen Marshall, 301 South Monroe Street, # 100, Tallahassee, Florida 32301; 11. Adrian G. Soud, 501 West Adams Street, Division CV-E, Room 740, Jacksonville, Florida 32202; 12. Karen K. Cole, 501 West Adams Street, Division CV-B, Room 705, Jacksonville, Florida 32202; 13. Peter L. Dearing, 501 West Adams Street, Division PR-A, Room 741, Jacksonville, Florida 32202; 14. Harvey Lamar Jay III, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 15. Donald Richard Moran, Jr., 2300 River Road, Jacksonville, Florida 32202; 16. Henry Lee Adams, Junior, 300 North Hogan Street, Chambers 11-200, Courtroom 10A, Jacksonville, Florida 32203; 17. James R. Klindt, 300 North Hogan Street, Chambers 5-111, Courtroom 5D, Jacksonville, Florida 32203; 18. Joel Barry Toomey, 300 North Hogan Street, Chambers 5-211, Courtroom 5A, Jacksonville, Florida 32202; 19. Stephen Reinhardt, 95 Seventh Street, Courtroom LA, San Francisco California 94103; 20. Consuelo M. Callahan, 95 Seventh Street, Chambers Sacramento, San Francisco California 94103; 21. Jacqueline H. Guyen, 95 Seventh Street, Chambers Sacramento, San Francisco California 94103; 22. Peter J. Shaw, 95 Seventh Street, San Francisco California 94103; 23. Pamela Jo Bondi, The Capitol, Suite PL-01, Tallahassee, Florida 32399-1050; 24. Rick Swearingen, 2331 Phillips Road, Tallahassee, Florida 32308; 25. Chris Connell, 2331 Phillips Road, Tallahassee, Florida 32308; 26. D. Shinn, 535 Alameda Street, Los Angeles, California 90012; 27. Lt. Ugaspo, 535 Alameda Street, Los Angeles, California 90012; 28. Mike Wood, 2825 Municipal Way, Tallahassee, Florida 32304; 29. Mike Williams, 501 East Bay Street, Jacksonville, Florida 32202; 30. Joey B. Dobson, 1 Sheriff's Office Drive, MacClenny, Florida 32063; 31. Irish Anderson, 300 North Hogan Street, Suite 6350, Jacksonville, Florida 32202; 32. Cedric Donae, 300 North Hogan Street, Suite 6350, Jacksonville, Florida 32202; 33. Kim Lee Watson, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202; 34. Jim Haskett, 300 North Hogan Street, Suite 2-600, Jacksonville, Florida 32202; 35. Patrick Sheridan, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202; 36. Jorge L. Pastrana, 846 NE 54th Terrace, Coleman, Florida 33521; 37. Larry Brown, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202; 38. Arnold Corsmeier, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202; 39. Monte C. Richardson, Chambers 5-411, Courtroom 5C, 300 North Hogan Street, Jacksonville, Florida 32202; 40. Patricia D. Barksdale, 300 North Hogan Street, Chambers 5-311, Courtroom 5B, Jacksonville, Florida 32202; 41. Paul Shorstein, 6650 St. Augustine Road #309, Jacksonville, Florida 32217; 42. Jodi L. Wiles, Courtroom 10B, 300 North Hogan Street, Jacksonville, Florida 32202; 43. Sam Hernandez, 312 North Spring Street, Room 754, Los Angeles California 90012; 44. Sheryl Loesch, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 45. Andrew S. Cowan, 255 west 5th Street, Suite 501, Los Angeles, California 90015; 46. Penelope Knox, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202; 47. Kim Cassulo, 600 U.S. Courthouse, 312 North Spring Street, Los Angeles, CA 90012-4708; 48. A. Lee Bentley, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202; 49. Mac D. Heavener, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 50. Jacqueline Choolian, 312 North Spring Street, Courtroom 20, 9th Floor, Los Angeles, California 90012; 51. Maurice C. Grant II, 200 West Forsyth Street, Suite 1240, Jacksonville Florida 322021; 52. Suzanne Segal, 255 East Temple Street, Courtroom 590, 5th Floor, Los Angeles, California 90012; 53. Ramon De Leon, 1645 Biscayne Boulevard, Suite 310, Miami, Florida 33132; 54. Julian Lucien Andre, 312 North Spring Street, Room #309, Los Angeles, California 90012; 55. Donald B. Meiss, 1055 LaSalle Street, Jacksonville, Florida 322072; 56. Eddie A. Jaurequi, 312 North Spring Street, Suite 1200, Los Angeles California 90012; 57. Donna Lee Elm, 200 West Forsyth Street, Suite 1240, Jacksonville Florida 32202; 58. Cathy A. Ostiller, 312 North Spring Street, Suite 1200, Los Angeles, California 90012; 59. Germaine Seider, 400 North Tampa Street, Suite 3200, Tampa, Florida 336021; 60. Terri Nafisi, 312 North Spring Street, Room G-8, Los Angeles, California 90012; 61. David P. Rhodes, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 62. Moriah S. Radin, 321 East 2nd Street, Los Angeles, California 90012; 63. Brad Cooper, 6265 Gunbarrel Avenue, Suite B, Boulder, Colorado 80301; 64. Lilliana Coronado, 321 East 2nd Street, Los Angeles, California 90012; 65. Thomas Kane, 320 First Street, Washington, D.C. 20534; 66. Bradley R. Johnson, 2900 Apalachee Parkway, Tallahassee, Florida 32399; 67. Jesse Haskins, The Capitol PL-01, Tallahassee, Florida 32399-6507; 68. Peter Stoumbelis, 10565 Creston Glen, Circle East, Jacksonville, Florida 322565; 69. Thomas J. Moffelt, Jr., 133 S. Semoran Blvd. Ste A, Orlando, FL 32807; 70. Richie Bianco, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 71. Kenneth A. Cuech, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 72. Gerald Scott Bettman, 5215 Phillips Highway, Jacksonville, Florida 32207; 73. C.J. Roberts, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 74. B.L. Thomas, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 75. J.J. Osterhaus, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 76. John Tomasino, 500 South Duval Street, Tallahassee, Florida 32399; 77. Melissa Nelson, 311 West Monroe Street, Jacksonville, Florida 32202; 78. Angela Corey, 311 West Monroe Street, Jacksonville, Florida 32202; 79. Richard Mantel, 311 West Monroe Street, Jacksonville, Florida 32202; 80. Jack Campbell, 301 South Monroe Street, Suite 475, Tallahassee, Florida 32399-2550; 81. Rick Scott, The Capitol 400 South Monroe Street, Tallahassee, Florida 32399-0001; 82. Derrick Spencer, 4650 Norwood Avenue, Jacksonville, Florida 32206; 83. Danielle Kang, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595; 84. Heather Pridgen, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595; 85. Scott Willis, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595; 86. Willard Cannon, 2550-C West Pensacola, Florida 32304; 87. L. Allen Beard, 301 South Monroe Street #401, Tallahassee, Florida 32301; 88. Dawn K. Hudson, 501 West Adams Street, Division Q, Room 409/725, Jacksonville, Florida 32202; 89. Russell Healy, 501 West Adams Street, Division CR-1, Room 305/711, Jacksonville, Florida 32202; 90. Charles Cofer, 407 North Laura Street, Jacksonville, Florida 32202; 91. John Rutherford, 501 East Bay Street, Jacksonville, Florida 32202; 92. Matt Shirk, 407 North Laura Street, Jacksonville, Florida 32202; 93. Stephen B. Whittington, 501 West Adams Street, Division CR-E, Room 508/733, Jacksonville, Florida 32202; 94. Joseph Rudolph Licandro, 311 West Monroe Street, Jacksonville, Florida 32202; 95. Catherine Mitchell Licandro, 311 West Monroe Street, Jacksonville, Florida 32202; 96. Noel G. Lawrence, 501 East Union Street #200, Jacksonville, Florida 32202; 97. Angela M. Cox, 501 West Adams Street, Division CR-C, Room 505/717, Jacksonville, Florida 32202; 98. Michael Monroe Kirkland, 311 West Monroe Street, Jacksonville, Florida 32202; 99. Pamela J. Hazel, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 100. Joshua McLeod, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 101. Adam Johnson, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 102. Sergeant Eric Etcher, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 103. Michael J. Coolican, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202; 104. Gary Flower, 501 West Adams Street, Division N, Room 403/721, Jacksonville, Florida 32202; 105. Eleni Derke, 501 West Adams Street, Division J, Room 512/728, Jacksonville, Florida 32202; 106. Sharon Tanner, 501 West Adams Street, Division K, Room 404/720, Jacksonville, Florida 32202;



107. Michael Corrigan, 231 East Forsyth Street, Jacksonville, Florida 32202; 108. David J. Smith, 56 Forsyth Street, N. W., Atlanta, Georgia 30303; 109. Molly C. Dwyer, 95 Seventh Street, San Francisco, California 94103; 110. Kiry K. Gray, 312 North Spring Street, Room G-8, Los Angeles, California 90012; 111. Lisa Reyes, 717 Madison Place, N.W., Washington, District of Columbia 20005; 112. Peter R. Marksteiner, 717 Madison Place, N.W., Room 401, Washington, District of Columbia 20005; 113. Nancy B. Firestone, 717 Madison Place, N.W., Washington, District of Columbia 20005; 114. Victor J. Wolski, 717 Madison Place, N.W., Washington, District of Columbia 20005; 115. David A. Bradley, 515 Rusk Avenue, Houston, Texas 77002; 116. Edmund G. Brown, Jr., State Capitol, Suite 1173, Sacramento, California 958141; 117. Jean Shiomoto, 2415 1st Avenue, Mail Station F 101, Sacramento, California 95818-2606; 118. Jim McDonnell, 211 West Temple Street, Los Angeles, California 90012; 119. Jeffrey Caruaecd, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012; 120. Patricia Mazon, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012; 121. Brandon Knarr, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012; 122. Maureen Green, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012; 123. Barbara Gourley, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012; 124. Michael W. Cox, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012; 125. Kamala Harris, 112 Hart Senate Office Building, Washington, DC 205101; 126. Michael J. Martineau, Post Office Box 227, Washington, District of Columbia 20044; 127. Joseph Edward Ashman, Post Office Box 480, Ben Franklin Station, Washington, District of Columbia 20044; 128. Geoffrey J. Klimas, Post Office Box 227, Washington, District of Columbia 20044; 129. Blain G. Saito, Post Office Box 26, Ben Franklin Station, Washington, District of Columbia 20044;

cxxx. Court Registry Investment System (CRIS), 515 Rusk Avenue, Houston, Texas 77002; cxxxi. Public Access to Court Electronic Records (PACER), Post Office Box 780549, San Antonio, Texas, 78278; cxxii. United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002; cxxxli. United States Court of Appeals for the Eleventh Circuit, 56 Forsyth Street, N. W., Atlanta, Georgia 30303; cxxxll. United States Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, California 94103; cxxxiv. Florida Supreme Court, 500 South Duval Street, Tallahassee, Florida 32399; cxxxv. First District Court of Appeal Florida, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; cxxxvi. United States District Court for the Central District of California, 350 West First Street, Los Angeles, California 90012; cxxxvii. United States District Court for the Middle District of Florida, 300 North Hogan Street, Jacksonville, Florida 32202; cxxxviii. United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001; cxxxix. United States Court of Federal Claims, 717 Madison Place, N.W., Washington, District of Columbia 20005; cxxxx. United States Court of Appeals for the Federal Circuit, 727 Madison Place, N.W., Room 401, Washington, District of Columbia 20005; cxxxxi. Internal Revenue Service (IRS), 1111 Constitution Avenue, Northwest, Washington, District of Columbia; cxxxxii. California Franchise Tax Board, Post Office Box 219, Rancho Cordova, California 95741-0219; cxxxxiii. Duval County, Florida, 501 East Bay Street, Jacksonville, Florida 322021. cxxxiv. Leon County, Florida, 2825 Municipal Way, Tallahassee, Florida 32304; cxxxxv. Baker County, Florida, 1 Sheriff's Office Drive, MacClenny, Florida 32063; cxxxxvi. Los Angeles County, California, 211 West Temple Street, Los Angeles, California 90012; cxxxxvii. City of Jacksonville, Florida, 501 East Bay Street, Jacksonville, Florida 32202; cxxxxviii. City of Tallahassee, Florida, 2825 Municipal Way, Tallahassee, Florida 32304; cxxxix. City of Los Angeles, California, 211 West Temple Street, Los Angeles, California 90012; cl. State of California, State Capitol, Suite 1173, Sacramento, California 95814; cli. State of Florida, The Capitol 400 South Monroe Street, Tallahassee, Florida 32399-0001; clii. United States Post Office, 475 L'Enfant Plaza, S.W., Washington, District of Columbia 20590; cliii. Social Security Administration, 1100 West High Rise, 6401 Security Boulevard, Baltimore, Maryland 21235; cliv. California Department of Motor Vehicles, 2415 1st Avenue, Mail Station F 101, Sacramento, California 95818-2606; clv. Los Angeles County Jail, 211 West Temple Street, Los Angeles, California 90012; clvi. Metropolitan Detention Center Los Angeles California, 535 Alameda Street, Los Angeles, California 90012; clvii. John E. Good Detention Center (Duval County Jail), 500 East Adams Street, Jacksonville, Florida 32202; clviii. Baker County Detention Center, 1 Sheriff's Office Drive, MacClenny, Florida 32063; clix. Los Angeles Police Department, 100 West 1st Street, Los Angeles, California 90012; clx. Los Angeles County Sheriff's Department, 211 West Temple Street, Los Angeles, California 90012; clxi. California Highway Patrol, 601 North 7th Street, Sacramento, California 95811; clxii. Florida Department of Law Enforcement, 2331 Phillips Road, Tallahassee, Florida 32308; clxiii. Jacksonville Sheriff's Office, 501 East Bay Street, Jacksonville, Florida 32202; clxiv. Leon County Sheriff's Office, 2825 Municipal Way, Tallahassee, Florida 32304; clxv. Baker County Sheriff's Office, 1 Sheriff's Office Drive, MacClenny, Florida 32063; clxvi. U.S. Department of Transportation, 1200 New Jersey Avenue, S.E., Washington, District of Columbia 20590; clxvii. District of Columbia Municipal Corporation, 1201 Hays Street, Tallahassee, Florida, 323015 clxviii. United States Corporation Company, 1201 Hays Street, Tallahassee, Florida, 323301; clxix. Florida Department of Highway Safety and Motor Vehicles, 2900 Apalachee Parkway, Tallahassee, Florida 323399; clxx. Florida Highway Patrol, 7322 Normandy Boulevard, Jacksonville, Florida 32205; clxxi. Leon County Jail, 2825 Municipal Way, Tallahassee, Florida 32304; clxxii. FCI Coleman Medium, 846 NE 54th Terrace, Coleman, Florida 33521; clxxiii. Hi Incorporated, 6265 Gunbarrel Avenue, Suite B, Boulder, Colorado 803011 clxxiv. U.S. Marshals Service, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 322021 clxxv. U.S. Probation and Pretrial Services, 300 North Hogan Street, Suite 6250 and Suite 2-200, Jacksonville, Florida 32202; clxxvi. U.S. Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202; clxxvii. U.S. Department of Justice, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202; clxxviii. Federal Bureau of Prisons, 320 First Street, Washington, D.C. 20534; clxxix. Palmetto Surety Corporation, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595; clxxx. Danzy Bail Bonds, 2550-C West Pensacola Street, Tallahassee, Florida 32304; clxxxi. Off the Chain Bail Bonds, Inc., 4650 Norwood, Avenue, Jacksonville, Florida 32206.



I am: Maalik Taquan Rahshe Dullet-@ Autochthonous American Moor Alienatsiend

I am: Highly Faubre Shakinah-E Autochthonous American Moor Alien Friend

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Jus Sanguinis, Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style
C/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)



# Verification

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and I, Syteria Hephzibah-El also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], AAMARU©™® Alien Religious Consul Association, do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[*State v. Shearer*, 617 So.2d (Fla. App. 5 Dist. 1993)]

**This Affidavit is dated the First Day of the Seventh Month
in the Year of Our Universal Allah (All-Law)
Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – July, 1]**

In Honor.

  

I am: Maalik Taquan Rahshe Gullett-El Autochthonous American Moor Alien Friend

I am: Highly Favored Shekinah E Autochthonous American Moor Alien Friend

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood
Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood
Jus Sanguinis, Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent
Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style
C/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)

Witness: _____



# Docket Entry 6

## Fourth Judicial Circuit Court (Duval County)

Filing # 58573512 E-Filed 07/04/2017 07:18:47 PM

   

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

Taquan Rahshe Gullett-El,
General Executor-Caveator,
TAQUAN RASHIE GULLETT©™® ESTATE,

Syteria Hephzibah-El,
General Executrix-Caveatrix,
SYTERIA LAWRENCE©™® ESTATE,

AAMARU©™® Alien Religious Consul Association,

    declarant (affiant) (libelant).

**Affidavit of Obligation**



v.

**1.** Timothy J. Corrigan, a private person;
**2.** Sean Patrick Flynn, a private person;
**3.** W. Stephen Muldrow, a private person;
**4.** Jon S. Wheeler, a private person;
**5.** Ronnie Fussell, a private person;
**6.** Christina A. Snyder, a private person;
**7.** Marcia Morales Howard, a private person;
**8.** Angela Cote Dempsey, a private person;
**9.** Sara Hassler, a private person;
**10.** Gwen Marshall, a private person;
**11.** Adrian G. Soud, a private person; **12.** Karen K. Cole, a private person; **13.** Peter L. Dearing, a private person; **14.** Harvey Lamar Jay III, a private person; **15.** Donald Richard Moran, Jr., a private person; **16.** Henry Lee Adams, Junior, a private person; **17.** James R. Klindt, a private person; **18.** Joel Barry Toomey, a private person; **19.** Stephen Reinhardt, a private person; **20.** Consuelo M. Callahan, a private person;
              respondent(s) / libelee(s) / propounder(s)[con't];

Registered Mail # RB 917 549 140 US
Registered Mail # RB 917 549 153 US

**File Number:**

## Order Authorizing Universal and International Humanitarian Personal Replevin Writ



ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 07/07/2017 02:41:05 PM

  

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

(continued[con't])

21. Jacqueline H. Guyen, a private person; 22. Peter L. Shaw, a private person; 23. Pamela Jo Bondi, a private person; 24. Rick Swearingen, a private person; 25. Chris Connell, a private person; 26. D. Shinn, a private person; 27. Lt. Ligaspy, a private person; 28. Mike Wood, a private person; 29. Mike Williams, a private person; 30. Joey B. Dobson, a private person; 31. Irish Anderson, a private person; 32. Cedric Donar, a private person; 33. Kim Lee Watson, a private person; 34. Jim Haskett, a private person; 35. Patrick Sheridan, a private person; 36. Jorge L. Pastrana, a private person; 37. Larry Brown, a private person; 38. Arnold Corsmeier, a private person; 39. Monte C. Richardson, a private person; 40. Patricia D. Barksdale, a private person; 41. Paul Shorstein, a private person; 42. Jodi L. Wiles, a private person; 43. Sam Hernandez, a private person; 44. Sheryl Loesch, a private person; 45. Andrew S. Cowan, a private person; 46. Penelope Knox, a private person; 47. Kim Cassulo, a private person; 48. A. Lee Bentley, a private person; 49. Mac D. Heavener, a private person; 50. Jacqueline Chooljian, a private person; 51. Maurice C. Grant, II, a private person; 52. Suzanne Segal, a private person; 53. Ramon De Leon, a private person; 54. Julian Lucien Andre, a private person; 55. Donald B. Mairs, a private person; 56. Eddie A. Jauregui, a private person; 57. Donna Lee Elm, a private person; 58. Cathy J. Ostiller, a private person; 59. Germaine Seider, a private person; 60. Terri Nafisi, a private person; 61. David P. Rhodes, a private person; 62. Moriah S. Radin, a private person; 63. Brad Cooper, a private person; 64. Lilliana Coronado, a private person; 65. Thomas Kane, a private person; 66. Bradley R. Johnson, a private person; 67. Jesse Haskins, a private person; 68. Peter Stoumbelis, a private person; 69. Thomas J. Moffett, Jr., a private person; 70. Richie Blanco, a private person; 71. Kenneth L. Green, a private person; 72. Gerald Scott Bettman, a private person; 73. C.J. Roberts, a private person; 74. B.L. Thomas, a private person; 75. J.J. Osterhaus, a private person; 76. John Tomasino, a private person; 77. Melissa Nelson, a private person; 78. Angela Corey, a private person; 79.Richard Mantei, a private person; 80. Jack Campbell, a private person; 81. Rick Scott, a private person; 82. Derrick Spencer, a private person; 83. Danielle Knag, a private person; 84. Heather Pridgen, a private person; 85. Scott Willis, a private person;                    respondent(s) / libelee(s) / propounder(s) [con't];

## Order Authorizing Universal and International Humanitarian Personal Replevin Writ



   

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

(continued[con't])

86. Willard Cannon, a private person; 87. L. Allen Beard, a private person; 88. Dawn K. Hudson, a private person; 89. Russell Healy, a private person; 90. Charles Cofer, a private person; 91. John Rutherford, a private person; 92. Matt Shirk, a private person; 93. Stephen B. Whittington, a private person; 94. Joseph Rudolph Licandro, a private person; 95. Catherine Mitchell Licandro, a private person; 96. Noel G. Lawrence, a private person; 97. Angela M. Cox, a private person; 98. Michael Monroe Kirkland, a private person; 99. Pamela J. Hazel, a private person; 100. Joshua McLeod, a private person; 101. Adam Johnson, a private person; 102. Sergeant Eric Etcher, a private person; 103. Michael J. Coolican, a private person; 104. Gary Flower, a private person; 105. Eleni Derke, a private person; 106. Sharon Tanner, a private person;

107. Michael Corrigan, a private person; 108. David J. Smith, a private person; 109. Molly C. Dwyer, a private person; 110. Kiry K. Gray, a private person; 111 Lisa Reyes, a private person; 112. Peter R. Marksteiner, a private person; 113. Nancy B. Firestone, a private person; 114. Victor J. Wolski, a private person; 115. David J. Bradley, a private person; 116. Edmund G. Brown, Jr., a private person; 117. Jean Shiamoto, a private person; 118. Jim McDonnell, a private person; 119. Jeffrey Cagnacci, a private person; 120. Patricia Mazon, a private person; 121. Brandon Knarr, a private person; 122. Maureen Green, a private person; 123. Barbara Gourley, a private person; 124. Michael W. Cox, a private person; 125. Kamala Harris, a private person; 126. Michael J. Martineau, a private person; 127. Joseph Edward Ashman, a private person; 128. Geoffrey J. Klimas, a private person; 129. Blain G. Saito, a private person;

cxxx. Court Registry Investment System (CRIS), a private person, and all subsidiaries and agents thereof; cxxxi. Public Access to Court Electronic Records (PACER), a private person, and all subsidiaries and agents thereof; cxxii. United States District Court for the Southern District of Texas, a private person, and all subsidiaries and agents thereof; cxxxii. United States Court of Appeals for the Eleventh Circuit, a private person, and all subsidiaries and agents thereof;     respondent(s) / libelee(s) / propounder(s) [con't];

# Order Authorizing Universal and International Humanitarian Personal Replevin Writ





  

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

(continued[con't])

cxxxiii. United States Court of Appeals for the Ninth Circuit, a private person, and all subsidiaries and agents thereof; cxxxiv. Florida Supreme Court, a private person, and all subsidiaries and agents thereof; cxxxv. First District Court of Appeal Florida, a private person, and all subsidiaries and agents thereof; cxxxvi. United States District Court for the Central District of California, a private person, and all subsidiaries and agents thereof; cxxxvii. United States District Court for the Middle District of Florida, a private person, and all subsidiaries and agents thereof; cxxxviii. United States District Court for the District of Columbia, a private person, and all subsidiaries and agents thereof; cxxxix. United States Court of Federal Claims, a private person, and all subsidiaries and agents thereof; cxxxx. United States Court of Appeals for the Federal Circuit, a private person, and all subsidiaries and agents thereof; cxxxxi. Internal Revenue Service (IRS), a private person, and all subsidiaries and agents thereof; cxxxxii. California Franchise Tax Board, a private person, and all subsidiaries and agents thereof; cxxxxiii. Duval County, Florida, a private person, and all subsidiaries and agents thereof; cxxxxiv. Leon County, Florida, a private person, and all subsidiaries and agents thereof; cxxxxv. Baker County, Florida, a private person, and all subsidiaries and agents thereof; cxxxxvi. Los Angeles County, California, a private person, and all subsidiaries and agents thereof; cxxxxvii. City of Jacksonville, Florida, a private person, and all subsidiaries and agents thereof; cxxxxviii. City of Tallahassee, Florida, a private person, and all subsidiaries and agents thereof; cxxxix. City of Los Angeles, California, a private person, and all subsidiaries and agents thereof; $c_L$. State of California, a private person, and all subsidiaries and agents thereof; $c_Li$. State of Florida, a private person, and all subsidiaries and agents thereof; $c_Lii$. United States Post Office, a private person, and all subsidiaries and agents thereof; $c_Liii$. Social Security Administration, a private person, and all subsidiaries and agents thereof; $c_Liv$. California Department of Motor Vehicles, a private person, and all subsidiaries and agents thereof; $c_Lv$. Los Angeles County Jail, a private person, and all subsidiaries and agents thereof; $c_Lvi$. Metropolitan Detention Center Los Angeles California, a private person, and all subsidiaries and agents thereof;

respondent(s) / libelee(s) / propounder(s) [con't]
/

## Order Authorizing Universal and International Humanitarian Personal Replevin Writ



  

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

(continued[con't])

cLvii. John E. Good Detention Center (Duval County Jail), a private person, and all subsidiaries and agents thereof; cLviii. Baker County Detention Center, a private person, and all subsidiaries and agents thereof; cLix. Los Angeles Police Department, a private person, and all subsidiaries and agents thereof; cLx. Los Angeles County Sheriff's Department, a private person, and all subsidiaries and agents thereof; cLxi. California Highway Patrol, a private person, and all subsidiaries and agents thereof; cLxii. Florida Department of Law Enforcement, a private person, and all subsidiaries and agents thereof; cLxiii. Jacksonville Sheriff's Office, a private person, and all subsidiaries and agents thereof; cLxiv. Leon County Sheriff's Office, a private person, and all subsidiaries and agents thereof; cLxv. Baker County Sheriff's Office, a private person, and all subsidiaries and agents thereof; cLxvi. U.S. Department of Transportation, a private person, and all subsidiaries and agents thereof; cLxvii. District of Columbia Municipal Corporation, a private person, and all subsidiaries and agents thereof; cLxviii. United States Corporation Company, a private person, and all subsidiaries and agents thereof; cLxix. Florida Department of Highway Safety and Motor Vehicles, a private person, and all subsidiaries and agents thereof; cLxx. Florida Highway Patrol, a private person, and all subsidiaries and agents thereof; cLxxi. Leon County Jail, a private person, and all subsidiaries and agents thereof; cLxxii. FCI Coleman Medium, a private person, and all subsidiaries and agents thereof; cLxxiii. BI Incorporated, a private person, and all subsidiaries and agents thereof; cLxxiv. U.S. Marshals Service, a private person, and all subsidiaries and agents thereof; cLxxv. U.S. Probation and Pretrial Services, a private person, and all subsidiaries and agents thereof; cLxxvi. U.S. Attorney's Office, a private person, and all subsidiaries and agents thereof; cLxxvii. U.S. Department of Justice, a private person, and all subsidiaries and agents thereof; cLxxviii. Federal Bureau of Prisons, a private person, and all subsidiaries and agents thereof; cLxxix. Palmetto Surety Corporation, a private person, and all subsidiaries and agents thereof; cLxxx. Danzy Bail Bonds, a private person, and all subsidiaries and agents thereof; cLxxxi. Off the Chain Bail Bonds, Inc., a private person, and all subsidiaries and agents thereof;

respondent(s) / libelee(s) / propounder(s).

_____/

## Order Authorizing Universal and International Humanitarian Personal Replevin Writ







# Order Authorizing Universal and International Humanitarian Personal Replevin Writ

1. TO ALL PARTIES AND TO THEIR CONSUL(S) OF RECORD TAKE NOTICE that **On the Record and for the Record**, present is Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], AAMARU©™® Alien Religious Consul Association, a people of Our state and of sound firm mind; Competent by Conduct and Virtue for Moral Integrity and Upright Character, Honor, Fidelity, Respect, Courage, Temperance, Faith, Hope, Wisdom, Will, Love, Truth, Peace, Freedom, Justice, Prudence, Humility, and Service, guided only by Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, Property, Family, Natural Environment, and Cultural Heritage.

2. One, the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], AAMARU©™® Alien Religious Consul Association, hereinafter, "declarant," rises and gives honor and recognition to The Holy Koran Circle 7, The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A)and all annexes thereto, The Holy Qur'an, The Great Law of Peace, The Iroquois Constitution, The American Declaration of Independence (1776), The Treaty of Peace and Friendship (1787), The Madrid Convention on Protection in Morocco (July 3, 1880), Articles of united states for America Organic Constitution (1787), Bill of Rights of united states for America Organic



RD 917 549 140 US ·
RD 917 549 153 US

Constitution (1787), The Universal Declaration on Human Rights (1948), The American Declaration of the Rights and Duties of Man (1948) inclusive without limitation all annexes thereto, The United Nations Declaration of the Rights of the Child (1959), The Universal Declaration on the Rights of Indigenous Peoples (2006), The International Proclamation for the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®](2016), The International Resolution For Competence By Conduct and Virtue – Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016), United Nations General Assembly Declaration on the Granting of Independence to Colonial Countries (Countees) and Peoples 1514 (XV) 947th Plenary Meeting (14 December 1960), the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, inclusive without limitation of all annexes thereto.

3. The declarant is General Executor / Caveator-Creditor by testamentary style trust conveyancing of Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 674-680), TAQUAN RASHIE GULLETT©™® Estate Authenticated Birth Certificate, Registered Copyright, Registered Trademark (united states for America Post Office No. RE246590423US), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000018576), Registered Surety Bond with Collateral (EL 156253975 US), Fiduciary Appointment Contract (EL 156253975 US), Taquan Rashie Gullett©™® Estate Allodial Cost Schedule 16-2017-CA-2142 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc #2017082163, OR BK 17940, Page 1662), Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-7228787860, California UCC 10-7253610631, California UCC 13-7375042214, California UCC 13-73750423, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01), over all alphabetical and/or numerical derivations and/or variations of TAQUAN RASHIE GULLETT©™® Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto.



4. The declarant is General Executrix / Caveatrix-Creditor by testamentary style trust conveyancing of Caveat: Declaration of Final Default Judgment 16-2017-CP-1020 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814), SYTERIA LAWRENCE©™® Estate Authenticated Birth Certificate, Registered Copyright, Registered Trademark (Copyright Deposit No. 0031755), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000000753), Registered Surety Bond with Collateral (3:15-00016), Fiduciary Appointment Contract (3:15-00016), Syteria Lawrence©™® Estate Allodial Cost Schedule 16-2017-CA-2144 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc #2017082126, OR BK 17940, Page 1509), Paramount Security Interest Holder (Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01, Duval County Recorder UCC Filing # 2015153501, Duval County Recorder UCC Filing # 2015185625), over all alphabetical and/or numerical derivations and/or variations of SYTERIA LAWRENCE©™® Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto.

5. The declarant is AAMARU©™® Alien Religious Consul Association by testamentary style trust conveyancing of Affidavit of Alien Religious Consul Association (see Notice of Trust: Declaration of Taquan Rashie Gullett©™® Estate 16-2017-CP-1286 [RB 917 549 140 US] / Declaration of Syteria Lawrence Estate©™® 16-2017-CP-1287 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017133137, OR BK 18009, Pages 978-986) / (Registrar (Probate Court) Recorder Doc # 2017133130, OR BK 18009, Pages 922-930).

6. On or about the Nineteenth Day of the Fourth Month 1437 [G.C.Y. 2017 – April, 19], in their 7-1 precedent ruling on *Nelson v. Colorado* (No. 15-1256), the Supreme Court of the United States defended and reaffirmed a people's constitutionally protected Natural right and Human right to due process of law in filing a civil claim for a redress of grievances stemming from wrongful acts committed by the prosecution, judge, and the court in an (alleged) civil or (alleged) criminal matter.



7. The declarant does proffer and prefer unrebutted evidence of fraud committed in the attempted procurement of jurisdiction; fraud upon the court; violation of rules, procedures, laws, and the customary standard of international law; trespass; *ultra vires* acts; *de son tort* acts in escheatment and reversion of estates and hereditaments; piracy, privateering, genocide, kidnapping, involuntary servitude, peonage, slavery, trafficking in persons , and acts of terrorism, constituting multiple infringements of declarant's constitutionally protected Natural rights and Human rights and Grave Breaches of the Fundamental Guarantees of the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, and all annexes thereto. (see Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US] Registrar (Probate Court) / Recorder Doc # 2017104658, OR BK 17971, Pages 674-680 and all annexes thereto) (see Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance [RB 917 549 140 US] Registrar (Probate Court) Recorder Doc # 2017133137, OR BK 18009, Pages 987-997, 4th Judicial Circuit Duval County 16-2017-CA-2142, 1st DCA Appeal 1D17-1699, 1st DCA Appeal 1D17-1851, and all annexes thereto); (see Caveat: Declaration of Final Default Judgment 16-2017-CP-102 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814 and all annexes thereto) (see Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017133130, OR BK 18009, Pages 931-941), 4th Judicial Circuit Duval County 16-2017-CA-2144, 1st DCA Appeal 1D17-1538, 1st DCA Appeal 1D17-1852, and all annexes thereto)(see Declaration To Produce Original Documents and Interrogatories (alleged transfer bond forfeiture or contract 2015CF3444A) [RB 917 549 153 US]; see Notice of Default and Estoppel (alleged transfer bond forfeiture or contract 2015CF3444A) [RB 917 549 153 US]. <u>On the Record and for the Record, All Sheriffs, Chiefs, Consuls, and Constitutionally Delegated Authorities of record are fully bonded, insured, underwritten, and indemnified to immediately, speedily, and expeditiously provide assistance of maximum maintenance, maximum cure, and maximum remedy.</u>



8. As such, declarant does hereby reserve all Natural rights, all Human rights, and in accord with the International (Transnational) Law of Peace and the International (Transnational) Law of War, the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute* and all annexes thereto, as well as Florida Statutes 2.01(Common Law and certain statutes declared in force), *Florida Statutes 78.068*, *Mitchell v. W.T. Grant Co.*, 416 U.S. 600 (1974), *Gazil, Inc. v. Super Food Services, Inc.* 356 So. 2d 312 (Fla. 1978), *McMurrian v. Fason*, 573 So. 2d 915 (Fla. 1st DCA 1991), *Landmark First National Bank of Fort Lauderdale v. Beach Bait and Tackle Shop, Inc.*, 449 So. 2d. 1287 (Fla. 4th DCA 1984), *Waite Aircrafts Corp. v. Ford Motor Credit Company*, 430 So. 2d. 1003 (Fla. 4th DCA 1983), and *Transtar Corporation v. Intex Recreation Corp.*, 570 So. 2d. 366 (Fla. 4th DCA 1990),herein is an **Affidavit of Obligation: Order Authorizing Universal and International Humanitarian Personal Replevin Writ** in support of an **Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors — A Delict Penal Action.** Annexed and appended hereto in full are **Taquan Rashie Gullett**©™® Estate, Syteria Lawrence Estate©™®, AAMARU©™® Alien Religious Consul Association, and AAMARU©™® *Estados Union Ea Al Maurikanos* Rights, Titles, and Interests Perfected: Order Authorizing Common Law Prejudgment Writ of Personal Replevin and Writ of Personal Replevin 16-2017-CA-2142 / 16-2017-CA-2144 **Accepted** and **Approved** on or about [G.C.Y. 2017 – April, 4] for the Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, and all annexes thereto:

- *Law of Peace*, Volume 1," Headquarters, Department of the Army, September 1979 page 1-1) [hereinafter cited as *"Law of Peace"*]

- *Law of War Manual* – Department of Defense Directive 2310.0E, *DoD Law of War Program* ¶5.1.4 (2006) [hereinafter cited as *"Law of War"*]



9. Declarant does affirm, On the Record and For the Record, that declarant will prosecute declarant's claims with effect and without delay, and return the property to respondent(s) / libelee(s) / propounder(s) if return be awarded, or deliver the property to a third-party intervener if it is found that the property belongs to said third-party intervener, and keep harmless the Sheriffs, Chiefs, Consuls, and any Constitutionally Delegated Authorities of record in replevying the property, and remit all costs and damages occasioned by wrongful suing out the Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin or Alias or Pluries writs.

10. The obligation of this bond is in full accord with all Natural rights, all Human rights, International (Transnational) Law of Peace, International (Transnational) Law of War, International (Transnational) Humanitarian Law, the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute* and all annexes thereto.

Respectfully and In Honor.



# Order Authorizing Universal and International Humanitarian Personal Replevin Writ

On the Record and for the Record, this cause having come upon the declarant's Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin in accord with all Natural rights, all Human rights, International (Transnational) Law of Peace, International (Transnational) Law of War, International (Transnational) Humanitarian Law, the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute* and all annexes thereto, as well as [Florida Statute 2.01] and [Florida Statute 78.068] and the Court having taken testimony from the declarant regarding the necessity for said Writ and the Court being satisfied that the respondent(s) in possession of the corporeal and incorporeal personal property being the subject matter of this suit will probably violate any restraining Order or any part of any restraining Order issued by the Court pending Notice of Hearing on the Show Cause Order and the Court being fully advised.

It is thereupon ORDERED and ADJUDGED that the Clerk issue a Universal and International Humanitarian Personal Replevin Writ in this cause setting forth thereon the corporeal and incorporeal personal property sought by the declarant in said Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin.

DONE and ORDERED in Chambers, Jacksonville, Duval County, Florida this _____ Day of _____,
20_____.

_____
**Fourth Judicial Circuit Judge**



RB 917 549 140 US
RB 917 549 153 US

# Universal and International Humanitarian Personal Replevin Writ

STATE OF FLORIDA

To All Sheriffs, Chiefs, Consuls,
and Constitutionally Delegated Authorities of Record:

On the Record and for the Record, YOU ARE OBLIGATED, within the provisions of International (Transnational) Law of Peace, International (Transnational) Law of War, International (Transnational) Humanitarian Law, the *Hague Conventions,* the *Geneva Conventions,* the *Inter-American Conventions,* the *Rome Statute* and all annexes thereto, as well as [Florida Statute 2.01] and [Florida Statute 78.068], to replevy and place the declarant in possession of the corporeal and incorporeal personal body, personal collateral, personal goods, and personal chattels in possession of the respondent(s)_____

_____

_____

_____

Or whomever, which are described as follows:

_____

_____

_____

_____

and to make due return of the manner in which you executed this Writ.

The respondent(s) are required to appear before this Court at _____ on the _____ day of _____, 20_____, at a pre-trial hearing in this cause. DO NOT bring business records or witnesses. **FAILURE TO APPEAR MAY RESULT IN THE ENTRANCE OF A FINAL JUDGMENT AGAINST YOU.**

WITNESS, _____, Clerk of said Court and seal of said Court, at Jacksonville, Duval County, Florida this _____ day of _____, 20_____

_____
**Deputy Clerk**



RB 917 549 140 US
RB 917 549 153 US







**FILED**

APR 0 3 2017

CLERK CIRCUIT COURT



# IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
# IN AND FOR DUVAL COUNTY, FLORIDA

Taquan Rahshe Gullett-El,
                    **Petitioner,**

**v.**

Kim Lee Watson, a private person,
Jim Haskett, a private person,
Patrick Sheridan, a private person,
Jorge L. Pastrana, a private person,
Larry Brown, a private person,
Arnold B. Corsmeier, a private person,
Patricia D. Barksdale, a private person,
Paul Shorstein, a private person,
Sam Hernandez, a private person,
Andrew Cowan, a private person,
Kim Cassulo, a private person,
Christina A. Snyder, a private person,
Jaqueline Chooljian, a private person,
Suzanne H. Segal, a private person,
Julian L. Andre, a private person,
Eddie Jauregui, a private person,
Cathy Ostiller, a private person,
Terri Nafisi, a private person,
Moriah Radin, a private person,
Lilliana Coronado, a private person,
Brad Cooper, a private person,
Thomas R. Kane, a private person,
FCI Coleman Medium, a privately held company, and all subsidiaries and agents thereof,
BI Incorporated, a privately held company, and all subsidiaries and agents thereof,
U.S. Marshals Service, a privately held company, and all subsidiaries and agents thereof,
U.S. Probation and Pretrial Services, a privately held company, and all subsidiaries and agents thereof,
U.S. Attorney's Office, a privately held company, and all subsidiaries and agents thereof,
U.S. Department of Justice, a privately held company, and all subsidiaries and agents thereof,
Federal Bureau of Prisons, a privately held company, and all subsidiaries and agents thereof,
                                                                    **respondent(s).**
                                                                                    /

**CASE NO.:** 2017 · CA · 2142

**Div.:** CV · B

# <u>Writ of Personal Replevin</u>

# **Writ of Personal Replevin**

STATE OF FLORIDA

TO ALL AND SINGULAR SHERIFFS OF THE STATE:

      YOU ARE COMMANDED, within the provisions of Chapter 78.068 Florida Statutes, to replevy and place the declarant in possession of the personal body, personal collateral, personal goods, and personal chattels in possession of the respondent(s)_____

_____

_____

_____

_____

_____

Or whomever, which are described as follows:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

and to make due return of the manner in which you executed this Writ.


      The respondent(s) are required to appear before this Court at _____ on the _____ day of _____, 20_____, at a pre-trial hearing in this cause.  DO NOT bring business records or witnesses.  **FAILURE TO APPEAR MAY RESULT IN THE ENTRANCE OF A FINAL JUDGMENT AGAINST YOU.**


      **WITNESS,** _____, Clerk of said Court and seal of said Court, at Jacksonville, Duval County, Florida this _____ day of _____, 20_____


_____

                    **Deputy Clerk**

  

# IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
# IN AND FOR DUVAL COUNTY, FLORIDA

Taquan Rahshe Gullett-El,
                 Petitioner,

v.

Kim Lee Watson, a private person,
Jim Haskett, a private person,
Patrick Sheridan, a private person,
Jorge L. Pastrana, a private person,
Larry Brown, a private person,
Arnold B. Corsmeier, a private person,
Patricia D. Barksdale, a private person,
Paul Shorstein, a private person,
Sam Hernandez, a private person,
Andrew Cowan, a private person,
Kim Cassulo, a private person,
Christina A. Snyder, a private person,
Jaqueline Chooljian, a private person,
Suzanne H. Segal, a private person,
Julian L. Andre, a private person,
Eddie Jauregui, a private person,
Cathy Ostiller, a private person,
Terri Nafisi, a private person,
Moriah Radin, a private person,
Lilliana Coronado, a private person,
Brad Cooper, a private person,
Thomas R. Kane, a private person,
FCI Coleman Medium, a privately held company, and all subsidiaries and agents thereof,
BI Incorporated, a privately held company, and all subsidiaries and agents thereof,
U.S. Marshals Service, a privately held company, and all subsidiaries and agents thereof,
U.S. Probation and Pretrial Services, a privately held company, and all subsidiaries and agents thereof,
U.S. Attorney's Office, a privately held company, and all subsidiaries and agents thereof,
U.S. Department of Justice, a privately held company, and all subsidiaries and agents thereof,
Federal Bureau of Prisons, a privately held company, and all subsidiaries and agents thereof,
                                          respondent(s).
                                                     /

CASE NO.:

Div.:

## <u>Order Authorizing Common Law Prejudgment Writ of Personal Replevin</u>

# <u>Order Authorizing Writ of Personal Replevin</u>

THIS CAUSE having come upon the declarant's application for a Writ of Personal Replevin pursuant to Florida Statute 2.01 and Florida Statute 78.068 and the Court having taken testimony from the declarant regarding the necessity for said Writ and the Court being satisfied that the respondent(s) in possession of the personal property being the subject matter of this suit will probably violate any restraining Order or any part of any restraining Order issued by the Court pending Notice of Hearing on the Show Cause Order and the Court being fully advised.

It is thereupon ORDERED and ADJUDGED that the Clerk issue a Writ of Personal Replevin in this cause setting forth thereon the personal property sought by the declarant in said Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin

DONE and ORDERED in Chambers, Jacksonville, Duval County, Florida this _____ Day of _____, 20_____.

_____

**Fourth Judicial Circuit Judge**





# IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
# IN AND FOR DUVAL COUNTY, FLORIDA

Syteria Hephzibah-El,

      Petitioner,

v.

Irish Anderson, a private person,
Cedric L. Donar, a private person,
Kim Lee Watson, a private person,
Jim Haskett, a private person,
Patrick Sheridan, a private person,
Marcia Morales Howard, a private person
Arnold B. Corsmeier, a private person,
Monte C. Richardson, a private person
Patricia D. Barksdale, a private person,
Jodi L. Wiles, a private person,
Sheryl Loesch, a private person,
Penelope Knox, a private person,
A. Lee Bentley, a private person
Mac D. Heavener, a private person,
Maurice Grant, a private person,
Ramon De Leon, a private person,
Donald Mairs, a private person,
Donna Lee Elm,
Germaine Seider, a private person,
David P. Rhodes, a private person,
Brad Cooper, a private person,
BI Incorporated, a privately held company, and all subsidiaries and agents thereof,
U.S. Marshals Service, a privately held company, and all subsidiaries and agents thereof,
U.S. Probation and Pretrial Services, a privately held company, and all subsidiaries and agents thereof,
U.S. Attorney's Office, a privately held company, and all subsidiaries and agents thereof,
U.S. Department of Justice, a privately held company, and all subsidiaries and agents thereof,

                  respondent(s).

                                /

```
F I L E D

APR 0 3 2017

CLERK CIRCUIT COURT
```

CASE NO.: 16-2017-CA-2144

Div.: CV-E

# <u>Writ of Personal Replevin</u>

# <u>Writ of Personal Replevin</u>

STATE OF FLORIDA

TO ALL AND SINGULAR SHERIFFS OF THE STATE:

      YOU ARE COMMANDED, within the provisions of Chapter 78.068 Florida Statutes, to replevy and place the declarant in possession of the personal body, personal collateral, personal goods, and personal chattels in possession of the respondent(s)_____

_____
_____
_____
_____
_____

Or whomever, which are described as follows:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

and to make due return of the manner in which you executed this Writ.


      The respondent(s) are required to appear before this Court at _____ on the _____ day of _____, 20_____, at a pre-trial hearing in this cause. **DO NOT** bring business records or witnesses. **FAILURE TO APPEAR MAY RESULT IN THE ENTRANCE OF A FINAL JUDGMENT AGAINST YOU.**


      **WITNESS,** _____, Clerk of said Court and seal of said Court, at Jacksonville, Duval County, Florida this _____ day of _____, 20_____


_____

                                      **Deputy Clerk**

  

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
## IN AND FOR DUVAL COUNTY, FLORIDA

Syteria Hephzibah-El,
     Petitioner,

v.

Irish Anderson, a private person,
Cedric L. Donar, a private person
Kim Lee Watson, a private person,
Jim Haskett, a private person,
Patrick Sheridan, a private person,
Marcia Morales Howard, a private person
Arnold B. Corsmeier, a private person,
Monte C. Richardson, a private person
Patricia D. Barksdale, a private person,
Jodi L. Wiles, a private person,
Sheryl Loesch, a private person,
Penelope Knox, a private person,
A. Lee Bentley, a private person
Mac D. Heavener, a private person,
Maurice Grant, a private person,
Ramon De Leon, a private person,
Donald Mairs, a private person,
Donna Lee Elm,
Germaine Seider, a private person,
David P. Rhodes, a private person,
Brad Cooper, a private person,
BI Incorporated, a privately held company, and all subsidiaries and agents thereof,
U.S. Marshals Service, a privately held company, and all subsidiaries and agents thereof,
U.S. Probation and Pretrial Services, a privately held company, and all subsidiaries and agents thereof,
U.S. Attorney's Office, a privately held company, and all subsidiaries and agents thereof,
U.S. Department of Justice, a privately held company, and all subsidiaries and agents thereof,
                respondent(s).
                     /

CASE NO.:

Div.:

# Order Authorizing Common Law Prejudgment
# Writ of Personal Replevin

# <u>Order Authorizing Writ of Personal Replevin</u>

THIS CAUSE having come upon the declarant's application for a Writ of Personal Replevin pursuant to Florida Statute 2.01 and Florida Statute 78.068 and the Court having taken testimony from the declarant regarding the necessity for said Writ and the Court being satisfied that the respondent(s) in possession of the personal property being the subject matter of this suit will probably violate any restraining Order or any part of any restraining Order issued by the Court pending Notice of Hearing on the Show Cause Order and the Court being fully advised.

It is thereupon ORDERED and ADJUDGED that the Clerk issue a Writ of Personal Replevin in this cause setting forth thereon the personal property sought by the declarant in said Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin

DONE and ORDERED in Chambers, Jacksonville, Duval County, Florida this _____ Day of _____, 20_____.

_____
**Fourth Judicial Circuit Judge**



# CERTIFICATE OF SERVICE (PROOF OF SERVICE)

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and I, Syteria Hophzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU℗℗*]; hereby certify under penalty of bearing false witness that on or about this First Day of the Seventh Month in the Year of Our Universal Allah (All-Law) Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – July, 1], I caused to be hand-delivered and/or emailed and/or placed in the U.S. Registered or Certified Mail (First Class postage, pre-paid) and/or placed in Fed Ex and/or UPS delivery (First Class postage, pre-paid) one (1) original and/or one (1) copy of the following:

1. **Order Authorizing Universal and International Humanitarian Personal Replevin Writ** (24 pages); and
2. **Universal and International Humanitarian Personal Replevin Writ** (1 page); and
3. **Reference copy of this Certificate of Service (PROOF OF SERVICE)** (signed original on file) (2 pages).

All parties required to be served have been served at the following mailing location:

1. Timothy J. Corrigan, 300 North Hogan Street, Chambers 11-100, Courtroom 10D, Jacksonville, Florida 32202; 2. Sean Patrick Flynn, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 3. W. Stephen Muldrow, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 4. Jon S. Wheeler, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 5. Rennie Fussell, 501 West Adams Street, Jacksonville, Florida 32202; 6. Christina A. Snyder, 350 West First Street, Courtroom 8D, 8th Floor, Los Angeles, California 90012; 7. Marcia Morales Howard, Chambers 11-350, Courtroom 10E, 700 North Hogan Street, Jacksonville, Florida 32202; 8. Angela Cris Dempsey, 301 South Monroe Street, Courtroom 3H, Tallahassee, Florida 32301; 9. Sara Hassler, 701 South Monroe Street, Tallahassee, Florida 32301; 10. Gregg Marshall, 301 South Monroe Street, # 100, Tallahassee, Florida 32301; 11. Adrian G. Soud, 501 West Adams Street, Division CV-E, Room 740, Jacksonville, Florida 32202; 12. Karen K. Cole, 501 West Adams Street, Division CV-B, Room 705, Jacksonville, Florida 32202; 13. Peter L. Dearing, 501 West Adams Street, Division FR-A, Room 741, Jacksonville, Florida 32202; 14. Harvey Lamar Jay III, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 15. Donald Richard Moran, Jr., 3900 Rixey Road, Jacksonville, Florida 32202; 16. Henry Lee Adams, Junior, 300 North Hogan Street, Chambers 11-200, Courtroom 11-100, Jacksonville, Florida 32202; 17. James H. Klindt, 300 North Hogan Street, Chambers 5-111, Courtroom 5D, Jacksonville, Florida 32202; 18. Joel Barry Toomey, 300 North Hogan Street, Chambers 5-211, Courtroom 5A, Jacksonville, Florida 32202; 19. Stephen Reinhardt, 125 Seventh Street, Chambers: L.A., San Francisco California 94103; 20. Consuelo M. Callahan, 95 Seventh Street, Chambers: Sacramento, San Francisco California 94103; 21. Jacmeline H. Green, 95 Seventh Street, Chambers: Sacramento, San Francisco California 94103; 22. Peter L. Shaw, 95 Seventh Street, San Francisco California 94103; 23. Pamela Jo Bondi, The Capitol, Suite PL-01, Tallahassee, Florida 32399-1050; 24. Rick Swearingen, 2331 Phillips Road, Tallahassee, Florida 32308; 25. Chris Connell, 2331 Phillips Road, Tallahassee, Florida 32308; 26. D. Shinn, 515 Alameda Street, Los Angeles, California 90012; 27. Lt. Ligasey, 515 Alameda Street, Los Angeles, California 90012; 28. Mike Wood, 2825 Municipal Way, Tallahassee, Florida 32303; 29. Mike Williams, 501 East Bay Street, Jacksonville, Florida 32207; 30. Joey B. Dobson, 1 Sheriff's Office Drive, MacClenny, Florida 32063; 31. Irish Anderson, 300 North Hogan Street, Suite 6350, Jacksonville, Florida 32202; 32. Cedric Dasar, 300 North Hogan Street, Suite 6350, Jacksonville, Florida 32202; 33. Kim Lee Watson, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202; 34. Jim Haskett, 300 North Hogan Street, Suite 2-100, Jacksonville, Florida 32202; 35. Patrick Sheridan, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202; 36. Jorge L. Pastrana, 846 NE 54th Terrace, Coleman, Florida 33521; 37. Larry Brown, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202; 38. Arnold Corsmeier, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202; 39. Monte C. Richardson, Chambers 5-111, Courtroom 5C, 300 North Hogan Street, Jacksonville, Florida 32202; 40. Patricia D. Barksdale, 300 North Hogan Street, Chambers 5-311, Courtroom 5E, Jacksonville, Florida 32202; 41. Paul Shorstein, 6550 St. Augustine Road #307, Jacksonville, Florida 32217; 42. Joel L. Wiles, Courtroom 10B, 300 North Hogan Street, Jacksonville, Florida 32202; 43. Sam Hernandez, 312 North Spring Street, Room 759, Los Angeles California 90012; 44. Sheryl Leesch, 300 North Tampa Street, Suite 3200, Tampa, Florida 33602; 45. Andrew S. Curran, 315 west 9th Street, Suite 501, Los Angeles, California 90015; 46. Penelope Knox, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202; 47. Kim Cassulo, 600 U.S. Courthouse, 312 North Spring Street, Los Angeles, CA 90012-4703; 48. A. Lee Bentley, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202; 49. Mac D. Heavener, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 50. Jacqueline Choollian, 312 North Spring Street, Courtroom 20, 3rd Floor, Los Angeles, California 90012; 51. Maurice C. Graet, II, 200 West Forsyth Street, Suite 1240, Jacksonville Florida 32202; 52. Suzanne Segal, 255 East Temple Street, Courtroom 590, 5th Floor, Los Angeles, California 90012; 53. Ramon De Leon, 1615 Biscayne Boulevard, Suite 310, Miami, Florida 33132; 54. Julian Lucien Andre, 312 North Spring Street, Suite 1200, Los Angeles, California 90012; 55. Donald R. Mafrs, 1903 LaSalle Street, Jacksonville, Florida 32207; 56. Eddie A. Jaurequi, 312 North Spring Street, Suite 1200, Los Angeles, California 90012; 57. Donna Lee Elm, 200 West Forsyth Street, Suite 1240, Jacksonville Florida 32202; 58. Cathy J. Ostiller, 312 North Spring Street, Suite 1700, Los Angeles, California 90012; 59. Germaine Seider, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 60. Terri Nafisi, 312 North Spring Street, Room G-8, Los Angeles, California 90012; 61. David P. Rhodes, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 62. Morish S. Radin, 321 East 2nd Street, Los Angeles, California 90012; 63. Brad Cooper, 6265 Gunbarrel Avenue, Suite B, Boulder, Colorado 803011; 64. Lilliana Coronado, 321 East 2nd Street, Los Angeles, California 90012; 65. Thomas Kane, 320 First Street, Washington, D.C. 20534; 66. Bradley R. Johnson, 2900 Apalachee Parkway, Tallahassee, Florida 32399; 67. Greg Haskins, The Capital PL-01, Tallahassee, Florida 32399-6907; 68. Peter Stournbellis, 10565 Crosten Glen Circle East, Jacksonville, Florida 32256; 69. Thomas J. Moffell, Jr., 133 S. Semoran Blvd. Ste A, Orlando, FL 32807; 70. Richle Blanes, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 71. Kenneth L. Green, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 72. Gerald Scott Bettman, 5515 Phillips Highway, Jacksonville, Florida 32207; 73. C.J. Roberts, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 74. R.L. Thomas, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 75. J.L. Osterhaus, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 76. John Tomasino, 500 South Duval Street, Tallahassee, Florida 32399; 77. Melissa Nelson, 311 West Monroe Street, Jacksonville, Florida 32202; 78. Angela Corey, 311 West Monroe Street, Jacksonville, Florida 32202; 79. Richard Mantel, 311 West Monroe Street, Jacksonville, Florida 32202; 80. Jack Campbell, 301 South Monroe Street, Suite 475, Tallahassee, Florida 32399-6559; 81. Rick Scott, The Capitol 400 South Monroe Street, Tallahassee, Florida 32399-0001; 82. Derrick Spencer, 4650 Norwood Avenue, Jacksonville, Florida 32206; 83. Danielle Knag, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595; 84. Heather Pridgen, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595; 85. Scott Willis, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595; 86. Willard Cannon, 2550-C West Pensacola, Florida 32104; 87. L. Allen Beard, 301 South Monroe Street #401, Tallahassee, Florida 32301; 88. Dawn K. Hudson, 501 West Adams Street, Division Q, Room 409/725, Jacksonville, Florida 32202; 89. Russell Healy, 501 West Adams Street, Division CR-1, Room 305/711, Jacksonville, Florida 32202; 90. Charles Cofer, 407 North Laura Street, Jacksonville, Florida 32202; 91. John Rutherford, 501 East Bay Street, Jacksonville, Florida 32202; 92. Matt Shirk, 407 North Laura Street, Jacksonville, Florida 32202; 93. Stephen B. Whitington, 501 West Adams Street, Division CR-E, Room 308/723, Jacksonville, Florida 32202; 94. Joseph Rudolph Licandro, 311 West Monroe Street, Jacksonville, Florida 32202; 95. Catherine Mitchell Licandro, 311 West Monroe Street, Jacksonville, Florida 32202; 96. Noel O. Lawrence, 101 East Union Street #200, Jacksonville, Florida 32202; 97. Angela M. Cox, 501 West Adams Street, Division CR-C, Room 505/717, Jacksonville, Florida 32202; 98. Michael Monroe Kirkland, 311 West Monroe Street, Jacksonville, Florida 32202; 99. Pamela J. Hazel, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 100. Joshua McLeod, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 101. Adam Johnson, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 102. Sergeant Eric Eicher, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 103. Michael J. Coolican, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202; 104. Gary Flower, 501 West Adams Street, Division N, Room 203/721, Jacksonville, Florida 32202; 105. Eleni Derke, 501 West Adams Street, Division J, Room 512/728, Jacksonville, Florida 32202; 106. Sharon Tanner, 501 West Adams Street, Division K, Room 404/720, Jacksonville, Florida 32202;



RB 917 549 140 US
RB 917 549 153 US

107. Michael Corrigan, 231 East Forsyth Street, Jacksonville, Florida 32202; 108. David J. Smith, 56 Forsyth Street, N. W., Atlanta, Georgia 30303; 109. Molly C. Dwyer, 95 Seventh Street, San Francisco, California 94103; 110. Kiry K. Gray, 312 North Spring Street, Room G-8, Los Angeles, California 90012; 111. Lisa Reyes, 717 Madison Place, N.W., Washington, District of Columbia 20005; 112. Peter B. Merksteiner, 717 Madison Place, N.W., Room 401, Washington, District of Columbia 20005; 113. Nancy B. Firestone, 717 Madison Place, N.W., Washington, District of Columbia 20005; 114. Victor J. Wolski, 717 Madison Place, N.W., Washington, District of Columbia 20005; 115. David J. Bradley, 515 Rusk Avenue, Houston, Texas 77002; 116. Edmund G. Brown, Jr., State Capital, Suite 1173, Sacramento, California 95814; 117. Jean Shiamoto, 2415 1st Avenue, Mail Station F 101, Sacramento, California 95818-2606; 118. Jim McDonnell, 211 West Temple Street, Los Angeles, California 90012; 119. Jeffrey Cagnacci, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012; 120. Patricia Mazon, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012; 121. Brandon Knarr, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012; 122. Maureen Green, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012; 123. Barbara Courley, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012; 124. Michael W. Cox, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012; 125. Kamala Harris, 112 Hart Senate Office Building, Washington, DC 20510; 126. Michael J. Martineau, Post Office Box 227, Washington, District of Columbia 20044; 127. Joseph Edward Ashmen, Post Office Box 480, Ben Franklin Station, Washington, District of Columbia 20044; 128. Geoffrey J. Klimas, Post Office Box 227, Washington, District of Columbia 20044; 129. Blain G. Salto, Post Office Box 26, Ben Franklin Station, Washington, District of Columbia 20044;

cxxx. Court Registry Investment System (CRIS), 515 Rusk Avenue, Houston, Texas 77002; cxxxi. Public Access to Court Electronic Records (PACER), Post Office Box 780549, San Antonio, Texas 78278; cxxii. United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002; cxxxiii. United States Court of Appeals for the Eleventh Circuit, 56 Forsyth Street, N. W., Atlanta, Georgia 30303; cxxxiii. United States Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, California 94103; cxxxiv. Florida Supreme Court, 500 South Duval Street, Tallahassee, Florida 32399; cxxxv. First District Court of Appeal Florida, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; cxxxvi. United States District Court for the Central District of California, 350 West First Street, Los Angeles, California 90012; cxxxvii. United States District Court for the Middle District of Florida, 300 North Hogan Street, Jacksonville, Florida 32202; cxxxviii. United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001; cxxxix. United States Court of Federal Claims, 717 Madison Place, N.W., Washington, District of Columbia 20005; cxxx. United States Court of Appeals for the Federal Circuit, 717 Madison Place, N.W., Room 401, Washington, District of Columbia 20005; cxxxi. Internal Revenue Service (IRS), 1111 Constitution Avenue, Northwest, Washington, District of Columbia; cxxxii. California Franchise Tax Board, Post Office Box 219, Rancho Cordova, California 95741-0219; cxxxiii. Duval County, Florida, 501 East Bay Street, Jacksonville, Florida 32202; cxxxiv. Leon County, Florida, 2825 Municipal Way, Tallahassee, Florida 32304; cxxxv. Baker County, Florida, 1 Sheriff's Office Drive, MacClenny, Florida 32063; cxxxvi. Los Angeles County, California, 211 West Temple Street, Los Angeles, California 90012; cxxxvii. City of Jacksonville, Florida, 501 East Bay Street, Jacksonville, Florida 32202; cxxxviii. City of Tallahassee, Florida, 2825 Municipal Way, Tallahassee, Florida 32304; cxxxix. City of Los Angeles, California, 211 West Temple Street, Los Angeles, California 90012; cl. State of California, State Capitol, Suite 1173, Sacramento, California 95814; cli. State of Florida, The Capitol 400 South Monroe Street, Tallahassee, Florida 32399-0001; clii. United States Post Office, 475 L'Enfant Plaza, S.W., Washington, District of Columbia 20590; cliii. Social Security Administration, 1100 West High Rise, 6401 Security Boulevard, Baltimore, Maryland 21235; cliv. California Department of Motor Vehicles, 2415 1st Avenue, Mail Station P 101, Sacramento, California 95818-2606; clv. Los Angeles County Jail, 211 West Temple Street, Los Angeles, California 90012; clvi. Metropolitan Detention Center Los Angeles California, 535 Alameda Street, Los Angeles, California 90012; clvii. John E. Good Detention Center (Duval County Jail), 500 East Adams Street, Jacksonville, Florida 32202; clviii. Baker County Detention Center, 1 Sheriff's Office Drive, MacClenny, Florida 32063; clix. Los Angeles Police Department, 100 West 1st Street, Los Angeles, California 90012; clx. Los Angeles County Sheriff's Department, 211 West Temple Street, Los Angeles, California 90012; clxi. California Highway Patrol, 601 North 7th Street, Sacramento, California 95811; clxii. Florida Department of Law Enforcement, 2331 Phillips Road, Tallahassee, Florida 32308; clxiii. Jacksonville Sheriff's Office, 501 East Bay Street, Jacksonville, Florida 32202; clxiv. Leon County Sheriff's Office, 2825 Municipal Way, Tallahassee, Florida 32304; clxv. Baker County Sheriff's Office, 1 Sheriff's Office Drive, MacClenny, Florida 32063; clxvi. U.S. Department of Transportation, 1200 New Jersey Avenue, S.E., Washington, District of Columbia 20590; clxvii. District of Columbia Municipal Corporation, 1201 Hays Street, Tallahassee, Florida, 32301; clxviii. United States Corporation Company, 1201 Hays Street, Tallahassee, Florida, 32301; clxix. Florida Department of Highway Safety and Motor Vehicles, 2900 Apalachee Parkway, Tallahassee, Florida 32399; clxx. Florida Highway Patrol, 7322 Normandy Boulevard, Jacksonville, Florida 32205; clxxi. Leon County Jail, 2825 Municipal Way, Tallahassee, Florida 32304; clxxii. FCI Coleman Medium, 846 NE 54th Terrace, Coleman, Florida 33521; clxxiii. BI Incorporated, 6265 Gunbarrel Avenue, Suite B, Boulder, Colorado 80301; clxxiv. U.S. Marshals Service, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202; clxxv. U.S. Probation and Pretrial Services, 300 North Hogan Street, Suite 6150 and Suite 2-200, Jacksonville, Florida 32202; clxxvi. U.S. Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202; clxxvii. U.S. Department of Justice, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202; clxxviii. Federal Bureau of Prisons, 320 First Street, Washington, D.C., 20534; clxxix. Palmetto Surety Corporation, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29412-7505; clxxx. Denny Bail Bonds, 2550-C West Pensacola Street, Tallahassee, Florida 32304; clxxxi. Off the Chain Bail Bonds, Inc., 4650 Norwood, Avenue, Jacksonville, Florida 32206.



I am: Maalik Taquan Rahshe Gullett-El Autochthonous American Moor Alien Friend.

I am: Syteria Hephzibah El Autochthonous American Moor Alien Friend.

Taquan Rahshe Gullett-El; also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood
Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood'
Jus Sanguinis, Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir-Apparent
Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style
C/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)



RB 917 549 140 US
RB 917 549 153 US

# Verification

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and I, Syteria Hephzibah-El also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], AAMARU©™® Alien Religious Consul Association, do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[*State v. Shearer*, 617 So.2d (Fla. App. 5 Dist. 1993)]

This Affidavit is dated the First Day of the Seventh Month
in the Year of Our Universal Allah (All-Law)
Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – July, 1]

In Honor.





I am: 

I am:

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood
Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood
Jus Sanguinis, Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent
Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style
C/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)

Witness: _____



   RB 917549 140 US
   RB 917549 153 US

# Docket Entry 7

## Fourth Judicial Circuit Court
## (Duval County)

16-2017-CA-004274-XXXX-MA

Filing # 58573512 E-Filed 07/04/2017 07:18:47 PM

   

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

Taquan Rahshe Gullett-El,
General Executor-Caveator,
TAQUAN RASHIE GULLETT©™® ESTATE,

Syteria Hephzibah-El,
General Executrix-Caveatrix,
SYTERIA LAWRENCE©™® ESTATE,

AAMARU©™® Alien Religious Consul Association,

    declarant (affiant) (libelant).

**Affidavit of Obligation**



v.

Registered Mail # RB 917 549 140 US
Registered Mail # RB 917 549 153 US

1. **Timothy J. Corrigan,** a private person;
2. **Sean Patrick Flynn,** a private person;
3. **W. Stephen Muldrow,** a private person;
4. **Jon S. Wheeler,** a private person;
5. **Ronnie Fussell,** a private person;
6. **Christina A. Snyder,** a private person;
7. **Marcia Morales Howard,** a private person;
8. **Angela Cote Dempsey,** a private person;
9. **Sara Hassler,** a private person;
10. **Gwen Marshall,** a private person;
11. **Adrian G. Soud,** a private person; 12. **Karen K. Cole,** a private person; 13. **Peter L. Dearing,** a private person; 14. **Harvey Lamar Jay III,** a private person; 15. **Donald Richard Moran, Jr.,** a private person; 16. **Henry Lee Adams, Junior,** a private person; 17. **James R. Klindt,** a private person; 18. Joel Barry Toomey, a private person; 19. Stephen Reinhardt, a private person; 20. **Consuelo M. Callahan,** a private person;
    respondent(s) / libelee(s) / propounder(s)[con't];

**File Number:**

---

# Universal and International Humanitarian Replevin Bond



RB 917 549 140 US
RB 917 549 153 US

ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 07/07/2017 02:41:25 PM

  

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

(continued[con't])

21. Jacqueline H. Guven, a private person; 22. Peter L. Shaw, a private person; 23. Pamela Jo Bondi, a private person; 24. Rick Swearingen, a private person; 25. Chris Connell, a private person; 26. D. Shinn, a private person; 27. Lt. Ligaspy, a private person; 28. Mike Wood, a private person; 29. Mike Williams, a private person; 30. Joey B. Dobson, a private person; 31. Irish Anderson, a private person; 32. Cedric Donar, a private person; 33. Kim Lee Watson, a private person; 34. Jim Haskett, a private person; 35. Patrick Sheridan, a private person; 36. Jorge L. Pastrana, a private person; 37. Larry Brown, a private person; 38. Arnold Corsmeier, a private person; 39. Monte C. Richardson, a private person; 40. Patricia D. Barksdale, a private person; 41. Paul Shorstein, a private person; 42. Jodi L. Wiles, a private person; 43. Sam Hernandez, a private person; 44. Sheryl Loesch, a private person; 45. Andrew S. Cowan, a private person; 46. Penelope Knox, a private person; 47. Kim Cassulo, a private person; 48. A. Lee Bentley, a private person; 49. Mac D. Heavener, a private person; 50. Jacqueline Chooljian, a private person; 51. Maurice C. Grant, II, a private person; 52. Suzanne Segal, a private person; 53. Ramon De Leon, a private person; 54. Julian Lucien Andre, a private person; 55. Donald B. Mairs, a private person; 56. Eddie A. Jauregui, a private person; 57. Donna Lee Elm, a private person; 58. Cathy J. Ostiller, a private person; 59. Germaine Seider, a private person; 60. Terri Nafisi, a private person; 61. David P. Rhodes, a private person; 62. Moriah S. Radin, a private person; 63. Brad Cooper, a private person; 64. Lilliana Coronado, a private person; 65. Thomas Kane, a private person; 66. Bradley R. Johnson, a private person; 67. Jesse Haskins, a private person; 68. Peter Stoumbelis, a private person; 69. Thomas J. Moffett, Jr., a private person; 70. Richie Blanco, a private person; 71. Kenneth L. Green, a private person; 72. Gerald Scott Bettman, a private person; 73. C.J. Roberts, a private person; 74. B.L. Thomas, a private person; 75. J.J. Osterhaus, a private person; 76. John Tomasino, a private person; 77. Melissa Nelson, a private person; 78. Angela Corey, a private person; 79. Richard Mantei, a private person; 80. Jack Campbell, a private person; 81. Rick Scott, a private person; 82. Derrick Spencer, a private person; 83. Danielle Knag, a private person; 84. Heather Pridgen, a private person; 85. Scott Willis, a private person;          respondent(s) / libelee(s) / propounder(s) [con't];
_____/

## Universal and International Humanitarian Replevin Bond



  

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

(continued[con't])

86. Willard Cannon, a private person; 87. L. Allen Beard, a private person; 88. Dawn K. Hudson, a private person; 89. Russell Healy, a private person; 90. Charles Cofer, a private person; 91. John Rutherford, a private person; 92. Matt Shirk, a private person; 93. Stephen B. Whittington, a private person; 94. Joseph Rudolph Licandro, a private person; 95. Catherine Mitchell Licandro, a private person; 96. Noel G. Lawrence, a private person; 97. Angela M. Cox, a private person; 98. Michael Monroe Kirkland, a private person; 99. Pamela J. Hazel, a private person; 100. Joshua McLeod, a private person; 101. Adam Johnson, a private person; 102. Sergeant Eric Etcher, a private person; 103. Michael J. Coolican, a private person; 104. Gary Flower, a private person; 105. Eleni Derke, a private person; 106. Sharon Tanner, a private person;

107. Michael Corrigan, a private person; 108. David J. Smith, a private person; 109. Molly C. Dwyer, a private person; 110. Kiry K. Gray, a private person; 111 Lisa Reyes, a private person; 112. Peter R. Marksteiner, a private person; 113. Nancy B. Firestone, a private person; 114. Victor J. Wolski, a private person; 115. David J. Bradley, a private person; 116. Edmund G. Brown, Jr., a private person; 117. Jean Shiamoto, a private person; 118. Jim McDonnell, a private person; 119. Jeffrey Cagnacci, a private person; 120. Patricia Mazon, a private person; 121. Brandon Knarr, a private person; 122. Maureen Green, a private person; 123. Barbara Gourley, a private person; 124. Michael W. Cox, a private person; 125. Kamala Harris, a private person; 126. Michael J. Martineau, a private person; 127. Joseph Edward Ashman, a private person; 128. Geoffrey J. Klimas, a private person; 129. Blain G. Saito, a private person;

cxxx. Court Registry Investment System (CRIS), a private person, and all subsidiaries and agents thereof; cxxxi. Public Access to Court Electronic Records (PACER), a private person, and all subsidiaries and agents thereof; cxxii. United States District Court for the Southern District of Texas, a private person, and all subsidiaries and agents thereof; cxxxii. United States Court of Appeals for the Eleventh Circuit, a private person, and all subsidiaries and agents thereof;        respondent(s) / libelee(s) / propounder(s) [con't];

# Universal and International Humanitarian Replevin Bond



RB 917 549 540 US
RB 917 549 153 US


  

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

(continued[con't])

cxxxiii. United States Court of Appeals for the Ninth Circuit, a private person, and all subsidiaries and agents thereof; cxxxiv. Florida Supreme Court, a private person, and all subsidiaries and agents thereof; cxxxv. First District Court of Appeal Florida, a private person, and all subsidiaries and agents thereof; cxxxvi. United States District Court for the Central District of California, a private person, and all subsidiaries and agents thereof; cxxxvii. United States District Court for the Middle District of Florida, a private person, and all subsidiaries and agents thereof; cxxxviii. United States District Court for the District of Columbia, a private person, and all subsidiaries and agents thereof; cxxxix. United States Court of Federal Claims, a private person, and all subsidiaries and agents thereof; cxxxx. United States Court of Appeals for the Federal Circuit, a private person, and all subsidiaries and agents thereof; cxxxxi. Internal Revenue Service (IRS), a private person, and all subsidiaries and agents thereof; cxxxxii. California Franchise Tax Board, a private person, and all subsidiaries and agents thereof; cxxxxiii. Duval County, Florida, a private person, and all subsidiaries and agents thereof; cxxxxiv. Leon County, Florida, a private person, and all subsidiaries and agents thereof; cxxxxv. Baker County, Florida, a private person, and all subsidiaries and agents thereof; cxxxxvi. Los Angeles County, California, a private person, and all subsidiaries and agents thereof; cxxxxvii. City of Jacksonville, Florida, a private person, and all subsidiaries and agents thereof; cxxxxviii. City of Tallahassee, Florida, a private person, and all subsidiaries and agents thereof; cxxxix. City of Los Angeles, California, a private person, and all subsidiaries and agents thereof; cL. State of California, a private person, and all subsidiaries and agents thereof; cLi. State of Florida, a private person, and all subsidiaries and agents thereof; cLii. United States Post Office, a private person, and all subsidiaries and agents thereof; cLiii. Social Security Administration, a private person, and all subsidiaries and agents thereof; cLiv. California Department of Motor Vehicles, a private person, and all subsidiaries and agents thereof; cLv. Los Angeles County Jail, a private person, and all subsidiaries and agents thereof; cLvi. Metropolitan Detention Center Los Angeles California, a private person, and all subsidiaries and agents thereof;

respondent(s) / libelee(s) / propounder(s) [con't]
_____/

## Universal and International Humanitarian Replevin Bond



Case 3:17-cv-00881-TJC-JBT   Document 1-4   Filed 08/01/17   Page 57 of 159 PageID 566





## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

(continued[con't])

CLVII. **John E. Good Detention Center (Duval County Jail)**, a private person, and all subsidiaries and agents thereof; CLVIII. **Baker County Detention Center**, a private person, and all subsidiaries and agents thereof; CLIX. **Los Angeles Police Department**, a private person, and all subsidiaries and agents thereof; CLX. **Los Angeles County Sheriff's Department**, a private person, and all subsidiaries and agents thereof; CLXI. **California Highway Patrol**, a private person, and all subsidiaries and agents thereof; CLXII. **Florida Department of Law Enforcement**, a private person, and all subsidiaries and agents thereof; CLXIII. **Jacksonville Sheriff's Office**, a private person, and all subsidiaries and agents thereof; CLXIV. **Leon County Sheriff's Office**, a private person, and all subsidiaries and agents thereof; CLXV. **Baker County Sheriff's Office**, a private person, and all subsidiaries and agents thereof; CLXVI. **U.S. Department of Transportation**, a private person, and all subsidiaries and agents thereof; CLXVII. **District of Columbia Municipal Corporation**, a private person, and all subsidiaries and agents thereof; CLXVIII. **United States Corporation Company**, a private person, and all subsidiaries and agents thereof; CLXIX. **Florida Department of Highway Safety and Motor Vehicles**, a private person, and all subsidiaries and agents thereof; CLXX. **Florida Highway Patrol**, a private person, and all subsidiaries and agents thereof; CLXXI. **Leon County Jail**, a private person, and all subsidiaries and agents thereof; CLXXII. **FCI Coleman Medium**, a private person, and all subsidiaries and agents thereof; CLXXIII. **BI Incorporated**, a private person, and all subsidiaries and agents thereof; CLXXIV. **U.S. Marshals Service**, a private person, and all subsidiaries and agents thereof; CLXXV. **U.S. Probation and Pretrial Services**, a private person, and all subsidiaries and agents thereof; CLXXVI. **U.S. Attorney's Office**, a private person, and all subsidiaries and agents thereof; CLXXVII. **U.S. Department of Justice**, a private person, and all subsidiaries and agents thereof; CLXXVIII. **Federal Bureau of Prisons**, a private person, and all subsidiaries and agents thereof; CLXXIX. **Palmetto Surety Corporation**, a private person, and all subsidiaries and agents thereof; CLXXX. **Danzy Bail Bonds**, a private person, and all subsidiaries and agents thereof; CLXXXI. **Off the Chain Bail Bonds, Inc.**, a private person, and all subsidiaries and agents thereof;

respondent(s) / libelee(s) / propounder(s);

## Universal and International Humanitarian Replevin Bond



  

# Universal and International Humanitarian Replevin Bond

1. TO ALL PARTIES AND TO THEIR CONSUL(S) OF RECORD TAKE NOTICE that **On the Record and for the Record**, present is Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land; In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], AAMARU©™® Alien Religious Consul Association, a people of Our state and of sound firm mind; Competent by Conduct and Virtue for Moral Integrity and Upright Character, Honor, Fidelity, Respect, Courage, Temperance, Faith, Hope, Wisdom, Will, Love, Truth, Peace, Freedom, Justice, Prudence, Humility, and Service, guided only by Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, Property, Family, Natural Environment, and Cultural Heritage.

2. One, the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], AAMARU©™® Alien Religious Consul Association, hereinafter, "declarant," rises and gives honor and recognition to The Holy Koran Circle 7, The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A)and all annexes thereto, The Holy Qur'an, The Great Law of Peace, The Iroquois Constitution, The American Declaration of Independence (1776), The Treaty of Peace and Friendship (1787), The Madrid Convention on Protection in Morocco (July 3, 1880), Articles of united states for America Organic Constitution (1787), Bill of Rights of united states for America Organic Constitution (1787), The Universal Declaration on Human Rights (1948), The American Declaration of the Rights and Duties of Man (1948) inclusive without limitation all annexes



thereto, The United Nations Declaration of the Rights of the Child (1959), The Universal Declaration on the Rights of Indigenous Peoples (2006), The International Proclamation for the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®](2016), The International Resolution For Competence By Conduct and Virtue — Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016), United Nations General Assembly Declaration on the Granting of Independence to Colonial Countries (Countees) and Peoples 1514 (XV) 947th Plenary Meeting (14 December 1960), the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, inclusive without limitation of all annexes thereto.


3. The declarant is General Executor / Caveator-Creditor by testamentary style trust conveyancing of **Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 674-680), TAQUAN RASHIE GULLETT©™® Estate** Authenticated Birth Certificate, Registered Copyright, Registered Trademark (united states for America Post Office No. RE246590423US), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000018576), Registered Surety Bond with Collateral (EL 156253975 US), Fiduciary Appointment Contract (EL 156253975 US), **Taquan Rashie Gullett©™® Estate** Allodial Cost Schedule 16-2017-CA-2142 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc #2017082163, OR BK 17940, Page 1662), Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-7228787860, California UCC 10-7253610631, California UCC 13-7375042214, California UCC 13-73750423, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01), over all alphabetical and/or numerical derivations and/or variations of TAQUAN RASHIE GULLETT©™® Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto.



RD 917 549 140 US
RD 917 549 153 US

4. The declarant is General Executrix / Caveatrix-Creditor by testamentary style trust conveyancing of Caveat: **Declaration of Final Default Judgment 16-2017-CP-1020** [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814), SYTERIA LAWRENCE©™® Estate Authenticated Birth Certificate, Registered Copyright, Registered Trademark (Copyright Deposit No. 0031755); Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000000753); Registered Surety Bond with Collateral (3:15-00016), Fiduciary Appointment Contract (3:15-00016), Syteria Lawrence©™® Estate Allodial Cost Schedule 16-2017-CA-2144 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc #2017082126, OR BK 17940, Page 1509), Paramount Security Interest Holder (Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01, Duval County Recorder UCC Filing # 2015153501, Duval County Recorder UCC Filing # 2015185625), over all alphabetical and/or numerical derivations and/or variations of SYTERIA LAWRENCE©™® Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto.

5. The declarant is AAMARU©™® Alien Religious Consul Association by testamentary style trust conveyancing of **Affidavit of Alien Religious Consul Association (see Notice of Trust: Declaration of Taquan Rashie Gullett©™® Estate 16-2017-CP-1286 [RB 917 549 140 US]** / Declaration of Syteria Lawrence Estate©™® 16-2017-CP-1287 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017133137, OR BK 18009, Pages 978-986) / (Registrar (Probate Court) Recorder Doc # 2017133130, OR BK 18009, Pages 922-930).

6. On or about the Nineteenth Day of the Fourth Month 1437 [G.C.Y. 2017 – April, 19], in their 7-1 precedent ruling on *Nelson v. Colorado* (No. 15-1256), the Supreme Court of the United States defended and reaffirmed a people's constitutionally protected Natural right and Human right to due process of law in filing a civil claim for a redress of grievances stemming from wrongful acts committed by the prosecution, judge, and the court in an (alleged) civil or (alleged) criminal matter.



7. The declarant does proffer and prefer unrebutted evidence of fraud committed in the attempted procurement of jurisdiction; fraud upon the court; violation of rules, procedures, laws, and the customary standard of international law; trespass; *ultra vires* acts; *de son tort* acts in escheatment and reversion of estates and hereditaments; piracy, privateering, genocide, kidnapping, involuntary servitude, peonage, slavery, trafficking in persons , and acts of terrorism, constituting multiple infringements of declarant's constitutionally protected Natural rights and Human rights and Grave Breaches of the Fundamental Guarantees of the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, and all annexes thereto. (see **Caveat: Declaration of Final Default Judgment 16-2017-CP-1025** [RB 917 549 140 US] **Registrar (Probate Court) / Recorder Doc # 2017104658, OR BK 17971, Pages 674-680** and all annexes thereto) (see **Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance** [RB 917 549 140 US] **Registrar (Probate Court) Recorder Doc # 2017133137, OR BK 18009, Pages 987-997, 4th Judicial Circuit Duval County 16-2017-CA-2142, 1st DCA Appeal 1D17-1699, 1st DCA Appeal 1D17-1851, and all annexes thereto); (see Caveat: Declaration of Final Default Judgment 16-2017-CP-102** [RB 917 549 153 US] **(Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814** and all annexes thereto) (see **Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance** [RB 917 549 153 US] **(Registrar (Probate Court) Recorder Doc # 2017133130, OR BK 18009, Pages 931-941), 4th Judicial Circuit Duval County 16-2017-CA-2144, 1st DCA Appeal 1D17-1538, 1st DCA Appeal 1D17-1852,** and all annexes thereto)(see **Declaration To Produce Original Documents and Interrogatories** (alleged transfer bond forfeiture or contract **2015CF3444A**) [RB 917 549 153 US]; see **Notice of Default and Estoppel** (alleged transfer bond forfeiture or contract **2015CF3444A**) [RB 917 549 153 US]). <u>On the Record and for the Record, All Sheriffs, Chiefs, Consuls, and Constitutionally Delegated Authorities of record are fully bonded, insured, underwritten, and indemnified to immediately, speedily, and expeditiously provide assistance of maximum maintenance, maximum cure, and maximum remedy.</u>



8. As such, declarant does hereby reserve all Natural rights, all Human rights, and in accord with the International (Transnational) Law of Peace and the International (Transnational) Law of War, the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute* and all annexes thereto, as well as Florida Statutes 2.01(Common Law and certain statutes declared in force), Florida Statutes 78.068, *Mitchell v. W.T. Grant Co.*, 416 U.S. 600 (1974), *Gazil, Inc. v. Super Food Services, Inc.* 356 So. 2d 312 (Fla. 1978), *McMurrian v. Fason*, 573 So. 2d 915 (Fla. 1st DCA 1991), *Landmark First National Bank of Fort Lauderdale v. Beach Bait and Tackle Shop, Inc.*, 449 So. 2d 1287 (Fla. 4th DCA 1984), *Waite Aircrafts Corp. v. Ford Motor Credit Company*, 430 So. 2d 1003 (Fla. 4th DCA 1983), and *Transtar Corporation v. Intex Recreation Corp.*, 570 So. 2d 366 (Fla. 4th DCA 1990), herein is an **Affidavit of Obligation: Universal and International Humanitarian Replevin Bond** in support of an **Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action.** Annexed and appended hereto in full are Taquan Rashie Gullett©™® Estate, Syteria Lawrence Estate©™®, AAMARU©™® Alien Religious Consul Association, and AAMARU©™® *Estados Union Ea Al Maurikanos* Rights, Titles, and Interests Perfected: Declarant's Replevin Bond 16-2017-CA-2142 / 16-2017-CA-2144 **Accepted** and **Approved** on or about [G.C.Y. 2017 – April, 4] for the Natural Rights, and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, and all annexes thereto:

- *Law of Peace*, Volume 1," Headquarters, Department of the Army, September 1979 page 1-1) [hereinafter cited as "*Law of Peace*"].

- *Law of War Manual* – Department of Defense Directive 2310.0E; *DoD Law of War Program* ¶5.1.4 (2006) [hereinafter cited as "*Law of War*"]



9. Declarant does affirm, On the Record and For the Record, that declarant will prosecute declarant's claims with effect and without delay, and return the property to respondent(s) / libelee(s) / propounder(s) if return be awarded, or deliver the property to a third-party intervener if it is found that the property belongs to said third-party intervener, and keep harmless the Sheriffs, Chiefs, Consuls, and any Constitutionally Delegated Authorities of record in replevying the property, and remit all costs and damages occasioned by wrongful suing out the Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin or Alias or Pluries writs.

10. The obligation of this bond is in full accord with all Natural rights, all Human rights, International (Transnational) Law of Peace, International (Transnational) Law of War, International (Transnational) Humanitarian Law, the Hague Conventions, the Geneva Conventions, the Inter-American Conventions, the Rome Statute and all annexes thereto.

Respectfully and In Honor,



  

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
## IN AND FOR DUVAL COUNTY, FLORIDA

Taquan Rahshe Gullett-El,
          Petitioner,

v.

Kim Lee Watson, a private person,
Jim Haskett, a private person,
Patrick Sheridan, a private person,
Jorge L. Pastrana, a private person,
Larry Brown, a private person,
Arnold B. Corsmeier, a private person,
Patricia D. Barksdale, a private person,
Paul Shorstein, a private person,
Sam Hernandez, a private person,
Andrew Cowan, a private person,
Kim Cassulo, a private person,
Christina A. Snyder, a private person,
Jaqueline Chooljian, a private person,
Suzanne H. Segal, a private person,
Julian L. Andre, a private person,
Eddie Jauregui, a private person,
Cathy Ostiller, a private person,
Terri Nafisi, a private person,
Moriah Radin, a private person,
Lilliana Coronado, a private person,
Brad Cooper, a private person,
Thomas R. Kane, a private person,
FCI Coleman Medium, a privately held company, and all subsidiaries and agents thereof,
BI Incorporated, a privately held company, and all subsidiaries and agents thereof,
U.S. Marshals Service, a privately held company, and all subsidiaries and agents thereof,
U.S. Probation and Pretrial Services, a privately held company, and all subsidiaries and agents thereof,
U.S. Attorney's Office, a privately held company, and all subsidiaries and agents thereof,
U.S. Department of Justice, a privately held company, and all subsidiaries and agents thereof,
Federal Bureau of Prisons, a privately held company, and all subsidiaries and agents thereof,
          respondent(s).

**AFFIDAVIT OF FACT**

**Registered Mail # RB 917 549 140 US**

**Case Number: 16-2017-CA-2142**

**Division: CV-B**

> **FILED**
>
> APR 0 4 2017
>
> *[signature]*
> CLERK CIRCUIT COURT

# **Declarant's Replevin Bond**

# **Declarant's Replevin Bond**

On _____, 20_____, declarant sued out a Writ of Personal Replevin in the above-captioned proceeding against respondent(s) for recovery of property described in the writ.

We jointly and severally bind ourselves to _____ (Sheriff, Constable, or other Officer) of Duval County, Florida, that the declarant will prosecute his / her suit with effect and without delay, and return the property to respondent(s) if return be awarded, or deliver the property to an intervening petitioner if it is found that the property belongs to him / her, and keep harmless the Sheriff, Constable, or other Officer in replevying the property, and pay all costs and damages occasioned by wrongful suing out of the Writ of Personal Replevin or Alias or Pluries writs.

The obligation of this bond is limited to $ Twenty (20) united states for America pre-1933 issue Peace Dollar Silver Coins .900 fine for up to any amount of fiat private commercial paper without exception

*see annexed Silver Surety Bond pg 17, paragraph 23

* See annexed UCC-1 Financing Statement 10-7228787860
    Security Agreement Indemnity Bond pgs 9 + 10

* See annexed UCC-1 Financing Statement 2014-2695084-41.01
    Security Agreement Indemnity Bond pgs 9 + 10

_____
As Principal

_____
As Surety

By_____

By_____

Approved:

_____, 20_____

_____
Sheriff or other Officer

Name
Address

Telephone

TAKEN AND APPROVED THIS
04 DAY OF Apr 20 17
RONNIE FUSSELL
CLERK OF CIRCUIT COURT
BY: Hailey Brown
DEPUTY CLERK

RB 917 549 140 US

# Verification

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood Natural Man of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent, Original Autochthonous American Moor National Republican Government Style and Form, do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[*State v. Shearer*, 617 So.2d (Fla. App. 5 Dist. 1993)]

**This Affidavit is dated the Fourth Day of the Fourth Month**
**in the Year of Our Universal Allah (All-Law)**
**Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – April 4]**

In Honor.



I am: _Maalik Taquan Rahshe Gullett-El Autochthonous American Moor National_

**Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood**
**Jus Sanguinis, Natural Man of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent**
**Original Autochthonous American Moor National Government Style and Form**
**c/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state**
**Timucuan Al Andalusia Northwest Amexem**

Witness 1) _Rahshe Gullett-El (Kinah-El) Original Autochthonous American Moor National_

Witness 2: _____

**STATE OF FLORIDA   )**
                         )          **ss.**
**COUNTY OF DUVAL   )**

# Notary Jurat

**Duval county, de jure**                                    )
                                                             )
**Florida state, de jure**                                   }     **ss.**          **Asservation**
                                                             )
**united states for America, Al Andalusia Northwest Amexem**  )

Before me, a duly appointed Notarial Officer, this __4th__ day of __April__ 2017, does present one Taquan Rahshe Gullett-El, being known to me to be of legal age, competent to testify, and who does in my presence, set his hand hereto and he does establish this Declarant's Replevin Bond freely and without coercion, attested by Notary Jurat, in Witness whereof I set my sign and seal.

Affirmed to (or sworn) and subscribed before me this __4th__ day of __April__ 2017, by Personally Known __✓__
                                                                              or Produced Identification____
Type of Identification Produced_____

BEATRICE RENEE' SCANTLING
MY COMMISSION # GG005810
EXPIRES June 27, 2020
(407) 398-0153    FloridaNotaryService.com

_Beatrice R Scantling_

_BEATRICE R. SCANTLING_
Print, Type, or Stamp Name of Notary

_JUNE 27 2020_
My Commission Expires

RB 917 549 140 US

Taquan Rahshe Gullett-El, In Propria Persona
TAQUAN RASHIE GULLETT©®ESTATE
c/o 422 East 27th Street
Jacksonville Florida state

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

**EL156253975US**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AFFIDAVIT OF FACT** |
| Libelee(s) | **under Notary Seal** |
| | |
| vs. | EL 156253975 US |
| | A SECURITY – 15 U.S.C. |
| Taquan Rahshe Gullett-El, | U.S. SEC TRACER FLAG |
| In Propria Persona, | NOT A POINT OF LAW |
| Claimant(s) (Libelant(s)), | |
| | **Claim No. 2:14-cr-00725-CAS** |
| | |
| | **Judge Christina Snyder** |

## SURETY BOND WITH COLLATERAL, SUPERSEDEAS SURETY BOND, MANDATORY JUDICIAL NOTICE, JUDICIAL NOTICE of ACT OF SURETY, JUDICIAL NOTICE of SILVER BOND, JUDICIAL NOTICE of FIDUCIARY APPOINTMENT, and JUDICIAL NOTICE of MARITIME LIEN & INVOICE

1. THANK YOU for observing **JUDICIAL NOTICE** pursuant to **Hague Conference on Private International Law: Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters** (15 November 1965), **Apostille Convention Abolishing the Requirement of Legislation for Foreign Public Documents** (5 October 1961), **Convention on International Access To Justice** (25 October 1980), **Convention on Choice of Court Agreements** (30 June 2005), **Convention on the Law Applicable To Trusts and On Their Recognition** (1 July 1985), and **Principles on Choice of Law Applicable To Certain Rights in Respect of Securities Held with an Intermediary** (5 July 2006): pursuant to **18 U.S.C. § 1514**; pursuant to **18 U.S.C. § 1514A**, pursuant to **10 U.S.C. § 7657**, pursuant to **10 U.S.C. § 7658**, pursuant to **10 U.S.C. § 7660**, pursuant to **10 U.S.C. § 7662**, pursuant to **10 U.S.C. § 7664**, pursuant to **10 U.S.C. § 7669**, and pursuant to **Federal Rules of Evidence "F.R.Ev." Rule 201**: Taquan Rahshe Gullett-El Living Flesh and Blood Competent Man, In Propria Persona, Native American National, Registered Copyright Owner, Registered Trademark Owner

(united states for America Post Office No. RE246590423US), Registered Fictitious Business Name Owner (Florida Department of State No. G15000018576), Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-7225252349, California UCC 10-7253610631, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01) over TAQUAN RASHIE GULLETT©℗, united states for America Organic Constitution (1787) Beneficiary, Treaty of Peace and Friendship (1787) Beneficiary; I am an Israelite, I am an Heir to the Talmud as it is written, not a Goyim, hereinafter, "Claimant," does hereby state as follows:

### MANDATORY JUDICIAL NOTICE

2. **JUDICIAL NOTICE (F.R.Ev." 201):** Pursuant to **Federal Rules of Evidence (F.R.E.) Rule 201**, pursuant to **18 U.S.C. § 1514;** pursuant to **18 U.S.C. § 1514A** , pursuant to Human Rights, Constitutional Rights, and Civil Liberties guaranteed to Native American People in the Bill of Rights for the **united states for America Organic Constitution (1787)**, as well as those secured in the **original Organic Constitution for Florida state**, and the **original Organic Constitution for California state**, and pursuant to the mandates of Article III of the united states for America Organic Constitution (1787), this court is now a Judicial proceeding, and not an administrative tribunal. In *Downs v. Bidwell*, 182 U.S. 244 (1901), the Supreme Court of the United States ruled:

> "It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgment in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution."

Further, in *Boyd v. United*, 116 U.S. 616 at 635 (1885) Justice Bradley stated:

> "It may be that it is the obnoxious thing in its mildest form; but illegitimate and unconstitutional practices get their first footing in that way; namely, by silent approaches and slight deviations from legal modes of procedure. This can only be obviated by adhering to the rule that constitutional provisions for the security of persons and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the Courts to be watchful for the Constitutional Rights of the [People], and against any stealthy encroachments thereon. Their motto should be Obsta Principiis."

Still further, the Supreme Court declared in *Perry v. United States*, 294 U.S. 330, 358:

> "I do not understand the government to contend that it is any less bound by the obligation than a private individual would be..."

> "It is not the function of our government to keep the [People] from falling into error; it is the function of the [People] to keep the government from falling into error."

3. **JUDICIAL NOTICE (F.R.Ev." 201):** Claimant is a natural born Living Flesh and Blood Competent Man, In Propria Persona, Native American, who retains full Constitutional Rights, Contractual Rights, and Civil Liberties and enjoys the benefits thereof, and hereby does state that in contrast to *discretionary* judicial notice, *mandatory* judicial notice leaves no room, whatsoever, for discretion on the part of this Honorable Court, to disregard this Judicial Notice, pursuant to the presiding judge's oath and constitutionally mandated duties thereunder. (see *U.S. v. Lee*, 106 U.S. 196, 220 1 S. Ct. 240, 261, 27 L. Ed 171 (1882)):

> "No man in this country is so high that he is above the law. No officer of the law may set that law at defiance, with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law and bound to obey it."

> "It is the only supreme power in our system of government, and every man who, by accepting office participates in its functions, is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes on the exercise of the authority which it gives."

4. **JUDICIAL NOTICE (F.R.Ev." 201):** FAIR WARNING, NOT AS A THREAT, but NOTICE, pursuant to *United States v. Lanier* on certiorari No. 95-1717, is hereby given to each member of the opposition, and to all officers of the Court. In addition, see *Scheur v. Rhodes*, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974) in which the Supreme Court stated that:

> "When a State officer acts under a State law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."

See, also *Cooper v. Aaron*, 358 U.S. 1, 78 S. Ct. 1401 (1958), in which the U.S. Supreme Court stated that:

"No State legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". (see also *In Re Sawyer*, 124 U.S. 200 (188); *U.S. v. Will*, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); *Cohens v. Virginia*, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821)).

**JUDICIAL NOTICE (F.R.Ev." 201):** Any judge who does not comply with their oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. Said judge is engaged in acts of treason.

## JUDICIAL NOTICE OF ACT OF SURETY AND SILVER BOND as SURETY BOND WITH COLLATERAL and SUPERSEDEAS SURETY BOND

5. **JUDICIAL NOTICE (F.R.Ev." 201):** KNOW ALL BY THESE PRESENTS do constitute a Judicial Notice of Act of Surety and Silver Bond as Surety Bond with Collateral and Supersedeas Surety Bond, Mandatory Judicial Notice, Judicial Notice of Fiduciary Appointment, and Judicial Notice of Maritime Lien & Invoice under Seal; WHEREAS, only fiat private commercial paper exists in circulation for the discharge of debt: and WHEREAS, only Lawful money exists in gold and silver Coin for a Tender in Payment of Debts by Article 1, Section 10 united states for America Organic Constitution (1787).

6. **JUDICIAL NOTICE (F.R.Ev." 201):** NOW presents Claimant, the undersigned Creditor/Settlor being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the herein-listed Account Holders and Accounts, does by necessity hereby issue this Judicial Notice of Act of Surety and Silver Bond as Surety Bond with Collateral and Supersedeas Surety Bond, Mandatory Judicial Notice, Judicial Notice of Fiduciary Appointment, and Judicial Notice of Maritime Lien & Invoice under Seal to wit: In Claimant's rightful Living Flesh and Blood Competent Man, In Propria Persona, Native American National, Registered Copyright Owner, Registered Trademark Owner (united states for America Post Office No. RE246590423US), Registered Fictitious Business Name Owner (Florida Department of State No. G15000018576), Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-7225252349, California UCC 10-7253610631, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01) over TAQUAN RASHIE GULLETT©®, united states for America Organic Constitution (1787) Beneficiary, and Treaty of Peace and Friendship (1787) Beneficiary status. Claimant, the Creditor, does hereby knowingly and with full disclosure hold, bind, and obligate, jointly and severally, by the annexed hereto in full ACT OF SURETY AND SILVER

BOND under Seal instrument as surety in the amount of twenty (20) dollars in Lawful silver coinage, twenty (20) united states for America, pre-1933 issue Peace Dollar Coins .900 fine, minted by the American Treasury, Lawful united states for America organic Constitution (1787) Coin, Lawful money of account for the united states for America in the matter of correct public judicial actions in the forum of Original Rules, Original Jurisdiction, for the benefit and credit of the peculiar party Taquan Rahshe Gullett-El over TAQUAN RASHIE GULLETT©®, and for all of the following-noted Account Holders and Accounts, each severally, including, without limitation:

- o   Taquan Rahshe Gullett-El Living Flesh and Blood Competent Man, united states for America Organic Constitution (1787) Beneficiary, Treaty of Peace and Friendship (1787) Beneficiary, In Propria Persona, Native American National, Registered Copyright Owner, Registered Trademark Owner (united states for America Post Office No. RE246590423US), Registered Fictitious Business Name Owner (Florida Department of State No. G15000018576), Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-7225252349, California UCC 10-7253610631, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01) over TAQUAN RASHIE GULLETT©®; and

- o   United States District Court for the Central District of California Judge Christina A. Snyder; and

- o   United States District Court for the Central District of California Clerk of Court Kiry Gray; and

- o   United States District Court for the Central District of California Claim No. 2:14-cr-00725-CAS; and

- o   California Secretary of State Deputy Officer Notary Public Kerri Palitang; and

- o   Assistant United States Attorney Julian Lucian Andre; and

- o   Archdiocese of Los Angeles Most Reverend Jose H. Gomez; and

- o   Archdiocese of St. Augustine Catholic Center Bishop Felipe J. Estevez; and

- o   Archdiocese of Miami Archbishop Thomas Wenski; and

- o   Archdiocese of Washington D.C. His Eminence Donald Cardinal Wuerl; and

- o   Provost Marshal General Mark S. Inch; and

- o   Chairman Joint Chiefs of Staff General Joseph F. Dunford, Jr.; and

- o   His Holiness Pope Francis; and

- o   United States Department of Justice Principal Deputy Assistant Attorney General Benjamin C. Mizer; and

- o   United States Department of Justice Director Robert E. Kirschman, Jr.; and

- o   United States Department of Justice Assistant Director Allison Kidd-Miller; and

- o   United States Court of Federal Claims Senior Judge Nancy B. Firestone; and

o   United States District Court for the Central District of California Magistrate Judge Jaqueline Chooljian; and

o   Assistant United States Attorney Cathy J. Ostiller; and

o   Assistant United States Attorney Eddie A. Jauregui; and

o   Assistant United States Attorney Blaine Ginroku Saito; and

o   Assistant United States Attorney Diana L. Pauli; and

o   Federal Public Defender Hillary Petachiner; and

o   Deputy Federal Public Defender Moriah S. Radin; and

o   Deputy Federal Public Defender Lilliana Coronado; and

o   Private Attorney Andrew S. Cowan; and

o   Former Internal Revenue Service (IRS) Commissioner Douglas Shulman; and

o   IRS Operations Manager Input Correction Agent Barbara B. Gourley; and

o   Internal Revenue Service Agent Maureen Green; and

o   Internal Revenue Service Agent Michael W. Cox; and

o   Treasury Inspector General for Tax Administration (TIGTA) Inspector General J. Russell George; and

o   Treasury Inspector General for Tax Administration (TIGTA) Agent Jeffrey Cagnacci; and

o   Treasury Inspector General for Tax Administration (TIGTA) Agent Brandon Knarr; and

o   Treasury Inspector General for Tax Administration (TIGTA) Agent Patricia Mazon; and

o   United States District Court for the Central District of California Clerk Terri Nafisi; and

o   United States District Court for the Central District of California Case No. 2:14-cr-00725-CAS; and

o   United States District Court for the Central District of California Case No. 2:15-cv-03552-CAS; and

o   United States Court of Appeals for the Ninth Circuit Judge William A. Fletcher; and

o   United States Court of Appeals for the Ninth Circuit Judge N. Randy Smith; and

o   United States Court of Appeals for the Ninth Circuit Judge John B. Owens; and

o   United States Court of Appeals for the Ninth Circuit Appeal No. 15-56378; and

o   United States Court of Appeals for the Ninth Circuit Chief Judge Sidney Runyan Thomas; and

o   United States Court of Appeals for the Ninth Circuit Judicial Misconduct Complaint No. 15-90132; and

o   United States District Court for the Middle District of Florida Judge Timothy J. Corrigan; and

o   United States District Court for the Middle District of Florida Magistrate Judge Monty C. Richardson; and

o   United States District Court for the Middle District of Florida Magistrate Judge Patricia D. Barksdale; and

o   Assistant United States Attorney Arnold B. Corsmeier; and

o   United States District Court for the Middle District of Florida Clerk Sheryl Loesch; and

o   United States District Court for the Middle District of Florida Pretrial Services Officer Jim Haskett; and

o   United States District Court for the Middle District of Florida Pretrial Services Officer Patrick Sheridan; and

o   United States District Court for the Middle District of Florida Pretrial Services Officer Kim Lee Watson; and

o   Private Attorney Paul Shortstein; and Office of Enforcement Operations Director  Monique Perez Roth; and

o   United States Deputy Marshal Larry Brown; and

o   United States District Court for the Middle District of Florida Case No. 3:15-mj-01020-PDB-1; and

o   United States District Court for the Middle District of Florida Case No. 3:16-cv-249-J-32MCR; and

o   United States District Court for the District of Columbia Judge Emmet G. Sullivan; and

o   United States District Court for the District of Columbia Magistrate Judge G. Michael Harvey; and

o   United States Attorney Michael J. Martineau; and

o   United States District Court for the District of Columbia Case No. 1:15-cv-00652-EGS-GMH; and

o   California Attorney General Kamala Harris; and

o   Florida Attorney General Pam Bondi; and

o   Florida Insurance Commissioner David Altmaier; and

o   California Insurance Commissioner Dave Jones; and

o   District of Columbia Department of Insurance, Securities, and Banking Commissioner Stephen C. Taylor; and

o   District of Columbia Department of Insurance, Securities, and Banking Acting General Counsel J. Carl Wilson; and

o   United States Department of Justice Office of Professional Responsibility Counsel Robin C. Ashton; and

o   United States Office of Special Counsel Carolyn Lerner; and

o   United States Department of Justice Office of the Inspector General Michael E. Horowitz; and

o   Former United States Attorney General Eric Holder; and

o   United States Attorney General Loretta Lynch; and

o   UNITED STATES ARMY; and

Affidavit of Fact under Notary Seal - SURETY BOND WITH COLLATERAL, SUPERSEDEAS SURETY BOND, MANDATORY JUDICIAL NOTICE, JUDICIAL NOTICE of
ACT OF SURETY, JUDICIAL NOTICE of SILVER BOND, JUDICIAL NOTICE of FIDUCIARY APPOINTMENT, and JUDICIAL NOTICE of MARITIME LIEN & INVOICE
7 of 21                                                      EL 156253975 US

- o UNITED STATES NAVY; and

- o UNITED STATES AIR FORCE; and

- o UNITED STATES DEPARTMENT OF JUSTICE; and

- o UNITED STATES ATTORNEY'S OFFICE; and

- o UNITED STATES MARSHALS SERVICE; and

- o CALIFORNIA STATE ATTORNEY'S OFFICE;

- o FLORIDA STATE ATTORNEY'S OFFICE; and

- o JACKSONVILLE SHERIFF'S OFFICE; and

- o LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; and

- o STATE BAR ASSOCIATION OF FLORIDA; and

- o STATE BAR ASSOCIATION OF WASHINGTON D. C.; and

- o COUNTY OF LOS ANGELES and all subdivisions and agents thereof; and

- o COUNTY OF DUVAL and all subdivisions and agents thereof; and

- o STATE OF FLORIDA and all subdivisions and agents thereof; and

- o WASHINGTON, DISTRICT OF COLUMBIA and all subdivisions and agents thereof; and

- o DISTRICT OF COLUMBIA MUNICIPAL CORPORATION and all subdivisions and agents thereof; and

- o LEGAL SERVICES CORPORATION SYSTEMS and all subdivisions and agents thereof; and

- o CORPORATION SERVICE COMPANY and all subdivisions and agents thereof; and

- o PRENTICE HALL CORPORATION SYSTEM, INC. and all subdivisions and agents thereof; and

- o UNITED STATES CORPORATION COMPANY and all subdivisions and agents thereof; and

- o UNITED STATES and all subdivisions and agents thereof; each severally;

for up to any amount of fiat private commercial paper for insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of the annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument (jointly and severally "Liabilities"), thereby

Affidavit of Fact under Notary Seal - SURETY BOND WITH COLLATERAL, SUPERSEDEAS SURETY BOND, MANDATORY JUDICIAL NOTICE, JUDICIAL NOTICE of
ACT OF SURETY, JUDICIAL NOTICE of SILVER BOND, JUDICIAL NOTICE of FIDUCIARY APPOINTMENT, and JUDICIAL NOTICE of MARITIME LIEN & INVOICE
8 of 21
EL 156253975 US

honorably discharging and vacating all such obligations until the sum or the term of the annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument is exhausted.

7.  **JUDICIAL NOTICE (F.R.Ev." 201):** Receipt of this annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument does constitute Fiduciary's acknowledgement, understanding, consent, acceptance, and agreement to honor these instruments. The Fiduciary shall have three (3) days from the date of mailing of this annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument for rebuttal, point-for-point, with supporting evidence to the contrary, signed under penalty of perjury, mailed by Certified Mail at the exact, mailing location shown below. The Fiduciary's failure to rebut this Affidavit of Fact under Notary Seal Judicial Notice and annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument, point-for-point, with supporting evidence to the contrary, signed under penalty of perjury, mailed by Certified Mail at the exact, mailing location shown below within the time stated above, does constitute the Fiduciary's acceptance of this Affidavit of Fact under Notary Seal Judicial Notice and annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument, and the Fiduciary's agreement to honor these Instruments, and the Fiduciary's agreement to set-off all associated transactions and claims submitted by the Principal/Creditor/Claimant/Settlor, as they occur, in full accord with Public Law, Public Policy, and the terms, conditions, and stipulations contained herein. Failure to rebut this Affidavit of Fact under Notary Seal, Judicial Notice, and annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument does constitute and stipulate Fiduciary's acknowledgement, understanding, consent, acceptance, and agreement to honor these instruments.

## ACT OF SURETY AND SILVER BOND as SURETY BOND WITH COLLATERAL

8.  **JUDICIAL NOTICE (F.R.Ev." 201):** Claimant has commenced an action in the United States Court of Federal Claims No. 1:16-cv-00541-NBF against Libelees and has filed an Affidavit of Fact for a Temporary Restraining Order and Preliminary Injunction against Libelees, enjoining and restraining Libelees, as well as Libelees' agents, officers, employees, successors, and assigns, from the commission of certain acts, particularly set forth and described in Claimant's Complaint of Libel For Enforcement of Civil Contracts in Admiralty and Affidavit of Fact for Temporary Restraining Order and Preliminary Injunction as well as the annexed hereto in full.

Affidavit of Fact under Notary Seal - SURETY BOND WITH COLLATERAL, SUPERSEDEAS SURETY BOND, MANDATORY JUDICIAL NOTICE, JUDICIAL NOTICE of ACT OF SURETY, JUDICIAL NOTICE of SILVER BOND, JUDICIAL NOTICE of FIDUCIARY APPOINTMENT, and JUDICIAL NOTICE of MARITIME LIEN & INVOICE

9 of 21                                                                                              EL 156253975 US

Pursuant to Rules of United States Court of Federal Claims (R.C.F.C.) Rule 65(c), Rule 65.1, and Rule 83(b), as well as, Federal Rules of Civil Procedure (F.R.C.P.) Rule 65(c), 28 U.S.C. § 2503, and 28 U.S.C. Appendix General Order 41, pursuant to 18 U.S.C. § 1514; pursuant to 18 U.S.C. § 1514A, pursuant to 10 U.S.C. § 7657, pursuant to 10 U.S.C. § 7658, pursuant to 10 U.S.C. § 7660, pursuant to 10 U.S.C. § 7662, pursuant to 10 U.S.C. § 7664, pursuant to 10 U.S.C. § 7669, Claimant does hereby pledge an undertaking of the annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument as Surety Bond with Collateral in the amount of twenty (20) dollars in Lawful silver coinage, twenty (20) united states for America, pre-1933 issue Peace Dollar Coins .900 fine, minted by the American Treasury, Lawful united states for America organic Constitution (1787) Coin, Lawful money of account for the united states for America in the matter of correct public judicial actions in the forum of Original Rules, Original Jurisdiction.

9. **JUDICIAL NOTICE (F.R.Ev." 201):** Claimant does hereby deposit with the Clerk of Court for the United States District Court for the Central District of California Western Division this Surety Bond with Collateral pledge as full faith and credit guarantee, to any Lawful Bill, duly presented under Penalty of Perjury, under Seal, in Lawful money of account of the united states for America, for up to any amount of fiat private commercial paper for insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, True Bills, obligations of contract or performance, defaults, charges, stays, restraining orders, injunctions, appeals, and any and all other obligations as may exist or come to exist during the term of the annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument (jointly and severally "Liabilities"), thereby honorably discharging and vacating all such obligations until the sum or the term of the annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument is exhausted up to and including the maximum amount of this Surety Bond with Collateral pledge.

## ACT OF SURETY AND SILVER BOND as SUPERSEDEAS SURETY BOND

10. **JUDICIAL NOTICE (F.R.Ev." 201):** In the event that Claimant does file a timely Notice of Appeal to any order or judgment of the United States District Court for the Central District of California Western Division or to the United States Court of Appeals for the Ninth Circuit and intends to compel suspension of enforcement of the order or judgment pending determination of the appeal, Claimant does hereby pledge an undertaking of the

annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument as Supersedeas Surety Bond in the amount of twenty (20) dollars in Lawful silver coinage, twenty (20) united states for America, pre-1933 issue Peace Dollar Coins .900 fine, minted by the American Treasury, Lawful united states for America organic Constitution (1787) Coin, Lawful money of account for the united states for America in the matter of correct public judicial actions in the forum of Original Rules, Original Jurisdiction.

11. **JUDICIAL NOTICE (F.R.Ev." 201):** Pursuant to R.C.F.C. Rule 83(b), 28 U.S.C. § 2503, 28 U.S.C. Appendix General Order 41, F.R.C.P. Rule 62, and Federal Rules of Appellate Procedure (F.R.App.P.) Rule 8, pursuant to 18 U.S.C. § 1514; pursuant to 18 U.S.C. § 1514A, pursuant to 10 U.S.C. § 7657, pursuant to 10 U.S.C. § 7658, pursuant to 10 U.S.C. § 7660, pursuant to 10 U.S.C. § 7662, pursuant to 10 U.S.C. § 7664, pursuant to 10 U.S.C. § 7669, Claimant does hereby deposit with the Clerk of Court for the United States District Court for the Central District of California Western Division this Supersedeas Surety Bond pledge as full faith and credit guarantee, to any Lawful Bill, duly presented under Penalty of Perjury, under Seal, in Lawful money of account of the united states for America,  for up to any amount of fiat private commercial paper for insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, True Bills, obligations of contract or performance, defaults, charges, stays, restraining orders, injunctions, appeals, and any and all other obligations as may exist or come to exist during the term of the annexed hereto in full  ACT OF SURETY AND SILVER BOND under Seal instrument (jointly and severally "Liabilities"), thereby honorably discharging and vacating all such obligations until the sum or the term of the annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument is exhausted up to and including the maximum amount of this Supersedeas Surety Bond pledge.

## JUDICIAL NOTICE OF FIDUCIARY APPOINTMENT

12. **JUDICIAL NOTICE (F.R.Ev." 201):** Claimant, Taquan Rahshe Gullett-El Living Flesh and Blood Competent Man, united states for America Organic Constitution  (1787) Beneficiary, Treaty of Peace and Friendship (1787) Beneficiary, In Propria Persona, Native American, Registered Copyright Owner, Registered Trademark Owner (united states for America Post Office No. RE246590423US), Registered Fictitious Business

Name Owner (Florida Department of State No. G15000018576), Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-7225252349, California UCC 10-7253610631, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01) over TAQUAN RASHIE GULLETT©®, under Injury, having terminated the previous fiduciary to the corporate entity (ens legis – cestui que vie), a documented vessel under United States registry, otherwise described as TAQUAN RASHIE GULLETT©® or any alphabetical or numerical variation and/or derivation thereof, nunc pro tunc the Tenth month, Eighth day, Nineteen Hundred Seventy-Seven, said entity having as its trustee the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people.

13.   **JUDICIAL NOTICE (F.R.Ev." 201):** Therefore, Claimant , Taquan Rahshe Gullett-El, "Settlor/Beneficiary," does hereby nominate and do appoint Judge Christina A. Snyder, dba, UNITED STATES DISTRICT COURT OF FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION JUDGE CHRISTINA A. SNYDER, as being qualified to fulfill the position of "Public Officer / Fiduciary/ Trustee" for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution, or cancellation, within the venue as ordained and established by the People of the Taquan Gullett Estate©®, the People for Florida state, by the People for California state, and by the People for the united states for America, through their original Organic Constitution for Florida state (1885), their original Organic Constitution for California state (1849), and their original united states for America Organic Constitution (1787).

14.   **JUDICIAL NOTICE (F.R.Ev." 201):** Whereas, said fiduciary responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of Claimant, Taquan Rahshe Gullett-El, "Settlor/Beneficiary," the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds, or other important papers, to appear, and discharge, settle and close all matters material to above-listed Account Holders and Accounts.  The same shall be by order of Claimant, Taquan Rahshe Gullett-El, "Settlor/Beneficiary," or other delegated or appointee of Claimant, Taquan Rahshe Gullett-El, "Settlor/Beneficiary," including assignments for or on behalf of the Principal,

including any alphabetical or numerical variation and/or derivation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

15. **JUDICIAL NOTICE (F.R.Ev." 201):** Said Public Officer / Fiduciary / Trustee shall investigate and report to this Court; to the United States Office of Secretary of State John Kerry; to the United States Office of Attorney General Loretta Lynch; to the United States Department of Justice Office of Inspector General Michael E. Horowitz; to the United States Office of Special Counsel Carolyn Lerner; to the United States Government Accountability Office Comptroller Gene L. Dodaro; to the United States Government Accountability Office Inspector General Adam Trzeciak; to the Interpol Washington Office of Director Geoffrey S. Shank; to the Office of Enforcement Operations Director Monique Perez Roth; to the United States Army Office of the Provost Marshal General Mark S. Inch; to the United States Office of Chairman Joint Chiefs of Staff General Joseph F. Dunford, Jr.; to the District of Columbia Department of Insurance, Securities, and Banking Office of Commissioner Stephen C. Taylor; to the California Department of Insurance Office of Commissioner Dave Jones; to the Florida Office of Insurance Regulation Office of Commissioner David Altmaier; to the Office of Florida Attorney General Pam Bondi; to the Office of California Attorney General Kamala Harris; to the Office of the Archbishop of Los Angeles Most Reverend Jose H. Gomez; to the Office of the Bishop Jacksonville Florida Bishop Felipe J. Estevez; to the Office of the Archbishop of Miami Archbishop Thomas Wenski; to the Office of His Eminence Washington D.C. His Eminence Donald Cardinal Wuerl; and to the Office of His Holiness Pope Francis; any and all acts which may be evidence of felonious acts committed to include but not limited to: Human Rights infringements, Constitutional Rights infringements, Contractual Rights infringements, Civil Liberties infringements,[18 U.S.C. § 4] - Misprison of Felony, [18 U.S.C. § 2381] - Capital Felony Treason, [18 U.S.C. § 2382] - Misprison of Treason, [18 U.S.C. § 1091] – Genocide, [18 U.S.C. §§ 1581–1590 and §§ 1592-1596] – Peonage, Slavery, and Trafficking in Persons, [18 U.S.C § 1001] - Fraud by Misrepresentation, and other Felonies, High Crimes, and Misdemeanors; breach of Oath of Office; Ultra Vires acts or omissions, Willful and Gross Negligence acts or omissions; and any and all General Service Administration (GSA) instruments, bonds, account documents, statements, and/or records; and Court Registry Investment Systems (CRIS) instruments, bonds, account documents, statements, and/or records issued against the estate of TAQUAN RASHIE GULLETT©® or any alphabetical or numerical variation and/or derivation thereof  by parties known or unknown as "qualified heirs" and fill out the requisite Internal Revenue

Service (IRS) Form 706 and 709, any and all 'vouchers' charged against the estate of TAQUAN RASHIE

GULLETT©® or any alphabetical or numerical variation and/or derivation thereof and return the value of said

vouchers to the estate of TAQUAN RASHIE GULLETT©®; and any other delicts, felonies, high crimes,

misdemeanors, or civil torts committed by parties known or unknown. (see annexed Affidavit of Fact under Notary

Seal - LETTER ROGATORY: INFORMATION AFFIDAVIT UNDER NOTARY SEAL IN SUPPORT OF

CRIMINAL COMPLAINT FOR FELONIES, HIGH CRIMES, AND MISDEMEANORS - A DELICT PENAL

ACTION BY LAW OF NATIONS United States Court of Federal Claims No. 1:16;cv;00541-NBF, see annexed

Inter-American Commission on Human Rights Petition  No. P-1230-16 / Precautionary Measures MC-501-16; see

annexed Commercial Claim In Admiralty Civil Contracts #RE246590613US and #320336USD-OID-TG and

supporting notices, certificates, and affidavits (United States District Court for the District of Columbia Case No.

1:15-cv-00652-EGS-GMH Document 4-1 pages 1-180; see United States Court of Federal Claims Case No. 1:16-

cv-00541-NBF Document 1 Pages 26-116, Document 1-1 pages 1-37) along with case files, records, and hearing

transcripts for United States District Court for the Central District of California Case No. 2:14-cr-00725-CAS;

Constitutional Rights and Civil Liberties Infringement Complaint Case No. 3:16-cv-249-J-32MCR; Petition For

Writ of Habeas Corpus Complaint Case No. 2:15-cv-03552-CAS; Judicial Misconduct Complaint No. 15-90132;

United States Court of Appeals for the Ninth Circuit Appeal No. 15-56378; United States District Court for the

Middle District of Florida Case No. 3:15-mj-01020-PDB-1; United States District Court for the District of

Columbia Case No. 1:15-cv-00652-EGS-GMH).

16. **JUDICIAL NOTICE (F.R.Ev.” 201):** Public Officer / Fiduciary/ Trustee, Judge Christina A. Snyder,

dba, UNITED STATES DISTRICT COURT OF FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN

DIVISION JUDGE CHRISTINA A. SNYDER is hereby authorized to use the annexed hereto in full ACT OF

SURETY AND SILVER BOND under Notary Seal instrument, for the adjustment, set-off, and settlement of this

instant matter, Claim No. 2:14-cr-00725-CAS, and all above-listed Account Holders and Accounts. (see annexed

ACT OF SURETY AND SILVER BOND under Notary Seal).  Public Officer / Fiduciary / Trustee is to issue the

appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely. Claimant,

Taquan Rahshe Gullett-El, "Settlor/Beneficiary," reserves the right to audit all records and activities of Public

Officer / Fiduciary / Trustee to maintain good faith.

Affidavit of Fact under Notary Seal - SURETY BOND WITH COLLATERAL, SUPERSEDEAS SURETY BOND, MANDATORY JUDICIAL NOTICE, JUDICIAL NOTICE of
ACT OF SURETY, JUDICIAL NOTICE of SILVER BOND, JUDICIAL NOTICE of FIDUCIARY APPOINTMENT, and JUDICIAL NOTICE of MARITIME LIEN & INVOICE
14 of 21                                                              EL 156253975 US

17. **JUDICIAL NOTICE (F.R.Ev." 201):** As expressed otherwise, the powers delegated to a public officer are held in trust for the People and are to be exercised in behalf of all who may need the intervention of the officer. Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of occupation and whatever be their private vocations, are trustees of the People, and accordingly labor under every disability and prohibition imposed by the law on trustees relative to the making of personal financial gain from a discharge of their trusts. That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves, and owes a fiduciary duty to the public. It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual. Furthermore, it has been stated that any enterprise undertaken by the public official which tends to weaken the public confidence and undermine the sense of security for individual rights is against public policy. (63C Am. Jur. 2d, Public Officers and Employees, 247). Fraud in its common law sense of deceit – and this is one of the meanings that fraud bears in the statute, (see *United States vs. Dial*, 757 F 2d,163, 168 (7th Cir. 1985)) – includes the concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him, and if he or she deliberately conceals material information from them, he is guilty of fraud. (see *McNally vs. United States*, 483 U.S., 350 (1987)).

18. Acceptance of Fiduciary Appointment is presumed, and may be shown as well by any act expressly or impliedly recognizing the existence of the Public Officer Fiduciary/Trustee Trusteeship. (see *Williamson v. Yager*, 91 Ky. 282, 15 S.W. 660, 84 Am. St. Rep. 184; *Mize v. Bates County Nat. Bank*, 60 Mo. App. 358; *Martin v. Funk*, 75 N.Y. 134, 31 Am. Rep. 446; *Robb v. Washington & Jefferson College*, 185 N.Y. 485, 78 N.E. 359; quoting *Bogert, George Gleason*, "Handbook of the Law of Trusts", West Publishing Co. (1921)). In the absence of any evidence of refusal, therefore, the Public Officer Fiduciary/Trustee named is presumed to have accepted the Public Officer Fiduciary/Trustee Trusteeship. (see McLean v. Nelson, 46 N.C. 396; Harvey v. Gardener, 41 Ohio St. 642; Eyrick v. Hetrick, 13 Pa. 488; Goss v. Singleton, 2 Head. (Tenn.) 67; Bowden v. Parrish, 86 Va. 67, 9 S.E. 616, 19 Am. St. Rep. 873; quoting *Bogert, George Gleason*, "Handbook of the Law of Trusts", West Publishing Co. (1921)); (see *Hitz v. National Metropolitan Bank*, 111 U.S. 722, 4 S.Ct. 613, 28 L. Ed. 577; quoting *Bogert, George Gleason*, "Handbook of the Law of Trusts", West Publishing Co. (1921)).

## JUDICIAL NOTICE OF MARITIME LIEN & INVOICE

19.  **JUDICIAL NOTICE (F.R.Ev." 201):** Notice is hereby given that Claimant, Taquan Rahshe Gullett-El, "Settler/Beneficiary," does have a valid maritime lien recorded in the Putnam County Recorder's Office in Palatka, Florida, in the California Secretary of State records, and in the Kentucky Secretary of State records against TAQUAN RASHIE GULLETT<sup>CO</sup> or any alphabetical or numerical variation or derivation thereof.  All parties are given notice of the maxim: "Whoever does business with my debtor becomes my debtor." Fair warning. (see annexed Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241; California UCC 10-7225252349; California UCC 10-7253610631; California UCC 14-7415317710; Kentucky UCC 2014-2695084-41.01).

20.  **JUDICIAL NOTICE (F.R.Ev." 201):** In as much as the Honorable Taquan Rahshe Gullett-El, Claimant, "Settler/Beneficiary," has been threatened in the above-listed matters, by the above-listed Account Holders and Accounts, under armed threat, duress, and coercion, that time spent dealing with the above-listed matters is now invoiced against the all Account Holders and Accounts and parties in active concert and/or participation in the above-listed matters pursuant to the Maritime Liens under Seal, UCC's under Seal, TAQUAN RASHIE GULLETT<sup>CO</sup> ESTATE ALLODIAL COST SCHEDULE under Seal, and pursuant to all conditional acceptance civil contracts in Admiralty under Seal therein, for the full amount of all money damages pursuant to the terms, conditions, and stipulations listed therein. (see annexed TAQUAN RASHIE GULLETT<sup>CO</sup> ESTATE ALLODIAL COST SCHEDULE under Seal; see annexed Conditional Acceptance Civil Contracts in Admiralty under Seal; see annexed Maritime Lien under Seal; see annexed UCC's under Seal; see annexed LETTER ROGATORY: INFORMATION AFFIDAVIT UNDER NOTARY SEAL IN SUPPORT OF CRIMINAL COMPLAINT FOR FELONIES, HIGH CRIMES, AND MISDEMEANORS - A DELICT PENAL ACTION BY LAW OF NATIONS United States Court of Federal Claims No. 1:16;cv;00541-NBF ACCOUNTING OF MONEY DAMAGES AND PENALTIES, INVOICE, AND TRUE BILL).

## JUDICIAL NOTICE: ACT OF SURETY AND SILVER BOND ORDER

21. **JUDICIAL NOTICE (F.R.Ev. 201):** The Public Official Fiduciary/Trustee shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of any and all of the above-noted Account Holders and Accounts, each severally, including, without limitation, Taquan Rahshe Gullett-El Living Flesh and Blood Competent Man, united states for America Organic Constitution (1787) Beneficiary, Treaty of Peace and Friendship (1787) Beneficiary, In Propria Persona, Native American, Registered Copyright Owner, Registered Trademark Owner (united states for America Post Office No. RE246590423US), Registered Fictitious Business Name Owner (Florida Department of State No. G15000018576), Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-7225252349, California UCC 10-7253610631, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01) over TAQUAN RASHIE GULLETT[©®], through the above-noted annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument for up to any amount of fiat private commercial paper.

22. **JUDICIAL NOTICE (F.R.Ev." 201):** This ACT OF SURETY AND SILVER BOND under Notary Seal instrument pledge is full faith and credit guarantee, to any Lawful Bill, duly presented under Penalty of Perjury, under Seal, in Lawful money of account of the united states for America, in the matter of correct public judicial actions in the forum of Original Rules, Original Jurisdiction, for the benefit and credit of the peculiar party Taquan Rahshe Gullett-El over TAQUAN RASHIE GULLETT[©®].

23. **JUDICIAL NOTICE (F.R.Ev." 201):** Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten, and indemnified against any and all future Liabilities as may come to exist, discharging and vacating all such obligations for any amount of fiat private commercial paper without exception through the above-noted annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument. Receipt of this Affidavit of Fact under Seal does constitute Public Officer / Fiduciary / Trustee's acknowledgement, understanding, consent, acceptance, and agreement to honor these instruments. The Public Officer / Fiduciary / Trustee shall have three (3) days from the date of acceptance of this Judicial Notice of Act of Surety and Silver Bond as Surety Bond with Collateral and Supersedeas Surety Bond, Mandatory Judicial Notice, Judicial Notice of Fiduciary Appointment, and

Judicial Notice of Maritime Lien & Invoice under Seal along with the annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument, to rebut this Affidavit of Fact under Notary Seal, point-for-point, with supporting evidence to the contrary, signed under penalty of perjury, mailed by Certified Mail at the exact, mailing location shown below.

24. **JUDICIAL NOTICE (F.R.Ev." 201):** The Public Official / Fiduciary / Trustee's failure to rebut this Judicial Notice of Act of Surety and Silver Bond as Surety Bond with Collateral and Supersedeas Surety Bond, Mandatory Judicial Notice, Judicial Notice of Fiduciary Appointment, and Judicial Notice of Maritime Lien & Invoice under Notary Seal along with the annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument, point-for-point, with supporting evidence to the contrary, signed under penalty of perjury, mailed by Certified Mail at the exact, mailing location shown below within the time stated above does constitute the Public Official / Fiduciary/Trustee's acceptance of this Judicial Notice of Act of Surety and Silver Bond as Surety Bond with Collateral and Supersedeas Surety Bond, Mandatory Judicial Notice, Judicial Notice of Fiduciary Appointment, and Judicial Notice of Maritime Lien & Invoice under Notary Seal along with the annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument, and the Public Official / Fiduciary / Trustee's agreement to honor these Instruments, and the Public Official / Fiduciary / Trustee's agreement to set-off all associated transactions and claims submitted by the Principal/Creditor/Claimant/Settlor, as they occur, in full accord with Public Law, Public Policy, Law of Nations and the terms, conditions, and stipulations contained herein. Failure to rebut this affidavit does constitute and stipulate Public Official / Fiduciary / Trustee's acknowledgement, understanding, consent, acceptance, and agreement to honor these instruments.

25. **JUDICIAL NOTICE (F.R.Ev. 201):** All communication shall be sent by United States Post Office Certified Mail directly to the Principal/Creditor/Claimant/Settlor at the exact, temporary, mailing location shown below. Service in any other manner is deemed defective. The Principal/Creditor/Claimant/Settlor will accept post at the said mailing location only. This Judicial Notice of Act of Surety and Silver Bond as Surety Bond with Collateral for Temporary Restraining Order and Preliminary Injunction and Supersedeas Surety Bond, Mandatory Judicial Notice, Judicial Notice of Fiduciary Appointment, and Judicial Notice of Maritime Lien & Invoice under Notary Seal along with the annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument shall be ledgered as an asset to the benefit of the Department of the Treasury and Taquan Rahshe Gullett-El over TAQUAN RASHIE GULLETT©®. This Judicial Notice of Act of Surety and Silver Bond as Surety

Bond with Collateral and Supersedeas Surety Bond, Mandatory Judicial Notice, Judicial Notice of Fiduciary Appointment, and Judicial Notice of Maritime Lien & Invoice under Notary Seal along with the annexed hereto in full ACT OF SURETY AND SILVER BOND under Notary Seal instrument expires at 11:59:59 AM, May 17, 2036. Executed by the undersigned on this the 8ᵗʰ day of June, in the year Two Thousand Sixteen. All Rights, Liberties, and Remedies Reserved. In Honor.

**\*\*\*NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT\*\*\***
**\*\*\*APPLICABLE TO ALL SUCCESSORS AND ASSIGNS\*\*\***

Receipt of this Affidavit of Fact under Notary Seal - SURETY BOND WITH COLLATERAL, SUPERSEDEAS SURETY BOND, MANDATORY JUDICIAL NOTICE, JUDICIAL NOTICE of ACT OF SURETY,   JUDICIAL NOTICE of SILVER BOND, JUDICIAL NOTICE of FIDUCIARY APPOINTMENT, and JUDICIAL NOTICE of MARITIME LIEN & INVOICE does constitute United States District Court for the Central District of California Los Angeles Division Clerk of Court Kiry Gray's dba, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION CLERK OF COURT KIRY GRAY's and Public Official / Fiduciary / Trustee Judge Christina A. Snyder's, dba, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION JUDGE CHRISTINA A. SNYDER's acknowledgement, understanding, consent, acceptance, and agreement to honor these instruments by timely recording and filing or timely causing to be recorded and filed this Affidavit of Fact under Notary Seal in its entirety along with all annexed evidence timely onto the court rolls, court record, court docket, for United States District Court for the Central District of California Los Angeles Division Claim No. 2:14-cr-00725-CAS in accord with 10 U.S.C. § 7657, 10 U.S.C. § 7658, 10 U.S.C. § 7660, 10 U.S.C. § 7662, 10 U.S.C. § 7664, 10 U.S.C. § 7669, all terms, conditions, stipulations, charges, entries, pleas, statements, invoices, and True Bills listed herein.

**\*\*\*NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT\*\*\***
**\*\*\*APPLICABLE TO ALL SUCCESSORS AND ASSIGNS\*\*\***

Evidence Enclosures:

- ACT OF SURETY AND SILVER BOND under Notary Seal with Pictures of Silver Coins Obverse & Reverse (4 pages); and
- NOTICE OF CLAIM OF MARITIME LIEN No. RE246590573US Putnam County Florida Inst. No. 201054714241 (2 pages); and
- Act of Expatriation and Oath of Allegiance for TAQUAN RASHIE GULLETT<sup>©®</sup> Proof of Service (3 pages); and
- California UCC 14-7415317710 (4 pages); and California UCC 10-7253610631(3 pages); and
- Act of Expatriation and Oath of Allegiance for TAQUAN RASHIE GULLETT<sup>©®</sup> & Law Memorandum (10 pages); and
- INDICTMENT: THE HOLY SEE APOSTOLIC LETTER ISSUED *MOTU PROPRIO* 2013 (3 pages); and
- INDICTMENT: THE HOLY SEE *PAPAL BULL OF INDICTION* 2015 (17 pages); and
- TAQUAN RASHIE GULLETT<sup>©®</sup> ALLODIAL COST SCHEDULE (1 page); and
- AMENDED NOTICE OF DIRECTLY RELATED CASES (3 pages); and
- Certificate of Service under Notary Seal – In the nature of APOSTILLE (2 pages).

Carbon Copied:

U.S. Secretary of State John Kerry
United States Department of State
Office of American Citizen Services
SA-17, 10th Floor, 2201C Street, NW
Washington, D.C. 20522-1710

Interpol Director Geoffrey S. Shank
Interpol Washington
U.S. National Bureau
Washington, D.C. 20530-0001

GAO Comptroller General Gene L. Dodaro
GAO Inspector General Adam Trzeciak
attn: Procurement Law Control Group
441 G. Street. NW, Room 1808
Washington, D.C. 20548

Commissioner Stephen C. Taylor
Office of the Commissioner
District of Columbia Department of
Insurance, Securities, and Banking
Union Center Plaza Associates
810 First Street, NE #701, Washington, D.C. 20002

Special Counsel Carolyn Lerner
Office of Special Counsel HQ
1730 M. Street, N.W., Suite 218
Washington, D.C. 20036-4505

Inspector General Michael E. Horowitz
Office of the Inspector General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Insurance Commissioner Dave Jones
California Department of Insurance
Government Law Bureau
300 Capitol Mall, Ste. 1700, Sacramento, CA 95814
300 S. Spring St., South Tower, Los Angeles, CA 90013

Insurance Commissioner David Altmaier
Florida Office of Insurance Regulation
200 East Gaines Street
Tallahassee, Florida 32301

Attorney General Loretta Lynch
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Most Reverend Jose H. Gomez
Office of the Archbishop of Los Angeles
Archdiocese of Los Angeles
**The Holy Door of Mercy**
3424 Wilshire Boulevard, 5th Floor
Los Angeles, California 90010-2241

Attorney General Kamala Harris
Office of the California Attorney General
1300 "I" St., Sacramento, CA 95814-2919
P.O. Box 944255, Sacramento, CA 94244-2550
300 S. Spring St., Los Angeles, CA 90013-1230

Attorney General Pam Bondi
Office of Florida Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Bishop Felipe J. Estevez
Office of the Bishop
Diocese of St. Augustine Catholic Center
**The Holy Door of Mercy**
11625 Old St. Augustine Road
Jacksonville, Florida 32258

Archbishop Thomas Wenski
Office of the Archbishop
Archdiocese of Miami
**The Holy Door of Mercy**
9401 Biscayne Boulevard
Miami Shores, Florida 33138

His Eminence Donald Cardinal Wuerl
Office of His Eminence
Archdiocese of Washington D. C.
**The Holy Door of Mercy**
500 Eastern Avenue, Hyattsville, MD 20782
P.O. Box 29260, Washington, D.C. 20017

Provost Marshal General Mark S. Inch
Office of the Provost Marshal General
Attn: CID Office
2800 Army Pentagon
Washington, D.C. 20310-2800

General Joseph F. Dunford, Jr.
Chairman Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, D.C. 20318-9999

OEO Director Monique Perez Roth
Office of Enforcement Operations
Chief "WSU" OEO Criminal Division
U.S. Department of Justice
P.O. Box 7600 Washington, D.C. 20044-7600

Julian Lucian Andre, Assistant U.S. Attorney
Office of U.S. Attorney
312 North Spring Street, 12th Floor
Los Angeles, California 90012

Inter-American Commission on Human Rights
Organization of American States
1889 F. Street, NW
Washington, D.C. 20006
United States of America

United States Department of State
U.S. Central Authority for Hague and
Inter-American Service Conventions
Office of International Judicial Assistance
Civil Division, Department of Justice
1100 L Street, N.W., Room 11006
Washington, D.C. 20522-1710

Clerk of Court Kiry Gray, United States District Court for the Central District of California Western Division,
312 North Spring Street, Los Angeles, California 90012

His Holiness Pope Francis, Office of His Holiness, **The Holy Door of Mercy**, 00120 Vatican City

Affidavit of Fact under Notary Seal - SURETY BOND WITH COLLATERAL, SUPERSEDEAS SURETY BOND, MANDATORY JUDICIAL NOTICE, JUDICIAL NOTICE of
ACT OF SURETY, JUDICIAL NOTICE of SILVER BOND, JUDICIAL NOTICE of FIDUCIARY APPOINTMENT, and JUDICIAL NOTICE of MARITIME LIEN & INVOICE

20 of 21                                                                                    EL 156253975 US

I, Taquan Rahshe Gullett-El, In Propria Persona, Native American National and Beneficiary, do hereby declare and

affirm under the penalty of perjury under the laws of the United States of America that I am competent to state

the matters set forth herewith, and that all of the facts stated herein are true, correct, complete, not misleading,

admissible as evidence, and in accordance with Affiant's best first-hand knowledge and understanding,

and if called upon to testify as a witness to the veracity of evidence presented in this matter,

Affiant shall so state. In Honor.



Hallelujah!!!

I am: Taquan Rahshe Gullett-El    Native American Beneficiary

**Taquan Rahshe Gullett-El Living Flesh and Blood Competent Man,**
**In Propria Persona, Native American, and Beneficiary**
**Principal/Creditor/Claimant/Settlor**
**C/o 422 East 27th Street Jacksonville Florida state**

**Notary Jurat**
**In the nature of APOSTILLE**
**(Convention de La Haye du 5 octobre 1961)**

Duval county

Florida state, de jure          ss.                                    Asservation

united states for America

Before me, _____, a duly appointed Notarial Officer, this 30 day of June 2016, does present one Taquan Rahshe Gullett-El, being known to me to be of legal age, competent to testify, and who does in my presence, set his hand hereto and he does establish this Surety Bond with Collateral, Supersedeas Bond, Notice of Act of Surety, Notice of Fiduciary Appointment, and Notice of Maritime Lien & Invoice freely and without coercion, attested by Notary Jurat in the nature of Apostille, in Witness whereof I set my sign and seal.

Affirmed to (or sworn) and subscribed before me this 30 day of June 20 16, by Personally Known ✗
or Produced Identification _____

Type of Identification Produced_____

DENISE CROSS
MY COMMISSION #FF188528
EXPIRES January 11, 2019
(407) 398-0153   FloridaNotaryService.com

(SEAL)

This public document has been signed by Denise Cross acting in the capacity of Deputy Secretary of State Notary Public and bears the seal and stamp of
NOTARY PUBLIC STATE OF FLORIDA DENISE CROSS
Certified at Duval county Florida state, de jure
united states for America by Denise Cross

DENISE CROSS
Print, Type, or Stamp Name of Notary

_____
My Commission Expires

Affidavit of Fact under Notary Seal - SURETY BOND WITH COLLATERAL, SUPERSEDEAS SURETY BOND, MANDATORY JUDICIAL NOTICE, JUDICIAL NOTICE of ACT OF SURETY, JUDICIAL NOTICE of SILVER BOND, JUDICIAL NOTICE of FIDUCIARY APPOINTMENT, and JUDICIAL NOTICE of MARITIME LIEN & INVOICE

21 of 21                                                    EL 156253975 US

# ACT OF SURETY AND SILVER BOND
## under Seal

| | | |
|---|---|---|
| Duval County | ) | |
| | ) | EL 156253975 US |
| Florida state, de jure | ) ss. | Asseveration |
| | ) | |
| united states for America | ) | |

Before me this day personally appeared *Robert Leon Flowers El-Bey* who, being duly affirmed (or sworn), deposes and says:

      **KNOW ALL MEN, BY THESE PRESENTS,** I, Robert Leon Flowers-El Bey, Principal, guarantor for this Act of Surety and Silver Bond, a free man upon the free soil of this Republic, state that I am of legal age, competent to testify, have personal first-hand knowledge of the truths and facts herein being true, correct, complete, certain, not misleading.

      I, Robert Leon Flowers-El Bey, of my own free will and accord, in the presence of Almighty YHWH, in good conscience, do willingly undertake to pledge and provide private bond, in the amount of twenty (20) dollars in silver coinage, twenty (20) united states for America, pre-1933 issue Peace Dollars .900 fine, minted by the American Treasury, Lawful coin dollars of the united states for America, personally held in My ownership and possession, to act as Surety.
*(See annexed Pictures of Silver Coins Obverse and Reverse)*

      This Act of Surety and Silver Bond is to the credit of the private party listed hereon, Taquan Rahshe Gullett-El Living Flesh and Blood Competent Man, In Propria Persona, Native American, Registered Copyright Owner, Registered Trademark Owner (united states for America Post Office No. RE246590423US), Registered Fictitious Business Name Owner (Florida Department of State No. G15000018576), Paramount Security Interest Holder (California UCC 10-7225252349, California UCC 10-7253610631, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01) over TAQUAN RASHIE GULLETT©®, as full faith and credit guarantee to any Lawful Bill, duly presented under Seal, in Lawful specie money of account of the united states for America, to wit:

      This Act of Surety and Silver Bond is for any alleged contract, agreement, consent, assent purportedly held, as an obligation or duty against Taquan Rahshe Gullett-El Living Flesh and Blood Competent Man, In Propria Persona, Native American, Registered Copyright Owner, Registered Trademark Owner (united states for America Post Office No. RE246590423US), Registered Fictitious Business Name Owner (Florida Department of State No. G15000018576), Paramount Security Interest Holder (California UCC 10-7225252349, California UCC 10-7253610631, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01) over TAQUAN RASHIE GULLETT©®. The specific intent of this Act of Surety and Silver Bond, under Seal, is to establish, by My witness, the good credit in Lawful money specie for Taquan Rahshe Gullett-El over TAQUAN RASHIE GULLETT©®.

      I, Robert Leon Flowers-El Bey, do make this pledge, Act of Surety and Silver Bond, under Seal, as full faith and credit guarantee, to any Lawful Bill, duly presented, under Seal, in Lawful money of account of the united states for America, in the matter of correct public judicial actions in the forum of Original Rules, Original Jurisdiction, for the benefit and credit of the peculiar private party listed above.

The intent of this Act of Surety and Silver Bond, under Seal, is to establish, by My witness, the good credit, in the sum certain amount of at least twenty (20) dollars in silver coinage, twenty (20) united states for America, pre-1933 issue Peace Dollars .900 fine, minted by the American Treasury, Lawful specie dollars of the united states for America, available to bond the actions of the private party listed above.  Further, in reservation of Rights under Original Jurisdiction, Original Rules, Taquan Rahshe Gullett-El over TAQUAN RASHIE GULLETT©® has a bond in tender of twenty silver dollars, Coinage Act of Anno Domini (A.D.) 1792, Bond of Identity and Character as proof positive, competent evidence, that Taquan Rahshe Gullett-El over TAQUAN RASHIE GULLETT©®, cannot be bankrupt, the *causa debendi*, cannot be under the doctrine of *cession bonorum*, or a forma pauperis, *dolus* trust.

The life of this bond is for a period of twenty years from the date below, whereby, by the signature of Robert Leon Flowers-El Bey, guarantor for this Act of Surety and Silver Bond, hereon, conforms, attests, affirms this act of surety and silver bond. Done this the 17 day of the 5 month, Anno Domini, in the year of our Lord, Two Thousand Sixteen.

Teste Meipso

I Am ~Robert Leon Flowers El Bey~   No Dolus
Autographed only in correct capacity
as beneficiary to the original jurisdiction.

### Notary Jurat

Duval county

Florida state, de jure              ss.                    Asservation

united states for America

Before me ~Robert Leon Flowers El Bey~ a duly appointed Notarial Officer, this 17 day of May 2016, did appear one Robert Leon Flowers-El Bey, being known to me to be of legal age, competent to testify, and who did in my presence, set his hand hereto and he did establish this Act of Surety and Silver Bond freely and without coercion, attested by Notary Jurat, in Witness whereof I set my sign and seal.

Affirmed to (or sworn) and subscribed before me this 17 day of May 2016, by Personally Known   X
or Produced Identification
Type of Identification Produced_____

(SEAL)

DENISE CROSS
Print, Type, or Stamp Name of Notary

01 / 11 / 19
My Commission Expires

DENISE CROSS
MY COMMISSION #FF186528
EXPIRES January 11, 2019
FloridaNotaryService.com
(407) 398 0153



OBVERSE



REVERSE

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

10-7228787860

04/14/2010 17:00

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

24663170002   UCC 1 FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Maalik Rahshe El
Nonresident / Non Domestic
First Class, U. S. Delivery
In Care of: 6949 Laurel Canyon Boulevard, Apartment
Number 108
Los Angeles, California state Republic [91605]

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
|---|
| GULLETT, TAQUAN R., CESTUI QUE TRUST |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6949 LAUREL CANYON BLVD  # 108 | NORTH HOLLYWOOD | CA | 91605 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION TRANSMITTING UTILITY | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID #, if any | ☑ NONE |
|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
|---|
| |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| El | Maalik | Rahshe | |

| 3c. MAILING ADDRESS | CITY | STATE California | POSTAL CODE | COUNTRY America |
|---|---|---|---|---|
| In Care of: 6949 Laurel Canyon Boulevard  # 108 | North Hollywood | | [91605] | |

**4. This FINANCING STATEMENT covers the following collateral:**

This is Actual and Constructive Notice that all of Debtor's interest now held or hereafter acquired is hereby accepted as collateral for securing contractual obligation in favor of the Secured Party as detailed in a true, correct, complete, notarized Security Agreement in the possession of the Secured Party. NOTICE: In accordance with various USC Sections RE: Property - This is the entry of the Debtor's; in the Commercial Reg-192, Public Law 73-1Entry as a transmitting utility and the following property is hereby registered as the same as public notice of a commercial transaction: Birth Record or Certificate of live Birth document Invoice's No. [REDACTED] and Employer Identification's No. [REDACTED]; U.C.C. Contract Trust Account # [REDACTED] (attached) All property is accepted for value and is exempt from Levy. Adjustment of this filing is from Public Policy HJR-192, Public Law 73-10 and UCC 10-104. All proceeds, products, accounts, fixtures and the orders therefrom are released to the following Debtor's.

TAQUAN R. GULLETT, Birth No. [REDACTED], AUTOTRIS No. [REDACTED], Bond No. [REDACTED]
MAALIK RAHSHE EL, Birth No. [REDACTED], AUTOTRIS No. [REDACTED], Bond No. [REDACTED]

R:THUMB

And
Further
"ALSO SEE ATTACHED PRIVATE HOLD HARMLESS INDEMNITY BOND SECURITY AGREEMENT No. TRG-MRE-100895-HHIA.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☑ LESSEE/LESSOR | ☑ CONSIGNEE/CONSIGNOR | ☑ BAILEE/BAILOR | ☑ SELLER/BUYER | ☑ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ☑ ESTATE RECORDS    Attach Addendum | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**

Authorized Representative, Living Principle, Sentient Man, Secured party, Settlor, Trustee's Autograph:

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

1a of 10

GULLETT 004558

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | 9a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | **GULLETT, TAQUAN R., CESTUI QUE TRUST** | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

**10. MISCELLANEOUS:**

"NOTICE TO PUBLIC"
SEE THE
"CERTIFICATE OR RECORD OF LIVE BIRTH"
IN THE ATTACHED PRIVATE COMMERCIAL HOLD HARMLESS AND
INDEMNITY BOND SECURITY AGREEMENT NUMBER(S)
TRC-MRE-100695-HHIA.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only **one** name (11a or 11b) - do not abbreviate or combine names

| | 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any  ☐ NONE |

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S  NAME - insert only **one** name (12a or 12b)

| | 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | **MAALIK RAHSHE EL** | | | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | 12c. MAILING ADDRESS  In Care of: 6949 Laurel Canyon Boulevard [ ] | CITY  North Hollywood | STATE California | POSTAL CODE  [91605] | COUNTRY  America |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

"See Attachments"

OPTIONAL FORM(S) 90 RELEASE OF LIEN ON REAL PROPERTY &
OPTIONAL FORM(S) 91  RELEASE OF PERSONAL PROPERTY FROM
ESCROW
STANDARD FORM(S) SF- 28 AFFIDAVIT OF INDIVIDUAL SURETY

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

"See Attachments"

TRUST FUND CUSIP:
& TRUST FUND NUMBER: 571 (attached)

and also

OPTIONAL FORM(S) 90 RELEASE OF LIEN ON REAL PROPERTY &
OPTIONAL FORM(S) 91  RELEASE OF PERSONAL PROPERTY FROM ESCROW
STANDARD FORM(S) SF- 28 AFFIDAVIT OF INDIVIDUAL SURETY (attached)

**17.** Check **only** if applicable and check **only** one box.

Debtor is a ☑ Trust  or ☐ Trustee acting with respect to property held in trust  or ☐ Decedent's Estate

**18.** Check **only** if applicable and check **only** one box.

☑ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

2466317008 2

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

1b of 10

GULLETT 004559

**NOW, THEREFORE, the Parties agree as follows:**

Debtor, who deems itself insecure, hereby grants Registered Owner / Authorized Representative a security interest in the collateral described generally herein or specifically on attached Schedule A, hereinafter referred to as "collateral." This will secure all Debtor's property, as well as all income from every source, and all direct and indirect, absolute or contingent, due or to become due, now existing or hereafter arising, presumed or actual, parole or expressed public indebtedness and liabilities held by Debtor in consideration for Registered Owner / Authorized Representative providing certain things and accommodations for Debtor, including but not limited to:

1. Registered Owner / Authorized Representative signing by accommodation for Debtor, when necessary, where the signature of Debtor will be required. Registered Owner / Authorized Representative reserves the right to make sufficient claims to secure such indebtedness until satisfied in whole.

2. Registered Owner / Authorized Representative issuing a binding commitment to extend credit or to extend immediately available credit, whether or not drawn upon and whether or not reimbursed in the event of difficulties in collection; and

3. Registered Owner / Authorized Representative providing the security for payment of all sums due or owing, or to become due or owing, by Debtor on every public contract entered into by Debtor.

Debtor declares that it is a legal entity recognized as such and has rights and privileges recognized under the laws of the UNITED STATES, as has been the case since its creation in October 8, 1977. All legal means to protect the security interest being established by this agreement will be used by Debtor when necessary; and all support needed by Registered Owner / Authorized Representative to protect his security interest in the collateral identified herein will be provided by Debtor.

Execution of this security agreement incorporates a promise that Debtor will execute such commercial forms as may be necessary, including but not limited to financing statements, to assure that Registered Owner's / Authorized Representative's interest is perfected. The security interest established by this agreement will continue until Registered Owner / Authorized Representative is relieved of all liability associated with said services provided to Debtor and until all owing and due consideration to Registered Owner / Authorized Representative has been delivered, regardless of whether the collateral identified in this agreement is in the possession of Debtor or Registered Owner / Authorized Representative.

Debtor warrants that Registered Owner / Authorized Representative's claim against the collateral is enforceable according to the terms and conditions expressed herein and according to all applicable laws promulgated for the purpose of protecting the interests of a creditor against a debtor. Debtor also warrants that it holds good and marketable title to the collateral, free and clear of all actual and lawful liens and encumbrances, except for the interest established herein and except for such substantial interest as may have been privately established by agreement of the Parties with full attention to the elements necessary to establish a valid contract under international contract law. Public encumbrances belonging to Debtor, against the collateral, shall remain secondary to this agreement, unless registered prior to the registration of Registered Owner / Authorized Representative's interest in the same collateral, as is well established in international commercial law.

**GENERAL PROVISIONS**

**Possession of Collateral.** Collateral or evidence of collateral may remain in the possession of Debtor, to be kept at the address given in this agreement by Debtor or such other place(s) approved by Registered Owner / Authorized Representative; and notice of changes in location must be made to Registered Owner / Authorized Representative within ten (10) days of such relocation. Debtor agrees not to otherwise remove the collateral except as is expected in the ordinary course of business, including sale of inventory, exchange, and other acceptable reasons for removal. When in doubt as to the legal ramifications for relocation, Debtor agrees to acquire prior written authorization from Registered Owner / Authorized Representative. Debtor may possess all tangible personal property included in collateral, have beneficial use of all other collateral, and may use it in any lawful manner consistent with this agreement. Debtor's right to possession and beneficial use may also apply to collateral that is in the possession of Registered Owner / Authorized Representative if such possession is required by law to perfect Registered Owner / Authorized Representative's interest in such collateral. If Registered Owner / Authorized Representative, at any time, has possession of any part of the collateral, whether before or after an event of default, Registered Owner / Authorized Representative shall be deemed to have exercised reasonable care in the custody and preservation of the collateral, if Registered Owner / Authorized Representative takes such action for that purpose as deemed appropriate by Registered Owner / Authorized Representative under the circumstances. **Proceeds and Products from Collateral.** Unless waived by Registered Owner / Authorized Representative, all proceeds and products from the disposition of the collateral, for whatever reason, shall be held in trust for Registered Owner / Authorized Representative and shall not be commingled with any other accounts or funds without the consent of Registered Owner / Authorized Representative. Notice of such proceeds shall be delivered to Registered Owner / Authorized Representative immediately upon receipt. Except for inventory sold or accounts collected in the ordinary course of Debtor's public business, Debtor agrees not to sell, offer to sell, or otherwise transfer or dispose of the collateral, nor to pledge, mortgage, encumber, or

2 of 10

otherwise permit the collateral to be subject to a lien, security interest, encumbrance, or charge, other than the security interest established by this agreement, without the prior written consent of Secured Party. Maintenance of Collateral. Debtor agrees to maintain all tangible collateral in good condition and repair, and not to commit or permit damage to or destruction of the collateral or any part of the collateral. Registered Owner / Authorized Representative and his designated representatives and agents shall have the right at all reasonable times to examine, inspect, and audit the collateral wherever located. Debtor shall immediately notify Registered Owner / Authorized Representative of all cases involving the return, rejection, repossession, loss, or damage of or to the collateral; of all requests for credit or adjustment of collateral, or dispute arising with respect to the collateral; and generally of all happenings and events affecting the collateral or the value or the amount of the collateral.

Compliance with Law. Debtor shall comply promptly with all laws, ordinances, and regulations of all governmental authorities applicable to the production, disposition, or use of the collateral. Debtor may contest in good faith any such law, ordinance, or regulation without compliance during a proceeding, including appropriate appeals, so long as Secured Party's interest in the collateral, in Registered Owner's / Authorized Representative's opinion, is not jeopardized. Registered Owner / Authorized Representative may, at his option, intervene in any situation that appears to place the collateral in jeopardy.

Public Disputes. Debtor agrees to pay all applicable taxes, assessments, and liens upon the collateral when due, provided that such taxes, assessments, and liens are proved to be superior to the lawful claim established by this agreement and subsequently perfected by Registered Owner / Authorized Representative by appropriate registration. In the event that Debtor elects to dispute such taxes, assessments, and liens, Registered Owner's / Authorized Representative's interest must be protected at all times, at the sole opinion of Registered Owner / Authorized Representative, who may, at his option, intervene in any situation that appears to jeopardize Registered Owner / Authorized Representative's interest in the collateral. Debtor may elect to continue pursuit of dispute of such taxes, assessments, and liens, only upon production of a surety bond by public claimant(s), in favor of Registered Owner / Authorized Representative, sufficient to protect Registered Owner / Authorized Representative from loss, including all costs and fees associated with such dispute. Should public judgment against Debtor result from such dispute, Debtor agrees to satisfy such judgment from its accounts established and managed by the UNITED STATES or its subdivisions, agents, officers, or affiliates, so as not to adversely affect Registered Owner's / Authorized Representative's interest in the collateral.

Indemnification. Debtor hereby indemnifies Registered Owner / Authorized Representative from all harm as expressed in the attached indemnity bond, incorporated herein as if fully set forth within this security agreement.

SUBORDINATION OF DEBTOR'S DEBTS
TO REGISTERED OWNER / AUTHORIZED REPRESENTATIVE

Providing Registered Owner / Authorized Representative, subsequent to the execution of this agreement, perfects his security interest in the collateral by appropriate registration, Debtor agrees that its indebtedness to Registered Owner / Authorized Representative, whether now existing or hereafter created, shall have priority over unregistered claims that third parties may raise against Debtor or the collateral, whether or not Debtor becomes insolvent. Debtor hereby expressly subordinates any claim that Debtor may have against Registered Owner / Authorized Representative, upon any account whatsoever, to the claim that Registered Owner / Authorized Representative has or will have against Debtor.

If Registered Owner / Authorized Representative so requests, all notes or credit agreements now or hereafter established, evidencing debts or obligations of Debtor to third parties, shall be marked with a legend that the same are subject to this agreement and shall be delivered to Registered Owner / Authorized Representative. Debtor agrees, and Registered Owner / Authorized Representative is hereby authorized, in the name of Debtor, to execute and file such financing statements and other commercial statements as Registered Owner / Authorized Representative deems necessary or appropriate to perfect, preserve, and enforce his rights under this agreement.

DEFAULT

The following shall constitute event(s) of default hereunder:

1. Failure by Debtor to pay a debt secured hereby when due;

2. Failure by Debtor to perform an obligation secured hereby when required to be performed;

3. Breach by Debtor of a warranty contained in this agreement;

4. Evidence that a statement, warranty, or representation made or implied in this agreement by Debtor is false or misleading in any material respect, either now or at the time made or furnished;

5. Evidence that this agreement or a document of title is void or ineffective;

6. Dissolution or termination of Debtor's existence as a legal entity, the insolvency of Debtor, the appointment of a receiver for all or any portion of Debtor's property, an assignment for the benefit of public creditors, or the commencement of proceedings under bankruptcy or insolvency laws by or against Debtor;

7. Commencement of foreclosure, whether by action of a tribunal, self-help, repossession, or other method,

3 of 10

by a creditor of Debtor against the collateral;

**8. Garnishment of Debtor's deposit accounts or employment.**
**Cure of Default.** If a fault or dishonor under this agreement is curable through an account held by Debtor but managed by the UNITED STATES or one of its subdivisions, agents, officers, or affiliates, such fault or dishonor may be cured by Debtor with authorization by Registered Owner / Authorized Representative and upon advice by the fiduciary that the fault or dishonor has been cured; and no event of default will have occurred. A dishonor under this agreement, initiated by third party intervention, will not cause a default if such intervention is challenged by Debtor by its good faith effort to confirm or disprove the validity or reasonableness of a public claim which is the basis of the public creditor's proceeding; but Debtor must, in that event, deposit such surety with Registered Owner / Authorized Representative as is necessary to indemnify Registered Owner / Authorized Representative from loss.
**Acceleration.** In the event of default, Registered Owner / Authorized Representative may declare the entire indebtedness immediately due and payable without notice.
**Liquidation of Collateral.** In the event of default, Registered Owner / Authorized Representative shall have full power to privately or publicly sell, lease, transfer, or otherwise deal with the collateral or proceeds or products there from, in his own name or in the name of Debtor. All expenses related to the liquidation of collateral shall become a part of Debtor's indebtedness. Registered Owner / Authorized Representative may, at his discretion, transfer part or all of the collateral to his own name or to the name of his nominee.
**Rights and Remedies.** Registered Owner / Authorized Representative shall have all the rights and remedies of a secured creditor under the provisions of the Uniform Commercial Code, as it has been adopted in the state where part or all of the collateral is located or presumed to be located, including but not limited to the right to proceed with self-help with or without a public court or tribunal. Rights and remedies available to Registered Owner / Authorized Representative may be exercised singularly or jointly and in all venues and jurisdictions concurrently at the sole discretion of Registered Owner / Authorized Representative.

**MISCELLANEOUS PROVISIONS**
**Amendments.** This agreement, together with all related documents, constitutes the entire understanding and agreement of the Parties as to the matters set forth in this agreement. No alteration of or amendment to this agreement shall be effective unless expressed in writing and signed by both Parties.
**Applicable Law.** The governing law of this agreement is the agreement of the Parties, supported by the Uniform Commercial Code as adopted by the legislature of the STATE OF CALIFORNIA, international contract law, the unwritten Law Merchant as practiced before the Uniform Commercial Code was promulgated, and applicable maxims of law.
**Expenses.** Debtor agrees to pay upon demand, from such accounts as Debtor may have, all Registered Owner / Authorized Representative's costs and expenses, including reasonable attorney's fees and other expenses incurred by Registered Owner / Authorized Representative to defend or enforce the provisions of this agreement.
**Indebtedness.** The word "indebtedness" means the indebtedness evidenced by this agreement as a claim against Debtor and all its present and future possessions identified in this agreement as collateral; and all public obligations, debts, and liabilities ascribed to Debtor through its contracts and agreements, whether expressed or implied, known or unknown, or actual or constructive, that are with the UNITED STATES or its subdivisions, agents, officers, affiliates, or other public entities; and all claims made by Registered Owner / Authorized Representative against Debtor, whether existing now or in the future, whether they are voluntary or involuntary, due or not due, direct or indirect, absolute or contingent, liquidated or unliquidated, regardless of whether Debtor is or may be liable individually or jointly, or is obligated as, or beneficiary of, a surety or accommodation party.
**Related Documents.** The phrase "related documents" means all promissory notes, credit agreements, loan agreements, guaranties, security agreements, mortgages, deeds of trust, applications, accounts, licenses, policies, permits, identification cards, account cards, receipts, titles, certificates, forms, and all other documents and instruments that Debtor or its previous surety has or will execute in connection with Debtor's total indebtedness.
**Notices.** Except for revocation notices by Debtor, all notices required to be given by either Party under this agreement shall be in writing and shall be effective when actually delivered or when deposited with the United States Post Office or a nationally recognized courier service, first class postage prepaid, addressed to the Party to whom the notice is to be given at the address shown on this agreement or to such other address as either Party may designate to the other in writing.
**Severability.** If one or more provisions of this agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a qualified court finds that one or more provisions of this agreement is invalid or unenforceable, but that by limiting such provision(s) it would become valid or enforceable, such provision(s) shall be deemed to be written, construed, and enforced as so limited. In the event that such a finding and limitation causes damage or hardship to either Party, the agreement shall be amended in a lawful manner to make all Parties whole.

4 of 10

**Waiver of Contractual Right.** The failure of either Party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that Party's right to subsequently enforce and compel strict compliance with every provision of this agreement. Registered Owner / Authorized Representative shall not be deemed to have waived rights under this agreement unless such waiver is given in writing and signed by Registered Owner / Authorized Representative. No delay or omission on the part of Registered Owner / Authorized Representative in exercising a right shall operate as a waiver of such right or any other right. A waiver by Registered Owner / Authorized Representative of a provision of this agreement shall not prejudice or constitute a waiver of Registered Owner's / Authorized Representative's right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by Registered Owner / Authorized Representative, nor any course of dealing between Registered Owner / Authorized Representative and Debtor, shall constitute a waiver of Registered Owner's / Authorized Representative's rights or of Debtor's obligations under this agreement as to future transactions. Whenever the consent of Registered Owner / Authorized Representative is required under this agreement, the granting of such consent by Registered Owner / Authorized Representative in one instance shall not constitute consent over the whole.

**Ambiguities and Interpretation.** Each Party acknowledges receipt of this agreement and has had the opportunity to have counsel review it. Any rule of construction claiming ambiguities is to be resolved in favor of Registered Owner / Authorized Representative and shall not apply in the interpretation of this agreement or its amendments. All statements in this instrument are important to the Parties. Misunderstandings have been resolved prior to execution.

**Authority to Represent.** A signer of this agreement on behalf of a legal entity certifies that he has the authority to sign this agreement and that this transaction has been duly authorized by such entity.

**Gender.** All references within this agreement to a specific gender include the other.

**SIGNATURES**

Secured Party accepts all signatures in accordance with the Uniform Commercial Code and acknowledges Debtor's signature as representative of all derivations thereof.

_Laquan Rahshe Hill-El_ ~~Attested~~ — _Maalik Rahshe Taquan Gullett-El_ **CO** ALL RIGHTS RESERVED

TAQUAN R. GULLETT, ens legis, Debtor     Maalik Rahshe Taquan Gullett-El, a Living Man

See attached: Schedule A and Indemnity Bond.

**SCHEDULE A**

This Schedule A dated April 14, 2010 is an attachment to this security agreement. The following partial itemization of property constitutes a portion of the collateral referenced in said Commercial Security Agreement and is not intended to represent the actual and full extent of said collateral. This Schedule A, describing collateral wherever located, supplements previous security agreements that may have been entered into by the same parties. This property now owned or hereinafter acquired includes but is not limited to all:

A.     Income from every source;

B.     Proceeds of Registered Owner / Authorized Representative's labor from every source;

C.     All bank accounts foreign and domestic;

D.     Application for STATE OF CALIFORNIA CERTIFICATION OF BIRTH  # 77-56656  and all other Certificates of Birth, Certificates of Living Birth, Notifications of Registration of Birth, or Certificates of Registration of Birth, or otherwise entitled documents of birth whether county, state, federal, or other either ascribed to or derived from the name of Debtor identified above, or based upon the above described birth document;

E.     Private Owned Certificate of Live Birth Number: 77-56656;

F.     Application for Social Security # ▮▮▮▮▮▮▮ and all value associated with this Social Security account;

G.     Public Debtor Treasury Account ▮▮▮▮▮▮▮

H.     Private Creditor Treasury Account: ▮▮▮▮▮▮▮

I.     Private Depository Trust Account: ▮▮▮▮▮▮▮

J.     Private Operator License Not a Vessel: 77863A;

K.     PERSONAL PROTECTION PERMIT; UCC 1 File Number 10-7228787860, Document Number 24663170002 and all addendums;

L.     Private Register of Deeds Liber Number: NA

M.     All documents filed with LOS ANGELES COUNTY REGISTER OF DEEDS OFFICE AND LOS ANGELES COUNTY SUPERIOR COURT OF CALIFORNIA and including but not limited to Affidavit of Political Status, UCC Financing Statements and all Addendums, Power of Attorney, Commercial Security Agreement # TRG-MRE-100895-CSA , Actual and Constructive Notice, Hold Harmless Agreement, Property List, Affidavit of Service, Non Negotiable Security Agreement, List of Recipients, Legal Notice and Demand, Act of State and

Apostille;

M. Any other additional property not generally or specifically listed herein.

N. Any other additional property to be acquired not generally or specifically listed herein

O. Professional License Number of the debtor TAQUAN R. GULLETT.

P. Private Address: c/o General Delivery. General Post Office. 9534 Reseda Boulevard. Northridge. California Republic. Near 91325.

Q. Public Domicile: Post Office Box 17135 North Hollywood, California Republic Near 91615.

R. Any and all present and future Registered Private Bond/Account Numbers, Private Registered Bond Numbers, All Registered Offset and Indemnity Bonds filed with US TREASURY:

S. All Personal Property, Personal Possessions, and Contents or anything of value on, in, or around property located at or near Private Address: 7035 Laurel Canyon Boulevard #17135, North Hollywood California Republic near 91615 and Public Storage facility Unit E001, 19121 Parthenia Street, Northridge, CA 91324; or on, in, or around my location,

1.   All proceeds, products, accounts, and fixtures from crops, mine head, wellhead, with transmitting utilities, etc.;

2.   All rents, wages, and income from every source;

3.   All land, mineral, water, and air rights;

4.   All cottages, cabins, houses, and buildings;

5.   All bank accounts, bank "safety" deposit boxes and the contents therein, credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;

6.   All inventory in any source;

7.   All machinery, either farm or industrial;  all mechanical tools, construction tools, tools of trade;

8.   All boats, yachts, and water craft, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

9.   All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

10.   All motor homes, trailers, mobile homes, recreational vehicles, house, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, and fuels and fuel additives;

11.   All livestock and animals, and all things required for the care, feeding, use, and husbandry thereof;

12.   All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances;

13.   All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

14.   All visual reproduction systems, aural reproduction Systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, i-pods, phonograph records, film, video and aural production equipment, cameras, projectors, and musical instruments;

15.   All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

16.   All books and records including financial records of DEBTOR;

17.   All Trademarks, Registered Marks, copyrights, patents, proprietary data and technology, inventions, royalties, good will;

18.   All public or private scholastic degrees, titles, credentials, honors, awards, recognitions, meritorious citations, achievements through apprenticeship and/or continuing education programs, from whatever source for whatever trade, occupation, work, or  endeavor;

19.   All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever, of DEBTOR;

20.   All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;

21.   All biometrics data, records, information, and processes not elsewhere described, the use thereof; and the use of the information contained therein or pertaining thereto;

22.   All Rights to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means

6 of 10

whatsoever;

23.     All Rights to request, refuse, or authorize the administration of; any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;

24.     All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;

25.     All Rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia, cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, www, and all other methods of communication, energy transmission, and food or water distribution;

26.     All Rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

27.     All Rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

28.     All Rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile, free from requirement to apply for or obtain any government license or permission and free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period, so long as any required lease is currently paid or a subsequent three-day grace period has not expired;

29.     All Rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30.     All Rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31.     All Rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

32.     All Rights as outlined in the "Constitution for the united States of America," and the Honorable "Bill of Rights".

33.     All Rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition Government for redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources;

34.     All Rights to Keep and Bear Arms for self-defense of self; family, and parties entreating physical protection of person or property;

35.     All Rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

36.     All Rights to create documents of travel of every kind whatsoever, inter alia, those signifying diplomatic status and immunity as a free, independent, and Sovereign State-in-fact;

37.     All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e. mind, body, soul, free will, faculties, and self;

38.     All Rights to privacy and security in person and property, inter alia, all Rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

39.     All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names; TAQUAN GULLETT, TAQUAN R. GULLETT, TAQUAN RAHSHE GULLETT, TAQUAN RASHIE GULLETT, and any and all derivatives thereof.

40.     All intellectual property, inter alia, all speaking and writing; All thoughts, beliefs, worldview, emotions, psychology, etc. TAQUAN GULLETT, TAQUAN R. GULLETT, TAQUAN RAHSHE GULLETT, TAQUAN RASHIE GULLETT. All licenses foreign and domestic;

41.     All signatures and seals;

42.     All present and future retirement incomes, and rights to such incomes, issuing from any of DEBTOR'S accounts;

43.     All present and future medical and healthcare rights, and rights owned through survivorship, from any of DEBTOR'S accounts;

44.     All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia, all

7 of 10

processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers, and the like;

45.   All library cards;

46.   All credit, charge, and debit cards, and mortgages, notes, applications, card numbers, and associated records and information;

47.   All credit of DEBTOR;

48.   All traffic citations/tickets;

49.   All parking citations/tickets;

50.   All court cases and judgments, past, present, and future, in any court whatsoever, and all bonds, orders, warrants, and other matters attached thereto or derived there from;

51.   All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes within which said items are stored;

52.   All tax correspondence, filings, notices, coding, record numbers, social security insurance ▮▮▮▮▮▮▮▮▮▮ and any information therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

53.   All bank accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, 401-K's, and the like;

54.   All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and records numbers, correspondence, and information pertaining thereto or derived there from;

55.   All cash, coins, money, Federal Reserve Notes, and Silver Certificates;

56.   All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies;

57.   All products of and for agriculture, and all equipment, inventories, supplies, contracts, accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

58.   All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, and supplies, and storage sheds and contents;

59.   All fuel, fuel tanks, containers, and involved or related delivery systems;

60.   All metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, toolboxes, work benches, shops, and facilities;

61.   All camping, fishing, hunting, and sporting equipment, and all special clothing, materials, supplies, and baggage related thereto;

62.   All rifles and guns and related accessories, and ammunition and the integral components thereof;

63.   All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, and towers, and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

64.   All power-generating machines or devices, and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining or attached thereto;

65.   All computers and computer systems and the information contained therein, as well as all ancillary equipment, printers, and data compression or encryption devices and processes;

66.   All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;

67.   All water wells and well-drilling equipment, and all ancillary equipment, chemicals, tools, and supplies;

68.   All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;

69.   All building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

70.   All communications and data, and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

71.   All books, drawings, magazines, manuals, and reference materials regardless of physical form;

72.   All artwork, paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto;

73.   All food, and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

74.   All construction machinery and all ancillary equipment, supplies, materials, fuels, fuel additives,

supplies, materials, and service equipment pertaining thereto;

75.    All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

76.    The Will of Debtor;

77.    All inheritances gotten or to be gotten;

78.    All wedding bands and rings, watches, wardrobe, and toiletries;

79.    All household goods and appliances, linen, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques;

80.    All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired, and all books and records thereof and there from, all income there from, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

81.    All practice of naturopathic medicine and natural healing including but not limited to all eclectic and specialty treatment modalities for body, mind, and spirit, use of associated implements and/or tools and/or manual techniques and/or counseling, equipment, books, materials, nutritional supplements, herbal medicines, homeopathic remedies, supplies of all kinds, all patient communications and records;

82.    All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like, and all books and records pertaining thereto, all income therefrom, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

83.    All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, Debtor, whether received or not received by Debtor;

84.    All telephone numbers;

A.    Registered Owner / Authorized Representative.

These items of property cannot be taken, used, duplicated, confiscated, confined, restrained, abused, damaged, influenced, or removed from Registered Owner / Authorized Representative Maalik Rahshe El does constitute a penalty of one hundred trillion United States silver dollars ($100,000,000,000,000.00) of .999 pure silver, per occurrence, per officer or agent involved. This is a contract in admiralty, and you may rebut this contract within 3 days. Rebuttal must be per the conditions found in the Legal Notice and Demand that is on file, along with this document

All property belonging to Debtor belongs to Registered Owner / Authorized Representative, including equity and improvements. See CALIFORNIA UCC-1 and Legal Notice and Demand for property list.


**INDEMNITY BOND**

Know all men by these presents, that TAQUAN R. GULLETT Debtor, hereby establishes this Indemnity Bond in favor of Maalik Rahshe El, Registered Owner / Authorized Representative, in the sum of present and future collateral values up to the sum of one hundred trillion United States silver dollars ($100,000,000,000,000.00) of .999 pure silver, or fiat money at par value, for the payment of which bond Debtor hereby firmly binds its successors, heirs, executors, administrators, DBA's, AKA's, and third-party assigns, jointly and severally. Debtor hereby indemnifies Registered Owner / Authorized Representative against losses incurred as a result of all claims of debts or losses made by any and all persons against the commercial transactions and investments of Debtor. The condition of this bond is that Registered Owner / Authorized Representative covenants to do certain things on behalf of Debtor, as set forth in the attached Commercial Security Agreement of the same date and executing parties; and Debtor covenants to serve as a Non-UCC Public Finance Real Estate Fixture Record to assure beneficial interest in all accounts established and managed by the UNITED STATES; and all goods and services in commerce are available to or conveyed from Debtor to Registered Owner / Authorized Representative, whichever is appropriate.

To avert losses of vested rights in the present or future collateral that is the subject of the attached Commercial Security Agreement, Debtor agrees to make available to Registered Owner / Authorized Representative such accounts established by intent of the Parties, by operation of law, and/or as constructive trusts, to hold proceeds arising from assets belonging to Debtor and administered by the UNITED STATES or its subdivisions, agents, or affiliates. Pursuant to existing laws of the UNITED STATES and the agreement of the parties of the attached security agreement, Registered Owner / Authorized Representative is authorized to assign such funds from said accounts as are necessary to settle all past, present, and future public debts and obligations incurred by Debtor on behalf of Registered Owner / Authorized Representative.

Debtor, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Registered Owner / Authorized Representative harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses including, without restriction, legal costs, interests, penalties, and fines previously suffered or incurred, or to be suffered or incurred by Registered

9 of 10

Owner / Authorized Representative, in accordance with Registered Owner / Authorized Representative's personal guarantee with respect to loans or indebtedness belonging to Debtor, including any amount that Debtor might be deemed to owe to a public creditor for any reason whatsoever. Registered Owner / Authorized Representative shall promptly advise Debtor of all public claims brought by third parties against the present or future property of Debtor, all of which is covered by the attached security agreement up to the indemnification amount declared herein, and to provide Debtor with full details of said claim(s), including copies of all documents, correspondence, suits, or actions received by or served upon Debtor through Registered Owner / Authorized Representative. Registered Owner / Authorized Representative shall fully cooperate with discussion, negotiation, or other proceedings relating to such claims.

This bond shall be in force and effect as of the date that it is signed and accepted by the Parties, and provided that Registered Owner / Authorized Representative may cancel this bond and be relieved of further duty hereunder by delivering a thirty (30) day written notice of cancellation to Debtor. No such cancellation shall affect the liability incurred by or accrued to Registered Owner / Authorized Representative prior to the conclusion of said thirty (30) day period. In such event of notice of cancellation, and in the event that the UNITED STATES reinstitutes its constructive claim against the collateral, Debtor agrees to reissue the bond before the end of the thirty (30) day period for an amount equal to or greater than the above value of the attached security agreement, unless the Parties agree otherwise.

## NOTICE OF LIEN

This agreement constitutes an International Commercial Lien on all property of Debtor Indemnitor on behalf of, and for the benefit of, Registered Owner / Authorized Representative, Indemnitee in the amount of one hundred trillion United States silver dollars ($100,000,000,000,000.00) of .999 pure silver. This lien will expire at the moment that Indemnitee expires or when this lien is satisfied by Indemnitee.

_____  ALL RIGHTS RESERVED    _____  ALL RIGHTS RESERVED
**TAQUAN R. GULLETT, Indemnitor**          **Maalik Rahshe Taquan Gullett-El, Indemnitee**

13. THIS FINANCING STATEMENT is filed as a **fixture filing**

14. Description of real estate

**Non-UCC Public Finance Real Estate Fixture Record**

15. Name and address of a RECORD OWNER of above described real estate (if Debtor does not have a record interest)

**Maalik Rahshe Taquan Maalik Rahshe TaquanGullett-El El**
**c/o Non-Domestic w/o U.S. Post Office Box 17135**
North Hollywood, Ca 91615

17. Debtor is a: **Trust**

18. Alternate Filing Type: **Non-UCC Filing**

10 of 10

## UCC FINANCING STATEMENT

| 2014-2695084-41.01 |
| --- |
| **Kentucky Secretary of State** |
| File Date    3/31/2014 10:04:28 PM |
| Status    Active |
| Fee    $5.00 |

*Name and address of filer:*

Maalik Rahshe Taquan Taquan Gullett-El Gullett-El
c/o Non-Domestic w/o U.S. Post Office Box 17135
North Hollywood, Ca 91615

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

---

### DEBTOR'S EXACT FULL LEGAL NAME

| a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| b. INDIVIDUAL'S SURNAME **GULLETT** | FIRST PERSONAL NAME **TAQUAN** | ADDITIONAL NAME(S)/INITIAL(S) **RASHIE** | SUFFIX |
| c. MAILING ADDRESS c/o PLEASANT VALLEY HOSPITAL 3901 E. Las Posas **CAMERILLO** | CITY | POSTAL CODE **CA**   **93010** | COUNTRY **U.S.** |

### DEBTOR'S EXACT FULL LEGAL NAME

| a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| b. INDIVIDUAL'S SURNAME **GULLETT** | FIRST PERSONAL NAME **TAQUAN** | ADDITIONAL NAME(S)/INITIAL(S) **RAHSHE** | SUFFIX |
| c. MAILING ADDRESS c/o PLEASANT VALLEY HOSPITAL 3901 E. Las Posas **CAMERILLO** | CITY | POSTAL CODE **CA**   **93010** | COUNTRY **U.S.** |

### SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

| a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| b. INDIVIDUAL'S SURNAME **Gullett-El** | FIRST PERSONAL NAME **Maalik Rahshe Taquan** | ADDITIONAL NAME(S)/INITIAL(S) **Taquan Gullett-El** | SUFFIX **El** |
| c. MAILING ADDRESS c/o Non-Domestic w/o U.S. Post Office Box 17135 | CITY **North Hollywood** | POSTAL CODE **Ca**   **91615** | COUNTRY **USA** |

### SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

| a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| b. INDIVIDUAL'S SURNAME **Gullett-El** | FIRST PERSONAL NAME **Taquan** | ADDITIONAL NAME(S)/INITIAL(S) **Rashie** | SUFFIX **El** |
| c. MAILING ADDRESS c/o Non-Domestic w/o U.S. Post Office Box 17135 | CITY **North Hollywood** | POSTAL CODE **Ca**   **91615** | COUNTRY **USA** |

---

4. This FINANCING STATEMENT covers the following collateral:

**Commercial Security Agreement**
**TRG-MRE-100895-CSA**
This non-negotiable and non-transferable security agreement is made and entered into this day of April 4, 2010 by and between TAQUAN R. GULLETT, hereinafter "Debtor," Organization Number█████████ and Maalik Rahshe El, hereinafter "Registered Owner / Authorized Representative," Creditor Identification Number█████████ The Parties, hereinafter "Parties," are identified as follows:
**Debtor:**
TAQUAN R. GULLETT, A LEGAL PERSON
c/o Post Office Box 17135
   North Hollywood, California 91605
Organization Number█████████
**Secured Party:**
Maalik Rahshe El, a "Personam Sojurn and People of Posterity"
c/o 7035 Laurel Canyon Boulevard #17135
   North Hollywood California Territory

**Creditor Identification Number:** █████████
**AGREEMENT**

1 of 10

**NOW, THEREFORE, the Parties agree as follows:**

Debtor, who deems itself insecure, hereby grants Registered Owner / Authorized Representative a security interest in the collateral described generally herein or specifically on attached Schedule A, hereinafter referred to as "collateral." This will secure all Debtor's property, as well as all income from every source, and all direct and indirect, absolute or contingent, due or to become due, now existing or hereafter arising, presumed or actual, parole or expressed public indebtedness and liabilities held by Debtor in consideration for Registered Owner / Authorized Representative providing certain things and accommodations for Debtor, including but not limited to:

1. Registered Owner / Authorized Representative signing by accommodation for Debtor, when necessary, where the signature of Debtor will be required. Registered Owner / Authorized Representative reserves the right to make sufficient claims to secure such indebtedness until satisfied in whole.

2. Registered Owner / Authorized Representative issuing a binding commitment to extend credit or to extend immediately available credit, whether or not drawn upon and whether or not reimbursed in the event of difficulties in collection; and

3. Registered Owner / Authorized Representative providing the security for payment of all sums due or owing, or to become due or owing, by Debtor on every public contract entered into by Debtor.

Debtor declares that it is a legal entity recognized as such and has rights and privileges recognized under the laws of the UNITED STATES, as has been the case since its creation in October 8, 1977. All legal means to protect the security interest being established by this agreement will be used by Debtor when necessary; and all support needed by Registered Owner / Authorized Representative to protect his security interest in the collateral identified herein will be provided by Debtor.

Execution of this security agreement incorporates a promise that Debtor will execute such commercial forms as may be necessary, including but not limited to financing statements, to assure that Registered Owner's / Authorized Representative's interest is perfected. The security interest established by this agreement will continue until Registered Owner / Authorized Representative is relieved of all liability associated with said services provided to Debtor and until all owing and due consideration to Registered Owner / Authorized Representative has been delivered, regardless of whether the collateral identified in this agreement is in the possession of Debtor or Registered Owner / Authorized Representative.

Debtor warrants that Registered Owner / Authorized Representative's claim against the collateral is enforceable according to the terms and conditions expressed herein and according to all applicable laws promulgated for the purpose of protecting the interests of a creditor against a debtor. Debtor also warrants that it holds good and marketable title to the collateral, free and clear of all actual and lawful liens and encumbrances, except for the interest established herein and except for such substantial interest as may have been privately established by agreement of the Parties with full attention to the elements necessary to establish a valid contract under international contract law. Public encumbrances belonging to Debtor, against the collateral, shall remain secondary to this agreement, unless registered prior to the registration of Registered Owner / Authorized Representative's interest in the same collateral, as is well established in international commercial law.

**GENERAL PROVISIONS**

**Possession of Collateral.** Collateral or evidence of collateral may remain in the possession of Debtor, to be kept at the address given in this agreement by Debtor or such other place(s) approved by Registered Owner / Authorized Representative; and notice of changes in location must be made to Registered Owner / Authorized Representative within ten (10) days of such relocation. Debtor agrees not to otherwise remove the collateral except as is expected in the ordinary course of business, including sale of inventory, exchange, and other acceptable reasons for removal. When in doubt as to the legal ramifications for relocation, Debtor agrees to acquire prior written authorization from Registered Owner / Authorized Representative. Debtor may possess all tangible personal property included in collateral, have beneficial use of all other collateral, and may use it in any lawful manner consistent with this agreement. Debtor's right to possession and beneficial use may also apply to collateral that is in the possession of Registered Owner / Authorized Representative if such possession is required by law to perfect Registered Owner / Authorized Representative's interest in such collateral. If Registered Owner / Authorized Representative, at any time, has possession of any part of the collateral, whether before or after an event of default, Registered Owner / Authorized Representative shall be deemed to have exercised reasonable care in the custody and preservation of the collateral, if Registered Owner / Authorized Representative takes such action for that purpose as deemed appropriate by Registered Owner / Authorized Representative under the circumstances. **Proceeds and Products from Collateral.** Unless waived by Registered Owner / Authorized Representative, all proceeds and products from the disposition of the collateral, for whatever reason, shall be held in trust for Registered Owner / Authorized Representative and shall not be commingled with any other accounts or funds without the consent of Registered Owner / Authorized Representative. Notice of such proceeds shall be delivered to Registered Owner / Authorized Representative immediately upon receipt. Except for inventory sold or accounts collected in the ordinary course of Debtor's public business, Debtor agrees not to sell, offer to sell, or otherwise transfer or dispose of the collateral, nor to pledge, mortgage, encumber, or

2 of 10

otherwise permit the collateral to be subject to a lien, security interest, encumbrance, or charge, other than the security interest established by this agreement, without the prior written consent of Secured Party. Maintenance of Collateral. Debtor agrees to maintain all tangible collateral in good condition and repair, and not to commit or permit damage to or destruction of the collateral or any part of the collateral. Registered Owner / Authorized Representative and his designated representatives and agents shall have the right at all reasonable times to examine, inspect, and audit the collateral wherever located. Debtor shall immediately notify Registered Owner / Authorized Representative of all cases involving the return, rejection, repossession, loss, or damage of or to the collateral; of all requests for credit or adjustment of collateral, or dispute arising with respect to the collateral; and generally of all happenings and events affecting the collateral or the value or the amount of the collateral.

Compliance with Law. Debtor shall comply promptly with all laws, ordinances, and regulations of all governmental authorities applicable to the production, disposition, or use of the collateral. Debtor may contest in good faith any such law, ordinance, or regulation without compliance during a proceeding, including appropriate appeals, so long as Secured Party's interest in the collateral, in Registered Owner's / Authorized Representative's opinion, is not jeopardized. Registered Owner / Authorized Representative may, at his option, intervene in any situation that appears to place the collateral in jeopardy.

Public Disputes. Debtor agrees to pay all applicable taxes, assessments, and liens upon the collateral when due, provided that such taxes, assessments, and liens are proved to be superior to the lawful claim established by this agreement and subsequently perfected by Registered Owner / Authorized Representative by appropriate registration. In the event that Debtor elects to dispute such taxes, assessments, and liens, Registered Owner's / Authorized Representative's interest must be protected at all times, at the sole opinion of Registered Owner / Authorized Representative, who may, at his option, intervene in any situation that appears to jeopardize Registered Owner / Authorized Representative's interest in the collateral. Debtor may elect to continue pursuit of dispute of such taxes, assessments, and liens, only upon production of a surety bond by public claimant(s), in favor of Registered Owner / Authorized Representative, sufficient to protect Registered Owner / Authorized Representative from loss, including all costs and fees associated with such dispute. Should public judgment against Debtor result from such dispute, Debtor agrees to satisfy such judgment from its accounts established and managed by the UNITED STATES or its subdivisions, agents, officers, or affiliates, so as not to adversely affect Registered Owner's / Authorized Representative's interest in the collateral.

Indemnification. Debtor hereby indemnifies Registered Owner / Authorized Representative from all harm as expressed in the attached indemnity bond, incorporated herein as if fully set forth within this security agreement.

SUBORDINATION OF DEBTOR'S DEBTS

TO REGISTERED OWNER / AUTHORIZED REPRESENTATIVE

Providing Registered Owner / Authorized Representative, subsequent to the execution of this agreement, perfects his security interest in the collateral by appropriate registration, Debtor agrees that its indebtedness to Registered Owner / Authorized Representative, whether now existing or hereafter created, shall have priority over unregistered claims that third parties may raise against Debtor or the collateral, whether or not Debtor becomes insolvent. Debtor hereby expressly subordinates any claim that Debtor may have against Registered Owner / Authorized Representative, upon any account whatsoever, to the claim that Registered Owner / Authorized Representative has or will have against Debtor.

If Registered Owner / Authorized Representative so requests, all notes or credit agreements now or hereafter established, evidencing debts or obligations of Debtor to third parties, shall be marked with a legend that the same are subject to this agreement and shall be delivered to Registered Owner / Authorized Representative. Debtor agrees, and Registered Owner / Authorized Representative is hereby authorized, in the name of Debtor, to execute and file such financing statements and other commercial statements as Registered Owner / Authorized Representative deems necessary or appropriate to perfect, preserve, and enforce his rights under this agreement.

DEFAULT

The following shall constitute event(s) of default hereunder:

1. Failure by Debtor to pay a debt secured hereby when due;

2. Failure by Debtor to perform an obligation secured hereby when required to be performed;

3. Breach by Debtor of a warranty contained in this agreement;

4. Evidence that a statement, warranty, or representation made or implied in this agreement by Debtor is false or misleading in any material respect, either now or at the time made or furnished;

5. Evidence that this agreement or a document of title is void or ineffective;

6. Dissolution or termination of Debtor's existence as a legal entity, the insolvency of Debtor, the appointment of a receiver for all or any portion of Debtor's property, an assignment for the benefit of public creditors, or the commencement of proceedings under bankruptcy or insolvency laws by or against Debtor;

7. Commencement of foreclosure, whether by action of a tribunal, self-help, repossession, or other method,

3 of 10

by a creditor of Debtor against the collateral;

**8. Garnishment of Debtor's deposit accounts or employment.**
**Cure of Default.** If a fault or dishonor under this agreement is curable through an account held by Debtor but managed by the UNITED STATES or one of its subdivisions, agents, officers, or affiliates, such fault or dishonor may be cured by Debtor with authorization by Registered Owner / Authorized Representative and upon advice by the fiduciary that the fault or dishonor has been cured; and no event of default will have occurred. A dishonor under this agreement, initiated by third party intervention, will not cause a default if such intervention is challenged by Debtor by its good faith effort to confirm or disprove the validity or reasonableness of a public claim which is the basis of the public creditor's proceeding; but Debtor must, in that event, deposit such surety with Registered Owner / Authorized Representative as is necessary to indemnify Registered Owner / Authorized Representative from loss.
**Acceleration.** In the event of default, Registered Owner / Authorized Representative may declare the entire indebtedness immediately due and payable without notice.
**Liquidation of Collateral.** In the event of default, Registered Owner / Authorized Representative shall have full power to privately or publicly sell, lease, transfer, or otherwise deal with the collateral or proceeds or products there from, in his own name or in the name of Debtor. All expenses related to the liquidation of collateral shall become a part of Debtor's indebtedness. Registered Owner / Authorized Representative may, at his discretion, transfer part or all of the collateral to his own name or to the name of his nominee.
**Rights and Remedies.** Registered Owner / Authorized Representative shall have all the rights and remedies of a secured creditor under the provisions of the Uniform Commercial Code, as it has been adopted in the state where part or all of the collateral is located or presumed to be located, including but not limited to the right to proceed with self-help with or without a public court or tribunal. Rights and remedies available to Registered Owner / Authorized Representative may be exercised singularly or jointly and in all venues and jurisdictions concurrently at the sole discretion of Registered Owner / Authorized Representative.

**MISCELLANEOUS PROVISIONS**
**Amendments.** This agreement, together with all related documents, constitutes the entire understanding and agreement of the Parties as to the matters set forth in this agreement. No alteration of or amendment to this agreement shall be effective unless expressed in writing and signed by both Parties.
**Applicable Law.** The governing law of this agreement is the agreement of the Parties, supported by the Uniform Commercial Code as adopted by the legislature of the STATE OF CALIFORNIA, international contract law, the unwritten Law Merchant as practiced before the Uniform Commercial Code was promulgated, and applicable maxims of law.
**Expenses.** Debtor agrees to pay upon demand, from such accounts as Debtor may have, all Registered Owner / Authorized Representative's costs and expenses, including reasonable attorney's fees and other expenses incurred by Registered Owner / Authorized Representative to defend or enforce the provisions of this agreement.
**Indebtedness.** The word "indebtedness" means the indebtedness evidenced by this agreement as a claim against Debtor and all its present and future possessions identified in this agreement as collateral; and all public obligations, debts, and liabilities ascribed to Debtor through its contracts and agreements, whether expressed or implied, known or unknown, or actual or constructive, that are with the UNITED STATES or its subdivisions, agents, officers, affiliates, or other public entities; and all claims made by Registered Owner / Authorized Representative against Debtor, whether existing now or in the future, whether they are voluntary or involuntary, due or not due, direct or indirect, absolute or contingent, liquidated or unliquidated, regardless of whether Debtor is or may be liable individually or jointly, or is obligated as, or beneficiary of, a surety or accommodation party.
**Related Documents.** The phrase "related documents" means all promissory notes, credit agreements, loan agreements, guaranties, security agreements, mortgages, deeds of trust, applications, accounts, licenses, policies, permits, identification cards, account cards, receipts, titles, certificates, forms, and all other documents and instruments that Debtor or its previous surety has or will execute in connection with Debtor's total indebtedness.
**Notices.** Except for revocation notices by Debtor, all notices required to be given by either Party under this agreement shall be in writing and shall be effective when actually delivered or when deposited with the United States Post Office or a nationally recognized courier service, first class postage prepaid, addressed to the Party to whom the notice is to be given at the address shown on this agreement or to such other address as either Party may designate to the other in writing.
**Severability.** If one or more provisions of this agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a qualified court finds that one or more provisions of this agreement is invalid or unenforceable, but that by limiting such provision(s) it would become valid or enforceable, such provision(s) shall be deemed to be written, construed, and enforced as so limited. In the event that such a finding and limitation causes damage or hardship to either Party, the agreement shall be amended in a lawful manner to make all Parties whole.

4 of 10

**Waiver of Contractual Right.** The failure of either Party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that Party's right to subsequently enforce and compel strict compliance with every provision of this agreement. Registered Owner / Authorized Representative shall not be deemed to have waived rights under this agreement unless such waiver is given in writing and signed by Registered Owner / Authorized Representative. No delay or omission on the part of Registered Owner / Authorized Representative in exercising a right shall operate as a waiver of such right or any other right. A waiver by Registered Owner / Authorized Representative of a provision of this agreement shall not prejudice or constitute a waiver of Registered Owner's / Authorized Representative's right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by Registered Owner / Authorized Representative, nor any course of dealing between Registered Owner / Authorized Representative and Debtor, shall constitute a waiver of Registered Owner's / Authorized Representative's rights or of Debtor's obligations under this agreement as to future transactions. Whenever the consent of Registered Owner / Authorized Representative is required under this agreement, the granting of such consent by Registered Owner / Authorized Representative in one instance shall not constitute consent over the whole.

**Ambiguities and Interpretation.** Each Party acknowledges receipt of this agreement and has had the opportunity to have counsel review it. Any rule of construction claiming ambiguities is to be resolved in favor of Registered Owner / Authorized Representative and shall not apply in the interpretation of this agreement or its amendments. All statements in this instrument are important to the Parties. Misunderstandings have been resolved prior to execution.

**Authority to Represent.** A signer of this agreement on behalf of a legal entity certifies that he has the authority to sign this agreement and that this transaction has been duly authorized by such entity.

**Gender.** All references within this agreement to a specific gender include the other.

**SIGNATURES**

Secured Party accepts all signatures in accordance with the Uniform Commercial Code and acknowledges Debtor's signature as representative of all derivations thereof.

_Taquan Vahshe Jullitt-El Reserved_      _Maalik Rahshe Taquan Jullitt-El ALL RIGHTS RESERVED_

TAQUAN R. GULLETT, ens legis, Debtor     Maalik Rahshe Taquan Gullett-El, a Living Man

See attached: Schedule A and Indemnity Bond.

**SCHEDULE A**

This Schedule A dated April 14, 2010 is an attachment to this security agreement. The following partial itemization of property constitutes a portion of the collateral referenced in said Commercial Security Agreement and is not intended to represent the actual and full extent of said collateral. This Schedule A, describing collateral wherever located, supplements previous security agreements that may have been entered into by the same parties. This property now owned or hereinafter acquired includes but is not limited to all:

A.   Income from every source;

B.   Proceeds of Registered Owner / Authorized Representative's labor from every source;

C.   All bank accounts foreign and domestic;

D.   Application for STATE OF CALIFORNIA CERTIFICATION OF BIRTH  # 77-56656  and all other Certificates of Birth, Certificates of Living Birth, Notifications of Registration of Birth, or Certificates of Registration of Birth, or otherwise entitled documents of birth whether county, state, federal, or other either ascribed to or derived from the name of Debtor identified above, or based upon the above described birth document;

E.   Private Owned Certificate of Live Birth Number: 77-56656;

F.   Application for Social Security # ████████████ and all value associated with this Social Security account;

G.   Public Debtor Treasury Account ████████

H.   Private Creditor Treasury Account ████████

I.   Private Depository Trust Account █████████████

J.   Private Operator License Not a Vessel: 77863A;

K.   PERSONAL PROTECTION PERMIT; UCC 1 File Number 10-7228787860, Document Number 24663170002 and all addendums;

L.   Private Register of Deeds Liber Number: NA

M.   All documents filed with LOS ANGELES COUNTY REGISTER OF DEEDS OFFICE AND LOS ANGELES COUNTY SUPERIOR COURT OF CALIFORNIA and including but not limited to Affidavit of Political Status, UCC Financing Statements and all Addendums, Power of Attorney, Commercial Security Agreement # TRG-MRE-100895-CSA , Actual and Constructive Notice, Hold Harmless Agreement, Property List, Affidavit of Service, Non Negotiable Security Agreement, List of Recipients, Legal Notice and Demand, Act of State and

Apostille;

M. Any other additional property not generally or specifically listed herein.

N. Any other additional property to be acquired not generally or specifically listed herein

O. Professional License Number of the debtor TAQUAN R. GULLETT.

P. Private Address: c/o General Delivery. General Post Office. 9534 Reseda Boulevard. Northridge. California Republic. Near 91325.

Q. Public Domicile: Post Office Box 17135 North Hollywood, California Republic Near 91615.

R. Any and all present and future Registered Private Bond/Account Numbers, Private Registered Bond Numbers, All Registered Offset and Indemnity Bonds filed with US TREASURY;

S. All Personal Property, Personal Possessions, and Contents or anything of value on, in, or around property located at or near Private Address: 7035 Laurel Canyon Boulevard #17135, North Hollywood California Republic near 91615 and Public Storage facility Unit E001, 19121 Parthenia Street, Northridge, CA 91324; or on, in, or around my location,

1. All proceeds, products, accounts, and fixtures from crops, mine head, wellhead, with transmitting utilities, etc.;

2. All rents, wages, and income from every source;

3. All land, mineral, water, and air rights;

4. All cottages, cabins, houses, and buildings;

5. All bank accounts, bank "safety" deposit boxes and the contents therein, credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;

6. All inventory in any source;

7. All machinery, either farm or industrial;  all mechanical tools, construction tools, tools of trade;

8. All boats, yachts, and water craft, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

9. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

10. All motor homes, trailers, mobile homes, recreational vehicles, house, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, and fuels and fuel additives;

11. All livestock and animals, and all things required for the care, feeding, use, and husbandry thereof;

12. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances;

13. All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

14. All visual reproduction systems, aural reproduction Systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, I-pods, phonograph records, film, video and aural production equipment, cameras, projectors, and musical instruments;

15. All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

16. All books and records including financial records of DEBTOR;

17. All Trademarks, Registered Marks, copyrights, patents, proprietary data and technology, inventions, royalties, good will;

18. All public or private scholastic degrees, titles, credentials, honors, awards, recognitions, meritorious citations, achievements through apprenticeship and/or continuing education programs, from whatever source for whatever trade, occupation, work, or  endeavor;

19. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever, of DEBTOR;

20. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;

21. All biometrics data, records, information, and processes not elsewhere described, the use thereof; and the use of the information contained therein or pertaining thereto;

22. All Rights to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means

whatsoever;

23.    All Rights to request, refuse, or authorize the administration of; any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;

24.    All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;

25.    All Rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia, cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, www, and all other methods of communication, energy transmission, and food or water distribution;

26.    All Rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

27.    All Rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

28.    All Rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile, free from requirement to apply for or obtain any government license or permission and free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period, so long as any required lease is currently paid or a subsequent three-day grace period has not expired;

29.    All Rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30.    All Rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31.    All Rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

32.    All Rights as outlined in the "Constitution for the united States of America," and the Honorable "Bill of Rights".

33.    All Rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition Government for redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources;

34.    All Rights to Keep and Bear Arms for self-defense of self; family, and parties entreating physical protection of person or property;

35.    All Rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

36.    All Rights to create documents of travel of every kind whatsoever, inter alia, those signifying diplomatic status and immunity as a free, independent, and Sovereign State-in-fact;

37.    All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e. mind, body, soul, free will, faculties, and self;

38.    All Rights to privacy and security in person and property, inter alia, all Rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

39.    All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names; TAQUAN GULLETT, TAQUAN R. GULLETT, TAQUAN RAHSHE GULLETT, TAQUAN RASHIE GULLETT, and any and all derivatives thereof.

40.    All intellectual property, inter alia, all speaking and writing; All thoughts, beliefs, worldview, emotions, psychology, etc. TAQUAN GULLETT, TAQUAN R. GULLETT, TAQUAN RAHSHE GULLETT, TAQUAN RASHIE GULLETT. All licenses foreign and domestic;

41.    All signatures and seals;

42.    All present and future retirement incomes, and rights to such incomes, issuing from any of DEBTOR'S accounts;

43.    All present and future medical and healthcare rights, and rights owned through survivorship, from any of DEBTOR'S accounts;

44.    All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia, all

7 of 10

processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers, and the like;

45.   All library cards;

46.   All credit, charge, and debit cards, and mortgages, notes, applications, card numbers, and associated records and information;

47.   All credit of DEBTOR;

48.   All traffic citations/tickets;

49.   All parking citations/tickets;

50.   All court cases and judgments, past, present, and future, in any court whatsoever, and all bonds, orders, warrants, and other matters attached thereto or derived there from;

51.   All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes within which said items are stored;

52.   All tax correspondence, filings, notices, coding, record numbers, social security insurance #XXX-XX-8532 and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

53.   All bank accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, 401-K's, and the like;

54.   All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and records numbers, correspondence, and information pertaining thereto or derived there from;

55.   All cash, coins, money, Federal Reserve Notes, and Silver Certificates;

56.   All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies;

57.   All products of and for agriculture, and all equipment, inventories, supplies, contracts, accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

58.   All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, and supplies, and storage sheds and contents;

59.   All fuel, fuel tanks, containers, and involved or related delivery systems;

60.   All metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, toolboxes, work benches, shops, and facilities;

61.   All camping, fishing, hunting, and sporting equipment, and all special clothing, materials, supplies, and baggage related thereto;

62.   All rifles and guns and related accessories, and ammunition and the integral components thereof;

63.   All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, and towers, and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

64.   All power-generating machines or devices, and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining or attached thereto;

65.   All computers and computer systems and the information contained therein, as well as all ancillary equipment, printers, and data compression or encryption devices and processes;

66.   All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;

67.   All water wells and well-drilling equipment, and all ancillary equipment, chemicals, tools, and supplies;

68.   All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;

69.   All building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

70.   All communications and data, and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

71.   All books, drawings, magazines, manuals, and reference materials regardless of physical form;

72.   All artwork, paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto;

73.   All food, and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

74.   All construction machinery and all ancillary equipment, supplies, materials, fuels, fuel additives,


8 of 10

supplies, materials, and service equipment pertaining thereto;

75.     All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

76.     The Will of Debtor;

77.     All inheritances gotten or to be gotten;

78.     All wedding bands and rings, watches, wardrobe, and toiletries;

79.     All household goods and appliances, linen, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques;

80.     All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired, and all books and records thereof and there from, all income there from, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

81.     All practice of naturopathic medicine and natural healing including but not limited to all eclectic and specialty treatment modalities for body, mind, and spirit, use of associated implements and/or tools and/or manual techniques and/or counseling, equipment, books, materials, nutritional supplements, herbal medicines, homeopathic remedies, supplies of all kinds, all patient communications and records;

82.     All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like, and all books and records pertaining thereto, all income therefrom, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

83.     All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, Debtor, whether received or not received by Debtor;

84.     All telephone numbers;

A.     Registered Owner / Authorized Representative.

These items of property cannot be taken, used, duplicated, confiscated, confined, restrained, abused, damaged, influenced, or removed from Registered Owner / Authorized Representative Maalik Rahshe El does constitute a penalty of one hundred trillion United States silver dollars ($100,000,000,000,000.00) of .999 pure silver, per occurrence, per officer or agent involved. This is a contract in admiralty, and you may rebut this contract within 3 days. Rebuttal must be per the conditions found in the Legal Notice and Demand that is on file, along with this document

All property belonging to Debtor belongs to Registered Owner / Authorized Representative, including equity and improvements. See CALIFORNIA UCC-1 and Legal Notice and Demand for property list.

**INDEMNITY BOND**

Know all men by these presents, that TAQUAN R. GULLETT Debtor, hereby establishes this Indemnity Bond in favor of Maalik Rahshe El, Registered Owner / Authorized Representative, in the sum of present and future collateral values up to the sum of one hundred trillion United States silver dollars ($100,000,000,000,000.00) of .999 pure silver, or fiat money at par value, for the payment of which bond Debtor hereby firmly binds its successors, heirs, executors, administrators, DBA's, AKA's, and third-party assigns, jointly and severally. Debtor hereby indemnifies Registered Owner / Authorized Representative against losses incurred as a result of all claims of debts or losses made by any and all persons against the commercial transactions and investments of Debtor. The condition of this bond is that Registered Owner / Authorized Representative covenants to do certain things on behalf of Debtor, as set forth in the attached Commercial Security Agreement of the same date and executing parties; and Debtor covenants to serve as a Non-UCC Public Finance Real Estate Fixture Record to assure beneficial interest in all accounts established and managed by the UNITED STATES; and all goods and services in commerce are available to or conveyed from Debtor to Registered Owner / Authorized Representative, whichever is appropriate.

To avert losses of vested rights in the present or future collateral that is the subject of the attached Commercial Security Agreement, Debtor agrees to make available to Registered Owner / Authorized Representative such accounts established by intent of the Parties, by operation of law, and/or as constructive trusts, to hold proceeds arising from assets belonging to Debtor and administered by the UNITED STATES or its subdivisions, agents, or affiliates. Pursuant to existing laws of the UNITED STATES and the agreement of the parties of the attached security agreement, Registered Owner / Authorized Representative is authorized to assign such funds from said accounts as are necessary to settle all past, present, and future public debts and obligations incurred by Debtor on behalf of Registered Owner / Authorized Representative.

Debtor, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Registered Owner / Authorized Representative harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses including, without restriction, legal costs, interests, penalties, and fines previously suffered or incurred, or to be suffered or incurred by Registered

9 of 10

Owner / Authorized Representative, in accordance with Registered Owner / Authorized Representative's personal guarantee with respect to loans or indebtedness belonging to Debtor, including any amount that Debtor might be deemed to owe to a public creditor for any reason whatsoever. Registered Owner / Authorized Representative shall promptly advise Debtor of all public claims brought by third parties against the present or future property of Debtor, all of which is covered by the attached security agreement up to the indemnification amount declared herein, and to provide Debtor with full details of said claim(s), including copies of all documents, correspondence, suits, or actions received by or served upon Debtor through Registered Owner / Authorized Representative. Registered Owner / Authorized Representative shall fully cooperate with discussion, negotiation, or other proceedings relating to such claims.

This bond shall be in force and effect as of the date that it is signed and accepted by the Parties, and provided that Registered Owner / Authorized Representative may cancel this bond and be relieved of further duty hereunder by delivering a thirty (30) day written notice of cancellation to Debtor. No such cancellation shall affect the liability incurred by or accrued to Registered Owner / Authorized Representative prior to the conclusion of said thirty (30) day period. In such event of notice of cancellation, and in the event that the UNITED STATES reinstitutes its constructive claim against the collateral, Debtor agrees to reissue the bond before the end of the thirty (30) day period for an amount equal to or greater than the above value of the attached security agreement, unless the Parties agree otherwise.


**NOTICE OF LIEN**


This agreement constitutes an International Commercial Lien on all property of Debtor Indemnitor on behalf of, and for the benefit of, Registered Owner / Authorized Representative, Indemnitee in the amount of one hundred trillion United States silver dollars ($100,000,000,000,000.00) of .999 pure silver. This lien will expire at the moment that Indemnitee expires or when this lien is satisfied by Indemnitee.

_(signature)_ ALL RIGHTS RESERVED          _(signature)_ ALL RIGHTS RESERVED

**TAQUAN R. GULLETT, Indemnitor**          **Maalik Rahshe Taquan Gullett-El, Indemnitee**

13. This FINANCING STATEMENT is filed as a **fixture filing**

14. Description of real estate

   **Non-UCC Public Finance Real Estate Fixture Record**

15. Name and address of a RECORD OWNER of above described real estate (if Debtor does not have a record interest)

   **Maalik Rahshe Taquan Maalik Rahshe TaquanGullett-El El**
   **c/o Non-Domestic w/o U.S. Post Office Box 17135**
   North Hollywood, Ca 91615

17. Debtor is a: **Trust**

18. Alternate Filing Type: **Non-UCC Filing**

10 of 10




## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

Syteria Hephzibah-El,

             **Petitioner,**

v.

Irish Anderson, a private person,
Cedric L. Donar, a private person
Kim Lee Watson, a private person,
Jim Haskett, a private person,
Patrick Sheridan, a private person,
Marcia Morales Howard, a private person
Arnold B. Corsmeier, a private person,
Monte C. Richardson, a private person
Patricia D. Barksdale, a private person,
Jodi L. Wiles, a private person,
Sheryl Loesch, a private person,
Penelope Knox, a private person,
A. Lee Bentley, a private person
Mac D. Heavener, a private person,
Maurice Grant, a private person,
Ramon De Leon, a private person,
Donald Mairs, a private person,
Donna Lee Elm,
Germaine Seider, a private person,
David P. Rhodes, a private person,
Brad Cooper, a private person,
BI Incorporated, a privately held company, and all subsidiaries and agents thereof,
U.S. Marshals Service, a privately held company, and all subsidiaries and agents thereof,
U.S. Probation and Pretrial Services, a privately held company, and all subsidiaries and agents thereof,
U.S. Attorney's Office, a privately held company, and all subsidiaries and agents thereof,
U.S. Department of Justice, a privately held company, and all subsidiaries and agents thereof,

             **respondent(s).**

**AFFIDAVIT OF FACT**

Registered Mail # RB 917 549 153 US

Case Number: 16-2017-CA-2144

Division: CV-E

FILED

APR 0 4 2017

CLERK CIRCUIT COURT

# Declarant's Replevin Bond

# Declarant's Replevin Bond

On _____, 20_____, declarant sued out a Writ of Personal Replevin in the above-captioned proceeding against respondent(s) for recovery of property described in the writ.

We jointly and severally bind ourselves to _____ (Sheriff, Constable, or other Officer) of Duval County, Florida, that the declarant will prosecute his / her suit with effect and without delay, and return the property to respondent(s) if return be awarded, or deliver the property to an intervening petitioner if it is found that the property belongs to him / her, and keep harmless the Sheriff, Constable, or other Officer in replevying the property, and pay all costs and damages occasioned by wrongful suing out the Writ of Personal Replevin or Alias or Pluries writs.

The obligation of this bond is limited to $ Twenty (20) United states for America pre 1933 issue Peace Dollar Silver Coins .900 fine for up to any amount of fiat private commercial paper without exception

※ See annexed Silver Surety Bond pg. 8, paragraph 13
※ See annexed UCC-1 Financing Statement 201104871708
      Security Agreement Indemnity Bond pgs. 15 + 16
※ See annexed UCC-1 Financing Statement 2014-2695071-97.01
      Security Agreement Indemnity Bond pgs 9 + 10

_____    _____
As Principal                        As Surety

By_____    By_____

Approved:

_____, 20_____

_____
Sheriff or other Officer

Name
Address

Telephone

TAKEN AND APPROVED THIS
04 DAY OF April 20 17
RONNIE FUSSELL
CLERK OF CIRCUIT COURT
BY: Haley Brown
DEPUTY CLERK

RB 917 549 153 US

# Verification

I, Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent, Original Autochthonous American Moor National Republican Government Style and Form, do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[*State v. Shearer*, 617 So.2d (Fla. App. 5 Dist. 1993)]

**This Affidavit is dated the Fourth Day of the Fourth Month**
**in the Year of Our Universal Allah (All-Law)**
**Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – April 4]**

In Honor.



I am: *Syteria Hephzibah El Original Autochthonous American Moor National*
**Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood**
**Jus Sanguinis, Natural Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent**
**Original Autochthonous American Moor National Government Style and Form**
**ᶜ/₀ 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state**
**Timucuan Al Andalusia Northwest Amexem**
**[918-625-0414]**

Witness 1: *Nadik Taquan Rahaba B. Willit-El Autochthonous American Moor National*

Witness 2: _____

STATE OF FLORIDA )

                )    ss.

COUNTY OF DUVAL )

# Notary Jurat

**Duval county, de jure**                            )

                                           )

**Florida state, de jure**                           }   ss.          **Asservation**

                                           )

**united states for America, Al Andalusia Northwest Amexem** )

Before me, a duly appointed Notarial Officer, this __4th__ day of __April__ 2017, does present one Syteria Hephzibah-El, being known to me to be of legal age, competent to testify, and who does in my presence, set his hand hereto and he does establish this Declarant's Replevin Bond freely and without coercion, attested by Notary Jurat, in Witness whereof I set my sign and seal.

Affirmed to (or sworn) and subscribed before me this __4th__ day of __April__ 20_17_, by Personally Known __✓__

                                         or Produced Identification____

                         Type of Identification Produced_____

BEATRICE RENEE' SCANTLING
MY COMMISSION # GG005810
EXPIRES June 27, 2020
(407) 398-0153    FloridaNotaryService.com

BEATRICE R. SCANTLING

Print, Type, or Stamp Name of Notary

JUNE 27, 2020

My Commission Expires

RB 917 549 153 US

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

UNITED STATES OF AMERICA

v.

SYTERIA HEPHZIBAH,
A/K/A HIGHLY FAVORED SHEKINAH EL
_____/

2016 MAY 23  PM 2: 09

AFFIDAVIT OF FACT
under Seal
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

CASE NO.: 3:15-CR-16-J-34MCR

### NOTICE of ACT OF SURETY, NOTICE of SILVER BOND
### NOTICE of FIDUCIARY APPOINTMENT, and NOTICE of MARITIME LIEN & INVOICE

1. COMES NOW, Syteria Hephzibah-El Living Flesh and Blood Competent Woman, In Propria Persona, Native American, Registered Copyright Owner, Registered Trademark Owner (Copyright Deposit No. ███), Registered Fictitious Business Name Owner (Florida Department of State No. G15000000753), Paramount Security Interest Holder (Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01), over SYTERIA HEPHZIBAH©®, and united states for America Organic Constitution (1787) Beneficiary; I am an Israelite, I am an Heir Apparent, not a Goyim, hereinafter, "Claimant" does state as follows:

2. KNOW ALL BY THESE PRESENTS, which are intended to constitute a Notice of Act of Surety, Notice of Silver Bond, Notice of Fiduciary Appointment, and Notice of Maritime Lien & Invoice under Seal; WHEREAS, only fiat private commercial paper exists in circulation for the discharge of debt: and WHEREAS, only Lawful money exists in gold and silver Coin for a Tender in Payment of Debts by Article 1, Section 10 united states for America Organic Constitution (1787);

3. NOW, THEREFORE, Claimant, the undersigned Creditor/Settler being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the herein-listed Account Holders and Accounts, does by necessity hereby issue this Notice of Act of Surety, Notice of Silver Bond, Notice of Fiduciary Appointment, and Notice of Maritime Lien &

Invoice under Seal to wit: In Claimant's rightful Living Flesh and Blood Competent Woman, In Propria Persona, Native American, Registered Copyright Owner, Registered Trademark Owner (Copyright Deposit No███████ Registered Fictitious Business Name Owner (Florida Department of State No. G15000000753), Paramount Security Interest Holder (Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01) over SYTERIA HEPHZIBAH<sup>©®</sup>, and united states for America Organic Constitution (1787) Beneficiary status. Claimant, the Creditor, does hereby knowingly and with full disclosure hold, bind, and obligate, jointly and severally, by the annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument as surety in the amount of twenty (20) dollars in Lawful silver coinage, twenty (20) united states for America, pre-1933 issue Peace Dollar Coins .900 fine, minted by the American Treasury, Lawful united states for America organic Constitution (1787) Coin, Lawful money of account for the united states for America in the matter of correct public judicial actions in the forum of Original Rules, Original Jurisdiction, for the benefit and credit of the peculiar party Syteria Hephzibah-El over SYTERIA HEPHZIBAH<sup>©®</sup>, and for all of the following-noted Account Holders and Accounts, each severally, including, without limitation:

o   <u>Syteria Hephzibah-El</u> Living Flesh and Blood Competent Woman, united states for America Organic Constitution (1787) Beneficiary, In Propria Persona, Native American, Registered Copyright Owner, Registered Trademark Owner (Copyright Deposit No. 0031755), Registered Fictitious Business Name Owner (Florida Department of State No. G15000000753), Paramount Security Interest Holder (Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01) over <u>SYTERIA HEPHZIBAH</u><sup>©®</sup>; and

o   United States District Court for the Middle District of Florida <u>Judge Marcia Morales Howard</u>; and

o   United States District Court for the Middle District of Florida <u>Clerk Sheryl Loesch</u>; and

o   United States District Court for the Middle District of Florida <u>Case No. 3:15-cr-16-J-34MCR</u>; and

o   Assistant United States <u>Attorney Arnold B. Corsmeier</u>; and

o   United States District Court for the Middle District of Florida <u>Magistrate Judge Monty C. Richardson</u>; and

o   United States District Court for the Middle District of Florida <u>Magistrate Judge Patricia D. Barksdale</u>; and

o   United States District Court for the Middle District of Florida <u>Case No. 3:16-cv-248-J-32MCR</u>; and

o   United States District Court for the Middle District of Florida <u>Judge Timothy J. Corrigan</u>; and

o   United States District Court for the Middle District of Florida <u>Case No. 3:15-mj-01013-PDB</u>; and

o   United States Court of Appeals for the Eleventh Circuit <u>Appeal No. 16-12320</u>; and

o   United States <u>Attorney Arthur Lee Bentley</u>; and

o   Assistant United States <u>Attorney Mac D. Heavener</u>; and

o   United States District Court for the Middle District of Florida <u>Pretrial Services Officer Jim Haskett</u>; and

o   United States District Court for the Middle District of Florida <u>Pretrial Services Officer Patrick Sheridan</u>; and

o   United States District Court for the Middle District of Florida <u>Pretrial Services Officer Kim Lee Watson</u>; and

o   United States District Court for the Middle District of Florida <u>Pretrial Services Officer Sarah Romig</u>; and

o   United States Department of State <u>Special Agent Ramon DeLeon</u>; and

o   Archdiocese of St. Augustine Catholic Center <u>Bishop Felipe J. Estevez</u>; and

o   Archdiocese of Miami <u>Archbishop Thomas Wenski</u>; and

o   Archdiocese of Washington D.C. <u>His Eminence Donald Cardinal Wuerl</u>; and

o   Provost Marshal <u>General Mark S. Inch</u>; and

o   Chairman Joint Chiefs of Staff <u>General Joseph F. Dunford, Jr.</u>; and

o   <u>His Holiness Pope Francis</u>; and

o   Florida Highway Patrol <u>Trooper Kenneth L. Green</u>; and

o   Florida Highway Patrol Troop H <u>Trooper Bradley R. Johnson (ID # 3274)</u>; and

o   Florida State <u>Attorney Angela B. Corey</u>; and

o   Florida <u>Attorney General Pam Bondi</u>; and

o   United States <u>Attorney General Loretta Lynch</u>; and

o   UNITED STATES ARMY; and

o   UNITED STATES NAVY; and

o   UNITED STATES AIR FORCE; and

o   UNITED STATES DEPARTMENT OF JUSTICE; and

o   UNITED STATES ATTORNEY'S OFFICE; and

o   UNITED STATES MARSHALS SERVICE; and

o   FLORIDA STATE ATTORNEY'S OFFICE;

o   FLORIDA HIGHWAY PATROL; and

o   FLORIDA DEPARTMENTOF HIGHWAY SAFETY AND MOTOR VEHICLES; and

o   JACKSONVILLE SHERIFF'S OFFICE; and

o   STATE BAR ASSOCIATION OF FLORIDA; and

o   STATE BAR ASSOCIATION OF WASHINGTON D. C.; and

o   COUNTY OF DUVAL and all subdivisions and agents thereof; and

o   STATE OF FLORIDA and all subdivisions and agents thereof; and

o   WASHINGTON D. C. and all subdivisions and agents thereof; and

o   DISTRICT OF COLUMBIA MUNICIPAL CORPORATION and all subdivisions and agents thereof; and

o   UNITED STATES CORPORATION COMPANY and all subdivisions and agents thereof; and

o   UNITED STATES and all subdivisions and agents thereof; each severally

for up to any amount of fiat private commercial paper for insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of the annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument (jointly and severally "Liabilities"), thereby honorably discharging and vacating all such obligations until the sum or the term of the annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument is exhausted. The Fiduciary shall have three (3) days from presentment to dishonor the annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument by returning it to the Principal by Certified Mail at the exact mailing location shown below. Failure to return will stipulate acceptance and honor.

## NOTICE OF APPOINTMENT OF FIDUCIARY

4. Claimant, Syteria Hephzibah-El Living Flesh and Blood Competent Woman, united states for America Organic Constitution (1787) Beneficiary, In Propria Persona, Native American, Registered Copyright Owner, Registered Trademark Owner (Copyright Deposit No. ████), Registered Fictitious Business Name Owner (Florida Department of State No. G15000000753), Paramount Security Interest Holder (Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01) over SYTERIA HEPHZIBAH$^{©®}$, under Injury, having terminated the previous fiduciary to the corporate entity (ens legis – cestui que vie), a documented vessel under United States registry, otherwise described as SYTERIA HEPHZIBAH$^{©®}$ or any alphabetical or numerical variation and/or derivation thereof, nunc pro tunc the Third month, Twenty-Eighth day, Nineteen Hundred Fifty-Four, said entity having as it's trustee the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people.

5. Therefore Claimant , Syteria Hephzibah-El, "Settler/Beneficiary," does hereby nominate and do appoint Judge Marcia Morales Howard, dba, MARCIA MORALES HOWARD UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA JUDGE, as being qualified to fulfill the position of "Public Officer Fiduciary/ Trustee" for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution, or cancellation, within the venue as ordained and established by the People for Florida state and by the People for the united states for America, through their original Organic Constitution for Florida state and their original united states for America Organic Constitution (1787).

6. Whereas, said fiduciary responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of Claimant, Syteria Hephzibah-El, "Settler/Beneficiary," the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds, or other important papers, to appear, and discharge, settle and close all matters

material to above-listed Account Holders and Accounts. The same shall be by order of Claimant, Syteria Hephzibah-El, "Settler/Beneficiary," or other delegated or appointee of Claimant, Syteria Hephzibah-El, "Settler/Beneficiary," including assignments for or on behalf of the Principal, including any alphabetical or numerical variation and/or derivation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

7. Said Fiduciary shall investigate and report to His Holiness Pope Francis, the United States Provost Marshal General Mark S. Inch, the United States Chairman of the Joint Chiefs of Staff General Joseph F. Dunford, Jr., and the United States Attorney General Loretta Lynch, any and all acts which may be evidence of felonious acts committed to include but not limited to: Misprison of Felony [18 U.S.C. § 4]; Capital Felony Treason [18 U.S.C. § 2381]; Genocide [18 U.S.C. § 1091]; breach of Oath of Office; acts of Ultra Vires, Willful and Gross Negligence; and any and all General Service Administration (GSA) bonds and Court Registry Investment Systems (CRIS) account documents, statements, and records issued against the estate of SYTERIA HEPHZIBAH$^{©®}$ or any alphabetical or numerical variation and/or derivation thereof by parties known or unknown as "qualified heirs" and fill out the requisite Internal Revenue Service (IRS) Form 706 and 709, any and all 'vouchers' charged against the estate of SYTERIA HEPHZIBAH$^{©®}$ or any alphabetical or numerical variation and/or derivation thereof and return the value of said vouchers to the estate of SYTERIA HEPHZIBAH$^{©®}$; and any other felonies or civil torts committed by parties known or unknown. (see annexed Constitutional Rights and Civil Liberties Infringement Complaint Case No. 3:16-cv-248-J-32MCR).

8. Public Officer Fiduciary/ Trustee, Judge Marcia Morales Howard, dba, MARCIA MORALES HOWARD UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA JUDGE is hereby authorized to use the private annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument, for the adjustment, set-off, and settlement of this instant matter, Case No. 3:15-CR-16-J-34MCR, and all above-listed Account Holders and Accounts. (see annexed ACT OF SURETY AND SILVER BOND under Seal). Fiduciary Trustee is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely. Claimant, Syteria Hephzibah-El, "Settler/Beneficiary," reserves the right to audit all records and activities of Public Officer Fiduciary/Trustee to maintain good faith.

9. As expressed otherwise, the powers delegated to a public officer are held in trust for the People and are to be exercised in behalf of all who may need the intervention of the officer. Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of occupation and whatever be their private vocations, are trustees of the People, and accordingly labor under every disability and prohibition imposed by the law on trustees relative to the making of personal financial gain from a discharge of their trusts. That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves, and owes a fiduciary duty to the public. It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual. Furthermore, it has been stated that any enterprise undertaken by the public official which tends to weaken the public confidence and undermine the sense o f security for individual rights is against public policy. (63C Am. Jur. 2d, Public Officers and Employees, 247). Fraud in its common law sense of deceit – and this is one of the meanings that fraud bears in the statute, (see *United States vs. Dial*, 757 F 2d, 163, 168 (7th Cir. 1985)) – includes the concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him, and if he or she deliberately conceals material information from them, he is guilty of fraud. (see *McNally vs. United States*, 483 U.S., 350 (1987)).

## NOTICE OF MARITIME LIEN & INVOICE

10. Notice is hereby given that Claimant, Syteria Hephzibah-El, "Settler/Beneficiary," does have a valid maritime lien recorded in the Putnam County Recorder's Office in Palatka, Florida, and in the Duval County Recorder's Office and court records of Duval County in Jacksonville, Florida against SYTERIA HEPHZIBAH<sup>©®</sup> or any alphabetical or numerical variation or derivation thereof. All parties are given notice of the maxim: "Whoever does business with my debtor becomes my debtor." Fair warning. (see annexed Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01). In as much as the Honorable Syteria Hephzibah-El, Claimant, "Settler/Beneficiary," has been threatened in the above-listed matters, by the listed Account Holders and Accounts, under armed threat, duress, and coercion, that time spent dealing with the above-listed matters is now invoiced against the all Account Holders and Accounts and parties in active concert and/or participation in the above-listed matters pursuant to the Maritime Liens under Seal, UCC's under Seal, SYTERIA HEPHZIBAH<sup>©®</sup> ESTATE ALLODIAL COST SCHEDULE under Seal, and pursuant to all conditional acceptance civil contracts in Admiralty under Seal therein, for the full amount of all money

damages pursuant to the terms, conditions, and stipulations listed therein. (see annexed SYTERIA HEPHZIBAH<sup>©®</sup>

ESTATE ALLODIAL COST SCHEDULE under Seal; see annexed Maritime Liens under Seal; see annexed UCC's

under Seal; see annexed Conditional Acceptance Civil Contracts in Admiralty under Seal).

## ACT OF SURETY AND SILVER BOND ORDER

11.   The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without

exception for, against and on behalf of any and all of the above-noted Account Holders and Accounts, each severally,

including, without limitation, Syteria Hephzibah-El Living Flesh and Blood Competent Woman, united states for

America Organic Constitution (1787) Beneficiary, In Propria Persona, Native American, Registered Copyright Owner,

Registered Trademark Owner (Copyright Deposit No.████████), Registered Fictitious Business Name Owner (Florida

Department of State No. G15000000753), Paramount Security Interest Holder (Maritime Lien No. RE603617867US

Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No.

201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky

Secretary of State UCC Filing No. 2014-2695071-97.01) over SYTERIA HEPHZIBAH<sup>©®</sup>, through the above-noted

annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument  for up to any amount of fiat

private commercial paper.

12.   This ACT OF SURETY AND SILVER BOND under Seal instrument pledge is full faith and credit

guarantee, to any Lawful Bill, duly presented under Penalty of Perjury, under Seal, in Lawful money of account of the

united states for America, in the matter of correct public judicial actions in the forum of Original Rules, Original

Jurisdiction, for the benefit and credit of the peculiar private party Syteria Hephzibah-El over SYTERIA

HEPHZIBAH<sup>©®</sup>.

13.   Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten and

indemnified against any and all future Liabilities as may come to exist, discharging and vacating all such obligations for

any amount of fiat private commercial paper without exception through the above-noted annexed hereto in full ACT OF

SURETY AND SILVER BOND under Seal instrument.  The Fiduciary shall have three (3) days from the date of

delivery    of    this    NOTICE    of    ACT    OF    SURETY,    NOTICE    of    SILVER    BOND,

NOTICE of FIDUCIARY APPOINTMENT, and NOTICE of MARITIME LIEN & INVOICE under Seal along with the

annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument to dishonor by returning it to the

Principal, with all associated transactions annexed thereto, by Certified Mail at the exact, mailing location shown below. The Fiduciary's failure to return this NOTICE of ACT OF SURETY, NOTICE of SILVER BOND, NOTICE of FIDUCIARY APPOINTMENT, and NOTICE of MARITIME LIEN & INVOICE under Seal along with the annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument under Seal within the time stated above shall constitute the Fiduciary's acceptance of this NOTICE of ACT OF SURETY, NOTICE of SILVER BOND, NOTICE of FIDUCIARY APPOINTMENT, and NOTICE of MARITIME LIEN & INVOICE under Seal, along with the annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument, and the Fiduciary's agreement to honor these Instruments, and the Fiduciary's agreement to set-off all associated transactions and claims submitted by the Principal/Creditor/Claimant/Settler, as they occur, in full accord with Public Law, Public Policy, and the terms and conditions contained herein.

14. All communication shall be sent by United States Certified Mail directly to the Principal/Creditor/ Claimant/Settler at the exact, temporary, mailing location shown below. Service in any other manner is deemed defective. The Principal will accept post at the said mailing location only. This NOTICE of ACT OF SURETY, NOTICE of SILVER BOND, NOTICE of FIDUCIARY APPOINTMENT, and NOTICE of MARITIME LIEN & INVOICE under Seal along with the annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument shall be ledgered as an asset to the benefit of the Department of the Treasury and Syteria Hephzibah-El over SYTERIA HEPHZIBAH$^{©®}$. This NOTICE of ACT OF SURETY, NOTICE of SILVER BOND, NOTICE of FIDUCIARY APPOINTMENT, and NOTICE of MARITIME LIEN & INVOICE under Seal along with the annexed hereto in full ACT OF SURETY AND SILVER BOND under Seal instrument expires at 11:59:59 AM, May 17, 2036. Executed by the undersigned on this the Twenty-Third day of May, in the year Two Thousand Sixteen. All Rights, Liberties, and Remedies Reserved. In Honor.

I, Syteria Hephzibah-El, In Propria Persona, Native American and Beneficiary, do hereby declare and affirm under the penalty of perjury under the laws of the United States of America that all of the facts stated herein are true and correct to the best of my knowledge.

I am: *Syteria Hephzibah-El Native American & Beneficiary*

Syteria Hephzibah-El Living Flesh and Blood Competent Wom
In Propria Persona, Native American, and Beneficiary
Principal/Creditor/Claimant/Settler
$^c$/$_o$ 422 East 27th Street
Jacksonville Florida state

# ACT OF SURETY AND SILVER BOND
## under Seal

| | | | |
|---|---|---|---|
| Duval County | ) | | |
| | ) | | |
| Florida state, de jure | ) | ss. | Asseveration |
| | ) | | |
| united states for America | ) | | |

Before me this day personally appeared *Robert Leon Flowers El Bey* who, being duly affirmed (or sworn), deposes and says:

     **KNOW ALL MEN, BY THESE PRESENTS,** I, Robert Leon Flowers-El Bey, Principal, guarantor for this Act of Surety and Silver Bond, a free man upon the free soil of this Republic, state that I am of legal age, competent to testify, have personal first-hand knowledge of the truths and facts herein being true, correct, complete, certain, not misleading.

     I, Robert Leon Flowers-El Bey, of my own free will and accord, in the presence of Almighty YHWH, in good conscience, do willingly undertake to pledge and provide private bond, in the amount of twenty (20) dollars in silver coinage, twenty (20) united states for America, pre-1933 issue Peace Dollars .900 fine, minted by the American Treasury, Lawful coin dollars of the united states for America, personally held in My ownership and possession, to act as Surety. (see annexed Picture of Silver Coins Obverse and Reverse)

     This Act of Surety and Silver Bond is to the credit of the private party listed hereon, Syteria Hephzibah-El Living Flesh and Blood Competent Woman, In Propria Persona, Native American, Registered Copyright Owner, Registered Trademark Owner (Copyright Deposit No. 0031755), Registered Fictitious Business Name Owner (Florida Department of State No. G15000000753) over SYTERIA HEPHZIBAH$^{©®}$, as full faith and credit guarantee to any Lawful Bill, duly presented under Seal, in Lawful specie money of account of the united states for America, to wit:

     This Act of Surety and Silver Bond is for any alleged contract, agreement, consent, assent purportedly held, as an obligation or duty against Syteria Hephzibah-El Living Flesh and Blood Competent Woman, In Propria Persona, Native American, Registered Copyright Owner, Registered Trademark Owner (Copyright Deposit No. 0031755), Registered Fictitious Business Name Owner (Florida Department of State No. G15000000753) over SYTERIA HEPHZIBAH$^{©®}$, so as to cause an imputed disability, or presumption against the capacity, Rights and powers of Syteria Hephzibah-El over SYTERIA HEPHZIBAH$^{©®}$. The specific intent of this Act of Surety and Silver Bond, under Seal, is to establish, by My witness, the good credit in Lawful money specie for Syteria Hephzibah-El over SYTERIA HEPHZIBAH$^{©®}$.

     I, Robert Leon Flowers-El Bey, do make this pledge, Act of Surety and Silver Bond, under Seal, as full faith and credit guarantee, to any Lawful Bill, duly presented, under Seal, in Lawful money of account of the united states for America, in the matter of correct public judicial actions in the forum of Original Rules, Original Jurisdiction, for the benefit and credit of the peculiar private party listed above.

The intent of this Act of Surety and Silver Bond, under Seal, is to establish, by My witness, the good credit, in the sum certain amount of at least twenty (20) dollars in silver coinage, twenty (20) united states for America, pre-1933 issue Peace Dollars .900 fine, minted by the American Treasury, Lawful specie dollars of the united states for America, available to bond the actions of the private party listed above. Further, in reservation of Rights under Original Jurisdiction, Original Rules, Syteria Hephzibah-El over SYTERIA HEPHZIBAH$^{©®}$ has a bond in tender of twenty silver dollars, Coinage Act of Anno Domini (A.D.) 1792, Bond of Identity and Character as proof positive, competent evidence, that Syteria Hephzibah-El over SYTERIA HEPHZIBAH$^{©®}$, cannot be bankrupt, the *causa debendi*, cannot be under the doctrine of *cession bonorum*, or a forma pauperis, *dolus* trust.

The life of this bond is for a period of twenty years from the date below, whereby, by the signature of Robert Leon Flowers-El Bey, guarantor for this Act of Surety and Silver Bond, hereon, conforms, attests, affirms this act of surety and silver bond. Done this the _17th_ day of the _5th_ _____ month, Anno Domini, in the year of our Lord, Two Thousand Sixteen.

Teste Meipso

I Am _Robert Leon Flowers El-Bey_ No Dolus
Autographed only in correct capacity
as beneficiary to the original jurisdiction.

### Notary Jurat

Duval county

Florida state, de jure          ss.                    Asseration

united states for America

Before me _Robert Leon Flowers-El Bey_, a duly appointed Notarial Officer, this _17_ day of _MAU_ 2016, did appear one Robert Leon Flowers-El Bey, being known to me to be of legal age, competent to testify, and who did in my presence, set his hand hereto he did establish this Act of Surety and Silver Bond freely and without coercion, attested by Notary Jurat, in Witness whereof I set my sign and seal.

Affirmed to (or sworn) and subscribed before me this _17_ day of _May_ 20 _16_, by Personally Known_X_ or Produced Identification_____
Type of Identification Produced_____

(SEAL)                    _Denise Cross_____
                         Print, Type, or Stamp Name of Notary

                         _01/11/19_____
                         My Commission Expires

DENISE CROSS
MY COMMISSION #FF188528
EXPIRES January 11, 2019
(407) 398-0153    FloridaNotaryService.com

ACT OF SURETY AND SILVER BOND
under Seal
2 of 2



OBVERSE



REVERSE

FLORIDA SECURED TRANSACTION REGISTRY

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE**
**FINANCING STATEMENT FORM**

**FILED**
**2011 Jun 30 AM 10:25**

**\*\*\*\* 201104871708 \*\*\*\***

**\*\*\*C \* 06141127874901-53.00\*\*\*53.00\*\*\***
**\*\*\*C \* 06301128334901-3.00\*\*\*3.00\*\*\***

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
| --- |

B. SEND ACKNOWLEDGEMENT TO:
Name   Syteria Hephzibah
Address   non-domestic without the U.S.,INC
Address   c/o post office Box 2482
City/State/Zip   jacksonville florida state Republic

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names**

| 1.a ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| 1.b INDIVIDUAL'S LAST NAME LAWRENCE | FIRST NAME SYTERIA | MIDDLE NAME | SUFFIX |
| 1.c MAILING ADDRESS Line One | | This space not available. | |
| MAILING ADDRESS Line Two P O BOX 2482 | CITY JACKSONVILLE | STATE FL | POSTAL CODE 32203 | COUNTRY U.S., INC |

| 1.d TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1.e TYPE OF ORGANIZATION LEGAL ENTITY | 1.f JURISDICTION OF ORGANIZATION Sui Juris | 1.g ORGANIZATIONAL ID# ☐ NONE |
| --- | --- | --- | --- | --- |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2.a ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| 2.b INDIVIDUAL'S LAST NAME HEPHZIBAH | FIRST NAME SYTERIA | MIDDLE NAME | SUFFIX |
| 2.c MAILING ADDRESS Line One | | This space not available. | |
| MAILING ADDRESS Line Two P O BOX 2482 | CITY JACKSONVILLE | STATE FL | POSTAL CODE 32203 | COUNTRY |

| 2.d TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2.e TYPE OF ORGANIZATION LEGAL ENTITY | 2.f JURISDICTION OF ORGANIZATION Sui Juris | 2.g ORGANIZATIONAL ID# ☐ NONE |
| --- | --- | --- | --- | --- |

**3. SECURED PARTY'S NAME ( or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR3b)**

| 3.a ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| 3.b INDIVIDUAL'S LAST NAME EI | FIRST NAME HighlyFavored | MIDDLE NAME Shekinah | SUFFIX |
| 3.c MAILING ADDRESS Line One non-domestic without the U.S., INC | | This space not available. | |
| MAILING ADDRESS Line Two c/o post office box 2482 | CITY jacksonville florida state Republic | STATE florida | POSTAL CODE (32203) | COUNTRY America |

**4. This FINANCING STATEMENT covers the following collateral:**

This is an ACTUAL AND CONSTRUCTIVE NOTICE ALL of the DEBTOR'S interest in the following property is hereby ACCEPTED as collateral for securing contractual obligation in favor of the Secured Party. All proper, including but not limited to: COMMON LAW TRADE NAME,TRADE MARK COPYRIGHT NAMES AND ALL DERIVATIVES OF SYTERIA LAWRENCE, SYTERIA HEPHZIBAH, HIGHLY FAVORED SHEKINAH EI.The following Bond Account (National UCC Financing statement # 29183780003, file # 11-7271843) series (1)HFSEIB0001-HFSEIB1000 (2)HFSEOB0001-HFSEOB1000 (3) HFSEPB0001-HFSEPB1000; BONDED REGISTERED MAIL SECURITY ACCOUNT RB692220474US; ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, CERTIFICATE OF DEPOSIT (CD), RETIREMENTFUNDS, 801KS, 401KS, ALL REAL ESTATE,STOCKS, BONDS, OF ANY TYPE, SECURITIES, CASH ON HAND, JEWELRY, HOUSES & LAND including Common LawDeclaration of Land Allodial Title & Patent Property identification Title #6401, 422 east 27th street Jacksonville Florida state Republic Real Land Duval county; CORPORATE STATE OF FLORIDA LEGAL DESCRIPTION RE: 133115, AH-256 01-2S-26E,057 LONG BRANCH PT LOT 4 RECD OR 16397-7984 BLK J; MOTORHOMES, MOTOR VEHICLES, AUTOMOBILES,MAKE2008MITSUBISHI, MODELJEEP, BODY TYPE 4D, VIN JA3AJ28E86U098861, CONTROL#071577251A6920, CERTIFICATE TITLE 29685953, AIRCRAFT, WATERCRAFT, HOUSEHOLD FURNITURE,GUNS,AMMUNITION, COIN COLLECTIONS, ALL COLLECTABLEITEMS, INSURANCEPOLICIES, CREDIT CARDS, LINES OF CREDIT, ALL REVENUESTREAMS AND ALL SOURCES OF INCOME FROM ANY SOURCE, FARMEQUIPMENT, FARM SUPPLIES, HEAVY EQUIPMENT, CROPS, FARM SUPPLIES, ALL CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, INTELLECTUALPROPERTIES. PATENTS, INVENTIONS OR ANYTHING OF VALUE AS NEEDED TO SATISFY

| 5. ALTERNATE DESIGNATION (if applicable) | ☑ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☑ BAILEE/BAILOR |
| --- | --- | --- | --- |
| | ☐ AG. LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA** By Secured Party Highly Favored Shekinah El aka Syteria Hephzibah

STANDARD FORM - FORM UCC-1 (REV.01/2009)          Filing Office Copy          Approved by the Secretary of State, State of Florida

STATE OF FLORIDA UNIFORM COMMERCIAL CODE
FINANCING STATEMENT FORM – ADDENDUM

**NAME OF FIRST DEBTOR (1aOR 1b) ON RELATED FINANCING STATEMENT**

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| LAWRENCE | SYTERIA | | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**9. MISCELLANEOUS:**

**10. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (10a OR 10b) – Do Not Abbreviate or Combine Names**

10.a ORGANIZATION'S NAME

| 10.b INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| EL | | HIGHLY FAVORED | SHEKINAH | |

10.c MAILING ADDRESS Line One

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P O BOX 2482 | JACKSONVILLE | FL | 32203 | U.S.,INC |

This space not available.

| 10.d TAX ID# | REQUIRED ADD'L INFO RE:ORGANIZATION DEBTOR | 10.e TYPE OF ORGANIZATION | 10.f JURISDICTION OF ORGANIZATION | 10.g ORGANIZATIONAL ID# |
|---|---|---|---|---|
| | | LEGAL ENTITY | Sui Juris | NONE |

**11. SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (11a OR 11b)**

11.a ORGANIZATION'S NAME

| 11.b INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| EL | | HighlyFavored | Shekinah | |

11.c MAILING ADDRESS Line One
non-domestic without the U.S.INC

This space not available.

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o post office box 2482 | jacksonville florida state Republic | florida | (32203) | America |

12. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☑ fixture filing.

13. Description of real estate:

LAND including Common Law Declaration of Land
odial Title & Patent Property Identification Title
401, 422 east 27th street Jacksonville Florida state
epublic Real Land Duval county; CORPORATE
ATE OF FLORIDA LEGAL DESCRIPTION RE:
3115, AH-256 01-2S-26E.057 LONG BRANCH PT
T 4 RECD O/R 15397-7984 BLK J;

14. Name and address of a RECORD OWNER of above-described real
ate (if Debtor does not have a record interest):

Highly Favored Shekinah El;aka
Syteria Hephzibah
c/o post office box 2482
jacksonville florida state
Republic near (32203)
non-domestic without the U.S.INC

15. Additional collateral description:

(continue from first page of UCC STATE OF FLORIDA UCC FINANCING STATEMENT) ANYTHING OF VALUE NEEDEDTO SATISFY THIS CLAIM THIS CLAIM CAN BE USED BY SECURED PARTY; THE VALUE OF SECURED PARTY'S CLAIM IS ONE HUNDRED BILLION AND 00/100 UNITED STATES DOLLARS AS STATED IN NOTICE OF MARITIME LEIN (NATIONAL UCC FILE #29183780003) THE SECURED PARTY HAS ALL RIGHTS, TITLES AND INTEREST IN THE DEBTOR's PROPERTY ACCEPTED FOR VALUE.

16. Check only if applicable and check only one box.

Debtor is a [X] Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

17. Check only if applicable and check only one box.

[X] Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction – effective 30 years



# DENIAL OF CORPORATE STATUS NOTIFICATION
# PLEASE BE ADVISED OF THE FOLLOWING

I, HighlyFavored Shekinah El, am not a corporation, but is the Grantee, the Secured Party, the Authorized Representative, and the Trustee for SYTERIA HEPHZIBAH, the GRANTOR, the DEBTOR, the CORPORATION, the ENS LEGIS TRUST

I, HighlyFavored Shekinah El am not a 14th Amendment U.S. citizen, because the 14th Amendment was never fully ratified as well as for the DRED SCOTT case decision, which has never been repealed,

I, HighlyFavored Shekinah El am a flesh and blood, registered sovereign

I, HighlyFavored Shekinah El am competent to handle my own affairs

I, HighlyFavored Shekinah El, hereby reserve all of my rights.

I, HighlyFavored Shekinah El own all rights to the usage of SYTERIA LAWRENCE, SYTERIA SAIZ, SYTERIA HEPHZIBAH and HIGHLYFAVORED SHEKINAH EL and ANY and ALL variations and derivatives.

I, HighlyFavored Shekinah El specifically forbid the use of the same without my written permission. Failure to do so may result in a commercial lien and / or lawsuit of 1,000,000.00 per each occurrence. You are hereby served that I do not consent to any use whatsoever of my property(ies), as shown in detail in this document.

Any surrender of any information, documentation, or licensing is done so ONLY under Threat, Duress, and Coercion and as a result of threats of physical harm, either real or implied, due to aggression by an armed third party debt collector.

Therefore, any and all actions on my part under Threat, Duress and Coercion, does not give my expressed permission or license to practice law on my behalf, or to give venue or jurisdiction to any person, artificial entity, fiction, and/or corporation as a result of the same.

If you so elect to use my property, by so doing you are entering into a legal and binding contract and you fully agree to the terms thereof, including the fees for such usage.

Thank you,

HighlyFavored Shekinah El ™©®
Natural Womb Man
Sovereign / Registered
All Rights Reserved, Without Prejudice and Recourse
UCC 1-103, *UCC 1-207, UCC 1- 308

3

## RELEASE OF LIEN ON REAL PROPERTY

Whereas ___SYTERIA HEPHZIBAH___ , of ████████████████ by a bond
         (Name)                       (Place of Residence)

for the performance of U.S. Government Contract Number ___***_**_████___ ,

became a surety for the complete and successful performance of said contract, which bond includes a lien
upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

DUVAL COUNTY RECORDS OF DEEDS UCC I File No. Bk. 17223 PG: 3 Doc #2015153501
UCC BK: 17223 PG: 904 Document #2015153614

see attached optional form 91

and recorded this pledge on ___FLORIDA DEPT OF HIGHWAY SAFETY AND MOTOR VEHICLES___
                                      (Name of Land Records)

in the ___2900 APALACHEE PARKWAY___ of ___TALLAHASSEE, FL 32399___
             (Locality)                              (State)
and

Whereas, I, _____ ___SYTERIA HEPHZIBAH___ , being a duly

authorized representative of the United States Government as a warranted contracting officer, have
determined that the lien is no longer required to ensure further performance of the said Government
contract or satisfaction of claims arising therefrom,

and

Whereas the surety remains liable to the United States Government for continued performance
of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the aforementioned lien.

State of ___Florida___
The foregoing [illegible] this 17th day of July
2015 by SYTERIA HEPH2IBAH who personally appeared
before me and acknowledge above that he/she has/have signed the foregoing instrument ly for the purpose expressed in it ___Claudia V Williams___
Signature of Notary Public
Print, Type or Stamp Commission  Name of Notary Public ___UCC I-SS___

personally known

[Date]

CANDIA V. WILLIAMS
MY COMMISSION # FF 158749
EXPIRES: November 11, 2018
Bonded Thru Notary Public Underwriters

[Signature]

AUTHORIZED FOR LOCAL REPRODUCTION

**OPTIONAL FORM 90** (REV 1-90)
Prescribed by GSA-FAR (48 CFR) 53.228 (o)

4

**Prepared by:**
Office of the Secured Party.
Attn: Hephzibah, Syteria
Nation "Florida"
General-Post Office.
422 27th Street- East
Jacksonville
United States Minor, Outlying
Islands.
Near. [32206-9998]


AFFIDAVIT – NOTICE OF DECLARED INTENT – *FRONT & BACK PAGES*
Reversionary interest in fulfilment of 12 U.S Code § 95 a (2) and b.
*Nunc Pro Tunc*

*"SEE ANY AND ALL OTHER ATTACHMENTS"*

## COVER PAGE COVERS THE FOLLOWING

1. *EXHIBIT-A:* **COPY OF UCC 1 FINANCING STATEMENT -2 PAGES**
2. *EXHIBIT-B:* **COPY OF UCC 3 FINANCING STATEMENT -3 PAGES**
3. *EXHIBIT-C:* **DEPARTMENT OF STATE ANNEXED AUTHENTIC STATE OF FLORIDA CERTIFICATE OF LIVE BIRTH-3 PAGES**
4. *EXHIBIT-D:* **GENERAL RULES OF PRACTICE –Minnesota Court Rules-1 PAGES**
5. *EXHIBIT-E:* **AFFIDAVIT OF OWNERSHIP OF CERTIFICATE OF TITL-2 PAGES**
6. **AFFIDAVIT OF NOTARY END PAGE – 1 PAGE**


**TOTAL PAGES INCLUDING FRONT, BACK & COVER PAGE IS 12 PAGES**

Govern yourself accordingly.


By: Secured Party ~~Hephzibah, Syteria~~

**Nation "Florida"**
**General Post Office**
**422 27th Street- East**
**Jacksonville**
**United States Minor, Outlying Islands.**
**Near. [32206-9998]**


*When finished recording please send original to address above:*


**Prepared by: Hephzibah, Syteria**


5

A black and white copy of this document is not official.

Inst 201054711114 Date:8/12/2010 Time:4:06 PM
DC.Tim Smith.Putnam County Page 1 of 2 B 1268 P 884

COPY



# State of Florida

## Department of State

# APOSTILLE

### (Convention de La Haye du 5 octobre 1961)

**1. Country:   United States of America**

   This public document

**2. has been signed by**   **Bonnie Kansevich**

**3. acting in the capacity of**   **Notary Public of Florida**

**4. bears the seal/stamp of**   **Notary Public, State of Florida**

### Certified

**5. at**   **Tallahassee, Florida**

**6. the**   **Eleventh day of August, A.D., 2010**

**7. by**   **Secretary of State, State of Florida**

**8. No.**   **2010-81295**

**9. Seal/Stamp:**



**10. Signature:**

*Laura K. Roberts*

Secretary of State

DSDE 99 (5/10)

The word "VOID" appears when photocopied.

"State of Florida" appears in small letters across the face of this 8½ x 11" document.

Case 3:17-cv-00881-TJC-JBT Document 1-4 Filed 08/01/17 Page 137 of 159 PageID 663

Inst. Number: 201054711114 Book: 1268 Page: 885 Date: 8/12/2010 Time: 4:06:01 PM Page 2 of 2

**Archetype**

*Form: publici sui juris / Affidavit*
*Session: one supreme Court*

### Act of State
### Reaffirmation of Character
### And Renunciation of Attempted Expatriations

I, **Highly Favored Shekinah El**, by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within Florida, a Republic, of the constitutional Township, Jacksonville, within the body of a constitutional county, Duval County, the proper jurisdiction of a Common Law thereto, do solemnly make this Reaffirmation of Character, pursuant to my absolute freedom of religion, of an Ambassador and Subject-Citizen of the Kingdom of Heaven under its King, Jesus the Christ; and an American Sovereign Citizen-Principal in good standing and Behavior, Public Minister (Ambassador), and "dominium" (absolute owner) inhabitant of the organic United States ("a more perfect union") under the Constitution for the united States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is, at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto / Renegade / Corporate) by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory / Military / Maritime / Admiralty / Fictitious "U.S.; "person", "consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "debtor", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, U.S., STATE OF FLORIDA, COUNTY OF DUVAL COUNTY, CITY OF JACKSONVILLE, HIGHLY FAVORED SHEKINAH EL, *SYFGIA-140 RENGE5 TETTA HEPHZIBA* or any variation thereof, ____, etc. This doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice, (judicial, presidential or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace of and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties ("Life, Liberty, and the Pursuit of Happiness"), until such times as the present De Facto / Renegade / Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Seal) Number (Apostille Number), as has been recognized, received, recorded, and issued by the De Facto / Renegade / Corporate government. As this number is the International registration, National authentication, and State certification of a Public Document of the United States of America, my Nations, and my Citizenships, as well as identification of all guaranteed, properties, whether Public or Private, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private or Public properties by any of the De Facto/Corporate officers, etc. will result in damages of Ten Million Dollars of United States Money (United States Treasury States, nation-state specie Money (United States Dollars silver) that being enumerated in Article 1, Section 10, Clause 1 as "gold and silver coin" in the Constitution for the united States of America (1791 to date) to be multiplied by not only the damaging party(ies), but all those in concert and cause of action. This Declaration is made absolute by the enclosed Apostille (the State of Florida copy and pursuant to 15 Stat. Ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record, (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 163; The Bible is law to be applied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to Me pursuant to Congressional demand within 15 Stat. Ch 249. Dates: spiritual "In the Beginning" plus Six days: Announcement of Diplomatic Arrival: (3-28-54)

*Highly Favored Shekinah El* ™ *all*
**Me, American, Private, Christian, Sentient;**
**Sovereign; Divine Inhabitant within North America; within FLORIDA, a Republic;**
**"within" a constitutional county and a constitutional township republic.**

" . . . at the mouths of two, or at the mouths of three the matter is established."
Deuteronomy 19:15

_____ Witness ℮™ ucc 1-308
**Divine, Sentient, and Common Law Witness**

UCC 1-308 _____ Witness
Prince M. RA El OSIRIS
**Divine, Sentient, and Common Law Witness**

---

**Archetype**

*Form: publici sui juris / Affidavit*
*Session: one supreme Court*

### Act of State
### Primary Signature Certification
### (Convention de La Haye du 5 Octobre 1961)
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention # 12)

I, **Highly Favored Shekinah El**, do hereby certify the document enclosed to be a true, correct, complete and not misleading Original of the Archetype, containing the primary signature as sealed below. This notarization is for the purpose of signature (autograph) certification only, for foreign use (i.e., United States of America) of the U.S. originated document. This is pursuant to the Hague Conference on Private International Law dated October 5th, 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Public Documents. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative/judicial documents as herein enclosed.

The State of Florida
The County of Duval County

Acknowledged before me the 29th day of July 2010 A.D.

_____
**Shekinah Citizen; Autograph**

_____
**Notary Signature**

[NOTARY SEAL]

Apostille Number: _____
*(applied manually upon issuance)*

**Reaffirmation of Character and Renunciation of Attempted Expatriations/Act of State**



I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD IN PUTNAM COUNTY, OFFICE OF THE CLERK OF PUTNAM COUNTY COURT

DATE 8-12-10

BY _____ D.C.



# Commercial Security Agreement

## HFSE and 09/15/2010-SA01

This non-negotiable and non-transferable security agreement is made and entered into this day of 09/15/2010, by and between SYTERIA LAWRENCE (HEPHZIBAH), hereinafter "Debtor," organization number 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, and Highly Favored Shekinah El, hereinafter "Secured Party," creditor identification number 198441890. The Parties, hereinafter "Parties," are identified as follows:

Debtor:

SYTERIA LAWRENCE (HEPHZIBAH), A LEGAL ENTITY

DUVAL MEDICAL CENTER

Jacksonville, Florida, 32203

Organization Number:

███████████

Secured Party:

Highly-Favored: Shekinah El, a "Personam Sojum and People of Posterity"  *Non Domestic without the US*

Creditor Identification Number: SS# ████████

## AGREEMENT

NOW, THEREFORE, the Parties agree as follows:

Debtor, who deems itself insecure, hereby grants Secured Party a security interest in the collateral, hereinafter referred to as "collateral," described generally herein or specifically on attached Schedule A. This will secure all Debtor's property as well as all income from every source, and all direct and indirect, absolute or contingent, due or to become due, now existing or hereafter arising, presumed or actual, parole or expressed public indebtedness and liabilities held by Debtor in consideration for Secured Party's providing certain things and accommodations for Debtor, including but not limited to:

8

1. Secured Party's signing by accommodation, for Debtor, when necessary, where the signature of Debtor will be required.  Secured Party's reserves the right to make sufficient claims to secure such indebtedness until satisfied in whole.

2. Secured Party issuing a binding commitment to extend credit or to extend immediately available credit, whether or not drawn upon and whether or not reimbursed in the event of difficulties in collection; and

3. Secured Party providing the security for payment of all sums due or owing, or to become due or owing, by debtor on every public contract entered by Debtor.

Debtor declares that it is a legal entity recognized as such and has rights and privileges recognized under the laws of the UNITED STATES, as has been the case since its creation in                    All legal means to protect the security interest being established by this agreement, will be used by the debtor when necessary; and all support needed by the secured party to protect her security interest in the collateral identified herein will be provided by the debtor.

Execution of this security agreement incorporates a promise that the debtor will execute such commercial forms, including but not limited to financing statements, as may be necessary to assure that the secured party's interest is perfected.  The security interest established by this agreement will continue until the secured party is relieved of all liability associated with said services provided to the debtor and until all owing and due consideration to the secured party has been delivered, regardless of whether the collateral identified in this agreement is in the possession of the debtor or the secured party.

Debtor warrants that secured party's claim against the collateral is enforceable according to the terms and conditions expressed therein and according to all applicable laws promulgated for the purpose of protecting the interests of a creditor against a debtor.  Debtor also warrants that it holds good and marketable title to the collateral, free and clear of all actual and lawful liens and encumbrances, except for the interest established herein and except for such substantial interest as may have been privately established by agreement of the parties with full attention to the elements necessary to establish a valid contract under international contract law.  Public encumbrances belonging to the debtor, against the collateral, shall remain secondary to this agreement, unless registered prior to the registration of secured party's interest in the same collateral, as is well established in international commercial law.


## GENERAL PROVISIONS

**Possession of Collateral.** Collateral or evidence of collateral may remain in the possession of the debtor, to be kept at the address given in this agreement by the debtor or such other place(s) approved by secured party, and notice of changes in location must be made to the secured party within ten (10) days of such relocation.  Debtor agrees not to otherwise remove the collateral except as is expected in the ordinary course of business, including sale of inventory, exchange, and other acceptable reasons for removal.  When in doubt as to the legal ramifications for relocation, debtor agrees to

9

costs and fees associated with such dispute.  Should public judgment against the debtor result from such dispute, debtor agrees to satisfy such judgment from its accounts established and managed by the UNITED STATES or its subdivisions, agents, officers, or affiliates, so as not to adversely affect the secured party's interest in the Collateral.

**Indemnification.**  Debtor hereby indemnifies secured party from all harm as expressed in the attached indemnity bond, incorporated herein as if fully set forth within this security agreement.

## SUBORDINATION OF DEBTOR'S DEBTS
## TO SECURED PARTY

Providing secured party, subsequent to the execution of this agreement, perfects his security interest in the collateral by appropriate registration, debtor agrees that its indebtedness to the secured party, whether now existing or hereafter created, shall have priority over unregistered claims that third parties may raise against debtor or the collateral, whether or not debtor becomes insolvent.  Debtor hereby expressly subordinates any claim that the debtor may have against secured party, upon any account whatsoever, to the claim that secured party has or will have against the debtor.

If secured party so requests, all notes or credit agreements now or hereafter established, evidencing debts or obligation of debtor to third parties, shall be marked with a legend that the same are subject to this agreement and shall be delivered to secured party. Debtor agrees, and secured party hereby is authorized, in the name of the debtor, to execute and file such financing statements and other commercial statements, as secured party deems necessary or appropriate to perfect, preserve, and enforce her rights under this agreement.

## DEFAULT

The following shall constitute event(s) of default hereunder:

**1**. Failure by the debtor to pay a debt secured hereby when due;

**2**. Failure by the debtor to perform an obligation secured hereby when required to be performed;

**3**. Breach by the debtor of a warranty contained in this agreement;

**4**. Evidence that a statement, warranty, or representation made or implied in this agreement by debtor, is false or misleading in any material respect, either now or at the time made or furnished;

**5**. Evidence that this agreement or a document of title is void or ineffective;

10

**6**. Dissolution or termination of Debtor's existence as a legal entity, the insolvency of debtor, the appointment of a receiver for all or any portion of debtor's property, an assignment for the benefit of public creditors, or the commencement of proceedings under bankruptcy or insolvency laws by or against debtor;

**7**. Commencement of foreclosure, whether by action of a tribunal, self-help, repossession, or other method, by a creditor of debtor against the collateral;

**8**. Garnishment of debtor's deposit accounts or employment.

**Cure of Default**.  If a fault or dishonor under this agreement is curable through an account held by debtor but managed by the UNITED STATES or one of its subdivisions, agents, officers, or affiliates, such fault or dishonor may be cured by the debtor with authorization by secured party and upon advice by the fiduciary that the fault or dishonor has been cured; and no event of default will have occurred.  A dishonor under this agreement, initiated by third party intervention, will not cause a default if such intervention is challenged by debtor by its good faith effort to confirm or disprove the validity or reasonableness of a public claim which is the basis of the public creditor's proceeding; but debtor must, in that event, deposit such surety with secured party as is necessary to indemnify the secured party from loss.

**Acceleration**.  In the event of default, secured party may declare the entire indebtedness immediately due and payable without notice.

**Liquidation of Collateral**.  In the event of default, secured party shall have full power to privately or publicly sell, lease, transfer, or otherwise deal with the collateral or proceeds or products therefrom, in his own name or in the name of the debtor.  All expenses related to the liquidation of collateral shall become a part of the debtor's indebtedness. secured party may, at his discretion, transfer part or all of the collateral to her own name or to the name of her nominee.

**Rights and Remedies**.  The secured party shall have all the rights and remedies of a secured creditor under the provisions of the Uniform Commercial Code, as it has been adopted in the state where part or all of the collateral is located or presumed to be located, including but not limited to the right to proceed with self-help with or without a public court or tribunal.  Rights and remedies available to secured party may be exercised singularly or jointly and in all venues and jurisdictions concurrently at the sole discretion of the secured party.

## MISCELLANEOUS PROVISIONS

**Amendments**.  This agreement, together with all related documents, constitutes the entire understanding and agreement of the parties as to the matters set forth in this agreement.  No alteration of or amendment to this agreement shall be effective unless expressed in writing and signed by both parties.

11

**Applicable Law**.  The governing law of this Agreement is the agreement of the Parties, supported by the Uniform Commercial Code as adopted by the legislature of the STATE OF Florida, international contract law, the unwritten Law Merchant as practiced before the Uniform Commercial Code was promulgated, and applicable maxims of law.

**Expenses.**  Debtor agrees to pay upon demand, from such accounts as debtor may have, all secured party's costs and expenses, including reasonable attorney's fees and other expenses incurred by the secured party to defend or enforce the provisions of this agreement.

**Indebtedness**.  The word "indebtedness" means the indebtedness evidenced by this agreement as a claim against the debtor and all its present and future possessions identified in this agreement as collateral; and all public obligations, debts, and liabilities ascribed to debtor through its contracts and agreements, whether expressed or implied, known or unknown, or actual or constructive, that are with the UNITED STATES or its subdivisions, agents, officers, affiliates, or other public entities; and all claims made by secured party against debtor, whether existing now or in the future, whether they are voluntary or involuntary, due or not due, direct or indirect, absolute or contingent, liquidated or unliquidated, regardless of whether debtor is or may be liable individually or jointly, or is obligated as, or beneficiary of, a surety or accommodation party.

**Related Documents**.  The phrase "related documents" means all promissory notes, credit agreements, loan agreements, guaranties, security agreements, mortgages, deeds of trust, applications, accounts, licenses, policies, permits, identification cards, account cards, receipts, forms, and all other documents and instruments that debtor or its previous surety has or will execute in connection with the debtor's total indebtedness.

**Notices**.  Except for revocation notices by debtor, all notices required to be given by either party under this agreement, shall be in writing and shall be effective when actually delivered or when deposited with the United States Post Office or a nationally recognized courier service, first class postage prepaid, addressed to the party to whom the notice is to be given at the address shown on this agreement or to such other address as either party may designate to the other in writing.

**Severability**.  If one or more provisions of this agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable.  If a qualified court finds that one or more provisions of this agreement is invalid or unenforceable, but that by limiting such provision(s) it would become valid or enforceable, such provision(s) shall be deemed to be written, construed, and enforced as so limited.  In the event that such a finding and limitation causes damage or hardship to either party, the agreement shall be amended in a lawful manner to make all parties whole.

**Waiver of Contractual Right**.  The failure of either party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of this agreement.  Secured party shall not be deemed to have waived rights under this agreement unless such waiver is given in writing and signed by secured party.  No delay

or omission on the part of secured party in exercising a right shall operate as a waiver of such right or any other right. A waiver by secured party of a provision of this agreement shall not prejudice or constitute a waiver of secured party's right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by secured party, nor any course of dealing between secured party and debtor, shall constitute a waiver of secured party's rights or of debtor's obligations under this agreement as to future transactions. Whenever the consent of secured party is required under this agreement, the granting of such consent by secured party in one instance shall not constitute consent over the whole.

**Ambiguities and Interpretation**. Each party acknowledges receipt of this agreement and has had the opportunity to have counsel review it. Any rule of construction claiming ambiguities is to be resolved against the drafting party and shall not apply in the interpretation of this agreement or its amendments. All statements in this instrument are important to the parties. Misunderstandings have been resolved prior to execution.

**Authority to Represent**. A signer of this agreement on behalf of a legal entity certifies that he has the authority to sign this agreement and that this transaction has been duly authorized by such entity.

**Gender**. All references within this agreement to a specific gender, include the other.

**SIGNATURES**

Secured Party accepts all signatures in accord with the Uniform Commercial Code and acknowledges debtor's signature as representative of all derivations thereof.

SYTERIA LAWRENCE HEPHZIBAH

SYTERIA  LAWRENCE (HEPHZIBAH), ens legis,        Highly  Favord  Shekinah El

Debtor

A living woman

See attached: Schedule A and Indemnity Bond.

## SCHEDULE A

This Schedule A dated 09/15/2010 is an attachment to this security agreement. The following  itemization of property constitutes the collateral referenced in said commercial security agreement.

**A.**  Income from every source
**B.**  Proceeds of Secured Party's labor from every source
**C.**  Application for STATE OF Florida CERTIFICATION OF BIRTH # ████████
and all other Certificates of Birth, Certificates of Living Birth, Notifications of Registration of Birth, or Certificates of Registration of Birth, or otherwise entitled documents of birth whether county, state, federal, or other either ascribed to or derived from the name of the debtor identified above, or based upon the above described birth document.
**D.**  Application for Social Security

**F.**  UCC File Number ████████ and all addendums

13

acquire prior written authorization from the secured party. Debtor may possess all tangible personal property included in collateral, have beneficial use of all other collateral, and may use it in any lawful manner not inconsistent with this agreement, except that debtor's right to possession and beneficial use may also apply to collateral that is in the possession of the secured party if such possession is required by law to perfect secured party's interest in such collateral. If secured party, at any time, has possession of any part of the collateral, whether before or after an event of default, secured party shall be deemed to have exercised reasonable care in the custody and preservation of the collateral, if secured party takes such action for that purpose as deemed appropriate by the secured party under the circumstances.

**Proceeds and Products from Collateral**. Unless waived by secured party, all proceeds and products from the disposition of the collateral, for whatever reason, shall be held in trust for secured party and shall not be commingled with any other accounts or funds without the consent of the secured party. Notice of such proceeds shall be delivered to secured party immediately upon receipt. Except for inventory sold or accounts collected in the ordinary course of debtor's public business, debtor agrees not to sell, offer to sell, or otherwise transfer or dispose of the collateral, nor to pledge, mortgage, encumber, or otherwise permit the collateral to be subject to a lien, security interest, encumbrance, or charge, other than the security interested established by this agreement without the prior written consent of the secured party.

**Maintenance of Collateral**. Debtor agrees to maintain all tangible collateral in good condition and repair, and not to commit or permit damage to or destruction of the collateral or any part of the collateral. Secured party and his designated representatives and agents shall have the right at all reasonable times to examine, inspect, and audit the collateral wherever located. Debtor shall immediately notify secured party of all cases involving the return, rejection, repossession, loss, or damage of or to the collateral; of all requests for credit or adjustment of collateral, or dispute arising with respect to the collateral; and generally of all happenings and events affecting the collateral or the value or the amount of the collateral.

**Compliance with Law.** Debtor shall comply promptly with all laws, ordinances, and regulations of all governmental authorities applicable to the production, disposition, or use of the collateral. Debtor may contest in good faith any such law, ordinance, or regulation without compliance during a proceeding, including appropriate appeals, so long as secured party's interest in the collateral, in secured party's opinion, is not jeopardized. Secured party may, at her option, intervene in any situation that appears to place the collateral in jeopardy.

**Public Disputes**. Debtor agrees to pay all applicable taxes, assessments, and liens upon the collateral when due, provided that such taxes, assessments, and liens are proved to be superior to the lawful claim established by this agreement and subsequently perfected by the secured party by appropriate registration. In the event that debtor elects to dispute such taxes, assessments, and liens, secured party's interest must be protected at all times, at the sole opinion of the secured party, who may, at her option, intervene in any situation that appears to jeopardize secured party's interest in the collateral. Debtor may elect to continue pursuit of dispute of such taxes, assessments, and liens, only upon production of a surety bond by public claimant(s), in favor of the secured party, sufficient to protect secured party from loss, including all

14

**G**. All property listed on the Legal Notice and Demand that is filed in Duval Florida register of deeds office, including but not limited to the following: all DNA, fingerprints, all biological identification, all blood, all bodily fluids, all bodily excretions, all  organs, all body parts, all bodily tissues, all thoughts, all intellectual property, are the sole property of Highly-Favored:Shekinah El, the Secured Party Creditor.  These items of property cannot be taken, used, duplicated, confiscated, confined, restrained, abused, damaged, influenced, or removed from the secured party Highly-Favored: Shekinah El, without his voluntary, written permission.  Any violation of this agreement will constitute a penalty of one hundred million 99.999% one ounce silver coins, per occurrence, per officer or agent involved.  This is a contract in admiralty and you may rebut this contract within 21 days. Rebuttal must be per the conditions found in the "Legal Notice and Demand" that is on file, inst#                    along with this document, in the register of deeds office in Putnam County, Florida.

 All Property Belonging to the Debtor belongs to the Creditor, including equity and improvements. See Florida  UCC-1, and Legal Notice and Demand for complete property list.

## INDEMNITY BOND

Know all men by these presents, that SYTERIA LAWRENCE (HEPHZIBAH), the Debtor, hereby establishes this Indemnity Bond in favor of Highly -Favored: Shekinah El, the secured party, in the sum of present and future collateral values up to the sum of one hundred billion United States dollars ($100,000,000,000.00), in silver dollars, or fiat money at par value, for the payment of which bond the debtor hereby firmly binds its successors, heirs, executors, administrators, DBA's, AKA's, and third-party assigns, jointly and severally.  The debtor hereby indemnifies the secured party against losses incurred as a result of all claims of debts or losses made by any and all persons against the commercial transactions and investments of the debtor.  The condition of this bond is that secured party covenants to do certain things on behalf of the debtor, as set forth in the attached security agreement of the same date and executing parties; and debtor covenants to serve as a transmitting utility to assure beneficial interest in all accounts established and managed by the UNITED STATES; and all goods and services in commerce are available to or conveyed from debtor to secured party, whichever is appropriate.

To avert losses of vested rights in the present or future collateral that is the subject of the attached commercial security agreement, debtor agrees to make available to the secured party such accounts established by intent of the parties, by operation of law, and/or as constructive trusts, to hold proceeds arising from assets belonging to the debtor and administered by the UNITED STATES or its subdivisions, agents, or affiliates.  Pursuant to existing laws of the UNITED STATES and the agreement of the parties of the attached security agreement, the secured party is authorized to assign such funds from said accounts as are necessary to settle all past, present, and future public debts and obligations incurred by the debtor on behalf of the secured party.

The debtor, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold the secured party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses including, without restriction, legal costs, interests, penalties, and fines previously suffered or incurred, or to be suffered or incurred by the secured party, in accordance with the secured party's personal guarantee with respect to loans or indebtedness belonging to

15

the debtor, including any amount the debtor might be deemed to owe to a public creditor for any reason whatsoever. The secured party shall promptly advise the debtor of all public claims brought by third parties against the present or future property of the debtor, all of which is covered by the attached security agreement up to the indemnification amount declared herein, and to provide the debtor with full details of said claim(s), including copies of all documents, correspondence, suits, or actions received by or served upon the debtor through the secured party. Secured party shall fully cooperate with discussion, negotiation, or other proceedings relating to such claims.

This bond shall be in force and effect as of the date that it is signed and accepted by the parties, and provided that secured party may cancel this bond and be relieved of further duty hereunder by delivering a thirty (30) day written notice of cancellation to the debtor. No such cancellation shall affect the liability incurred by or accrued to secured party prior to the conclusion of said thirty (30) day period. In such event of notice of cancellation, and in the event that the UNITED STATES reinstitutes its constructive claim against the collateral, the debtor agrees to reissue the bond before the end of the thirty (30) day period for an amount equal to or greater than the above value of the attached security agreement, unless the parties agree otherwise.

# NOTICE OF LIEN

This agreement constitutes an International Commercial Lien on all property of the debtor indemnitor on behalf of, and for the benefit of, the secured party creditor indemnitee in the amount of $100,000,000,000,000.00 (ONE HUNDRED BILLION US SILVER DOLLARS). This lien will expire at the moment that the indemnitee expires or when this lien is satisfied by the indemnitee.

SYTERIA LAWRENCE HEPHZIBAH

Without Prejudice, All Rights Reserved

SYTERIA LAWRENCE (HEPHZIBAH),
Indemnitor

Without Prejudice, All Rights Reserved.
Non Assumpsit                          UCC1-308

Highly   Favored   Shekinah   El,
Indemnitee

State of Florida
County of Florida
On this 9th day of Sept 2010
before me, _____
Syteria Lawrence /Highly Favored Shekinah EL
to me known to be the person(s) who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

SEAL (signed) Bonnie Kansevich
Notary Public

Notary Public State of Florida
Bonnie Kansevich
My Commission DD970987
Expires 04/06/2014



16

**UCC FINANCING STATEMENT**

Name and address of filer:

Maalik Rahshe Taquan Taquan Gullett-El Gullett-El
c/o Non-Domestic w/o U.S. Post Office Box 17135
North Hollywood, Ca 91615

**2014-2695071-97.01**
Kentucky Secretary of State
File Date 3/31/2014 6:15:24 PM
Status Active
Fee $5.00

This document is a representation of a
filing made electronically at the
Kentucky Secretary of State's web site

DEBTOR'S EXACT FULL LEGAL NAME

a. ORGANIZATION'S NAME

| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| LAWRENCE (HEPHZIBAH) | SYTERIA | SAIZ | |

| c. MAILING ADDRESS | CITY | | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| DUVAL MEDICAL CENTER | JACKSONVILLE | FL | 32203 | U.S. |

SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

a. ORGANIZATION'S NAME

| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Shekinah - El | Highly Favored | Syteria Hephzibah-El | El |

| c. MAILING ADDRESS | CITY | | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o Non-Domestic without U.S. 422 E. 27th Street | Jacksonville | Fl | 32203 | USA |

4. This FINANCING STATEMENT covers the following collateral:

Commercial Security Agreement
HFSA and 09/15/2010-SA01
This non-negotiable and non-transferable security agreement is made and entered into this day of 09/15/2010
by and between SYTERIA LAWRENCE (HEPHZIBAH), hereinafter "Debtor," Organization Number ▮▮▮▮▮
▮▮▮▮ and Highly Favored Shekinah-El hereinafter "Registered Owner / Authorized Representative,"
Creditor Identification Number ▮▮▮▮▮ The Parties, hereinafter "Parties," are identified as follows:
Debtor:
SYTERIA LAWRENCE (HEPHZIBAH), A LEGAL ENTITY
c/o DUVAL MEDICAL CENTER
Jacksonville, Florida 32203
Organization Number ▮▮▮▮▮▮▮▮
Secured Party:
Highly Favored El, a "Personam Sojurn and People of Posterity"
c/o Non Domestic without the U.S.

Creditor Identification Number ▮▮▮▮▮▮▮▮
AGREEMENT
NOW, THEREFORE, the Parties agree as follows:
Debtor, who deems itself insecure, hereby grants Registered Owner / Authorized Representative a security
interest in the collateral described generally herein or specifically on attached Schedule A, hereinafter
referred to as "collateral." This will secure all Debtor's property, as well as all income from every source,
and all direct and indirect, absolute or contingent, due or to become due, now existing or hereafter arising,
presumed or actual, parole or expressed public indebtedness and liabilities held by Debtor in consideration
for Registered Owner / Authorized Representative providing certain things and accommodations for Debtor,
including but not limited to:
1. Registered Owner / Authorized Representative signing by accommodation for Debtor, when necessary,
where the signature of Debtor will be required. Registered Owner / Authorized Representative reserves the
right to make sufficient claims to secure such indebtedness until satisfied in whole.
2. Registered Owner / Authorized Representative issuing a binding commitment to extend credit or to extend
immediately available credit, whether or not drawn upon and whether or not reimbursed in the event of
difficulties in collection; and
3. Registered Owner / Authorized Representative providing the security for payment of all sums due or
owing, or to become due or owing, by Debtor on every public contract entered into by Debtor.

Debtor declares that it is a legal entity recognized as such and has rights and privileges recognized under the laws of the UNITED STATES, as has been the case since its creation in March 28, 1954. All legal means to protect the security interest being established by this agreement will be used by Debtor when necessary; and all support needed by Registered Owner / Authorized Representative to protect his security interest in the collateral identified herein will be provided by Debtor.
Execution of this security agreement incorporates a promise that Debtor will execute such commercial forms as may be necessary, including but not limited to financing statements, to assure that Registered Owner's / Authorized Representative's interest is perfected. The security interest established by this agreement will continue until Registered Owner / Authorized Representative is relieved of all liability associated with said services provided to Debtor and until all owing and due consideration to Registered Owner / Authorized Representative has been delivered, regardless of whether the collateral identified in this agreement is in the possession of Debtor or Registered Owner / Authorized Representative.
Debtor warrants that Registered Owner / Authorized Representative's claim against the collateral is enforceable according to the terms and conditions expressed herein and according to all applicable laws promulgated for the purpose of protecting the interests of a creditor against a debtor. Debtor also warrants that it holds good and marketable title to the collateral, free and clear of all actual and lawful liens and encumbrances, except for the interest established herein and except for such substantial interest as may have been privately established by agreement of the Parties with full attention to the elements necessary to establish a valid contract under international contract law. Public encumbrances belonging to Debtor, against the collateral, shall remain secondary to this agreement, unless registered prior to the registration of Registered Owner / Authorized Representative's interest in the same collateral, as is well established in international commercial law.

GENERAL PROVISIONS
Possession of Collateral. Collateral or evidence of collateral may remain in the possession of Debtor, to be kept at the address given in this agreement by Debtor or such other place(s) approved by Registered Owner / Authorized Representative; and notice of changes in location must be made to Registered Owner / Authorized Representative within ten (10) days of such relocation. Debtor agrees not to otherwise remove the collateral except as is expected in the ordinary course of business, including sale of inventory, exchange, and other acceptable reasons for removal. When in doubt as to the legal ramifications for relocation, Debtor agrees to acquire prior written authorization from Registered Owner / Authorized Representative. Debtor may possess all tangible personal property included in collateral, have beneficial use of all other collateral, and may use it in any lawful manner consistent with this agreement. Debtor's right to possession and beneficial use may also apply to collateral that is in the possession of Registered Owner / Authorized Representative if such possession is required by law to perfect Registered Owner / Authorized Representative's interest in such collateral. If Registered Owner / Authorized Representative, at any time, has possession of any part of the collateral, whether before or after an event of default, Registered Owner / Authorized Representative shall be deemed to have exercised reasonable care in the custody and preservation of the collateral, if Registered Owner / Authorized Representative takes such action for that purpose as deemed appropriate by Registered Owner / Authorized Representative under the circumstances.
Proceeds and Products from Collateral. Unless waived by Registered Owner / Authorized Representative, all proceeds and products from the disposition of the collateral, for whatever reason, shall be held in trust for Registered Owner / Authorized Representative and shall not be commingled with any other accounts or funds without the consent of Registered Owner / Authorized Representative. Notice of such proceeds shall be delivered to Registered Owner / Authorized Representative immediately upon receipt. Except for inventory sold or accounts collected in the ordinary course of Debtor's public business, Debtor agrees not to sell, offer to sell, or otherwise transfer or dispose of the collateral, nor to pledge, mortgage, encumber, or otherwise permit the collateral to be subject to a lien, security interest, encumbrance, or charge, other than the security interest established by this agreement, without the prior written consent of Secured Party.
Maintenance of Collateral. Debtor agrees to maintain all tangible collateral in good condition and repair, and not to commit or permit damage to or destruction of the collateral or any part of the collateral. Registered Owner / Authorized Representative and his designated representatives and agents shall have the right at all reasonable times to examine, inspect, and audit the collateral wherever located. Debtor shall immediately notify Registered Owner / Authorized Representative of all cases involving the return, rejection, repossession, loss, or damage of or to the collateral; of all requests for credit or adjustment of collateral, or dispute arising with respect to the collateral; and generally of all happenings and events affecting the collateral or the value or the amount of the collateral.
Compliance with Law. Debtor shall comply promptly with all laws, ordinances, and regulations of all governmental authorities applicable to the production, disposition, or use of the collateral. Debtor may contest in good faith any such law, ordinance, or regulation without compliance during a proceeding, including appropriate appeals, so long as Secured Party's interest in the collateral, in Registered Owner's / Authorized Representative's opinion, is not jeopardized. Registered Owner / Authorized Representative may, at his option, intervene in any situation that appears to place the collateral in jeopardy.



Public Disputes. Debtor agrees to pay all applicable taxes, assessments, and liens upon the collateral when due, provided that such taxes, assessments, and liens are proved to be superior to the lawful claim established by this agreement and subsequently perfected by Registered Owner / Authorized Representative by appropriate registration. In the event that Debtor elects to dispute such taxes, assessments, and liens, Registered Owner's / Authorized Representative's interest must be protected at all times, at the sole opinion of Registered Owner / Authorized Representative, who may, at his option, intervene in any situation that appears to jeopardize Registered Owner / Authorized Representative's interest in the collateral. Debtor may elect to continue pursuit of dispute of such taxes, assessments, and liens, only upon production of a surety bond by public claimant(s), in favor of Registered Owner / Authorized Representative, sufficient to protect Registered Owner / Authorized Representative from loss, including all costs and fees associated with such dispute. Should public judgment against Debtor result from such dispute, Debtor agrees to satisfy such judgment from its accounts established and managed by the UNITED STATES or its subdivisions, agents, officers, or affiliates, so as not to adversely affect Registered Owner's / Authorized Representative's interest in the collateral.

Indemnification. Debtor hereby indemnifies Registered Owner / Authorized Representative from all harm as expressed in the attached indemnity bond, incorporated herein as if fully set forth within this security agreement.

SUBORDINATION OF DEBTOR'S DEBTS
TO REGISTERED OWNER / AUTHORIZED REPRESENTATIVE

Providing Registered Owner / Authorized Representative, subsequent to the execution of this agreement, perfects his security interest in the collateral by appropriate registration, Debtor agrees that its indebtedness to Registered Owner / Authorized Representative, whether now existing or hereafter created, shall have priority over unregistered claims that third parties may raise against Debtor or the collateral, whether or not Debtor becomes insolvent. Debtor hereby expressly subordinates any claim that Debtor may have against Registered Owner / Authorized Representative, upon any account whatsoever, to the claim that Registered Owner / Authorized Representative has or will have against Debtor.

If Registered Owner / Authorized Representative so requests, all notes or credit agreements now or hereafter established, evidencing debts or obligations of Debtor to third parties, shall be marked with a legend that the same are subject to this agreement and shall be delivered to Registered Owner / Authorized Representative. Debtor agrees, and Registered Owner / Authorized Representative is hereby authorized, in the name of Debtor, to execute and file such financing statements and other commercial statements as Registered Owner / Authorized Representative deems necessary or appropriate to perfect, preserve, and enforce his rights under this agreement.

DEFAULT

The following shall constitute event(s) of default hereunder:
1. Failure by Debtor to pay a debt secured hereby when due;

2. Failure by Debtor to perform an obligation secured hereby when required to be performed;

3. Breach by Debtor of a warranty contained in this agreement;
4. Evidence that a statement, warranty, or representation made or implied in this agreement by Debtor is false or misleading in any material respect, either now or at the time made or furnished;
5. Evidence that this agreement or a document of title is void or ineffective;
6. Dissolution or termination of Debtor's existence as a legal entity, the insolvency of Debtor, the appointment of a receiver for all or any portion of Debtor's property, an assignment for the benefit of public creditors, or the commencement of proceedings under bankruptcy or insolvency laws by or against Debtor;
7. Commencement of foreclosure, whether by action of a tribunal, self-help, repossession, or other method, by a creditor of Debtor against the collateral;

8. Garnishment of Debtor's deposit accounts or employment.

Cure of Default. If a fault or dishonor under this agreement is curable through an account held by Debtor but managed by the UNITED STATES or one of its subdivisions, agents, officers, or affiliates, such fault or dishonor may be cured by Debtor with authorization by Registered Owner / Authorized Representative and upon advice by the fiduciary that the fault or dishonor has been cured; and no event of default will have occurred. A dishonor under this agreement, initiated by third party intervention, will not cause a default if such intervention is challenged by Debtor by its good faith effort to confirm or disprove the validity or reasonableness of a public claim which is the basis of the public creditor's proceeding; but Debtor must, in that event, deposit such surety with Registered Owner / Authorized Representative as is necessary to indemnify Registered Owner / Authorized Representative from loss.

Acceleration. In the event of default, Registered Owner / Authorized Representative may declare the entire indebtedness immediately due and payable without notice.

Liquidation of Collateral. In the event of default, Registered Owner / Authorized Representative shall have full power to privately or publicly sell, lease, transfer, or otherwise deal with the collateral or proceeds or

3

products there from, in his own name or in the name of Debtor. All expenses related to the liquidation of collateral shall become a part of Debtor's indebtedness. Registered Owner / Authorized Representative may, at his discretion, transfer part or all of the collateral to his own name or to the name of his nominee. Rights and Remedies. Registered Owner / Authorized Representative shall have all the rights and remedies of a secured creditor under the provisions of the Uniform Commercial Code, as it has been adopted in the state where part or all of the collateral is located or presumed to be located, including but not limited to the right to proceed with self-help with or without a public court or tribunal. Rights and remedies available to Registered Owner / Authorized Representative may be exercised singularly or jointly and in all venues and jurisdictions concurrently at the sole discretion of Registered Owner / Authorized Representative.

MISCELLANEOUS PROVISIONS
Amendments. This agreement, together with all related documents, constitutes the entire understanding and agreement of the Parties as to the matters set forth in this agreement. No alteration of or amendment to this agreement shall be effective unless expressed in writing and signed by both Parties.
Applicable Law. The governing law of this agreement is the agreement of the Parties, supported by the Uniform Commercial Code as adopted by the legislature of the STATE OF CALIFORNIA, international contract law, the unwritten Law Merchant as practiced before the Uniform Commercial Code was promulgated, and applicable maxims of law.
Expenses. Debtor agrees to pay upon demand  from such accounts as Debtor may have, all Registered Owner / Authorized Representative's costs and expenses, including reasonable attorney's fees and other expenses incurred by Registered Owner / Authorized Representative to defend or enforce the provisions of this agreement.
Indebtedness. The word "indebtedness" means the indebtedness evidenced by this agreement as a claim against Debtor and all its present and future possessions identified in this agreement as collateral; and all public obligations, debts, and liabilities ascribed to Debtor through its contracts and agreements, whether expressed or implied, known or unknown, or actual or constructive, that are with the UNITED STATES or its subdivisions, agents, officers, affiliates, or other public entities; and all claims made by Registered Owner / Authorized Representative against Debtor, whether existing now or in the future, whether they are voluntary or involuntary, due or not due, direct or indirect, absolute or contingent, liquidated or unliquidated, regardless of whether Debtor is or may be liable individually or jointly, or is obligated as, or beneficiary of, a surety or accommodation party.
Related Documents. The phrase "related documents" means all promissory notes, credit agreements  loan agreements, guaranties, security agreements, mortgages, deeds of trust, applications, accounts, licenses, policies, permits, identification cards, account cards, receipts, titles  certificates, forms, and all other documents and instruments that Debtor or its previous surety has or will execute in connection with Debtor's total indebtedness.
Notices. Except for revocation notices by Debtor, all notices required to be given by either Party under this agreement shall be in writing and shall be effective when actually delivered or when deposited with the United States Post Office or a nationally recognized courier service, first class postage prepaid, addressed to the Party to whom the notice is to be given at the address shown on this agreement or to such other address as either Party may designate to the other in writing.
Severability. If one or more provisions of this agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a qualified court finds that one or more provisions of this agreement is invalid or unenforceable, but that by limiting such provision(s) it would become valid or enforceable, such provision(s) shall be deemed to be written, construed, and enforced as so limited. In the event that such a finding and limitation causes damage or hardship to either Party, the agreement shall be amended in a lawful manner to make all Parties whole.

Waiver of Contractual Right. The failure of either Party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that Party's right to subsequently enforce and compel strict compliance with every provision of this agreement. Registered Owner / Authorized Representative shall not be deemed to have waived rights under this agreement unless such waiver is given in writing and signed by Registered Owner / Authorized Representative. No delay or omission on the part of Registered Owner / Authorized Representative in exercising a right shall operate as a waiver of such right or any other right. A waiver by Registered Owner / Authorized Representative of a provision of this agreement shall not prejudice or constitute a waiver of Registered Owner's / Authorized Representative's right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by Registered Owner / Authorized Representative, nor any course of dealing between Registered Owner / Authorized Representative and Debtor, shall constitute a waiver of Registered Owner's / Authorized Representative's rights or of Debtor's obligations under this agreement as to future transactions. Whenever the consent of Registered Owner / Authorized Representative is required under this agreement, the granting of such consent by Registered Owner / Authorized Representative in one instance shall not constitute consent over the whole.

4

Ambiguities and Interpretation. Each Party acknowledges receipt of this agreement and has had the opportunity to have counsel review it. Any rule of construction claiming ambiguities is to be resolved in favor of Registered Owner / Authorized Representative and shall not apply in the interpretation of this agreement or its amendments. All statements in this instrument are important to the Parties. Misunderstandings have been resolved prior to execution.

Authority to Represent. A signer of this agreement on behalf of a legal entity certifies that he has the authority to sign this agreement and that this transaction has been duly authorized by such entity.

Gender. All references within this agreement to a specific gender include the other.

SIGNATURES

Secured Party accepts all signatures in accordance with the Uniform Commercial Code and acknowledges Debtor's signature as representative of all derivations thereof.

*SYTERIA LAWRENCE HEPHZIBAH*

SYTERIA LAWRENCE (HEPHZIBAH), ens legis, Debtor    Highly Favored Shekinah El, a Living Woman
See attached: Schedule A and Indemnity Bond.


SCHEDULE A

This Schedule A dated 09/15/2010 is an attachment to this security agreement. The following partial itemization of property constitutes a portion of the collateral referenced in said Commercial Security Agreement and is not intended to represent the actual and full extent of said collateral. This Schedule A, describing collateral wherever located, supplements previous security agreements that may have been entered into by the same parties. This property now owned or hereinafter acquired includes but is not limited to all:

A.   Income from every source;
B.   Proceeds of Registered Owner / Authorized Representative's labor from every source;
C.   All bank accounts foreign and domestic;
D.   Application for STATE OF FLORIDA CERTIFICATION OF BIRTH # 109-54-014113 and all other Certificates of Birth, Certificates of Living Birth, Notifications of Registration of Birth, or Certificates of Registration of Birth, or otherwise entitled documents of birth whether county, state, federal, or other either ascribed to or derived from the name of Debtor identified above, or based upon the above described birth document;
E.   Private Owned Certificate of Live Birth Number: ████████████ ;
F.   Application for Social Security # ██████████ and all value associated with this Social Security account;
G.   Public Debtor Treasury Account: ████████
H.   Private Creditor Treasury Account ██████
I.   Private Depository Trust Account: ██████
J.   Private Operator License Not a Vessel: JA3AJ26E86U068661, 2006 Mitsubishi Lancer, Indigenous Traveler's Plate # 77862A
K.   PERSONAL PROTECTION PERMIT:
.   UCC 1 File Number 201104871708, Document Number 2011245463 and all addendums;
L.   Private Register of Deeds Liber Number: NA
M.   All documents filed with DUVAL COUNTY REGISTER OF DEEDS OFFICE AND DUVAL COUNTY SUPERIOR COURT OF FLORIDA and including but not limited to Affidavit of Political Status, UCC Financing Statements and all Addendums, Power of Attorney, Commercial Security Agreement # HFSA and 09/15/2010-SA01, Actual and Constructive Notice, Hold Harmless Agreement, Property List, Affidavit of Service, Non Negotiable Security Agreement, List of Recipients, Legal Notice and Demand, Act of State and Authentication;
M.   Any other additional property not generally or specifically listed herein.
N.   Any other additional property to be acquired not generally or specifically listed herein
O.   Professional License Number of the debtor SYTERIA LAWRENCE (HEPHZIBAH).
P.   Private Address: c/o 422 East 27th Street, Jacksonville [Florida] America, Non-domestic, without the U.S.
Q.   Private Land including Common Law Declaration of Land Allodial Title & Patent Property Identification Title & 6401, 422 east 217h street Jacksonville [Florida] America, legal description of property:1333115-0000, AH-256-01-2S26E.057 Long Branch PT LOT4 RECD O/R 15397-7984 BLK J;
R.   Any and all present and future Registered Private Bond/Account Numbers, Private Registered Bond Numbers, All Registered Offset and Indemnity Bonds filed with US TREASURY;
S.   All Personal Property, Personal Possessions, and Contents or anything of value on, in, or around property located at or near Private location: 422 East 27th Street, Jacksonville [Florida] America, Non-domestic, without the U.S. and; or on, in, or around Registered Owner / Authorized Representative location,

5

1. All proceeds, products, accounts, and fixtures from crops, mine head, wellhead, with transmitting utilities, etc.;
2. All rents, wages, and income from every source;
3. All land, mineral, water, and air rights;
4. All cottages, cabins, houses, and buildings;
5. All bank accounts, bank "safety" deposit boxes and the contents therein, credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
6. All inventory in any source;
7. All machinery, either farm or industrial;  all mechanical tools, construction tools, tools of trade;
8. All boats, yachts, and water craft, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;
9. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives; All motor homes, trailers, mobile homes, recreational vehicles, house, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, and fuels and fuel additives; Real Property Description: 422 E 27TH ST AH-256 01-2S-26E .057 LONG BRANCH PT LOT 4 RECD O/R 15397-798 BLK J, of the Public Records of Duval County, Florida; Physical Address: 422 E 27TH ST, Jacksonville Florida Republic near 32209
10. All livestock and animals, and all things required for the care, feeding, use, and husbandry thereof;
11. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances; Private Automobile / Conveyance Identification Number : JA3AJ26E86U068661, 2006 Mitsubishi Lancer, Indigenous Traveler's Plate # 77862A;
12. All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;
13. All visual reproduction systems, aural reproduction Systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, i-pods, phonograph records, film, video and aural production equipment, cameras, projectors, and musical instruments;
14. All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;
15. All books and records including financial records of DEBTOR;
16. All Trademarks, Registered Marks, copyrights, patents, proprietary data and technology, inventions, royalties, good will;
17. All public or private scholastic degrees, titles, credentials, honors, awards, recognitions, meritorious citations, achievements through apprenticeship and/or continuing education programs, from whatever source for whatever trade, occupation, work, or endeavor;
18. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever, of DEBTOR;
19. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;
20. All biometrics data, records, information, and processes not elsewhere described, the use thereof; and the use of the information contained therein or pertaining thereto;
21. All Rights to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means whatsoever;
22. All Rights to request, refuse, or authorize the administration of; any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;
23. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;
24. All Rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia, cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, www, and all other methods of communication, energy transmission, and food or water distribution;

25. All Rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

26. All Rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter economic exchange, bookkeeping, record-keeping, and the like;

27. All Rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile, free from requirement to apply for or obtain any government license or permission and free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period, so long as any required lease is currently paid or a subsequent three-day grace period has not expired;

28. All Rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

29. All Rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30. All Rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

31. All Rights as outlined in the "Constitution for the united States of America," and the Honorable "Bill of Rights".

32. All Rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition Government for redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources;

33. All Rights to Keep and Bear Arms for self-defense of self, family, and parties entreating physical protection of person or property;

34. All Rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

35. All Rights to create documents of travel of every kind whatsoever, inter alia, those signifying diplomatic status and immunity as a free, independent, and Sovereign State-in-fact;

36. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e. mind, body, soul, free will, faculties, and self;

37. All Rights to privacy and security in person and property, inter alia, all Rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

38. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names; SYTERIALAWRENCE, LAWRENCE, SYTERIA, Syteria Lawrence, Lawrence, Syteria, SYTERIA HEPHZIBAH, HEPHZIBAH, SYTERIA, Syteria Hephzibah, Hephzibah, Syteria, and any and all derivatives thereof.

39. All intellectual property, inter alia, all speaking and writing; All thoughts, beliefs, worldview, emotions, psychology, etc. SYTERIALAWRENCE, LAWRENCE, SYTERIA, Syteria Lawrence, Lawrence, Syteria, SYTERIA HEPHZIBAH, HEPHZIBAH, SYTERIA, Syteria Hephzibah, Hephzibah, Syteria, All licenses foreign and domestic;

40. All signatures and seals;

41. All present and future retirement incomes, and rights to such incomes, issuing from any of DEBTOR'S accounts;

42. All present and future medical and healthcare rights, and rights owned through survivorship, from any of DEBTOR'S accounts;

43. All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia, all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers, and the like;

44. All library cards;

45. All credit, charge, and debit cards, and mortgages, notes, applications, card numbers, and associated records and information;

46. All credit of DEBTOR;

47.   All traffic citations/tickets;

48.   All parking citations/tickets;

49.   All court cases and judgments, past, present, and future, in any court whatsoever, and all bonds, orders, warrants, and other matters attached thereto or derived there from;

50.   All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes within which said items are stored;

51.   All tax correspondence, filings, notices, coding, record numbers, social security insurance ██████████████ ny information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

52.   All bank accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, 401-K's, and the like;

53.   All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and records numbers, correspondence, and information pertaining thereto or derived there from;

54.   All cash, coins, money, Federal Reserve Notes, and Silver Certificates;

55.   All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies;

56.   All products of and for agriculture, and all equipment, inventories, supplies, contracts, accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

57.   All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, and supplies, and storage sheds and contents;

58.   All fuel, fuel tanks, containers, and involved or related delivery systems;

59.   All metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, toolboxes, work benches, shops, and facilities;

60.   All camping, fishing, hunting, and sporting equipment, and all special clothing, materials, supplies, and baggage related thereto;

61.   All rifles and guns and related accessories, and ammunition and the integral components thereof;

62.   All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, and towers, and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

63.   All power-generating machines or devices, and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining or attached thereto;

64.   All computers and computer systems and the information contained therein, as well as all ancillary equipment, printers, and data compression or encryption devices and processes;

65.   All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;

66.   All water wells and well-drilling equipment, and all ancillary equipment, chemicals, tools, and supplies;

67.   All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;

68.   All building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

69.   All communications and data, and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

70.   All books, drawings, magazines, manuals, and reference materials regardless of physical form;

71.   All artwork, paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto;

72.   All food, and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

73.   All construction machinery and all ancillary equipment, supplies, materials, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

74.   All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

75.   The Will of Debtor;

76.   All inheritances gotten or to be gotten;

77.   All wedding bands and rings, watches, wardrobe, and toiletries;

78.   All household goods and appliances, linen, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques;



79.    All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired, and all books and records thereof and there from, all income there from, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

80.    All practice of naturopathic medicine and natural healing including but not limited to all eclectic and specialty treatment modalities for body, mind, and spirit, use of associated implements and/or tools and/or manual techniques and/or counseling, equipment, books, materials, nutritional supplements, herbal medicines, homeopathic remedies, supplies of all kinds, all patient communications and records;

81.    All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like, and all books and records pertaining thereto, all income therefrom, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

82.    All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, Debtor, whether received or not received by Debtor;

83.    All telephone numbers;

A.    Secured Party Creditor.

These items of property cannot be taken, used, duplicated, confiscated, confined, restrained, abused, damaged, influenced, or removed from Secured Party Maalik Rahshe El does constitute a penalty of one hundred trillion United States silver dollars ($100,000,000,000.00) of .999 pure silver, per occurrence, per officer or agent involved.  This is a contract in admiralty, and you may rebut this contract within 3 days.  Rebuttal must be per the conditions found in the Legal Notice and Demand that is on file, along with this document

All property belonging to Debtor belongs to Registered Owner / Authorized Representative, including equity and improvements.  See Florida UCC-1 and Legal Notice and Demand for property list.


## INDEMNITY BOND

Know all men by these presents, that SYTERIA LAWRENCE, SYTERIA HEPHZIBAH Debtor, hereby establishes this Indemnity Bond in favor of Highly Favored Shekinah El, Registered Owner / Authorized Representative, in the sum of present and future collateral values up to the sum of one hundred trillion United States silver dollars ($100,000,000,000,000.00) of .999 pure silver, or fiat money at par value, for the payment of which bond Debtor hereby firmly binds its successors, heirs, executors, administrators, DBA's, AKA's, and third-party assigns, jointly and severally.  Debtor hereby indemnifies Registered Owner / Authorized Representative against losses incurred as a result of all claims of debts or losses made by any and all persons against the commercial transactions and investments of Debtor.  The condition of this bond is that Registered Owner / Authorized Representative covenants to do certain things on behalf of Debtor, as set forth in the attached Commercial Security Agreement of the same date and executing parties; and Debtor covenants to serve as a Non-UCC Public Finance Real Estate Fixture Record to assure beneficial interest in all accounts established and managed by the UNITED STATES; and all goods and services in commerce are available to or conveyed from Debtor to Registered Owner / Authorized Representative, whichever is appropriate.

To avert losses of vested rights in the present or future collateral that is the subject of the attached Commercial Security Agreement, Debtor agrees to make available to Registered Owner / Authorized Representative such accounts established by intent of the Parties, by operation of law, and/or as constructive trusts, to hold proceeds arising from assets belonging to Debtor and administered by the UNITED STATES or its subdivisions, agents, or affiliates.  Pursuant to existing laws of the UNITED STATES and the agreement of the parties of the attached security agreement, Registered Owner / Authorized Representative is authorized to assign such funds from said accounts as are necessary to settle all past, present, and future public debts and obligations incurred by Debtor on behalf of Registered Owner / Authorized Representative.

Debtor, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Registered Owner / Authorized Representative harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses including, without restriction, legal costs, interests, penalties, and fines previously suffered or incurred, or to be suffered or incurred by Registered Owner / Authorized Representative, in accordance with Registered Owner / Authorized Representative's personal guarantee with respect to loans or indebtedness belonging to Debtor, including any amount that Debtor might be deemed to owe to a public creditor for any reason whatsoever.  Registered Owner / Authorized Representative shall promptly advise Debtor of all public claims brought by third parties against the present or future property of Debtor, all of which is covered by the attached security agreement up to the indemnification amount declared herein, and to provide Debtor with full details of said claim(s), including copies of all documents, correspondence, suits, or actions received by or served upon Debtor through

Registered Owner / Authorized Representative.  Registered Owner / Authorized Representative shall fully cooperate with discussion, negotiation, or other proceedings relating to such claims.
This bond shall be in force and effect as of the date that it is signed and accepted by the Parties, and provided that Registered Owner / Authorized Representative may cancel this bond and be relieved of further duty hereunder by delivering a thirty (30) day written notice of cancellation to Debtor.  No such cancellation shall affect the liability incurred by or accrued to Registered Owner / Authorized Representative prior to the conclusion of said thirty (30) day period.  In such event of notice of cancellation, and in the event that the UNITED STATES reinstittiles its constructive claim against the collateral, Debtor agrees to reissue the bond before the end of the thirty (30) day period for an amount equal to or greater than the above value of the attached security agreement, unless the Parties agree otherwise.

NOTICE OF LIEN


This agreement constitutes an International Commercial Lien on all property of Debtor Indemnitor on behalf of, and for the benefit of, Registered Owner / Authorized Representative, Indemnitee in the amount of one hundred trillion United States silver dollars ($100,000,000,000,000.00) of .999 pure silver.  This lien will expire at the moment that Indemnitee expires or when this lien is satisfied by Indemnitee.


SYTERIA LAWRENCE-HEPHZIBAH, Indemnitor        Highly Favored Shekinah-El, Indemnitee

18. Alternate Filing Type: Non-UCC Filing



# CERTIFICATE OF SERVICE (PROOF OF SERVICE)

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and I, Syteria Hepizibal-El, also called Highly Favored Sheldnah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testimentary Style [AAMARU™®]; hereby certify under penalty of bearing false witness that on or about this First Day of the Seventh Month in the Year of Our Universal Allah (All-Law) Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – July, 1], I caused to be hand-delivered and/or emailed and/or placed in the U.S. Registered or Certified Mail (First Class postage, pre-paid) and/or placed in Fed Ex and/or UPS delivery (First Class postage, pre-paid) one (1) original and/or one (1) copy of the following:

1. Universal and International Humanitarian Replevin Bond (107 pages); and

2. Reference copy of this Certificate of Service (PROOF OF SERVICE) (signed original on file) (2 pages).

All parties required to be served have been served at the following mailing location:



RB 917 549 140 US
RB 917 549 153 US

107. Michael Corrigan, 231 East Forsyth Street, Jacksonville, Florida 32202;  108. David J. Smith,  56 Forsyth Street, N. W., Atlanta, Georgia 30303; 109. Molly C. Dwyer, 95 Seventh Street; San Francisco, California 94103; 110. Kiry K. Gray, 312 North Spring Street, Room G-8, Los Angeles, California 90012; 111. Lisa Reyes, 717 Madison Place, N.W., Washington, District of Columbia 20005;  112. Peter R. Marksteiner, 717 Madison Place, N.W., Room 401, Washington, District of Columbia 20005;  113. Nancy B. Firestone, 717 Madison Place, N.W., Washington, District of Columbia 20005; 114. Victor J. Wolski, 717 Madison Place, N.W., Washington, District of Columbia 20005;  115. David J. Bradley, 515 Rusk Avenue, Houston, Texas 77002;  116. Edmund G. Brown, Jr. State Capitol, Suite 1173, Sacramento, California 95814;  117. Jean Shiamoto, 2415 1st Avenue, Mail Station F 101, Sacramento, California 95818-2606; 118. Jim McDonnell, 211 West Temple Street, Los Angeles, California 90012;  119. Jeffrey Cagnacci, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012;  120. Patricia Mazon, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012;  121. Brandon Knarr, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012;  122. Maureen Green, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012;  123. Barbara Courier, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012;  124. Michael W. Cox, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012;  125. Kamala Harris, 112 Hart Senate Office Building, Washington, DC 20510;  126. Michael J. Martineau, Post Office Box 227, Washington, District of Columbia 20044;  127. Joseph Edward Ashman, Post Office Box 480, Ben Franklin Station, Washington, District of Columbia 20044;  128. Geoffrey J. Klimas, Post Office Box 227, Washington, District of Columbia 20044;  129. Blain G. Saito, Post Office Box 26, Ben Franklin Station, Washington, District of Columbia 20044;

cxxx. Court Registry Investment System (CRIS), 515 Rusk Avenue, Houston, Texas 77002; cxxxi. Public Access to Court Electronic Records (PACER), Post Office Box 780519, San Antonio, Texas, 78278;   cxxii. United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002;  cxxxiii. United States Court of Appeals for the Eleventh Circuit, 56 Forsyth Street, N. W., Atlanta, Georgia 30303;  cxxxiii. United States Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, California 94103;  cxxxiv. Florida Supreme Court, 500 South Duval Street, Tallahassee, Florida 32399;  cxxxv. First District Court of Appeal District Drive, 2000 Drayton Drive, Tallahassee, Florida 32399-0950;   cxxvi. United States District Court for the Central District of California, 350 West First Street, Los Angeles, California 90012;  cxxxvii. United States District Court for the Middle District of Florida, 300 North Hogan Street, Jacksonville, Florida 32202;  cxxxviii. United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001;  cxxix. United States Court of Federal Claims, 717 Madison Place, N.W., Washington, District of Columbia 20005;  cxxxx. United States Court of Appeals for the Federal Circuit, 717 Madison Place, N.W., Room 401, Washington, District of Columbia 20005;  cxxxl. Internal Revenue Service (IRS), 1111 Constitution Avenue, Northwest, Washington, District of Columbia;  cxxxlii. California Franchise Tax Board, Post Office Box 219, Rancho Cordova, California 95741-0219;  cxxxlii. Duval County, Florida, 501 East Bay Street, Jacksonville, Florida 32202;  cxxxliv. Leon County, Florida, 1825 Municipal Way, Tallahassee, Florida 32304;  cxxxv. Baker County, Florida, 1 Sheriff's Office Drive, MacClenny, Florida 32063; cxxxvi. Los Angeles County, California, 211 West Temple Street, Los Angeles, California 90012;  cxxxvii. City of Jacksonville, Florida, 501 East Bay Street, Jacksonville, Florida 32202;  cxxxviii. City of Tallahassee, Florida, 2825 Municipal Way, Tallahassee, Florida 323014;  cxxxix. City of Los Angeles, California, 211 West Temple Street, Los Angeles, California 90019;  cl. State of California, State Capitol, Suite 1173, Sacramento, California 95814;   cli. State of Florida, The Capitol 400 South Monroe Street, Tallahassee, Florida 32399-0001;   clii. United States Post Office, 475 L'Enfant Plaza, S.W., Washington, District of Columbia 20590;  cliii. Social Security Administration, 1100 West High Rise, 6401 Security Boulevard, Baltimore, Maryland 21235;   cliv. California Department of Motor Vehicles, 2415 1st Avenue, Mail Station F 101, Sacramento, California 95818-2606;   clv. Los Angeles County Jail, 211 West Temple Street, Los Angeles, California 90012;   clvi. Metropolitan Detention Center Los Angeles California, 535 Alameda Street, Los Angeles, California 90012;  clvii. John E. Good Detention Center (Duval County Jail), 500 East Adams Street, Jacksonville, Florida 32202;  clviii. Baker County Detention Center, 1 Sheriff's Office Drive, MacClenny, Florida 32063;  clix. Los Angeles Police Department, 100 West 1st Street, Los Angeles, California 90012;  clx. Los Angeles County Sheriff's Department, 211 West Temple Street, Los Angeles, California 90012;  clxi. California Highway Patrol, 601 North 7th Street, Sacramento, California 95811;  clxii. Florida Department of Law Enforcement, 2331 Phillips Road, Tallahassee, Florida 32308;  clxiii. Jacksonville Sheriff's Office, 501 East Bay Street, Jacksonville, Florida 32202;  clxiv. Leon County Sheriff's Office, 2825 Municipal Way, Tallahassee, Florida 32304;  clxv. Baker County Sheriff's Office, 1 Sheriff's Office Drive, MacClenny, Florida 32063;  clxvi. U.S. Department of Transportation, 1200 New Jersey Avenue, S.E., Washington, District of Columbia 20590;  clxvii. District of Columbia Municipal Corporation, 1200 Hays Street, Tallahassee, Florida, 32301;  clxviii. United States Corporation Company, 1201 Hays Street, Tallahassee, Florida, 32301;   clxix. Florida Department of Highway Safety and Motor Vehicles, 2900 Apalachee Parkway, Tallahassee, Florida 32399;  clxx. Florida Highway Patrol, 7322 Normandy Boulevard, Jacksonville, Florida 32205;  clxxi. Leon County Jail, 2825 Municipal Way, Tallahassee, Florida 32304;  clxxii. FCI Coleman Medium, 846 NE 54th Terrace, Coleman, Florida 33521;  clxxiii. BI Incorporated, 6265 Gunbarrel Avenue, Suite B, Boulder, Colorado 80301;  clxxiv.  U.S.  Marshals  Service,  300  North  Hogan  Street,  Suite  2-450,  Jacksonville,  Florida  32202;  clxxv. U.S. Probation and Pretrial Services, 300 North Hogan Street, Suite 6350 and Suite 2-200, Jacksonville, Florida 32202;  clxxvi. U.S. Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202;  clxxvii. U.S. Department of Justice, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202;  clxxviii. Federal Bureau of Prisons, 320 First Street, Washington, D.C. 20534;  clxxix. Palmetto Surety Corporation, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29412-7795;  clxxx. Danny Bail Bonds, 2550-C West Pensacola Street, Tallahassee, Florida 32304;  clxxxl. Off the Chain Bail Bonds, Inc., 4650 Norwood, Avenue, Jacksonville, Florida 32206.



I am: Maalik Taquan Rahshe S. Webb-El Autochthonous American Moor Alien Friend

I am Highly Favorable Shekinah E Autochthonous American Moor Alien Friend

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Jus Sanguinis, Natural Man and Woman of majority on the Land, in Propria Persona by Sui Juris capacity, Heir Apparent Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style C/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)



# Verification

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and I, Syteria Hephzibah-El also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican

Universal Government Form and Testamentary Style **[AAMARU©™®]**, AAMARU©™® Alien Religious Consul Association, do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-

Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[*State v. Shearer*, 617 So.2d (Fla. App. 5 Dist. 1993)]

**This Affidavit is dated the First Day of the Seventh Month
in the Year of Our Universal Allah (All-Law)
Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – July, 1]**

In Honor.



I am: _____

I am: _____

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood
Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood
Jus Sanguinis, Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent
Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style
℅ 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)

Witness: _____

