# Docket Entry 8

## Fourth Judicial Circuit Court (Duval County)

Filing # 58573512 E-Filed 07/04/2017 07:18:47 PM

IN THE CIRCUIT/COUNTY COURT OF THE **Fourth** JUDICIAL CIRCUIT
IN AND FOR **Duval** COUNTY, FLORIDA

**Taquan Rahshe Gullett-El, Caveator/Creditor/Declarant** CASE NO._____
Plaintiff/Petitioner or In the Interest Of

vs.

**Timothy J. Corrigan, et al.**
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence you must enroll in the clerk's office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have **0** dependents. (Include only those persons you list on your U.S. Income tax return.)
   Are you Married? Yes **(No)**  Does your Spouse Work?...Yes **No/** N/A  Annual Spouse Income? $ **N/A**

2. I have a net income of $ **50** _____ paid  weekly  every two weeks  semi-monthly  **(monthly)**  yearly  other

(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid  weekly  every two weeks  semi-monthly  monthly  yearly  other **N/A**.
(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

| | | | |
|---|---|---|---|
| Second Job.............................Yes $ **N/A** **(No)** | | Veterans' benefits....................................Yes $ **N/A** **(No)** |
| Social Security benefits | | Workers compensation............................Yes $ **N/A** **(No)** |
| For you........................Yes $ **N/A** **(No)** | | Income from absent family members.........Yes $ **N/A** **(No)** |
| For child(ren).............Yes $ **N/A** **(No)** | | Stocks/bonds..........................................Yes $ **N/A** **(No)** |
| Unemployment compensation..Yes $ **N/A** **(No)** | | Rental income........................................Yes $ **N/A** **(No)** |
| Union payments.....................Yes $ **N/A** **(No)** | | Dividends or interest..............................Yes $ **N/A** **(No)** |
| Retirement/pensions..............Yes $ **N/A** **(No)** | | Other kinds of income not on the list........Yes $ **N/A** **(No)** |
| Trusts...................................Yes $ **N/A** **(No)** | | Gifts.....................................................Yes $ **N/A** **(No)** |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No")

| | | |
|---|---|---|
| Cash.....................................Yes $ **N/A** **(No)** | Savings account..................................Yes $ **N/A** **(No)** |
| Bank account(s).....................Yes $ **N/A** **(No)** | Stocks/bonds......................................Yes $ **N/A** **(No)** |
| Certificates of deposit or | Homestead Real Property*....................Yes $ **N/A** **(No)** |
| money market accounts.........Yes $ **N/A** **(No)** | Motor Vehicle*....................................Yes $ **N/A** **(No)** |
| Boats*..................................Yes $ **N/A** **(No)** | Non-homestead real property/real estate*.....Yes $ **N/A** **(No)** |

*show loans on these assets in paragraph 5

Check one: I  DO  **(DO NOT)** expect to receive more assets in the near future. The asset is_____**N/A**_____.

5. I have total liabilities and debts of $ **0** as follows: Motor Vehicle $ **0**, Home $ **0**, Other Real Property $ **0**, Child Support paid direct $ **0**, Credit Cards $ **0**, Medical Bills $ **0**, Cost of medicines (monthly) $ **0**.
Other $ **45 cell phone**

6. I have a private lawyer in this case............ Yes **(No)**

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this **1** day of **July**, 20 **17**.

**Taquan Rahshe Gullett-El**
Signature of Applicant for Indigent Status

**Privacy Act**                  **Privacy Act**
Date of Birth                   Driver's License or ID Number

Print Full Legal Name **Taquan Rahshe Gullett-El**
Phone Number: **Privacy Act**

**c/o 6722 Arlington Expressway, Suite 67213**
Address, P O Address, Street, City, State, Zip Code

**Jacksonville Florida state**

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be (X) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated this __7__ day of __July__, 20__17__.

Clerk of the Circuit Court by __J. Burg__

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**
Sign here if you want the judge to review the clerk's decision _____

# Docket Entry 10

## Fourth Judicial Circuit Court (Duval County)

 

**RONNIE FUSSELL**
Clerk of the Circuit Court

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NUMBER: 16-2017-CA-4274
DIVISION: CV-G

TAQUAN RASHSHE GULLETT-EL
GENERAL EXXCUTOR-CAVEATOR

vs.                    Plaintiff(s)

TIMOTHY J. CORRIGAN ET.AL.

Defendant(s)

### CERTIFICATE OF INDIGENCY

I, RONNIE FUSSELL, Clerk of the Circuit and County Courts, Duval County, Florida, do hereby certify that petitioner TAQUAN RASHSHE GULLETT-EL GENERAL EXXCUTOR-CAVEATOR has filed an affidavit of indigency in this case in accordance with Section 57.081(1), Florida Statutes, and it appears that said affidavit is sufficient and that the petitioner, is entitled to receive the services of the courts, sheriffs, and clerks with respect to this proceeding.

Witness my hand and seal at Jacksonville, Florida, this 7 day of JULY 2017

RONNIE FUSSELL
CLERK OF THE CIRCUIT COURT

By: _____
         Deputy Clerk