## Case 16-2017-CA-004274-XXXX-MA

| | | | |
|---|---|---|---|
| Department | Circuit Civil | Division | CV-G |
| Case Status | CLOSED | File Date | 7/4/2017 7:18:47 PM |
| Judge Name | SALVADOR, TATIANA | Officer | |

### Parties

| Name / DOB / DL / ID # | Party Type<br>Race / Sex | Address |
|---|---|---|
| TAQUAN RAHSHE GULLETT-EL GENERAL EXECUTOR-CAVEATOR, | PLAINTIFF / | C/O 6722 ARLINGTON EXPRESSWAY, SUITE 67213 TIMUCUAN AL ANDALUSIA NORTHWEST AMEXEM (MOROCCO) JACKSONVILLE FLORIDA STATE, FL32211 |
| SYTERIA HEPHZIBAH-EL GENERAL EXECUTRIX-CAVEATRIX, | PLAINTIFF / | C/O 6722 ARLINGTON EXPRESSWAY, SUITE 67213 TIMUCUAN AL ANDALUSIA NORTHWEST AMEXEM (MOROCCO) JACKSONVILLE FLORIDA STATE, FL32211 |
| TAQUAN RASHIE GULLETT©™® ESTATE, | PLAINTIFF / | C/O 6722 ARLINGTON EXPRESSWAY, SUITE 67213 TIMUCUAN AL ANDALUSIA NORTHWEST AMEXEM (MOROCCO) JACKSONVILLE FLORIDA STATE, FL32211 |
| SYTERIA LAWRENCE©™® ESTATE, | PLAINTIFF / | C/O 6722 ARLINGTON EXPRESSWAY, SUITE 67213 TIMUCUAN AL ANDALUSIA NORTHWEST AMEXEM (MOROCCO) JACKSONVILLE FLORIDA STATE, FL32211 |
| AAMARU©™® ALIEN RELIGIOUS CONSUL ASSOCIATION, | PLAINTIFF / | C/O 6722 ARLINGTON EXPRESSWAY, SUITE 67213 TIMUCUAN AL ANDALUSIA NORTHWEST AMEXEM (MOROCCO) JACKSONVILLE FLORIDA STATE, FL32211 |
| 1. TIMOTHY J. CORRIGAN, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET CHAMBERS 11-100, COURTROOM, 10D JACKSONVILLE, FL32203 |
| 2. SEAN PATRICK FLYNN, A PRIVATE PERSON; | DEFENDANT / | 400 NORTH TAMPA STREET SUITE 3200 TAMPA, FL33602 |
| 3. W. STEPHEN MULDROW, A PRIVATE PERSON; | DEFENDANT / | 400 NORTH TAMPA STREET SUITE 3200 TAMPA, FL33602 |
| 4. JON S. WHEELER, A PRIVATE PERSON; | DEFENDANT / | 2000 DRAYTON DRIVE TALLAHASSEE, FL32399-0950 |
| 5. RONNIE FUSSELL, A PRIVATE PERSON; | DEFENDANT / | 501 WEST ADAMS STREET JACKSONVILLE, FL32202 |
| 6. CHRISTINA A. SNYDER, A PRIVATE PERSON; | DEFENDANT / | 350 WEST FIRST STREET COURTROOM 8D, 8TH FLOOR LOS ANGELES, CA90012 |
| 7. MARCIA MORALES HOWARD, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET CHAMBERS 11-350, COURTROOM 10B JACKSONVILLE, FL32202 |
| 8. ANGELA COTE DEMPSEY, A PRIVATE PERSON; | DEFENDANT / | 301 SOUTH MONROE STREET COURTROOM 3B TALLAHASSEE, FL32301 |
| 9. SARA HASSLER, A PRIVATE PERSON; | DEFENDANT / | 301 SOUTH MONROE STREET TALLAHASSEE, FL32301 |
| 10. GWEN MARSHALL, A PRIVATE PERSON; | DEFENDANT / | 301 SOUTH MONROE STREET #100 TALLAHASSEE, FL32301 |
| 11. ADRIAN G. SOUD, A PRIVATE PERSON; | DEFENDANT / | 501 WEST ADAMS STREET DIVISION CV-E, ROOM 740 JACKSONVILLE, FL32202 |
| 12. KAREN K. COLE, A PRIVATE PERSON; | DEFENDANT / | 501 WEST ADAMS STREET DIVISION CV-B, ROOM 705 JACKSONVILLE, FL32202 |
| 13. PETER L. DEARING, A PRIVATE PERSON; | DEFENDANT / | 501 WEST ADAMS STREET DIVISION PR-A, ROOM 741 JACKSONVILLE, FL32202 |
| | DEFENDANT | |

