16-2017-CA-004274-XXXX-MA

Filing # 58573512 E-Filed 07/04/2017 07:18:47 PM

   

# IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
# IN AND FOR DUVAL COUNTY, FLORIDA

Taquan Rahshe Gullett-El,
General Executor-Caveator,
TAQUAN RASHIE GULLETT©™® ESTATE,

Syteria Hephzibah-El,
General Executrix-Caveatrix,
SYTERIA LAWRENCE©™® ESTATE,

AAMARU©™® Alien Religious Consul Association,

    declarant (affiant) (libelant).

**Affidavit of Obligation**



**v.**

Registered Mail # RB 917 549 140 US
Registered Mail # RB 917 549 153 US

1. **Timothy J. Corrigan**, a private person;
2. **Sean Patrick Flynn**, a private person;
3. **W. Stephen Muldrow**, a private person;
4. **Jon S. Wheeler**, a private person;
5. **Ronnie Fussell**, a private person;
6. **Christina A. Snyder**, a private person;
7. **Marcia Morales Howard**, a private person;
8. **Angela Cote Dempsey**, a private person;
9. **Sara Hassler**, a private person;
10. **Gwen Marshall**, a private person;
11. **Adrian G. Soud**, a private person; 12. **Karen K. Cole**, a private person; 13. **Peter L. Dearing**, a private person; 14. **Harvey Lamar Jay III**, a private person; 15. **Donald Richard Moran, Jr.**, a private person; 16. **Henry Lee Adams, Junior**, a private person; 17. **James R. Klindt**, a private person; 18. **Joel Barry Toomey**, 19. Stephen Reinhardt, a private person; 20. **Consuelo M. Callahan**, a private person;

**File Number:**

    respondent(s) / libelee(s) / propounder(s)[con't];

_____/

# Universal and International Humanitarian Declaration
# For Common Law Prejudgment Writ of Personal Replevin



RB 917 549 140 US
RB 917 549 153 US

  

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

(continued[con't])

21. Jacqueline H. Guyen, a private person; 22. Peter L. Shaw, a private person; 23. Pamela Jo Bondi, a private person; 24. Rick Swearingen, a private person; 25. Chris Connell, a private person; 26. D. Shinn, a private person; 27. Lt. Ligaspy, a private person; 28. Mike Wood, a private person; 29. Mike Williams, a private person; 30. Joey B. Dobson, a private person; 31. Irish Anderson, a private person; 32. Cedric Donar, a private person; 33. Kim Lee Watson, a private person; 34. Jim Haskett, a private person; 35. Patrick Sheridan, a private person; 36. Jorge L. Pastrana, a private person; 37. Larry Brown, a private person; 38. Arnold Corsmeier, a private person; 39. Monte C. Richardson, a private person; 40. Patricia D. Barksdale, a private person; 41. Paul Shorstein, a private person; 42. Jodi L. Wiles, a private person; 43. Sam Hernandez, a private person; 44. Sheryl Loesch, a private person; 45. Andrew S. Cowan, a private person; 46. Penelope Knox, a private person; 47. Kim Cassulo, a private person; 48. A. Lee Bentley, a private person; 49. Mac D. Heavener, a private person; 50. Jacqueline Chooljian, a private person; 51. Maurice C. Grant, II, a private person; 52. Suzanne Segal, a private person; 53. Ramon De Leon, a private person; 54. Julian Lucien Andre, a private person; 55. Donald B. Mairs, a private person; 56. Eddie A. Jauregui, a private person; 57. Donna Lee Elm, a private person; 58. Cathy J. Ostiller, a private person; 59. Germaine Seider, a private person; 60. Terri Nafisi, a private person; 61. David P. Rhodes, a private person; 62. Moriah S. Radin, a private person; 63. Brad Cooper, a private person; 64. Lilliana Coronado, a private person; 65. Thomas Kane, a private person; 66. Bradley R. Johnson, a private person; 67. Jesse Haskins, a private person; 68. Peter Stoumbelis, a private person; 69. Thomas J. Moffett, Jr., a private person; 70. Richie Blanco, a private person; 71. Kenneth L. Green, a private person; 72. Gerald Scott Bettman, a private person; 73. C.J. Roberts, a private person; 74. B.L. Thomas, a private person; 75. J.J. Osterhaus, a private person; 76. John Tomasino, a private person; 77. Melissa Nelson, a private person; 78. Angela Corey, a private person; 79.Richard Mantei, a private person; 80. Jack Campbell, a private person; 81. Rick Scott, a private person; 82. Derrick Spencer, a private person; 83. Danielle Knag, a private person; 84. Heather Pridgen, a private person; 85. Scott Willis, a private person;                 respondent(s) / libelee(s) / propounder(s) [con't];

## Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin



  

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

(continued[con't])

86. Willard Cannon, a private person; 87. L. Allen Beard, a private person; 88. Dawn K. Hudson, a private person; 89. Russell Healy, a private person; 90. Charles Cofer, a private person; 91. John Rutherford, a private person; 92. Matt Shirk, a private person; 93. Stephen B. Whittington, a private person; 94. Joseph Rudolph Licandro, a private person; 95. Catherine Mitchell Licandro, a private person; 96. Noel G. Lawrence, a private person; 97. Angela M. Cox, a private person; 98. Michael Monroe Kirkland, a private person; 99. Pamela J. Hazel, a private person; 100. Joshua McLeod, a private person; 101. Adam Johnson, a private person; 102. Sergeant Eric Etcher, a private person; 103. Michael J. Coolican, a private person; 104. Gary Flower, a private person; 105. Eleni Derke , a private person; 106. Sharon Tanner, a private person;

107. Michael Corrigan, a private person; 108. David J. Smith, a private person; 109. Molly C. Dwyer, a private person; 110. Kiry K. Gray, a private person; 111 Lisa Reyes, a private person; 112. Peter R. Marksteiner, a private person; 113. Nancy B. Firestone, a private person; 114. Victor J. Wolski, a private person; 115. David J. Bradley, a private person; 116. Edmund G. Brown, Jr., a private person; 117. Jean Shiamoto, a private person; 118. Jim McDonnell, a private person; 119. Jeffrey Cagnacci, a private person; 120. Patricia Mazon, a private person; 121. Brandon Knarr, a private person; 122. Maureen Green, a private person; 123. Barbara Gourley, a private person; 124. Michael W. Cox, a private person; 125. Kamala Harris, a private person; 126. Michael J. Martineau, a private person; 127. Joseph Edward Ashman, a private person; 128. Geoffrey J. Klimas, a private person; 129. Blain G. Saito, a private person;

cxxx. Court Registry Investment System (CRIS), a private person, and all subsidiaries and agents thereof; cxxxi. Public Access to Court Electronic Records (PACER), a private person, and all subsidiaries and agents thereof; cxxii. United States District Court for the Southern District of Texas, a private person, and all subsidiaries and agents thereof; cxxxii. United States Court of Appeals for the Eleventh Circuit, a private person, and all subsidiaries and agents thereof;       respondent(s) / libelee(s) / propounder(s) [con't];

## Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin




  

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

(continued[con't])

cxxxiii. United States Court of Appeals for the Ninth Circuit, a private person, and all subsidiaries and agents thereof; cxxxiv. Florida Supreme Court, a private person, and all subsidiaries and agents thereof; cxxxv. First District Court of Appeal Florida, a private person, and all subsidiaries and agents thereof; cxxxvi. United States District Court for the Central District of California, a private person, and all subsidiaries and agents thereof; cxxxvii. United States District Court for the Middle District of Florida, a private person, and all subsidiaries and agents thereof; cxxxviii. United States District Court for the District of Columbia, a private person, and all subsidiaries and agents thereof; cxxxix. United States Court of Federal Claims, a private person, and all subsidiaries and agents thereof; cxxxx. United States Court of Appeals for the Federal Circuit, a private person, and all subsidiaries and agents thereof; cxxxxi. Internal Revenue Service (IRS), a private person, and all subsidiaries and agents thereof; cxxxxii. California Franchise Tax Board, a private person, and all subsidiaries and agents thereof; cxxxxiii. Duval County, Florida, a private person, and all subsidiaries and agents thereof; cxxxxiv. Leon County, Florida, a private person, and all subsidiaries and agents thereof; cxxxxv. Baker County, Florida, a private person, and all subsidiaries and agents thereof; cxxxxvi. Los Angeles County, California, a private person, and all subsidiaries and agents thereof; cxxxxvii. City of Jacksonville, Florida, a private person, and all subsidiaries and agents thereof; cxxxxviii. City of Tallahassee, Florida, a private person, and all subsidiaries and agents thereof; cxxxix. City of Los Angeles, California, a private person, and all subsidiaries and agents thereof; cl. State of California, a private person, and all subsidiaries and agents thereof; cli. State of Florida, a private person, and all subsidiaries and agents thereof; clii. United States Post Office, a private person, and all subsidiaries and agents thereof; cliii. Social Security Administration, a private person, and all subsidiaries and agents thereof; cliv. California Department of Motor Vehicles, a private person, and all subsidiaries and agents thereof; clv. Los Angeles County Jail, a private person, and all subsidiaries and agents, thereof; clvi. Metropolitan Detention Center Los Angeles California, a private person, and all subsidiaries and agents thereof;

respondent(s) / libelee(s) / propounder(s) [con't]

---

# Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin









## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

(continued[con't])

cₗvii. **John E. Good Detention Center (Duval County Jail)**, a private person, and all subsidiaries and agents thereof; cₗviii. **Baker County Detention Center**, a private person, and all subsidiaries and agents thereof; cₗix. **Los Angeles Police Department**, a private person, and all subsidiaries and agents thereof; cₗx. **Los Angeles County Sheriff's Department**, a private person, and all subsidiaries and agents thereof; cₗxi. **California Highway Patrol**, a private person, and all subsidiaries and agents thereof; cₗxii. **Florida Department of Law Enforcement**, a private person, and all subsidiaries and agents thereof; cₗxiii. **Jacksonville Sheriff's Office**, a private person, and all subsidiaries and agents thereof; cₗxiv. **Leon County Sheriff's Office**, a private person, and all subsidiaries and agents thereof; cₗxv. **Baker County Sheriff's Office**, a private person, and all subsidiaries and agents thereof; cₗxvi. **U.S. Department of Transportation**, a private person, and all subsidiaries and agents thereof; cₗxvii. **District of Columbia Municipal Corporation**, a private person, and all subsidiaries and agents thereof; cₗxviii. **United States Corporation Company**, a private person, and all subsidiaries and agents thereof; cₗxix. **Florida Department of Highway Safety and Motor Vehicles**, a private person, and all subsidiaries and agents thereof; cₗxx. **Florida Highway Patrol**, a private person, and all subsidiaries and agents thereof; cₗxxi. **Leon County Jail**, a private person, and all subsidiaries and agents thereof; cₗxxii. **FCI Coleman Medium**, a private person, and all subsidiaries and agents thereof; cₗxxiii. **BI Incorporated**, a private person, and all subsidiaries and agents thereof; cₗxxiv. **U.S. Marshals Service**, a private person, and all subsidiaries and agents thereof; cₗxxv. **U.S. Probation and Pretrial Services**, a private person, and all subsidiaries and agents thereof; cₗxxvi. **U.S. Attorney's Office**, a private person, and all subsidiaries and agents thereof; cₗxxvii. **U.S. Department of Justice**, a private person, and all subsidiaries and agents thereof; cₗxxviii. **Federal Bureau of Prisons**, a private person, and all subsidiaries and agents thereof; cₗxxix. **Palmetto Surety Corporation**, a private person, and all subsidiaries and agents thereof; cₗxxx. **Danzy Bail Bonds**, a private person, and all subsidiaries and agents thereof; cₗxxxi. **Off the Chain Bail Bonds, Inc.**, a private person, and all subsidiaries and agents thereof;

respondent(s) / libelee(s) / propounder(s).

## Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin



   

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

Taquan Rahshe Gullett-El,
General Executor-Caveator,
TAQUAN RASHIE GULLETT©™® ESTATE,

Syteria Hephzibah-El,
General Executrix-Caveatrix,
SYTERIA LAWRENCE©™® ESTATE,

AAMARU©™® Alien Religious Consul Association.

declarant (affiant) (libelant).

**Affidavit of Obligation**



Registered Mail # RB 917 549 140 US
Registered Mail # RB 917 549 153 US

## Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin

# Table of Contents

Table of Contents.................................................................................................Pages i - vi

Universal and International Humanitarian Declaration
For Common Law Prejudgment Writ of Personal Replevin...........................................Page 1

Jurisdiction and Venue.......................................................................................Page 13

The declarant and the respondent(s) / libelee(s) / propounder(s) ...............................Page 14



Universal and International Humanitarian Declaration of Facts..............................................Page 18

Universal and International Humanitarian
Common Law Agreements (Treaties).................................................................................Page 30

Conclusion of Universal and International Humanitarian
Common Law Agreements (Treaties) ...............................................................................Page 32

Consent to Be Bound by a Universal and International Humanitarian
Common Law Agreement (Treaty) ...................................................................................Page 34

Entry into Force of Universal and International Humanitarian
Common Law Agreements (Treaties) ...............................................................................Page 35

The Validity and Effect of Universal and International Humanitarian
Common Law Agreements (Treaties) ...............................................................................Page 35

Universal Law, International Law, Humanitarian Law, and
Common Law codified at [Florida Statutes 78.055] .........................................................Page 39

True Bill..............................................................................................................................Page 50

Natural Rights and Human Rights Infringements of
International Law of Peace and Law of War Constituting
Grave Breaches of the Fundamental Guarantees of the
Hague Conventions and Geneva Conventions and all annexes thereto,
codified at [Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for Felonies, High Crimes, and Misdemeanors –
A Delict Penal Action [RB 917 549 140 US] True Bill........................................................Page 51

Natural Rights and Human Rights Infringements of
International Law of Peace and Law of War Constituting
Grave Breaches of the Fundamental Guarantees of the
Hague Conventions and Geneva Conventions and all annexes thereto,
codified at [Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for Felonies, High Crimes, and Misdemeanors –
A Delict Penal Action [RB 917 549 153 US] True Bill........................................................Page 55

Conclusion..........................................................................................................................Page 60

Cc Mailing List....................................................................................................................Page 61

Additional Cc Mailing List..................................................................................................Page 64

Certificate of Service (Proof of Service) .............................................................................Page 66

Verification..........................................................................................................................Page 68



RB 917 549 140 US
RB 917 549 153 US

# Appendix

(Judicial Notice of all treaties annexed hereto in full)

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors –
A Delict Penal Action...................................................................................................................385 pages

Caveat: Declaration of Final Default Judgment
16-2017-CP-1025 [RB 917 549 140 US] Registrar (Probate Court) /
Recorder Doc # 2017104658, OR BK 17971,
Pages 674-680 and all annexes thereto.......................................................................................7 Pages

Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance
[RB 917 549 140 US] Registrar (Probate Court) Recorder Doc # 2017133137,
OR BK 18009, Pages 987-997; 4th Judicial Circuit Duval County 16-2017-CA-2142,
1st DCA Appeal 1D17-1699, 1st DCA Appeal 1D17-1851, and all annexes thereto..............11 Pages

Caveat: Declaration of Final Default Judgment
16-2017-CP-1020 [RB 917 549 153 US] Registrar (Probate Court) /
Recorder Doc # 2017104679, OR BK 17971,
Pages 808-814 and all annexes thereto.......................................................................................7 Pages

Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance
[RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017133130,
OR BK 18009, Pages 931-941) 4th Judicial Circuit Duval County 16-2017-CA-2144,
1st DCA Appeal 1D17-1538, 1st DCA Appeal 1D17-1852, and all annexes thereto..................11 Pages

Inter-American Commission on Human Rights Petition for Protective Measures
[Taquan Rahshe Gullett-El] .......................................................................................................8 Pages

Inter-American Commission on Human Rights Petition for Protective Measures
[Syteria Hephzibah-El] ...............................................................................................................8 Pages

Affidavit of Alien Religious Consul Association .......................................................................3 Pages

The Zodiac Constitution
(Registration No. AA222141
Truth A1-Class A) and all annexes thereto...............................................................................5 Pages

United States Code of Laws of a General and Permanent Character –
TITLE 22, FOREIGN RELATIONS AND INTERCOURSE PAGE 954 –
Chapter 2: Consular courts Section 141 – 143:
Judicial authority generally;
General Jurisdiction in Criminal cases;
General Jurisdiction in Civil cases..............................................................................................1 Page



The American Declaration of Independence (1776) .....................................3 Pages

The Treaty of Peace and Friendship (1787) ...........................................9 Pages

The Madrid Convention on Protection in Morocco (July 3, 1880) ......................9 Pages

Articles of united states for America Organic Constitution (1787) ...................10 Pages

Bill of Rights of united states for America Organic Constitution (1787) .............2 Pages

The Universal Declaration on Human Rights (1948) ..................................11 Pages

The American Declaration of the Rights and
Duties of Man (1948) and all annexes thereto........................................9 Pages

The United Nations Declaration
of the Rights of the Child (1959) ..................................................2 Pages

The Universal Declaration on the Rights of Indigenous Peoples (2006) ..............16 Pages

United Nations General Assembly
Declaration on the Granting of Independence to
Colonial Countries (Countees) and Peoples
1514 (XV) 947th Plenary Meeting
(14 December 1960) ..............................................................2 Pages

Addendum Charge Sheet (DD FORM 458) [Front]........................26 pages (Add 1 – Add 23)

107. Michael Corrigan, 231 East Forsyth Street, Jacksonville, Florida 32202............................................Page Add. 1
108. David J. Smith, 56 Forsyth Street, N.W., Atlanta, Georgia 30303..................................................Page Add. 2
109. Molly G. Dwyer, 95 Seventh Street, San Francisco, California 94103..............................................Page Add. 3
110. Kirv K. Gray, 312 North Spring Street, Room G-8, Los Angeles, California 90012..................................Page Add. 4
111. Lisa Reyes, 717 Madison Place, N.W., Washington, District of Columbia 20005.....................................Page Add. 5
112. Peter R. Marksteiner, 717 Madison Place, N.W., Room 401, Washington, District of Columbia 20005.................Page Add. 6
113. Nancy B. Firestone, 717 Madison Place, N.W., Washington, District of Columbia 20005..............................Page Add. 7
114. Victor J. Wolski, 717 Madison Place, N.W., Washington, District of Columbia 20005.................................Page Add. 8
115. David J. Bradley, 515 Rusk Avenue, Houston, Texas 77002........................................................Page Add. 9
116. Edmund G. Brown, Jr., State Capitol, Suite 1173, Sacramento, California 95814....................................Page Add. 10
117. Jean Shinmoto, 2415 1st Avenue, Mail Station F 101, Sacramento, California 95818-2606.............................Page Add. 11
118. Jim McDonnell, 211 West Temple Street, Los Angeles, California 90012...........................................Page Add. 12
119. Jeffrey Cagnacci, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012.........................Page Add. 13
120. Patricia Mazon, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012...........................Page Add. 14
121. Brandon Knarr, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012............................Page Add. 15
122. Maureen Green, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012............................Page Add. 16
123. Barbara Gourley, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012..........................Page Add. 17
124. Michael W. Cox, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012...........................Page Add. 18
125. Konula Harris, 112 Hart Senate Office Building, Washington, DC 20510............................................Page Add. 19
126. Michael J. Martineau, Post Office Box 227, Washington, District of Columbia 20044.................................Page Add. 20
127. Joseph Edward Ashman, Post Office Box 480, Ben Franklin Station, Washington, District of Columbia 20044..........Page Add. 21
128. Geoffrey J. Klimas, Post Office Box 227, Washington, District of Columbia 20044..................................Page Add. 22
129. Blein G. Salto, Post Office Box 26, Ben Franklin Station, Washington, District of Columbia 20044..................Page Add. 23

Caveat: Declaration of Final Default Judgment 16-2017-CP-1025
[RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc # 2017104658,
OR BK 17971, Pages 674-680) .......................................................7 Pages



RB 917 549 140 US
RB 917 549 153 US

Caveat: Declaration of Final Default Judgment 16-2017-CP-1020
[RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679,
OR BK 17971, Pages 808-814) .................................................................................................7 Pages

Affidavit of Alien Religious Consul Association
(see Notice of Trust: Declaration of Taquan Rashie Gullett©™® Estate
16-2017-CP-1286 [RB 917 549 140 US] / Declaration of Syteria Lawrence Estate©™®
16-2017-CP-1287 [RB 917 549 153 US] (Registrar (Probate Court) Recorder
Doc # 2017133137, OR BK 18009, Pages 978-986) /
(Registrar (Probate Court) Recorder Doc # 2017133130,
OR BK 18009, Pages 922-930) .................................................................................................8 Pages

Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance
[RB 917 549 140 US] Registrar (Probate Court) Recorder Doc # 2017133137,
OR BK 18009, Pages 987-997.................................................................................................11 Pages

Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance
[RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017133130,
OR BK 18009, Pages 931-941.................................................................................................11 Pages

