**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TAQUAN RAHSHE GULLETT-EL,
SYTERIA HEPHZIBAH-EL, and
AAMARU ALIEN RELIGOUS CONSUL
ASSOCIATION,

    Plaintiffs,

v.                                Case No.   3:17-cv-881-J-34JBT

TIMOTHY J. CORRIGAN, et al.,

    Defendants.

## ORDER OF RECUSAL

The undersigned hereby recuses herself from further proceedings in this action.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of August, 2017.

*(signature)*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties