**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TAQUAN RAHSHE GULLETT-EL
and SYTERIA HEPHZIBAH-EL

                Plaintiffs,

vs.                                            Case No. 3:17-cv-881-J-32JBT

TIMOTHY J. CORRIGAN, et al.,

                Defendant.

_____

## ORDER TO SHOW CAUSE

This case is before the Court on the government's motion to dismiss and for an injunction (Doc. 5).  As recounted in the government's motion and in many previous orders of this Court, both plaintiffs have engaged in the repeated filing of frivolous, vexatious lawsuits in this and other Courts.[1]

Accordingly, Plaintiffs are **ORDERED** to **SHOW CAUSE** in writing no later than **SEPTEMBER 12, 2017** as to why the Court should not dismiss this case with prejudice and enjoin plaintiffs from filing additional lawsuits in the United States District Court for the Middle District of Florida, and the Fourth Judicial Circuit Court in and for Duval County, Florida, without leave of Court under penalty of monetary sanction. **PLAINTIFFS' FAILURE TO SATISFACTORILY RESPOND WILL RESULT IN THE COURT DISMISSING THIS CASE**

_____

[1]Because this case is patently frivolous and one of plaintiffs' tactics is to sue every judge who rules against them, the undersigned need not recuse, despite being named as one of the 182 defendants in this case.  See Cuyler v. Presnell, Case No. 6:11-cv-623-Orl-22DAB (M.D. Fla. July 8, 2011) (Doc. 9 at 2 ¶ 2).

WITH PREJUDICE AND ENTERING AN INJUNCTION TO PROHIBIT PLAINTIFFS FROM FILING NEW COMPLAINTS OR PLEADINGS WITHOUT LEAVE OF COURT UNDER PENALTY OF MONETARY SANCTION.

     **DONE AND ORDERED** at Jacksonville, Florida this 24th day of August, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record
pro se plaintiffs

2