**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900

| | |
|---|---|
| Elizabeth M. Warren | Jim Leanhart |
| Clerk of Court | Jacksonville Division Manager |

**DATE:** March 15, 2018

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

**TAQUAN RAHSHE GULLETT-EL**
**And SYTERIA HEPHZIBAH-EL**

**VS.**                                                                  **CASE NO: 3:17-cv-881-J-32JBT**

**TIMOTHY J. CORRIGAN, et al.**

Enclosed are documents and information relating to an appeal in the above referenced action. Please acknowledge receipt on the enclosed copy of this letter.

• Appeal of Order (Doc. No. 7) before Judge Timothy J. Corrigan.

• Appeal filing fee not paid.

ELIZABETH M. WARREN, CLERK

By:   */s/Emily Morin*
         Deputy Clerk