UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAQUAN RAHSHE GULLETT-EL, et al.,

    Petitioners,

v.                                                  Case No.: 3:17-civ-881-J-32JBT

TIMOTHY J. CORRIGAN, et al.

    Respondents.
_____/

**UNITED STATES' RESPONSE TO PETITIONER GULLETT-EL'S
MOTION TO REOPEN THE TIME FOR FILING AN APPEAL**

The United States of America, on behalf of its agencies the United States Marshals Service, United States Probation and Pretrial Services, United States Attorney's Office, and United States Department of Justice, and in response to the Court's order of March 19, 2018 (Doc. 12), hereby serves notice that it does not oppose Petitioner Gullett-El's request to reopen the time to file an appeal in his "Affidavit of Merits as Notice of Appeal and As Objection to Order and Injunction Dated 20th Day of September 2017 and As Invitation Within 180 Day Period to Reopen Time for Appeal." (Doc. 10).

                MARIA CHAPA LOPEZ
                United States Attorney

By: *s/ Lacy R. Harwell, Jr.*
    LACY R. HARWELL, JR.
    Chief, Civil Division
    Assistant United States Attorney
    Florida Bar No. 714623
    400 North Tampa Street, Suite 3200
    Tampa, Florida   33602
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6200
    Randy.Harwell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2018, the foregoing has been filed using the Court's CM/ECF filing system, which will send an electronic notice of filing. I FURTHER CERTIFY that on March 29, 2018, I caused a true copy of the foregoing to be mailed, first class postage prepaid, to:

Tacquan Gullett
FCC Coleman
USP 1
P.O. Box 1033
Coleman, FL   33521-1033

Syteria Hephzibah-El
#6975-018
Tallahassee Federal Correctional Institution
Inmate Mail/Parcels
501 Capital Circle, NE
Tallahassee, FL   32301

    */s/ Lacy R. Harwell, Jr.*
    LACY R. HARWELL, JR.
    Assistant United States Attorney