# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 11, 2018

Taquan Rahshe Gullett-El
USP Coleman I - Inmate Legal Mail
PO BOX 1033
COLEMAN, FL 33521-1033

Elizabeth Warren
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 18-11031-F
Case Style: Taquan Gullett-El v. Timothy Corrigan, et al
District Court Docket No: 3:17-cv-00881-TJC-JBT

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

Enclosure(s)

PLRADSM Clerks entry dismissal PLRA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 18-11031-F
_____

TAQUAN RAHSHE GULLETT-EL,
General Executor-Caveator, Taquan Rashie Gullett Estate,

                                                              Plaintiff - Appellant,

SYTERIA HEPHZIBAH-EL,
General Executrix-Caveatrix, Syteria Lawrence Estate,

                                                              Plaintiff,

versus

TIMOTHY J. CORRIGAN,
a private person,
SEAN PATRICK FLYNN,
a private person,
W. STEPHEN MULDROW,
a private person,
JON S. WHEELER,
a private person,
RONNIE FUSSELL,
a private person, et al.,

                                                         Defendants - Appellees.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the Appellant Taquan Rahshe Gullett-El failed to pay the filing and docketing fees (or file a motion in the district court for relief from the obligation to pay in advance the full fee) to the district court within the time fixed by the rules, effective April 11,

2018.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Dionne S. Young, F, Deputy Clerk

FOR THE COURT - BY DIRECTION