UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

11th Circuit Appeal Number: 18-11031

| | |
|---|---|
| Taquan Rahshe Gullett-El, and Syteria Hephzibah-El, In Propria Persona, Claimant, Affiant. | Claim Number: 3:17-cv-881-J-32JBT |
| | AFFIDAVIT OF MERITS TO APPEAL IN PROPRIA PERSONA (OR IN FORMA PAUPERIS) |
| v. | In accord with: |
| | • Universal Declaration of Human Rights (1948) |
| | • United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) 14 December 1960 |
| Timothy J. Corrigan; personal private capacity, et al.; | • U.N. Declaration on the Rights of Indigenous Peoples (2007) |
| | • Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 §112] |
| Respondent(s). | • Geneva Conventions, Hague Evidence Conventions, Inter-American Conventions, and all annexes thereto |
| | • Treaty of Peace and Friendship (1787) and |
| | • United States for America Organic Constitution (1787) First Amendment Redress for Grievances |
| | ROME STATUTE |
| | Habeas Corpus Natural Equity Claim CONTRACT UNDER SEAL |

2018 APR 17 PM 12:53

FILED

1 of 9

NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

1. On the record and for the record, present is Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Himself and Mother; Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity in accord with the meaning of [8 U.S.C. § 1101 - Alien(s), Alien (foreign) Estate(s); and 18 U.S.C. §§ 1116(b)(1),(2),(3),(4) - Alien (Foreign) Government, Alien (Foreign) Official(s), Internationally Protected Person(s), Family]; irrespective of recognition by the United States [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court TAQUAN GULLETT ESTATE NOTICE OF TRUST/SYTERIA LAWRENCE ESTATE NOTICE OF TRUST #'s 16-2017-CP-1286/1287; TAQUAN GULLETT ESTATE CAVEAT/SYTERIA LAWRENCE ESTATE CAVEAT #'s 16-2017-CP-1020/1025; TAQUAN GULLETT ESTATE Personal Replevin Claim/SYTERIA LAWRENCE ESTATE Personal Replevin Claim #'s 16-2017-CA-2142/2144 ].

2. Affiant does rise and give honors and recognition to the Noble Holy Qur'an, Holy Koran (7) Circle Seven, Zodiac Constitution AA222141 (A1-Truth), Old Testament, New Testament, Great Law of Peace, Treaty of Peace and Friendship (1787), Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 § 112], Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960, United Nations Declaration on the Rights of Indigenous [Autochthonous] Peoples (2007), ROME STATUTE, Geneva Conventions, HAGUE EVIDENCE CONVENTIONS, Inter-American Conventions, and all annexes thereto, and united states for America Organic Constitution (1787) Article One Section Nine and First Amendment Redress for Grievances.

3. Affiant does hereby enter a restricted appearance attending by Special Visitation in accord with [Rule E(8)] for corrective action by Affidavit of Merits To Appeal In Propria Persona (Or In Forma Pauperis) - Habeas Corpus Natural Equity Claim Contract Under Seal against Respondent(s) in their personal private capacity(ies) in accord with the aforementioned International Law and National Law.

4. Affiant moves this court for an Order granting In Propria Persona (Or In Forma Pauperis) prosecution of this Appeal Number 18-11031 from the Unlawful Order and Injunction entered on or about the 20th day of September, 2018, the Unlawful Show Cause Order dated 24th day of August, 2017, and the Unlawful Removal in this action. Said Unlawful Order and Injunction, Unlawful Show Cause Order, and Unlawful Removal, does constitute Denial of Justice, Denial of Equality Before the Law, Abuse of Discretion, Arbitrary and Capricious Decisions/Actions, and does further substantiate Affiant's factual and lawful claims stated, related, proffered, and preferred in the Affidavits For Habeas Corpus/Affidavits of Probable Cause/Criminal Complaints/Affidavits of Information/Letters Rogatory publicly filed and directly related to this instant matter.

5. This Affidavit of Merits To Appeal In Propria Persona (Or In Forma Pauperis) is in accord with the provisions of [28 U.S.C. §1915; and Fed. R. App. P. 24]. The required Affidavit Accompanying Motion (Affidavit) to Appeal In Propria Persona (In Forma Pauperis) and 6-Month Certified Institutional Statement of Account shows that Affiant is "unable to pay" in accord with the meaning of [28 U.S.C. §1915(a)(1)]. Further, the Affidavit of Merits as Notice of Appeal and as Objection To Order and Injunction Dated 20th Day of September 2017 and as Invitation Within 180-Day Period To Reopen Time For Appeal, shows good cause why this Appeal Number 18-11031 is meritorious and is taken in good faith.

