(Form 4)   **Affidavit Accompanying Motion for
Permission to Appeal In Forma Pauperis**

United States District Court for the __Middle__ District of __Florida Jacksonville__ Division

Taquan Rahshe Guillett-El, and
Sytecia Hephzibah-El, In Propria Persona, Claimant, Affiant.
~~A. B., Plaintiff~~

Appeal Number: 18-11031

Case No. 3:17-cv-881-J-32JBT

v.

Timothy J. Corrigan; personal private capacity, et al.; Respondent(s)
~~C. D., Defendant~~

---

**Instructions:** Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0,", "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Sixth day of the fourth month 1438
Date: [G.C.Y. 2018 - April, 6]   Signed: Malik Taquan Rahshe Guillett-El, Autochthonous American Moor Alien Friend
Malik Taquan Rahshe Guillett El, Autochthonous American Moor Alien Friend

My issues on appeal are: Please see Affidavit of Merits To Appeal In Propria Persona, annexed hereto in full.

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interests and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as Social Security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): Donation | $ 50 | $ N/A | $ 50 | $ N/A |
| Total monthly income: | $ 50 | $ N/A | $ 50 | $ N/A |

JACKSONVILLE DIVISION
2018 APR 17 PH 12:53
FILED

139   Rev 12/08

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| N/A | N/A | N/A | N/A |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| FCC Coleman USP 1 | Trust Fund | $ 63.53 | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & Year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration #: N/A |
| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
| N/A | N/A | Make & Year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration #: N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on your or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are real-estate taxes included? ☐ Yes ☐ No | $ N/A | $ N/A |
| Is property insurance included? ☐ Yes ☐ No | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ N/A |
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Other: _____ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Credit card (name): _____ | $ N/A | $ N/A |
| Department store (name): _____ | $ N/A | $ N/A |
| Other: _____ | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify) Commissary Stamps. | $ 50 | $ N/A |
| Total monthly expenses | $ 50 | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes ☒ No     If yes, describe on an attached sheet.

N/A

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?

☐ Yes ☒ No     If yes, how much: $ __N/A__

If yes, state the attorney's name, address, and telephone number:

N/A

11. Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes ☒ No     If yes, how much? $ __N/A__

If yes, state the person's name, address, and telephone number:

N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Due to the unlawful/unconstitutional detainment and false imprisonment I'm experiencing, I'm unable to pay the docket fees for appeal.

13. State the address of your legal residence. Molly's Garden Countee, Timucuan, Al Andalusia, Northwest Amexem [Al-Aqsa Al-Maghrib] (Morocco)

Your daytime phone number: ( Privacy Act 1974 ) Privacy Act 1974
Your age: Privacy Act 1974   Your years of schooling: Privacy Act 1974
Your Social Security number: Privacy Act 1974

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)