Location: COA

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No: 62013018   Inmate Name: GULLETT, TAQUAN RIOGENT      Available Balance: $63.53**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 08/21/2017 | 33317233 | Western Union | BUSTER | $50.00 |
| 08/16/2017 | 105 | Sales | | -$47.51 |
| 08/10/2017 | TL0810 | TRUL Withdrawal | | -$2.00 |
| 08/08/2017 | 33317220 | Western Union | BUSTER | $50.00 |

Date:   02/27/2018                                                                                           Location: COA
Time:   01:04:28 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No: 62013018   Inmate Name: GULLETT, TAQUAN RIOGENT        Available Balance: $63.53**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 10/06/2017 | 5 | Sales | | -$9.95 |
| 10/04/2017 | 33317277 | Western Union | BUSTER | $100.00 |
| 10/03/2017 | TL1003 | TRUL Withdrawal | | -$2.00 |
| 09/27/2017 | TFN0927 | Phone Withdrawal | | -$7.00 |
| 09/26/2017 | TL0926 | TRUL Withdrawal | | -$2.00 |
| 09/26/2017 | 70142901 | Lockbox - CD | US MARSHALS SER | $32.89 |
| 09/13/2017 | 198 | Sales | | -$34.60 |
| 09/12/2017 | TL0912 | TRUL Withdrawal | | -$2.00 |
| 09/11/2017 | TFN0911 | Phone Withdrawal | | -$7.00 |
| 09/11/2017 | 33317254 | Western Union | BUSTER | $50.00 |
| 09/08/2017 | 139 | Sales | | -$7.84 |
| 09/08/2017 | 138 | Sales | | -$1.96 |

Date: 02/27/2018                                                                                          Location: COA
Time: 02:32:55 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No: 62013018  Inmate Name: GULLETT, TAQUAN RIOGENT          Available Balance: $61.53**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 11/06/2017 | TL1106 | TRUL Withdrawal | | -$2.00 |
| 11/06/2017 | 1833 | BP 199 Request | | -$5.00 |
| 11/02/2017 | TL1102 | TRUL Withdrawal | | -$2.00 |
| 11/01/2017 | 1657 | BP 199 Request | | -$5.00 |
| 11/01/2017 | 1351 | BP 199 Request - Released | | $5.00 |
| 10/31/2017 | TFN1031 | Phone Withdrawal | | -$4.00 |
| 10/31/2017 | 40 | Sales | | -$9.80 |
| 10/31/2017 | TFN1031 | Phone Withdrawal | | -$2.00 |
| 10/28/2017 | TL1028 | TRUL Withdrawal | | -$2.00 |
| 10/26/2017 | 10 | Sales | | -$9.80 |
| 10/26/2017 | 1351 | BP 199 Request | | -$5.00 |
| 10/20/2017 | TL1020 | TRUL Withdrawal | | -$2.00 |
| 10/18/2017 | TL1018 | TRUL Withdrawal | | -$2.00 |
| 10/17/2017 | 15 | Sales | | -$10.10 |
| 10/12/2017 | 66 | Sales | | -$34.50 |

Date: 02/27/2018                                                    Location: COA
Time: 03:03:52 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 62013018  Inmate Name: GULLETT, TAQUAN RIOGENT          Available Balance: $57.53

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 12/07/2017 | 52 | Sales | | -$9.80 |
| 12/04/2017 | TL1204 | TRUL Withdrawal | | -$2.00 |
| 12/04/2017 | 33317338 | Western Union | BUSTER | $100.00 |
| 12/02/2017 | TL1202 | TRUL Withdrawal | | -$2.00 |
| 12/01/2017 | 2541 | Govt Doc Required | | -$5.00 |
| 12/01/2017 | 2541 | BP 199 Request - Released | | $5.00 |
| 11/27/2017 | TL1127 | TRUL Withdrawal | | -$2.00 |
| 11/27/2017 | 40 | Sales | | -$9.80 |
| 11/23/2017 | TL1123 | TRUL Withdrawal | | -$2.00 |
| 11/22/2017 | 157 | Sales | | -$9.80 |
| 11/21/2017 | 2541 | BP 199 Request | | -$5.00 |
| 11/21/2017 | TL1121 | TRUL Withdrawal | | -$2.00 |
| 11/20/2017 | 2201 | BP 199 Request - Released | | $5.00 |
| 11/15/2017 | 1833 | Govt Doc Required | | -$5.00 |
| 11/15/2017 | 1833 | BP 199 Request - Released | | $5.00 |
| 11/14/2017 | 1657 | BP 199 Request - Released | | $5.00 |
| 11/14/2017 | 22 | Sales | | -$34.75 |
| 11/14/2017 | TFN1114 | Phone Withdrawal | | -$4.00 |
| 11/13/2017 | 2201 | BP 199 Request | | -$5.00 |
| 11/13/2017 | TL1113 | TRUL Withdrawal | | -$2.00 |
| 11/11/2017 | TL1111 | TRUL Withdrawal | | -$2.00 |
| 11/10/2017 | 33317314 | Western Union | BUSTER | $50.00 |
| 11/08/2017 | 86 | Sales | | -$9.80 |

Inmate #: 62013018

Date: 02/28/2018                                                    Location: COA
Time: 08:47:27 AM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

Inmate No: 62013018   Inmate Name: GULLETT, TAQUAN RIOGENT          Available Balance: $57.53

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 01/04/2018 | 52 | Sales | | -$9.80 |
| 01/04/2018 | 70149501 | Lockbox - CD | | $5.00 |
| 01/02/2018 | 4085 | BP 199 Request - Released | | $5.00 |
| 12/27/2017 | 83 | Sales | | -$9.80 |
| 12/25/2017 | 4085 | BP 199 Request | | -$5.00 |
| 12/20/2017 | 127 | Sales | | -$12.55 |
| 12/13/2017 | 43 | Sales | | -$34.70 |
| 12/11/2017 | 1538-V | Govt Doc Required | | $5.00 |
| 12/09/2017 | TL1209 | TRUL Withdrawal | | -$2.00 |

Date: 02/28/2018                                                                    Location: COA
Time: 09:18:58 AM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No: 62013018   Inmate Name: GULLETT, TAQUAN RIOGENT          Available Balance: $57.53**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 02/06/2018 | 33318037 | Western Union | BUSTER | $50.00 |
| 01/31/2018 | TL0131 | TRUL Withdrawal | | -$2.00 |
| 01/30/2018 | 50 | Sales | | -$19.60 |
| 01/28/2018 | TFN0128 | Phone Withdrawal | | -$2.00 |
| 01/28/2018 | 33318028 | Western Union | GULLETT | $40.00 |
| 01/26/2018 | TFN0126 | Phone Withdrawal | | -$1.00 |
| 01/25/2018 | TFN0125 | Phone Withdrawal | | -$1.00 |
| 01/24/2018 | 32 | Sales | | -$44.60 |
| 01/24/2018 | TL0124 | TRUL Withdrawal | | -$2.00 |
| 01/23/2018 | TFN0123 | Phone Withdrawal | | -$1.00 |
| 01/14/2018 | TFN0114 | Phone Withdrawal | | -$1.00 |
| 01/12/2018 | TL0112 | TRUL Withdrawal | | -$2.00 |
| 01/09/2018 | 115 | Sales | | -$9.80 |
| 01/09/2018 | TFN0109 | Phone Withdrawal | | -$2.00 |
| 01/08/2018 | 33318008 | Western Union | BUSTER | $50.00 |

Inmate #: 62013018