Taquan Gullett
(P.O.W 62013-018)
Federal Correctional Complex USP I
P.O. Box 1033
Coleman, Florida [33521-1033]

TAMPA FL 335
SAINT PETERSBURG FL
12 APR 2018 PM 9 L

Clerk of Court
United States District Court Middle Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, Florida 32202

32202-429899