UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

11th Circuit Appeal Number: 18-11031
Claim Number: 3:17-cv-881-J-32JBT

Taquan Rahshe Gullett-El,
General Executor-Caveator,
TAQUAN RASHIE GULLETT ESTATE, and

Syteria Hephzibah-El,
General Executrix-Caveatrix,
SYTERIA LAWRENCE ESTATE,

In Propria Persona, Claimant, Affiant.

V.

Timothy J. Corrigan; personal private capacity,
Sean Patrick Flynn; personal private capacity,
W. Stephen Muldrow; personal private capacity,
Jon S. Wheeler; personal private capacity,
Ronnie Fussell; personal private capacity,
et al.,

Respondent(s).

JUDICIAL NOTICE OF ADJUDICATIVE FACTS:
Petition For Writ of Certiorari to Eleventh Circuit Appeal #18-11031 and U.S.Dist.Mid.Fl.Jax.Div. #3:17-cv-881-J-32JBT (USPO #9114 9999 4431 4801 9819 54)

In accord with:
- Universal Declaration of Human Rights (1948)
- United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960
- United Nations Declaration on the Rights of Indigenous [Autochthonous] Peoples (2007)
- Madrid Convention for Protection in Morocco (1880)
- Treaty of Peace and Friendship (1787)
- Hague Evidence Convention [23 U.S.T. 2555, T.I.A.S. No. 7444] Articles 1, 3, 4, 42 codified at [28 U.S.C. §1781]
- united states for America Organic Constitution (1787) codified at: [22 C.F.R. §§92.54, 92.66(a); Fed.R.Ev. 201]
- ROME STATUTE
- Statute of the International Court of Justice
- Statute of the International Criminal Court

" Habeas Corpus Natural Equity Claim "
CONTRACT UNDER SEAL

1 of 4

NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

1. On the record and for the record, present is Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Himself and Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association [*TAQUAN GULLETT ESTATE/SYTERIA LAWRENCE ESTATE-Unified*], hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity in accord with the meaning of [8 U.S.C. § 1101 -Alien(s), Alien(Foreign) Estate(s); and 18 U.S.C. §§ 1116(b)(1),(2),(3),(4) -Alien (Foreign) Government, Alien (Foreign) Official(s), Internationally Protected Person(s), Family]; irrespective of recognition by the United States [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court TAQUAN GULLETT ESTATE NOTICE OF TRUST/SYTERIA LAWRENCE ESTATE NOTICE OF TRUST #'s 16-2017-CP-1286/1287; TAQUAN GULLETT ESTATE CAVEAT/SYTERIA LAWRENCE ESTATE CAVEAT #'s 16-2017-CP-1020/1025; TAQUAN GULLETT ESTATE Personal Replevin Claim/SYTERIA LAWRENCE ESTATE Personal Replevin Claim #'s 16-2017-CA-2142/2144]. AAMARU Religious Consul Association- Testamentary Trust Situs is located in Molly's Garden Countee, Timucuan, Al Andalusia, Northwest Amexem [Al-Aqsa Al-Maghrib] (Morocco).

2. It is Affiant's and Affiant's Mother's honor to direct the court's attention to take JUDICIAL NOTICE of the following adjudicative facts [Federal Rules of Evidence] 201:

- Petition (Affidavit) For Writ of Certiorari to 11th Cir. Appeal #18-11031 and U.S. Dist. Mid. Fl. Jax. Div. #3:17-cv-881-J-32JBT (USPO Priority Mail #9114 9999 4431 4801 9819 54) delivered on June 21, 2018, and July 2, 2018.

Twenty-Sixth day of Shawwal 1439
[G.C.Y. 2018 - July, 10]

_Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend_
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Himself and Mother:
Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association

Political Prisoner of War for National Liberation from Colonialism: [P.O.W. #'s 62013-018 / 61975-018]
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP-1, P.O. Box 1033, Coleman, Florida [33521-1033]
FCI Tallahassee, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida [32301]

2 of 4

NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

## Certificate of Service

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Himself and Mother; Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, competent Natural Man/Woman of majority, do certify and affirm that on or about the Twenty-Sixth day of Shawwal in the year of Our Lord Allah Fourteen Hundred Thirty Nine (1439) [G.C.Y. 2018-July, 10], the following document(s) were mailed by U.S. Postal Mail, First-Class Postage Pre-Paid:

1. JUDICIAL NOTICE OF ADJUDICATIVE FACTS [Fed.R.Ev.201]: Petition (Affidavit) For Writ of Certiorari to 11th Cir. Appeal #18-11031 and U.S.Dist.Mid.Fl.Jax.Div. #3:17-cv-881-J-32 JBT (USPO Priority Mail #9114 9999 4431 4801 9819 54) delivered on June 21, 2018, and July 2, 2018.

All document(s) and/or Judicial Notice are included to:

A. Warren, Elizabeth M.; Corrigan, Timothy J.; Flynn, Sean Patrick; Muldrow, W. Stephen; Wheeler, Jon S.; Fussell, Ronnie; et al.;
U.S.D.C. Middle Florida Jacksonville Division; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202

B. Smith, David J.; Young, Dionne S.;
Eleventh Circuit Court of Appeals; 56 Forsyth Street, NW; Atlanta, Georgia 30303

C. Scott Harris, Office of the Clerk of Court; Supreme Court of the United States;
1 First Street, NE; Washington, District of Columbia 20543

D. Zeid Ra'ad Al Hussein; United Nations High Commissioner For Human Rights (OHCHR)
OHCHR in New York/U.N. Headquarters, New York, New York 10017
Cc: OHCHR-UNOG, 8-14 Avenue de la Paix, 1211 Geneva 10, Switzerland

E. Vice Admiral James Crawford, III; Judge Advocate General Navy
Rear Admiral John G. Hannik; Deputy Judge Advocate General Navy
1322 Patterson Avenue, Suite 3000, Washington Navy Yard, District of Columbia 20374-5066

F. Anne M. Brennan; Acting General Counsel of the Navy
Garret L. Ressing; Deputy General Counsel of the Navy
2000 Navy Pentagon; Washington, District of Columbia 20350

G. Rear Admiral Steven J. Anderson; Judge Advocate General + Chief Counsel U.S. Coast Guard
   Mr. Calvin Lederer; Deputy Judge Advocate General U.S. Coast Guard
   2703 Martin Luther King Jr. Avenue, SE, Washington, District of Columbia 20593-7213

H. International Court of Justice: Peace Place, Carnegieplein 2; 2517 ~~KB~~ KJ; The Hague; Netherlands
   International Criminal Court; Oude Waalsdorperweg 10; 2597 AK; Den Haag; Netherlands

I. Major General Michael A. Calhoun; Adjutant General Florida Army + Air National Guard
   St. Francis Barracks; 82 Marine Street; St. Augustine, Florida 32084

J. Jeff Sessions; Attorney General:
   950 Pennsylvania Avenue, NW; Washington, District of Columbia 20530-0001


_Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend_
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Himself and Mother:
Highly Favored Shekinah Syteria Hephzibah El; Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association

Political Prisoners of War for National Liberation from Colonialism: [P.O.W. #'s 62013-018 / 61975-018]
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP-1, P.O. Box 1033, Coleman, Florida [33521-1033]
FCI Tallahassee, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida [32301]

4 of 4