Supreme Court Number: 18-6630

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

11th Circuit Appeal Number: 18-11031

Claim Number: 3:17-cv-881-J-32JBT

---

Taquan Rahshe Gullett-El,
General Executor - Caveator,
TAQUAN RASHIE GULLETT ESTATE, and

Syteria Hephzibah-El,
General Executrix - Caveatrix,
SYTERIA LAWRENCE ESTATE,

In Propria Persona, Claimant, Affiant.

V.

Timothy J. Corrigan; personal private capacity,
Sean Patrick Flynn; personal private capacity,
W. Stephen Muldrow; personal private capacity,
Jon S. Wheeler; personal private capacity,
Ronnie Fussell; personal private capacity,
                                    et al.

                    Respondent(s).

FILED

---

**JUDICIAL NOTICE OF ADJUDICATIVE FACTS:**
Petition for Writ of Mandamus - Supreme Court #18-6630
Notice of Filing, Docketing, and Waiver

In accord with:
- Universal Declaration of Human Rights (1948)

- United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) at 14 December 1960

- United Nations Declaration on the Rights of Indigenous [Autochthonous] Peoples (2007)

- Madrid Convention for Protection in Morocco (1880)

- Treaty of Peace and Friendship (1787)

- Hague Evidence Convention [23 U.S.T. 2555, T.I.A.S. No. 7444] Articles 1, 3, 4, 42 codified at [28 U.S.C. § 1781]

- united states for America Organic Constitution (1787) codified at [22 C.F.R. §§ 92.54, 92.66(a); Fed.R.Ev. 201]

- ROME STATUTE
- Statute of the International Court of Justice
- Statute of the International Criminal Court

"Habeas Corpus Natural Equity Claim"
CONTRACT UNDER SEAL

1 of 3

# Supreme Court of the United States

In Re: Taquan Gullett
        (Petitioner)

        v.                                No. 18-6630

        N/A
        (Respondent)

To _____ Counsel for Respondent:

     **NOTICE IS HEREBY GIVEN** that a petition for writ of mandamus in the above-entitled case was filed in the Supreme Court of the United States on May 25, 2018, and placed on the docket November 8, 2018.

     Beginning November 13, 2017, parties represented by counsel must submit filings through the Supreme Court's electronic filing system. Paper remains the official form of filing, and electronic filing is in addition to the existing paper submission requirement. Attorneys must register for the system in advance, and the registration process may take several days. Further information about the system can be found at https://www.supremecourt.gov/filingandrules/electronicfiling.aspx.

                                                     Mr. Taquan Gullett
                                                     PO Box 1033
                                                     Coleman, FL 33521

NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

# WAIVER

## Supreme Court of the United States

No. 18-6630

In Re: Taquan Gullett          v.  _____N/A_____
(Petitioner)                        (Respondent)

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of ~~certiorari~~ mandamus unless one is requested by the Court.

---

Please check the appropriate boxes:

☐ Please enter my appearance as Counsel of Record for all respondents.

☐ There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):

_____

_____

☐ I am a member of the Bar of the Supreme Court of the United States.

☐ I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member.

Signature _____

Date: _____

(Type or print) Name_____
               ☐ Mr.     ☐ Ms.     ☐ Mrs.     ☐ Miss

Firm_____

Address_____

City & State_____ Zip _____

Phone _____

SEND A COPY OF THIS FORM TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

Cc:

Obtain status of case on the docket. By phone at 202-479-3034 or via the internet at http://www.supremecourtus.gov. Have the Supreme Court docket number available.