# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

On Petition For Writ of Certiorari to 11th Circuit Number: 18-11031*

---

Taquan Rahshe Gullett-El,
General Executor-Caveator,
TAQUAN RASHIE GULLETT ESTATE, and

Syteria Hephzibah-El,
General Executrix-Caveatrix,
SYTERIA LAWRENCE ESTATE,

In Propria Persona, Claimant, Affiant.

v.

Timothy J. Corrigan; personal private capacity,
Sean Patrick Flynn; personal private capacity,
W. Stephen Muldrow; personal private capacity,
Jon S. Wheeler; personal private capacity,
Ronnie Fussell; personal private capacity,
                        et al.,
            Respondent(s).

FILED
2019 MAY -2 PM 12:34
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

---

Claim Number: 3:17-cv-881-J-32JBT

**JUDICIAL NOTICE OF ADJUDICATIVE FACTS:**
USPO Certified Mail #: 7015 3430 0000 1203 5624
NOTICE OF CHANGE OF ADDRESS/LOCATION
[by Genocide, Kidnapping/Abduction, Human Trafficking, Slavery, Unlawful Detainment, False Imprisonment]

In accord with:
- Universal Declaration of Human Rights (1948)*

- United Nations Declaration of Independence to Colonial* Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960

- United Nations Declaration on the Rights of* Indigenous [Autochthonous] Peoples (2007)

- Madrid Convention for Protection in Morocco (1880)*
- Treaty of Peace and Friendship (1787)*

- Hague Evidence Convention [23 U.S.T. 2555, T.I.A.S. No. 7444] Articles 1, 3, 4, 42 codified at [28 U.S.C. § 1781]

- Organic Constitution for the united states of America (1787) codified at [22 C.F.R. §§ 92.54, 92.66(a); Fed.R.Ev. 201, 902(10)]

- ROME STATUTE
- Statute of the International Court of Justice
- Statute of the International Criminal Court

"Habeas Corpus Natural Equity Claim"
CONTRACT UNDER SEAL

Bismillah-ir-Rahman-ir-Rahim (In the name of Allah, Most Gracious, Most Merciful)

1. On the record and for the record, present is Taquan Gullett, also called Maalik Rahshe El; On Behalf of Himself and Mother: Syteria Nephzibah, also called Highly Favored Shekinah El: General Executor/General Executrix-Caveator/Caveatrix for Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association Testamentary Trust [*TAQUAN GULLETT ESTATE/SYTERIA LAWRENCE ESTATE- Unified*], hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris Capacity, in accord with the meaning of [8 U.S.C. §1101 - Alien(s), Alien (Foreign) Estate(s); and 18 U.S.C. §§ 1116(b)(1), (2),(3),(4) - Alien (Foreign) Government, Alien (Foreign) Official(s), Internationally Protected Person(s), Family]; irrespective of recognition by the United States [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court TAQUAN GULLETT ESTATE NOTICE OF TRUST #16-2017-CP-001286/SYTERIA LAWRENCE ESTATE NOTICE OF TRUST #16-2017-CP-001287; TAQUAN GULLETT ESTATE CAVEAT #16-2017-CP-001025/SYTERIA LAWRENCE ESTATE CAVEAT #16-2017-CP-001020; TAQUAN GULLETT ESTATE Personal Replevin Claim #16-2017-CA-002142/SYTERIA LAWRENCE ESTATE Personal Replevin Claim #16-2017-CA-002144].

2. AAMARU Religious Consul Association - Testamentary Trust Situs domicile is in Molly's Garden Countee, Timucuan, Al Andalusia, Northwest Amexem [Al-Aqsa Al-Maghrib] (Morocco).

3. It is Affiant's and Affiant's Mother's honor to direct the courts' attention to take JUDICIAL NOTICE of the following adjudicative facts [Federal Rules of Evidence 201; 902(10)]:

- On or about [12 Shaban 1440 G.C.Y. 2019 - April, 17], Affiant's Address/Location changed by means of Genocide, Kidnapping/Abduction, Human Trafficking, Slavery, Unlawful Detainment, and False Imprisonment from Respondent *Cheatham, R.C.: FCC Coleman USP-1; P.O. Box 1033; Coleman, Florida [33521] to Respondent *Yates, J.P.: FCI Coleman Medium; P.O. Box 1032; Coleman, Florida [33521].

I declare and affirm under penalty of perjury under the Universal Law of Allah, and under the laws of the United States, that the foregoing is true, correct, and complete. [28 U.S.C. § 1746; Fed.R.Ev. 902(10)].