| Party | Role | Address |
|---|---|---|
| 14. HARVEY LAMAR JAY III, A PRIVATE PERSON; | / | 2000 DRAYTON DRIVE TALLAHASSEE, FL32399-0950 |
| 15. DONALD RICHARD MORAN, JR., A PRIVATE PERSON; | DEFENDANT / | 2300 RIVER ROAD JACKSONVILLE, FL32202 |
| 16. HENRY LEE ADAMS, JUNIOR., A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET CHAMBERS 11-200, COURTROOM 10A JACKSONVILLE, FL32202 |
| 17. JAMES R. KLINDT, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET CHAMBERS 5-111, COURTROOM 5D JACKSONVILLE, FL32202 |
| 18. JOEL BARRY TOOMEY, | DEFENDANT / | 300 NORTH HOGAN STREET CHAMBERS 5-211, COURTROOM 5A JACKSONVILLE, FL32202 |
| 19. STEPHEN REINHARDT, A PRIVATE PERSON; | DEFENDANT / | 95 SEVENTH STREET CHAMBERS: LOS ANGELES SAN FRANCISCO, CA94103 |
| 20. CONSUELO M. CALLAHAN, A PRIVATE PERSON; | DEFENDANT / | 95 SEVENTH STREET CHAMBERS: SACRAMENTO SAN FRANCISCO, CA94103 |
| 21. JAQUELINE H. GUYEN, A PRIVATE PERSON; | DEFENDANT / | 95 SEVENTH STREET CHAMBERS: SACRAMENTO SAN FRANCISCO, CA94103 |
| 22. PETER L. SHAW, A PRIVATE PERSON; | DEFENDANT / | 95 SEVENTH STREET SAN FRANCISCO, CA94103 |
| 23. PAMELA JO BONDI, A PRIVATE PERSON; | DEFENDANT / | THE CAPITOL SUITE PL-01 TALLAHASSEE, FL32399-1050 |
| 24. RICK SWEARINGEN, A PRIVATE PERSON; | DEFENDANT / | 2331 PHILLIPS ROAD TALLAHASSEE, FL32308 |
| 25. CHRIS CONNELL, A PRIVATE PERSON; | DEFENDANT / | 2331 PHILLIPS ROAD TALLAHASSEE, FL32308 |
| 26. D. SHINN, A PRIVATE PERSON; | DEFENDANT / | 535 ALAMEDA STREET LOS ANGELES, CA90012 |
| 27. LT. LIGASPY, A PRIVATE PERSON; | DEFENDANT / | 535 ALAMEDA STREET LOS ANGELES, CA90012 |
| 28. MIKE WOOD, A PRIVATE PERSON; | DEFENDANT / | 2825 MUNICIPAL WAY TALLAHASSEE, FL32304 |
| 29. MIKE WILLIAMS, A PRIVATE PERSON; | DEFENDANT / | 501 EAST BAY STREET JACKSONVILLE, FL32202 |
| 30. JOEY B. DOBSON, A PRIVATE PERSON; | DEFENDANT / | 1 SHERIFF'S OFFICE DRIVE MACCLENNY, FL32063 |
| 31. IRISH ANDERSON, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET SUITE 6350 JACKSONVILLE, FL32202 |
| 32. CEDRIC DONAR, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET SUITE 6350 JACKSONVILLE, FL32202 |
| 33. KIM LEE WATSON, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET SUITE 2-200 JACKSONVILLE, FL32202 |
| 34. JIM HASKETT, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET SUITE 2-200 JACKSONVILLE, FL32202 |
| 35. PATRICK SHERIDAN, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET SUITE 2-200 JACKSONVILLE, FL32202 |
| 36. JORGE L. PASTRANA, A PRIVATE PERSON; | DEFENDANT / | 846 NE 54TH TERRACE COLEMAN, FL33521 |
| 37. LARRY BROWN, A PRIVATE PERSON; | DEFENDANT | 300 NORTH HOGAN STREET SUITE 2-450 JACKSONVILLE, FL32202 |