Declaration To Produce Original Documents and Interrogatories
(alleged transfer bond forfeiture or contract 2015CF3444A)
[RB 917 549 153 US] .................................................................................................48 Pages

Notice of Default and Estoppel
(alleged transfer bond forfeiture or contract 2015CF3444A)
[RB 917 549 153 US] .................................................................................................9 Pages

United States Post Office Money Orders # 24267333611,
# 24503330968, # 24503330957 indorsed "Extortion" and "Ransom"
payable to Derrick Spencer, Off the Chain Bail Bonds, Inc. .......................................2 Pages

Derrick Spencer, Off the Chain Bail Bonds, Inc. receipts.............................................3 Pages

Derrick Spencer, Off the Chain Bail Bonds, Inc. "Extortion" and "Ransom" email.............1 Page

Notice of Trust: Declaration of TAQUAN RASHIE GULLETT©™® Estate
16-2017-CP-1286 [RB 917 549 140 US] (Registrar (Probate Court) Recorder
Doc # 2017104658, OR BK 17971, Pages 978-982) .................................................9 Pages

Notice of Trust: Declaration of SYTERIA LAWRENCE©™® Estate
16-2017-CP-1287 [RB 917 549 153 US] (Registrar (Probate Court) Recorder
Doc # 2017104679, OR BK 17971, Pages 922-926) .................................................9 Pages

Taquan Rashie Gullett©™® Estate 16-2017-CA-2142 [RB 917 549 140 US]
& Syteria Lawrence©™® Estate 16-2017-CP-1287 [RB 917 549 153 US] –
Amended Notice of Existence of Final Will and Testament for
Taquan Rashie Gullett / Syteria Lawrence.................................................................................6 Pages



Taquan Rashie Gullett©™®Estate / Syteria Lawrence©™® Estate
Notice of Appointment of General Executor / Executrix......................................................2 Pages

Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate
Notice of Claim of Right........................................................................................................2 Pages

Taquan Rashie Gullett©™®Estate / Syteria Lawrence©™® Estate
Notice of Claim of Title.........................................................................................................2 Pages

Notice of Taquan Rashie Gullett©™®Estate / Syteria Lawrence©™® Estate
Allodial Cost Schedule..........................................................................................................2 Pages

Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate
Notice and Evidence of Documentary Stamp Duty................................................................8 Pages

Notice of Absolute and Final Confirmation of General Executor / Executrix of
Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate........................................2 Pages

Notice of Sequestration of Life-Rent and
Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate........................................2 Pages

Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate
Notice of Executive Order 13773 – Enforcing Law With Respect To
Transnational Criminal Organizations..................................................................................10 Pages

Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate
Notice of Apostolic Letter Issued Motu Proprio (2013) .......................................................8 Pages

Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate
Notice of Florida Stand Your Ground Law.............................................................................4 Pages

Notice of Filing of Addendum Inter-American Commission on Human Rights Petitions
for Protective Measures for
Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate........................................22 Pages



RB 917 549 140 US
RB 917 549 153 US








# Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin

1. TO ALL PARTIES AND TO THEIR CONSUL(S) OF RECORD TAKE NOTICE that **On the Record and for the Record**, present is Taquan Rahshe Gullett-El, also called Maalik Rahshe-El, and Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis; Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], AAMARU©™® Alien Religious Consul Association, a people of Our state and of sound firm mind; Competent by Conduct and Virtue for Moral Integrity and Upright Character, Honor, Fidelity, Respect, Courage, Temperance, Faith, Hope, Wisdom, Will, Love, Truth, Peace, Freedom, Justice, Prudence, Humility, and Service, guided only by Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, Property, Family, Natural Environment, and Cultural Heritage.

2. One, the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], AAMARU©™® Alien Religious Consul Association, hereinafter, "declarant," rises and gives honor and recognition to The Holy Koran Circle 7, The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A)and all annexes thereto, The Holy Qur'an,



The Great Law of Peace, The Iroquois Constitution, The American Declaration of Independence (1776), The Treaty of Peace and Friendship (1787), The Madrid Convention on Protection in Morocco (July 3, 1880), Articles of united states for America Organic Constitution (1787), Bill of Rights of united states for America Organic Constitution (1787), The Universal Declaration on Human Rights (1948), The American Declaration of the Rights and Duties of Man (1948) inclusive without limitation all annexes thereto; The United Nations Declaration of the Rights of the Child (1959), The Universal Declaration on the Rights of Indigenous Peoples (2006), The International Proclamation for the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®](2016), The International Resolution For Competence By Conduct and Virtue — Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016), United Nations General Assembly Declaration on the Granting of Independence to Colonial Countries (Countees) and Peoples 1514 (XV) 947ᵗʰ Plenary Meeting (14 December 1960), the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, inclusive without limitation of all annexes thereto.

3. The declarant is General Executor / Caveator-Creditor by testamentary style trust conveyancing of Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US] (Registrar. (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 674-680), TAQUAN RASHIE GULLETT©™® Estate Authenticated Birth Certificate, Registered Copyright, Registered Trademark (united states for America Post Office No. RE246590423US), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000018576), Registered Surety Bond with Collateral



(EL 156253975 US), Fiduciary Appointment Contract (EL 156253975 US), Taquan Rashie Gullett©™® Estate Allodial Cost Schedule 16-2017-CA-2142 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc #2017082163, OR BK 17940, Page 1662), Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-7228787860, California UCC 10-7253610631, California UCC 13-7375042214, California UCC 13-73750423, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01), over all alphabetical and/or numerical derivations and/or variations of TAQUAN RASHIE GULLETT©™® Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto.

4. The declarant is General Executrix / Caveatrix-Creditor by testamentary style trust conveyancing of Caveat: Declaration of Final Default Judgment 16-2017-CP-1020 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814), SYTERIA LAWRENCE©™® Estate Authenticated Birth Certificate, Registered Copyright, Registered Trademark (Copyright Deposit No. 0031755), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000000753), Registered Surety Bond with Collateral (3:15-00016), Fiduciary Appointment Contract (3:15-00016), Syteria Lawrence©™® Estate Allodial Cost Schedule 16-2017-CA-2144 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc #2017082126, OR BK 17940, Page 1509), Paramount Security Interest Holder (Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01, Duval County Recorder UCC Filing # 2015153501, Duval County Recorder UCC Filing # 2015185625), over all alphabetical and/or numerical derivations and/or



variations of **SYTERIA LAWRENCE**©™® Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto.

5. The declarant is AAMARU©™® Alien Religious Consul Association by testamentary style trust conveyancing of **Affidavit of Alien Religious Consul Association (see Notice of Trust: Declaration of Taquan Rashie Gullett**©™® **Estate 16-2017-CP-1286 [RB 917 549 140 US] / Declaration of Syteria Lawrence Estate**©™® **16-2017-CP-1287 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017133137; OR BK 18009, Pages 978-986) / (Registrar (Probate Court) Recorder Doc # 2017133130, OR BK 18009, Pages 922-930).**

6. On or about the Nineteenth Day of the Fourth Month 1437 [G.C.Y. 2017 – April, 19], in their 7-1 precedent ruling on *Nelson v. Colorado* (No. 15-1256), the Supreme Court of the United States defended and reaffirmed a people's constitutionally protected Natural right and Human right to due process of law in filing a civil claim for a redress of grievances stemming from wrongful acts committed by the prosecution, judge, and the court in an (alleged) civil or (alleged) criminal matter.

7. The declarant does proffer and prefer unrebutted evidence of fraud committed in the attempted procurement of jurisdiction; fraud upon the court; violation of rules, procedures, laws, and the customary standard of international law; trespass; *ultra vires* acts; *de son tort* acts in escheatment and reversion of estates and hereditaments; piracy, privateering, genocide, kidnapping, involuntary servitude, peonage, slavery, trafficking in persons , and acts of terrorism,



constituting multiple infringements of declarant's constitutionally protected Natural rights and Human rights and Grave Breaches of the Fundamental Guarantees of the *Hague Conventions,* the *Geneva Conventions,* the *Inter-American Conventions,* the *Rome Statute,* and all annexes thereto. (see **Caveat: Declaration of Final Default Judgment 16-2017-CP-1025** [RB 917 549 140 US] **Registrar (Probate Court) / Recorder Doc # 2017104658, OR BK 17971, Pages 674-680** and all annexes thereto) (see **Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance** [RB 917 549 140 US] **Registrar (Probate Court) Recorder Doc # 2017133137, OR BK 18009, Pages 987-997,** 4th Judicial Circuit Duval County 16-2017-CA-2142, 1st DCA Appeal 1D17-1699, 1st DCA Appeal 1D17-1851, and all annexes thereto); (see **Caveat: Declaration of Final Default Judgment 16-2017-CP-102** [RB 917 549 153 US] **(Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814** and all annexes thereto) (see **Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance** [RB 917 549 153 US] **(Registrar (Probate Court) Recorder Doc # 2017133130, OR BK 18009, Pages 931-941),** 4th Judicial Circuit Duval County 16-2017-CA-2144, 1st DCA Appeal 1D17-1538; 1st DCA Appeal 1D17-1852, and all annexes thereto)(see **Declaration To Produce Original Documents and Interrogatories** (alleged transfer bond forfeiture or contract 2015CF3444A) [RB 917 549 153 US]; see **Notice of Default and Estoppel** (alleged transfer bond forfeiture or contract 2015CF3444A) [RB 917 549 153 US]). On the Record and for the Record. All Sheriffs, Chiefs, Consuls, and Constitutionally Delegated Authorities of record are fully bonded, insured, underwritten, and indemnified to immediately, speedily, and expeditiously provide assistance of maximum maintenance, maximum cure, and maximum remedy,



8. As such, declarant does hereby reserve all Natural rights, all Human rights, and in accord with the International (Transnational) Law of Peace and the International (Transnational) Law of War, the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute* and all annexes thereto, as well as Florida Statutes 2:01(Common Law and certain statutes declared in force); Florida Statutes 78.068, *Mitchell v. W.T. Grant Co.*, 416 U.S. 600 (1974), *Gazil, Inc. v. Super Food Services, Inc.* 356 So. 2d 312 (Fla. 1978), *McMurrian v. Fason*, 573 So. 2d 915 (Fla. 1st DCA 1991), *Landmark First National Bank of Fort Lauderdale v. Beach Bait and Tackle Shop, Inc.*, 449 So. 2d. 1287 (Fla. 4th DCA 1984), *Waite Aircrafts Corp. v. Ford Motor Credit Company*, 430 So. 2d. 1003 (Fla. 4th DCA 1983), and *Transtar Corporation v. Intex Recreation Corp.*, 570 So. 2d. 366 (Fla. 4th DCA 1990),Herein is an __Affidavit of Obligation: Universal and International Humanitarian Declaration for Common Law Prejudgment Writ of Personal Replevin__ in support of an __Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action__. Herein-listed are charges, specifications, elements, invoice, and true bill for the Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, and all annexes thereto:

- *Law of Peace*, Volume 1," Headquarters, Department of the Army, September 1979 page 1-1) [hereinafter cited as *"Law of Peace"*]

- *Law of War Manual* – Department of Defense Directive 2310.0E, *DoD Law of War Program* ¶5.1.4 (2006) [hereinafter cited as *"Law of War"*]



9. Declarant does oblige the Court to issue a Universal and International Humanitarian Common Law Prejudgment Writ of Personal Replevin for declarant's immediate possession of the herein described personal property which is unlawfully taken and unlawfully detained by respondent(s) / libelee(s) / propounder(s).

- *Black's Law Dictionary* 2nd *Edition* defines "Universal" as — Having relation to the whole or an entirety; pertaining to all without exception; a term more extensive then "general," which latter may admit of exceptions. See *Blair v. Howell*, 68 Iowa, 619, 28 N.W. 199; *Koen v. State*, 35 Neb. 676, 53 N.W. 595, 17 L. R. A. 821.

- *Black's Law Dictionary* 2nd *Edition* defines "International Law" as — The law which regulates the intercourse of nations; the law of nations. 1 Kent, Comm. 1, 4. The customary law which determines the rights and regulates the intercourse of independent states in peace and war. The system of rules and principles, founded on treaty, custom, precedent, and the consensus of opinion as to justice and moral obligation, which civilized nations recognize as binding upon them in their mutual dealings and relations. *Heirn v. Bridault*, 37 Miss. 230; *U.S. v. White* (C. C.) 27 Fed. 201.

- *Black's Law Dictionary* 8th *Edition* defines "Humanitarian Law" as — Law dealing with such matters as the permissible use of weapons and other means of warfare, the treatment of prisoners of war and civilian populations in armed conflicts, and generally the direct impact of war on human life and liberty. Most existing rules composing humanitarian law are codified in the *Geneva Conventions* [the *Hague Conventions*, the *Inter-American Conventions*, the *Rome Statute*, and all annexes thereto] and their protocols.

- *Black's Law Dictionary* 2nd *Edition* defines "Common Law" — As distinguished from law created by the enactment of legislatures, the common law comprises the body of those principles and rules of action, relating to the government and security of persons and property, which derive their authority solely from usages and customs of immemorial antiquity, or from the judgments and decrees of the courts recognizing, affirming, and enforcing such usages and customs; and, in this sense, particularly the ancient unwritten law of England. *Western Union Tel. Co. v. Call Pub. Co.*, 181 U.S. 92, 21 Sup. Ct. 561, 45 L. Ed. 765; *State v. Buchanan*, 5 Har. & J. (Md.) 365, 9 Am. Dec. 534; *Lux v. Haggin*, 69 Cal. 255, 10 Pac. 674; *Barry v. Port Jervis*, 64 App. Div. 268, 72 N.Y. Supp. 104.

    As distinguished from equity law, it is a body of rules and principles, written or unwritten, which are fixed and immutable authority, and which must be applied to controversies rigorously and in their entirety, and cannot be modified to suit the peculiarities of a specific case, or colored by any judicial discretion, and which rests



confessedly, upon custom or statute, as distinguished from any claim to ethical superiority. *Klever v. Seawall*, 65 Fed. 395, 12 C.C.A. 661.

As concerns its force and authority in the United States, the phrase designates that portion of the common law of England which had been adopted and was in force at the time of the Revolution. This is recognized as an organic part of the jurisprudence of most of the United States. *Browning v. Browning*, 3 N.M. 371, 9 Pac. 677; *Guardians of Poor v. Greene*, 5 Bin. (Pa.) 557; *U.S. v. New Bedford Bridge*, 27 Fed. Cas. 107.

In a wider sense than any of the foregoing, the "common law" may designate all that part of the positive law, juristic theory, and ancient custom of any state or nation which is of general and universal application, thus marking off special or local rules or customs. As a compound adjective "common-law" is understood as contrasted with or opposed to "statutory," and sometimes also to "equitable" or to "criminal."

- *Black's Law Dictionary 2nd Edition* defines "**Personal Replevin**" as — A species of action to replevy a woman / man out of prison or out of the custody of any private person, and as a means to examining into the legality of an imprisonment.

- *Black's Law Dictionary 2nd Edition* defines "**Replevin Bond**" as — A bond executed to indemnify the officer who executed a writ of Replevin and to indemnify the defendant or person from whose custody the property was taken for such damages as he may sustain. *Imel v. Van Deren*, 8 Colo. 90, 5 Pac. 803; *Walker v. Kennison*, 34 N.H. 259

- *Black's Law Dictionary 2nd Edition* defines "**Replevish**" as — In old English law. To let one to mainprise upon surety. Cowell

- *Black's Law Dictionary 2nd Edition* defines "**Mainprise**" as — The name of a writ commanding the sheriff to take the security of mainpernors and set the party at liberty.

## Jurisdiction and Venue

10. The declarant sues the respondent(s) / libelee(s) / propounder(s) and states this is an action for damages in excess of $15,000, exclusive of interests, costs, and court fees.

11. Venue is properly vested in this Court as this is an action for breach of contracts entered into in and/or around and/or about Duval County, Florida, and for personal Replevin of collateral located in and/or around and/or about Duval County, Florida.



# The declarant and the respondent(s) / libelee(s) / propounder(s)

12. The declarant, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], AAMARU©™® Alien Religious Consul Association, a people of Our state and of sound firm mind; whom live in their bodies and do from time to time inhabit and dwell in and/or around and/or about:

## Molly's Garden Countee, Timucuan Al Andalusia, Northwest Amexem (Morocco) [Jacksonville Florida state]

[Latitude: 30.360727, Longitude: -81.646558]

[National Grid: 17R MP, Northings: 58, Eastings: 37]

[422 East 27th Street]

[RE # 133115-0000, AH-256-01-2S-26E.057 Long Branch, ] [PT Lot 4 Rec'd O/R 15397-798]

[RE # 133112-0000, 55-2S-26E Long Branch, ] [PT Lot 4 Rec'd O/R BK 4995-392]

[619 East 27th Street]

[RE # 133058-0000, 06-2S-27E North Springfield Terrace, ] [Lots 15, 22, W 30ft Lot 23, Blk 4 ]

[RE # 133059-0000, 3-88-46-2S-27E North Springfield Terrace, Lot 16, Blk 4]

### Mailing Location:

c/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state

Timucuan Al Andalusia Northwest Amexem (Morocco)



13.  Upon information and belief, the herein-listed respondent(s) / libelee(s) / propounder(s) along with all subsidiaries and agents thereof  are private person(s) and/or  residents and/or have their principle place of business in and/or around and/or about the following:

1. Timothy J. Corrigan , 300 North Hogan Street, Chambers 11-100, Courtroom 10D, Jacksonville, Florida 32203
2. Sean Patrick Flynn , 400 North Tampa Street, Suite 3200, Tampa, Florida 33602
3. W. Stephen Muldrow, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602
4. Jon S. Wheeler, 2000 Drayton Drive, Tallahassee,  Florida 32399-0950
5. Ronnie Fussell, 501 West Adams Street, Jacksonville, Florida 32202
6. Christina A. Snyder, 350 West First Street, Courtroom 8D, 8ᵗʰ Floor, Los Angeles, California 90012
7.  Marcia Morales Howard, Chambers 11-350, Courtroom 10B, 300 North Hogan Street, Jacksonville, Florida 32202
8. Angela Cote Dempsey,  301 South Monroe Street, Courtroom 3B, Tallahassee, Florida 32301
9. Sara Hessler,  301 South Monroe Street, Tallahassee, Florida 32301
10. Gwen Marshall, 301 South Monroe Street, # 100, Tallahassee, Florida 32301
11. Adrian G. Soud, 501 West Adams Street, Division CV-E, Room 740, Jacksonville, Florida 32202
12. Karen K. Cole, 501 West Adams Street, Division CV-B, Room 705, Jacksonville, Florida 32202
13. Peter L. Dearing, 501 West Adams Street, Division PR-A, Room 741, Jacksonville, Florida 32202
14. Harvey Lamar Jay III, 2000 Drayton Drive, Tallahassee,  Florida 32399-0950
15. Donald Richard Moran, Jr., 2300 River Road, Jacksonville, Florida 32202
16. Henry Lee Adams, Junior, 300 North Hogan Street, Chambers 11-200, Courtroom 10A, Jacksonville, Florida 32203
17. James R. Klindt, 300 North Hogan Street, Chambers 5-111, Courtroom 5D, Jacksonville, Florida 32203
18. Joel Barry Toomey, 300 North Hogan Street, Chambers 5-211, Courtroom 5A, Jacksonville, Florida 32202
19. Stephen Reinhardt, 95 Seventh Street, Chambers: L.A., San Francisco California 94103
20. Consuelo M. Callahan, 95 Seventh Street, Chambers: Sacramento, San Francisco California 94103
21. Jacqueline H. Guyen, 95 Seventh Street, Chambers: Sacramento, San Francisco California 94103
22. Peter L. Shaw, 95 Seventh Street, San Francisco California 94103
23. Pamela Jo Bondi, The Capitol, Suite PL-01, Tallahassee, Florida 32399-1050
24. Rick Swearingen, 2331 Phillips Road, Tallahassee, Florida 32308
25. Chris Connell, 2331 Phillips Road, Tallahassee, Florida 32308
26. D. Shinn, 535 Alameda Street, Los Angeles, California 90012
27. Lt. Ligaspy, 535 Alameda Street, Los Angeles, California 90012
28. Mike Wood, 2825 Municipal Way, Tallahassee, Florida 32304
29. Mike Williams, 501 East Bay Street, Jacksonville, Florida 32202
30. Joey B. Dobson, 1 Sheriff's Office Drive, MacClenny, Florida 32063
31. Irish Anderson, 300  North Hogan Street, Suite 6350, Jacksonville, Florida 32202
32. Cedric Donar, 300 North Hogan Street, Suite 6350, Jacksonville, Florida 32202
33. Kim Lee Watson, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202
34. Jim Haskett, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202
35. Patrick Sheridan, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202
36. Jorge L. Pastrana, 846 NE 54ᵗʰ Terrace, Coleman, Florida 33521
37. Larry Brown, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202
38. Arnold Corsmeier, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
39. Monte C. Richardson, Chambers 5-411, Courtroom 5C, 300 North Hogan Street, Jacksonville, Florida 32202
40. Patricia D. Barksdale, 300 North Hogan Street, Chambers 5-311, Courtroom 5B, Jacksonville, Florida 32202
41. Paul Shorstein, 6550 St. Augustine Road #303, Jacksonville, Florida 32217
42. Jodi L. Wiles, Courtroom 10B, 300 North Hogan Street, Jacksonville, Florida 32202
43. Sam Hernandez, 312 North Spring Street, Room 754, Los Angeles California 90012
44. Sheryl Loesch, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602
45. Andrew S. Cowan, 315 west 9ᵗʰ Street, Suite 501, Los Angeles, California 90015
46. Penelope Knox, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202
47. Kim Cassulo, 600 U.S. Courthouse, 312 North Spring Street, Los Angeles, CA 90012-4708
48. A. Lee Bentley, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
49. Mac D. Heavener, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602
50. Jacqueline Chooljian, 312 North Spring Street, Courtroom 20, 3ʳᵈ Floor, Los Angeles, California 90012
51. Maurice C. Grant, II, 200 West Forsyth Street, Suite 1240, Jacksonville Florida 32202
52. Suzanne Segal, 255 East Temple Street, Courtroom 590, 5ᵗʰ Floor, Los Angeles, California 90012
53. Ramon De Leon, 1645 Biscayne Boulevard, Suite 310, Miami, Florida 33132
54. Julian Lucien Andre, 312 North Spring Street, Suite 1200, Los Angeles, California 90012
55. Donald B. Mairs, 1035 LaSalle Street, Jacksonville, Florida 32207
56. Eddie A. Jauregui, 312 North Spring Street, Suite 1200, Los Angeles, California 90012
57. Donna Lee Elm, 200 West Forsyth Street, Suite 1240, Jacksonville Florida 32202
58. Cathy J. Ostiller, 312 North Spring Street, Suite 1200, Los Angeles, California 90012
59. Germaine Seider, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602
60. Terri Nafisi, 312 North Spring Street, Room G-8, Los Angeles, California 90012
61. David P. Rhodes, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602