6. Once the publicly filed verified under Oath or Affirmation genuine Affidavits for Habeas Corpus/Affidavits of Probable Cause/Criminal Complaints/Affidavits of Information/Letters Rogatory, sworn or affirmed by an Alien Natural Man/Woman Actual Injured Party(ies) (Affiant and Affiant's Mother, as Relators in accord with the meaning of) 8 U.S.C. §1101 and 18 U.S.C. §§1116 (b)(1),(2),(3),(4)]) are before a magistrate [see Fed. R. Crim. P. 3], the Attorney General is authorized and required, at the expense of the United States to institute prosecution in this Action in the nature of an Ex Rel. Action/Intervenor/Amicus Curiae [see 42 U.S.C. §§1987, 1988, 1989, 1990, 1992, 1986, 1985, 1983, 1981, 1994; see 18 U.S.C. Chapter 7 §112; see United States for America Organic Constitution (1787) Fourth Amendment].

7. Further, the Attorney General is authorized and required, at the expense of the United States to institute prosecution in this Action in the nature of an Ex Rel. Action/Intervenor/Amicus Curiae for such equitable relief as may be appropriate to insure the minimum corrective measures necessary to insure the full enjoyment of such constitutionally protected and/or secured Natural Rights, Human Rights, and/or Civil Rights, privileges, and/or immunities; and the Attorney General shall personally sign any complaint filed [see 42 U.S.C. §1997a(a),(c); see 42 U.S.C. §2000; see Fed. R. Civ. P. 24 "Intervention"].

8. Moreover, the United Nations Declaration on the Rights of Indigenous (Autochthonous) Peoples (2007) holds that: "Indigenous (Autochthonous) peoples have the right to just and fair redress... States shall provide just and fair redress through effective mechanisms" [see Articles 11, 20, 28, 32]. "Particular attention shall be paid to the rights and special needs of indigenous (autochthonous) elders, women... to enjoy the full protection and guarantees against all forms of violence and discrimination [see Articles 21, 22]. "Indigenous (Autochthonous) peoples have the right to the recognition, observance, and enforcement of treaties, agreements, and other constructive arrangements, concluded with States or their successors and to have States honor and respect

such treaties,* agreements, and other constructive arrangements**[see Preamble, Article 37].

A. Article 39 - "Indigenous (Autochthonous) peoples have the right to have access to financial and technical assistance from States and through international cooperation, for the enjoyment of the rights contained in this Declaration."

B. Article 40 - "Indigenous (Autochthonous) peoples have the right to access to and prompt decision through just and fair procedures for the resolution of conflicts and disputes with States or other parties, as well as to effective remedies for all infringements of their individual and collective rights. Such a decision shall give due consideration to the customs, traditions, rules, and legal systems of the indigenous (autochthonous) peoples concerned and international human rights."

C. Article 43 - "The rights recognized herein constitute the minimum standards for the survival, dignity, and well-being of the indigenous (autochthonous) peoples of the world."

9. The errors, violations, and infringements identified and described in the Affidavit of Merits as Notice of Appeal and as Objection To Order and Injunction Dated 20th Day of September 2017 and as Invitation Within 180-Day Period To Reopen Time For Appeal, annexed hereto in full by this reference, hereinafter, "Notice of Appeal Affidavit," do constitute meritorious assertions of law and are in fact supported by ample authorities, merits, weight and preponderance of highly probative evidence. Therefore, Affiant's factual and lawful assertions are meritorious, are not frivolous, and this Appeal #18-11031 is taken in good faith [see Free v. United States, 879 F.2d 1535, 1536 (7th Cir. 1989)]. An appeal is meritorious and is not frivolous and is taken in good faith when it asserts any contention and/or claim that is conceivably meritorious [see

Livingston v. Adirondack Beverage Co., 141 F.3d 434, 437 (2d. Cir. 1998)].

10. Whereas, Supersedeas Bond is not required for this action, however, Affiant and Affiant's Mother respectfully offer our 4th Judicial Circuit Duval County, Florida Court Personal Replevin Silver Bonds (20 Silver Trade Dollars .900 fine) #'s 16-2017-CA-2142/2144 (annexed to Affiant's and Affiant's Mother's Universal and International Humanitarian Declaration for Common Law Prejudgment Writ of Personal Replevin action), annexed hereto in full by this reference, as security to the United Nations Office of High Commissioner for Human Rights, International Court of Justice, International Criminal Court, Supreme Court of the United States, 11th Circuit Court of Appeals, and United States District Court Middle Florida Jacksonville Division, in the nature of a Supersedeas/Surety Bond. [Note: The term "Trade Dollar" means "a United States dollar coin made of silver for use in foreign trade"]. Affiant and Affiant's Mother further respectfully offer that this Appeal #18-11031 proceed on original record in accord with [Fed. R. App. P. 24(c)][see Harris v. Forsyth, 742 F.2d 1277, 1278 (11th Cir. 1984)].