17 Shaban 1440
[G.C.Y. 2019 - April, 22]

_Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend_
Maalik Taquan Rahshe Gullett El: General Executor-Caveator for Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association Testamentary Trust

Political Prisoner of War for National Liberation from Colonialism
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Institution Coleman Medium; P.O. Box 1032; Coleman, Florida [33521]

NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

<u>Certificate of Service</u>

I, Taquan Gullett, also called Maalik Rahshe El; On Behalf of Himself and Mother: Syteria Hephzibah, also called Highly Favored Shekinah El: <u>A</u>utochthonous <u>A</u>merican <u>M</u>oor <u>A</u>lien (Friend) <u>R</u>epublican <u>U</u>niversal Government [AAMARU] Religious Consul Association Testamentary Trust [*TAQUAN GULLETT ESTATE/SYTERIA LAWRENCE ESTATE-Unified*], competent Natural Man/Woman of majority, do certify and affirm that on or about the <u>Seventeenth</u> day of <u>Shaban</u> in the year of Our Lord Allah Fourteen Hundred Forty (1440) G.C.Y. 2019-April, 22], the following document(s) were mailed by U.S. Postal Mail First-Class Postage Pre-Paid:

1. JUDICIAL NOTICE OF ADJUDICATIVE FACTS [Fed.R.Ev. 201; 902(10)]: NOTICE OF CHANGE OF ADDRESS/LOCATION [by Genocide, Kidnapping/Abduction, Human Trafficking, Slavery, Unlawful Detainment, and False Imprisonment] to Respondent* <u>Yates, J.P.</u>: FCI Coleman Medium; P.O. Box 1032; Coleman, Florida [33521].

All document(s) and/or Judicial Notice are included to:

A. Elizabeth M. Warren, Office of Clerk of Court; U.S.D.C. Middle Florida Jacksonville Division:
<u>300 North Hogan Street, Suite 9-150; Jacksonville, Florida 32202</u>

B. Noel J. Francisco, Office of Solicitor General; U.S. Department of Justice:
<u>950 Pennsylvania Avenue, NW; Washington, District of Columbia 20530</u>

C. International Court of Justice: <u>Peace Place; Carnegieplein 2; 2517 KJ; The Hague; The Netherlands</u>
D. International Criminal Court: <u>Oude Waalsdorperweg 10; 2597 AK; Den Haag; Netherlands</u>

E. Consulate General Mr. Mohammed Ben Abdeljalil
Consulate General of the Kingdom of Morocco in the United States:
<u>10 East 40th Street; New York, New York 10016</u>

F. Rachid Zein, Counselor in Charge of the Consular Section
Embassy of the Kingdom of Morocco:
<u>1211 Connecticut Avenue, N.W., Suite 312; Washington, District of Columbia 20036</u>

G. José Ramon Cabañas Rodriguez, Ambassador
Cuban Embassy in Washington, D.C.:
<u>2630 16th Street; Washington, District of Columbia 20009</u>

H. The Office of the High Commissioner for Human Rights (OHCHR-UNOG):
   8-14 Avenue de la Paix, 1211 Geneva 10, Switzerland

I. Zeid Ra'ad Al Hussein; United Nations High Commissioner for Human Rights (OHCHR):
   OHCHR in New York/U.N. Headquarters; New York, New York 10017

J. Vice Admiral James Crawford, III; Judge Advocate General Navy
   Rear Admiral John G. Hannik; Deputy Judge Advocate General Navy:
   1322 Patterson Avenue, Suite 3000; Washington Navy Yard, District of Columbia 20374-5066

K. ① Corrigan, Timothy J.; personal private capacity; ② Wheeler, Jon S.; personal private capacity; ③ Fussell, Ronnie; personal private capacity:
   300 North Hogan Street, Suite 700/9-150; Jacksonville, Florida 32202

L. ④ Harwell, Jr., Lacy R.; personal private capacity; ⑤ Flynn, Sean Patrick; personal private capacity; ⑥ Muldrow, W. Stephen; personal private capacity; ⑦ Lopez, Maria Chopa; personal private capacity:
   400 North Tampa Street, Suite 3200; Tampa, Florida 33602

---

<u>Maalik Taquan Rahshe Bullett El, Autochthonous American Moor Alien (Friend)</u>
Maalik Taquan Rahshe Bullett El: General Executor-Caveator for Autochthonous American Moor Alien (Friend)
<u>R</u>epublican <u>U</u>niversal <u>G</u>overnment [AAMARU] Religious Consul Association Testamentary Trust

Political Prisoner of War for National Liberation from Colonialism
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Institution Coleman Medium; P.O. Box 1032; Coleman, Florida [33521]