| Name | Role | Address |
|---|---|---|
| 38. ARNOLD CORSMEIER, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET SUITE 700 JACKSONVILLE, FL32202 |
| 39. MONTE C. RICHARDSON, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET CHAMBERS 5-411, COURTROOM 5C JACKSONVILLE, FL32202 |
| 40. PATRICIA D. BARKSDALE, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET CHAMBERS 5-311, COURTROOM 5B JACKSONVILLE, FL32202 |
| 41. PAUL SHORSTEIN, A PRIVATE PERSON; | DEFENDANT / | 6550 ST. AUGUSTINE ROAD # 203 JACKSONVILLE, FL32217 |
| 42. JODIE L. WILES, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET COURTROOM 10B JACKSONVILLE, FL32202 |
| 43. SAM HERNANDEZ, A PRIVATE PERSON; | DEFENDANT / | 312 NORTH SPRING STREET ROOM 754 LOS ANGELES, CA90012 |
| 44. SHERYL LOESCH, A PRIVATE PERSON; | DEFENDANT / | 400 NORTH TAMPA STREET SUITE 3200 TAMPA, FL33602 |
| 45. ANDREW S. COWAN, A PRIVATE PERSON; | DEFENDANT / | 315 WEST 9TH STREET SUITE 501 LOS ANGELES, CA90015 |
| 46. PENELOPE KNOX, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET SUITE 2-450 JACKSONVILLE, FL32202 |
| 47. KIM CASSULO, A PRIVATE PERSON; | DEFENDANT / | 312 NORTH SPRING STREET 600 U.S. COURTHOUSE LOS ANGELES, CA90012-4708 |
| 48. A. LEE BENTLEY, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET SUITE 700 JACKSONVILLE, FL32202 |
| 49. MAC D. HEAVENER, A PRIVATE PERSON; | DEFENDANT / | 400 NORTH TAMPA STREET SUITE 3200 TAMPA, FL33602 |
| 50. JACQUELINE CHOOLJIAN, A PRIVATE PERSON; | DEFENDANT / | 312 NORTH SPRING STREET COURTROOM 20, 3RD FLOOR LOS ANGELES, CA90012 |
| 51. MAURICE C. GRANT, II, A PRIVATE PERSON; | DEFENDANT / | 200 WEST FORSYTH STREET SUITE 1240 JACKSONVILLE, FL32202 |
| 52. SUZANNE SEGAL, A PRIVATE PERSON; | DEFENDANT / | 255 EAST TEMPLE STREET COURTROOM, 590, 5TH FLOOR LOS ANGELES, CA90012 |
| 53. RAMON DE LEON, A PRIVATE PERSON; | DEFENDANT / | 1645 BISCAYNE BOULEVARD SUITE 310 MIAMI, FL33132 |
| 54. JULIAN LUCIEN ANDRE, A PRIVATE PERSON; | DEFENDANT / | 312 NORTH SPRING STREET SUITE 1200 LOS ANGELES, CA90012 |
| 55. DONALD B. MAIRS, A PRIVATE PERSON; | DEFENDANT / | 1035 LA SALLE STREET JACKSONVILLE, FL32207 |
| 56. EDDIE A. JAUREGUI, A PRIVATE PERSON; | DEFENDANT / | 312 NORTH SPRING STREET SUITE 1200 LOS ANGELES, CA90012 |
| 57. DONNA LEE ELM, A PRIVATE PERSON; | DEFENDANT / | 200 WEST FORSYTH STREET SUITE 1240 JACKSONVILLE, FL32202 |
| 58. CATHY J. OSTILLER, A PRIVATE PERSON; | DEFENDANT / | 312 NORTH SPRING STREET SUITE 1200 LOS ANGELES, CA90012 |
| 59. GERMAINE SEIDER, A PRIVATE PERSON; | DEFENDANT / | 400 NORTH TAMPA STREET SUITE 3200 TAMPA, FL33602 |
| 60. TERRI NAFISI, A PRIVATE PERSON; | DEFENDANT | 312 NORTH SPRING STREET ROOM G-8 LOS ANGELES, CA90012 |