62. Moriah S. Radin, 321 East 2nd Street, Los Angeles, California 90012
63. Brad Cooper, 6265 Gunbarrel Avenue, Suite B, Boulder, Colorado 80301
64. Lilliana Coronado, 321 East 2nd Street, Los Angeles, California 90012
65. Thomas Kane, 320 First Street, Washington, D.C., 20534
66. Bradley R. Johnson, 2900 Apalachee Parkway, Tallahassee, Florida 32399
67. Jesse Haskins, The Capitol PL-01, Tallahassee, Florida 32399-6507
68. Peter Stoumbelis, 10565 Creston Glen Circle East, Jacksonville, Florida 32256
69. Thomas J. Moffett, Jr., 133 S. Semoran Blvd. Ste A, Orlando, FL 32807
70. Richie Blanco, 4255 US Highway 17 South, Green Cove Springs, Florida 32043
71. Kenneth L. Green, 4255 US Highway 17 South, Green Cove Springs, Florida 32043
72. Gerald Scott Bettman, 5515 Phillips Highway, Jacksonville, Florida 32207
73. C.J. Roberts, 2000 Drayton Drive, Tallahassee, Florida 32399-0950
74. B.L. Thomas, 2000 Drayton Drive, Tallahassee, Florida 32399-0950
75. J.J. Osterhous, 2000 Drayton Drive, Tallahassee, Florida 32399-0950
76. John Tomasino, 500 South Duval Street, Tallahassee, Florida 32399
77. Melissa Nelson, 311 West Monroe Street, Jacksonville, Florida 32202
78. Angela Corey, 311 West Monroe Street, Jacksonville, Florida 32202
79. Richard Mantei, 311 West Monroe Street, Jacksonville, Florida 32202
80. Jack Campbell, 301 South Monroe Street, Suite 475, Tallahassee, Florida 32399-2550
81. Rick Scott, The Capitol 400 South Monroe Street, Tallahassee, Florida 32399-0001
82. Derrick Spencer, 4650 Norwood Avenue, Jacksonville, Florida 32206
83. Danielle Knag 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595
84. Heather Pridgen, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595
85. Scott Willis, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595
86. Willard Cannon, 2550-C West Pensacola, Florida 32304
87. L. Allen Beard, 301 South Monroe Street #401, Tallahassee, Florida 32301
88. Dawn K. Hudson, 501 West Adams Street, Division Q, Room 409/725, Jacksonville, Florida 32202
89. Russell Healy, 501 West Adams Street, Division CR-1, Room 305/711, Jacksonville, Florida 32202
90. Charles Cofer 407 North Laura Street, Jacksonville, Florida 32202
91. John Rutherford, 501 East Bay Street, Jacksonville, Florida 32202
92. Matt Shirk, 407 North Laura Street, Jacksonville, Florida 32202
93. Stephen B. Whittington, 501 West Adams Street, Division CR-E, Room 308/733, Jacksonville, Florida 32202
94. Joseph Rudolph Licandro, 311 West Monroe Street, Jacksonville, Florida 32202
95. Catherine Mitchell Licandro, 311 West Monroe Street, Jacksonville, Florida 32202
96. Noel G. Lawrence, 101 East Union Street #200, Jacksonville, Florida 32202
97. Angela M. Cox, 501 West Adams Street, Division CR-C, Room 505/717, Jacksonville, Florida 32202
98. Michael Monroe Kirkland, 311 West Monroe Street, Jacksonville, Florida 32202
99. Pamela J. Hazel, 4255 US Highway 17 South, Green Cove Springs, Florida 32043
100. Joshua McLeod, 4255 US Highway 17 South, Green Cove Springs, Florida 32043
101. Adam Johnson, 4255 US Highway 17 South, Green Cove Springs, Florida 32043
102. Sergeant Eric Etcher, 4255 US Highway 17 South, Green Cove Springs, Florida 32043
103. Michael J. Coolican, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
104. Gary Flower, 501 West Adams Street, Division N, Room 403/721, Jacksonville, Florida 32202
105. Eleni Derke, 501 West Adams Street, Division J, Room 512/728, Jacksonville, Florida 32202
106. Sharon Tanner, 501 West Adams Street, Division K, Room 404/720, Jacksonville, Florida 32202

107. Michael Corrigan, 231 East Forsyth Street, Jacksonville, Florida 32202
108. David J. Smith, 56 Forsyth Street, N.W., Atlanta, Georgia 30303
109. Molly C. Dwyer, 95 Seventh Street, San Francisco, California 94103
110. Kiry K. Gray, 312 North Spring Street, Room G-8, Los Angeles, California 90012
111. Lisa Reyes, 717 Madison Place, N.W., Washington, District of Columbia 20005
112. Peter R. Marksteiner, 717 Madison Place, N.W., Room 401, Washington, District of Columbia 20005
113. Nancy B. Firestone, 717 Madison Place, N.W., Washington, District of Columbia 20005
114. Victor J. Wolski, 717 Madison Place, N.W., Washington, District of Columbia 20005
115. David J. Bradley, 515 Rusk Avenue, Houston, Texas 77002
116. Edmund G. Brown, Jr., State Capitol, Suite 1173, Sacramento, California 95814
117. Jean Shiamoto, 2415 1st Avenue, Mail Station F 101, Sacramento, California 95818-2606
118. Jim McDonnell, 211 West Temple Street, Los Angeles, California 90012
119. Jeffrey Cagnacci, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012
120. Patricia Mazon, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012
121. Brandon Knarr, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012
122. Maureen Green, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012
123. Barbara Gourley, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012
124. Michael W. Cox, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012
125. Kamala Harris, 112 Hart Senate Office Building, Washington, DC 20510
126. Michael J. Martineau, Post Office Box 227, Washington, District of Columbia 20044
127. Joseph Edward Ashman, Post Office Box 480, Ben Franklin Station, Washington, District of Columbia 20044



128. Geoffrey J. Klimas, Post Office Box 227, Washington, District of Columbia 20044.
129. Blain G. Saito, Post Office Box 26, Ben Franklin Station, Washington, District of Columbia 20044.

cxxx. Court Registry Investment System (CRIS), 515 Rusk Avenue, Houston, Texas 77002.
cxxxi. Public Access to Court Electronic Records (PACER), Post Office Box 780549, San Antonio, Texas, 78278
cxxii. United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002
cxxxii. United States Court of Appeals for the Eleventh Circuit, 56 Forsyth Street, N. W., Atlanta, Georgia 30303.
cxxxiii. United States Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, California 94103
cxxxiv. Florida Supreme Court, 500 South Duval Street, Tallahassee, Florida 32399
cxxxv. First District Court of Appeal Florida, 2000 Drayton Drive, Tallahassee, Florida 32399-0950.
cxxxvi. United States District Court for the Central District of California, 350 West First Street, Los Angeles, California 90012
cxxxvii. United States District Court for the Middle District of Florida, 300 North Hogan Street, Jacksonville, Florida 32202 .
cxxxviii. United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001
cxxdx. United States Court of Federal Claims, 717 Madison Place, N.W., Washington, District of Columbia 20005
cxxxx. United States Court of Appeals for the Federal Circuit, 717 Madison Place, N.W., Room 401, Washington, District of Columbia 20005
cxxxxi. Internal Revenue Service (IRS), 1111 Constitution Avenue, Northwest, Washington, District of Columbia
cxxxxii. California Franchise Tax Board, Post Office Box 219, Rancho Cordova, California 95741-0219
cxxxxiii. Duval County, Florida, 501 East Bay Street, Jacksonville, Florida 32202
cxxxxiv. Leon County, Florida, 2825 Municipal Way, Tallahassee, Florida 32304
cxxxxv. Baker County, Florida, 1 Sheriff's Office Drive, MacClenny, Florida 32063
cxxxxvi. Los Angeles County, California, 211 West Temple Street, Los Angeles, California 90012
cxxxxvii. City of Jacksonville, Florida, 501 East Bay Street, Jacksonville, Florida 32202
cxxxxviii. City of Tallahassee, Florida, 2825 Municipal Way, Tallahassee, Florida 32304
cxxxix. City of Los Angeles, California, 211 West Temple Street, Los Angeles, California 90012
ci. State of California, State Capitol, Suite 1173, Sacramento, California 95814
cI. State of Florida, The Capitol 400 South Monroe Street, Tallahassee, Florida 32399-0001.
cIii. United States Post Office, 475 L'Enfant Plaza, S.W., Washington, District of Columbia 20590
ciiii. Social Security Administration, 1100 West High Rise, 6401 Security Boulevard, Baltimore, Maryland 21235.
civ. California Department of Motor Vehicles, 2415 1st Avenue, Mail Station F 101, Sacramento, California 95818-2606
cv. Los Angeles County Jail, 211 West Temple Street, Los Angeles, California 90012
cvi. Metropolitan Detention Center Los Angeles California, 535 Alameda Street, Los Angeles, California 90012
cvii. John E. Good Detention Center (Duval County Jail), 500 East Adams Street, Jacksonville, Florida 32202
cviii. Baker County Detention Center, 1 Sheriff's Office Drive, MacClenny, Florida 32063
cix. Los Angeles Police Department, 100 West 1st Street, Los Angeles, California 90012 .
cix. Los Angeles County Sheriff's Department, 211 West Temple Street, Los Angeles, California 90012
cxi. California Highway Patrol, 601 North 7th Street, Sacramento, California 95811
cxdi. Florida Department of Law Enforcement, 2331 Phillips Road, Tallahassee, Florida 32308
cxiii. Jacksonville Sheriff's Office, 501 East Bay Street, Jacksonville, Florida 32202
cxiv. Leon County Sheriff's Office, 2825 Municipal Way, Tallahassee, Florida 32304
cxv. Baker County Sheriff's Office, 1 Sheriff's Office Drive, MacClenny, Florida 32063
cxvi. U.S. Department of Transportation, 1200 New Jersey Avenue, S.E., Washington, District of Columbia 20590
cxvii. District of Columbia Municipal Corporation, 1201 Hays Street, Tallahassee, Florida, 32301
cxviii. United States Corporation Company, 1201 Hays Street, Tallahassee, Florida, 32301
cxix. Florida Department of Highway Safety and Motor Vehicles, 2900 Apalachee Parkway, Tallahassee, Florida 32399
cxx. Florida Highway Patrol, 7322 Normandy Boulevard, Jacksonville, Florida 32205
cxxi. Leon County Jail, 2825 Municipal Way, Tallahassee, Florida 32304
cxxii. FCI Coleman Medium, 846 NE 54th Terrace, Coleman, Florida 33521.
cxxiii. BT Incorporated, 6265 Gunbarrel Avenue, Suite B, Boulder, Colorado 80301
cxxiv. U.S. Marshals Service, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202
cxxv. U.S. Probation and Pretrial Services, 300 North Hogan Street, Suite 6350 and Suite 2-200, Jacksonville, Florida 32202
cxxvi. U.S. Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
cxxvii. U.S. Department of Justice, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
cxxviii. Federal Bureau of Prisons, 320 First Street, Washington, D.C., 20534.
cxxix. Palmetto Surety Corporation, 109 River Landing Drive, Suite 200, Charleston, South Carolina 29422-7595
cxxx. Danzy Bail Bonds, 2550-C West Pensacola Street, Tallahassee, Florida 32304
cxxxi. Off the Chain Bail Bonds, Inc., 4650 Norwood, Avenue, Jacksonville, Florida 32206



## Universal and International Humanitarian Declaration of Facts

14. On or about April 14, 2010, declarant filed a UCC-1 Financing Statement 10-7228787860 with the California Secretary of State evidencing his paramount security interest and lien on the collateral described therein, including without limitation, declarant's personal body, all fingerprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto; and all other personal goods and personal chattels described therein. (see annexed UCC-1 Financing Statement 10-7228787860 Security Agreement and Indemnity Bond "M1-M10" in 4th Judicial Circuit Duval County 16-2017-CA-2142).

15. On or about February 10, 2010, declarant filed a Notice by Declaration and Affidavit of Consequences For Infringement of Copyright / Trade-name / Trademark Contract with the Duval County Recorder # OR BK 15166 Page 625-627 & 689-693 evidencing her paramount security interest and lien on the collateral described therein. (see annexed Affidavit: Copyright / Trade-name / Trademark Contract "Exhibit J1-J8" in 4th Judicial Circuit Duval County 16-2017-CA-2144).

16. On or about October 1, 2010, declarant filed Notice of Claim of Maritime Lien Instrument # 201054714241 in Putnam County Florida, evidencing the continuation of his paramount security interest and lien on the collateral described therein, including without limitation, declarant's personal body, and all other personal goods and personal chattels described therein. (see

annexed Notice of Claim of Maritime Lien Instrument # 201054714241 Exhibit "N1" in 16-2017-CA-2142).

17. On or about August 2, 2010, declarant filed a Notice of Claim of Maritime Lien # RE603617765US Putnam County Florida Intr. No. 201054710187 with the Putnam County Recorder evidencing her paramount security interest and lien on the collateral described therein, including without limitation, declarant's personal body, and all other personal goods and personal chattels described therein. (see annexed Notice of Claim of Maritime Lien # RE603617765US Putnam County Florida Intr. No. 201054710187 Exhibit "K1" in 16-2017-CA-2144).

18. On or about December 7, 2010, declarant filed a UCC-1 Financing Statement 10-7253610631 with the California Secretary of State evidencing the continuation of his paramount security interest and lien on the collateral described therein including without limitation, declarant's personal body, and all other personal goods and personal chattels described therein. (see annexed UCC-1 Financing Statement 10-7253610631 "Exhibit O1-O4" in 16-2017-CA-2142).

19. On or about October 1, 2010, declarant filed Notice of Claim of Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722 in Putnam County Florida, evidencing the continuation of her paramount security interest and lien on the collateral described therein, including without limitation, declarant's personal body, and all other personal goods and personal chattels described therein. (see annexed Notice of Claim of Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722 Exhibit "L1" in 16-2017-CA-2144).



20. On or about August 26, 2013, declarant filed a UCC-1 Financing Statement 13-7375042214 with the California Secretary of State evidencing the continuation of his paramount security interest and lien on the collateral described therein including without limitation, declarant's personal body, and all other personal goods and personal chattels described therein. (see annexed UCC-1 Financing Statement 13-7375042214 "Exhibit P1-P5" in 16-2017-CA-2142).

21. On or about March 9, 2010, declarant filed a UCC-1 Financing Statement # 2010053308 with the Circuit Clerk of Court Duval County Recording evidencing the continuation of her paramount security interest and lien on the collateral described therein including without limitation, declarant's personal body, and all other personal goods and personal chattels described therein. (see annexed UCC-1 Financing Statement # 2010053308 "Exhibit M1-M6" in 16-2017-CA-2144).

22. On or about August 26, 2013, declarant filed a UCC-1 Financing Statement Assignment 13-73750423 with the California Secretary of State evidencing the continuation of his paramount security interest and lien on the collateral described therein including without limitation, declarant's personal body, and all other personal goods and personal chattels described therein. (see annexed UCC-1 Financing Statement Assignment 13-73750423 "Exhibit Q1-Q3" in 16-2017-CA-2142).

23. On or about September 9, 2010, declarant gave legal notice, demand, and caveat to all the world of ownership, title, cost schedule, levies, liens, and her paramount security interest over Syteria Hephzibah©™® Estate. (see annexed Legal Notice and Demand "Exhibit N1-N12" in 16-2017-CA-2144).



24. On or about March 31, 2014, declarant filed UCC-1 Financing Statement 2014-2695084-41.01 with the Kentucky Secretary of State evidencing the continuation of his paramount security interest and lien on the collateral described therein including without limitation, declarant's personal body, and all other personal goods and personal chattels described therein. (see annexed UCC-1 Financing Statement 2014-2695084-41.01 "Exhibit R1-R10" in 16-2017-CA-2142).

25. On or about June 30, 2011, declarant filed a UCC-1 Financing Statement # 201104871708 with the Florida Secured Transaction Registry evidencing the continuation of her paramount security interest and lien on the collateral described therein including, without limitation, declarant's personal body, all fingerprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto; and all other personal goods and personal chattels described therein. (see annexed UCC-1 Financing Statement # 201104871708 Security Agreement and Indemnity Bond "Exhibit O1-O17" in 16-2017-CA-2144).

26. On or about June 11, 2014, declarant filed a UCC-1 Financing Statement Assignment 14-7415317710 with the California Secretary of State evidencing the continuation of his paramount security interest and lien on the collateral described therein including without limitation, declarant's personal body, and all other personal goods and personal chattels described therein. (see annexed UCC-1 Financing Statement Assignment 14-7415317710 "Exhibit S1-S6" in 16-2017-CA-2142).



27. On or about March 31, 2014, declarant filed a UCC-1 Financing Statement 2014-2695071-97.01 with the Kentucky Secretary of State evidencing the continuation of her paramount security interest and lien on the collateral described therein including without limitation, declarant's personal body, all fingerprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto; and all other personal goods and personal chattels described therein. (see annexed UCC-1 Financing Statement 2014-2695071-97.01 Security Agreement and Indemnity Bond "Exhibit P1-P10" in 16-2017-CA-2144).

28. On or about July 4, 2014, declarant filed a UCC-1 Financing Statement Amendment 14-74187475 with the California Secretary of State evidencing the continuation of his paramount security interest and lien on the collateral described therein including without limitation, declarant's personal body, and all other personal goods and personal chattels described therein. (see annexed UCC-1 Financing Statement Assignment 14-74187475 "Exhibit T1-T5" in 16-2017-CA-2142).

29. On or about July 6, 2015, declarant filed UCC-1 Financing Statement # 2015153501 with the Clerk Circuit Court Duval County Recorder evidencing the continuation of her paramount security interest and lien on the collateral described therein including without limitation, declarant's personal body, and all other personal goods and personal chattels described therein. (see annexed UCC-1 Financing Statement # 2015153501 "Exhibit Q1-Q12" in 16-2017-CA-2144).

RB 917 549 140 US
RB 917 549 153 US

30. On or about February 16, 2015, declarant gave public notice of his copyright trade-name and trademark online to all the world evidenced by the Public Notice Online documents. (see annexed Public Notice Online Documents "Exhibit U1-U3" in 16-2017-CA-2142).

31. On or about August 12, 2015, declarant filed a UCC-1 Financing Statement # 2015185625 with the Clerk Circuit Court Duval County Recorder evidencing the continuation of her paramount security interest and lien on the collateral described therein including without limitation, declarant's personal body, and all other personal goods and personal chattels described therein. (see annexed UCC-1 Financing Statement # 2015185625 "Exhibit R1-R9" in 16-2017-CA-2144).

32. On or about February 19, 2015, declarant filed application for registration of fictitious business name with Florida Department of State (see annexed Florida Department of State Fictitious Business name Application and Registration "Exhibit V1-V3" in 16-2017-CA-2142).