11. Affiant and Affiant's Mother respectfully invite the assistance of the courts in the nature of an Ex Rel. Action/Humanitarian Intervention/Amicus Curiae for such equitable relief as may be appropriate to insure the minimum corrective measures necessary in this action, including without limitation, financial and technical assistance, access to and prompt decision through just and fair procedures for the honorable resolution of this action, as well as to effective remedies for all infringements. Affiant and Affiant's Mother further respectfully invite all such other relief, intermediate relief, and further relief, in accord with Natural Equity, and for honorable resolution to the instant matter as law and justice require.

In Honor.

## Commercial Verification

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Himself and Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity; do hereby declare and affirm under the penalty of perjury under the universal law of Our Most High Divine Source of the Force Universal Father Allah, and under the laws of the United States, that the foregoing is true, correct, certain, complete to the best of my own first-hand personal knowledge, not misleading, admissible as evidence, and in accord with the righteous upright moral integrity of my honorable intent, and if called upon to offer rhetoric and testify as to the veracity of the evidence herein proffered and preferred, I shall so state.

This affidavit is dated on or about the Sixth day of the Fourth month in the Moorish Calendar Year (M.C.Y.) of Our Most High Divine Source of the Force Universal Father Allah Fourteen Hundred Thirty Eight (1438) [Gregorian Calendar Year (G.C.Y.) 2018 - April, 6]

## Witness My Hand and Seal:

~~Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend~~

Maalik Taquan Rahshe Gullett El; Son, On Behalf of Himself and Mother: Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association Political Prisoners of War for National Liberation from Colonialism: P.O.W.#'s [62013-018] [61975-018]

Unlawfully Detained and Falsely Imprisoned at:

Federal Correctional Complex USP-1, P.O. Box 1033, Coleman, Florida [33521-1033]

FCI Tallahassee, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida [32301]

7 of 9

## Certificate of Service

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Himself and Mother; Syteria Nephtabh, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, competent Natural Man/Woman at majority, do certify and affirm that on or about the Sixth day of the Fourth month in the year of Our Lord Father Allah Fourteen Hundred Thirty Eight (1438) [G.C.Y. 2018-April, 6], the following document(s) were mailed by U.S. Postal Mail, First-Class Postage Pre-Paid:

1. Affidavit of Merits To Appeal In Propria Persona (Or In Forma Pauperis) [9 pages]; and
2. Affidavit Accompanying Motion (Affidavit) To Appeal In Propria Persona (Or In Forma Pauperis) [4 pages]; and
3. 6-Month Certified Institutional Statement of Account [6 pages].

All document(s) and/or Judicial Notice included to:

A. Clerk of Court, U.S.D.C. Middle Florida Jacksonville Division;
   300 North Hogan Street, Jacksonville, Florida 32202

B. David J. Smith, Clerk of Court; Eleventh Circuit Court of Appeals;
   56 Forsyth Street, NW, Atlanta, Georgia 30303

C. Zeid Ra'ad Al Hussein, United Nations High Commissioner For Human Rights (OHCHR)
   OHCHR in New York / U.N. Headquarters, New York, New York 10017
   Cc: OHCHR-UNOG, 8-14 Avenue de la Paix, 1211 Geneva 10, Switzerland

D. Vice Admiral James Crawford, III; Judge Advocate General Navy
   Rear Admiral John G. Hannik; Deputy Judge Advocate General Navy
   1322 Patterson Avenue, Suite 3000, Washington Navy Yard, District of Columbia 20374-5066

E. Anne M. Brennan; Acting General Counsel of the Navy
Garret L. Ressing; Deputy General Counsel of the Navy
2000 Navy Pentagon, Washington, District of Columbia 20350

F. Rear Admiral Steven J. Anderson; Judge Advocate General + Chief Counsel U.S. Coast Guard
Mr. Calvin Lederer, Deputy Judge Advocate General U.S. Coast Guard
2703 Martin Luther King Jr. Avenue, SE, Washington, District of Columbia 20593-7213

G. Major General Michael A. Calhoun; Adjutant General Florida Army + Air National Guard
St. Francis Barracks, 82 Marine Street, St. Augustine, Florida 32084

I.  Jeff Sessions; Attorney General; 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001


Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Himself and Mother:
Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association

Political Prisoners of War for National Liberation from Colonialism: [P.O.W. #'s 62013-018 / 61975-018]
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP-1, P.O. Box 1033, Coleman, Florida [33521-1033]
FCI Tallahassee, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida [32301]