| | | |
|---|---|---|
| | / | |
| 61. DAVID P. RHODES, A PRIVATE PERSON; | DEFENDANT / | 400 NORTH TAMPA STREET SUITE 3200 TAMPA, FL33602 |
| 62. MORIAH S. RADIN, A PRIVATE PERSON; | DEFENDANT / | 321 EAST 2ND STREET LOS ANGELES, CA90012 |
| 63. BRAD COOPER, A PRIVATE PERSON; | DEFENDANT / | 6265 GUNBARREL AVENUE SUITE B BOULDER, CO80301 |
| 64. LILLIANA CORONADO, A PRIVATE PERSON; | DEFENDANT / | 321 EAST 2ND STREET LOS ANGELES, CA90012 |
| 65. THOMAS KANE, A PRIVATE PERSON; | DEFENDANT / | 320 FIRST STREET WASHINGTON, DC20534 |
| 66. BRADLEY R. JOHNSON, A PRIVATE PERSON; | DEFENDANT / | 2900 APALACHEE PARKWAY TALLAHASSEE, FL32399 |
| 67. JESSE HASKINS, A PRIVATE PERSON; | DEFENDANT / | THE CAPITOL PL-01 TALLAHASSEE, FL32399-6507 |
| 68. PETER STOUMBELIS, A PRIVATE PERSON; | DEFENDANT / | 10565 CRESTON GLEN CIRCLE EAST JACKSONVILLE, FL32256 |
| 69. THOMAS J. MOFFETT, JR.,A PRIVATE PERSON; | DEFENDANT / | 133 S. SEMORAN BOULEVARD SUITE A ORLANDO, FL32807 |
| 70. RICHIE BLANCO, A PRIVATE PERSON; | DEFENDANT / | 4255 US HIGHWAY 17 SOUTH GREEN COVE SPRINGS, FL32043 |
| 71. KENNETH L. GREEN, A PRIVATE PERSON; | DEFENDANT / | 4255 US HIGHWAY 17 SOUTH GREEN COVE SPRINGS, FL32043 |
| 72. GERALD SCOTT BETTMEN, A PRIVATE PERSON; | DEFENDANT / | 5515 PHILLIPS HIGHWAY JACKSONVILLE, FL32207 |
| 73. C.J. ROBERTS, A PRIVATE PERSON; | DEFENDANT / | 2000 DRAYTON DRIVE TALLAHASSEE, FL32399-0950 |
| 74. B.L. THOMAS, A PRIVATE PERSON; | DEFENDANT / | 2000 DRAYTON DRIVE TALLAHASSEE, FL32399-0950 |
| 75. J.J. OSTERHAUS, A PRIVATE PERSON; | DEFENDANT / | 2000 DRAYTON DRIVE TALLAHASSEE, FL32399-0950 |
| 76. JOHN TOMASINO, A PRIVATE PERSON; | DEFENDANT / | 500 SOUTH DUVAL STREET TALLAHASSEE, FL32399 |
| 77. MELISSA NELSON, A PRIVATE PERSON; | DEFENDANT / | 311 WEST MONROE STREET JACKSONVILLE, FL32202 |
| 78. ANGELA COREY, A PRIVATE PERSON; | DEFENDANT / | 311 WEST MONROE STREET JACKSONVILLE, FL32202 |
| 79. RICHARD MANTEI, A PRIVATE PERSON; | DEFENDANT / | 311 WEST MONROE STREET JACKSONVILLE, FL32202 |
| 80. JACK CAMPBELL, A PRIVATE PERSON; | DEFENDANT / | 301 SOUTH MONROE STREET SUITE 475 TALLAHASSEE, FL32399-2550 |
| 81. RICK SCOTT, A PRIVATE PERSON; | DEFENDANT / | THE CAPITOL 400 SOUTH MONROE STREET TALLAHASSE, FL32399-0001 |
| 82. DERRICK SPENCER, A PRIVATE PERSON; | DEFENDANT / | 4650 NORWOOD AVENUE JACKSONVILLE, FL32206 |
| 83. DANIELLE KNAG, A PRIVATE PERSON; | DEFENDANT | 109 RIVER LANDING DRIVE SUITE 200 CHARLESTON, SC29422-7595 |