33. On or about January 4, 2015, declarant filed application for registration of fictitious business name with Florida Department of State. (see annexed Florida Department of State Fictitious Business Name Application and Registration #G15000000753 "Exhibit S1-S2" in 16-2017-CA-2144).

34. On or about March 16, 2015, declarant did authenticate his Certificate of Live Birth 5600-5018 with the Seal of United States of America Department of State which entitles declarant's Certificate of Live Birth 5600-5018 to full faith and credit. (see annexed United States of America Department of State Authenticated Certificate of Live Birth 5600-5018 "Exhibit W1-W3" in 16-2017-CA-2142).



35. On or about January 2, 2015, declarant gave public notice to all the world of her copyright trade-name and trademark in the Folio Weekly evidenced by the Affidavit of Publication. On or about January 6, 2015 declarant gave further notice to all the world of her copyright trade-name and trademark by copyright declaration online evidenced by Copyright Deposit #0031755 (see annexed Affidavit of Publication and Copyright Deposit #0031755 "Exhibit T1-T3" in 16-2017-CA-2144).

36. On or about July 5, 2016, respondents were given notice by declaration and affidavit of consequences for infringement of declarant's copyright / trade-name / trademark contract. (see annexed Affidavit: Copyright / Trade-Name / Trademark Contract "Exhibit X1-X5" in 16-2017-CA-2142).

37. On or about April 24, 2014, declarant did authenticate her Certification of Live Birth 109-1954-014113 (short form) and her Certificate of Live Birth 109-1954-014113 (long form) with the Seal of United States of America Department of State which entitles declarant's Certification of Live Birth 109-1954-014113 (short form) and her Certificate of Live Birth 109-1954-014113 (long form) to full faith and credit. (see annexed United States of America Department of State Authenticated Certification of Live Birth 109-1954-014113 (short form) and her Certificate of Live Birth 109-1954-014113 (long form) "Exhibit U1-U6" in 16-2017-CA-2144).

38. On or about July 5, 2016, respondents were given notice of Taquan Rashie Gullett©™® Estate Allodial Cost Schedule for compensation for the infringements, damages, and sanctions listed therein. The respondent(s) did agree to Taquan Rashie Gullett©™® Estate Allodial Cost Schedule and did accept all the terms, conditions and stipulations of Taquan Rashie Gullett©™® Estate Allodial Cost Schedule evidenced by respondent(s)' conduct. (see annexed Taquan



Rashie Gullett©™® Estate Allodial Cost Schedule Allodial Cost Schedule 16-2017-CA-2142 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc #2017082163, OR BK 17940, Page 1662) "Exhibit "Y1" in 16-2017-CA-2142).

39. On or about July 6, 2015, declarant recorded Affidavit of Ownership of Certificate of Title with the Clerk Circuit Court Duval County Recorder # 2015153624 evidencing the continuation of her paramount security interest and lien on the collateral described therein. (see annexed Affidavit of Ownership of Certificate of Title "Exhibit V1-V9" in 16-2017-CA-2144).

40. On or about July 5, 2016, respondents were given notice of declarant's Silver Surety Bond with Collateral and notice of Fiduciary Appointment. The respondent(s) did acknowledge, understand, consent, accept and agree to all of the terms, conditions, and stipulations contained within declarant's Silver Surety Bond by tacit acquiescence, including without limitation, each of the Account Holders and Accounts listed therein shall be severally insured, underwritten, and indemnified against any and all future liabilities as may come to exist, discharging and vacating all such obligations for any amount of fiat private commercial paper without exception. Also, respondents did acknowledge, understand, consent, accept and agree to all of the terms, conditions, and stipulations contained within declarant's Fiduciary Appointment Contract by tacit acquiescence, and respondents are bound to the performance specified therein. (see annexed Silver Surety Bond with Collateral, Notice of Fiduciary Appointment, Notice of Maritime Lien & Invoice "Exhibit Z1-Z25" in 16-2017-CA-2142).

41. On or about April 13, 2016, respondents were given notice of Syteria Hephzibah©™® Estate Allodial Cost Schedule for compensation for the infringements, damages, and sanctions listed therein. The respondent(s) did agree to Syteria Hephzibah©™® Estate Allodial Cost Schedule and did accept all the terms, conditions and stipulations of Syteria Hephzibah©™® Estate Allodial Cost Schedule evidenced by respondent(s)' actions and conduct. (see annexed Syteria Hephzibah ©™® Estate Allodial Cost Schedule 16-2017-CA-2144 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc #2017082126, OR BK 17940, Page 1509) "Exhibit W1, W2" in 16-2017-CA-2144).

42. The declarant was unlawfully arrested and unlawfully detained on February 12, 2015, at the United States District Court for the Middle District Florida Jacksonville Division (A) without the required signed and returned arrest warrant; (B) without any local detainer originating out of California with the Los Angeles County Sheriff's signature upon it; (C) without any federal complaint supported by an affidavit originating from the U.S. District Court Central District of California with a federal judge's signature upon it; (D) without any fugitive warrant originating out of the U.S. District Court Central District of California bearing the signatures and seals of a district court judge and the Governor of California. (see 16-2017-CA-2142).

43. On or about May 23, 2016, respondents were given notice of declarant's Silver Surety Bond with Collateral and Notice of Fiduciary Appointment. The respondent(s) did acknowledge, understand, consent, accept and agree to all of the terms, conditions, and stipulations contained within declarant's Silver Surety Bond by tacit acquiescence, including without limitation, each of the Account Holders and Accounts listed therein shall be severally insured, underwritten, and indemnified against any and all future liabilities as may come to exist, discharging and vacating all such obligations for any amount of fiat private commercial paper without exception. Also, respondents did acknowledge, understand, consent, accept and agree to all of the terms, conditions, and stipulations contained within declarant's Fiduciary Appointment Contract by



tacit acquiescence, and respondents are bound to the performance specified therein. (see annexed Silver Surety Bond with Collateral, Notice of Fiduciary Appointment, Notice of Maritime Lien & Invoice "Exhibit X1-X11" in 16-2017-CA-2144).

44. The declarant's person and property was unlawfully searched and seized without warrant. Deputy U.S. Marshal Larry Brown subjected declarant to unlawful warrantless arrest and excessive force by assault and battery and he did bash declarant's head face-first into a steel bean and did also choke and taunt declarant while the U.S. Marshals Service Deputies took booking photos. (see 16-2017-CA-2142).

45. The declarant was unlawfully arrested and unlawfully detained on February 5, 2015. The declarant's person and property was unlawfully searched and seized without a proper warrant. Deputy U.S. Marshals subjected declarant to sexual battery by patting her down on her crotch, buttocks, and breasts. The arrest was neither supported by a proper Affidavit of Probable Cause nor was it supported by a proper Criminal Complaint. Neither the defective Affidavit of Probable Cause, nor the defective Criminal Complaint, nor the defective Arrest Warrant are in compliance with due process of law. (see 16-2017-CA-2144).

46. The declarant was unlawfully detained at Baker County Detention Center and Metropolitan Detention Center in Los Angeles for approximately 8 months (236 days) with people awaiting and/or serving sentences and/or held in custody pending appeal of their sentences. (see 16-2017-CA-2142).

47. The declarant was kidnapped / abducted by the U.S. Marshal's service and Baker County Sheriff's Office, and Jacksonville Sheriff's Office and declarant was subjected to human trafficking and involuntary servitude by unlawful detainment at Baker County Detention Center and John E. Goode Detention Center. (see 16-2017-CA-2144).



48. The declarant was initially denied bail for reserving and exercising his right to remain silent. The declarant's right to bail was afforded to him after approximately 8 months (236 days) of unlawful detainment at Metropolitan Detention Center in Los Angeles. The same conditions were present at the time bail was initially denied as were present when bail was granted. (see 16-2017-CA-2142).

49. The declarant was subjected to forced medical testing by DNA swabs, finger printing, booking photos, x-ray, and injection of tuberculosis against her will, without her consent, and against declarant's volition, at U.S. District Court Middle District of Florida Jacksonville U.S. Marshals holding jail, at Baker County Detention Center and John E. Goode Detention Center. (see 16-2017-CA-2144).

50. The declarant was kidnapped / abducted by the U.S. Marshal's service, Baker County Sheriff's Office, and Federal Bureau of Prisons, from Jacksonville Florida state, and was subjected to human trafficking and involuntary servitude by unlawful detainment at Metropolitan Detention Center in Los Angeles. (see 16-2017-CA-2142).

51. The declarant's due process of law right to not be compelled to be involved in a compulsory process that might incriminate her is infringed upon by respondent(s) / defendant(s) by requiring drug and testing as a condition of bond on pretrial release. *United States v. Scott*, Ninth Circuit No. 04-10090 (2005), ruled 2-1 that drug testing of Pretrial Releasee is unconstitutional. (see Bond Form for Conditions of Release). Also, the subject-matter of the allegations in this matter have nothing to do with drugs or alcohol use or possession, and the intent of these conditions have nothing to do with ensuring the safety of the community or ensuring that declarant appears in court. (see 16-2017-CA-2144).



52. The declarant was subjected to forced medical testing by x-ray and injection of tuberculosis against his will, without his consent, and against declarant's volition, at Baker County Detention Center and Metropolitan Detention Center in Los Angeles. (see 16-2017-CA-2142).

53. On the record and for the record, declarant has demanded respondents compensate her for their multiple infringements and damages. The respondent(s) and respondent(s)' officers, agents, employees, successors, and assigns in active participation or acting in concert with them have been repeatedly, adequately, and timely Noticed of declarant's Natural rights and Human Rights to due process of law, declarant's denial of consent to these proceedings, declarant's denial of volition to these proceedings, and they have ignored such Notice and have expressed a clear intent to further infringe upon declarant's Natural rights and Human Rights. In the absence of immediate and expeditious restraint there is a likelihood of immediate irreparable injury by further infringement on the part of the respondent(s) without an order granting this Universal and International Humanitarian Declaration for Common Law Prejudgment Writ of Personal Replevin. (see 16-2017-CA-2144).

54. The declarant's due process of law right to not be compelled to be involved in a compulsory process that might incriminate him is infringed upon by the court by requiring drug and alcohol testing as a condition of bond on pretrial release. *United States v. Scott,* Ninth Circuit No. 04-10090 (2005), ruled 2-1 that drug testing of Pretrial Releasee is unconstitutional. (see Bond Form for Conditions of Release pg. 3 & 4). Also, the subject-matter of the allegations in this matter have nothing to do with drugs or alcohol use or possession, and the intent of these conditions have nothing to do with ensuring the safety of the community or ensuring that declarant appears in court. (see 16-2017-CA-2142).

55. On the record and for the record, declarant has demanded respondents compensate him for their multiple infringements and damages. The respondent(s) and respondent(s)' officers, agents, employees, successors, and assigns in active participation or acting in concert with them have been repeatedly, adequately, and timely Noticed of declarant's Natural rights and Human Rights to due process of law, declarant's denial of consent to these proceedings, declarant's denial of volition to these proceedings, and they have ignored such Notice and have expressed a clear intent to further infringe upon declarant's Natural rights and Human Rights. In the absence of immediate and expeditious restraint there is a likelihood of immediate irreparable injury by further infringement on the part of the respondent(s) without an order granting this Universal and International Humanitarian Declaration for Common Law Prejudgment Writ of Personal Replevin. (see 16-2017-CA-2142).

## Universal and International Humanitarian Common Law Agreements (Treaties)

56. The term "estate" is a legal construct first formed under the statutes of the Realm of England and the term also applies to those rights, titles, interests, and obligations first formed by the Divine Creator of All expressed in trust and granted to the combined body, mind and soul of each and every People upon being born. As all legitimate authority and office is ultimately derived from the Divine Creator of All. While by tradition of law, another Estate may claim the right to administer "abandoned property" and the affairs of such an Estate lacking an effective constitution or duly appointed government, when clear and unmistakable proof is provided that such a condition has been remedied, no other Estate nor lesser corporation derived from it may claim rights of administration or jurisdiction.

57. Universal and International Humanitarian Common Law Agreements (Treaties) are basically contractual agreements and/or undertakings between states, or between states and international organizations, which give rise to lawful rights and duties (see *Law of Peace*, supra;



page 8-1). International agreements may codify existing customary law, modify or abridge existing customary law, or create new international law norms.

58. Universal and International Humanitarian Common Law Agreements (Treaties), be they bilateral or multilateral, are generally given different titles depending on the subject matter or the formality with which they were executed. These titles, however, are not used identically in all cases. Thus, it is the substance of each International Agreement (Treaty) which is important and not its descriptive title (see *Kelsen; Principles of International Law 318* (1952). Myers, *Names and Scope of Treaties*, 51 Am. J. Inr'l L. 574 (1957).

59. The term treaty, perhaps the most common word in international contractual parlance, is used in a broad sense to mean any international agreement, or in a restricted sense to mean a particularly formal type of international agreement. "Treaty" has a special meaning under United States municipal law (see Article II, section 2, of the U.S. Constitution delegates the power to the President ". . . by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur," and Article VI, paragraph 2, provides that "... all Treaties made, or which shall be made, under the authority of the United States, shall be the supreme Law of the Land").

60. The term protocol refers to supplementary agreements (see *I. Oppenheim; International Law 878* (8th ed., Lauterpacht 1955):

a) A concordat is an agreement by a State with the Holy See; however, agreements between the Vatican and other states need not be called concordats (see *I. Hyde; International Law 25-26* (1 945).

b) A process verbal is an official record of a meeting or conference (see *I. Oppenheim, supra*, note 8 at 878).

c) A memoire or aide memoire is a diplomatic note summarizing the diplomat's understanding of a convention. A *note verbal* is hardly distinguishable from a *memoire*



except that it is unsigned and summarizes diplomatic discussions (see Law of Peace, supra, page 8-1, 8-2).

d) Sometimes especially formal agreements are described as Acts; General Acts, Statutes, or **Declarations** (see e.g., Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 674-680); see e.g., Caveat: Declaration of Final Default Judgment 16-2017-CP-1020 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814); see e.g., The General Act of Berlin of 1885; the Statute of the Permanent Court of International Justice; the Declaration of Paris of 1856, and the Declaration of St. Petersburg of 1868).

e) On the other hand, the term Congress or Conference may be substituted for these terms. This practice is, however, a loose use of the terms in question. Thus the phrase, "Congress of Vienna" is loosely used to refer to the Final Act or the actual agreement recorded by the principal powers in 1815 after the downfall of Napoleon (see *N.R.Martens, Recueil de Traitks 2*, 379).

f) A modus_vivendi is usually a temporary or provisional arrangement (see 5 G. Hackworth, Digest of International Low 392, 414 (1943)).

g) A compromise may signify an agreement generally, of a conciliatory nature. It is also used to describe the agreed terms under which an arbitrator is empowered to decide a dispute between two states (see W. Bishop, *International Law 61* (2d ed., 1962)).

61. Article 2(1) (a) of the Vienna Convention defines a treaty as an international agreement concluded between two states in written form and governed by international law, whether embodied in a single instrument or in two or more related instruments, and whatever its particular designation.

# Conclusion of Universal and International Humanitarian Common Law Agreements (Treaties)

62. Formal Requirements. The traditional procedure for the conclusion of an international agreement is for the parties to **record** their **common intention**, arrived at after negotiation through diplomatic or other channels or at a conference of interested states, in a single formal



instrument. This is still the normal procedure for international agreements (see *Law of Peace*, supra, page 8-4).

63. One of the conspicuous modern developments in treaty-making procedure, however, has been the rapid increase in the number and frequency of agreements recorded in simplified form. Probably a majority of the agreements currently concluded are effected by the simple exchange of diplomatic notes recording the terms of the proposed agreement and the consent of each state concerned to be bound thereby (see *Law of Peace*, supra, page 8-4).

64. A treaty relationship may also be created by indirect manifestations of consent, as when states consent to the compulsory jurisdiction of the International Court of Justice by means of unilateral declarations deposited with common reference to Article 36(2) of the Court's statute. The exchange or deposit of *notes verbales* may also give rise to a treaty relationship (see *Law of Peace*, supra, page 8-4).

65. Oral Agreements. The validity of oral agreements is widely admitted, whether they are later reduced to writing or not. Although Article 2 of the Convention requires that treaties be "in written form," Article 3 provides that the fact that a treaty is not in written form shall not affect the legal force of the agreement. Thus, under existing international law, there is nothing to prevent an international agreement from being made orally (see *Law of Peace*, supra, page 8-4).

66. Written Agreements. The generally favored view is that the written instrument alone should be regarded as "the treaty." Thus, akin to the "parole evidence" rule in municipal law, working papers and other evidence of the drafters' intent may not be used to modify the clear words of the written document (see Harvard Research, *supra*, note 19; Jurisdiction of the Commission of the Oder 119291 P.C.I.J., ser. A, No. 23, at 42. *But see* H. Lauterpacht, *The Development of International Law by the International Court* 136-37 (1958)).



# Consent to Be Bound by a Universal and International Humanitarian Common Law Agreement (Treaty)

67. In general, the text of a treaty is considered to be adopted upon the consent of all states participating in its drafting or, at an international conference, by the vote of two-thirds of the states present and voting, unless, by the same majority, they shall decide to apply a different rule. (see *Vienna Convention*, supra, at Article 9). Consent may be expressed by signature, exchange of instruments constituting a treaty, ratification, acceptance, approval or accession, or any other means if the treaty so provides or it is agreed upon by the states involved (see *Vienna Convention*, supra, at Articles 11-15).

68. Once a state has signed or exchanged instruments subject to ratification, acceptance, or approval, or has expressed its consent to be bound pending entry into force of the treaty, it must refrain from acts which would defeat the object and purpose of the agreement. (see *Vienna Convention*, supra, at Article 12).

69. Increasing numbers of treaties provide for "acceptance" or "approval" as a substitute for one or more of the other procedures - signature, ratification, accession, - by which a state consents to be bound by a multilateral treaty. The significance of a provision requiring "acceptance" or "approval" is that the latter terms imply less formality than "ratification" (see *Law of Peace*, supra, page 8-5).

70. The Vienna Convention provides that, unless otherwise stated in a treaty, instruments of ratification, acceptance, approval, or accession establish the consent of a state to be bound upon their exchange between the contracting states, their deposit with the depositary, or their notification to the contracting states or depositary (see *Vienna Convention*, supra, at Article 12).

## Entry into Force of Universal and International Humanitarian Common Law Agreements (Treaties)

71. The Vienna Convention provides that a treaty becomes effective as soon as consent to be bound has been established for all of the negotiating states (see *Vienna Convention*, supra, at Article 24(1) and (2)). If a state's consent to be bound is established on a date after the treaty has come into force, it becomes effective for that state on that date (see *Vienna Convention*, supra, at Article 24(3)).

## The Validity and Effect of Universal and International Humanitarian Common Law Agreements (Treaties)

72. The Binding Force of International Agreements is basically a contract binding force between states, and elements of obligation akin to those found in municipal contract law are present. It is the assent to be bound that obligates the parties. As one writer has observed, ". . . it is merely a question of fact whether, in a concrete instance, a subject of international law has made a declaration of intention, which in the circumstances, can be considered by other international persons or by international organs as meant to produce legal consequences in international law" (see G. *Schwarienberger, A Manual of International Law* 224 (1960)). The Vienna Convention provides that ". . . a treaty enters into force as soon as consent to be bound by the treaty has been established for all the negotiating states" (see Law of Peace, supra, page 8-9).

73. The respondent(s) / libelee(s) / propounder(s) have willfully and voluntarily consented occupy an *Executor De Son Tort* position which by Divine Law, Universal Law, International Law, Humanitarian Law, and Common Law demands that the occupier of such position be subject to fiduciary obligations under oath for their conduct and execution of duties merely for the purpose of being sued for their acts *De Son Tort*. Therefore, in accord with Divine Law, Universal Law, International Law, Humanitarian Law, and Common Law, sufficient grounds exist that the respondent(s) / libelee(s) / propounder(s) by their own actions and conduct *De*



*Son Tort* have at the very least agreed to contract with Taquan Rashie Gullett©™® Estate, Syteria Lawrence©™® Estate, and AAMARU©™® Alien Religious Consul Association, hereinafter, **"AAMARU©™®** *Estados Union Ea Al Maurikanos,*" and be subject to its laws and guidelines when engaged *De Son Tort* in business or property of AAMARU©™® *Estados Union Ea Al Maurikanos* and even to be bound to their own oath of office to conduct themselves as fiduciary *De Son Tort*.