| Name | Role | Address |
|---|---|---|
| 84. HEATHER PRIDGEN, A PRIVATE PERSON; | DEFENDANT / | 109 RIVER LANDING DRIVE SUITE 200 CHARLESTON, SC29422-7595 |
| 85. SCOTT WILLIS, A PRIVATE PERSON; | DEFENDANT / | 109 RIVER LANDING DRIVE SUITE 200 CHARLESTON, SC29422-7595 |
| 86. WILLARD CANNON, A PRIVATE PERSON; | DEFENDANT / | 2550-C WEST PENSACOLA STREET TALLAHASSEE, FL32304 |
| 87. L. ALLEN BEARD, A PRIVATE PERSON; | DEFENDANT / | 301 SOUTH MONROE STREET # 401 TALLAHASSEE, FL32301 |
| 88. DAWN K. HUDSON, A PRIVATE PERSON; | DEFENDANT / | 501 WEST ADAMS STREET DIVISION Q, ROOM 409 / 725 JACKSONVILLE, FL32202 |
| 89. RUSSELL HEALY, A PRIVATE PERSON; | DEFENDANT / | 501 WEST ADAMS STREET DIVISION CR-1, ROOM 305 / 711 JACKSONVILLE, FL32202 |
| 90. CHARLES COFER, A PRIVATE PERSON; | DEFENDANT / | 407 NORTH LAURA STREET JACKSONVILLE, FL32202 |
| 91. JOHN RUTHERFORD, A PRIVATE PERSON; | DEFENDANT / | 501 EAST BAY STREET JACKSONVILLE, FL32202 |
| 92. MATT SHIRK, A PRIVATE PERSON; | DEFENDANT / | 407 NORTH LAURA STREET JACKSONVILLE, FL32202 |
| 93. STEPHEN B. WHITTINGTON, A PRIVATE PERSON; | DEFENDANT / | 501 WEST ADAMS STREET DIVISION CR-E, ROOM 308 / 733 JACKSONVILLE, FL32202 |
| 94. JOSEPH RUDOLPH LICANDRO, A PRIVATE PERSON; | DEFENDANT / | 311 WEST MONROE STREET JACKSONVILLE, FL32202 |
| 95. CATHERINE MITHCELL LICANDRO, A PRIVATE PERSON; | DEFENDANT / | 311 WEST MONROE STREET JACKSONVILLE, FL32202 |
| 96. NOEL G. LAWRENCE, A PRIVATE PERSON; | DEFENDANT / | 101 EAST UNION STREET # 200 JACKSONVILLE, FL32202 |
| 97. ANGELA M. COX, A PRIVATE PERSON; | DEFENDANT / | 501 WEST ADAMS STREET DIVISION CR-C, ROOM 505 / 717 JACKSONVILLE, FL32202 |
| 98. MICHAEL MONROE KIRKLAND, A PRIVATE PERSON; | DEFENDANT / | 311 WEST MONROE STREET JACKSONVILLE, FL32202 |
| 99. PAMELA J. HAZEL, A PRIVATE PERSON; | DEFENDANT / | 4255 US HIGHWAY 17 SOUTH GREEN COVE SPRINGS, FL32043 |
| 100. JOSHUA MCLEOD, A PRIVATE PERSON; | DEFENDANT / | 4255 US HIGHWAY 17 SOUTH GREEN COVE SPRINGS, FL32043 |
| 101. ADAM JOHNSON, A PRIVATE PERSON; | DEFENDANT / | 4255 US HIGHWAY 17 SOUTH GREEN COVE SPRINGS, FL32043 |
| 102. SERGEANT ERIC ETCHER, A PRIVATE PERSON; | DEFENDANT / | 4255 US HIGHWAY 17 SOUTH GREEN COVE SPRINGS, FL32043 |
| 103. MICHAEL J. COOLICAN, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH HOGAN STREET SUITE 700 JACKSONVILLE, FL32202 |
| 104. GARY FLOWER, A PRIVATE PERSON; | DEFENDANT / | 501 WEST ADAMS STREET DIVISION N, ROOM 403 / 721 JACKSONVILLE, FL32202 |
| 105. ELENI DERKE, A PRIVATE PERSON; | DEFENDANT / | 501 WEST ADAMS STREET DIVISION J, ROOM 512 / 728 JACKSONVILLE, FL32202 |
| 106. SHARON TANNER, A PRIVATE PERSON; | DEFENDANT | 501 WEST ADAMS STREET DIVISION K, ROOM 404 / 702 JACKSONVILLE, FL32202 |