74. Furthermore, the respondent(s) / libelee(s) / propounder(s) are persons who through their actions and conduct *De Son Tort* do at the very least acknowledge, understand, consent, accept, and agree to all of the terms, conditions, and stipulations of the following **Universal and International Humanitarian Common Law Agreements (Treaties):**

- **Notice of Trust: Declaration of TAQUAN RASHIE GULLETT©™® Estate 16-2017-CP-1286 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 978-982);**

- **Notice of Trust: Declaration of SYTERIA LAWRENCE©™® Estate 16-2017-CP-1287 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 922-926),**

- **Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 674-680), TAQUAN RASHIE GULLETT©™® Estate** Authenticated Birth Certificate, Registered Copyright, Registered Trademark (united states for America Post Office No. RE246590423US), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000018576), Registered Surety Bond with Collateral (EL 156253975 US), Fiduciary Appointment Contract (EL 156253975 US), Taquan Rashie Gullett©™® Estate Allodial Cost Schedule 16-2017-CA-2142 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc #2017082163, OR BK 17940, Page 1662), Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-7228787860, California UCC 10-7253610631, California UCC 13-7375042214, California UCC 13-73750423, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01), over all alphabetical and/or numerical derivations and/or variations of **TAQUAN RASHIE GULLETT©™®** Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto;



- Caveat: Declaration of Final Default Judgment 16-2017-CP-1020 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814), SYTERIA LAWRENCE©™® Estate Authenticated Birth Certificate, Registered Copyright, Registered Trademark (Copyright Deposit No. 0031755), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000000753), Registered Surety Bond with Collateral (3:15-00016), Fiduciary Appointment Contract (3:15-00016), Syteria Lawrence©™® Estate Allodial Cost Schedule 16-2017-CA-2144 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc #2017082126, OR BK 17940, Page 1509), Paramount Security Interest Holder (Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01; Duval County Recorder UCC Filing # 2015153501, Duval County Recorder UCC Filing # 2015185625), over all alphabetical and/or numerical derivations and/or variations of SYTERIA LAWRENCE©™® Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto;

- Affidavit of Alien Religious Consul Association (see Notice of Trust: Declaration of Taquan Rashie Gullett©™® Estate 16-2017-CP-1286 [RB 917 549 140 US] / Declaration of Syteria Lawrence Estate©™® 16-2017-CP-1287 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017133137, OR BK 18009, Pages 978-986) / (Registrar (Probate Court) Recorder Doc. # 2017133130, OR BK 18009, Pages 922-930);

- Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance [RB 917 549 140 US] Registrar (Probate Court) Recorder Doc # 2017133137, OR BK 18009, Pages 987-997, 4th Judicial Circuit Duval County 16-2017-CA-2142, 1st DCA Appeal 1D17-1699, 1st DCA Appeal 1D17-1851, and all annexes thereto;

- Letter Rogatory: Indemnity Bond and Hold Harmless Writ of Assistance [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017133130, OR BK 18009, Pages 931-941), 4th Judicial Circuit Duval County 16-2017-CA-2144, 1st DCA Appeal 1D17-1538, 1st DCA Appeal 1D17-1852, and all annexes thereto;

- Declaration To Produce Original Documents and Interrogatories (alleged transfer bond forfeiture or contract 2015CF3444A) [RB 917 549 153 US];

- Notice of Default and Estoppel (alleged transfer bond forfeiture or contract 2015CF3444A) [RB 917 549 153 US]);



- AAMARU©™® *Estados Union Ea Al Maurikanos* Title, Rights, and Interests Perfected - Notice of Trust: Declaration of TAQUAN RASHIE GULLETT®™® Estate 16-2017-CP-1286 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 978-982); Notice of Trust: Declaration of SYTERIA LAWRENCE®™® Estate 16-2017-CP-1287 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 922-926); Affidavit of Alien Religious Consul Association (see Notice of Trust: Declaration of Taquan Rashie Gullett®™® Estate 16-2017-CP-1286 [RB 917 549 140 US] / Declaration of Syteria Lawrence®™® Estate 16-2017-CP-1287 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017133137, OR BK 18009, Pages 978-986) / (Registrar (Probate Court) Recorder Doc # 2017133130, OR BK 18009, Pages 922-930); Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 674-680); Caveat: Declaration of Final Default Judgment 16-2017-CP-1020 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814); Taquan Rashie Gullett®™® Estate 16-2017-CA-2142 [RB 917 549 140 US] & Syteria Lawrence®™® Estate 16-2017-CP-1287 [RB 917 549 153 US] – Amended Notice of Existence of Final Will and Testament for Taquan Rashie Gullett / Syteria Lawrence, Notice of Appointment of General Executor / Executrix, Notice of Claim of Right, Notice of Claim of Title, Notice of Taquan Rashie Gullett®™® Estate / Syteria Lawrence®™® Estate Allodial Cost Schedule, Notice and Evidence of Documentary Stamp Duty, Notice of Absolute and Final Confirmation of General Executor / Executrix of Taquan Rashie Gullett®™® Estate / Syteria Lawrence®™® Estate, Notice of Sequestration of Life-Rent and Taquan Rashie Gullett®™® Estate / Syteria Lawrence®™® Estate, Notice of Executive Order 13773 – Enforcing Law With Respect To Transnational Criminal Organizations, Notice of Apostolic Letter Issued Motu Proprio (2013), Notice of Florida Stand Your Ground Law, Notice of Filing of Inter-American Commission on Human Rights Petitions for Protective Measures (Registrar (Probate Court) Recorder Doc # 2017082163, OR BK 17940, Pages 1656-1663; Doc # 2017082126, OR BK 17940, Pages 15036-1510; Doc # 2017083437, OR BK 17942, Pages 914-921; Doc # 2017083334, OR BK 17942, Pages 488-492; Doc # 2017086513, OR BK 17946, Pages 584-597; Doc # 2017086521, OR BK 17946, Pages 639-652; Doc # 2017087614, OR BK 17947, Pages 1792-1805; Doc # 2017087595, OR BK 17947, Pages 1759-1773);

- Affidavit - of Obligation: Universal and International Humanitarian Declaration for Common Law Prejudgment Writ of Personal Replevin [RB 917 549 140 US - RB 917 549 153 US] for the Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, and all annexes thereto;

- Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US] for the Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, and all annexes thereto;



## Universal Law, International Law, Humanitarian Law, and Common Law codified at [Florida Statutes 78.055]

75. Taquan Rashie Gullett©™® Estate's body is Male, five (5) feet, eleven (11) inches tall, and weighs approximately two hundred twenty-two (222) pounds. Taquan Rashie Gullett©™® Estate's body has copper-brownish skin tone, a fit athletic muscular build, brown eyes, and black hair styled in interlocs. Taquan Rashie Gullett©™® Estate's body has a born date of October 8, 1977. Taquan Rashie Gullett©™® Estate's body is an Original Autochthonous American Moor Alien Friend. (see annexed Taquan Rashie Gullett©™® Estate Authenticated Certificate of Live Birth 5600-5018; Estate Title, Rights, and Interests Documents). (see 16-2017-CA-2142).

76. Syteria Lawrence©™® Estate's body is Female, five (5) feet, three (3) inches tall, and weighs approximately one hundred twenty (120) pounds. Syteria Lawrence©™® Estate's body has copper-brownish skin tone, a fit athletic feminine build, brown eyes, and black hair styled in short curly 9-ether interlocs. Syteria Lawrence©™® Estate's body has a born date of March 28, 1954. Syteria Lawrence©™® Estate's body is an Original Autochthonous American Moor Alien Friend (see annexed Syteria Lawrence©™® Estate Authenticated Certification of Live Birth 109-1954-014113 (short form) and her Certificate of Live Birth 109-1954-014113 (long form) ; Estate Title, Rights, and Interests Documents). (see 16-2017-CA-2144).

77. The declarant is the General Executor/Executrix – Caveator/Caveatrix – Creditor of Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® Alien Religious Consul Association's body and all estate collateral corporeal and incorporeal and declarant is entitled to absolute possession of Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® Alien Religious Consul Association's body and all estate collateral



corporeal and incorporeal free and clear of any distresses, constraints, restrains, or detainments. The source and authority of such titles, rights, and interests comes from Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, Property, Family, Natural Environment, and Cultural Heritage, and also from declarant's Mothers, declarant's Fathers, and declarant's Ancestors. AAMARU©™® *Estados Union Ea Al Maurikanos* is entitled to All of the Fundamental Guarantees of the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, and all annexes thereto. AAMARU©™® *Estados Union Ea Al Maurikanos'* titles, rights, and paramount security interests are noticed and perfected by **Court of Record** in the commercial registry by AAMARU©™® *Estados Union Ea Al Maurikanos'* Title, Rights, and Interests Perfected. (see annexed AAMARU©™® *Estados Union Ea Al Maurikanos* Title, Rights, and Interests Perfected – <u>Notice of Trust: Declaration of TAQUAN RASHIE</u> <u>GULLETT©™® Estate 16-2017-CP-1286 [RB 917 549 140 US]</u> (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 978-982); <u>Notice of Trust: Declaration of</u> <u>SYTERIA LAWRENCE©™® Estate 16-2017-CP-1287 [RB 917 549 153 US]</u> (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 922-926); <u>Affidavit of</u> <u>Alien Religious Consul Association</u> (see <u>Notice of Trust: Declaration of Taquan</u> <u>Rashie Gullett©™® Estate 16-2017-CP-1286 [RB 917 549 140 US]</u> / <u>Declaration of</u> <u>Syteria Lawrence©™® Estate 16-2017-CP-1287 [RB 917 549 153 US]</u> (Registrar (Probate Court) Recorder Doc # 2017133137, OR BK 18009, Pages 978-986) / (Registrar (Probate Court) Recorder Doc # 2017133130, OR BK 18009, Pages 922-930); <u>Caveat: Declaration of Final</u> <u>Default Judgment 16-2017-CP-1025 [RB 917 549 140 US]</u> (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 674-680); <u>Caveat: Declaration of Final</u> <u>Default Judgment 16-2017-CP-1020 [RB 917 549 153 US]</u> (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814); <u>Taquan Rashie Gullett©™®</u>



Estate 16-2017-CA-2142 [RB 917 549 140 US] & Syteria Lawrence©™® Estate 16-2017-CP-1287 [RB 917 549 153 US] – Amended Notice of Existence of Final Will and Testament for Taquan Rashie Gullett / Syteria Lawrence, Notice of Appointment of General Executor / Executrix, Notice of Claim of Right, Notice of Claim of Title, Notice of Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate Allodial Cost Schedule, Notice and Evidence of Documentary Stamp Duty, Notice of Absolute and Final Confirmation of General Executor / Executrix of Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate, Notice of Sequestration of Life-Rent and Taquan Rashie Gullett©™® Estate / Syteria Lawrence©™® Estate, Notice of Executive Order 13773 – Enforcing Law With Respect To Transnational Criminal Organizations, Notice of Apostolic Letter Issued Motu Proprio (2013), Notice of Florida Stand Your Ground Law, Notice of Filing of Inter-American Commission on Human Rights Petitions for Protective Measures (Registrar (Probate Court) Recorder Doc # 2017082163, OR BK 17940, Pages 1656-1663; Doc # 2017082126, OR BK 17940; Pages 15036-1510; Doc # 2017083437, OR BK 17942, Pages 914-921; Doc # 2017083334, OR BK 17942, Pages 488-492; Doc # 2017086513, OR BK 17946, Pages 584-597; Doc # 2017086521, OR BK 17946, Pages 639-652; Doc # 2017087614, OR BK 17947, Pages 1792-1805; Doc # 2017087595, OR BK 17947, Pages 1759-1773).

78. AAMARU©™® *Estados Union Ea Al Maurikanos'* Universal and International Humanitarian Common Law Agreements (Treaties) are a Court of Record and are all recorded and published on the rolls of AAMARU©™® *Estados Union Ea Al Maurikanos* at the Duval County Florida Registrar (Probate Court) / Recorder:

- *Black's Law Dictionary 2nd Edition* defines "Court of Record" as – Those whose judicial acts and proceedings are enrolled in parchment, for a perpetual memorial and testimony, which rolls are called the "records of the court," and are of such high and supereminent authority that their truth is not to be called in



question. Every Court of Record has authority to fine and imprison for contempt of its authority. 3 Broom & H. Comm. 21, 30. A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. *Jones v. Jones*, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, *Ledwith v. Rosalsky*, 244 N.Y. 406, 155 N.E. 688, 689. **Debts of Record** are those which appear to be due by the evidence of a Court of Record; such as a judgment, recognizance, etc.

79. Taquan Rashie Gullett©™® Estate's body was abducted, assaulted, battered, human trafficked, unlawfully detained, and the respondent(s) / libelee(s) / propounder(s) came into possession thereof by means of violence, force, threat, duress, and coercion, and respondents continue the unlawful detainment by means of violence, force, threat, duress, and coercion as of the filing of this Universal and International Humanitarian Declaration for Common Law Prejudgment Writ of Personal Replevin. (see 16-2017-CA-2142).

80. Syteria Lawrence©™® Estate's body was abducted, assaulted, battered, human trafficked, unlawfully detained, and the respondent(s) came into possession thereof by means of violence, force, threat, duress, and coercion, and respondents continue the unlawful detainment by means of violence, force, threat, duress, and coercion as of the filing of this Universal and International Humanitarian Declaration for Common Law Prejudgment Writ of Personal Replevin. (see 16-2017-CA-2144).

81. Taquan Rashie Gullett©™® Estate's and Syteria Lawrence©™® Estate's body and collateral have not been taken for a tax, assessment, or fine pursuant to law, or under an execution or attachment against Taquan Rashie Gullett©™® Estate's and Syteria Lawrence©™® Estate's property. (see 16-2017-CA-2142 / 16-2017-CA-2144).

82. The respondent(s) / libelee(s) / propounder(s) have defaulted on the terms, conditions, and stipulations of the Universal and International Humanitarian Common Law Agreements (Treaties) [RB 917 549 140 US – RB 917 549 153 US] Taquan Rashie



Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® Alien Religious Consul Association's and AAMARU©™® *Estados Union Ea Al Maurikanos* Estate Titles, Rights, and Interests Perfected, by failing to remit compensation and reparations to declarant. Also, the respondent(s) / libelee(s) / propounder(s) are in breach of contract. The respondent(s) / libelee(s) / propounder(s) have failed to cure their default or remedy their breach of contract. As a result of respondent(s)' / libelee(s)' / propounder(s)' failure to remit compensation and reparations and remedy their breach of contract, **Taquan Rashie Gullett©™® Estate, Syteria Lawrence©™® Estate, AAMARU©™® Alien Religious Consul Association, and AAMARU©™®** *Estados Union Ea Al Maurikanos* have suffered irreparable injury, damages, Natural Rights Infringements, and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions,* the *Geneva Conventions,* the *Inter-American Conventions,* the *Rome Statute,* and all annexes thereto. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed **Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors — A Delict Penal Action** [RB 917 549 140 US - RB 917 549 153 US]).

83. Due to the default and breach of contract by respondent(s) / libelee(s) / propounder(s) of the **Universal and International Humanitarian Common Law Agreements (Treaties) [RB 917 549 140 US - RB 917 549 153 US] Taquan Rashie Gullett©™®** Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® Alien Religious Consul Association's, and AAMARU©™® *Estados Union Ea Al Maurikanos* Estate Titles, Rights, and Interests Perfected, declarant is entitled to immediate recovery and absolute possession of their bodies corporeal and incorporeal free and clear of any unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay; declarant is entitled to



immediate recovery and absolute possession of their land, Molly's Garden Countee, Timucuan Al Andalusia, Northwest Amexem (Morocco) [Jacksonville Florida state][Latitude: 30.360727, Longitude: -81.646558][National Grid: 17R MP, Northings: 58, Eastings: 37][422 East 27th Street][RE # 133115-0000, AH-256-01-2S-26E.057 Long Branch, PT Lot 4 Rec'd O/R 15397-798][RE # 133112-0000, 55-2S-26E Long Branch, PT Lot 4 Rec'd O/R BK 4995-392][619 East 27th Street][RE # 133058-0000, 06-2S-27E North Springfield Terrace, Lots 15, 22, W 30ft. Lot 23, Blk. 4 ][RE # 133059-0000, 3-88-46-2S-27E North Springfield Terrace, Lot 16, Blk 4] [Mailing Location: c/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state, Timucuan Al Andalusia Northwest Amexem (Morocco)], corporeal and incorporeal, free and clear of any unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay; and declarant is entitled to immediate recovery and absolute possession of all Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® Alien Religious Consul Association's and AAMARU©™® *Estados Union Ea Al Maurikanos* corporeal and incorporeal collateral free and clear of any unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed **Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action** [RB 917 549 140 US – RB 917 549 153 US]).

84. A portion of said Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® Alien Religious Consul Association's and AAMARU©™® *Estados Union Ea Al Maurikanos* corporeal and incorporeal collateral includes without limitation:



- the return of value of declarant's private conveyance **2006 Mitsubishi Lancer VIN: JA3AJ26E86U068661** plus compensation and reparations for any and all loss of trade directly or indirectly attributed to the unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay of declarant's private conveyance **2006 Mitsubishi Lancer VIN: JA3AJ26E86U068661;**

- the return of value of declarant's private conveyance **2003 Nissan 350z VIN: JN1AZ34D73T117363068661** plus compensation and reparations for any and all loss of trade directly or indirectly attributed to the unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay of declarant's private conveyance **2003 Nissan 350z VIN: JN1AZ34D73T117363068661;**

- the return of value of declarant's private conveyance **2006 Ford Focus VIN: 1FAFP34N16W233359** plus compensation and reparations for any and all loss of trade directly or indirectly attributed to the unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay of declarant's private conveyance **2006 Ford Focus VIN: 1FAFP34N16W233359;**

- the return of value of declarant's **Two Thousand ($2,000) Dollars in United States Post Office Money Orders # 24267333611, # 24503330968, # 24503330957 extorted as ransom** from Syteria Lawrence©™® Estate by Derrick Spencer, Off the Chain Bail Bonds, Inc., plus compensation and reparations for any and all loss of trade directly or indirectly attributed to the unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay of declarant's **Two Thousand ($2,000) Dollars in United States Post Office Money Orders # 24267333611, # 24503330968, # 24503330957 extorted** as ransom by Derrick Spencer, Off the Chain Bail Bonds, Inc. (see annexed United States Post Office Money Orders # 24267333611, # 24503330968, # 24503330957 indorsed "Extortion" and "Ransom" payable to Derrick Spencer, Off the Chain Bail Bonds, Inc.; see Off the Chain Bail Bonds, Inc. receipts). (see "Extortion" and "Ransom" email). (see **Declaration To Produce Original Documents and Interrogatories** (alleged transfer bond forfeiture or contract **2015CF3444A**) [RB 917 549 153 US]; **Notice of Default and Estoppel** (alleged transfer bond forfeiture or contract **2015CF3444A**) [RB 917 549 153 US]);


85. Declarant is the General Executor / Executrix – Caveator / Caveatrix – Creditor of the Universal and International Humanitarian Common Law Agreements (Treaties) [RB 917 549 140 US - RB 917 549 153 US] Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™₂ Alien Religious Consul Association's, and



AAMARU℠ *Estados Union Ea Al Maurikanos* Estate Titles, Rights, and Interests Perfected corporeal and incorporeal collateral listed therein. Also, declarant is entitled to recover compensation, damages, reparations, and reasonable fees and costs in bringing this suit. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US – RB 917 549 153 US]).

86. To declarant's best knowledge, information, and belief, the collateral is located in and around Molly's Garden Countee, Timucuan Al Andalusia, Northwest Amexem (Morocco) [Jacksonville Florida state][Latitude: 30.360727, Longitude: -81.646558][National Grid: 17R MP; Northings: 58, Eastings: 37][422 East 27th Street][RE # 133115-0000, AH-256-01-2S-26E.057 Long Branch, PT Lot 4 Rec'd O/R 15397-798][RE # 133112-0000, 55-2S-26E Long Branch, PT Lot 4 Rec'd O/R BK 4995-392][619 East 27th Street][RE # 133058-0000, 06-2S-27E North Springfield Terrace, Lots 15, 22, W 30ft Lot 23, Blk 4 ][RE # 133059-0000, 3-88-46-2S-27E North Springfield Terrace, Lot 16, Blk 4] [Mailing Location: ℅ 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state, Timucuan Al Andalusia Northwest Amexem (Morocco)]. The present value of the collateral is unknown at this time. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US – RB 917 549 153 US]).

87. The respondent(s) / libelee(s) / propounder(s) have wrongful possession of and unlawfully detain the corporeal and incorporeal collateral from the declarant. The reason for said unlawful detention is, upon declarant's information and belief, obstinacy and hope of further financial gain. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-



2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies; High Crimes; and Misdemeanors – A Delict Penal Action [RB 917 549 140 US – RB 917 549 153 US]).

88. The respondent(s) / libelee(s) / propounder(s) came into possession of the corporeal and incorporeal collateral by the operation of their business of war crimes; piracy; privateering; oppression; genocide; kidnapping; human trafficking; involuntary servitude; false imprisonment; unlawful detainment; slavery; peonage; fraud; racketeering; abduction; fraud committed in the attempted procurement of jurisdiction; fraud upon the court; violation of rules, procedures, laws, and the customary standard of international law; trespass; *ultra vires* acts; *de son tort* acts in escheatment and reversion of estates and hereditaments by means of violence, force, threat, duress, and coercion constituting multiple infringements of declarant's constitutionally protected Natural rights, Human rights, and Grave Breaches of the Fundamental Guarantees of the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute*, and all annexes thereto. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US – RB 917 549 153 US]).