| | | |
|---|---|---|
| | / | |
| 107. MICHAEL CORRIGAN, A PRIVATE PERSON; | DEFENDANT / | 231 EAST FORSYTH STREET JACKSONVILLE, FL32202 |
| 108. DAVID J. SMITH, A PRIVATE PERSON; | DEFENDANT / | 56 FORSYTH STREET, N.W. ATLANTA, GA30303 |
| 109. MOLLY C. DWYER, A PRIVATE PERSON; | DEFENDANT / | 95 SEVENTH STREET SAN FRANCISCO, CA94103 |
| 110. KIRY K. GRAY, A PRIVATE PERSON; | DEFENDANT / | 312 NORTH SPRING STREET ROOM G-8 LOS ANGELES, CA90012 |
| 111. LISA REYES, A PRIVATE PERSON; | DEFENDANT / | 717 MADISON PLACE, N.W. WASHINGTON, DC20005 |
| 112. PETER R. MARKSTEINER, A PRIVATE PERSON; | DEFENDANT / | 717 MADISON PLACE, N.W. ROOM 401 WASHINGTON, DC20005 |
| 113. NANCY B. FIRESTONE, A PRIVATE PERSON; | DEFENDANT / | 717 MADISON PLACE, N.W. WASHINGTON, DC20005 |
| 114. VICTOR J. WOLSKI, A PRIVATE PERSON; | DEFENDANT / | 717 MADISON PLACE, N.W. WASHINGTON, DC20005 |
| 115. DAVID J. BRADLEY, A PRIVATE PERSON; | DEFENDANT / | 515 RUSK AVENUE HOUSTON, TX77002 |
| 116. EDMUND G. BROWN, JR., A PRIVATE PERSON; | DEFENDANT / | STATE CAPITOL SUITE 1173 SACRAMENTO, CA95814 |
| 117. JEAN SHIAMOTO, A PRIVATE PERSON; | DEFENDANT / | 2415 1ST AVENUE MAIL STATION F 101 SACRAMENTO, CA95818-2606 |
| 118. JIM MCDONNELL, A PRIVATE PERSON; | DEFENDANT / | 211 WEST TEMPLE STREET LOS ANGELES, CA90012 |
| 119. JEFFREY CAGNACCI, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH LOS ANGELES STREET SUITE 4334 LOS ANGELES, CA90012 |
| 120. PATRICIA MAZON, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH LOS ANGELES STREET SUITE 4334 LOS ANGELES, CA90012 |
| 121. BRANDON KNARR, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH LOS ANGELES STREET SUITE 4334 LOS ANGELES, CA90012 |
| 122. MAUREEN GREEN, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH LOS ANGELES STREET SUITE 4334 LOS ANGELES, CA90012 |
| 123. BARBARA GOURLEY, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH LOS ANGELES STREET SUITE 4334 LOS ANGELES, CA90012 |
| 124. MICHAEL W. COX, A PRIVATE PERSON; | DEFENDANT / | 300 NORTH LOS ANGELES STREET SUITE 4334 LOS ANGELES, CA90012 |
| 125. KAMALA HARRIS, A PRIVATE PERSON; | DEFENDANT / | 112 HART SENATE OFFICE BUILDING WASHINGTON, DC20510 |
| 126. MICHAEL J. MARTINEAU, A PRIVATE PERSON; | DEFENDANT / | POST OFFICE BOX 227 WASHINGTON, DC20044 |
| 127. JOSEPH EDWARD ASHMAN, A PRIVATE PERSON; | DEFENDANT / | POST OFFICE BOX 480 BEN FRANKLIN STATION WASHINGTON, DC20044 |
| 128. GEOFFREY J. KLIMAS, A PRIVATE PERSON; | DEFENDANT / | POST OFFICE BOX 227 WASHINGTON, DC20044 |
| 129. BLAIN G. SAITO, A PRIVATE PERSON; | DEFENDANT | POST OFFICE BOX 26 BEN FRANKLIN STATION WASHINGTON, DC20044 |

| | | |
|---|---|---|
| | / | |
| CXXX. COURT REGISTRY INVESTMENT SYSTEM (CRIS), A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 515 RUSK AVENUE HOUSTON, TX77002 |
| CXXXI. PUBLIC ACCESS TO COURT ELECTRONIC RECORDS (PACER), A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; POST OFFICE BOX 780549 SAN ANTONIO, TX78278 |
| CXXII. UNITED STATES DISTRICT COURTFOR THE SOUTHERN DISTRICT OF TEXAS, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 515 RUSK AVENUE HOUSTON, TX77002 |
| CXXXII. UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 56 FORSYTH STREET, N.W. ATLANTA, GA30303 |
| CXXXIII.UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 95 SEVENTH STREET SAN FRANCISCO, CA94103 |
| CXXXIV. FLORIDA SUPREME COURT, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 500 SOUTH DUVAL STREET TALLAHASSEE, FL32399 |
| CXXXV. FIRST DISTRICT COURT OF APPEAL FLORIDA, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 2000 DRAYTON DRIVE TALLAHASSEE, FL32399-0950 |
| CXXXVI. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,A PRIVATE PERSON | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 350 WEST FIRST STREET LOS ANGELES, CA90012 |
| CXXXVII.UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, A PRIVATE PERSON; | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 300 NORTH HOGAN STREET JACKSONVILLE, FL32202 |
| CXXXVIII.UNITED STATES DISTRICT COURT FOR THEDISTRICT OF COLUMBIA, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 333 CONSTITUTION AVENUE, N.W., ROOM 401 WASHINGTON, DC20001 |
| CXXXIX. UNITED STATES COURT OF FEDERAL CLAIMS, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 717 MADISON PLACE, N.W. WASHINGTON, DC20005 |
| CXXXX. UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 717 MADISON PLACE, N.W., ROOM 401 WASHINGTON, DC20005 |
| CXXXXI. INTERNAL REVENUE SERVICE (IRS), A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 1111 CONSTITUTION AVENUE, NORTHWEST WASHINGTON, DC20224 |
| CXXXXII. CALIFORNIA FRANCHISE TAX BOARD , A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; POST OFFICE BOX 219 RANCHO CORDOVA, CA95741-0219 |
| CXXXXIII. DUVAL COUNTY, FLORIDA, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 501 EAST BAY STREET JACKSONVILLE, FL32202 |
| CXXXXIV. LEON COUNTY, FLORIDA, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 2825 MUNICIPAL WAY TALLAHASSEE, FL32304 |
| CXXXXV. BAKER COUNTY, FLORIDA, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 1 SHERIFF'S OFFICE DRIVE MACCLENNY, FL32304 |
| CXXXXVI. LOS ANGELES COUNTY, CALIFORNIA, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 211 WEST TEMPLE STREET LOS ANGELES, CA90012 |
| CXXXXVII. CITY OF JACKSONVILLE , FLORIDA, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 501 EAST BAY STREET JACKSONVILLE, FL32202 |
| CXXXXVIII. CITY OF TALLAHASSEE , FLORIDA, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 2825 MUNICIPAL WAY TALLAHASSEE, FL32304 |
| CXXXIX. CITY OF LOS ANGELES, CALIFORNIA, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 211 WEST TEMPLE STREET LOS ANGELES, CA90012 |
| CL. STATE OF CALIFORNIA, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; STATE CAPITOL, SUITE 1173 SACRAMENTO, CA95814 |
| CLI. STATE OF FLORIDA, A PRIVATE PERSON, | DEFENDANT | AND ALL SUBSIDIARIES AND AGENTS THEREOF; THE CAPITOL, 400 SOUTH MONROE STREET TALLAHASSEE, FL32399-0001 |