89. All conditions precedent to the bringing of this action have occurred or have been waived. All the conditions precedent to declarant's right to recovery of compensation, damages, reparations, and Universal and International Humanitarian Common Law Prejudgment Writ of Personal Replevin of the corporeal and incorporeal collateral have been performed or have occurred. The declarant is entitled to immediate possession of all the corporeal and incorporeal



collateral free and clear of any unlawful detainment(s), distress(es), constraint(s), restrain(s), or decay due to the default and breach of contract by respondent(s) / libelee(s) / propounder(s) of the Universal and International Humanitarian Common Law Agreements (Treaties) [RB 917 549 140 US - RB 917 549 153 US] Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® Alien Religious Consul Association's, and AAMARU©™® *Estados Union Ea Al Maurikanos* Estate Titles, Rights, and Interests Perfected. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US]).

90.  The Universal and International Humanitarian Common Law Agreements (Treaties) [RB 917 549 140 US - RB 917 549 153 US] Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® Alien Religious Consul Association's, and AAMARU©™® *Estados Union Ea Al Maurikanos* Estate Titles, Rights, and Interests Perfected are valid, verified,    and enforceable Court of Record International Agreements (Treaties). (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US]).

91.  Declarant is the General Executor / Executrix – Caveator / Caveatrix – Creditor of the Universal and International Humanitarian Common Law Agreements (Treaties) [RB 917 549 140 US - RB 917 549 153 US] Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® Alien Religious Consul Association's, and AAMARU©™® *Estados Union Ea Al Maurikanos* Estate Titles, Rights, and Interests



Perfected and holds paramount security interest in the corporeal and incorporeal collateral listed therein. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors — A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US]).

92. Declarant is in possession of the original authenticated **Universal and International Humanitarian Common Law Agreements (Treaties) [RB 917 549 140 US - RB 917 549 153 US] Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® Alien Religious Consul Association's, and AAMARU©™®** *Estados Union Ea Al Maurikanos* Estate Titles, Rights, and Interests Perfected. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors — A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US]).

93. Pursuant to the **Universal and International Humanitarian Common Law Agreements (Treaties) [RB 917 549 140 US - RB 917 549 153 US] Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® Alien Religious Consul Association's, and AAMARU©™®** *Estados Union Ea Al Maurikanos* Estate Titles, Rights, and Interests Perfected and **Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors — A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US].** True Bills, the respondent(s) / libelee(s) / propounder(s) are fully liable to the declarant for the following sums that are due in compensation, reparations, and damages:

# True Bill

A. Compensation to Taquan Rashie Gullett©™® Estate in the amount of Seven Hundred Eighty-One ($781,000,000.00) Million One-Ounce Silver coins of .9999 fine silver or the equivalent par value of Red Seal Silver Certificates in accord with Executive Order 11110, or the equivalent par value as established by law or the exchange rate as set by the American Mint Treasury bullion fund and the Coinage Act of 1792, whichever is the higher amount, for a certified One Ounce Silver Coin (Silver Dollar). This claim is to be remitted in Red Seal Silver Certificates, Post Office Treasury Money Orders, or other bullion certified funds, and is only acceptable at equivalent par value as indicated above;

B. Damages to Taquan Rashic Gullett©™® Estate in the amount of Two Hundred Thirty-Four ($234,300,000.00) Million Three Hundred Thousand One-Ounce Silver coins of .9999 fine silver or the equivalent par value of Red Seal Silver Certificates in accord with Executive Order 11110, or the equivalent par value as established by law or the exchange rate as set by the American Mint Treasury bullion fund and the Coinage Act of 1792, whichever is the higher amount, for a certified One Ounce Silver Coin (Silver Dollar). This claim is to be remitted in Red Seal Silver Certificates, Post Office Treasury Money Orders, or other bullion certified funds, and is only acceptable at equivalent par value as indicated above;

C. Compensation to Syteria Lawrence©™® Estate in the amount of Seven Hundred Eighty-Eight ($788,000,000.00) Million One-Ounce Silver coins of .9999 fine silver or the equivalent par value of Red Seal Silver Certificates in accord with Executive Order 11110, or the equivalent par value as established by law or the exchange rate as set by the American Mint Treasury bullion fund and the Coinage Act of 1792, whichever is the higher amount, for a certified One Ounce Silver Coin (Silver Dollar). This claim is to be remitted in Red Seal Silver Certificates, Post Office Treasury Money Orders, or other bullion certified funds, and is only acceptable at equivalent par value as indicated above;

D. Damages to Syteria Lawrence©™® Estate in the amount of Two Hundred Thirty-Six ($236,400,000.00) Million Four Hundred Thousand One-Ounce Silver coins of .9999 fine silver or the equivalent par value of Red Seal Silver Certificates in accord with Executive Order 11110, or the equivalent par value as established by law or the exchange rate as set by the American Mint Treasury bullion fund and the Coinage Act of 1792, whichever is the higher amount, for a certified One Ounce Silver Coin (Silver Dollar). This claim is to be remitted in Red Seal Silver Certificates, Post Office Treasury Money Orders, or other bullion certified funds, and is only acceptable at equivalent par value as indicated above;

E. Fees and costs incurred in bringing this action.



# 94) Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and *Geneva Conventions* and all annexes thereto, codified at [Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US] True Bill: *Elements and Specifications* filed in United States Court of Federal Claims Number 1:16-cv-00541-NBF, annexed hereto in full]

## Charge Sheet, Invoice, and True Bill

Natural Rights infringements, Human Rights infringements, Constitutionally Protected Rights infringements, Civil Liberties infringements with imprisonment penalty and money damages not listed otherwise are in accord with [Title 18 U.S.C.§ 3571]. Felonies are set at $250,000 and misdemeanors at $100,000 for each offense by each Respondent/Libelee/Defendant, jointly and severally.

| Nature of Felony, High Crime, Or Misdemeanor | Money Damages | Authority | Imprisonment Penalty |
|---|---|---|---|
| Misprison of Felony | $500 | 18 U.S.C. § 4 | 3 years |
| Capital Felony Treason | $10,000 | 18 U.S.C. § 2381 | 5 years |
| Misprison of Treason | $10,000 | 18 U.S.C. § 2382 | 7 years |
| Genocide | $1,000,000 | 18 U.S.C. § 1091 | 20 years |
| Fraud (Misrepresentation) | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Fraud (False Statements) | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Fraud (Fictitious Statements) | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Fraud (Fraudulent Statements | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Extortion | $1,000 | 18 U.S.C. § 872 | 1 year |
| Conspiracy | $10,000 | 18 U.S.C. § 241 | 10 years |
| Deprivation of Rights | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Human) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Constitutional) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Civil Liberties) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Due Process) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Racketeering | $250,000 | 18 U.S.C. § 1964 | 20 years |
| Grand Larceny Theft Felony | $250,000 | 18 U.S.C. § 3571 | 5 years |
| Terrorism (Domestic) | $250,000 | 18 U.S.C. § 2331 | 20 years |
| Providing material support to terrorists | $250,000 | 18 U.S.C. § 2339 | 15 years |
| Torture | $250,000 | 18 U.S.C. § 234A | 20 years |
| Conspiracy to commit Torture | $250,000 | 18 U.S.C. § 234A | 20 years |
| Oppression | $10,000 | 18 U.S.C. § 241 | 10 years |
| Seditious Conspiracy | $10,000 | 18 U.S.C. § 2384 | 20 years |
| Seditious Libel | $10,000 | 18 U.S.C. § 2384 | 20 years |
| Seditious Defamation | $10,000 | 18 U.S.C. § 2384 | 20 years |
| Rebellion or Insurrection | $10,000 | 18 U.S.C. § 2383 | 10 years |
| Advocating overthrow of Government | $10,000 | 18 U.S.C. § 2385 | 20 years |
| Peonage | $250,000 | 18 U.S.C. §§1581–1596 | 20 years |
| Slavery | $250,000 | 18 U.S.C. §§1581–1596 | 20 years |



Trafficking in Persons.............................................$250,000.............18 U.S.C. §§1581-1596.........20 years
Kidnapping.........................................................$250,000.............18 U.S.C. §§1581-1596.........20 years
Attempted Kidnapping...........................................$250,000.............18 U.S.C. §§1581-1596.........20 years
Conspiracy to kidnap, injure, or damage property........$250,000.............18 U.S.C. § 956................35 years
Intent to defraud (U.S. Obligations or securities).........$250,000.............18 U.S.C. § 471................20 years
Falsely makes (U.S. Obligations or securities)............$250,000.............18 U.S.C. § 471................20 years
Forges (U.S. Obligations or securities).....................$250,000.............18 U.S.C. § 471................20 years
Counterfeits (U.S. Obligations or securities)...............$250,000.............18 U.S.C. § 471................20 years
Criminal Copyright Infringement.............................$1,000.............18 U.S.C. § 2319................1 year
Misconduct.........................................................$250,000.............18 U.S.C. § 3333................5 years
Malfeasance........................................................$250,000.............18 U.S.C. § 3333................5 years
Malfeasance in office............................................$250,000.............18 U.S.C. § 3333................5 years
Offenses by U.S. officers / U.S. employees ...............$10,000.............26 U.S.C. § 7214................5 years
Civil Damages for failure to release lien....................$250,000.............18 U.S.C. § 7432................0 years
Civil Damages for unauthorized actions (Reckless).......$1,000,000.............18 U.S.C. § 7433................0 years
Civil Damages for unauthorized actions (Intentional)....$1,000,000.............18 U.S.C. § 7433................0 years
Civil Damages for unauthorized actions (Negligent)......$1,000,000.............18 U.S.C. § 7433................0 years
Mailing threatening communications..........................$250,000.............18 U.S.C. § 876................10 years
Blackmail...........................................................$250,000.............18 U.S.C. § 873................1 year
Receiving the proceeds of extortion..........................$250,000.............18 U.S.C. § 880................3 years
Extortion by U.S. officers / U.S. employees...............$250,000.............18 U.S.C. § 880................3 years
Continuing financial crimes enterprise (Organization)....$20,000,000.............18 U.S.C. § 225................10 years
Continuing financial crimes enterprise (Individual).......$10,000,000.............18 U.S.C. § 225................10 years
Frauds and Swindles..............................................$1,000,000.............18 U.S.C. § 1341................20 years
Continuing financial crimes enterprise (Individual).......$10,000,000.............18 U.S.C. § 225................10 years
Monetary transactions derived from unlawful acts.........$250,000.............18 U.S.C. § 1957................10 years
Debt Collection Practices (Civil Liability)...................$500,000.............15 U.S.C. § 1692................0 years
Embezzlement against estate....................................$250,000.............18 U.S.C. § 153................5 years
Entry of goods by means of false statements................$250,000.............18 U.S.C. § 542................2 years
Concealing person from arrest..................................$250,000.............18 U.S.C. § 1071................5 years
Piracy under law of nations.....................................$250,000.............18 U.S.C. § 1651................Life
Receipt of pirate property........................................................................18 U.S.C. § 1651................10 years
Robbery ashore....................................................................................18 U.S.C. § 1661................Life
False entries and reports of moneys or securities............$250,000.............18 U.S.C. § 2073................10 years
Clerk of United States District Court..........................$250,000.............18 U.S.C. § 2073................5 years
Authority exceeded in executing warrant......................$250,000.............18 U.S.C. § 2234................1 year
Trusts, etc., in restraint of trade illegal (corporation)...$100,000,000.............15 U.S.C § 1................10 years
Trusts, etc., in restraint of trade illegal (person)...........$1,000,000.............15 U.S.C § 1................10 years
Monopolizing trade a felony (corporation)..................$100,000,000.............15 U.S.C § 2................10 years
Monopolizing trade a felony (person).........................$1,000,000.............15 U.S.C § 2................10 years
Wrongful Conversion / Embezzlement........................$250,000.............18 U.S.C. § 641................10 years
Wrongful Conversion / Embezzlement........................$250,000.............18 U.S.C. § 645................10 years
Wrongful Conversion / Embezzlement........................$250,000.............18 U.S.C. § 646................10 years
Wrongful Conversion / Embezzlement........................$250,000.............18 U.S.C. § 654................10 years
False Certificates.................................................$250,000.............18 U.S.C. § 1018................5 years
False Writings.....................................................$250,000.............18 U.S.C. § 1018................5 years
Assault..............................................................$250,000.............18 U.S.C. § 113................10 years
Disloyalty / Asserting right to strike..........................$250,000.............18 U.S.C. § 1918................1 year
False Statement (Federal employees compensation).......$250,000.............18 U.S.C. § 1920................5 years
Fraud (Federal employees compensation)....................$250,000.............18 U.S.C. § 1920................5 years
Perjury.............................................................$250,000.............18 U.S.C. § 1621................5 years
Aiding and Abetting.............................................$250,000.............18 U.S.C. § 2................5 years
Interference with Commerce by Threats......................$250,000.............18 U.S.C. § 1951(a)................5 years
Interference with Commerce by Violence.....................$250,000.............18 U.S.C. § 1951(a)................5 years



Fraud (Customs Duties)..............................................$250,000.................19 U.S.C. § 1592.................5 years
Gross Negligence (Customs Duties)........................$250,000.................19 U.S.C. §1592.................5 years
Willful Negligence (Customs Duties).......................$250,000.................19 U.S.C. § 1592.................5 years
Penalties and Injunctions.........................................$250,000.................18 U.S.C. § 216.................5 years
Tampering with a witness, victim, or informant.........$250,000.................18 U.S.C. § 1512.................20 years
Retaliating against a witness, victim, or informant.......$250,000.................18 U.S.C. § 1513.................20 years

**TAQUAN RASHE GULLETT©®**
ALLODIAL COST SCHEDULE.................Constitution Art. 1 Sect. 10....................................$485,000,000.00

**Merchantile Civil Contract**
#RE246590613US...............................Constitution Art. 1 Sect. 10.................................$47,149,352.60

**Merchantile Civil Contract**
#320336USD-OID-TG........................Constitution Art. 1 Sect. 10.................................$40,304,739.20

Ultra Vires acts.........................................Doctrine of Ultra Vires........................(1-6) Equitable Relief

Libel and proceedings                              10 U.S.C. § 7656.........(1) file libel against prize property
    By                                             10 U.S.C. § 7658.........(2) obtain warrant & prize property
    United States Attorney.........................10 U.S.C. § 7659.........(3) obtain property condemnation

Civil action to restrain harassment                                              (4) Temporary Restraining Order
    of a victim or witness.........................18 U.S.C. § 1514.........................and (5) Injunction

Civil action to protect                          18 U.S.C. § 1961(1)         (6) Witness Security Program
    against retaliation                           18 U.S.C. § 3521            Authorization, Approval,
    in fraud cases..................................18 U.S.C. § 1514A.........................Entry & Protection

The current running total and Sum Certain for all compensation, reparations, money damages, imprisonment penalties, and equitable relief in the Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US] True Bill is Eight Hundred Thirty-Three Million, One Hundred Eleven Thousand, Five hundred Ninety-One Dollars and Eighty Cents ($833,111,591.80); Imprisonment Penalties of 825 years to Life (2x); (1-6) Equitable Relief for Affiant; (1) File a Libel against the Prize Property, (2) Obtain a Warrant directing Marshal to Take Custody of the Prize Property, and (3) Proceed to Obtain a Condemnation of the Property; (4) Temporary Restraining Order, (5) Preliminary Injunction, and (5) Permanent Injunction for Affiant against Respondents/Libelees/Defendants; (6) Witness Security Program Authorization, Approval, Entry, and Protection for Affiant and all Affiant's Loved Ones.



# A True Bill

All Claims are stated in U.S. Dollars which means that a U.S. Dollar is defined, for the purposes of this Claim as, a One Ounce Silver coin of .9999 fine silver, or the equivalent par value of Red Seal Silver Certificates in accord with Executive Order 11110, or the equivalent par value as established by law or the exchange rate as set by the American Mint Treasury bullion fund and the Coinage Act of 1792, whichever is the higher amount, for a certified One Ounce Silver Coin (Silver Dollar). This claim is to be remitted in Red Seal Silver Certificates, Post Office Treasury Money Orders, or other bullion certified funds, and is only acceptable at Par Value as indicated above.

Failure to pay Claim in full within Thirty (30) Calendar Days of issuance of INVOICE – VERIFIED STATEMENT OF ACCOUNT, True Bill, or Default as contained herein is interest of 2.0 % per month. Thirty (30) Days from the date of Default beginning on the Thirty-first (31st) Day after Default, the penalties in interest for Failure to pay will increase to 3.0% per month until Claim is paid in full, plus interest as indicated herein.

Punitive Damages will be assessed as the total amount of the damages as outlined herein times three (3). This will be added to the original amount of damages for a total of all damages.

The terms and conditions of this instrument/information/indictment, agreement, and quasi-contract, contain but are not limited to a waiver on Libelees' part of any and all immunities Libelees might claim should Libelees in any way violate the Registered Owner / Authorized Agent and General Executor for the Estate and/or permit others to do so, and those acts are deemed Ultra Vires, Willful and Gross Negligence.

The sum certain per agreement of all violations is with the Libelees' consent to the TAQUAN RASHIE GULLETT℠® ESTATE ALLODIAL COST SCHEDULE contained herein and the Libelees' full acceptance of all liability joint and several for the Claim contained herein. If any provision of this TAQUAN RASHIE GULLETT℠® ESTATE ALLOIDIAL COST SCHEDULE is subject to Estoppel, the remaining provisions shall nevertheless remain in effect.

Of this presentment FIRST AND FINAL NOTICE is hereby given. Take due heed, and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties. Receipt of this instrument/information/indictment, agreement, and quasi-contract does constitute all parties acknowledgement, understanding, consent, acceptance, and agreement to honor all terms, conditions, and stipulations of this agreement.