| | | |
|---|---|---|
| | / | |
| CLII. UNITED STATES POST OFFICE, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 475 L'ENFANT PLAZA, S.W. WASHINGTON, DC20590 |
| CLIII. SOCIAL SECURITY ADMINISTRATION, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 100 WEST HIGH RISE, 6401 SECURITY BOULEVARD BALTIMORE, MD21235 |
| CLIV. CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 2415 1ST AVENUE, MAIL STATION F 101 SACRAMENTO, CA95818-2606 |
| CLV. LOS ANGELES COUNTY JAIL, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 211 WEST TEMPLE STREET LOS ANGELES, CA90012 |
| CLVI. METROPOLITAN DETENTION CENTER LOS ANGELES CALIFORNIA, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 535 ALAMEDA STREET LOS ANGELES, CA90012 |
| CLVII. JOHN E. GOOD DETENTION CENTER (DUVAL COUNTY JAIL), A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 500 EAST ADAMS STREET JACKSONVILLE, FL32202 |
| CLVIII.BAKER COUNTY DETENTION CENTER, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 1 SHERIFF'S OFFICE DRIVE MACCLENNY, FL32063 |
| CLIX. LOS ANGELES POLICE DEPARTMENT, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 100 WEST 1ST STREET LOS ANGELES, CA90012 |
| CLX. LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 211 WEST TEMPLE STREET LOS ANGELES, CA90012 |
| CLXI. CALIFORNIA HIGHWAY PATROL, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 601 NORTH 7TH STREET SACRAMENTO, CA95811 |
| CLXII. FLORIDA DEPARTMENT OF LAW ENFORCEMENT, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 2331 PHILLIPS ROAD TALLAHASSEE, FL32308 |
| CLXIII.JACKSONVILLE SHERIFF'S OFFICE, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 501 EAST BAY STREET JACKSONVILLE, FL32202 |
| CLXIV. LEON COUNTY SHERIFF'S OFFICE, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 2825 MUNICIPAL WAY TALLAHASSEE, FL32304 |
| CLXV. BAKER COUNTY SHERIFF'S OFFICE, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 1 SHERIFF'S OFFICE DRIVE MACCLENNY, FL32063 |
| CLXVI. U.S. DEPARTMENT OF TRANSPORTATION, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 1200 NEW JERSEY AVENUE, S.E. WASHINGTON, DC20590 |
| CLXVII. DISTRICT OF COLUMBIA MUNICIPAL CORPORATION, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 1201 HAYS STREET TALLAHASSEE, FL32301 |
| CLXVIII. UNITED STATES CORPORATION COMPANY, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 1201 HAYS STREET TALLAHASSEE, FL32301 |
| CLXIX. FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 2900 APALACHEE PARKWAY TALLAHASSEE, FL32399 |
| CLXX. FLORIDA HIGHWAY PATROL, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 7322 NORMANDY BOULEVARD JACKSONVILLE, FL32205 |
| CLXXI. LEON COUNTY JAIL, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 2825 MUNICIPAL WAY TALLAHASSEE, FL32304 |
| CLXXII. FCI COLEMAN MEDIUM, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 846 NE 54TH TERRACE COLEMAN, FL33521 |
| CLXXIII. BI INCORPORATED, A PRIVATE PERSON, | DEFENDANT/ | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 6265 GUNBARREL AVENUE, SUITE B BOULDER, CO80301 |
| CLXXIV. U.S. MARSHALS SERVICE, A PRIVATE PERSON, | DEFENDANT | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 300 NORTH HOGAN STREET, SUITE 2-450 JACKSONVILLE, FL32202 |