# 95) Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and *Geneva Conventions* and all annexes thereto, codified at [Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 153 US] True Bill: *Elements and Specifications* filed in United States Court of Federal Claims Number 1:16-cv-00402-VJW, annexed hereto in full]

## Charge Sheet, Invoice, and True Bill

Natural Rights infringements, Human Rights infringements, Constitutionally Protected Rights infringements, Civil Liberties infringements with imprisonment penalty and money damages not listed otherwise are in accord with[Title 18 U.S.C.§ 3571]. Felonies are set at $250,000 and misdemeanors at $100,000 for each offense by each Respondent/Libelee/Defendant, jointly and severally.

| Nature of Felony, High Crime, Or Misdemeanor | Money Damages | Authority | Imprisonment Penalty |
|---|---|---|---|
| Misprison of Felony | $500 | 18 U.S.C. § 4 | 3 years |
| Capital Felony Treason | $10,000 | 18 U.S.C. § 2381 | 5 years |
| Misprison of Treason | $10,000 | 18 U.S.C. § 2382 | 7 years |
| Genocide | $1,000,000 | 18 U.S.C. § 1091 | 20 years |
| Fraud (Misrepresentation) | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Fraud (False Statements) | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Fraud (Fictitious Statements) | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Fraud (Fraudulent Statements | $10,000 | 18 U.S.C. § 1001 | 8 years |
| Extortion | $1,000 | 18 U.S.C. § 872 | 1 year |
| Conspiracy | $10,000 | 18 U.S.C. § 241 | 10 years |
| Deprivation of Rights | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Human) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Constitutional) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Civil Liberties) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Deprivation of Rights (Due Process) | $1,000 | 18 U.S.C. § 242 | 1 year |
| Racketeering | $250,000 | 18 U.S.C. § 1964 | 20 years |
| Grand Larceny Theft Felony | $250,000 | 18 U.S.C.§ 3571 | 5 years |
| Terrorism (Domestic) | $250,000 | 18 U.S.C. § 2331 | 20 years |
| Providing material support to terrorists | $250,000 | 18 U.S.C. § 2339 | 15 years |
| Torture | $250,000 | 18 U.S.C. § 234A | 20 years |
| Conspiracy to commit Torture | $250,000 | 18 U.S.C. § 234A | 20 years |
| Oppression | $10,000 | 18 U.S.C. § 241 | 10 years |
| Seditious Conspiracy | $10,000 | 18 U.S.C. § 2384 | 20 years |
| Seditious Libel | $10,000 | 18 U.S.C. § 2384 | 20 years |
| Seditious Defamation | $10,000 | 18 U.S.C. § 2384 | 20 years |
| Rebellion or Insurrection | $10,000 | 18 U.S.C. § 2383 | 10 years |
| Advocating overthrow of Government | $10,000 | 18 U.S.C. § 2385 | 20 years |
| Peonage | $250,000 | 18 U.S.C. §§1581–1596 | 20 years |
| Slavery | $250,000 | 18 U.S.C. §§1581–1596 | 20 years |



| | | | |
|---|---|---|---|
| Trafficking in Persons | $250,000 | 18 U.S.C. §§1581-1596 | 20 years |
| Kidnapping | $250,000 | 18 U.S.C. §§1581-1596 | 20 years |
| Attempted Kidnapping | $250,000 | 18 U.S.C. §§1581-1596 | 20 years |
| Conspiracy to kidnap, injure, or damage property | $250,000 | 18 U.S.C. § 956 | 35 years |
| Intent to defraud (U.S. Obligations or securities) | $250,000 | 18 U.S.C. § 471 | 20 years |
| Falsely makes (U.S. Obligations or securities) | $250,000 | 18 U.S.C. § 471 | 20 years |
| Forges (U.S. Obligations or securities) | $250,000 | 18 U.S.C. § 471 | 20 years |
| Counterfeits (U.S. Obligations or securities) | $250,000 | 18 U.S.C. § 471 | 20 years |
| Criminal Copyright Infringement | $1,000 | 18 U.S.C. § 2319 | 1 year |
| Misconduct | $250,000 | 18 U.S.C. § 3333 | 5 years |
| Malfeasance | $250,000 | 18 U.S.C. § 3333 | 5 years |
| Malfeasance in office | $250,000 | 18 U.S.C. § 3333 | 5 years |
| Offenses by U.S. officers / U.S. employees | $10,000 | 26 U.S.C. § 7214 | 5 years |
| Laundering of money instruments | $500,000 | 18 U.S.C. § 1956 | 20 years |
| Civil Penalties for Insider Trading | $1,000,000 | 15 U.S.C. § 78u-1 | 0 years |
| Manipulative and deceptive devices | $1,000,000 | 15 U.S.C. § 78j | 0 years |
| Criminal Penalties for Insider Trading (Ind.) | $1,000,000 | Sarbanes-Oxley Act | 10 years |
| Criminal Penalties for Insider Trading (Corp) | $2,500,000 | Sarbanes-Oxley Act | 10 years |
| Securities and commodities fraud | $1,000,000 | 18 U.S.C. § 1348 | 10 years |
| Attempt and Conspiracy | $1,000,000 | 18 U.S.C. § 1349 | 10 years |
| Securities and commodities fraud | $1,000,000 | 18 U.S.C. § 1348 | 10 years |
| Attempt to evade or defeat tax (Ind.) | $100,000 | 26 U.S.C. § 7201 | 5 years |
| Attempt to evade or defeat tax (Corp.) | $500,000 | 26 U.S.C. § 7201 | 5 years |
| Penalties | $10,000 | 15 U.S.C. § 77x | 10 years |
| Mailing threatening communications | $250,000 | 18 U.S.C. § 876 | 10 years |
| Blackmail | $250,000 | 18 U.S.C. § 873 | 1 year |
| Receiving the proceeds of extortion | $250,000 | 18 U.S.C. § 880 | 3 years |
| Extortion by U.S. officers / U.S. employees | $250,000 | 18 U.S.C. § 880 | 3 years |
| Continuing financial crimes enterprise (Organization) | $20,000,000 | 18 U.S.C. § 225 | 10 years |
| Continuing financial crimes enterprise (Individual) | $10,000,000 | 18 U.S.C. § 225 | 10 years |
| Frauds and Swindles | $1,000,000 | 18 U.S.C. § 1341 | 20 years |
| Continuing financial crimes enterprise (Individual) | $10,000,000 | 18 U.S.C. § 225 | 10 years |
| Monetary transactions derived from unlawful acts | $250,000 | 18 U.S.C. § 1957 | 10 years |
| Debt Collection Practices (Civil Liability) | $500,000 | 15 U.S.C. § 1692 | 0 years |
| Embezzlement against estate | $250,000 | 18 U.S.C. § 153 | 5 years |
| Entry of goods by means of false statements | $250,000 | 18 U.S.C. § 542 | 2 years |
| Concealing person from arrest | $250,000 | 18 U.S.C. § 1071 | 5 years |
| Piracy under law of nations | $250,000 | 18 U.S.C. § 1651 | Life |
| Receipt of pirate property | | 18 U.S.C. § 1651 | 10 years |
| Robbery ashore | | 18 U.S.C. § 1661 | Life |
| False entries and reports of moneys or securities | $250,000 | 18 U.S.C. § 2073 | 10 years |
| Clerk of United States District Court | $250,000 | 18 U.S.C. § 2073 | 5 years |
| Authority exceeded in executing warrant | $250,000 | 18 U.S.C. § 2234 | 1 year |
| Trusts, etc., in restraint of trade illegal (corporation) | $100,000,000 | 15 U.S.C § 1 | 10 years |
| Trusts, etc., in restraint of trade illegal (person) | $1,000,000 | 15 U.S.C § 1 | 10 years |
| Monopolizing trade a felony (corporation) | $100,000,000 | 15 U.S.C § 2 | 10 years |
| Monopolizing trade a felony (person) | $1,000,000 | 15 U.S.C § 2 | 10 years |
| Wrongful Conversion / Embezzlement | $250,000 | 18 U.S.C. § 641 | 10 years |
| Wrongful Conversion / Embezzlement | $250,000 | 18 U.S.C. § 645 | 10 years |
| Wrongful Conversion / Embezzlement | $250,000 | 18 U.S.C. § 646 | 10 years |
| Wrongful Conversion / Embezzlement | $250,000 | 18 U.S.C. § 654 | 10 years |
| False Certificates | $250,000 | 18 U.S.C. § 1018 | 5 years |
| False Writings | $250,000 | 18 U.S.C. § 1018 | 5 years |
| Assault | $250,000 | 18 U.S.C. § 113 | 10 years |



Disloyalty / Asserting right to strike........................$250,000.............18 U.S.C. § 1918.................1 year
False Statement (Federal employees compensation).......$250,000............18 U.S.C. § 1920..............5 years
Fraud (Federal employees compensation)................$250,000.............18 U.S.C. § 1920...............5 years.
Perjury...............................................$250,000..........18 U.S.C. § 1621.............5 years·
Aiding and Abetting..................................$250,000.........18 U.S.C. § 2.................5 years
Interference with Commerce by Threats................$250,000.............18 U.S.C. § 1951(a)...........5 years
Interference with Commerce by Violence.............$250,000............18 U.S.C. § 1951(a)..........5 years
Fraud (Customs Duties)..............................$250,000.............19 U.S.C. § 1592.............5 years
Gross Negligence (Customs Duties)...................$250,000..............19 U.S.C. § 1592...............5 years
Willful Negligence (Customs Duties)................$250,000.............19 U.S.C. § 1592...............5 years·
Penalties and Injunctions...........................$250,000.............18 U.S.C. § 216................5 years·
Tampering with a witness, victim, or informant........$250,000.............18 U.S.C. § 1512...............20 years.
Retaliating against a witness, victim, or informant......$250,000............18 U.S.C. § 1513..............20 years

## SYTERIA LAWRENCE'S ESTATE
ALLODIAL COST SCHEDULE............Constitution Art. 1 Sect. 10.........................$492,000,000.00

Ultra Vires acts......................................Doctrine of Ultra Vires....................(1-6) Equitable Relief.

Libel and proceedings    10 U.S.C. § 7656........(1) file libel against prize property
 By     10 U.S.C. § 7658........(2) obtain warrant & prize property.
  United States Attorney...............10 U.S.C. § 7659........(3) obtain property condemnation·

Civil action to restrain harassment    (4) Temporary Restraining Order.
 of a victim or witness.............................18 U.S.C. § 1514..................and (5) Injunction

| Civil action to protect | 18 U.S.C. § 1961(1) | (6) Witness Security Program |
|---|---|---|
| against retaliation | 18 U.S.C. § 3521 | Authorization, Approval,· |
| in fraud cases.............18 U.S.C. § 1514A.................. | | Entry & Protection |

The current running total and Sum Certain for all money damages, imprisonment penalties, and equitable relief in this **Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors — A Delict Penal Action [RB 917 549 153 US]** True Bill is Seven Hundred Fifty-Nine Million, Two Hundred Fifty-Seven Thousand, Five Hundred Dollars and Zero Cents ($759,257,500.00); Imprisonment Penalties of 915 years to Life (2x); (1-6) Equitable Relief for Affiant; (1) File a Libel against the Prize Property, (2) Obtain a Warrant directing Marshal to Take Custody of the Prize Property, and (3) Proceed to Obtain a Condemnation of the Property; (4) Temporary Restraining Order, (5) Preliminary Injunction, and (5) Permanent Injunction for Affiant against Respondents/Libelees/Defendants; (6) Witness Security Program Authorization, Approval, Entry, and Protection for Affiant and all Affiant's Loved Ones.



## A True Bill

All Claims are stated in U.S. Dollars which means that a U.S. Dollar is defined, for the purposes of this Claim as, a One Ounce Silver coin of .9999 fine silver, or the equivalent par value of Red Seal Silver Certificates in accord with Executive Order 11110, or the equivalent par value as established by law or the exchange rate as set by the American Mint Treasury bullion fund and the Coinage Act of 1792, whichever is the higher amount, for a certified One Ounce Silver Coin (Silver Dollar). This claim is to be remitted in Red Seal Silver Certificates, Post Office Treasury Money Orders, or other bullion certified funds, and is only acceptable at Par Value as indicated above.

Failure to pay Claim in full within Thirty (30) Calendar Days of issuance of INVOICE – VERIFIED STATEMENT OF ACCOUNT, True Bill, or Default as contained herein is interest of 2.0 % per month. Thirty (30) Days from the date of Default beginning on the Thirty-first (31st) Day after Default, the penalties in interest for Failure to pay will increase to 3.0% per month until Claim is paid in full, plus interest as indicated herein.

Punitive Damages will be assessed as the total amount of the damages as outlined herein times three (3). This will be added to the original amount of damages for a total of all damages.

The terms and conditions of this instrument/information/indictment, agreement, and quasi-contract, contain but are not limited to a waiver on Libelees' part of any and all immunities Libelees might claim should Libelees in any way violate the Registered Owner / Authorized Agent and General Executor for the Estate and/or permit others to do so, and those acts are deemed Ultra Vires, Willful and Gross Negligence.

The sum certain per agreement of all violations is with the Libelees' consent to the SYTERIA HEPHZIBAH$^{cvd}$ ESTATE ALLODIAL COST SCHEDULE contained herein and the Libelees' full acceptance of all liability joint and several for the Claim contained herein. If any provision of this SYTERIA HEPHZIBAH$^{cvd}$ ESTATE ALLOIDIAL COST SCHEDULE is subject to Estoppel, the remaining provisions shall nevertheless remain in effect.

Of this presentment FIRST AND FINAL NOTICE is hereby given. Take due heed, and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties. Receipt of this instrument/information/indictment, agreement, and quasi-contract does constitute all parties acknowledgement, understanding, consent, acceptance, and agreement to honor all terms, conditions, and stipulations of this agreement.

96. The total sum certain for all stated claims for relief of compensation, reparations, and damages is Three Billion, Six Hundred Thirty-One Million, Three Hundred Sixty-Nine Thousand, Ninety-One and 80/100 ($3,631,369,091.80) Dollars of One-Ounce Silver coins of .9999 fine silver or the equivalent par value of Red Seal Silver Certificates in accord with Executive Order 11110, or the equivalent par value as established by law or the exchange rate as set by the American Mint Treasury bullion fund and the Coinage Act of 1792,



whichever is the higher amount, for a certified One Ounce Silver Coin (Silver Dollar). This claim is to be remitted in Red Seal Silver Certificates, Post Office Treasury Money Orders, or other bullion certified funds, and is only acceptable at equivalent par value as indicated above. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US]).

97. The declarant reserves the right to a full inventory, forensic tracing, audit, and accounting, and declarant further reserves the right to seek a deficiency against the respondent(s) / libelee(s) / propounder(s) for any and all sums which may remain due to the declarant and unremitted after disposition of the corporeal and incorporeal collateral described in the **Universal and International Humanitarian Common Law Agreements (Treaties) [RB 917 549 140 US - RB 917 549 153 US]** Taquan Rashie Gullett©™® Estate's, Syteria Lawrence©™® Estate's, and AAMARU©™® Alien Religious Consul Association's, and AAMARU©™® *Estados Union Ea Al Maurikanos* Estate Titles, Rights, and Interests Perfected and **Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US]** True Bills. (see 16-2017-CA-2142 / 16-2017-CA-2144 / 16-2017-CP-1020 / 16-2017-CP-1025 / 16-2017-CP-1286 / 16-2017-CP-1287). (see annexed Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for Felonies, High Crimes, and Misdemeanors – A Delict Penal Action [RB 917 549 140 US - RB 917 549 153 US]).



## Conclusion

98. Wherefore, the declarant respectfully obliges this Court to issue a Universal and International Humanitarian Common Law Prejudgment Writ of Personal Replevin, in accordance with in accord with the International (Transnational) Law of Peace and the International (Transnational) Law of War, the *Hague Conventions*, the *Geneva Conventions*, the *Inter-American Conventions*, the *Rome Statute* and all annexes thereto, as well as Florida Statutes 2.01(Common Law and certain statutes declared in force), Florida Statutes 78.068, *Mitchell v. W.T. Grant Co.*, 416 U.S. 600 (1974), *Gazil, Inc. v. Super Food Services, Inc.* 356 So. 2d 312 (Fla. 1978), *McMurrian v. Fason*, 573 So. 2d 915 (Fla. 1st DCA 1991), *Landmark First National Bank of Fort Lauderdale v. Beach Bait and Tackle Shop, Inc.*, 449 So. 2d. 1287 (Fla. 4th DCA 1984), *Waite Aircrafts Corp. v. Ford Motor Credit Company*, 430 So. 2d. 1003 (Fla. 4th DCA 1983), and *Transtar Corporation v. Intex Recreation Corp.*, 570 So. 2d. 366 (Fla. 4th DCA 1990); in favor of the declarant for declarant's bodies, land, and corporeal and incorporeal collateral, and declarant further demands that judgment be entered in their favor and against respondent(s) / libelee(s) /propounder(s) and that declarant be awarded absolute possession of their bodies, land, and corporeal and incorporeal collateral, free and clear of any unlawful detainment(s), distress(es), constraint(s), restraint(s), or decay. Also, declarant demands judgment be entered in their favor and against respondent(s) / libelee(s) /propounder(s) and declarant be awarded compensation, reparations, and remittance of damages for maximum maintenance, maximum cure, and maximum remedy for Taquan Rashie Gullett℠ Estate, Syteria Lawrence℠ Estate, and AAMARU℠ Alien Religious Consul Association, and AAMARU℠ *Estados Union Ea Al Maurikanos*, including without limitation, fees and costs incurred for bringing this action.



99. Finally, declarant obliges the court to issue all such further relief, intermediate relief, and other relief as is just and proper for good cause, no dolus, and in the interest of Taquan Rashie Gullett℠® Estate, Syteria Lawrence℠® Estate, and AAMARU℠® Alien Religious Consul Association, and AAMARU℠® *Estados Union Ea Al Maurikanos*

## Respectfully and In Honor.

## Cc Mailing List:

Vice Admiral James W. Crawford III, Judge Advocate General Navy
Rear Admiral John G. Hannik, Deputy Judge Advocate General Navy
Command Master Chief (Code 004), JAG / NLSC Inspector General (Code 002)
Special Assistant for Strategic Planning (Code SASP), Criminal Law (Code 20)
1322 Paterson Avenue, Suite 3000, Washington Navy Yard, District of Columbia 20374-5066.

Anne M. Brennan, Acting General Counsel of the Navy
Garrett L. Ressing, Deputy General Counsel of the Navy
2000 Navy Pentagon, Washington, District of Columbia 20350

Major General Michael A. Calhoun, Adjutant General Florida Army & Air National Guard
St. Francis Barracks, 82 Marine Street, St. Augustine, Florida 32084

Rear Admiral Steven J. Anderson, Judge Advocate General & Chief Counsel U.S. Coast Guard
(TJAG) CG-094  HQ* room 2E 19-00
Mr. Calvin Lederer, Deputy Judge Advocate General U.S. Coast Guard
CG-094D  HQ* room 2E 19-00
* COMMANDANT (CG-094#), ATTN: US COAST GUARD STOP 7213.
2703 MARTIN LUTHER KING JR AVENUE SE.  WASHINGTON, DISTRICT OF COLUMBIA 20593-7213

Admiral James Alexander Winnefeld, Jr.
Vice Chairman
Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

General Joseph Francis Dunford, Jr.
Commandant of the Marine Corps
Headquarters, US Marine Corps
3000 Marine Corps
Pentagon Washington, DC 20350

General Frank J. Grass
Chief, National Guard Bureau
1636 Defense Pentagon Suite 1E 169
Washington, DC 20301-0001

Admiral Jonathan William Greenert
Chief of Naval Operations
2000 Navy Pentagon
Washington, DC 20350-2000



General Raymond Thomas Odierno
Army Chief of Staff
200 Army Pentagon
Washington, DC 20310-0200

General Mark Anthony Welsh III
Air Force Chief of Staff
1670 Air Force Pentagon
Washington, DC 20330-1670

Provost Marshal General Mark S. Inch
Office of the Provost Marshal General
Attention: CID Office
2800 Army Pentagon
Washington, District of Columbia
20310-2800

General Joseph Francis Dunford, Jr.
Chairman Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, District of Columbia
20318-9999

Jeff Sessions, U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, District of Columbia
20530-0001

Inter-American Commission on Human Rights
Organization of American States
1889 F. Street, NW
Washington, District of Columbia 20318-9999

United States Department of State
U.S. Central Authority for Hague and
Inter-American Service Conventions
Office of International Judicial Assistance
1100 L. Street, N.W., Room 11006
Washington, District of Columbia
20522-1710

R. Adm. Sandra L. Stosz, Superintendent
United States Coast Guard Academy
31 Mohegan Avenue
New London, Connecticut 06420

Office of the Staff Judge Advocate
RLSO MIDLANT HQ
United States Navy
9620 Maryland Avenue, Suite 201
Norfolk, Virginia 23511-2939

Office of the Staff Judge Advocate
RLSO SOUTHWEST HQ
United States Navy
3939 Sturtevant Street, Suite 9
San Diego, California 92136

Office of the Staff Judge Advocate
RLSO MIDWEST HQ
United States Navy
Building 2
2540 Paul Jones Street, Suite 300
Great Lakes, Illinois 60088-2936

Office of the Staff Judge Advocate
RLSO NORTHWEST HQ
United States Navy
Building 433 Code 1308
365 South Barclay Street
Bremerton, Washington 98314

G. E. Lattin
Director, General Litigation Division
Department of the Navy
Office of the Judge Advocate General
1332 Patterson Ave. SE, Suite 3000
Washington Navy Yard, D.C. 20374

Lt. Cdr. Breier Scheetz
Judge Advocate General
NLSO Central Branch Office
400 Russell Avenue, Bldg. 492, Rm. 102
NAS JRB Belle Chasse
New Orleans, Louisiana 70143-6100



Office of the Staff Judge Advocate
Marine Corps Installations East
Marine Corps Base Camp Lejeune
812 Holcomb Boulevard
Jacksonville, North Carolina 28542

Office of the Staff Judge Advocate
Marine Corps Base Camp Pendleton
Building #56
3395 Sturtevant Street, Suite 2
San Diego, California 92136-5138

Office of the Staff Judge Advocate
HQ, XVIII Airborne Corps
ATTN: AFZA-JA
2175 Reilly Road, Stop A
Fort Bragg, North Carolina 28310-5000

Office of the Staff Judge Advocate
United States Army
Training Center and Fort Jackson
2600 Lee Road
Fort Jackson, South Carolina 29207

Office of the Staff Judge Advocate
United States Army
Building 29718
419 B Street
Fort Gordon, Georgia 30905

Office of the Staff Judge Advocate
United States Army
Combined Arms Center
615 McClellan Avenue
Fort Leavenworth, Kansas 66027

Col. S. Shubert
Judge Advocate General
United States Army
8090 Alabama Avenue, Bldg. 1454
Fort Polk, Louisiana 71459

Office of the Staff Judge Advocate
United States Army South
4130 Stanley Road, Suite 604
Fort Sam Houston, Texas 78234

Office of the Staff Judge Advocate
United States Army South
HQ 101st Airborne Division (Air Assault)
ATTN: AFZB-JA-ADM
Fort Campbell, Kentucky 42223-5208

Office of the Staff Judge Advocate
United States Army
Building 359
7021 Ingersoll Avenue
Fort Benning, Georgia 31905.