| | | |
|---|---|---|
| | / | |
| CLXXV. U.S. PROBATION AND PRETRIAL SERVICES, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 300 NORTH HOGAN STREET, SUITE 6350 AND SUITE 2-200 JACKSONVILLE, FL32202 |
| CLXXVI. U.S. ATTORNEY'S OFFICE, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 300 NORTH HOGAN STREET, SUITE 700 JACKSONVILLE, FL32202 |
| CLXXVII. U.S. DEPARTMENT OF JUSTICE, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 300 NORTH HOGAN STREET, SUITE 700 JACKSONVILLE, FL32202 |
| CLXVIII. FEDERAL BUREAU OF PRISONS, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 320 FIRST STREET WASHINGTON, DC20534 |
| CLXXIX. PALMETTO SURETY CORPORATION, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 109 RIVER LANDING DRIVE, SUITE 200 CHARLESTON, SC29422-7595 |
| CLXXX. DANZY BAIL BONDS, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 2550-C WEST PENSACOLA STREET TALLAHASSEE, FL32206 |
| CLXXXI. OFF THE CHAIN BAIL BONDS, INC, A PRIVATE PERSON, | DEFENDANT / | AND ALL SUBSIDIARIES AND AGENTS THEREOF; 4650 NORWOOD AVENUE JACKSONVILLE, FL32206 |

## Attorneys

No attorneys were found on this case

## Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 07/07/2017 | CIR/ADDL DEFENDANT FEE @$2.50ea | $0.00 | $0.00 | $0.00 |
| 07/07/2017 | CIR/GENERALCIVIL 3/1/2012 | $401.00 | $0.00 | $401.00 |

## Dockets

| Line | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 7/4/2017 7/7/2017 | COVER SHEET | 4 | **Available** VOR, Ready to view |
| 2 | -- | 7/4/2017 7/7/2017 | AFFIDAVIT | 24 | **Available** VOR, Ready to view |
| 3 | -- | 7/4/2017 7/7/2017 | COMPLAINT | 74 | **Available** VOR, Ready to view |
| | | | | | **Available** |

| # | | Date Filed / Date Docketed | Description | Pages | Status |
|---|---|---|---|---|---|
| 4 | -- | 7/4/2017 7/7/2017 | AFFIDAVIT OF INFORMATION, REPORT AND PREFERRAL OF CHARGES | 417 | VOR, Ready to view |
| 5 | -- | 7/4/2017 7/7/2017 | AFFIDAVIT IN SUPPORT OF UNIVERSAL AND INTERNATIONAL HUMANITARIAN DECLARATION FOR COMMON LAW PREJUDGMENT WRIT OF PERSONAL REPLEVIN | 25 | Available VOR, Ready to view |
| 6 | -- | 7/4/2017 7/7/2017 | AFFIDAVIT FOR ORDER AUTHORIZING UNIVERSAL AND INTERNATIONAL HUMANITARIAN PERSONAL REPLEVIN WRIT | 24 | Available VOR, Ready to view |
| 7 | -- | 7/4/2017 7/7/2017 | AFFIDAVIT UNIVERSAL AND INTERNATIONAL HUMANITARIAN REPLEVIN BOND | 107 | Available VOR, Ready to view |
| 8 | -- | 7/4/2017 7/7/2017 | APPLICATION FOR DETERMINATION OF CIVIL INDIGENCE | 2 | Available VOR, Ready to view |
| 9 | -- | 7/4/2017 7/7/2017 | OTHER CIRCUIT CIVIL – OTHER | | |
| 10 | -- | 7/7/2017 7/7/2017 | CERTIFICATE OF INDIGENCY | 1 | Available VOR, Ready to view |
| 11 | -- | 8/1/2017 8/2/2017 | NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT | 5 | Request View on request |