Office of the Staff Judge Advocate
Joint Base Lewis-McChord
Building 2027 A-Wing
North 8th and Lissett Avenue
JBLM, Washington 98433

Office of the Staff Judge Advocate
87th Air Base Wing Legal Office
Joint Base McGuire-Dix- Lakehurst
2901 Falcon Lane
JB MDL, New Jersey 08641



Office of the Staff Judge Advocate
96th Test Wing
Building 2, Suite 1
401 West Van Matre Avenue
Eglin AFB, Florida 32542-438

V. Adm. Walter E. Carter, Jr.
Superintendent
United States Naval Academy
121 Blake Road
Annapolis, Maryland 21402

Lt. Gen. Robert L. Caslen
Superintendent
United States Military Academy
West Point, New York 10996

Lt. Gen. Michelle D. Johnson
Superintendent
United States Air Force Academy
2304 Cadet Drive, Suite 3300
USAFA, Colorado 80840

## Additional Cc Mailing List:

**Rachid Zein, Counselor in charge of the Consular Section**
Embassy of the Kingdom of Morocco
1211 Connecticut Avenue, N.W., Suite 312,
Washington, District of Columbia 20036

**Consulate General Mr. Mohammed Benabdeljalil**
Consulate General of The Kingdom of Morocco in the United States
10 East 40th Street, New York, New York 10016

**Jose Ramon Cabanas Rodriguez, Ambassador**
Cuban Embassy in Washington, District of Columbia
2630 16th Street, N.W., Washington, District of Columbia 20009

**Bernardo Alvarez Herrera, Ambassador**
Embassy of Bolivarian Republic of Venezuela
1099 30th Street, N.W., Washington, District of Columbia 20007

**Consulate General Liu Jian**
Consulate General of the People's Republic of China
443 Shatto Place, Los Angeles, California 90020



**Cui Tiankai, Ambassador**
Embassy of the People's Republic of China
3505 International Place, N.W., Washington, District of Columbia 20008

**Mninwa Mahlangu, Ambassador**
Embassy of South Africa
3050 Massachusetts Avenue, N.W., Washington, District of Columbia 20008

**Zeid Ra'ad Al Hussein, High Commissioner for Human Rights**
Office of the United Nations High Commissioner for Human Rights (OHCHR)   OHCHR
405 East 42nd Street, New York, New York 10017

**Secretary-General Antonio Guterres**
**Deputy Secretary-General Amina J. Mohammed**
**United Nations Security Council**
**International Court of Justice**
United Nations Headquarters
405 East 42nd Street, New York, New York 10017

**H. E. Mr. Peter Thompson, President**
**United Nations General Assembly**
United Nations Headquarters
405 East 42nd Street, New York, New York 10017

**The International Law Commission**
**United Nations Headquarters**
Attn: Secretary of the International Law Commission
2 United Nations Plaza
323 East 44th Street, Room: DC2-0566
New York, New York 10017





# CERTIFICATE OF SERVICE (PROOF OF SERVICE)

I, Tuquan Rahshe Gullett-El, also called Maalik Rahshe El, and I, Sytora Hepizibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU^"], hereby certify under penalty of bearing false witness that on or about this First Day of the Seventh Month in the Year of Our Universal Allah (All-Law) Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – July, 1], I caused to be hand-delivered and/or emailed and/or placed in the U.S. Registered or Certified Mail (First Class postage, pre-paid) and/or placed in Fed Ex and/or UPS delivery (First Class postage, pre-paid) one (1) original and/or one (1) copy of the following:

1. Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin (68 pages); and

2. Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors – A Delict Penal Action for Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the Hague Conventions, the Geneva Conventions, the Inter-American Conventions, the Rome Statute, and all annexes thereto (385 pages); Addendum Charge Sheets (DD FORM 458) (26 pages); and

3. Reference copy of this Certificate of Service (PROOF OF SERVICE) (signed original on file) (2 pages).

All parties required to be served have been served at the following mailing location:

1. Timothy J. Corrigan, 300 North Hogan Street, Chambers 11-100, Courtroom 10D, Jacksonville, Florida 32202; 2. Sean Patrick Flynn, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 3. W. Stephen Muldrow, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 4. Jan S. Wheeler, 2000 Dayton Drive, Tallahassee, Florida 32399-0950; 5. Ronnie Fussell, 501 West Adams Street, Jacksonville, Florida 32202; 6. Christina A. Snyder, 350 West First Street, Courtroom 8D, 8th Floor, Los Angeles, California 90012; 7. Marcia Morales Howard, Chambers 11-150, Courtroom 10B, 300 North Hogan Street, Jacksonville, Florida 32202; 8. Angela Cote Denning, 301 South Monroe Street, Courtroom 3B, Tallahassee, Florida 32301; 9. Sam Hassler, 301 South Monroe Street, Tallahassee, Florida 32301; 10. Gwen Marshall, 301 South Monroe Street, #100, Tallahassee, Florida 32301; 11. Adrian G. Soud, 501 West Adams Street, Division CV-E, Room 740, Jacksonville, Florida 32202; 12. Karen K. Cole, 501 West Adams Street, Division CV-B, Room 703, Jacksonville, Florida 32202; 13. Peter L. Dearing, 501 West Adams Street, Division FR-A, Room 714, Jacksonville, Florida 32202; 14. Henry Lamar Jay III, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 15. Donald Richard Moran, Jr., 2300 River Road, Jacksonville, Florida 32202; 16. Henry Lee Adams, Junior, 300 North Hogan Street, Chambers 11-200, Courtroom 10A, Jacksonville, Florida 32203; 17. James R. Klindt, 300 North Hogan Street, Chambers 5-111, Courtroom 5D, Jacksonville, Florida 32203; 18. Joel Barry Toomey, 300 North Hogan Street, Chambers 5-211, Courtroom 5A, Jacksonville, Florida 32202; 19. Stephen Reinhardt, 95 Seventh Street, Chambers LA., San Francisco California 94103; 20. Consuelo M. Callahan, 95 Seventh Street, Chambers: Sacramento, San Francisco California 94103; 21. Jacqueline H. Nguyen, 95 Seventh Street, Chambers: Sacramento, San Francisco California 94103; 22. Peter L. Shaw, 95 Seventh Street, San Francisco California 94105; 23. Pamela Jo Read, The Capitol, Suite PL-01, Tallahassee, Florida 32399-1050; 24. Rick Swearingen, 2331 Phillips Road, Tallahassee, Florida 32308; 25. Chris Connell, 2331 Phillips Road, Tallahassee, Florida 32308; 26. D. Shinn, 625 Alameda Street, Los Angeles, California 90012; 27. L. Lipscmy, 535 Alameda Street, Los Angeles, California 90012; 28. Mike Wood, 2825 Municipal Way, Tallahassee, Florida 32304; 29. Mike Williams, 501 East Bay Street, Jacksonville, Florida 32202; 30. Jory E. Dobson, 1 Sheriff's Office Drive, MacClenny, Florida 32063; 31. Irish Anderson, 300 North Hogan Street, Suite 6350, Jacksonville, Florida 32202; 32. Cedric Donar, 300 North Hogan Street, Suite 6350, Jacksonville, Florida 32202; 33. Kim Lee Watson, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202; 34. Jim Haskell, 300 North Hogan Street, Suite 2-400, Jacksonville, Florida 32202; 35. Patrick Sheridan, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202; 36. Jorge L. Pastrana, 846 NE 54th Terrace, Coleman, Florida 33521; 37. Larry Brown, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202; 38. Arnold Corsmeier, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202; 39. Monie C. Richardson, Chambers 5-411, Courtroom 5C, 300 North Hogan Street, Jacksonville, Florida 32202; 40. Patricia D. Barksdale, 300 North Hogan Street, Chambers 5-411, Courtroom 5B, Jacksonville, Florida 32202; 41. Paul Shorstein, 6550 St. Augustine Road #303, Jacksonville, Florida 32217; 42. Indi L. Wiles, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida 32202; 43. Sam Hernandez, 312 North Spring Street, Room 754, Los Angeles California 90012; 44. Sheryl Loesch, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 45. Andrew S. Cowan, 315 west 9th Street, Suite 501, Los Angeles, California 90015; 46. Penelope Knox, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202; 47. Kim Cassulo, 600 U.S. Courthouse, 312 North Spring Street, Los Angeles, CA 90012-4708; 48. A Lee Bentley, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202; 49. Mae D. Heavener, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 50. Jacqueline Choollian, 312 North Spring Street, Courtroom 10, 3rd Floor, Los Angeles, California 90012; 51. Maurice C. Grant, II, 200 West Forsyth Street, Suite 1240, Jacksonville Florida 32202; 52. Suzanne Segal, 255 East Temple Street, Courtroom 590, 5th Floor, Los Angeles, California 90012; 53. Ramon De Leon, 1615 Biscayne Boulevard, Suite 310, Miami, Florida 33132; 54. Julian Lucien Andre, 312 North Spring Street, Suite 1200, Los Angeles, California 90012; 55. Donald B. Malry, 1035 LaSalle Street, Jacksonville, Florida 32207; 56. Eddie A. Jauregui, 312 North Spring Street, Suite 1200, Los Angeles, California 90012; 57. Donna Lee Elm, 200 West Forsyth Street, Suite 1240, Jacksonville Florida 32202; 58. Cathy J. Ovellier, 312 North Spring Street, Suite 1200, Los Angeles, California 90012; 59. Germaine Seider, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 60. Terri Nafisi, 312 North Spring Street, Room C-3, Los Angeles, California 90012; 61. David P. Rhodes, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; 62. Moriah S. Radin, 321 East 2nd Street, Los Angeles, California 90012; 63. Brad Cooper, 6263 Gunbarrel Avenue, Suite B, Boulder, Colorado 80301; 64. Liliana Coronado, 321 East 2nd Street, Los Angeles, California 90012; 65. Thomas Kane, 320 First Street, Washington, D.C., 20534; 66. Bradley R. Johnson, 2900 Apalachee Parkway, Tallahassee, Florida 32399; 67. Jesse Haskins, The Capitol PL-01, Tallahassee, Florida 32399-6907; 68. Peter Stoumbelis, 10565 Creston Glen Circle East, Jacksonville, Florida 32256; 69. Thomas J. Moffett, Jr., 135 S. Semoran Blvd. Ste A, Orlando, FL 32807; 70. Richie Blanco, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 71. Kenneth L. Green, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 72. Gerald Smit Rehman, 5515 Phillips Highway, Jacksonville, Florida 32207; 73. J.J. Roberts, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 74. B.L. Thomas, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 75. J.J. Osterhaus, 2000 Drayton Drive, Tallahassee, Florida 32399-0950; 76. John Tomasino, 500 South Duval Street, Tallahassee, Florida 32399; 77. Melissa Nelson, 311 West Monroe Street, Jacksonville, Florida 32202; 78. Angela Corey, 311 West Monroe Street, Jacksonville, Florida 32202; 79. Richard Mantei, 311 West Monroe Street, Jacksonville, Florida 32202; 80. Jack Campbell, 301 South Monroe Street, Suite 475, Tallahassee, Florida 32399-2550; 81. Rick Scott, The Capitol 400 South Monroe Street, Tallahassee, Florida 32399-0001; 82. Derrick Spencer, 4650 Norwood Avenue, Jacksonville, Florida 32206; 83. Danielle Krag, 105 River Landing Drive, Suite 200, Charleston, South Carolina 29412-7595; 84. Heather Pridgen, 105 River Landing Drive, Suite 200, Charleston, South Carolina 29412-7595; 85. Scott Willis, 105 River Landing Drive, Suite 200, Charleston, South Carolina 29412-7595; 86. Willard Cannon, 2550-G West Pensacola, Florida 32304; 87. L. Allen Beard, 301 South Monroe Street #401, Tallahassee, Florida 32301; 88. Dawn K. Hudson, 501 West Adams Street, Division D, Room 409/735, Jacksonville, Florida 32202; 89. Russell Healy, 501 West Adams Street, Division CR-1, Room 305/711, Jacksonville, Florida 32202; 90. Charles Cofer, 407 North Laura Street, Jacksonville, Florida 32202; 91. John Rutherford, 501 East Bay Street, Jacksonville, Florida 32202; 92. Matt Shirk, 407 North Laura Street, Jacksonville, Florida 32202; 93. Stephen B. Whittington, 501 West Adams Street, Division CR-E, Room 308/733, Jacksonville, Florida 32202; 94. Jeseph Rudolph Licandro, 311 West Monroe Street, Jacksonville, Florida 32202; 95. Catherine Mitchell Licandro, 311 West Monroe Street, Jacksonville, Florida 32202; 96. Noel G. Lawrence, 101 East Union Street 2200, Jacksonville, Florida 32202; 97. Angela M. Cox, 501 West Adams Street, Division CR-C, Room 505/717, Jacksonville, Florida 32202; 98. Michael Monroe Kirkland, 311 West Monroe Street, Jacksonville, Florida 32202; 99. Pamela J. Hazel, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 100. Joshua McLeod, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 101. Adam Johnson, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 102. Sergeant Eric Etcher, 4255 US Highway 17 South, Green Cove Springs, Florida 32043; 103. Michael J. Coolican, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202; 104. Gary Flower, 501 West Adams Street, Division N, Room 403/721, Jacksonville, Florida 32202; 105. Eleni Derke, 501 West Adams Street, Division J, Room 512/728, Jacksonville, Florida 32202; 106. Sharon Tanner, 501 West Adams Street, Division K, Room 404/722, Jacksonville, Florida 32202;



107. Michael Corrigan, 231 East Forsyth Street, Jacksonville, Florida 32202;  108. David J. Smith, 56 Forsyth Street, N. W., Atlanta, Georgia 30303;  109. Molly C. Dwyer, 95 Seventh Street, San Francisco, California 94103;  110. Kiry K. Gray, 312 North Spring Street, Room G-8, Los Angeles, California 90012;  111. Lisa Reyes, 717 Madison Place, N.W., Washington, District of Columbia 20005;  112. Peter R. Marksteiner, 717 Madison Place, N.W., Room 401, Washington, District of Columbia 20005;  113. Nancy E. Firestone, 717 Madison Place, N.W., Washington, District of Columbia 20005;  114. Victor J. Wolski, 717 Madison Place, N.W., Washington, District of Columbia 20005;  115. David J. Bradley, 515 Rusk Avenue, Houston, Texas 77002;  116. Edmund G. Brown, Jr., State Capitol, Suite 1173, Sacramento, California 95814;  117. Jean Shiamoto, 2415 1st Avenue, Mail Station F 101, Sacramento, California 95818-2606;  118. Jim McDonnell, 211 West Temple Street, Los Angeles, California 90012;  119. Jeffrey Gagnard, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012;  120. Patricia Mazon, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012;  121. Brandon Knarr, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012;  122. Maureen Green, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012;  123. Barbara Gourley, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012;  124. Michael W. Cox, 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012;  125. Kamala Harris, 112 Hart Senate Office Building, Washington, DC 20510;  126. Michael J. Martineau, Post Office Box 227, Washington, District of Columbia 20044;  127. Joseph Edward Ashman, Post Office Box 480, Ben Franklin Station, Washington, District of Columbia 20044;  128. Geoffrey J. Klimas, Post Office Box 227, Washington, District of Columbia 20044;  129. Blain G. Saito, Post Office Box 26, Ben Franklin Station, Washington, District of Columbia 20044;

cxxx. Court Registry Investment System (CRIS), 515 Rusk Avenue, Houston, Texas 77002;  cxxxi. Public Access to Court Electronic Records (PACER), Post Office Box 780549, San Antonio, Texas, 78278;  cxxii. United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002;  cxxiii. United States Court of Appeals for the Eleventh Circuit, 56 Forsyth Street, N. W., Atlanta, Georgia 30303;  cxxiiii. United States Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, California 94103;  cxxiiv. Florida Supreme Court, 500 South Duval Street, Tallahassee, Florida 32399;  cxxxv. First District Court of Appeal Florida, 2000 Drayton Drive, Tallahassee, Florida 32399-0950;  cxxxvi. United States District Court for the Central District of California, 350 West First Street, Los Angeles, California 90012;  cxxxvii. United States District Court for the Middle District of Florida, 300 North Hogan Street, Jacksonville, Florida 32202;  cxxxviii. United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001;  cxxxix. United States Court of Federal Claims, 717 Madison Place, N.W., Washington, District of Columbia 20005;  cxxxx. United States Court of Appeals for the Federal Circuit, 717 Madison Place, N.W., Room 401, Washington, District of Columbia 20005;  cxxxxi. Internal Revenue Service (IRS), 1111 Constitution Avenue, Northwest, Washington, District of Columbia;  cxxxxii. California Franchise Tax Board, Post Office Box 219, Rancho Cordova, California 95741-0219;  cxxxxiii. Duval County, Florida, 501 East Bay Street, Jacksonville, Florida 32202;  cxxxxiv. Leon County, Florida, 2825 Municipal Way, Tallahassee, Florida 32304;  cxxxxv. Baker County, Florida, 1 Sheriff's Office Drive, MacClenny, Florida 32063;  cxxxxvi. Los Angeles County, California, 211 West Temple Street, Los Angeles, California 90012;  cxxxxvii. City of Jacksonville, Florida, 501 East Bay Street, Jacksonville, Florida 32202;  cxxxxviii. City of Tallahassee, Florida, 2825 Municipal Way, Tallahassee, Florida 32304;  cxxxxix. City of Los Angeles, California, 211 West Temple Street, Los Angeles, California 90012;  cl. State of California, State Capitol, Suite 1173, Sacramento, California 95814;  cli. State of Florida, The Capitol 400 South Monroe Street, Tallahassee, Florida 32399-0001;  clii. United States Post Office, 475 L'Enfant Plaza, S.W., Washington, District of Columbia 205901  cliii. Social Security Administration, 1100 West High Rise, 6401 Security Boulevard, Baltimore, Maryland 21235;  cliv. California Department of Motor Vehicles, 2415 1st Avenue, Mail Station F 101, Sacramento, California 95818-2606;  clv. Los Angeles County Jail, 211 West Temple Street, Los Angeles, California 90012;  clvi. Metropolitan Detention Center Los Angeles California, 535 Alameda Street, Los Angeles, California 90012;  clvii. John E. Good Detention Center (Duval County Jail), 500 East Adams Street, Jacksonville, Florida 32202;  clviii. Baker County Detention Center, 1 Sheriff's Office Drive, MacClenny, Florida 32063;  clix. Los Angeles Police Department, 100 West 1st Street, Los Angeles, California 90012;  clx. Los Angeles County Sheriff's Department, 211 West Temple Street, Los Angeles, California 90012;  clxi. California Highway Patrol, 601 North 7th Street, Sacramento, California 95811;  clxii. Florida Department of Law Enforcement, 2331 Phillips Road, Tallahassee, Florida 32308;  clxiii. Jacksonville Sheriff's Office, 501 East Bay Street, Jacksonville, Florida 32202;  clxiv. Leon County Sheriff's Office, 2825 Municipal Way, Tallahassee, Florida 323041  clxv. Baker County Sheriff's Office, 1 Sheriff's Office Drive, MacClenny, Florida 32063;  clxvi. U.S. Department of Transportation, 1200 New Jersey Avenue, S.E., Washington, District of Columbia 20590;  clxvii. District of Columbia Municipal Corporation, 1201 Hays Street, Tallahassee, Florida 32301;  clxviii. United States Corporation Company, 1201 Hays Street, Tallahassee, Florida, 32301;  clxix. Florida Department of Highway Safety and Motor Vehicles, 2900 Apalachee Parkway, Tallahassee, Florida 32399;  clxx. Florida Highway Patrol, 7322 Normandy Boulevard, Jacksonville, Florida 32205;  clxxi. Leon County Jail, 2825 Municipal Way, Tallahassee, Florida 32304;  clxxii. FCI Coleman Medium, 846 NE 54th Terrace, Coleman, Florida 33521;  clxxiii. BI Incorporated, 6265 Gunbarrel Avenue, Suite B, Boulder, Colorado 80301;  clxxiv. U.S. Marshals Service, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202;  clxxv. U.S. Probation and Pretrial Services, 300 North Hogan Street, Jacksonville, Florida 32202;  clxxvi. U.S. Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32207;  clxxvii. U.S. Department of Justice, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202;  clxxviii. Federal Bureau of Prisons, 320 First Street, Washington, D.C. 20534;  clxxix. Palmetto Surety Corporation, 109 River Landing Drive, Suite 200, Charleston, South Carolina 99421-7505;  clxxx. Danzy Bail Bonds, 2550-C West Pensacola Street, Tallahassee, Florida 32304;  clxxxi. Off the Chain Bail Bonds, Inc., 4650 Norwood Avenue, Jacksonville, Florida 32206.



I am: Maalik Taquan Rahshe Gullett-El Autochthonous American Moor Alien Friend

I am: Highly Favored Shekinah El Autochthonous American Moor Alien Friend

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood

Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood

Jus Sanguinis, Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent

Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style

C/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state

Timucuan Al Andalusia Northwest Amexem (Morocco)



# Verification

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and I, Syteria Hephzibah-El also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], AAMARU©™® Alien Religious Consul Association, do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[*State v. Shearer*, 617 So.2d (Fla. App. 5 Dist. 1993)]

**This Affidavit is dated the First Day of the Seventh Month
in the Year of Our Universal Allah (All-Law)
Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – July, 1]**

**In Honor.**



I am:

I am:

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood
Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood
Jus Sanguinis, Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent
Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style
C/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)

Witness: _____

